```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0263--CV (JKS)
            "JOEL WALLENDER V U.S. ARMY CORP OF ENGINEERS"

       Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 11/09/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (360) Other personal injury
                    28:2401(B); 28C.F.R. SEC. 14.9(B0
             Origin: (1) Original Proceeding
             Demand: 9999
         Filing fee: Paid $250.00 on 11/09/05 receipt # 00127048
           Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1          WALLENDER, JOEL            Peter Reed Ehrhardt
                                            Friedman Rubin et al
                                            215 Fidalgo Avenue
                                            Suite 203
                                            Kenai, AK 99611
                                            907-283-2876
                                            FAX 907-283-2896

DEF 1.1          U.S. ARMY CORPS OF ENGINEERS   No counsel found for this party!

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0263--CV (JKS)
                   "JOEL WALLENDER V U.S. ARMY CORP OF ENGINEERS"

                                 For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 11/09/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (360) Other personal injury
                   28:2401(B); 28C.F.R. SEC. 14.9(B0
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $250.00 on 11/09/05 receipt # 00127048
         Trial by:
```

| Document # | Filed    | Docket text                              |
|------------|----------|------------------------------------------|
| 1 -   1    | 11/09/05 | Complaint filed; Summons issued.         |
| 2 -   1    | 11/09/05 | PLF 1 Attorney Appearance of P. Ehrhardt.|