DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>UNITED STATES CORPS OF<br>ENGINEERS,<br><br>                    Defendant. | ) Case No. 3:05-cv-263-JKS<br>)<br>)<br>)<br>) **STIPULATION TO SUBSTITUTE**<br>) **THE UNITED STATES OF**<br>) **AMERICA IN AS THE**<br>) **DEFENDANT IN THE PLACE OF**<br>) **THE UNITED STATES CORPS**<br>) **OF ENGINEERS**<br>) |

The parties hereto, through counsel, stipulate that the proper Defendant in this matter should be the United States of America.  28 U.S.C. § 2679.  The parties stipulate that the United States of America shall be substituted for the Defendant listed, United States Corps of Engineers and the caption should be amended to reflect that substitution.

RESPECTFULLY SUBMITTED, March 1, 2006,

        FRIEDMAN, RUBIN & WHITE

        s/ Peter R. Ehrhardt  (consent)
        Peter R. Ehrhardt
        Attorney for Plaintiff
        215 Fidalgo Avenue, Suite 203
        Kenai, AK 99611
        E-mail: ehrhardt@kenai.com
        AK #8006016

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053