IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES CORPS OF ENGINEERS,<br><br>        Defendant. | Case No. 3:05-cv-263-JKS<br><br>**[PROPOSED] ORDER TO SUBSTITUTE THE UNITED STATES OF AMERICA IN AS THE DEFENDANT IN THE PLACE OF THE UNITED STATES CORPS OF ENGINEERS** |

Based upon the stipulation of the parties, and sufficient reason being shown, it is ordered that the United States of America shall be substituted for the Defendant, United States Corps of Engineers. It is ordered that the caption shall be amended to reflect that the United States of America is the Defendant.


DATED: _____      _____
                               JAMES K. SINGLETON
                               U. S. DISTRICT COURT JUDGE