IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES CORPS OF ENGINEERS,<br><br>　　　　　　Defendant. | Case No. 3:05-cv-00263-JKS<br><br>O R D E R |

　　　Based upon the stipulation of the parties, and sufficient reason being shown, it is ordered that the United States of American shall be substituted for the Defendant, United States Corps of Engineers. It is ordered that the caption shall be amended to reflect that the United States of America is the Defendant.

　　　Dated at Anchorage, Alaska, this 1st day of March 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge