<u>Exhibit List</u>
to Motion to Dismiss

A. Relevant Pages from EM 385-1-1, Army Corp of Engineers Health and Safety Manual

B. Relevant Contract Clauses

C. Osborne Safety Plan

D. Relevant Preconstruction Meeting Minutes

E. Wallender Training Record

F. Wallender Safety Orientation Form

G. Safety Plan Reviews

H. Investigating Officer Report

I. Glenn Zahn Declaration