BOI Report dated 05 Sep 02

# APPENDIX D

## Injured Employee Training Record

ACE000273

EXHIBIT E

I have received fall protection orientation including the material covered in the Fall Protection Work Plan.

| Employee | Date |
|---|---|
| Henry Gerry | 7-24-02 |
| Joel Wellender | 7-24-02 |
| Dustin S Culbert | 7-24-02 |
| Daniel M Duck | 7-25-02 |
| [signature] | 7-25-02 |
| [signature] | 7-24-02 |
| [signature] | 7-24-02 |
| [signature] | 7-26-02 |
| James Shafnck | 7-29-02 |
| Rick Studley | 7/29/02 |
| David S Eckberg | 7/30/02 |
| Ray Ok | 7/31/02 |
| Arthur Lyphe | 7/31/02 |
| Grady B. Rolin | 8-3-02 |