TRANSMITTAL COMMENTS

CONTRACT NO: DACA85-01-C-0026                    01015-1

DATE: 05/14/02    REVIEWER    AO              SHEET 1 OF 2

| ITEM | CODE | COMMENT |
|------|------|---------|
| 1 | E | DISAPPROVED. RESUBMISSION IS REQUIRED. |

REVIEWER ONE COMMENTS:

1. This plan contains canned documents that are not site-specific; particularly items 1-11 of Appendix A of EM 385-1-1 are not addressed. The Contractor needs to refer to Appendix A of EM 385-1-1 and provide site-specific documentation for all required items. The AHAs do not contain all the required information; reference Figure 1-1, EM 385-1-1; the content not the format must be followed.

2. The plan must provide the names (positions) of individuals with responsibilities, what those responsibilities are, lines of authority. Who conducts safety meetings, safety inspections, accident reporting. Provide details for emergency response (telephone numbers, hospital, individuals with responsibilities). Include USACE accident reporting forms. Site layout, emergency routes.

REVIEWER TWO COMMENTS:

1. Environmental Protection Plan:

    A. Pparagrph 2h: The use of explosives is not allowed. Delete. Address explosive actuated tools and loads, and the proper storage of loads.

    B. Paragraph 6, Reporting Requirements: The Wainwright Public Works (WPW) Environmental Office has requested the reporting of 0.5 gallon petroleum spill.

3. Hazardous Material Handling, paragraph 1F:

    A. Asbestos removal is not Government related, it is Government REGULATED.

    B. Address the safe removal and containerization of mercury thermostat capsules and fluorescent light tubes, and readioactive smoke detectors. Light tubes are to be containerized and delivered to WPW Environmental. Smoke detectors are to be containerized and delivered to the Directorate of Logistics (DOL), POC Mr. Bob Williams at 353-7213.

    3. Address the potential for fire during fueling operations

EXHIBIT G

ACE000306

TRANSMITTAL COMMENTS

CONTRACT NO: DACA85-01-C-0026        01015-1

DATE: 05/14/02    REVIEWER    AO        SHEET  2 OF  2

ITEM  CODE    COMMENT

Item number 1 continued...
        caused by cellular telephones.

    RESUBMIT.

ACE000307

# TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE

(Read instructions on the reverse side prior to initiating this form)

| | |
|---|---|
| DATE | TRANSMITTAL NO. |
| 08-12-02 | 01015-1a |

## SECTION I - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS (This section will be submitted by the contractor)

**TO:** Department of the Army
U.S. Army Engineer District, Alaska
Northern Alaska Area Office
Post Office Box 35005, Fairbanks, Alaska 99700-0063

**FROM:** Osborne Construction Company
3701 Braddock Street
Fairbanks, Alaska 99707

**CONTRACT NO.** DACA85-01-C-0028

**CHECK ONE**
[ ] THIS IS A NEW TRANSMITTAL
[X] THIS IS A RESUBMITTAL OF TRANSMITTAL 01015-1

**SPECIFICATION SEC. NO.** 01015

**PROJECT TITLE AND LOCATION:** Fort Wainwright FY01 Replacement Family Housing

**CHECK ONE THIS TRANSMITTAL IS FOR**
FIO ___  X___ GOV'T APPROVAL

| ITEM NO. a | DESCRIPTION OF ITEM SUBMITTED (Type, size, model number, etc.) b | MFG. OR CONTR. CAT., CURVE DRAWING OR BROCHURE NO. (see instruction no. 9) c | NO. OF COPIES d | CONTRACT REFERENCE DOCUMENT SPEC. PARA. NO. e | DRAWING SHEET NO. f | FOR CONTRACTOR USE CODE g | VARIATION (See instruction no. 6) h | FOR CE USE CODE i |
|---|---|---|---|---|---|---|---|---|
| 1 | Safety & Health Plan | Statement SEE COMMENTS ON ATTACHED SHEET | 1 | 1.4 | | | | C |

RECEIVED
AUG 19 2002
Northern Alaska Area Office

RESUBMIT

I certify that the above submitted items have been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as otherwise stated.

_Chris Seeley_
NAME AND SIGNATURE OF CONTRACTOR
Chris Seeley QCSM

DATE 8-12-02

**REMARKS:** Safety & Health Plan revised per COE comments.

## SECTION II - APPROVAL ACTION

NAME, TITLE, AND SIGNATURE OF APPROVING AUTHORITY

DATE  AUG 20 2002

**ENCLOSURES RETURNED** (List by Item No.)

REPLY SIGNATURE
Osborne Construction Co.

ACE000308

TRANSMITTAL COMMENTS

CONTRACT NO: DACA85-01-C-0026          01015-1A

DATE: 08/20/02   REVIEWER    AQ          SHEET 1 OF 2

| ITEM | CODE | COMMENT |
|---|---|---|
| 1 | C | APPROVED, EXCEPT AS NOTED IN THE FOLLOWING COMMENTS. RESUBMISSION IS REQUIRED. |

NOTE TO CONTRACTOR: Although resubmission of this item is required, the item is approved for construction contingent upon expeditious resubmission in accordance with comments herin. The resubmission of this item shall be made prior to submission of the next pay estimate after the date of this correspondence.

REVIEWER ONE COMMENTS:

1. No project description.

2. AHAs should follow defineable features of work.

3. AHAs are incomplete and not contract specific.

REVIEWER TWO COMMENTS:

1. Signature page needs to be signed by all principles.

2. Required Manuals: Please include EM 358-1-1 in your list of on-site required manuals.

3. Include a background information section with your plan. See EM 385-1-1, Appendix A, for information on what needs to be included in this section.

