PETER R. EHRHARDT
EHRHARDT LAW OFFICE
215 Fidalgo Ave., Ste. 203
Kenai, Alaska  99611
Phone: (907) 283-2876
Fax: (907)283-2896
ehrhardt@kenai.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER, | ) Case No. 3:05-cv-263-JKS |
| Plaintiff, | ) |
| vs. | ) UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| UNITED STATES CORPS OF ENGINEERS, | ) |
| Defendant. | ) |

COMES NOW plaintiff, JOEL WALLENDER, by and through counsel, PETER R. EHRHARDT, and hereby moves this Honorable Court for an extension of time in which to file his opposition to defendant's Motion to Dismiss.   Plaintiff's opposition to defendant's motion is currently due on September 11, 2006.   Plaintiff is seeking a 30-day extension, up to and including, October 11, 2006, in which to file his opposition. US Attorney Susan Lindquist has stated that she does not oppose this extension.

WHEREFORE, based on the foregoing and defendant's agreement to the requested extension, plaintiff's respectfully requests that this Court enter the

*Wallender v. COE*
*Unopposed Motion for EOT to Oppose*
*Defendant's Motion to Dismiss*

Page -1-

proposed Order allowing plaintiff up to and including October 11, 2006, in which to file his Opposition to Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 5th day of September, 2006, at Kenai, Alaska.

<u>s/ PETER R. EHRHARDT</u>
215 Fidalgo Ave., STE 203
Kenai, AK 99611
Phone: (907) 283-2876
Fax: (907) 283-2896
E-mail: ehrhardt@kenai.com
AK Bar Number: 8006016

## CERTIFICATE OF SERVICE

I hereby certify that on 9/5/2006,
a copy of the foregoing was served
electronically on Susan J. Lundquist.

s/ Cynthia Balser, Paralegal

*Wallender v. COE*
*Unopposed Motion for EOT to Oppose*
*Defendant's Motion to Dismiss*

Page -2-