IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOEL WALLENDER, | ) | Case No. 3:05-cv-263-JKS |
| Plaintiff, | ) | |
| vs. | ) | ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| UNITED STATES CORPS OF ENGINEERS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss is hereby GRANTED. Plaintiff shall have up to an including October 11, 2006, in which to file his Opposition to the Motion to Dismiss.

DATED this _____ day of September, 2006, at Anchorage, Alaska.

_____
US DISTRICT COURT JUDGE

Peter R. Ehrhardt
FRIEDMAN RUBIN & WHITE
215 Fidalgo Ave., Ste. 203 • Kenai, Alaska 99611
Tele: (907) 283-2876 • Fax: (907) 283-2896

*Wallender v. COE*
*Unopposed Motion for EOT to Oppose*
*Defendant's Motion to Dismiss*

Page -1-