IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER, ) | Case No. 3:05-cv-263-JKS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER RE:  PLAINTIFF'S |
| ) | UNOPPOSED MOTION FOR EXTENSION |
| UNITED STATES CORPS OF ) | OF TIME TO FILE OPPOSITION TO |
| ENGINEERS, ) | DEFENDANT'S MOTION TO DISMISS |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED** that plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss is hereby GRANTED.  Plaintiff shall have up to an including October 11, 2006, in which to file his Opposition to the Motion to Dismiss.

DATED this __7th__ day of September 2006, at Anchorage, Alaska.


_____/s/James K. Singleton, Jr.
US DISTRICT COURT JUDGE