PETER R. EHRHARDT
EHRHARDT LAW OFFICE
215 Fidalgo Ave., Ste. 203
Kenai, Alaska 99611
Phone: (907) 283-2876
Fax: (907)283-2896
ehrhardt@kenai.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER, ) | Case No. 3:05-cv-263-JKS |
| ) | |
| Plaintiff, ) | |
| ) | UNOPPOSED MOTION FOR EXTENSION |
| vs. ) | OF TIME TO FILE OPPOSITION TO |
| ) | DEFENDANT'S MOTION TO DISMISS |
| UNITED STATES CORPS OF ) | |
| ENGINEERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**COMES NOW** plaintiff, JOEL WALLENDER, by and through counsel, PETER R. EHRHARDT, and hereby moves this Honorable Court for an extension of time in which to file his opposition to defendant's Motion to Dismiss. Plaintiff's opposition to defendant's motion is currently due on October 11, 2006. Plaintiff is seeking a 20-day extension, up to and including, October 31, 2006, in which to file his opposition. US Attorney Susan Lindquist has stated that she does not oppose this extension.

*Wallender v. COE*
*Unopposed Motion for EOT to Oppose*
*Defendant's Motion to Dismiss*

Page -1-

WHEREFORE, based on the foregoing and defendant's agreement to the requested extension, plaintiff's respectfully requests that this Court enter the proposed Order allowing plaintiff up to and including October 31, 2006, in which to file his Opposition to Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 3rd day of October, 2006, at Kenai, Alaska.

/s/PETER R. EHRHARDT
215 Fidalgo Ave., STE 203
Kenai, AK 99611
Phone: (907) 283-2876
Fax: (907) 283-2896
E-mail: ehrhardt@kenai.com
AK Bar Number: 8006016

CERTIFICATE OF SERVICE

I hereby certify that on 10/3/2006,
a copy of the foregoing was served
electronically on Susan J. Lundquist.

/s/Nathan Birchfield, Paralegal

*Wallender v. COE*
*Unopposed Motion for EOT to Oppose*
*Defendant's Motion to Dismiss*

Page -2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER, | ) Case No. 3:05-cv-263-JKS |
| Plaintiff, | ) [PROPOSED] |
| vs. | ) ORDER RE:  PLAINTIFF'S |
| | ) UNOPPOSED MOTION FOR EXTENSION |
| UNITED STATES CORPS OF ENGINEERS, | ) OF TIME TO FILE OPPOSITION TO |
| | ) DEFENDANT'S MOTION TO DISMISS |
| Defendant. | ) |

    **IT IS HEREBY ORDERED** that plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss is hereby GRANTED.  Plaintiff shall have up to an including October 31, 2006, in which to file his Opposition to the Motion to Dismiss.

    DATED this _____ day of October, 2006, at Anchorage, Alaska.

_____
US DISTRICT COURT JUDGE

*Wallender v. COE*
*Unopposed Motion for EOT to Oppose*
*Defendant's Motion to Dismiss*

Page -1-