# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Wallender v. United States Corps of Engineers*
Case No. 3:05-cv-00263-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Robin Carter, Case Management: 677-6127*

<u>PROCEEDINGS</u>:   ORDER FROM CHAMBERS

Plaintiff's unopposed motion for extension of time to file opposition to Defendant's motion to dismiss at **Docket No. 15** is **GRANTED**. Plaintiff's response is now due on or before Tuesday, October 31, 2006.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>October 11, 2006</u>

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.