| **SOLICITATION, OFFER, AND AWARD** (struction, Alteration, or Repair) | 1. SOLICITATION NUMBER DACA85-01-R-0024 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 3. DATE ISSUED 06/27/01 | PAGE OF PAGES |
|---|---|---|---|---|

**TANT** - The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NUMBER DACA85-01-C-0026 | 5. REQUISITION/PURCHASE REQUEST NUMBER | 6. PROJECT NUMBER |
|---|---|---|

| 7. ISSUED BY    CODE    DACA85 | 8. ADDRESS OFFER TO |
|---|---|
| US ARMY ENGINEER DISTRICT, ALASKA<br>CEPOA-CT (DACA85)<br>PO BOX 898<br>ANCHORAGE, AK 99506-0898 | US ARMY CORPS OF ENGINEERS<br>PO BOX 898<br>(2204 3rd St, Rm 50 - Elmendorf AFB)<br>ANCHORAGE, AK 99506-0898 |

| 9. FOR INFORMATION CALL ▶ | A. NAME DOROTHY MCGINNIS | B. TELEPHONE NUMBER (Include area code) (NO COLLECT CALLS) (907)753-5579 |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, Identifying number, date):

NAICS CODE 233320 - Commercial and Institutional Building Construction
PROJECT TITLE AND LOCATION: FY01 Replacement Family Housing, Ft Wainwright, Alaska
OPEN TO LARGE AND SMALL BUSINESSES
DESCRIPTION OF WORK: This will be a two (2) Step Design-Build Request For Proposal (RFP) acquisition process based on best value to the Government. Step-One shall require offeror to submit relevant qualifications and overall technical approach for this project to include experience, past performance, design approach, and team organization. Step-Two shall require the offeror to submit a unique technical solution for this project in the form of drawings, narratives, schedule, and price. Only those offers that are considered to be st highly qualified within Step-One will be asked to submit their design and related information for Step-Two. The Government will rights to the design submitted by each offeror in accordance with DFARS 252.227-7022 Government Rights Unlimited (March ). NO GREATER THAN THREE (3) OFFERORS WILL BE SELECTED FOR STEP-TWO.

FY01 Replacement Housing will consist of demolition of (7) 8-Plex Buildings at North Town and (5) 8-Plex Buildings at Southern Cross including asbestos and lead paint removal. Extension and modification of existing utilities (electrical, communications, water, sewer and steam) to support (75) new (40)3-bedroom and (35) 4-bedroom housing units in multi-plex buildings at North Town, All units have 1-car garages and 2-off-street parking spots. Tie-in with existing neighborhood roadways, sidewalks, pedestrian and bicycle trail network. Five percent of the units will be accessible and easily modifiable to accommodate the requirements of the handicapped. This project is in metric units except as otherwise noted. THIS SOLICITATION UTILIZES ELECTRONIC BID SETS (EBS) AND PROVIDED ON COMPACT DISKS-READ ONLY (CD-ROM) AT NO CHARGE (http://ebs.poa.usace.army.mil)

11. The Contractor shall begin performance within ___10___ calendar days and complete it within _____ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☐ mandatory, ☐ negotiable. (See SCR-1 (also for calendar days) .)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) ☒ YES  ☐ NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:
**See Section 00100 Para 4.1.1**

A. Sealed offers in original and _____ copies to perform the work required are due at the place specified in Item 8 by __1600__ (hour)
AM#3 -31 AUG 2001   ~~30-JUL-2001~~ (date). If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. ...ers providing less than ___60___ calendar days for Government acceptance after the date offers are due will not be considered and will ... ejected.

NSN 7540-01-155-3212        1442-103        STANDARD FORM 1442 (REV. 4-85) (EG)
Designed using Perform Pro, WHS/DIOR, Oct 96        Prescribed by GSA - FAR (48 CFR) 53.236-1(d)

**OFFER** *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NUMBER *(Include area code)* |
|---|---|
| ●ORNE CONSTRUCTION COMPANY<br>⊃. BOX 97010<br>KIRKLAND, WA  98083<br><br>DUNS #19-678-9440 | **(425) 827-4221** |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)* |

| CODE  OJD38 | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due. *(Insert any number equal or greater than the minimum requirement stated in 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGEMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | R0001 | R0002 | R0003 | R0004 | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 7/17/01 | 7/20/01 | 8/13/01 | 8/22/01 | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| Daniel C. Jacobson, Exec. Vice President | *Daniel C. Jacobson* | 8/31/01 |

**AWARD** *(To be completed by Government)*

●S ACCEPTED

Contract Proposal Schedule, Base Items 1 - 8 and Optional Items 9 - 15    DO Rated:
PS-1, 2, 3                                                                   C20

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $22,603,450.00 | WC1JUW12702403  FTW230 3CHDLB 21 NA 2001 7020.0000<br>J4 2001 08 8081 10505040000 95507 3200 |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ | ITEM<br>Block 26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) (     )    ☐ 41 U.S.C. 253(c) (     ) |
|---|---|---|

| 26. ADMINISTERED BY          CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| US Army Engineer District, Alaska<br>Attn: CEPOA-CO-NA-WR<br>PO Box 35066<br>Ft. Wainwright, AK 99703 | Disbursing Officer<br>USACE Finance Center<br>5720 Integrity Drive<br>Millington, TN 38054-5005 |

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

| ☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _____ copies to the issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☐ 29. AWARD. *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award.  No further contractual document is necessary. |
|---|---|
| **30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** *(Type or print)*<br><br>●l C. Jacobson, Exec. Vice President | **31A. NAME OF CONTRACTING OFFICER** *(Type or print)*<br><br>MADONNA S. SOUTHCOTT |
| SIGNATURE<br>*Daniel C. Jacobson* | 30C. DATE<br>9/28/2001 | 31B. UNITED STATES OF AMERICA<br>BY *Madonna S. Southcott* | 31C. AWARD DATE<br>28 Sep 01 |

STANDARD FORM 1442 BACK (REV. 4-85)

**OFFER** *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NUMBER *(Include area code)* |
|---|---|
| ●ORNE CONSTRUCTION COMPANY<br>●. BOX 97010<br>KIRKLAND, WA 98083<br><br>DUNS #19-678-9440 | **(425) 827-4221** |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)* |

| CODE   0JD38 | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is

accepted by the Government in writing within _____ calendar days after the date offers are due. *(Insert any number equal or greater than the*

*minimum requirement stated in 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGEMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | R0001 | R0002 | R0003 | R0004 | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 7/17/01 | 7/20/01 | 8/13/01 | 8/22/01 | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| Daniel C. Jacobson, Exec. Vice President | *[signature]* | 8/31/01 |

**AWARD** *(To be completed by Government)*

●S ACCEPTED

    Contract Proposal Schedule, Base Items 1 - 8 and Optional Items 9 - 15    DO Rated:
    PS÷1, 2, 3                                                                  C20

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $22,603,450.00 | WC1JUW12702403  FTW230 3CHDLB 21 NA 2001 7020.0000<br>J4 2001 08 8081 10505040000 95507 3200 |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>*(4 copies unless otherwise specified)* | ITEM ▶ Block 26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) ( )    ☐ 41 U.S.C. 253(c) ( ) |
|---|---|---|

| 26. ADMINISTERED BY | CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|---|
| US Army Engineer District, Alaska<br>Attn: CEPOA-CO-NA-WR<br>PO Box 35066<br>Ft. Wainwright, AK 99703 | | Disbursing Officer<br>USACE Finance Center<br>5720 Integrity Drive<br>Millington, TN 38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _____ copies to the issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☐ 29. AWARD. *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN<br>*(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br><br>MADONNA S. SOUTHCOTT |
|---|---|
| ●NATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY ● *[signature]* | 31C. AWARD DATE<br>28 Sep 01 |

STANDARD FORM 1442 BACK (REV. 4-85)

SEP-10-2001  22:35        OSBORNE KIRKLAND                    425 820 4514    P.01

FY01 REPLACEMENT FAMILY HOUSING                              FTW230
DACA85-01-R-0024, AMENDMENT R0003

PROPOSAL SCHEDULE          DACA85-01-R-0024

FY01 REPLACEMENT FAMILY HOUSING
FT. WAINWRIGHT, ALASKA

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | | **BASE ITEMS** | | | |
| AM #3... | | | | | |
| 0001. | Design Military Family Housing ((31) 3-BR and (35) 4-BR units for at total of (66) housing units), utilities and site work, North Towne and Southern Cross areas, complete. | 1 | Lump Sum | $ 840,000 | $ 840,000 |
| 0002. | Construct Military Family Housing Units (3-BR), North Towne Area, to the 1.5 meter line, complete. | 31 | Each | $ 273,193 | $ 8,468,983 |
| | | | | | ...AM #3 |
| 0003. | Construct Military Family Housing Units (4-BR), North Towne Area, to the 1.5 meter line, complete. | 35 | Each | $ 184,585 | $ 6,460,475 |
| AM #3... | | | | | |
| 0004. | Construct utilities and site work for Military Family Housing, North Towne Area, outside the 1.5 meter line, (66) units, complete. | 1 | Lump Sum | $ 3,500,042 | $ 3,500,642 |
| | | | | | ...AM #3 |
| 0005. | Demolish Military Family Housing, Southern Cross Area, to the 1.5 meter line complete. | 1 | Lump Sum | $ 425,000 | $ 425,000 |
| 0006. | Demolish Military Family Housing site work, cap utilities, and restore site Southern Cross Area, outside the 1.5 meter line, complete. | 1 | Lump Sum | $ 55,000 | $ 55,000 |

FY01 REPLACEMENT FAMILY HOUSING
DACA85-01-R-0024, AMENDMENT R0003                        FTW230

## BASE ITEMS CONTÁD.

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AM #3... | | | | | |
| 0007. | Demolish Military Family Housing, North Towne Area, to the 1.5 meter line complete. | 1 | Lump Sum | $ 700,000 | $ 700,000 |
| 0008. | Demolish Military Family Housing site work, cap utilities, and restore site North Towne Area, outside the 1.5 meter line, complete. | 1 | Lump Sum | $ 110,000 | $ 110,000 |

Total of Base Items (0001 á 0008)  $ 20,559,500

## OPTIONAL ITEMS

| 0009. | Design Military Family Housing ((4) 3-BR readily handicap adaptable and (5) 3-BR units, for a total of (9) housing units), utilities and site work, North Towne and Southern Cross areas, complete. | 1 | Lump Sum | $ 15,000 | $ 15,000 |
|---|---|---|---|---|---|
| 0010. | Construct Military Family Housing Units (3-BR readily handicap adaptable), North Towne Area, to the 1.5 meter line, complete. | 4 | Each | $ 180,300 | $ 721,200 |
| 0011. | Construct utilities and site work for (3-BR readily handicap adaptable units), North Towne Area, complete. | 1 | Lump Sum | $ 133,500 | $ 133,500 |
| 0012. | Construct Military Family Housing Units (3-BR units), North Towne Area, to the 1.5 meter line, complete. | 5 | Each | $ 182,248 | $ 911,240 |

...AM #3

PS-2

FY01 REPLACEMENT FAMILY HOUSING                           FTW230
DACA85-01-R-0024, AMENDMENT R0003

OPTIONAL ITEMS CONTáD.

