subcontractor pursuant to a construction contract, showing in detail (1) the proposed fabrication and assembly of structural elements, and (2) the installation (i.e., fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.

(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Contracting Officer approves any such variation, the Contracting Officer shall issue an appropriate contract modification, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.

(g) The Contractor shall submit to the Contracting Officer for approval four copies (unless otherwise indicated) of all shop drawings as called for under the various headings of these specifications. Three sets (unless otherwise indicated) of all shop drawings, will be retained by the Contracting Officer and one set will be returned to the Contractor.


52.236-23    RESPONSIBILITY OF THE ARCHITECT-ENGINEER CONTRACTOR (APR 1984)

(a) The Contractor shall be responsible for the professional quality, technical accuracy, and the coordination of all designs, drawings, specifications, and other services furnished by the Contractor under this contract. The Contractor shall, without additional compensation, correct or revise any errors or deficiencies in its designs, drawings, specifications, and other services.

(b) Neither the Government's review, approval or acceptance of, nor payment for, the services required under this contract shall be construed to operate as a waiver of any rights under this contract or of any cause of action arising out of the performance of this contract, and the Contractor shall be and remain liable to the Government in accordance with applicable law for all damages to the Government caused by the Contractor's negligent performance of any of the services furnished under this contract.

(c) The rights and remedies of the Government provided for under this contract are in addition to any other rights and remedies provided by law.

(d) If the Contractor is comprised of more than one legal entity, each such entity shall be jointly and severally liable hereunder.


52.236-25    REQUIREMENTS FOR REGISTRATION OF DESIGNERS (APR 1984)

The design of architectural, structural, mechanical, electrical, civil, or other engineering features of the work shall be accomplished or reviewed and approved by architects or engineers registered to practice in the particular professional field involved in a State or possession of the United States, in Puerto Rico, or in the District of Columbia.

**52.236-26  PRECONSTRUCTION CONFERENCE (FEB 1995)**

If the Contracting Officer decides to conduct a preconstruction conference, the successful offeror will be notified and will be required to attend. The Contracting Officer's notification will include specific details regarding the date, time, and location of the conference, any need for attendance by subcontractors, and information regarding the items to be discussed.

**52.242-13  BANKRUPTCY (JUL 1995)**

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail or electronic commerce method authorized by the contract, written notification of the bankruptcy to the Contracting Officer responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

(End of clause)

**52.242-14  SUSPENSION OF WORK (APR 1984)**

(a) The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the Government.

(b) If the performance of all or any part of the work is, for an unreasonable period of time, suspended, delayed, or interrupted (1) by an act of the Contracting Officer in the administration of this contract, or (2) by the Contracting Officer's failure to act within the time specified in this contract (or within a reasonable time if not specified), an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) necessarily caused by the unreasonable suspension, delay, or interruption, and the contract modified in writing accordingly. However, no adjustment shall be made under this clause for any suspension, delay, or interruption to the extent that performance would have been so suspended, delayed, or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an equitable adjustment is provided for or excluded under any other term or condition of this contract. (c) A claim under this clause shall not be allowed (1) for any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved (but this requirement shall not apply as to a claim resulting from a suspension order), and (2) unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the suspension, delay, or interruption, but not later than the date of final payment under the contract.

**52.243-4  CHANGES (AUG 1987)**

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes--

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished facilities, equipment, materials, services, or site; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating

(1) the date, circumstances, and source of the order and

(2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after

(1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of the proposal, unless this period is extended by the Government. The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

52.244-6   SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (MAY 2001)

(a) Definitions. As used this clause--

"Commercial item", has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract", includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c)(1) The following clauses shall be flowed down to subcontracts for commercial items:

(i) 52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (FEB 1999) (E.O. 11246)

(iii) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (APR 1998) (38 U.S.C. 4212(a)).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

(v) 52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (JUN 2000) (46 U.S.C. Appx 1241) (flowdown not required for subcontracts awarded beginning May 1, 1996).

(2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

52.245-2    GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989)

(a) Government-furnished property. (1) The Government shall deliver to the Contractor, for use in connection with and under the terms of this contract, the Government-furnished property described in the Schedule or specifications together with any related data and information that the Contractor may request and is reasonably required for the intended use of the property (hereinafter referred to as "Government-furnished property").

(2) The delivery or performance dates for this contract are based upon the expectation that Government-furnished property suitable for use (except for property furnished "as is") will be delivered to the Contractor at the times stated in the Schedule or, if not so stated, in sufficient time to enable the Contractor to meet the contract's delivery or performance dates.

(3) If Government-furnished property is received by the Contractor in a condition not suitable for the intended use, the Contractor shall, upon receipt of it, notify the Contracting Officer, detailing the facts, and, as directed by the Contracting Officer and at Government expense, either repair, modify, return, or otherwise dispose of the property. After completing the directed action and upon written request of the Contractor, the Contracting Officer shall make an equitable adjustment as provided in paragraph (h) of this clause.

(4) If Government-furnished property is not delivered to the Contractor by the required time, the Contracting Officer shall, upon the Contractor's timely written request, make a determination of the delay, if any, caused the Contractor and shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(b) Changes in Government-furnished property. (1) The Contracting Officer may, by written notice, (i) decrease the Government-furnished property provided or to be provided under this contract, or (ii) substitute other Government-furnished property for the property to be provided by the Government, or to be acquired by the Contractor for the Government, under this contract. The Contractor shall promptly take such action as the Contracting Officer may direct regarding the removal, shipment, or disposal of the property covered by such notice.

(2) Upon the Contractor's written request, the Contracting Officer shall make an equitable adjustment to the contract in accordance with paragraph (h) of this clause, if the Government has agreed in the Schedule to make the property available for performing this contract and there is any--

(i) Decrease or substitution in this property pursuant to subparagraph (b)(1) of this clause; or

(ii) Withdrawal of authority to use this property, if provided under any other contract or lease.

(c) Title in Government property. (1) The Government shall retain title to all Government-furnished property.

(2) All Government-furnished property and all property acquired by the Contractor, title to which vests in the Government under this paragraph (collectively referred to as "Government property"), are subject to the provisions

of this clause. However, special tooling accountable to this contract is subject to the provisions of the Special Tooling clause and is not subject to the provisions of this clause. Title to Government property shall not be affected by its incorporation into or attachment to any property not owned by the Government, nor shall Government property become a fixture or lose its identity as personal property by being attached to any real property.

(3) Title to each item of facilities and special test equipment acquired by the Contractor for the Government under this contract shall pass to and vest in the Government when its use in performing this contract commences or when the Government has paid for it, whichever is earlier, whether or not title previously vested in the Government.

(4) If this contract contains a provision directing the Contractor to purchase material for which the Government will reimburse the Contractor as a direct item of cost under this contract--

(i) Title to material purchased from a vendor shall pass to and vest in the Government upon the vendor's delivery of such material; and

(ii) Title to all other material shall pass to and vest in the Government upon--

(A) Issuance of the material for use in contract performance;

(B) Commencement of processing of the material or its use in contract performance; or

(C) Reimbursement of the cost of the material by the Government, whichever occurs first.

(d) Use of Government property. The Government property shall be used only for performing this contract, unless otherwise provided in this contract or approved by the Contracting Officer.

(e) Property administration. (1) The Contractor shall be responsible and accountable for all Government property provided under this contract and shall comply with Federal Acquisition Regulation (FAR) Subpart 45.5, as in effect on the date of this contract.

(2) The Contractor shall establish and maintain a program for the use, maintenance, repair, protection, and preservation of Government property in accordance with sound industrial practice and the applicable provisions of Subpart 45.5 of the FAR.

(3) If damage occurs to Government property, the risk of which has been assumed by the Government under this contract, the Government shall replace the items or the Contractor shall make such repairs as the Government directs. However, if the Contractor cannot effect such repairs within the time required, the Contractor shall dispose of the property as directed by the Contracting Officer. When any property for which the Government is responsible is replaced or repaired, the Contracting Officer shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(4) The Contractor represents that the contract price does not include any amount for repairs or replacement for which the Government is responsible. Repair or replacement of property for which the Contractor is responsible shall be accomplished by the Contractor at its own expense.

(f) Access. The Government and all its designees shall have access at all reasonable times to the premises in which any Government property is located for the purpose of inspecting the Government property.

(g) Risk of loss. Unless otherwise provided in this contract, the Contractor assumes the risk of, and shall be responsible for, any loss or destruction of, or damage to, Government property upon its delivery to the Contractor or upon passage of title to the Government under paragraph (c) of this clause. However, the Contractor is not responsible for reasonable wear and tear to Government property or for Government property properly consumed in performing this contract.

(h) Equitable adjustment. When this clause specifies an equitable adjustment, it shall be made to any affected contract provision in accordance with the procedures of the Changes clause. When appropriate, the Contracting Officer may initiate an equitable adjustment in favor of the Government. The right to an equitable adjustment shall be the Contractor's exclusive remedy. The Government shall not be liable to suit for breach of contract for--

(1) Any delay in delivery of Government-furnished property;

(2) Delivery of Government-furnished property in a condition not suitable for its intended use;

(3) A decrease in or substitution of Government-furnished property; or

(4) Failure to repair or replace Government property for which the Government is responsible.

(i) Final accounting and disposition of Government property. Upon completing this contract, or at such earlier dates as may be fixed by the Contracting Officer, the Contractor shall submit, in a form acceptable to the Contracting Officer, inventory schedules covering all items of Government property (including any resulting scrap) not consumed in performing this contract or delivered to the Government. The Contractor shall prepare for shipment, deliver f.o.b. origin, or dispose of the Government property as may be directed or authorized by the Contracting Officer. The net proceeds of any such disposal shall be credited to the contract price or shall be paid to the Government as the Contracting Officer directs.