4. Under the cover sheet Responsibilities and Lines of Authorities include resumes on all principles at the site and in the company.

5. Provide a list of all subcontractors and suppliers who are or will be on this work site. Include a statement on how you plan to control/coordinate the activities of the subcontractors.

6. Training: The Corps of Engineers requires that you provide at least two First Aid/CPR qualified responders at the work site for each shift. Please provide copies of the First Aid and CPR certifications for all employees who are tasked with providing First Aid/CPR.

7. Bloodborne Pathogens: Expand your First Aid/CPR chapter to address the requirements of a bloodborne pathogen

**ACE000309**

TRANSMITTAL COMMENTS

CONTRACT NO: DACA85-01-C-0026              01015-1A

DATE: 08/20/02   REVIEWER    AO        SHEET  2 OF  2

ITEM  CODE    COMMENT

Item number 1 continued...
exposure control plan as required by 29 CFR 1910.1030(c)(1).

8. Provide information on the type and numbers of first aid kits and fire extinguishers that are provided at this site.

9. Include a section on Emergency Planning and Evacuation to include evacuation points, evacuation routes, accounting for employees after an emergency evacuation. See EM 385-1-1, page 10, Emergency Planning, for guidance. Also include specific sections concerning firefighting by employees if being performed by employees. Also modify your site map to show evacuation routes and evacuation points.

10. Chemicals & Hazardous Substances: Attach copies of MSDSs to this safety plan for all chemicals that are/will be used on this job site.

11. Confined Space: EM 385-1-1 requires that the contractor provide a written confined space and permit-required confined space entry program that meets the requirements as outlined in 29 CFR 1910.146. If the contractor anticipates that they will be performing permit-required confined space entry this plan needs to be expanded and a sample permit-required confined space entry permit be included with this plan.

12. Inclement Weather: Provide a section in this plan that discusses safety procedures for exposure to hot/cold and differing weather conditions. See EM 385-1-1, page 87, and the ACGIH "Threshold Limit Values and Biological Exposure Indices" for guidance.

RESUBMIT.

ACE000310

C2

# TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE

(Read instructions on the reverse side prior to initiating this form)

| | |
|---|---|
| DATE | TRANSMITTAL NO. |
| 08-23-02 | 01015-1b |

## SECTION I - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS (This section will be submitted by the contractor)

| TO: Department of the Army<br>U.S. Army Engineer District, Alaska<br>Northern Alaska Area Office<br>Post Office Box 35005, Fairbanks, Alaska 99703-0058 | FROM: Osborne Construction Company<br>3701 Braddock Street<br>Fairbanks, Alaska 99707 | CONTRACT NO.<br>DACA85-01-C-0023 | CHECK ONE<br>[ ] THIS IS A NEW TRANSMITTAL<br>[X] THIS IS A RESUBMITTAL OF TRANSMITTAL 01015-1 |
|---|---|---|---|

| SPECIFICATION SEC. NO. (Cover only one section with each transmittal)<br>01015 | PROJECT TITLE AND LOCATION<br>Fort Wainwright FY01 Replacement Family Housing | | CHECK ONE: THIS TRANSMITTAL IS FOR<br>FIO _X_ GOVT APPROVAL |
|---|---|---|---|

| ITEM NO.<br>a. | DESCRIPTION OF ITEM SUBMITTED<br>(Type, size, model number, etc.)<br>b. | MFG. OR CONTR. CAT., CURVE DRAWING OR BROCHURE NO.<br>(see instruction no. 6)<br>c. | CONTRACT REFERENCE DOCUMENT | | NO. OF COPIES<br>f. | FOR CONTRACTOR USE CODE<br>g. | VARIATION (See instruction no. 6)<br>h. | FOR CE USE CODE<br>i. |
|---|---|---|---|---|---|---|---|---|
| | | | SPEC. PARA. NO.<br>d. | DRAWING SHEET NO.<br>e. | | | | |
| 1 X | Safety & Health Plan | Statement | 1.4 | | 1 | A Accepted | Accepted G | |

RECEIVED
AUG 26 2002
Northern Alaska
Area Office

REMARKS: Safety & Health Plan revised per COE comments.

| | |
|---|---|
| I certify that the above submitted items have been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as otherwise stated.<br><br>[signature]<br>NAME AND SIGNATURE OF CONTRACTOR<br>Chris Seeley QCSM | DATE<br>SEP 06 2002 |

## SECTION II - APPROVAL ACTION

| ENCLOSURES RETURNED (List by Item No.) | NAME, TITLE, AND SIGNATURE OF APPROVING AUTHORITY<br><br>PHILIP L. SALMON, P.E.<br>Administrative Contracting Officer<br>[signature] | |
|---|---|---|

ACE000311

TRANSMITTAL COMMENTS

CONTRACT NO: DACA85-01-C-0026    01015-1B

DATE: 09/06/02    REVIEWER    AO    SHEET 1 OF 1

| ITEM | CODE | COMMENT |
|---|---|---|
| 1 | G | ACCEPTED, WITH THE FOLLOWING COMMENTS. RESUBMISSION IS NOT REQUIRED. |

1. This plan is accepted contingent upon satisfactory implementation of this plan and performance of personnel in the field.

2. This plan is a living document and shall be updated as required during the life of this contract.

3. Please note the correction of the item number from 2 to 1, as originally submitted on transmittals 01015-1 and 01015-1A.

ACE000312