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Amount |
|----------|-------------|--------------------|------|------------|--------|
| AM #3... | | | | | |
| 0013. | Construct utilities and site work (3-BR units), North Towne Area, outside the 1.5 meter line, complete. | 1 | Lump Sum | $235,410 | $235,410 |
| 0014. | Excavate and stockpile contaminated soil, first 380 CM, complete. | 380 | CM | $45 | $17,100 |
| 0015. | Excavate and stockpile contaminated soil, all over 380 CM, complete. | 420 | CM | $25 | $10,500 |

Total of Optional Items (0009 - 0015)  $2,043,950

Total of Base (0001 thru 0008) and Optional (0009 thru 0015) Items  $22,603,450
...AM #3

EVALUATION OF OFFERS.

1. AWARD: Award will be made in accordance with Section 00120 – EVALUATION FACTORS FOR AWARD.

2. INCOMPLETE OFFERS: Failure to submit an offer on all items in the schedule will result in an incomplete offer and the proposal will be rejected. Lump sum must be shown for each item within the schedule.

3. EVALUATION OF OPTIONS: (JUN 88). The Government will evaluate offers for price purposes by adding the total price of all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

-- End of Proposal Schedule --

PS-3

The following Clarifications to the Contractors proposal during discussions on 14 September 2001 as stated in e-mail from Osborne Construction Company on 26 September 2001 and the attached Betterments and Innovations are accepted by the Government as stated in the final revised proposal and therefore will be incorporated into the contract:

1.  Osborne Construction Co. herein confirms that our revised (9/21/01) Base Bid Price of $20,559,500 included the Innovation to substitute the Optional C/D unit floor plan design (see drawing A2.5) for that originally proposed (see drawings A2.3 & A2.4) for this project. All other unit types (A, B & E) stay as originally submitted on in our proposal. The Same is true for the Optional Bid Items, which totaled $2,043,950. If we are the successful proposer, the site plan and building drawings will be updated, as part of the design review process, to reflect this desired Innovation.

2.  The attached Betterments and Innovations were accepted and will be incorporated into the contract.

DACA85-01-R-0024

01 Replacement Family Housing
Fort Wainwright, Alaska

**Note: Bolded items indicate Betterment and/or Innovations included in Base Proposal, per 9/19/01 phone**

## Exhibit I (1) - Betterments & Innovations

### Betterments

| RFP Ref | Item | Description | Qty | uom | Increase, Decrease or No Change, from Base Proposal Price for Acceptance of Betterment | Base Bid Totals Extended for 14 bldgs, 66 Units | Accept or Decline |
|---|---|---|---|---|---|---|---|
| 01010 Page 6 & 7 | 1 | Solid Surface Countertops at Kitch & Baths | 75 | Each | (2,400.00) | (158,400.00) | Decline |
| 01010 Page 6 & 7 | 2 | Increased Landscaping | 1 | LS | No Change | N/A | |
| 01010 Page 6 & 7 | 3 | Consolidated Mechanical Rooms | 16 | Each | No Change | N/A | |
| 01010 Page 6 & 7 | 4 | Additional Off-Street Parking | 75 | Each | (400.00) | (26,400.00) | Decline |
| 01010 Page 6 & 7 | 5 | Additional Wiring for Computers in Family Room | 75 | Each | No Change | N/A | |
| 01010 Page 6 & 7 | 6 | Individual Unit Fencing provides force protection and sense of ownership | 75 | Each | 2,850.00 | 188,100.00 | Decline |
| 01010 Page 6 & 7 | 7 | **Second Vanity Sink in Bathrooms and increased cabinet & countertop (Provide only one bathroom with bdl vanity and increased countertop)** | 75 | Each | (600.00) | (39,600.00) | Accept |

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

DACA85-01-R-0024

01 Replacement Family Housing
Fort Wainwright, Alaska

| RFP Ref | Item | Description | Qty | uom | Increase, Decrease or No Change in Base Price for Acceptance of Innovation | Base Bid Totals Extended for 14 bldgs, 66 Units | |
|---|---|---|---|---|---|---|---|
| 01010 Page 6 &7 and 01010, Page 48 | 8 | Ceilings higher than 7'-6" AEI min criteria. Our Base Proposal includes a 9'-0", 1st floor ceiling height | 75 | Each | (650.00) | (42,900.00) | Decline |
| | | **Innovations** | | | | | |
| 01010 Page 3 | Existing Basement | Reuse (7) existing basements at North Town. This will provide for (28) four bedroom units with basements. | 28 | Each | Base Line | N/A | |
| N/A | Elevated Drivewa | Raise the driveway elevation from zero at the road intersection at in incline to the garage providing interest and topography to the building front. | 75 | Each | Base Line | N/A | |
| 01010, Page 45 | Wall Texture | Lite-Dash texture in lieu of orange peal. Better finish and easier to repair then knock down orange peal (COE definition of orange peel is same as proposed light dash). | 75 | Each | No Change | N/A | |
| 01010, Page 45 | Wall Texture | Provide square corners in lieu of rounded outside corners.  Square finished corners are easier to repair and will decrease long term maintenance costs. | 75 | Each | (165.00) | (10,890.00) | Decline |
| 01010, Page 45 | Wall Texture | Provide standard gypsum wallboard in lieu of water resistant. Not required if semi-gloss paint is used. | 75 | Each | (40.00) | (2,640.00) | Accept |

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

DACA85-01-R-0024

01 Replacement Family Housing
Fort Wainwright, Alaska

| Reference | Item | Description | Qty | Unit | Base | Total | Decision |
|---|---|---|---|---|---|---|---|
| 01010, Page 46 | Bay Windows | Deduct the innovation of bay windows in living, dining, bedrooms, rec rooms, etc (Contractor will work with Owner during design development to provide alternate building massing in-lieu-of bay windows, for cost included in their proposal, No deduct being taken) | 75 | Each | (1,370.00) | (90,420.00) | Decline |
| 01010, Page 46 | Garden Window | Garden Window at HC Adaptable Kitchen (May be deleted in conjunction with the bay window item above) | 4 | Each | No Change | N/A | Decline |
| 01010, Page 48 | Bathrooms | Separate bathrooms from shower and toilet | 75 | Each | Base Line | N/A | |
| 01010, Page 48 | Scissor Trusses | Delete scissor trusses at master bedrooms | 75 | Each | (250.00) | (16,500.00) | Decline |
| 01010, Page 49 | Wainscot | Wood wainscot at entries as upgrade to entry space and additional wall protection. | 75 | Each | 350.00 | 23,100.00 | Decline |
| 01010, Page 49 | Wood Cabinets | Plywood boxed, Wood finish cabinets in lieu of plywood boxed P-Lam | 75 | Each | (1,100.00) | (72,600.00) | Decline |
| 01010, Page 49 | Wood Cabinets | High Density particle board boxed, Wood finish cabinets in lieu of plywood boxed P-Lam. (Contractor provided sample which matches cabinets being installed at the Boniface hsg project) | 75 | Each | (1,500.00) | (99,000.00) | Accept |
| 01010, Page 49 | Wood Cabinets | Provide 42" high upper cabinets for additional storage and increase kitchen ceiling height to 9'-0". Provide gypsum wrapped soffit above cabinets. | 75 | Each | 200.00 | 13,200.00 | Accept |
| 01010, Page 50 | Hot Surface Area | Ceramic or Granite at counter (adhered to top of solid surface kitchen countertops) | 75 | Each | 140.00 | 9,240.00 | Accept |
| 01010, Page 50 | Natural Finish | All wood casing and trim stain and clear finish. | 75 | Each | Base Line | N/A | |

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

DACA85-01-R-0024

**01 Replacement Family Housing**
**Fort Wainwright, Alaska**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01010, Page 70 | Steel Bath Tubs | Substitute Steel enamel for cast iron | 75 | Each | (575.00) | (37,950.00) | Accept |
| 01010, Page 87 | Tele/Data Outlets | Add tele/data outlet at desk area second floor | 71 | Each | 100.00 | 6,600.00 | Accept |
| N/A | Work Bench | Work bench, task light and peg board at garage | 75 | Each | 350.00 | 23,100.00 | Decline |
| N/A | Laundry | Provide Laundry rooms at second floor and revise layout to accommodate | 71 | Each | 1,950.00 | 128,700.00 | Decline |
| 01010, Page 48 | Entry Tile | Ceramic tile floors at entry | 75 | Each | 1,100.00 | 72,600.00 | Decline |
| 01010, Page 101 | Dining Rooms | Provide carpet in lieu of sheet vinyl | 75 | Each | (235.00) | (15,510.00) | Decline |
| N/A | Optional C/D Unit | Optional Building Floor Plan for C/D Units | 43 | Each | No Change | N/A | |
| 01010, Page 44 | Stair Windows | Windows at stairs for added natural light | 71 | Each | Base Line | N/A | |
| 01010, Page 44 | Clerestory, HC adaptable units | Deduct the added clerestory innovation windows, which were included in our base proposal, in an effort to provide added natural light into center hall of building | 4 | Each | (950.00) | N/A | |
| 01010, Page 4 | Roundabouts | Roundabouts are added to provide a sense of community and neighborhood. Roundabout provide for safe and efficient traffic circulation. | 1 | LS | Base Line | N/A | |
| 01010, Page 44 | Single Story Unit | The three bedroom HC Adaptable unit are of single story construction. Thus eliminating the need for a future wheelchair lift. | 4 | Each | Base Line | N/A | |
| N/A | Carpeting | Upgraded carpeting with increased density and loop quantity per inch. | 75 | Each | Base Line | N/A | |
| 01010, Page 47 | interior Doors | Provide hollow core in lieu of solid core for approx. 1/2 the interior door slab blanks. | 75 | Each | (375.00) | (24,750.00) | Accept |