(j) Abandonment and restoration of Contractor's premises. Unless otherwise provided herein, the Government--

(1) May abandon any Government property in place, at which time all obligations of the Government regarding such abandoned property shall cease; and

(2) Has no obligation to restore or rehabilitate the Contractor's premises under any circumstances (e.g., abandonment, disposition upon completion of need, or upon contract completion). However, if the Government-furnished property (listed in the Schedule or specifications) is withdrawn or is unsuitable for the intended use, or if other Government property is substituted, then the equitable adjustment under paragraph (h) of this clause may properly include restoration or rehabilitation costs.

(k) Communications. All communications under this clause shall be in writing.

(l) Overseas contracts. If this contract is to be performed outside of the United States of America, its territories, or possessions, the words "Government" and "Government-furnished" (wherever they appear in this clause) shall be construed as "United States Government" and "United States Government-furnished," respectively.

(End of clause)


52.246-12   INSPECTION OF CONSTRUCTION (AUG 1996)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not--

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) of this section.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, at no increase in contract price, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

52.248-3    VALUE ENGINEERING--CONSTRUCTION (FEB 2000)

(a) General. The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily. The Contractor shall share in any instant contract savings realized from accepted VECP's, in accordance with paragraph (f) below.

(b) Definitions. "Collateral costs," as used in this clause, means agency costs of operation, maintenance, logistic support, or Government-furnished property.

"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.

"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.

"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistic support. The term does not include the normal administrative costs of processing the VECP.

"Instant contract savings," as used in this clause, means the estimated reduction in Contractor cost of performance resulting from acceptance of the VECP, minus allowable Contractor's development and implementation costs, including subcontractors' development and implementation costs (see paragraph (h) below).

"Value engineering change proposal (VECP)" means a proposal that--

(1) Requires a change to this, the instant contract, to implement; and

(2) Results in reducing the contract price or estimated cost without impairing essential functions or characteristics; provided, that it does not involve a change--

(i) In deliverable end item quantities only; or

(ii) To the contract type only

(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in subparagraphs (1) through (7) below. If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation. The VECP shall include the following:

(1) A description of the difference between the existing contract requirement and that proposed, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, and the effect of the change on the end item's performance.

(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.

(3) A separate, detailed cost estimate for

(i) the affected portions of the existing contract requirement and

(ii) the VECP. The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under paragraph (h) below.

(4) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.

(5) A prediction of any effects the proposed change would have on collateral costs to the agency.

(6) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.

(7) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.

(d) Submission. The Contractor shall submit VECP's to the Resident Engineer at the worksite, with a copy to the Contracting Officer.

(e) Government action.

(1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it shall not be liable for any delay in acting upon a VECP.

If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.

Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause. The Contracting Officer may accept the VECP, even though an agreement on price reduction has not been reached, by issuing the Contractor a notice to proceed with the change. Until a notice to proceed is issued or a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.

(f) Sharing.

(1) Rates. The Government's share of savings is determined by subtracting Government costs from instant contract savings and multiplying the result by

(i) 45 percent for fixed-price contracts or

(ii) 75 percent for cost-reimbursement contracts.

(2) Payment. Payment of any share due the Contractor for use of a VECP on this contract shall be authorized by a modification to this contract to--

(i) Accept the VECP;

(ii) Reduce the contract price or estimated cost by the amount of instant contract savings; and

(iii) Provide the Contractor's share of savings by adding the amount calculated to the contract price or fee.

(g) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount by 20 percent of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the contract's firm-fixed-price or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer is the sole determiner of the amount of collateral savings.

(h) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract of $50,000 or more and may include one in subcontracts of lesser value. In computing any adjustment in this contract's price under paragraph (f) above, the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs clearly resulting from a VECP accepted by the Government under this contract, but shall exclude any value engineering incentive payments to a subcontractor. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that these payments shall not reduce the Government's share of the savings resulting from the VECP.

(i) **Data**. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

"These data, furnished under the Value Engineering-- Construction clause of contract . . . . . . . . . . , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations." If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of clause)


52.249-2    TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996)

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part if the Contracting Officer determines that a termination is in the Government's interest. The Contracting Officer shall terminate by delivering to the Contractor a Notice of Termination specifying the extent of termination and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause) for materials, services, or facilities, except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(8) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; provided, however, that the Contractor (i) is not required to extend credit to

any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(c) The Contractor shall submit complete termination inventory schedules no later than 120 days from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 120-day period.

(d) After expiration of the plant clearance period as defined in Subpart 45.6 of the Federal Acquisition Regulation, the Contractor may submit to the Contracting Officer a list, certified as to quantity and quality, of termination inventory not previously disposed of, excluding items authorized for disposition by the Contracting Officer. The Contractor may request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the Government will accept title to those items and remove them or enter into a storage agreement. The Contracting Officer may verify the list upon removal of the items, or if stored, within 45 days from submission of the list, and shall correct the list, as necessary, before final settlement.

(e) After termination, the Contractor shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Contractor shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and shall pay the amount determined.

(f) Subject to paragraph (e) of this clause, the Contractor and the Contracting Officer may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount may include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (g) or paragraph (g) of this clause, exclusive of costs shown in subparagraph (g)(3) of this clause, may not exceed the total contract price as reduced by (1) the amount of payments previously made and (2) the contract price of work not terminated. The contract shall be modified, and the Contractor paid the agreed amount. Paragraph (g) of this clause shall not limit, restrict, or affect the amount that may be agreed upon to be paid under this paragraph.

(g) If the Contractor and the Contracting Officer fail to agree on the whole amount to be paid because of the termination of work, the Contracting Officer shall pay the Contractor the amounts determined by the Contracting Officer as follows, but without duplication of any amounts agreed on under paragraph (f) of this clause:

(1) The contract price for completed supplies or services accepted by the Government (or sold or acquired under subparagraph (b)(9) of this clause) not previously paid for, adjusted for any saving of freight and other charges.

(2) The total of--

(i) The costs incurred in the performance of the work terminated, including initial costs and preparatory expense allocable thereto, but excluding any costs attributable to supplies or services paid or to be paid under subparagraph (f)(1) of this clause;

(ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (g)(2)(i) of this clause; and

(iii) A sum, as profit on subdivision (g)(2)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the Contracting Officer shall allow no profit under this subdivision (iii) and shall reduce the settlement to reflect the indicated rate of loss.

(3) The reasonable costs of settlement of the work terminated, including--

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory.

(h) Except for normal spoilage, and except to the extent that the Government expressly assumed the risk of loss, the Contracting Officer shall exclude from the amounts payable to the Contractor under paragraph (g) of this clause, the fair value, as determined by the Contracting Officer, of property that is destroyed, lost, stolen, or damaged so as to become undeliverable to the Government or to a buyer.

(i) The cost principles and procedures of Part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (e), (g), or (l) of this clause, except that if the Contractor failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (e) or (l), respectively, and failed to request a time extension, there is no right of appeal.

(k) In arriving at the amount due the Contractor under this clause, there shall be deducted--

(1) All unliquidated advance or other payments to the Contractor under the terminated portion of this contract;

(2) Any claim which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of, materials, supplies, or other things acquired by the Contractor or sold under the provisions of this clause and not recovered by or credited to the Government.

(l) If the termination is partial, the Contractor may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract. The Contracting Officer shall make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(m)(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct

charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

52.249-10   DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if--

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include

(i) acts of God or of the public enemy,

(ii) acts of the Government in either its sovereign or contractual capacity,

(iii) acts of another Contractor in the performance of a contract with the Government,

(iv) fires,

(v) floods,

(vi) epidemics,

(vii) quarantine restrictions,

(viii) strikes,

(ix) freight embargoes,

(x) unusually severe weather, or delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The Contracting Officer shall ascertain the facts and the extent of delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended. The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided

by law or under this contract.

52.253-1   COMPUTER GENERATED FORMS (JAN 1991)

(a)  Any data required to be submitted on a Standard or Optional Form prescribed by the **Federal Acquisition Regulation (FAR)** may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

(b)  Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

(c)  If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

252.203-7001   PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (MAR 1999)

(a)  Definitions.  As used in this clause—

(1)  "Arising out of a contract with the DoD" means any act in connection with—

(i)  Attempting to obtain;

(ii)  Obtaining, or

(iii)  Performing a contract or first-tier subcontract of any agency, department, or component of the Department of Defense (DoD).

(2)  "Conviction of fraud or any other felony" means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of *nolo contendere*, for which sentence has been imposed.

(3)  "Date of conviction" means the date judgment was entered against the individual.

(b)  Any individual who is convicted after September 29, 1988, of fraud or any other felony arising out of a contract with the DoD is prohibited from serving--

(1)  In a management or supervisory capacity on any DoD contract or first-tier subcontract;

(2)  On the board of directors of any DoD contractor or first-tier subcontractor;

(3)  As a consultant, agent, or representative for any DoD contractor or first-tier subcontractor; or

(4)  In any other capacity with the authority to influence, advise, or control the decisions of any DoD contractor or subcontractor with regard to any DoD contract or first-tier subcontract.

(c)  Unless waived, the prohibition in paragraph (b) of this clause applies for not less than 5 years from the date of conviction.