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

DACA85-01-R-0024

**01 Replacement Family Housing**
**Fort Wainwright, Alaska**

| Reference | Category | Description | Qty | Unit | Unit Price | Total | Decision |
|---|---|---|---|---|---|---|---|
| 01010, Page 51 | Ceiling Insulation | Provide blown-in cellulose insulation in lieu of batt at ceilings | 75 | Each | (215.00) | (14,190.00) | Decline |
| 01010, Page 46 | Exterior Windows | Delete requirement for force protection, including laminated shatter resistant tempered glass. | 75 | Each | (1,420.00) | (93,720.00) | Decline |
| 01010, Page 46 | Exterior Windows | Delete requirement for tilt-turn style and provide casement | 75 | Each | (800.00) | (52,800.00) | Decline |
| 01010, Pages 112, 113, 136 & 137 | Bathrooms | **Delete requirement for medicine cabinets. Base Proposal has provided oversized bathroom vanities for toiletries (Contractor will provide one medicine cabinet per unit, at only the bedroom bathroom with the single vanity)** | 75 | Each | (65.00) | (4,290.00) | Accept |
| 01010, Page 46 | Party Wall Design | Allow bidder/designed 1 hour & 2 hour party wall construction, utilyzing single wall construction. Proposer to meet all fire codes and STC requirements (Delete requirement for Field impact isolation class & field sound transmission class testing req's) See attached exhibit AC-3 for information that details our intent. | 75 | Each | (350.00) | (23,100.00) | Accept |
| 01010, Page 69 & 70 | Floor Drains | Delete requirement at garages and laundry rooms. Garage slabs will be slopped to drain towards OH door. | 75 | Each | (490.00) | (32,340.00) | Accept |
| | Mechanical | **Delete requirement for hot and cold water mixing valve in mechanical rooms** | 16 | Each | (900.00) | (12,600.00) | Accept |
| | Mechanical | Use standard 22 gauge two compartment kitchen sink in lieu of three compartment | 75 | Each | (170.00) | (11,220.00) | Decline |

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

DACA85-01-R-0024

01 Replacement Family Housing
Fort Wainwright, Alaska

| Category | Description | Qty | Unit | | | |
|---|---|---|---|---|---|---|
| Mechanical | Use standard sized semi-instantaneous hot water maker (as mfg by Graham micro-mix or Leslie) in lieu of "Ace Beuhler" type hot water maker | 16 | Each | (5,280.00) | (73,920.00) | Accept |
| Mechanical | Use standard residential grade hydronic baseboard lieu of commercial grade | 75 | Each | (960.00) | (63,360.00) | Accept |
| Mechanical | Delete heating system reset temperature requirement. We propose to maintain a constant temperature. | 16 | Each | (785.00) | (10,990.00) | Accept |
| Mechanical | Use one, in lieu of two, steam pressure-reducing valves | 16 | Each | (1,075.00) | (15,050.00) | Accept |
| Mechanical | Insulate only the domestic water and heating main lines, in lieu of all DWV, domestic water and hydronic heat piping lines. | 75 | Each | (2,200.00) | (145,200.00) | Accept |
| Mechanical | Delete requirement for aluminum jacketing on insulation within mechanical rooms | 16 | Each | (1,725.00) | (24,150.00) | Accept |
| Electrical | Allow use of standard residential style fluorescent fixtures & bulbs in lieu of commercial grade, as specified. In addition, specified fluorescent replacement bulbs are $8 - $14 each and are not available in Fairbanks (Special order required) | 75 | Each | (1,025.00) | (67,650.00) | Accept |
| Electrical | Allow use of 1 ea incandescent light bar above bathroom vanities in lieu of 3 each fluorescent fixtures, as specified. Note, fluorescent lighting is normally not used, at bath vanity locations, since it does not provide realistic lighting (see exhibit AC-4). Contractor agreed to provide vanity light bar with shades - no bare light bulbs. | 75 | Each | (575.00) | (37,950.00) | Accept |

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

DACA85-01-R-0024

01 Replacement Family Housing
Fort Wainwright, Alaska

| | | | | | | |
|---|---|---|---|---|---|---|
| Electrical | Allow use of single phase service in lieu of three phase, including the following: Delete requirement for MDP; Install main disconnect, meter stack with separate meter for each unit; Provide one meter for mech. Room panel; Provide one meter to measure overall service usage; Change panels from 42 circuit to 30 circuit; Change panels from three phase to single phase; and Delete TVSS requirement in each panel. We believe the above distribution system will actually enhance the project. The single phase power distribution will provide 240V in lieu of 208V (with 3 phase system) which will significantly increase the dryer and range performance. | 75 | Each | (1,500.00) | (99,000.00) | Decline |
| Electrical | Provide two paddle fan/light combinations for each unit (family room and master bedroom) in lieu of that as required by the RFP (6 or 7 depending on unit type) | 75 | Each | (675.00) | (44,550.00) | Decline |

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

PROPOSAL NO.  DACA85-01-R-0024

If the offer is submitted by a corporation, partnership or a Joint Venture,
the applicable form listed must be completed.  In the alternative, other
evidence must be submitted to substantiate the authority  of the person signing
the offer.  If a corporation, the same officer shall not execute both the
offer and the certificate.


CORPORATE CERTIFICATE

I,  __Gayle Larson_____, certify that I am the  **Assistant**
_____ Secretary of the corporation named as Offeror/Contractor herein;
that __Daniel C. Jacobson_____ who signed this offer/contract on
behalf of the Offeror/Contractor was then **Exec. Vice President** of said
corporation; that said offer/contract was duly signed for an d on behalf of
said corporation by authority of its governing body, and is within the scope
of its corporate powers.

_____
**Assistant**    (Secretary)                    (CORPORATE SEAL)


AUTHORITY TO BIND PARTNERS HIP

This is to certify that the names and signatures of all partners are listed
below and that the person signing the offer had authority to actually bind the
partnership pursuant to its partnership agreement.  Each of the partners
individually has full a uthority to enter into and execute contractual
instruments, on behalf of said partnership, with the United States of America,
except as follows:  (State "none" or describe limitations, if any.)



This authority shall remain in full force and effect until s uch time as the
revocation of authority by any cause whatsoever has been furnished in writing
to, and acknowledged by, the Contracting Officer.


_____        _____
 (Type or Print Name)                           (Signature)

INDEX OF CLAUSES
DACA85-01-R-0024
SECTION 00700

52.202-0001    DEFINITIONS (MAY 2000)

52.203-0003    GRATUITIES (APR 1984)

52.203-0005    COVENANT AGAINST CONTINGENT FEES (APR 1984)

52.203-0007    ANTI-KICKBACK PROCEDURES (JUL 1995)

52.203-0008    CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL
               OR IMPROPER ACTIVITY (JAN 1997)

52.203-0010    PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY
                 (JAN 1997)

52.203-12      LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL
               TRANSACTIONS (JUN 1997)

52.204-0004    PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000)

52.209-0006    PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH
               CONTRACTOR DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT
               (JUL 1995)

52.211-0015    DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990)

52.215-0002    AUDIT AND RECORDS--NEGOTIATION (JUN 1999)

52.215-0008    ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT (OCT 1997)

52.215-0011    PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--
               MODIFICATIONS (OCT 1997)

52.215-0012    SUBCONTRACTOR COST OR PRICING DATA (OCT 1997)

52.215-14        INTEGRITY OF UNIT PRICES (OCT 1997)

52.219-0008    UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2000)

52.219-0009    SMALL BUSINESS SUBCONTRACTING PLAN(OCT 2000)ALTERNATE II
               (OCT 2000)

52-219-16        LIQUIDATED DAMAGES-SUBCONTRACTING PLAN (JAN 1999)

52.222-0003    CONVICT LABOR (AUG 1996)

52.222-0004    CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME
               COMPENSATION (SEP 2000)

52.222-0006    DAVIS-BACON ACT (FEB 1995)

52.222-0007    WITHHOLDING OF FUNDS (FEB 1988)

52.222-0008    PAYROLLS AND BASIC RECORDS (FEB 1988)

52.222-0009    APPRENTICES AND TRAINEES (FEB 1988)

52.222-0010    COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988)

52.222-0011    SUBCONTRACTS (LABOR STANDARDS) (FEB 1988)

52.222-0012    CONTRACT TERMINATION--DEBARMENT (FEB 1988)

52.222-0013    COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS
(FEB 1988)

52.222-0014    DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)

52.222-0015    CERTIFICATION OF ELIGIBILITY (FEB 1988)

52.222-0021    PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

52.222-0026    EQUAL OPPORTUNITY (FEB 1999)

52.222-0027    AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION
(FEB 1999)

52.222-0035    AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE
VIETNAM ERA (APR 1998)

52.222-0036    AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)

52.222-0037    EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE
VIETNAM ERA (JAN 1999)

52.223-0003    HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA
(JAN 1997)

52.223-0005    POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (APR 1998)

52.223-0006    DRUG-FREE WORKPLACE (JAN 1997)

52.223-0009    ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA
DESIGNATED PRODUCTS (AUG 2000)

52.223-14    TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

52.225-0005    TRADE AGREEMENTS (APR 2000)

52.225-0011    BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM CONSTRUCTION
MATERIALS UNDER TRADE AGREEMENTS (FEB 2000)

52.225-0012    NOTICE OF BUY AMERICAN ACT REQUIREMENT CONSTRUCTION MATERIALS
UNDER TRADE AGREEMENTS (FEB 2000)

52.225-13    RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (JUL 2000)

52.226-0001    UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC
ENTERPRISES (JUN 2000)

52.227-0001    AUTHORIZATION AND CONSENT (JUL 1995)

52.227-0002    NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT
INFRINGEMENT(AUG 1996)

52.227-0004    PATENT INDEMNITY--CONSTRUCTION CONTRACTS (APR 1984)