(d) 10 U.S.C. 2408 provides that a defense contractor or first-tier subcontractor shall be subject to a criminal penalty of not more than $500,000 if convicted of knowingly—

(1) Employing a person under a prohibition specified in paragraph (b) of this clause; or

(2) Allowing such a person to serve on the board of directors of the contractor or first-tier subcontractor.

(e) In addition to the criminal penalties contained in 10 U.S.C. 2408, the Government may consider other available remedies, such as—

(1) Suspension or debarment;

(2) Cancellation of the contract at no cost to the Government; or

(3) Termination of the contract for default.

(f) The Contractor may submit written requests for waiver of the prohibition in paragraph (b) of this clause to the Contracting Officer. Requests shall clearly identify—

(1) The person involved;

(2) The nature of the conviction and resultant sentence or punishment imposed;

(3) The reasons for the requested waiver; and

(4) An explanation of why a waiver is in the interest of national security.

(g) The Contractor agrees to include the substance of this clause, appropriately modified to reflect the identity and relationship of the parties, in all first-tier subcontracts exceeding the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation, except those for commercial items or components.

(h) Pursuant to 10 U.S.C. 2408(c), defense contractors and subcontractors may obtain information as to whether a particular person has been convicted of fraud or any other felony arising out of a contract with the DoD by contacting The Office of Justice Programs, The Denial of Federal Benefits Office, U.S. Department of Justice, telephone (202) 616-3507.

(End of clause)

252.203-7002    DISPLAY OF DOD HOTLINE POSTER (DEC 1991)

(a) The Contractor shall display prominently in common work areas within business segments performing work under Department of Defense (DoD) contracts, DoD Hotline Posters prepared by the DoD Office of the Inspector General.

(b) DoD Hotline Posters may be obtained from the DoD Inspector General, ATTN: Defense Hotline, 400 Army Navy Drive, Washington, DC 22202-2884.

(c)  The Contractor need not comply with paragraph (a) of this clause if it has established a mechanism, such as a hotline, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

(End of clause)

**252.222-7000    RESTRICTIONS ON EMPLOYMENT OF PERSONNEL (MAR 2000)**

(a) The Contractor shall employ, for the purpose of performing that portion of the contract work in Alaska, individuals who are residents thereof and who, in the case of any craft or trade, possess or would be able to acquire promptly the necessary skills to perform the contract.

(b) The Contractor shall insert the substance of this clause, including this paragraph (b), in each subcontract awarded under this contract.

**(End of clause)**

**252.223-7001    HAZARD WARNING LABELS (DEC 1991)**

(a) "Hazardous material," as used in this clause, is defined in the Hazardous Material Identification and Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq). The Standard requires that the hazard warning label conform to the requirements of the standard unless the material is otherwise subject to the labeling requirements of one of the following statutes:

(1) Federal Insecticide, Fungicide and Rodenticide Act;

(2) Federal Food, Drug and Cosmetics Act;

(3) Consumer Product Safety Act;

(4) Federal Hazardous Substances Act; or

(5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

MATERIAL (If None, Insert "None.")                ACT

_____                _____

_____                _____  _____

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all hazardous materials not listed in paragraph (c) of this clause. The Offeror shall submit the label with the Material Safety Data Sheet being furnished under the Hazardous Material Identification and Material Safety Data clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions adopted during the term of this contract)

**(End of clause)**

**252.223-7006    PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS  (APR 1993)**

(a) "Definitions".

As used in this clause --

(1) "Storage" means a non-transitory, semi-permanent or permanent holding, placement, or leaving of material. It does not include a temporary accumulation of a limited quantity of a material used in or a waste generated or resulting from authorized activities, such as servicing, maintenance, or repair of Department of Defense (DoD) items, equipment, or facilities.

(2) "Toxic or hazardous materials" means:

(i) Materials referred to in section 101(14) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980 (42 U.S.C. 9601(14)) and materials designated under section 102 of CERCLA (42 U.S.C. 9602) (40 CFR part 302);

(ii) Materials that are of an explosive, flammable, or pyrotechnic nature; or

(iii) Materials otherwise identified by the Secretary of Defense as specified in DoD regulations.

(b) In accordance with 10 U.S.C. 2692, the Contractor is prohibited from storing or disposing of non-DoD-owned toxic or hazardous materials on a DoD installation, except to the extent authorized by a statutory exception to 10 U.S.C. 2692 or as authorized by the Secretary of Defense or his designee.

(End of clause)

252.227-7022    GOVERNMENT RIGHTS (UNLIMITED)  (MAR 1979)

The Government shall have unlimited rights, in all drawings, designs, specifications, notes and other works developed in the performance of this contract, including the right to use same on any other Government design or construction without additional compensation to the Contractor. The Contractor hereby grants to the Government a paid-up license throughout the world to all such works to which he may assert or establish any claim under design patent or copyright laws. The Contractor for a period of three (3) years after completion of the project agrees to furnish the original or copies of all such works on the request of the Contracting Officer.

252.227-7024    NOTICE AND APPROVAL OF RESTRICTED DESIGNS  (APR 1984)

In the performance of this contract, the Contractor shall, to the extent practicable, make maximum use of structures, machines, products, materials, construction methods, and equipment that are readily available through Government or competitive commercial channels, or through standard or proven production techniques, methods, and processes. Unless approved by the Contracting Officer, the Contractor shall not produce a design or specification that requires in this construction work the use of structures, products, materials, construction equipment, or processes that are known by the Contractor to be available only from a sole source. The Contractor shall promptly report any such design or specification to the Contracting Officer and give the reason why it is considered necessary to so restrict the design or specification.

252.227-7033    RIGHTS IN SHOP DRAWINGS (APR 1966)

(a) Shop drawings for construction means drawings, submitted to the Government by the Construction Contractor, subcontractor or any lower-tier subcontractor pursuant to a construction contract, showing in detail (i) the proposed fabrication and assembly of structural elements and (ii) the installation (i.e., form, fit, and attachment details) of materials or equipment. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(b) This clause, including this paragraph (b), shall be included in all subcontracts hereunder at any tier.

252.231-7000    SUPPLEMENTAL COST PRINCIPLES (DEC 1991)

When the allowability of costs under this contract is determined in accordance with part 31 of the Federal Acquisition Regulation (FAR), allowability shall also be determined in accordance with part 231 of the Defense FAR Supplement, in effect on the date of this contract.

252.236-7000    MODIFICATION PROPOSALS - PRICE BREAKDOWN.  (DEC 1991)

(a) The Contractor shall furnish a price breakdown, itemized as required and within the time specified by the Contracting Officer, with any proposal for a contract modification.

(b) The price breakdown --

(1) Must include sufficient detail to permit an analysis of profit, and of all costs for --

(i) Material;

(ii) Labor;

(iii) Equipment;

(iv) Subcontracts; and

(v) Overhead; and

(2) Must cover all work involved in the modification, whether the work was deleted, added, or changed.

(c) The Contractor shall provide similar price breakdowns to support any amounts claimed for subcontracts.

(d) The Contractor's proposal shall include a justification for any time extension proposed.

252.236-7008    CONTRACT PRICES - BIDDING SCHEDULES.  (DEC 1991)

(a) The Government's payment for the items listed in the Bidding Schedule shall constitute full compensation to the Contractor for --

(1) Furnishing all plant, labor, equipment, appliances, and materials; and

(2) Performing all operations required to complete the work in conformity with the drawings and specifications.

(b) The Contractor shall include in the prices for the items listed in the Bidding Schedule all costs for work in the specifications, whether or not specifically listed in the Bidding Schedule.

252.243-7001    PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

When costs are a factor in any price adjustment under this contract, the contract cost principles and procedures in FAR part 31 and DFARS part 231, in effect on the date of this contract, apply.

252.243-7002    REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998)

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the Government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable acquisition regulations.

(b) In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

```
------------------------------------------------------------------------
(Official's Name)
------------------------------------------------------------------------
(Title)
```

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including--

(1) Cost or pricing data if required in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to----

(1) Requests for routine contract payments; for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustment under an incentive provision of the contract.

252.247-7023    TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000)

(a) Definitions. As used in this clause --

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a

reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b)(1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if--

(i) This contract is a construction contract; or

(ii) The supplies being transported are--

(A) Noncommercial items; or

(B) Commercial items that--

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it contracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information --

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief --

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL |  |  |

(g) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is

entitled to equitably adjust the contract, based on the unauthorized use.

(h) The Contractor shall include this clause, including this paragraph (h), in all subcontractors under this contract that--

(1) Exceed the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation; and

(2) Are for a type of supplies described in paragraph (b)(3) of this clause.