52.228-1    BID GUARANTEE (SEP 1996)

| | |
|---|---|
| 52.228-0002 | ADDITIONAL BOND SECURITY (OCT 1997) |
| 52.228-0015 | PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (JULY 2000) |
| 52.229-0003 | FEDERAL, STATE, AND LOCAL TAXES (JAN 1991) |
| 52.232-0005 | PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (MAY 1997) |
| 52.232-0017 | INTEREST (JUN 1996) |
| 52.232-0018 | AVAILABILITY OF FUNDS (APR 1984) |
| 52.232-0023 | ASSIGNMENT OF CLAIMS (JAN 1986) |
| 52.232-0027 | PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (JUN 1997) |
| 52.232-0033 | PAYMENT BY ELECTRONIC FUNDS TRANSFER CENTRAL CONTRACTOR REGISTRATION (MAY 1999) |
| 52.232-0034 | OPTIONAL INFORMATION FOR ELECTRONIC FUNDS TRANSFER PAYMENT (AUG 1996) |
| 52.233-0001 | DISPUTES (DEC 1998) |
| 52.233-0003 | PROTEST AFTER AWARD (AUG 1996) |
| 52.236-0002 | DIFFERING SITE CONDITIONS (APR 1984) |
| 52.236-0003 | SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984) |
| 52.236-0005 | MATERIAL AND WORKMANSHIP (APR 1984) |
| 52.236-0006 | SUPERINTENDENCE BY THE CONTRACTOR (APR 1984) |
| 52.236-0007 | PERMITS AND RESPONSIBILITIES (NOV 1991) |
| 52.236-0008 | OTHER CONTRACTS (APR 1984) |
| 52.236-0009 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984) |
| 52.236-0010 | OPERATIONS AND STORAGE AREAS (APR 1984) |
| 52.236-0011 | USE AND POSSESSION PRIOR TO COMPLETION (APR 1984) |
| 52.236-0012 | CLEANING UP (APR 1984) |
| 52.236-0013 | ACCIDENT PREVENTION (NOV 1991) |
| 52.236-0015 | SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984) |
| 52.236-0021 | SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997) |
| 52.236-0023 | RESPONSIBILITY OF THE ARCHITECT-ENGINEER CONTRACTOR (APR 1984) |
| 52.236-0025 | REQUIREMENTS FOR REGISTRATION OF DESIGNERS (APR 1984) |
| 52.236-26 | PRECONSTRUCTION CONFERENCE (FEB 1995) |

| | |
|---|---|
| 52.242-0013 | BANKRUPTCY (JUL 1995) |
| 52.242-0014 | SUSPENSION OF WORK (APR 1984) |
| 52.243-0004 | CHANGES (AUG 1987) |
| 52.244-0006 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (OCT 1998) |
| 52.245-0002 | GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989) |
| 52.246-0012 | INSPECTION OF CONSTRUCTION (AUG 1996) |
| 52.248-0003 | VALUE ENGINEERING--CONSTRUCTION (FEB 2000) |
| 52.249-0002 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996) |
| 52.249-0010 | DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984) |
| 52.253-0001 | COMPUTER GENERATED FORMS (JAN 1991) |
| 252.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE CONTRACT-RELATED FELONIES (MAR 1999) |
| 252.203-7002 | DISPLAY OF DOD HOTLINE POSTER (DEC 1991) |
| 252.222-7000 | RESTRICTIONS ON EMPLOYMENT OF PERSONNEL (MAR 2000) |
| 252.223-7001 | HAZARD WARNING LABELS (DEC 1991) |
| 252.223-7006 | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (APR 1993) |
| 252.227-7022 | GOVERNMENT RIGHTS (UNLIMITED) (MAR 1979) |
| 252.227-7024 | NOTICE AND APPROVAL OF RESTRICTED DESIGNS (APR 1984) |
| 252.227-7033 | RIGHTS IN SHOP DRAWINGS (APR 1966) |
| 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES (DEC 1991) |
| 252.236-7000 | MODIFICATION PROPOSALS--PRICE BREAKDOWN (DEC 1991) |
| 252.236-7008 | CONTRACT PRICES--BIDDING SCHEDULES (DEC 1991) |
| 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS (DEC 1991) |
| 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998) |
| 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000) |
| 252.247-7024 | NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000) |

SECTION 00700 Contract Clauses

CLAUSES INCORPORATED BY FULL TEXT

52.202-1   DEFINITIONS.  (MAY 2001)

(a) Agency head or head of the agency means the Secretary (Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, unless otherwise indicated, including any deputy or assistant chief official of the executive agency.

(b) Commercial component means any component that is a commercial item.

(c) Commercial item means--

(1) Any item, other than real property, that is of a type customarily used for nongovernmental purposes and that--

(i) Has been sold, leased, or licensed to the general public; or

(ii) Has been offered for sale, lease, or license to the general public;

(2) Any item that evolved from an item described in paragraph (c)(1) of this clause through advances in technology or performance and that is not yet available in the commercial marketplace, but will be available in the commercial marketplace in time to satisfy the delivery requirements under a Government solicitation;

(3) Any item that would satisfy a criterion expressed in paragraphs (c)(1) or (c)(2) of this clause, but for--

(i) Modifications of a type customarily available in the commercial marketplace; or

(ii) Minor modifications of a type not customarily available in the commercial marketplace made to meet Federal Government requirements. "Minor" modifications means modifications that do not significantly alter the nongovernmental function or essential physical characteristics of an item or component, or change the purpose of a process. Factors to be considered in determining whether a modification is minor include the value and size of the modification and the comparative value and size of the final product. Dollar values and percentages may be used as guideposts, but are not conclusive evidence that a modification is minor;

(4) Any combination of items meeting the requirements of paragraphs (c)(1), (2), (3), or (5) of this clause that are of a type customarily combined and sold in combination to the general public;

(5) Installation services, maintenance services, repair services, training services, and other services if such services are procured for support of an item referred to in paragraphs (c)(1), (2), (3), or (4) of this clause, and if the source of such services--

(i) Offers such services to the general public and the Federal Government contemporaneously and under similar terms and conditions; and

(ii) Offers to use the same work force for providing the Federal Government with such services as the source uses for providing such services to the general public;

(6) Services of a type offered and sold competitively in substantial quantities in the commercial marketplace based on established catalog or market prices for specific tasks performed under standard commercial terms and conditions. This does not include services that are sold based on hourly rates without an established catalog or market price for a specific service performed;

(7) Any item, combination of items, or service referred to in subparagraphs (c)(1) through (c)(6), notwithstanding the fact that the item, combination of items, or service is transferred between or among separate divisions, subsidiaries, or affiliates of a Contractor; or

(8) A nondevelopmental item, if the procuring agency determines the item was developed exclusively at private expense and sold in substantial quantities, on a competitive basis, to multiple State and local Governments.

(d) Component means any item supplied to the Government as part of an end item or of another component, except that for use in 52.225-9, and 52.225-11 see the definitions in 52.225-9(a) and 52.225-11(a).

(e) Contracting Officer means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

(f) Nondevelopmental item means--

(1) Any previously developed item of supply used exclusively for governmental purposes by a Federal agency, a State or local government, or a foreign government with which the United States has a mutual defense cooperation agreement;

(2) Any item described in paragraph (f)(1) of this definition that requires only minor modification or modifications of a type customarily available in the commercial marketplace in order to meet the requirements of the procuring department or agency; or

(3) Any item of supply being produced that does not meet the requirements of paragraph (f)(1) or (f)(2) solely because the item is not yet in use.

 (g) Except as otherwise provided in this contract, the term "subcontracts" includes, but is not limited to, purchase orders and changes and modifications to purchase orders under this contract.

(End of clause)

52.203-3    GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government, and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to

any other rights and remedies provided by law or under this contract.

(End of clause)

52.203-5    COVENANT AGAINST CONTINGENT FEES (APR 1984)

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, in its discretion, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

(End of clause)

52.203-7    ANTI-KICKBACK PROCEDURES.  (JUL 1995)

(a) Definitions.

"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided, directly or indirectly, to any prime Contractor, prime Contractor employee,  subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor," as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) The Anti-Kickback Act of 1986 (41 U.S.C. 51-58) (the Act), prohibits any person from -

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Department of Justice.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold, from sums owed a subcontractor under the prime contract, the amount of any kickback. The Contracting Officer may order the monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including this subparagraph (c)(5) but excepting subparagraph (c)(1), in all subcontracts under this contract which exceed $100,000.

52.203-8    CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), as amended by section 4304 of the 1996 National Defense Authorization Act for Fiscal Year 1996 (Pub. L. 104-106), the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which--

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct

constitutes a violation of subsection 27 (a) or (b) of the Act for the purpose of either--

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsections 27(e)(1) of the Act.

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.


52.203-10    PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) The Government, at its election, may reduce the price of a fixed-price type contract and the total cost and fee under a cost-type contract by the amount of profit or fee determined as set forth in paragraph (b) of this clause if the head of the contracting activity or designee determines that there was a violation of subsection 27 (a), (b), or (c) of the Office of Federal Procurement Policy Act, as amended (41 U.S.C. 423), as implemented in section 3.104 of the Federal Acquisition Regulation.

(b) The price or fee reduction referred to in paragraph (a) of this clause shall be--

(1) For cost-plus-fixed-fee contracts, the amount of the fee specified in the contract at the time of award;

(2) For cost-plus-incentive-fee contracts, the target fee specified in the contract at the time of award, notwithstanding any minimum fee or "fee floor" specified in the contract;

(3) For cost-plus-award-fee contracts--

(i) The base fee established in the contract at the time of contract award;

(ii) If no base fee is specified in the contract, 30 percent of the amount of each award fee otherwise payable to the Contractor for each award fee evaluation period or at each award fee determination point.

(4) For fixed-price-incentive contracts, the Government may--

(i) Reduce the contract target price and contract target profit both by an amount equal to the initial target profit specified in the contract at the time of contract award; or

(ii) If an immediate adjustment to the contract target price and contract target profit would have a significant adverse impact on the incentive price revision relationship under the contract, or adversely affect the contract financing provisions, the Contracting Officer may defer such adjustment until establishment of the total final price of the contract. The total final price established in accordance with the incentive price revision provisions of the contract shall be reduced by an amount equal to the initial target profit specified in the contract at the time of contract award and such reduced price shall be the total final contract price.

(5) For firm-fixed-price contracts, by 10 percent of the initial contract price or a profit amount determined by the Contracting Officer from records or documents in existence prior to the date of the contract award.

(c) The Government may, at its election, reduce a prime contractor's price or fee in accordance with the procedures of paragraph (b) of this clause for violations of the Act by its subcontractors by an amount not to exceed the amount of profit or fee reflected in the subcontract at the time the subcontract was first definitively priced.

(d) In addition to the remedies in paragraphs (a) and (c) of this clause, the Government may terminate this contract for default. The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.203-12    LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997)

(a) Definitions.

"Agency," as used in this clause, means executive agency as defined in 2.101.

"Covered Federal action," as used in this clause, means any of the following Federal actions:

(1) The awarding of any Federal contract.