(End of clause)


252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000)

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor --

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause; including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties--

(1) In all subcontracts under this contract, if this contract is a construction contract; or

(2) If this contract is not a construction contract, in all subcontracts under this contract that are for--

(i) Noncommercial items; or

(ii) Commercial items that--

(A) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it subcontracts for f.o.b. destination shipment);

(B) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(C) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(End of clause)

FY01 REPLACE FAMILY HOUSING
FT WAINWRIGHT
AMENDMENT 0005

DAC885-01-R-0024

SECTION 00700a

**AM#5** General Wage Decision AK010001
(Dated (03/02/2001)
Modification Record.

| No. | Publication Date |
|-----|------------------|
| 0   | 03/02/2001       |
| 1   | 03/09/2001       |
| 2   | 03/30/2001       |
| 3   | 04/06/2001       |
| 4   | 04/20/2001       |
| 5   | 04/27/2001       |
| 6   | 07/06/2001       |
| **AM#3** 7 | 08/03/2001 **AM#3** |

General Wage Decision AK010006
(Dated (03/02/2001)
Modification Record.

| No. | Publication Date |
|-----|------------------|
| 0   | 03/02/2001       |
| 1   | 04/20/2001       |
| 2   | 07/06/2001       |
| **AM#3** 3 | 08/03/2001 **AM#3** |

General Wage Decision AK010005
(Dated (03/02/2001)
Modification Record

| No. | Publication Date |
|-----|------------------|
| 0   | 03/02/2001       |
| 1   | 07/06/2001       |
| 2   | 08/03/2001       |
| 3   | 09/07/2001 **AM#5** |

DACA85-01-R-0024
AMENDMENT 0005



**General Decision Number AK010005**

```
General Decision Number AK010005
Superseded General Decision No. AK000005
State: Alaska
Construction Type:
RESIDENTIAL
County(ies):
FAIRBANKS NORTH    NORTH SLOPE         YUKON-KOYUKUK
KOBUK             NORTH WEST ARTIC
NOME              SE FAIRBANKS
RESIDENTIAL CONSTRUCTION PROJECTS (consisting of single family
homes and apartments up to and including 4 stories)
Modification Number    Publication Date
        0              03/02/2001
        1              07/06/2001
        2              08/03/2001
        3              09/07/2001
COUNTY(ies):
FAIRBANKS NORTH    NORTH SLOPE         YUKON-KOYUKUK
KOBUK             NORTH WEST ARTIC
NOME              SE FAIRBANKS
  * ENGI0302C  07/01/2001
                            Rates          Fringes
POWER EQUIPMENT OPERATORS:
PROJECT (excluding cost of materials)
OVER $4 MILLION
  BACKHOE
  Over 3 yards                 32.55           9.49
  3 yards and under            31.05           9.49
 BULLDOZER                     31.05           9.49
 MECHANIC                      31.05           9.49
 MOTOR PATROL GRADERS          31.05           9.49
 ROLLERS
  Asphalt                      31.05           9.49
  Other than Plantmix          29.71           9.49
PROJECT (excluding cost of materials)
$4 MILLION AND UNDER
  BACKHOE
Over 3 yards                   25.83           8.99
3 yards and under              24.60           8.99
  BULLDOZER                    24.60           8.99
  MECHANIC                     24.60           8.99
  MOTOR PATROL GRADERS         24.60           8.99
  ROLLERS
Asphalt                        24.60           8.99
Other than Plantmix            23.56           8.99
--------------------------------------------------------------
  * PAIN1555D  09/01/2001
                            Rates          Fringes
PAINTERS:
 BRUSH                         25.50           9.30
```

DACA85-01-R-0024
AMENDMENT 0005

```
------------------------------------------------------------------
  SUAK4001A   06/25/1996
                              Rates              Fringes
AREA 1
CARPENTERS                    25.05               7.80
ELECTRICIANS                  23.38
LABORERS, General             16.18               6.30
PLUMBERS and PIPEFITTERS      27.17               6.20
POWER EQUIPMENT OPERATORS:
  Loader                      24.61               8.06
------------------------------------------------------------------
```

WELDERS - Receive rate prescribed for craft performing operation
to which welding is incidental.
==================================================================
Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(v)).
------------------------------------------------------------------
In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

        WAGE DETERMINATION APPEALS PROCESS
1.) Has there been an initial decision in the matter?  This can
 be:
* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)
  ruling
On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.
With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:
     Branch of Construction Wage Determinations
     Wage and Hour Division
     U. S. Department of Labor
     200 Constitution Avenue, N. W.
     Washington, D. C.  20210
2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:
          Wage and Hour Administrator
          U.S. Department of Labor
          200 Constitution Avenue, N. W.
          Washington, D. C.  20210
The request should be accompanied by a full statement of the

DACA85-01-R-0024
AMENDMENT 0005

interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.
3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board). Write to:
        Administrative Review Board
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210
4.) All decisions by the Administrative Review Board are final.
        END OF GENERAL DECISION



\* a Wage and Hour Division letter setting forth a
   position on a wage determination matter
\* a conformance (additional classification and rate)
   ruling
On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.
With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:
       Branch of Construction Wage Determinations
       Wage and Hour Division
       U. S. Department of Labor
       200 Constitution Avenue, N. W.
       Washington, D. C.  20210
2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:
       Wage and Hour Administrator
       U.S. Department of Labor
       200 Constitution Avenue, N. W.
       Washington, D. C.  20210
The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.
3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board). Write to:
       Administrative Review Board
       U. S. Department of Labor
       200 Constitution Avenue, N. W.
       Washington, D. C.  20210
4.) All decisions by the Administrative Review Board are final.
              END OF GENERAL DECISION

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

SECTION 00700 (SUPPLEMENT)

DACA85-01-R-002●
FY01 REPLACEMENT FAMILY HOUSIN●
FT WAINWRIGHT, AK

I-N-D-E-X

| CLAUSE | TITLE | | PAGE |
|--------|-------|---|------|
| SCR-1 | COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK | | 00700-1 |
| SCR-3 | LIQUIDATED DAMAGES-CONSTRUCTION | | 00700-1 |
| SCR-4 | TIME EXTENSIONS | | 00700-1 |
| SCR-5 AND SCR-6 | | NOT USED | 00700-1 |
| SCR-9 | IDENTIFICATION OF GOVERNMENT-FURNISHED PROPERTY | NOT USED | 00700-1 |
| SCR-10 | PHYSICAL DATA | | 00700-1 |
| SCR-11 | AVAILABILITY AND USE OF UTILITY SERVICES | | 00700-2 |
| SCR-13 | INSURANCE - WORK ON A GOVERNMENT INSTALLATION | | 00700-2 |
| SCR-15 | AIRFIELD SAFETY PRECAUTIONS | NOT USED | 00700-3 |
| SCR-16 | LAYOUT OF WORK | | 00700-3 |
| SCR-17 | QUANTITY SURVEYS | | 00700-4 |
| SCR-21 | PERFORMANCE OF WORK BY THE CONTRACTOR | | 00700-4 |
| SCR-23 | OBSTRUCTION OF NAVIGABLE WATERWAYS | NOT USED | 00700-4 |
| SCR-28 | PAYMENT FOR MOBILIZATION AND DEMOBILIZATION | NOT USED | 00700-4 |
| SCR-29 | EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE | | 00700-4 |
| SCR-33 | PAYMENT FOR MATERIALS DELIVERED OFF-SITE | NOT USED | 00700-5 |
| SCR-35 | PREFERENCE FOR PRIVATELY OWNED U.S.-FLAG COMMERCIAL VESSELS | | 00700-5 |
| SCR-37 | NONDOMESTIC CONSTRUCTION MATERIALS | NOT USED | 00700-6 |
| SCR-38 | YEAR 2000 COMPLIANCE | | 00700-6 |
| SCR-100 | CONTINUING CONTRACTS NOT USED | NOT USED | 00700-6 |
| SCR-111 | VARIATIONS IN ESTIMATED QUANTITIES - SUBDIVIDED ITEMS | NOT USED | 00700-7 |
| SCR-112 | NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION | | 00700-7 |

i

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

ATTACHMENT:   CLIMATOLOGICAL SUMMARY

--End of Supplement Index--

FY01 REPLACEMENT MILITARY FAMILY HOUSING                                    FTW230

## SECTION
## 00700 (SUPPLEMENT)

**SCR-1  COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK** (APR 1984) (FAR 52.211-10):

The Contractor will be required to (a) commence work under this contract within 10 calendar days after the date the Contractor receives the Notice to Proceed (NTP), (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 730 calendar days after the date the Contractor receives the Notice to Proceed.  The time stated for completion shall include final cleanup of the premises.

**SCR-3  LIQUIDATED DAMAGES-CONSTRUCTION** (APR 1984) (FAR 52.211-12):

(a)  If the Contractor fails to complete the work within the time specified in the contract, or any extension, the Contractor shall pay to the Government as liquidated damages, the sum of $6,600.00 for each day of delay.

(b)  If the Government terminates the Contractor s right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the Government in completing the work.

(c)  If the Government does not terminate the Contractor s right to proceed, the resulting damage will consist of liquidated damages until the work is completed or accepted.

**SCR-4  TIME EXTENSIONS** (APR 1984) (FAR 52.212-6):

Notwithstanding any other provisions of this contract, it is mutually understood that the time extensions for changes in the work will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction.  The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements so delayed and that the remaining contract completion dates for all other portions of the work will not be altered and may further provide for an equitable readjustment of liquidated damages under the new completion schedule.

**SCR-5 AND SCR-6**  NOT USED

**SCR-9**  NOT USED

**SCR-10  FAIRBANKS PHYSICAL DATA** (APR 1984):

Data and information furnished or referred to below are furnished for the Contractor's information.  The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

a.  The indications of physical conditions on the drawings and in the specifications are the result of site investigation.

b.  Location:  This project is located adjacent to and south of Fairbanks, Alaska.

c.  Transportation:

(1)  Railroad:  The Alaska Railroad offers freight service from the 48 contiguous states and Canada via rail barge and trainship through Whittier, and from Seward, to Anchorage and Fairbanks.  In addition to the freight service, scheduled passenger service and express service between Anchorage and Fairbanks, and passenger service between Anchorage and Whittier are also available.  Fairbanks (including Eielson AFB and Ft. Wainwright) is the northern terminus, and Seward and Whittier are the southern terminals of the Alaska Railroad.