(2) The making of any Federal grant.

(3) The making of any Federal loan.

(4) The entering into of any cooperative agreement.

(5) The extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

"Indian tribe" and "tribal organization," as used in this clause, have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450B) and include Alaskan Natives.

"Influencing or attempting to influence," as used in this clause, means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.

"Local government," as used in this clause, means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

"Officer or employee of an agency," as used in this clause, includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), title 37, United States Code.

(3) A special Government employee, as defined in section 202, title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, title 5, United States Code, appendix 2.

"Person," as used in this clause, means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal law.

"Reasonable compensation," as used in this clause, means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government.

"Reasonable payment," as used in this clause, means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

"Recipient," as used in this clause, includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal law.

"Regularly employed," as used in this clause, means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

"State," as used in this clause, means a State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, a territory or possession of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) Prohibitions.

(1) Section 1352 of title 31, United States Code, among other things, prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any of the following covered Federal actions: the awarding of any Federal contract; the making of any Federal grant; the making of any Federal loan; the entering into of any cooperative agreement; or the modification of any Federal contract, grant, loan, or cooperative agreement.

(2) The Act also requires Contractors to furnish a disclosure if any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a Federal contract, grant, loan, or cooperative agreement.

(3) The prohibitions of the Act do not apply under the following conditions:

(i) Agency and legislative liaison by own employees.

(A) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of a payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action if the payment is for agency and legislative liaison activities not directly related to a covered Federal action.

(B) For purposes of subdivision (b)(3)(i)(A) of this clause, providing any information specifically requested by an agency or Congress is permitted at any time.

(C) The following agency and legislative liaison activities are permitted at any time where they are not related to a specific solicitation for any covered Federal action:

(1) Discussing with an agency the qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities.

(2) Technical discussions and other activities regarding the application or adaptation of theperson's products or services for an agency's use.

(D) The following agency and legislative liaison activities are permitted where they are prior to formal solicitation of any covered Federal action--

(1) Providing any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action;

(2) Technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and

(3) Capability presentations by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub. L. 95-507, and subsequent amendments.

(E) Only those services expressly authorized by subdivision (b)(3)(i)(A) of this clause are permitted under this clause.

(ii) Professional and technical services.

(A) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of--

(1) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action.

(2) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations.

(B) For purposes of subdivision (b)(3)(ii)(A) of this clause, "professional and technical services" shall be limited to advice and analysis directly applying any professional or technical discipline. For example, drafting of a legal document accompanying a bid or proposal by a lawyer is allowable. Similarly, technical advice provided by an engineer on the performance or operational capability of a piece of equipment rendered directly in the negotiation of a contract is allowable. However, communications with the intent to influence made by a professional (such as a licensed lawyer) or a technical person (such as a licensed accountant) are not allowable under this section unless they provide advice and analysis directly applying their professional or technical expertise and unless the advice or analysis is rendered directly and solely in the preparation, submission or negotiation of a covered Federal action. Thus, for example, communications with the intent to influence made by a lawyer that do not provide legal advice or analysis directly and solely related to the legal aspects of his or her client's proposal, but generally advocate one proposal over another are not allowable under this section because the lawyer is not providing professional legal services. Similarly, communications with the intent to influence made by an engineer providing an engineering analysis prior to the preparation or submission of a bid or proposal are not allowable under this section since the

engineer is providing technical services but not directly in the preparation, submission or negotiation of a covered Federal action.

(C) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents.

(D) Only those services expressly authorized by subdivisions (b)(3)(ii)(A)(1) and (2) of this clause are permitted under this clause.

(E) The reporting requirements of FAR 3.803(a) shall not apply with respect to payments of reasonable compensation made to regularly employed officers or employees of a person.

(c) Disclosure.

(1) The Contractor who requests or receives from an agency a Federal contract shall file with that agency a disclosure form, OMB standard form LLL, Disclosure of Lobbying Activities, if such person has made or has agreed to make any payment using nonappropriated funds (to include profits from any covered Federal action), which would be prohibited under subparagraph (b)(1) of this clause, if paid for with appropriated funds.

(2) The Contractor shall file a disclosure form at the end of each calendar quarter in which there occurs any event that materially affects the accuracy of the information contained in any disclosure form previously filed by such person under subparagraph (c)(1) of this clause. An event that materially affects the accuracy of the information reported includes--

(i) A cumulative increase of $25,000 or more in the amount paid or expected to be paid for influencing or attempting to influence a covered Federal action; or

(ii) A change in the person(s) or individual(s) influencing or attempting to influence a covered Federal action; or

(iii) A change in the officer(s), employee(s), or Member(s) contacted to influence or attempt to influence a covered Federal action.

(3) The Contractor shall require the submittal of a certification, and if required, a disclosure form by any person who requests or receives any subcontract exceeding $100,000 under the Federal contract.

(4) All subcontractor disclosure forms (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall submit all disclosures to the Contracting Officer at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

(d) Agreement. The Contractor agrees not to make any payment prohibited by this clause.

(e) Penalties.

(1) Any person who makes an expenditure prohibited under paragraph (a) of this clause or who fails to file or amend the disclosure form to be filed or amended by paragraph (b) of this clause shall be subject to civil penalties as provided for by 31 U.S.C. 1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

(2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

(f) Cost allowability. Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

(End of clause)

52.204-4    PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000)

(a) Definitions. As used in this clause--

Postconsumer material means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material." For paper and paper products, postconsumer material means "postconsumer fiber" defined by the U.S. Environmental Protection Agency (EPA) as--

(1) Paper, paperboard, and fibrous materials from retail stores, office buildings, homes, and so forth, after they have passed through their end-usage as a consumer item, including: used corrugated boxes; old newspapers; old magazines; mixed waste paper; tabulating cards; and used cordage; or

(2) All paper, paperboard, and fibrous materials that enter and are collected from municipal solid waste; but not

(3) Fiber derived from printers' over-runs, converters' scrap, and over-issue publications.

Printed or copied double-sided means printing or reproducing a document so that information is on both sides of a sheet of paper.

Recovered material, for paper and paper products, is defined by EPA in its Comprehensive Procurement Guideline as "recovered fiber" and means the following materials:

(1) Postconsumer fiber; and

(2) Manufacturing wastes such as--

(i) Dry paper and paperboard waste generated after completion of the papermaking process (that is, those manufacturing operations up to and including the cutting and trimming of the paper machine reel into smaller rolls or rough sheets) including: envelope cuttings, bindery trimmings, and other paper and paperboard waste resulting from printing, cutting, forming, and other converting operations; bag, box, and carton manufacturing wastes; and butt rolls, mill wrappers, and rejected unused stock; and

(ii) Repulped finished paper and paperboard from obsolete inventories of paper and paperboard manufacturers, merchants, wholesalers, dealers, printers, converters, or others.

(b) In accordance with Section 101 of Executive Order 13101 of September 14, 1998, Greening the Government through Waste Prevention, Recycling, and Federal Acquisition, the Contractor is encouraged to submit paper documents, such as offers, letters, or reports, that are printed or copied double-sided on recycled paper that meet minimum content standards specified in Section 505 of Executive Order 13101, when not using electronic commerce methods to submit information or data to the Government.

(c) If the Contractor cannot purchase high-speed copier paper, offset paper, forms bond, computer printout paper, carbonless paper, file folders, white wove envelopes, writing and office paper, book paper, cotton fiber paper, and cover stock meeting the 30 percent postconsumer material standard for use in submitting paper documents to the Government, it should use paper containing no less than 20 percent postconsumer material. This lesser standard should be used only when paper meeting the 30 percent postconsumer material standard is not obtainable at a reasonable price or does not meet reasonable performance standards.

(End of clause)

52.209-6    PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH

CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)

(a) The Government suspends or debars Contractors to protect the Government's interests. The Contractor shall not enter into any subcontract in excess of the $25,000 with a Contractor that is debarred, suspended, or proposed for debarment unless there is a compelling reason to do so.

(b) The Contractor shall require each proposed first-tier subcontractor, whose subcontract will exceed $25,000, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract, the subcontractor, or its principles, is or is not debarred, suspended, or proposed for debarment by the Federal Government.

(c) A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is debarred, suspended, or proposed for debarment (see FAR 9.404 for information on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs). The notice must include the following:

(1) The name of the subcontractor.

(2) The Contractor's knowledge of the reasons for the subcontractor being on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding its inclusion on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

(4) The systems and procedures the Contractor has established to ensure that it is fully protecting the Government's interests when dealing with such subcontractor in view of the specific basis for the party's debarment, suspension, or proposed debarment.

(End of clause)


52.211-15    DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990)

This is a rated order certified for national defense use, and the Contractor shall follow all the requirements of the Defense Priorities and Allocations System regulation (15 CFR 700).

(End of clause)

52.215-2    AUDIT AND RECORDS--NEGOTIATION (JUN 1999)

(a) As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

(b) Examination of costs. If this is a cost-reimbursement, incentive, time-and-materials, labor-hour, or price redeterminable contract, or any combination of these, the Contractor shall maintain and the Contracting Officer, or an authorized representative of the Contracting Officer, shall have the right to examine and audit all records and other evidence sufficient to reflect properly all costs claimed to have been incurred or anticipated to be incurred directly or indirectly in performance of this contract. This right of examination shall include inspection at all reasonable times of the Contractor's plants, or parts of them, engaged in performing the contract.

(c) Cost or pricing data. If the Contractor has been required to submit cost or pricing data in connection with any pricing action relating to this contract, the Contracting Officer, or an authorized representative of the Contracting Officer, in order to evaluate the accuracy, completeness, and currency of the cost or pricing data, shall have the right to examine and audit all of the Contractor's records, including computations and projections, related to--

(1) The proposal for the contract, subcontract, or modification;

(2) The discussions conducted on the proposal(s), including those related to negotiating;

(3) Pricing of the contract, subcontract, or modification; or

(4) Performance of the contract, subcontract or modification.

(d) Comptroller General--(1) The Comptroller General of the United States, or an authorized representative, shall have access to and the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract or a subcontract hereunder.

(2) This paragraph may not be construed to require the Contractor or subcontractor to create or maintain any record that the Contractor or subcontractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Reports. If the Contractor is required to furnish cost, funding, or performance reports, the Contracting Officer or an authorized representative of the Contracting Officer shall have the right to examine and audit the supporting records and materials, for the purpose of evaluating (1) the effectiveness of the Contractor's policies and procedures to produce data compatible with the objectives of these reports and (2) the data reported.