(2)  Truck:  Truck service is available to Fairbanks from the port cities of Anchorage, Valdez, and Seward, Alaska, and from the lower 48 contiguous states via the Alaska Highway.

(3)  Water:  Commercial cargo service is available from West Coast port cities of the mainland states to the Alaska ports of Anchorage, Valdez, Whittier and Seward.

(4)  Air:  Commercial airlines operate to Fairbanks, Alaska.

d.  Communications:  Telephone communications and services are the responsibility of the Contractor.  The Contractor shall make all arrangements for required telephone service directly with the communications company serving the area.  The Government does not guarantee the adequacy or efficiency of the services received or the number of telephones that can be assigned to the Contractor.

e.  Weather Data:  A Climatological Summary for Fairbanks International Airport is attached to the end of this section.

**SCR-11  AVAILABILITY AND USE OF UTILITY SERVICES** (APR 1984) (FAR 52.236-14):

(a)  The Government shall make all reasonably required amounts of utilities available to the Contractor from existing outlets and supplies, as specified in the contract.  Unless otherwise provided in the contract, the amount of each utility service consumed shall be charged to or paid for by the Contractor at prevailing rates charged to the Government or, where the utility is produced by the Government, at reasonable rates determined by the Contracting Officer.  The Contractor shall carefully conserve any utilities furnished without charge.

(b)  The Contractor, at its expense and in a workmanlike manner satisfactory to the Contracting Officer, shall install and maintain all necessary temporary connections and distribution lines, and all meters required to measure the amount of each utility used for the purpose of determining charges.  Before final acceptance of the work by the Government, the Contractor shall remove all the temporary connections, distribution lines, meters, and associated paraphernalia.

**SCR-13  INSURANCE - WORK ON A GOVERNMENT INSTALLATION** (JAN 1997) (FAR 52.228-5):

(a)  The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the following kinds and minimum amounts of insurance:

(1)   Workman s Compensation and Employers  Liability Insurance: $100,000.00.

(2)   General Liability Insurance:  A Bodily Injury, Comprehensive policy which provides $500,000.00 per occurrence.

(3)   Automobile Liability Insurance:  A comprehensive policy which provides $200,000.00 per person and $500,000.00 per occurrence for bodily injury and $20,000.00 per occurrence for property damage, covering the operation of its automobiles used in connection with the performance of the contract.

(4)   Aircraft Public and Passenger Liability Insurance:  Where aircraft are used in connection with the performance of the contract; $200,000.00 per person, $500,000.00 per occurrence for bodily injury, other than passenger liability, and $200,000.00 per occurrence for property damage; $200,000.00 per person for passenger liability bodily injury aggregate equal to the total number of seats or number of passengers, whichever is greater.

(5)   Vessel Collision Liability and Protection and Indemnity Liability Insurance:  Where vessels are used in connection with the performance of the contract.

(b)   Before commencing the work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained.  The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government s interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribe, or (2) until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c)   The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required above.  The Contractor shall maintain a copy of all subcontractors  proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

**SCR-15**  NOT USED

**SCR-16  LAYOUT OF WORK** (APR 1984) (FAR 52.236-17):

The Contractor shall lay out its work from Government established base lines and bench marks indicated on the drawings, and shall be responsible for all measurements in connection with the layout.  The Contractor shall furnish, at its own expense, all stakes, templates, platforms, equipment, tools, materials, and labor required to lay out any part of the work.  The Contractor shall be responsible for executing the work to the lines and grades that may be established or indicated by the Contracting Officer.   The Contractor shall also be responsible for maintaining and preserving all stakes and other marks established by the Contracting Officer until authorized to remove them.  If such marks are destroyed by the Contractor or through its negligence before their removal is authorized, the Contracting Officer may replace them and deduct the expense of the replacement from any amounts due or to become due the Contractor.

**SCR-17  QUANTITY SURVEYS**  (APR 1984) (52.236-16):

(a)  Quantity surveys shall be conducted, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and in place.

(b)  The Contractor shall conduct the original and final surveys and surveys for any periods for which progress payments are requested.  All these surveys shall be conducted under the direction of a representative of the Contracting Officer, unless the Contracting Officer waives this requirement in a specific instance.  The Government will make such computations as are necessary to determine the quantities of work performed or finally in place. The Contractor shall make the computations based on the surveys for any periods for which progress payments are requested.

(c)  Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records relating to the survey or to the layout of the work to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments.  The Contractor shall retain copies of all such material furnished to the Contracting Officer.

**SCR-21  PERFORMANCE OF WORK BY THE CONTRACTOR** (APR 1984) (FAR 52.236-1):

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract.  This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

**SCR-23**  NOT USED

**SCR-28**  NOT USED

**SCR-29  EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE** (1999 JUNE HQ USACE)(EFARS 52.231-5000):

(a)  This statement shall become operative only for negotiated contracts where cost or pricing data is requested, and for modifications to sealed bid or negotiated contracts where cost or pricing is requested.  This clause does not apply to terminations.  See 52.231-5001, Basis for settlement of proposals, and FAR Part 49.

(b)  Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a Contractor or subcontractor at any tier shall be based on actual cost data for each piece of equipment or groups of similar serial and series for which the Government can determine both ownership and operating costs from the Contractor s accounting records.  When both ownership and operating costs cannot be determined for any piece of equipment or groups of similar serial or series equipment from the Contractor s accounting records, costs for that equipment shall be based upon the applicable provisions of EP 1110-1-8, Construction Equipment Ownership and Operating Expense Schedule, Region IX.  Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer.

For equipment not included in the schedule, rates for comparable pieces of
equipment may be used or a rate may be developed using the formula provided
in the schedule.  For forward pricing, the schedule in effect at the time of
negotiations shall apply.  For retroactive pricing, the schedule in effect at
the time the work was performed shall apply.  (Individual copies of the
regional schedules are available from the Superintendent of Documents, U.S.
Government Printing Office, Washington, D.C. 20402.  Any schedule can be
ordered by telephoning (202) 512-1800.  The cost is $26.00 each.  Vol. 9 is
stock no. 008-022-00292-8.)

(c)  Equipment rental costs are allowable, subject to the provisions of
FAR 31.105(d)(ii) and FAR 31.205-36.  Rates for equipment rented from an
organization under common control, lease-purchase arrangements, and sale-
leaseback arrangements, will be determined using the schedule, except that
actual rates will be used for equipment leased from an organization under
common control that has an established practice of leasing the same or
similar equipment to unaffiliated lessees.

(d)  When actual equipment costs are proposed and the total amount of
the pricing action exceeds the small purchase threshold, the Contracting
Officer shall request the Contractor to submit either certified cost or
pricing data, or partial/limited data, as appropriate.  The data shall be
submitted on Standard Form 1411, Contract Pricing Proposal Cover Sheet.

**SCR-33**  NOT USED

**SCR-35  PREFERENCE FOR PRIVATELY OWNED U.S.-FLAG COMMERCIAL VESSELS** (AUG
1996) (FAR 52.247-64):

(a)  When ocean transportation is required to bring supplies,
materials, or equipment to the construction site from the continental United
States either for use in performance of, or for incorporation in, the work
called for by this contract, the Contractor shall use privately owned U.S.-
flag commercial vessels to the extent that such vessels are available at
rates that are fair and reasonable for privately owned U.S.-flag commercial
vessels.

(b)  The Contractor shall not make any shipment exceeding 10
measurement tons (400 cubic feet) by vessels other than privately owned U.S.-
flag commercial vessels without (1) notifying the Contracting Officer that
U.S.-flag commercial vessels are not available at rates that are fair and
reasonable for such vessels and (2) obtaining permission to ship in other
vessels.  If permission is granted, the contract price shall be equitably
adjusted to reflect the difference in cost.

(c)  (1)  The Contractor shall submit one legible copy of a rated on-
board ocean bill of lading for each shipment to both (i) the Contracting
Officer, and (ii) the Division of National Cargo, Office of Market
Development, Maritime Administration, U.S. Department of Transportation,
Washington, DC 20590.  Subcontractor bills of lading shall be submitted
through the Prime Contractor.

(2)  The Contractor shall furnish these bill of lading copies (i)
within 20 working days of the date of loading for shipments originating in
the United States, or (ii) within 30 working days for shipments originating
outside the United States.  Each bill of lading copy shall contain the
following information:

           (A)   Sponsoring U.S. Government agency.
           (B)   Name of vessel.
           (C)   Vessel flag of registry.
           (D)   Date of loading.
           (E)   Port of loading.
           (F)   Port of final discharge.
           (G)   Description of commodity.
           (H)   Gross weight in pounds and cubic feet if
                available.
           (I)   Total ocean freight revenue in U.S. dollars.

(d)   Except for contracts at or below the simplified acquisition threshold, the Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts or purchase orders under this contract.

(e)   The requirement in paragraph (a) does not apply to:

(1) Contracts at or below the simplified acquisition threshold;

(2) Cargoes carried in vessels of the Panama Canal Commission or as required or authorized by law or treaty;

(3) Ocean transportation between foreign countries of supplies purchased with foreign currencies made available, or derived from funds that are made available, under the Foreign Assistance Act of 1961 (22 U.S.C. 2353); and

(4) Shipments of classified supplies when the classification prohibits the use of non-Government vessels.

(f)   Guidance regarding fair and reasonable rates for privately owned U.S.-flag commercial vessels may be obtained from the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington DC 20590, Phone: (202) 366-4610.