(f) Availability. The Contractor shall make available at its office at all reasonable times the records, materials, and other evidence described in paragraphs (a), (b), (c), (d), and (e) of this clause, for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in Subpart 4.7, Contractor Records Retention, of the Federal Acquisition Regulation (FAR), or for any longer period required by statute or by other clauses of this contract. In addition--

(1) If this contract is completely or partially terminated, the Contractor shall make available the records relating to the work terminated until 3 years after any resulting final termination settlement; and

(2) The Contractor shall make available records relating to appeals under the Disputes clause or to litigation or the settlement of claims arising under or relating to this contract until such appeals, litigation, or claims are finally resolved.

(g) The Contractor shall insert a clause containing all the terms of this clause, including this paragraph (g), in all subcontracts under this contract that exceed the simplified acquisition threshold, and--

(1) That are cost-reimbursement, incentive, time-and-materials, labor-hour, or price-redeterminable type or any combination of these;

(2) For which cost or pricing data are required; or

(3) That require the subcontractor to furnish reports as discussed in paragraph (e) of this clause.

The clause may be altered only as necessary to identify properly the contracting parties and the Contracting Officer under the Government prime contract.

(End of clause)

52.215-8    ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT (OCT 1997)

Any inconsistency in this solicitation or contract shall be resolved by giving precedence in the following order:

(a) The Schedule (excluding the specifications).

(b) Representations and other instructions.

(c) Contract clauses.

(d) Other documents, exhibits, and attachments.

(e) The specifications.


52.215-11    PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS (OCT 1997)

(a) This clause shall become operative only for any modification to this contract involving a pricing adjustment expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, except that this clause does not apply to any modification if an exception under FAR 15.403-1 applies.

(b) If any price, including profit or fee, negotiated in connection with any modification under this clause, or any cost reimbursable under this contract, was increased by any significant amount because (1) the Contractor or a subcontractor furnished cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data, (2) a subcontractor or prospective subcontractor furnished the Contractor cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing Data, or (3) any of these parties furnished data of any description that were not accurate, the price or cost shall be reduced accordingly and the contract shall be modified to reflect the reduction. This right to a price reduction is limited to that resulting from defects in data relating to modifications for which this clause becomes operative under paragraph (a) of this clause.

(c) Any reduction in the contract price under paragraph (b) of this clause due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which--

(1) The actual subcontract; or

(2) The actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor; provided, that the actual subcontract price was not itself affected by defective cost or pricing data.

(d)(1) If the Contracting Officer determines under paragraph (b) of this clause that a price or cost reduction should be made, the Contractor agrees not to raise the following matters as a defense:

(i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current cost or pricing data had been submitted.

(ii) The Contracting Officer should have known that the cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer.

(iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract.

(iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2)(i) Except as prohibited by subdivision (d)(2)(ii) of this clause, an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if--

(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and

(B) The Contractor proves that the cost or pricing data were available before the "as of" date specified on its Certificate of Current Cost or Pricing Data, and that the data were not submitted before such date.

(ii) An offset shall not be allowed if--

(A) The understated data were known by the Contractor to be understated before the "as of" date specified on its Certificate of Current Cost or Pricing Data; or

(B) The Government proves that the facts demonstrate that the contract price would not have increased in the amount to be offset even if the available data had been submitted before the "as of" date specified on its Certificate of Current Cost or Pricing Data.

(e) If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid--

(1) Simple interest on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

A penalty equal to the amount of the overpayment, if the Contractor or subcontractor knowingly submitted cost or pricing data that were incomplete, inaccurate, or noncurrent.


52.215-12    SUBCONTRACTOR COST OR PRICING DATA (OCT 1997)

(a) Before awarding any subcontract expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, on the date of agreement on price or the date of award, whichever is later; or before pricing any subcontract modification involving a pricing adjustment expected to exceed the threshold for submission of cost or pricing data at FAR 15.403-4, the Contractor shall require the subcontractor to submit cost or pricing data (actually or by specific identification in writing), unless an exception under FAR 15.403-1 applies.

(b) The Contractor shall require the subcontractor to certify in substantially the form prescribed in FAR 15.406-2 that, to the best of its knowledge and belief, the data submitted under paragraph (a) of this clause were accurate, complete, and current as of the date of agreement on the negotiated price of the subcontract or subcontract modification.

(c) In each subcontract that exceeds the threshold for submission of cost or pricing data at FAR 15.403-4, when entered into, the Contractor shall insert either--

(1) The substance of this clause, including this paragraph (c), if paragraph (a) of this clause requires submission of cost or pricing data for the subcontract; or

(2) The substance of the clause at FAR 52.215-13, Subcontractor Cost or Pricing Data--Modifications.


52.215-14    INTEGRITY OF UNIT PRICES (OCT 1997)

(a) Any proposal submitted for the negotiation of prices for items of supplies shall distribute costs within contracts on a basis that ensures that unit prices are in proportion to the items' base cost (e.g., manufacturing or acquisition costs). Any method of distributing costs to line items that distorts unit prices shall not be used. For example, distributing costs equally among line items is not acceptable except when there is little or no variation in base cost. Nothing in this paragraph requires submission of cost or pricing data not otherwise required by law or regulation.

(b) When requested by the Contracting Officer, the Offeror/Contractor shall also identify those supplies that it will not manufacture or to which it will not contribute significant value.

The Contractor shall insert the substance of this clause, less paragraph (b), in all subcontracts for other than: acquisitions at or below the simplified acquisition threshold in FAR Part 2; construction or architect-engineer services under FAR Part 36; utility services under FAR Part 41; services where supplies are not required; commercial items; and petroleum products.


52.219-8    UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2000)

(a) It is the policy of the United States that small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns shall have the maximum practicable opportunity to participate in performing contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns.

(b) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.

Definitions. As used in this contract--

HUBZone small business concern means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

Small business concern means a small business as defined pursuant to Section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto.

Small disadvantaged business concern means a small business concern that represents, as part of its offer that--

(1) It has received certification as a small disadvantaged business concern consistent with 13 CFR part 124. subpart B;

(2) No material change in disadvantaged ownership and control has occurred since its certification;

(3) Where the concern is owned by one or more individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(4) It is identified, on the date of its representation, as a certified small disadvantaged business in the database maintained by the Small Business Administration (PRO-Net).

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

Women-owned small business concern means a small business concern--

(1) That is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Contractors acting in good faith may rely on written representations by their subcontractors regarding their status as a small business concern, a veteran-owned small business concern, a service-disabled veteran-owned small business concern, a HUBZone small business concern, a small disadvantaged business concern, or a women-owned small business concern.

(End of clause)

52.219-9    SMALL BUSINESS SUBCONTRACTING PLAN (OCT 2000)

(a) This clause does not apply to small business concerns.

(b) Definitions. As used in this clause--

Commercial item means a product or service that satisfies the definition of commercial item in section 2.101 of the Federal Acquisition Regulation.

Commercial plan means a subcontracting plan (including goals) that covers the offeror's fiscal year and that applies to the entire production of commercial items sold by either the entire company or a portion thereof (e.g., division, plant, or product line).

Individual contract plan means a subcontracting plan that covers the entire contract period (including option periods), applies to a specific contract, and has goals that are based on the offeror's planned subcontracting in support of the specific contract, except that indirect costs incurred for common or joint purposes may be allocated on a prorated basis to the contract.

Master plan means a subcontracting plan that contains all the required elements of an individual contract plan, except goals, and may be incorporated into individual contract plans, provided the master plan has been approved.

Subcontract means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime Contractor or subcontractor calling for supplies or services required for performance of the contract or subcontract.

(c) The offeror, upon request by the Contracting Officer, shall submit and negotiate a subcontracting plan, where applicable, that separately addresses subcontracting with small business, veteran-owned small business, HUBZone small business concerns, small disadvantaged business, and women-owned small business concerns. If the offeror is submitting an individual contract plan, the plan must separately address subcontracting with small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns, with a separate part for the basic contract and separate parts for each option (if any). The plan shall be included in and made a part of the resultant contract. The subcontracting plan shall be negotiated within the time specified by the Contracting Officer. Failure to submit and negotiate the subcontracting plan shall make the offeror ineligible for award of a contract.

(d) The offeror's subcontracting plan shall include the following:

(1) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns as subcontractors. Service-disabled veteran-owned small business concerns meet the definition of veteran-owned small business concerns, and offerors may include them within the subcontracting plan goal for veteran-owned small business concerns. A separate goal for service-disabled veteran-owned small business concerns is not required. The offeror shall include all subcontracts that contribute to contract performance, and may include a proportionate share of products and services that are normally allocated as indirect costs.

(2) A statement of--

(i) Total dollars planned to be subcontracted for an individual contract plan; or the offeror's total projected sales, expressed in dollars, and the total value of projected subcontracts to support the sales for a commercial plan;

(ii) Total dollars planned to be subcontracted to small business concerns;

(iii) Total dollars planned to be subcontracted to veteran-owned small business concerns;

(iv) Total dollars planned to be subcontracted to HUBZone small business concerns;

(v) Total dollars planned to be subcontracted to small disadvantaged business concerns; and

(vi) Total dollars planned to be subcontracted to women-owned small business concerns.

(3) A description of the principal types of supplies and services to be subcontracted, and an identification of the types planned for subcontracting to--

(i) Small business concerns;

(ii) Veteran-owned small business concerns;

(iii) HUBZone small business concerns;

(iv) Small disadvantaged business concerns; and

(v) Women-owned small business concerns.

(4) A description of the method used to develop the subcontracting goals in paragraph (d)(1) of this clause.

(5) A description of the method used to identify potential sources for solicitation purposes (e.g., existing company source lists, the Procurement Marketing and Access Network (PRO-Net) of the Small Business Administration (SBA), veterans service organizations, the National Minority Purchasing Council Vendor Information Service, the Research and Information Division of the Minority Business Development Agency in the Department of Commerce, or small, HUBZone, small disadvantaged, and women-owned small business trade associations. A firm may rely on the information contained in PRO-Net as an accurate representation of a concern's size and ownership characteristics for the purposes of maintaining a small, veteran-owned small, HUBZone small, small disadvantaged, and women-owned small business source list. Use of PRO-Net as its source list does not relieve a firm of its responsibilities (e.g., outreach, assistance, counseling, or publicizing subcontracting opportunities) in this clause.