**SCR-37**  NOT USED

**SCR-38  YEAR 2000 COMPLIANCE** (OCT 1997) (FAR 39.106):

In accordance with FAR 39.106, the Contractor shall ensure that with respect to any design, construction, goods, or services under this contract as well as any subsequent task/delivery orders issued under this contract (if applicable), all information technology contained therein shall be Year 2000 compliant.  Specifically, the Contractor shall:

(1)   Perform, maintain, and provide an inventory of all major components to include structures, equipment, items, parts, and furnishings under this contract and each task/delivery order which may be affected by the Year 2000 compliance requirement.

(2)   Indicate whether each component is currently Year 2000 compliant or requires an upgrade for compliance prior to Government acceptance.

**SCR-100**  NOT USED

**SCR-111**  NOT USED

**SCR-112  NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION** (FEB 1999) (FAR 52.222-23):

(a)  The offeror s attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

(b)  The goals for minority and female participation, expressed in percentage terms for the Contractor s aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for Minority Participation | Goals for Female Participation |
|---|---|
| 8.7  (Anchorage, AK) | 6.9  (Alaska) |
| 15.1 (Locations outside city of Anchorage) | |

These goals are applicable to all the Contractor s construction work performed in the covered area.  If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed.  Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c)  The Contractor s compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on

(1)  its implementation of the Equal Opportunity clause,

(2)  specific affirmative action obligations required by the clause entitled  Affirmative Action Compliance Requirements for Construction,  and

(3)  its efforts to meet the goals.  The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade.  The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4.  Compliance with the goals will be measured against the total work hours performed.

(d)  The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000.00 at any tier for construction work under the contract resulting from this solicitation.  The notification shall list the:

(1)  Name, address, and telephone number of the subcontractor;

(2)  Employer's identification number of the subcontractor;

(3)  Estimated dollar amount of the subcontract;

FY01 REPLACEMENT MILITARY FAMILY HOUSING                    FTW230

       (4)  Estimated starting and completion dates of the subcontract; and

       (5)  Geographical area in which the subcontract is to be performed.

   (e)  As used in this Notice, and in any contract resulting from this solicitation, the  covered area  is Alaska.

**ATTACHMENT:  CLIMATOLOGICAL SUMMARY**

CLIMATOLOGICAL SUMMARY

FT. WAINWRIGHT (Period of record exceeds 25 years)

| | | | |
|---|---|---|---|
| **Temperature** | Mean Annual | 25.9° F | |
| | Highest Recorded | 95.0° F | |
| | Lowest Recorded | -62.0° F | |
| | Maximum Freezing Index | 6464 degree days (1950-51) | |
| | Maximum Thawing Index | 3568 degree days (1953) | |
| **Precipitation** | Mean Annual | 12.67" | |
| | Mean Annual Snowfall | 41.8" | |
| | Maximum Monthly | 4.31" | July 1948 |
| | Maximum Monthly Mean | 2.27" | Aug |
| | Maximum Rainfall During 24 hr Period | 2.33" | Aug |
| | Maximum Snowfall During 24 hr Period | 15.5" | Jan |
| | Maximum Monthly Snowfall | 27.7" | Dec 1955 |
| **Wind** | Mean Hourly Speed | 4.6 mph | |
| | Prevailing Direction | ENE 7.2% (calm 32%) | |
| | Maximum Velocity | 61 mph | |
| | Direction Maximum Velocity | SW | |

**MEANS AND EXTREMES FOR PERIOD OF RECORD**

| | | | |
|---|---|---|---|
| **Annual Mean Number of Days** | **Sunrise to Sunset** | Clear | 72 |
| | | Partly Cloudy | 90 |
| | | Cloudy | 203 |
| | Precipitation 0.01 inch or more | | 101 |
| | Snow, Sleet, or Hail 1.0 inch or more | | 19 |
| | Heavy Fog   0 - 3/4 mile visibility for 3/4% of the time | | |
| | Thunderstorms | | 5 |
| | **Max Temp** | ≥ 70° | 46 |
| | | ≤ 32° | 157 |
| | **Min Temp** | ≤ 32° | 229 |
| | | ≤ Zero | 123 |

NPA Form 3
AUG 1958

TEMPERATURE, °F

-60  -40  -20  0  20  40  60  80

Jan. Feb. Mar. Apr. May Jun. Jul. Aug. Sept. Oct. Nov. Dec. Jan. Feb. Mar. Apr. May Jun.

FREEZING (32°F)

MEAN ANNUAL TEMP. (25.7°F)

ZERO

**FAIRBANKS AIR TEMPERATURE**

Prepared by: C. Hartman,
Institute of Water Resources,
University of Alaska,
Fairbanks, Alaska.

Record High and Low
1931 - Jun. 1974

Normal
1941-1970

(from National Weather
Service recorded air
temperatures at Fairbanks
International Airport)

Record High

Normal High

Normal Low

Record Low

SECTION 00800

SPECIAL CONTRACT REQUIREMENTS

DACA85-01-R-0024
FY01 REPLACEMENT
FAMILY HOUSING
FT WAINWRIGHT, AK

I-N-D-E-X

| CLAUSE | TITLE | | PAGE |
|--------|-------|------|------|
| SCR-1 | * | | 00800-1 |
| SCR-2 | EXCLUSION OF PERIODS IN COMPUTING COMPLETION SCHEDULES | NOT USED | 00800-1 |
| SCR-3 AND SCR-4 | * | | 00800-1 |
| SCR-5 AND SCR-6 | * | NOT USED | 00800-1 |
| SCR-7 | CERTIFICATES OF COMPLIANCE | | 00800-1 |
| SCR-8 | SUBMITTALS | | 00800-1 |
| SCR-9 | * | NOT USED | 00800-1 |
| SCR-10 | * | | 00800-1 |
| SCR-11 | * | | 00800-1 |
| SCR-12 | IDENTIFICATION OF EMPLOYEES AND MILITARY REGULATIONS | | 00800-1 |
| SCR-13 | * | | 00800-2 |
| SCR-14 | SPECIAL SAFETY REQUIREMENTS | | 00800-2 |
| SCR-15 | * | NOT USED | 00800-2 |
| SCR-16 | * | | 00800-2 |
| SCR-17 | * | | 00800-2 |
| SCR-18 AND SCR-19 | | NOT USED | 00800-2 |
| SCR-20 | CONTRACTOR-PREPARED NETWORK ANALYSIS SYSTEM | | 00800-2 |
| SCR-21 | * | | 00800-6 |
| SCR-22 | SALVAGE MATERIALS AND EQUIPMENT | NOT USED | 00800-6 |
| SCR-23 | * | NOT USED | 00800-6 |
| SCR-24 | SIGNAL LIGHTS | NOT USED | 00800-6 |
| SCR-25 | COMMUNICATION SECURITY | | 00800-6 |
| SCR-26 | PERMITS AND RESPONSIBILITIES | | 00800-6 |
| SCR-27 | SUPERINTENDENCE OF SUBCONTRACTORS | NOT USED | 00800-6 |
| SCR-28 | * | NOT USED | 00800-6 |
| SCR-29 | * | | 00800-6 |
| SCR-30 THRU SCR-32 | | NOT USED | 00800-6 |

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

| CLAUSE | TITLE | | PAGE |
|--------|-------|---|------|
| SCR-33 | * | NOT USED | 00800-6 |
| SCR-34 | SCHEDULING SYSTEM DATA EXCHANGE FORMAT | | 00800-6 |
| SCR-35 | * | | 00800-16 |
| SCR-36 | TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER | | 00800-16 |
| SCR-37 | * | NOT USED | 00800-17 |
| SCR-38 | * | | 00800-17 |
| SCR-39 | RESERVED | NOT USED | 00800-17 |
| SCR-40 | KEY PERSONNEL | | 00800-17 |
| SCR-41 | DESIGN BUILD CONTRACT ORDER OF PRECEDENCE | | 00800-17 |
| SCR-42 | PROPOSED BETTERMENTS | | 00800-18 |
| SCR-43 | SEQUENCE OF DESIGN-CONSTRUCTION | | 00800-18 |
| SCR-44 | RESPONSIBILITY OF THE CONTRACTOR FOR DESIGN | | 00800-18 |
| SCR-45 | SAFETY AND HEALTH REQUIREMENTS MANUAL, EM 385-1-1, U.S. ARMY CORPS OF ENGINEERS | | 00800-19 |
| SCR-46 THRU SCR-99 | | NOT USED | 00800-19 |
| SCR-100 | * | NOT USED | 00800-19 |
| SCR-101 THRU SCR-110 | | NOT USED | 00800-19 |
| SCR-111 | * | NOT USED | 00800-19 |
| SCR-112 | * | | 00800-19 |

* Due to the recent conversion from the Standard Army Contracting (SAACONS) to the new Department of Defense's Standard Procurement System, Procurement Desktop Defense (PD2), the following Special Contract Clauses previously located in Section 00800 are now located in Section 00700 (Supplement).

--End of Special Contract Requirements Index--

FY01 REPLACEMENT MILITARY FAMILY HOUSING                                    FTW230

**SECTION 00800**
SPECIAL CONTRACT REQUIREMENTS

**SCR-1**  *

**SCR-2** NOT USED

**SCR-3 THRU SCR-6**  *

**SCR-7  CERTIFICATES OF COMPLIANCE:**

Any certificates required for demonstrating proof of compliance of materials
with specification requirements shall be executed in 3 copies.  Each
certificate shall be signed by an official authorized to certify in behalf of
the manufacturing company and shall contain the name and address of the
Contractor, the project name and location, and the quantity and date or dates
of shipment or delivery to which the certificates apply.  Copies of
laboratory test reports submitted with certificates shall contain the name
and address of the testing laboratory and the date or dates of the tests to
which the report applies.  Certification shall not be construed as relieving
the Contractor from furnishing satisfactory material, if, after tests are
performed on selected samples, the material is found not to meet the specific
requirements.