(6) A statement as to whether or not the offeror in included indirect costs in establishing subcontracting goals, and a description of the method used to determine the proportionate share of indirect costs to be incurred with—

(i) Small business concerns;

(ii) Veteran-owned small business concerns;

(iii) HUBZone small business concerns;

(iv) Small disadvantaged business concerns; and

(v) Women-owned small business concerns.

(7) The name of the individual employed by the offeror who will administer the offeror's subcontracting program, and a description of the duties of the individual.

(8) A description of the efforts the offeror will make to assure that small business, veteran-owned small business, HUBZone small business, small disadvantaged business and women-owned small business concerns have an equitable opportunity to compete for subcontracts.

(9) Assurances that the offeror will include the clause of this contract entitled ``Utilization of Small Business Concerns" in all subcontracts that offer further subcontracting opportunities, and that the offeror will require all subcontractors (except small business concerns) that receive subcontracts in excess of $500,000 ($1,000,000 for construction of any public facility) to adopt a subcontracting plan that complies with the requirements of this clause.

(10) Assurances that the offeror will--

(i) Cooperate in any studies or surveys as may be required;

(ii) Submit periodic reports so that the Government can determine the extent of compliance by the offeror with the subcontracting plan;

(iii) Submit Standard Form (SF) 294, Subcontracting Report for Individual Contracts, and/or SF 295, Summary Subcontract Report, in accordance with paragraph (j) of this clause. The reports shall provide information on subcontract awards to small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, small disadvantaged business concerns, women-owned small business concerns, and Historically Black Colleges and Universities and Minority Institutions. Reporting shall be in accordance with the instructions on the forms or as provided in agency regulations.

(iv) Ensure that its subcontractors agree to submit SF 294 and SF 295.

(11) A description of the types of records that will be maintained concerning procedures that have been adopted to comply with the requirements and goals in the plan, including establishing source lists; and a description of the

offeror's efforts to locate small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns and award subcontracts to them. The records shall include at least the following (on a plant-wide or company-wide basis, unless otherwise indicated)

(i) Source lists (e.g., PRO-Net), guides, and other data that identify small business, veteran-owner small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns.

(ii) Organizations contacted in an attempt to locate sources that are small business, veteran-owned small business, HUBZone small business, small disadvantaged business, or women-owned small business concerns.

(iii) Records on each subcontract solicitation resulting in an award of more than $100,000, indicating--

(A) Whether small business concerns were solicited and, if not, why not;

(B) Whether veteran-owned small business concerns were solicited and, if not, why not;

(C) Whether HUBZone small business concerns were solicited and, if not, why not;

(D) Whether small disadvantaged business concerns were solicited and, if not, why not;

(E) Whether women-owned small business concerns were solicited and, if not, why not; and

(F) If applicable, the reason award was not made to a small business concern.

(iv) Records of any outreach efforts to contact--

(A) Trade associations;

(B) Business development organizations;

(C) Conferences and trade fairs to locate small, HUBZone small, small disadvantaged, and women-owned small business sources; and

(D) Veterans service organizations.

(v) Records of internal guidance and encouragement provided to buyers through--

(A) Workshops, seminars, training, etc.; and

(B) Monitoring performance to evaluate compliance with the program's requirements.

(vi) On a contract-by-contract basis, records to support award data submitted by the offeror to the Government, including the name, address, and business size of each subcontractor. Contractors having commercial plans need not comply with this requirement.

(e) In order to effectively implement this plan to the extent consistent with efficient contract performance, the Contractor shall perform the following functions:

(1) Assist small business, veteran-owner small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns by arranging solicitations, time for the preparation of bids, quantities, specifications, and delivery schedules so as to facilitate the participation by such concerns. Where the Contractor's lists of potential small business, veteran-owner small business, HUBZone small business, small disadvantaged business, and women-owned small business subcontractors are excessively long, reasonable effort shall be made to give all such small business concerns an opportunity to compete over a period of time.

(2) Provide adequate and timely consideration of the potentialities of small business, veteran-owner small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns in all ``make-or-buy'' decisions.

(3) Counsel and discuss subcontracting opportunities with representatives of small business, veteran-owner small business, HUBZone small business, small disadvantaged business, and women-owned small business firms.

(4) Provide notice to subcontractors concerning penalties and remedies for misrepresentations of business status as small, veteran-owner small business, HUBZone small, small disadvantaged, or women-owned small business for the purpose of obtaining a subcontract that is to be included as part or all of a goal contained in the Contractor's subcontracting plan.

(f) A master plan on a plant or division-wide basis that contains all the elements required by paragraph (d) of this clause, except goals, may be incorporated by reference as a part of the subcontracting plan required of the offeror by this clause; provided--
(1) the master plan has been approved, (2) the offeror ensures that the master plan is updated as necessary and provides copies of the approved master plan, including evidence of its approval, to the Contracting Officer, and (3) goals and any deviations from the master plan deemed necessary by the Contracting Officer to satisfy the requirements of this contract are set forth in the individual subcontracting plan.

(g) A commercial plan is the preferred type of subcontracting plan for contractors furnishing commercial items. The commercial plan shall relate to the offeror's planned subcontracting generally, for both commercial and Government business, rather than solely to the Government contract. Commercial plans are also preferred for subcontractors that provide commercial items under a prime contract, whether or not the prime contractor is supplying a commercial item.

(h) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.

(i) The failure of the Contractor or subcontractor to comply in good faith with (1) the clause of this contract entitled "Utilization Of Small Business Concerns," or (2) an approved plan required by this clause, shall be a material breach of the contract.

(j) The Contractor shall submit the following reports:

(1) Standard Form 294, Subcontracting Report for Individual Contracts. This report shall be submitted to the Contracting Officer semiannually and at contract completion. The report covers subcontract award data related to this contract. This report is not required for commercial plans.

(2) Standard Form 295, Summary Subcontract Report. This report encompasses all of the contracts with the awarding agency. It must be submitted semi-annually for contracts with the Department of Defense and annually for contracts with civilian agencies. If the reporting activity is covered by a commercial plan, the reporting activity must report annually all subcontract awards under that plan. All reports submitted at the close of each fiscal year (both individual and commercial plans) shall include a breakout, in the Contractor's format, of subcontract awards, in whole dollars, to small disadvantaged business concerns by North American Industry Classification System (NAICS) Industry Subsector. For a commercial plan, the Contractor may obtain from each of its subcontractors a predominant NAICS Industry Subsector and report all awards to that subcontractor under its predominant NAICS Industry Subsector.

(End of clause)

52.219-16    LIQUIDATED DAMAGES-SUBCONTRACTING PLAN (JAN 1999)

(a) Failure to make a good faith effort to comply with the subcontracting plan, as used in this clause, means a willful or intentional failure to perform in accordance with the requirements of the subcontracting plan approved under the

clause in this contract entitled "Small Business Subcontracting Plan," or willful or intentional action to frustrate the plan.

(b) Performance shall be measured by applying the percentage goals to the total actual subcontracting dollars or, if a commercial plan is involved, to the pro rata share of actual subcontracting dollars attributable to Government contracts covered by the commercial plan. If, at contract completion or, in the case of a commercial plan, at the close of the fiscal year for which the plan is applicable, the Contractor has failed to meet its subcontracting goals and the Contracting Officer decides in accordance with paragraph (c) of this clause that the Contractor failed to make a good faith effort to comply with its subcontracting plan, established in accordance with the clause in this contract entitled "Small Business Subcontracting Plan," the Contractor shall pay the Government liquidated damages in an amount stated. The amount of probable damages attributable to the Contractor's failure to comply shall be an amount equal to the actual dollar amount by which the Contractor failed to achieve each subcontract goal.

(c) Before the Contracting Officer makes a final decision that the Contractor has failed to make such good faith effort, the Contracting Officer shall give the Contractor written notice specifying the failure and permitting the Contractor to demonstrate what good faith efforts have been made and to discuss the matter. Failure to respond to the notice may be taken as an admission that no valid explanation exists. If, after consideration of all the pertinent data, the Contracting Officer finds that the Contractor failed to make a good faith effort to comply with the subcontracting plan, the Contracting Officer shall issue a final decision to that effect and require that the Contractor pay the Government liquidated damages as provided in paragraph (b) of this clause.

(d) With respect to commercial plans, the Contracting Officer who approved the plan will perform the functions of the Contracting Officer under this clause on behalf of all agencies with contracts covered by the commercial plan.

(e) The Contractor shall have the right of appeal, under the clause in this contract entitled Disputes, from any final decision of the Contracting Officer.

(f) Liquidated damages shall be in addition to any other remedies that the Government may have.

(End of clause)

52.222-3    CONVICT LABOR (AUG 1996)

The Contractor agrees not to employ in the performance of this contract any person undergoing a sentence of imprisonment which has been imposed by any court of a State, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands. This limitation, however, shall not prohibit the employment by the Contractor in the performance of this contract of persons on parole or probation to work at paid employment during the term of their sentence or persons who have been pardoned or who have served their terms. Nor shall it prohibit the employment by the Contractor in the performance of this contract of persons confined for violation of the laws of any of the States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if--

(a)(1) The worker is paid or is in an approved work training program on a voluntary basis;

(2) Representatives of local union central bodies or similar labor union organizations have been consulted;

(3) Such paid employment will not result in the displacement of employed workers, or be applied in skills, crafts, or trades in which there is a surplus of available gainful labor in the locality, or impair existing contracts for services; and

(4) The rates of pay and other conditions of employment will not be less than those paid or provided for work of a similar nature in the locality in which the work is being performed; and

(b) The Attorney General of the United States has certified that the work-release laws or regulations of the jurisdiction involved are in conformity with the requirements of Executive Order 11755, as amended by Executive Orders 12608 and 12943.

(End of clause)

52.222-4     CONTRACT WORK HOURS AND SAFETY STANDARDS ACT - OVERTIME COMPENSATION. (SEP 2000)

(a) Overtime requirements. No Contractor or subcontractor employing laborers or mechanics (see Federal Acquisition Regulation 22.300) shall require or permit them to work over 40 hours in any workweek unless they are paid at least 1 and 1/2 times the basic rate of pay for each hour worked over 40 hours.

(b) Violation; liability for unpaid wages; liquidated damages. The responsible Contractor and subcontractor are liable for unpaid wages if they violate the terms in paragraph (a) of this clause. In addition, the Contractor and subcontractor are liable for liquidated damages payable to the Government. The Contracting Officer will assess liquidated damages at the rate of $10 per affected employee for each calendar day on which the employer required or permitted the employee to work in excess of the standard workweek of 40 hours without paying overtime wages required by the Contract Work Hours and Safety Standards Act.