**SCR-8  SUBMITTALS** (ER 415-1-10, 30 May 1995):

Within 30 days after receipt of Notice to Proceed, the Contractor shall
complete and submit to the Contracting Officer, in triplicate, submittal
register ENG Form 4288 listing all submittals and dates.  In addition to
those items listed on ENG Form 4288, the Contractor shall furnish submittals
for any deviation from the plans or specifications.  The scheduled need dates
must be recorded on the document for each item for control purposes.  In
preparing the document, adequate time (minimum of 30 days) shall be allowed
for review and, only when stipulated, approval and possible resubmittal.
Scheduling shall be coordinated with the approved progress schedule.  The
Contractor s Quality Control representative shall review the listing at least
every 30 days and take appropriate action to maintain an effective system.
Copies of updated or corrected listing shall be submitted to the Contracting
Officer at least every 60 days in the quantity specified.  Payment will not
be made for any material or equipment which does not comply with contract
requirements.

Section 01330 includes an ENG Form 4288 listing technical items the
Contractor shall submit to the Contracting Officer, as indicated in the
contract requirements.

**SCR-9 THRU SCR-11**  *

**SCR-12  IDENTIFICATION OF EMPLOYEES AND MILITARY REGULATIONS:**

   (a)  The Contractor shall be responsible for compliance with all
regulations and orders of the Commanding Officer of the Military
Installation, respecting identification of employees, movements on
installation, parking, truck entry, and all other military regulations which
may affect the work.

(b)   The work under this contract is to be performed at an operating Military Installation with consequent restrictions on entry and movement of non-military personnel and equipment.

**SCR-13   \***

**SCR-14   SPECIAL SAFETY REQUIREMENTS:**

The Safety and Health Requirements Manual referenced in paragraph Accident Prevention of the Contract Clauses is amended as indicated below.  Copies of the manual can be ordered from the Superintendent of Documents, Government Printing Office, Washington DC, phone 202-512-1800, FAX 202-512-2250.

a.   Not used.

b.   Paragraph 05.A.01:  Add new paragraph 05.A.01 d.

d. Employers shall make reasonable efforts to accommodate employees with religious beliefs that may conflict with PPE requirements.  However, when reasonable efforts to accommodate the employee s religious beliefs do not provide the necessary safe working environment (without PPE), then the employer shall require the employee to use the appropriate PPE or the employee will not be allowed to work in the area where he/she will be exposed to a hazard requiring such protection.

c.   Paragraph 16.C:  Add new paragraphs 16.C.21 and 16.C.22.

16.C.21.  During personnel handling operations, load and boom hoist drum brakes, swing brakes, and locking devices such as pawls or dogs shall be engaged when the occupied platform is in a stationary working position.

16.C.22.  During personnel handling operations, the load hoist drum shall have a system or device on the power train other than the load hoist brake, which regulates the lowering rate of speed of the hoist mechanism (controlled load lowering).  Free fall is prohibited.

d.   Paragraph 21.A.15:  Add new paragraph 21.A.15 d.

d.   Standard guardrails shall be installed on all intermediate floors and roofs, including flat roof areas more than 1.8 meters above adjacent areas, during construction or rehabilitation of the buildings. The use of safety nets and safety belts with lifelines may be substituted on pitched roofs.

**SCR-15 THRU SCR-17   \***

**SCR-18 AND SCR-19**  NOT USED

**SCR-20  CONTRACTOR-PREPARED NETWORK ANALYSIS SYSTEM (NAS)** (1990 MAR HQ USACE) (ER 1-1-11):

1.  The progress chart to be prepared by the Contractor pursuant to the Contract Clause entitled  Schedule for Construction Contracts  shall consist of a network analysis system (NAS) as described below.  The scheduling of construction is the responsibility of the Contractor and Contractor management personnel shall actively participate in development of the network logic diagram so that intended sequences and procedures are clearly

understood.  The Contractor shall provide the NAS in either Arrow Diagram
Method (ADM) or Precedence (PDM) format.  The network diagram required at the
initial schedule submission shall depict the order and interdependence of
activities and the method by which the work is to be accomplished.
Conditions of submittal are:

     a.  The diagram shall show a continuous activity flow from left to
right.  The activity or event numbers, description, duration, and value shall
be shown on the diagram.

     b.  Dates shall be shown on the diagram for start of the project, any
milestones required by the contract, and contract completion.

     c.  The critical path shall be clearly identified.

     d.  Submittal, review, procurement, fabrication, delivery,
installation, start-up, and testing of special or long lead-time materials
and equipment shall be included in the NAS diagram.

     e.  Government and other agency activities shall be shown.  These
include but are not limited to:  Notice to Proceed, submittals/approvals,
inspections, and utility tie in for phasing requirements.

2.  A preliminary network diagram, defining the Contractor s planned
operations for the first 60 days shall be provided within 10 calendar days
after Notice to Proceed is acknowledged.  The approved preliminary schedule
shall be used for payment not to exceed 60 days after Notice to Proceed.

3.  The initial NAS shall be submitted within 40 calendar days after Notice
to Proceed.  It shall provide (1) a reasonable sequence of activities which
represent work through the entire project and (2) a reasonable level of
activity detail.  The schedule interval shall extend from Notice to Proceed
through the contract duration specified in  COMMENCEMENT, PROSECUTION, AND
COMPLETION OF WORK  to contract completion date.  Completion of the last
activity in the schedule shall be constrained by the contract completion date
such that if the projected finish of the last activity falls after the
contract completion, then the float calculation shall reflect negative float.
Interim milestone dates specified shall be so constrained also.  Progress
payments will be withheld until the Contractor submits an approvable
schedule.

4.  The Contractor shall submit a reproducible and five copies of the network
diagram at the initial submittal and three copies of the specified reports at
the initial and every monthly update throughout the life of the project.  The
format of the reports shall contain:  Activity Number(s), Activity
Description, Original Duration, Remaining Duration, Early Start Date, Late
Start Date, Early Finish Date, Late Finish Date, and Total Float.  Precedence
schedule reports shall include and display preceding and succeeding
activities.  Cost and/or Earned Value reports shall contain Estimated Earned
Value, Percent Complete (based on cost), and Earnings to Date.  Report
formats are as follows:

     a.  Logic Report:  This report shall list all activities sorted
according to activity number.  Activities shall be printed in ascending order
of activity number.  Any standard report which lists activities including
restraints in this manner is acceptable.

b.  Criticality Report:  This report shall list all activities sorted in ascending order of total float.  Activities which have equal values of total float shall be listed in ascending order of Early Starts.

c.  Cost or Earned Value Report:  This report shall compile the Contractor s total earned value on the project from the Notice to Proceed until the most recent monthly progress meeting based on agreed progress between the Contractor and the Contracting Officer.  Provided that the Contractor has submitted a complete schedule update, this report shall serve as the basis for determining Contractor payment.  Activities shall be grouped by offer item and then sorted by activity number(s).  This report shall subtotal all activities in an offer item and provide an offer item percent complete and then total all offer items to provide a total project percent complete.

d.  Other sorted reports or curves may be required as project requirements dictate; however, the total number should be limited.

5.  A monthly meeting shall be conducted on site attended by the Contractor s project manager and appropriate Contracting Officer s representatives. During this meeting the Contractor shall describe, on an activity by activity basis, all proposed revisions and adjustments to the NAS required to reflect the current status of the project.  The Contracting Officer s representative shall approve activity progress, proposed revisions and adjustments, and the use of any optional calculations.   The following shall be addressed:

a.  The actual start and actual finish dates for all activities in progress or completed as appropriate.

b.  The estimated remaining duration for each activity in progress. Progress calculations must be based on remaining duration for each activity and be in an approved calculation mode.

c.  The earned value for each activity started but not completed. Payment shall be based on cost of completed activities plus cost to date of in-progress activities.

d.  All logic changes pertaining to change orders on which a Notice to Proceed has been issued, Contractor proposed changes in activity sequence or durations, and corrections to schedule logic to avoid out of sequence progress.

6.  Following the monthly progress meeting, a complete update of the NAS based on the approved progress, revisions, and adjustments agreed upon at the meeting shall be computed and submitted not later than 10 working days after the meeting.  This update shall be subject to approval of the accurate entry of information agreed upon at the meeting.  Actual starts and finishes, remaining duration, or percent complete shall not be automatically updated by default dates contained in the many CPM scheduling software systems, except that early start for an activity which could start prior to the update but has no actual start shall default to the data date of the update.  Activities which have posted progress without predecessor activities being completed shall be allowed only on a case by case approval of the Contracting Officer s representative who may require logic changes to correct all such out of sequence progress.

7.  A narrative report shall be provided with each update of the NAS.  This
report shall include (1) a description of activities and progress along the
four most critical paths, (2) a description of current and anticipated
problem areas or delaying factors and their impact, and (3) an explanation of
the corrective actions taken.  Only modifications that have been authorized
and approved by the Contracting Officer shall be included in the schedule
submission.  The narrative report shall specifically reference, on an
activity by activity basis, all changes made since the previous period and
relate each change to documented, approved schedule changes.  This report,
along with the progress update above, shall provide the basis for the
Contractor s progress payment request and the Contractor shall be entitled to
progress payments determined from the currently approved NAS update.  If the
Contractor fails or refuses to furnish the information and NAS data which, in
the sole judgement of the Contracting Officer, is necessary for verifying the
Contractor s progress, the Contractor shall be deemed not to have provided a
progress payment estimate and progress payment will not be made.