(c) Withholding for unpaid wages and liquidated damages. The Contracting Officer will withhold from payments due under the contract sufficient funds required to satisfy any Contractor or subcontractor liabilities for unpaid wages and liquidated damages. If amounts withheld under the contract are insufficient to satisfy Contractor or subcontractor liabilities, the Contracting Officer will withhold payments from other Federal or Federally assisted contracts held by the same Contractor that are subject to the Contract Work Hours and Safety Standards Act.

(d) Payrolls and basic records.

(1) The Contractor and its subcontractors shall maintain payrolls and basic payroll records for all laborers and mechanics working on the contract during the contract and shall make them available to the Government until 3 years after contract completion. The records will contain the name and address of each employee, social security number, labor classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. The records need not duplicate those required for construction work by Department of Labor regulations at 29 CFR 5.5(a)(3) implementing the Davis-Bacon Act.

(2) The Contractor and its subcontractors shall allow authorized representatives of the Contracting Officer or the Department of Labor to inspect, copy, or transcribe records maintained under paragraph (d)(1) of this clause. The Contractor or subcontractor also shall allow authorized representatives of the Contracting Officer or Department of Labor to interview employees in the workplace during working hours.

(e) Subcontracts. The Contractor shall insert the provisions set forth in paragraphs (a) through (d) of this clause in subcontracts exceeding $100,000 and require subcontractors to include these provisions in any lower tier subcontracts. The Contractor shall be responsible for compliance by any subcontractor or lower-tier subcontractor with the provisions set forth in paragraphs (a) through (d) of this clause.

(End of clause)

52.222-6     DAVIS-BACON ACT (FEB 1995)

(a) All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR Part 3), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist

between the Contractor and such laborers and mechanics. Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (d) of this clause; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such period. Such laborers and mechanics shall be paid not less than the appropriate wage rate and fringe benefits in the wage determination for the classification of work actually performed, without regard to skill, except as provided in the clause entitled Apprentices and Trainees. Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein; provided, That the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classifications and wage rates conformed under paragraph (b) of this clause) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the Contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

(b)(1) The Contracting Officer shall require that any class of laborers or mechanics which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The Contracting Officer shall approve an additional classification and wage rate and fringe benefits therefor only when all the following criteria have been met:

(i) The work to be performed by the classification requested is not performed by a classification in the wage determination.

(ii) The classification is utilized in the area by the construction industry.

(iii) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(2) If the Contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the Contracting Officer agree on the classification and wage rate (including the amount designated for fringe benefits, where appropriate), a report of the action taken shall be sent by the Contracting Officer to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, DC 20210. The Administrator or an authorized representative will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the Contracting Officer or will notify the Contracting Officer within the 30-day period that additional time is necessary.

(3) In the event the Contractor, the laborers or mechanics to be employed in the classification, or their representatives, and the Contracting Officer do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the Contracting Officer shall refer the questions, including the views of all interested parties and the recommendation of the Contracting Officer, to the Administrator of the Wage and Hour Division for determination. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise the Contracting Officer or will notify the Contracting Officer within the 30-day period that additional time is necessary.

(4) The wage rate (including fringe benefits, where appropriate) determined pursuant to subparagraphs (b)(2) and (b)(3) of this clause shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(c) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the Contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(d)  If the Contractor does not make payments to a trustee or other third person, the Contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program; provided, That the Secretary of Labor has found, upon the written request of

the Contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the Contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

## 52.222-7   WITHHOLDING OF FUNDS  (FEB 1988)

The Contracting Officer shall, upon his or her own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from the Contractor under this contract or any other Federal contract with the same Prime Contractor, or any other Federally assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same Prime Contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the Contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

## 52.222-8    PAYROLLS AND BASIC RECORDS  (FEB 1988)

(a)  Payrolls and basic records relating thereto shall be maintained by the Contractor during the course of the work and preserved for a period of 3 years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made, and actual wages paid. Whenever the Secretary of Labor has found, under paragraph (d) of the clause entitled Davis-Bacon Act, that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the Contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs

(b)(1)  The Contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the Contracting Officer. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under paragraph (a) of this clause. This information may be submitted in any form desired. Optional Form WH-347 (Federal Stock Number 029-005-00014-1) is available for this purpose and may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. The Prime Contractor is responsible for the submission of copies of payrolls by all subcontractors.

(2)  Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the Contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify--

(i)  That the payroll for the payroll period contains the information required to be maintained under paragraph (a) of this clause and that such information is correct and complete;

(ii)  That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in the Regulations, 29 CFR Part 3; and

(iii) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(3) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by subparagraph (b)(2) of this clause.

(4) The falsification of any of the certifications in this clause may subject the Contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 3729 of Title 31 of the United States Code.

(c) The Contractor or subcontractor shall make the records required under paragraph (a) of this clause available for inspection, copying, or transcription by the Contracting Officer or authorized representatives of the Contracting Officer or the Department of Labor. The Contractor or subcontractor shall permit the Contracting Officer or representatives of the Contracting Officer or the Department of Labor to interview employees during working hours on the job. If the Contractor or subcontractor fails to submit required records or to make them available, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.


52.222-9    APPRENTICES AND TRAINEES  (FEB 1988)

(a) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a State Apprenticeship Agency recognized by the Bureau, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Bureau of Apprenticeship and Training or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the Contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or  otherwise employed as stated in this paragraph, shall be paid not less than the applicable wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the Contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Bureau of Apprenticeship and Training, or a State Apprenticeship Agency recognized by the Bureau, withdraws approval of an apprenticeship program, the Contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(b) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a

percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed in the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate in the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate in the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate in the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the Contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(c) Equal employment opportunity. The utilization of apprentices, trainees, and journeymen under this clause shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

52.222-10    COMPLIANCE WITH COPELAND ACT REQUIREMENTS  (FEB 1988)

The Contractor shall comply with the requirements of 29 CFR Part 3, which are hereby incorporated by reference in this contract.

52.222-11    SUBCONTRACTS (LABOR STANDARDS (FEB 1988)

(a) The Contractor or subcontractor shall insert in any subcontracts the clauses entitled Davis-Bacon Act, Contract Work Hours and Safety Standards Act-Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Withholding of Funds, Subcontracts (Labor Standards), Contract Termination-Debarment, Disputes Concerning Labor Standards, Compliance with Davis-Bacon and Related Act Regulations, and Certification of Eligibility, and such other clauses as the Contracting Officer may, by appropriate instructions, require, and also a clause requiring subcontractors to include these clauses in any lower tier subcontracts. The Prime Contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with all the contract clauses cited in this paragraph.

(b)(1) Within 14 days after award of the contract, the Contractor shall deliver to the Contracting Officer a completed Statement and Acknowledgment Form (SF 1413) for each subcontract, including the subcontractor's signed and dated acknowledgment that the clauses set forth in paragraph (a) of this clause have been included in the subcontract.

(2) Within 14 days after the award of any subsequently awarded subcontract the Contractor shall deliver to the Contracting Officer an updated completed SF 1413 for such additional subcontract.

52.222-12    CONTRACT TERMINATION--DEBARMENT (FEB 1988)

A breach of the contract clauses entitled Davis-Bacon Act, Contract Work Hours and Safety Standards Act-- Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Subcontracts (Labor Standards), Compliance with Davis-Bacon and Related Act Regulations, or Certification of Eligibility may be grounds for termination of the contract, and for debarment as a Contractor and subcontractor as provided in 29 CFR 5.12

**52.222-13    COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988)**

All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR Parts 1, 3, and 5 are hereby incorporated by reference in this contract.

**52.222-14    DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)**

The United States Department of Labor has set forth in 29 CFR Parts 5, 6, and 7 procedures for resolving disputes concerning labor standards requirements. Such disputes shall be resolved in accordance with those procedures and not the Disputes clause of this contract. Disputes within the meaning of this clause include disputes between the Contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

**52.222-15    CERTIFICATION OF ELIGIBILITY (FEB 1988)**

(a) By entering into this contract, the Contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the Contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(b) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(c) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

**52.222-21    PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)**

(a) Segregated facilities, as used in this clause, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex, or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms or necessary dressing or sleeping areas provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract and purchase order that is subject to the Equal Opportunity clause of this contract.

(End of clause)

**52.222-26    EQUAL OPPORTUNITY (FEB 1999)**

(a) If, during any 12-month period (including the 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contracts and/or subcontracts that have an aggregate value in excess of $10,000, the Contractor shall comply with subparagraphs (b)(1) through (11) of this clause. Upon request, the Contractor shall provide information necessary to determine the applicability of this clause.

(b) During performing this contract, the Contractor agrees as follows:

DACA85-01-R-0024

Page 52 of 116

(1) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. However, it shall not be a violation of this clause for the Contractor to extend a publicly announced preference in employment to Indians living on or near an Indian reservation, in connection with employment opportunities on or near an Indian reservation, as permitted by 41 CFR 60-1.5.

(2) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. This shall include, but not be limited to, (i) employment, (ii) upgrading, (iii) demotion, (iv) transfer, (v) recruitment or recruitment advertising, (vi) layoff or termination, (vii) rates of pay or other forms of compensation, and (viii) selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explain this clause.

(4) The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.

(5) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(7) The Contractor shall furnish to the contracting agency all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. The Contractor shall also file Standard Form 100 (EEO-1), or any successor form, as prescribed in 41 CFR part 60-1. Unless the Contractor has filed within the 12 months preceding the date of contract award, the Contractor shall, within 30 days after contract award, apply to either the regional Office of Federal Contract Compliance Programs (OFCCP) or the local office of the Equal Employment Opportunity Commission for the necessary forms.

(8) The Contractor shall permit access to its premises, during normal business hours, by the contracting agency or the OFCCP for the purpose of conducting on-site compliance evaluations and complaint investigations. The Contractor shall permit the Government to inspect and copy any books, accounts, records (including computerized records), and other material that may be relevant to the matter under investigation and pertinent to compliance with Executive Order 11246, as amended, and rules and regulations that implement the Executive Order.

(9) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended; in the rules, regulations, and orders of the Secretary of Labor; or as otherwise provided by law.

(10) The Contractor shall include the terms and conditions of subparagraphs (b)(1) through (11) of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(11) The Contractor shall take such action with respect to any subcontract or purchase order as the contracting officer may direct as a means of enforcing these terms and conditions, including sanctions for noncompliance; provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of any direction, the Contractor may request the United States to enter into the litigation to protect the