8.  The Contractor shall prepare proposed NAS revisions for all contract
changes and submit them to the Contracting Officer s representative.  These
shall include a narrative listing the affected activities, a statement of the
expected overall impact of the change proposed, and a sub-network of the
affected diagram area.  When agreed upon by the Contracting Officer s
representative, the change logic and durations shall be utilized in analysis
of the overall project and the appropriate impact of the change determined
for inclusion of time impact for a modification.  When Notice to Proceed with
changes must be issued prior to settlement of price and/or time, the
Contractor shall submit the same revisions for concurrence by the Contracting
Officer s representative prior to inclusion in the NAS.  If the Contractor
fails to submit or include such revisions within 30 days of the Notice to
Proceed, the Contracting Officer s representative will furnish to the
Contractor suggested logic and/or revised durations to be entered in the NAS
until the Contractor submits revisions, and final changes and impact have
been negotiated.  If the Contractor has any objections to the data furnished
by the Contracting Officer, it shall advise the Contracting Officer promptly
of its objections and written counterplan; however, it shall continue to use
the revisions by the Contracting Officer until such time as alternate data is
approved.  If the Contractor fails to submit its alternative plan within 20
days after the date such suggested revisions were furnished by the
Contracting Officer, the Contractor will be deemed to have concurred with the
Contracting Officer s suggested logic/duration time changes.  The changes
then will be the basis for equitable adjustment for performance of the work.

9.  In the event the Contractor requests an extension of the contract
completion date for any other contractual reason, it shall furnish such
justification as the Contracting Officer may deem necessary for a
determination of the Contractor s right to an extension of time under the
provisions of the contract.  In such event, the schedule revisions must
clearly display that the Contractor has used in full all available float time
for the work involved with the request.  Actual delays that are found to be
caused by the Contractor s own actions or lack of action, and which result in
the extension of the projected contract completion date shall not be a cause
for extension of the contract completion date.  The Contracting Officer may
find cause to extend the contract completion date under the contract in the
absence of a request by the Contractor when, in the Contracting Officer s
judgement, it is equitable.

10.  Float available in the schedule at any time shall not be considered as
for exclusive use by either the Contractor or the Government.  Extensions of
time for performance of work required under Contract Clauses entitled
 CHANGES ,  DIFFERING SITE CONDITIONS ,  DEFAULT (FIXED-PRICE CONSTRUCTION) ,
or  SUSPENSION OF WORK  will be granted only to the extent that equitable
time adjustments for affected activities exceed the total float along their
paths.

11.  A data disc shall be provided as required by Special Contract
Requirement Clause SCR-34,  Scheduling System Data Exchange Format.   The
automated scheduling system utilized by the Contractor shall be capable of
providing all requirements of this specification.  As many data disk(s) as
required in the  Standard Data Exchange Format  shall be provided with the
Initial schedule, Monthly Updates, and all NAS revisions or requests for
revision.  Refer to Special Contract Requirement Clause SCR-34 for a complete
description of this format.

**SCR-21**  *

**SCR-22**  NOT USED

**SCR-23**  *

**SCR-24**  NOT USED

**SCR-25  COMMUNICATION SECURITY:**

All communications with DOD organizations are subject to COMSEC review.
Contractor personnel shall be aware that telecommunications networks are
continually subject to intercept by unfriendly intelligence organizations.
The DOD has authorized the military departments to conduct COMSEC monitoring
and recording of telephone calls originating from or terminating at DOD
organizations.  Therefore, civilian Contractor personnel are advised that any
time they place a call to or receive a call from Alaska District offices or
Resident Engineer offices located on military installations, they are subject
to COMSEC procedures.  The Contractor will assume the responsibility for
ensuring wide and frequent dissemination of the above information to all
employees dealing with official DOD information.

**SCR-26  PERMITS AND RESPONSIBILITIES:**

It will be the responsibility of the Contractor to obtain all other
permits/licenses required for this project as required under the Contract
Clause paragraph entitled PERMITS AND RESPONSIBILITIES.

**SCR-27**  NOT USED

**SCR-28 AND SCR-29**  *

**SCR-30 thru SCR-32**  NOT USED

**SCR-33**  *

**SCR-34  SCHEDULING SYSTEM DATA EXCHANGE FORMAT** (ER 1-1-11, MAR 1990):

PART 1      GENERAL

1.  Application of this provision:  The data exchange format provides a platform for exchanging scheduling and planning data between various software systems.  This section shall be used in conjunction with Special Contract Requirement Clause SCR-20, entitled  CONTRACTOR-PREPARED NETWORK ANALYSIS SYSTEM.   The Data Exchange Format shall allow project management systems to share information with other programs.  Scheduling information shall be transferred from the Contractor s project management system to the Government as described in this section.

2.  Electronic Data Exchange File Required for All Schedule Submissions:

    a.  The Contractor shall provide schedule data in the Data Exchange Format for each Preliminary, Initial, Monthly NAS Update, and requests for time extensions or change proposals.  The Contractor s failure to provide schedule data in the exact format described herein shall result in disapproval of the entire schedule submission.

    b.  The entire set of schedule data shall be transferred at every exchange of scheduling data.  Thus, for updates to existing projects, as the data exchange file shall contain all activities that have not started or are already complete as well as those activities in progress.

3.  Data Transfer Responsibility:  The Contractor shall be responsible for Electronic Data Exchange File data that may have been lost or destroyed during transit between the Contractor and the Contracting Officer.  If Electronic Data Exchange File data is damaged during transit, then the Contractor shall provide the Contracting Officer with a new Electronic Data Exchange File within two (2) working days of notification by the Contracting Officer.

4.  Data Consistency Responsibility:  The Contractor shall be responsible for the consistency between the Electronic Data Exchange File and printed reports which accompany schedule submissions.  If Electronic Data Exchange File data for a schedule submission differs, in any way, from the printed schedule reports or standard activity coding, then the Contracting Officer will disapprove the entire schedule submission.  The Contractor shall provide the Contracting Officer with a completely revised, and consistent, schedule submission with 24 hours of notification of inconsistency by the Contracting Officer.

5.  Creating the Electronic Data Exchange Files:  The Contractor shall have the option of creating the Electronic Data Exchange File by one of the three following methods:

    a.  Commercially Available Software:  The Contractor will be required to secure software that meets this requirement.  Many commercially available scheduling systems support the standard data exchange format.

    b.  Interface Program:  Under this option, the Contractor shall produce its own data translation software.  This software shall take the information provided by the Contractor s scheduling system and reformat the data into the Data Exchange Format.

    c.  Manual Methods:  Under this option, the Contractor shall manually reformat its scheduling system report files or create all necessary data by manually entering all data into the Date Exchange Format.

PART 2        GENERAL DATA EXCHANGE FILE REQUIREMENTS

6.  File Transfer Medium:  All required data shall be submitted on 3.5 diskette (s), formatted to hold 1.44 MB of data, under an MS-DOS operating system (Version 5.0 or higher) compatible with that of the Resident Office administering this contract.  Higher data densities and other operating systems may be approved by the Contracting Officer if compatible with the Government s computing capability.

7.  File Type and Format:  The data file shall consist of a 132 character, fixed format,  ASCII  file.  Text shall be left-justified and numbers shall be right-justified in each field.  Data records must conform, exactly, to the sequence, column position, maximum length, mandatory values, and field definitions described below to comply with this standard data exchange format.  Unless specifically stated, all numbers shall be whole numbers.  All data columns shall be separated by a single blank column.

8.  Electronic Data Exchange File Name:  The Contractor shall insure that each file has a name related to either the schedule data date, project name, or contract number.  No two Electronic Data Exchange Files shall have the same name throughout the life of this contract.  The Contractor shall submit its file naming convention to the Contracting Officer for approval.  In the event that the Contractor s naming convention is disapproved, the Contracting Officer shall direct the Contractor to provide files under a unique file naming convention.

9.  Disc Label:  The Contractor shall affix a permanent exterior label to each diskette submitted.  The label shall contain the type of schedule (Preliminary, Initial, Update, or Change), full project number, project name, project location, data date, name and telephone number of the Contractor s scheduler, and the MS-DOS version used to format the diskette.

10.  Standard Activity Coding Dictionary:  The Contractor shall submit, with the initial schedule submission, a consistent coding scheme that shall be used throughout the project for the Activity Codes shown in Paragraph 12.e of this clause.  The coding scheme submitted shall demonstrate that each code shall only represent one type of information through the duration of the contract.  Incomplete coding of activities or an incomplete coding scheme shall be sufficient for disapproval of the schedule.

PART 3        DATA FORMAT

11.  Data Exchange File Format Organization:  The Data Exchange File Format shall consist of the following records provided in the exact sequence shown below:

| Paragraph Reference | Record Description | Remarks |
|---|---|---|
| 12.a | Volume Record | First Record on Every Data Disk |
| 12.b | Project ID Record | Second Record |
| 12.c | Calendar Record(s) | Minimum of One Record Required |
| 12.d | Holiday Record(s) | Optional Record |
| 12.e | Activity Record(s) | Mandatory Record |
| 12.f | Precedence Record(s) | Mandatory for Precedence Method |
| 12.g | Unit Cost Record(s) | Optional for Unit Cost Projects |
| 12.h | Progress Record(s | Mandatory for Updates |
| 12.i | File End Record | Last Record of Data File |