12.   Record Descriptions:

    a.  Volume Record:  The Volume Record shall be used to control the
transfer of data that may not fit on a single disk.  The first record in
every disk used to store the data exchange file shall contain the Volume
Record.  The Volume Record shall sequentially identify the number of the data
transfer disk(s).  The Volume Record shall have the following format:

| Description | Column Position | Max. Length | Req d. Value | Type | Just. |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1- | 4 | VOLM | Fixed | |
| DISK NUMBER | 6-7 | 2 | - | Number | Right |

        (1)  The RECORD IDENTIFIER is the first four characters of this
record.  The required value for this field shall be  VOLM .

        (2)  The DISK NUMBER field shall identify the number of data disk
used to store the data exchange information.  If all data may be contained on
a single disk, this field shall contain the value of  1 .  If more disks are
required, then the second disk shall contain the value of  2 , the third disk
shall be designated with a  3 , and so on.  Identification of the last data
disk shall not be accomplished with the Volume Record.  Identification of the
last data disk is accomplished in the PROJECT END RECORD (see Paragraph
12.I).

    b.  Project ID Record:  The Project ID Record is the second record of
the file and shall contain project information in the following format:

| Description | Column Position | Max. Length | Req d. Value | Type | Just. |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PROJ | Fixed | |
| DATA DATE | 6-12 | 7 | - | ddmmmyy | See (2) |
| PROJECT IDENTIFIER | 14-17 | 4 | - | Alpha | Left |
| PROJECT NAME | 19-66 | 48 | - | Alpha | Left |
| CONTRACTOR NAME | 68-103 | 36 | - | Alpha | Left |
| ARROW OF PRECEDENCE | 105 | 1 | A-P | Fixed | |
| CONTRACT NUMBER | 107-112 | 6 | - | Alpha | Left |
| PROJECT START | 114-120 | 7 | - | ddmmmyy | Filled |
| PROJECT END | 122-128 | 7 | - | ddmmmyy | Filled |

        (1) The RECORD IDENTIFIER is the first four characters of this
record.  The required value for this field shall be  PROJ .  This record
shall contain the general project information and indicates which scheduling
method shall be used.

        (2)  The DATA DATE is the date of the schedule calculation.  The
abbreviation  ddmmmyy  refers to a date format that shall translate a date
into two numbers for the day, three letters for the month, and two numbers
for the year.  For example, March 1, 1999 shall be translated into 01Mar99.
This same convention for date formats shall be used throughout the entire
data format.  To insure that dates are translated consistently, the following
abbreviations shall be used for the three character month code:

| ABBREVIATION | MONTH |
|---|---|
| JAN | January |
| FEB | February |

| MAR | March |
|-----|-------|
| APR | April |
| MAY | May |
| JUN | June |
| JUL | July |
| AUG | August |
| SEP | September |
| OCT | October |
| NOV | November |
| DEC | December |

(3)  The PROJECT IDENTIFIER is a maximum of four character abbreviation for the schedule.  These four characters shall be used to uniquely identify the project and specific update as agreed upon by the Contractor and Contracting Officer.  When utilizing scheduling software these four characters shall be used to select the project.  Software manufacturers shall verify that data importing programs do not automatically overwrite other schedules with the same PROJECT IDENTIFIER.

(4)  The PROJECT NAME field shall contain the name and location of the project edited to fit the space provided.  The data appearing here shall appear on scheduling software reports.  The abbreviation  Alpha. , used throughout Paragraph 12, RECORD DESCRIPTIONS, refers to an  Alphanumeric field value.

(5)  The CONTRACTOR NAME field shall contain the Construction Contractor s name edited to fit the space provided.

(6)  The ARROW OR PRECEDENCE field shall indicate which method shall be used for calculation of the schedule.  The value  A  shall signify the Arrow Diagramming Technique.  The value  P  shall signify the Precedence Diagramming Technique.  The ACTIVITY IDENTIFICATION field of the Activity Record shall be interpreted differently depending on the value of this field (see Paragraph 12.e.2).  The Precedence Record shall be required if the value of this field is  P  (see Paragraph 12.f).

(7)  The CONTRACT NUMBER field shall directly identify the contract for the project.  For example, a complete Government construction contract number,  DACA85-97-C-0001 , shall be entered into this field as  970001 .

(8)  The PROJECT START shall contain the date that the project will start or has started.  On Government construction projects, this date is the date that the construction Contractor acknowledges the Notice to Proceed.

(9)  The PROJECT END shall contain the date that the contract must complete on or prior to.  On Government construction projects, this date is the PROJECT START plus the contract period, typically expressed in a specific number of calendar days.

c.  Calendar Record:  The Calendar Record(s) shall follow the Project Identifier Record in every data file.  A minimum of one Calendar Record shall be required for all data exchange activity files.  The format for the Calendar Record shall be as follows:

| Description | Column Position | Max. Length | Req d. Value | Type | Just. |
|-------------|-----------------|-------------|--------------|------|-------|

FY01 REPLACEMENT MILITARY FAMILY HOUSING                                    FTW230

| | | | | | |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | CLDR | Fixed | |
| CALENDAR CODE | 6-6 | 1 | - | Alpha | Filled |
| WORKDAYS | 8-14 | 7 | SMTWTFS | See (3) | |
| CALENDAR DESCRIPTION | 16-45 | 30 | - | Alpha | Left |

        (1)  The RECORD IDENTIFIER shall always begin with  CLDR  to
identify it as a Calendar Record.  Each Calendar Record used shall have this
identification in the first four columns.

        (2)  The CALENDAR CODE shall be used in the activity records to
signify that this calendar is associated with the activity.

        (3)  The WORKDAYS field shall contain the work-week pattern
selected with  Y , for Yes, and  N  for No.  The first character shall be
Sunday and the last character Saturday.  An example of typical five (5) day
work-week would be NYYYYYN.  A seven (7) day work-week would be YYYYYYY.

        (4)  The CALENDAR DESCRIPTION shall be used to briefly explain
the calendar used.

     d.  Holiday Record:  Optional Holiday Record(s) shall follow the
Calendar Record(s).  The Holiday Record shall be used to designate specific
non-work days for a specific Calendar.  More than one Holiday Record may be
used for a particular calendar.  If used, the following format shall be
followed:

| Description | Column Position | Max. Length | Req d. Value | Type | Just. |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | HOLI | Alpha | |
| CALENDAR CODE | 6-6 | 1 | - | Fixed | Filled |
| HOLIDAY DATE | 8-14 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 16-22 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 24-30 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 32-38 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 40-46 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 48-54 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 56-62 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 64-70 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 72-78 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 80-86 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 88-94 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 96-112 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 114-120 | 7 | - | ddmmmyy | Filled |
| HOLIDAY DATE | 122-128 | 7 | - | ddmmmyy | Filled |

        (1)  The RECORD IDENTIFIER shall always begin with  HOLI  and
shall signify an Optional Holiday Calendar is to be used.

        (2)  The CALENDAR CODE indicates which work-week calendar the
holidays shall be applied to.  More than one HOLI record may be used for a
given CALENDAR CODE.

        (3)  The HOLIDAY DATE shall be used for each date to be
designated as non-work day.

     e.  Activity Records:  Activity Records shall follow any Holiday
Record(s).  If there are no Holiday Record(s), then the Activity Records

shall follow the Calendar Record(s). There shall be one Activity Record for every activity in the network. Each activity shall have one record in the following format:

| Description | Column Position | Max. Length | Req'd. Value | Type | Just. |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | ACTV | Fixed | |
| ACTIVITY IDENTIFICATION | 6-15 | 10 | – | See (2) | |
| ACTIVITY DESCRIPTION | 17-46 | 30 | – | Alpha | Left |
| ACTIVITY DURATION | 48-50 | 3 | – | Integer | Right |
| ACTIVITY COST | 52-60 | 9 | – | Integer | Right |
| CONSTRAINT DATE | 62-68 | 7 | – | ddmmmyy | Filled |
| CONSTRAINT TYPE | 70-71 | 2 | – | See (7) | |
| CALENDAR CODE | 73-73 | 1 | – | Alpha | Filled |
| HAMMOCK CODE | 75-75 | 1 | Y, blank | Fixed | |
| WORKERS PER DAY | 77-79 | 3 | – | Integer | Right |
| RESPONSIBILITY CODE | 81-84 | 4 | – | Alpha | Left |
| WORK AREA CODE | 86-89 | 4 | – | Alpha | Left |
| MOD OR CLAIM NUMBER | 91-94 | 4 | – | Alpha | Left |
| OFFER ITEM | 96-99 | 4 | – | Alpha | Left |
| UCI CODE | 101-105 | 5 | – | See (15) | |
| USER DEFINED | 10-110 | 4 | – | See (16) | |
| USER DEFINED | 112-115 | 4 | – | See (15) | |
| USER DEFINED | 117-120 | 4 | – | See (16) | |
| USER DEFINED | 122-125 | 4 | – | See (15) | |
| USER DEFINED | 127-130 | 4 | – | See (16) | |

(1)  The RECORD IDENTIFIER for each activity description record must begin with the four character ACTV code. This field shall be used for both the Arrow Diagram Method (ADM) and Precedence Diagram Method (PDM) (see Paragraph 12.b.6).

(2)  The ACTIVITY IDENTIFICATION consists of coding that differs, depending on whether the ADM or PDM method was selected in the Project Record (see Paragraph 12.b.6). If the ADM method was selected, then the field shall be interpreted as two right-justified fields of five (5) integers each. If the PDM method was selected, the field shall be interpreted as one (1) right-justified field of ten (10) integers. The maximum activity number allowed under this arrangement is 99999 for ADM and 9999999999 for the PDM method.

(3)  The ACTIVITY DESCRIPTION shall be a maximum of 30 characters. Descriptions must be limited to the space provided.

(4)  The ACTIVITY DURATION contains the estimated duration for the activity on the schedule. The duration shall be based upon the work-week designated by the activity s related calendar (referenced in Paragraph 12.e.8).

(5)  The ACTIVITY COST contains the estimated earned value of the work to be accomplished in the activity.

(6)  The CONSTRAINT DATE field shall be used to identify a date that the scheduling system may use to modify float calculations. If there is a date in this field, then there must be a valid entry in the CONSTRAINT TYPE field. The CONSTRAINT DATE shall be the same as, or later than, the PROJECT START DATE. The CONSTRAINT DATE shall be the same as, or earlier than, the PROJECT END DATE.

(7)  The CONSTRAINT TYPE field shall be used to identify the way that the scheduling system shall use the CONSTRAINT DATE to modify schedule float calculations.  If there is a value in this field, then there must be a valid entry in the CONSTRAINT DATE field.  Below is the minimum list of entries for the CONSTRAINT TYPE.  Other types may be available from specific software manufacturers.

| Code | Definition |
|------|------------|
| ES | The CONSTRAINT DATE shall replace an activity s early start date, if the early start date is prior to the CONSTRAINT DATE. |
| LF | The CONSTRAINT DATE shall replace an activity s Late finish date, if the late finish date is after the CONSTRAINT DATE. |

(8)  The CALENDAR CODE, as previously explained, relates this activity to an appropriate work-week calendar.  The ACTIVITY DURATION must be based on the valid work-week referenced by this CALENDAR CODE field (see Paragraph 12.e.4).

(9)  The HAMMOCK CODE indicates that a particular activity does not have its own independent duration, but takes its start dates from the start date of the preceding activity (or node) and takes its finish dates from the finish dates from the finish dates of its succeeding activity (or node).  If the value of the HAMMOCK ACTIVITY is  Y , then the activity is a HAMMOCK ACTIVITY.

(10)  The WORKERS PER DAY is an optional field that shall be specified at the discretion of the Contracting Officer.  This field shall contain the average number of workers expected to work on the activity each day the activity is in progress.  The total duration times the average number of workers per day shall equal the Contractor s estimate of the total man days of work required to perform the activity.

(11)  The RESPONSIBILITY CODE shall identify the subcontractor or major trade involved with completing the work for the activity.

(12)  The WORK AREA CODE shall identify the location of the activity within the project.

(13)  The MOD OR CLAIM NUMBER code is an optional field that shall be specified at the discretion of the Contracting Officer.  This code shall uniquely identify activities that are changed on a construction contract modification, or activities that justify any claimed time extensions.

(14)  The OFFER ITEM field is an optional field that shall be specified at the discretion of the Contracting Officer.  This field shall designate the offer item number associated with the activity.

(15)  The Construction Specification Institute Masterformat CSI CODE is an optional field that shall be specified at the discretion of the Contracting Officer.  The CSI CODE shall contain the value of the code corresponding to the work to be accomplished in this activity.

(16)  USER DEFINED fields are optional and not required to meet the data exchange standard.  They are provided to allow for a fixed expansion of capabilities for individual very large projects that may require additional fields.

f.  Precedence Record:  The Precedence Record(s) shall follow the Activity Records if a Precedence Type Schedule (PDM) is identified in the ARROW OR PRECEDENCE field of the Project Record (see Paragraph 12.b.6).  The Precedence Record has the following format:

| Description | Column Position | Max. Length | Req d. Value | Type | Just. |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PRED | Fixed | |
| ACTIVITY IDENTIFICATION | 6-15 | 10 | – | Integer | See (2) |
| ACTIVITY DESCRIPTION | 17-26 | 10 | – | Integer | |
| ACTIVITY DURATION | 28-29 | 2 | – | See (4) | |
| ACTIVITY COST | 31-34 | 4 | – | Integer | Right |

(1)  The RECORD IDENTIFIER shall begin with the four character  PRED  in the first four columns of the record.

(2)  The ACTIVITY IDENTIFICATION identifies the activity whose predecessor shall be specified in this record.  Refer to the Activity Record for further explanation on this field (see Paragraph 12.e.2).

(3)  The PREDCESSOR ACTIVITY number is the number of an activity that precedes the activity noted in the ACTIVITY IDENTIFICATION field.

(4)  The PREDECESSOR TYPE field indicates the type of relationship that exists between the chosen pair of activities.  The PREDECESSOR TYPE field must, as a minimum, contain one of the codes listed below.  Other types of activity relations may be supported from specific software vendors.

| Code | Definition |
|---|---|
| SS | Start-to-Start relationship |
| FF | Finish-to-Finish relationship |
| FS | Finish-to-Start relationship |

(5)  The LAG DURATION field contains the number of days delay between the preceding and current activity.

g.  Unit Cost Record:  The Unit Cost Record shall follow all Precedence Records.  If the schedule utilizes the Arrow Diagram Method, then the Unit Cost Record shall follow any Activity Records.  The fields for this record shall take the following format:

| Description | Column Position | Max. Length | Req d. Value | Type | Just. |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | UNIT | Fixed | |
| ACTIVITY IDENTIFICATION | 6-15 | 10 | – | Integer | See (2) |
| TOTAL QTY | 17-27 | 11 | – | Floating | Part |
| COST PER UNIT | 29-39 | 11 | – | Floating | Part |
| QTY TO DATE | 41-51 | 11 | – | Floating | Part |
| UNIT OF MEASURE | 53-55 | 3 | – | Alpha | |

(1)    The RECORD IDENTIFIER shall be identified with the four character  UNIT  placed in the first four columns of the record.

(2)    The ACTIVITY IDENTIFICATION for each activity shall match the format described in the activity record (see Paragraph 12.e.2).

(3)    The TOTAL QTY is the total amount of this type of material to be used in this activity.  This number consists of eight digits, one decimal point, and two more digits.  An example of a number in this format is  11111111.11 .  If decimal places are not needed, this field shall still contain a  .00  in Columns 25, 26, and 27.

(4)    The COST PER UNIT is the cost, in dollars and cents, for each unit to be used in this activity.  This number consists of eight digits, one decimal point, and two more digits.  An example of a number in this format is  11111111.11 .  If decimal places are not needed, this field shall still contain a  .00  in Columns 37, 38, and 39.

(5)    The QTY TO DATE is the quantity of material installed in this activity up to the data date.  This number consists of eight digits, one decimal point, and two more digits.  An example of a number in this format is  11111111.11 .  If decimal places are not needed, this field shall still contain a  .00  in Columns 49, 50, and 51.

(6)    The UNIT OF MEASURE is an abbreviation that may be used to describe the units being measured for this activity.

h.  Progress Record:  Progress Record(s) shall follow all Unit Cost Record(s).  If there are no Unit Cost Record(s), then the Progress Record(s) shall follow all Precedence Records.  If the schedule utilize the Arrow Diagram Method, then the Progress Record shall follow any Activity Records.  One record shall exist for each activity in-progress or completed.  The fields for this Record shall take the following format:

| Description | Column Position | Max. Length | Req d. Value | Type | Just. |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PROG | Fixed | |
| ACTIVITY IDENTIFICATION | 6-15 | 10 | - | Integer | See (2) |
| ACTUAL START DATE | 17-23 | 7 | - | ddmmmyy | Full |
| ACTUAL FINISH DATE | 25-31 | 7 | - | ddmmmyy | Full |
| REMAINING DURATION | 33-35 | 3 | - | Integer | Right |
| COST TO DATE | 37-45 | 9 | - | Integer | Right |

(1)    The RECORD IDENTIFIER shall begin with the four character  PROG  in the first four columns of the record.

(2)    The ACTIVITY IDENTIFICATION for each activity for which progress has been posted, shall match the format described in the Activity Record (see Paragraph 12.e.2).

(3)    An ACTUAL START DATE is required for all in-progress activities.  The ACTUAL START DATE shall be the same as, or later than, the PROJECT START date contained in the Project Record (see Paragraph 12.b.8).  The ACTUAL START DATE shall also be the same as, or prior to, the DATA DATE contained in the Project Record (see Paragraph 12.b.2).

(4)   An ACTUAL FINISH DATE is required for all completed activities.  If the REMAINING DURATION of an activity is zero, then there must be an ACTUAL FINISH DATE.  The ACTUAL FINISH DATE must be the same as, or later than the PROJECT START date contained in the Project Record (see Paragraph 12.b.8).  The ACTUAL FINISH DATE must also be the same as, or prior to the DATA DATE contained in the Project Record (see Paragraph 12.b.2).

(5)   A REMAINING DURATION is required for all in-progress activities.  Activities completed, based on time, shall have a zero (0) REMAINING DURATION.

(6)   Cost progress is contained in the field COST TO DATE.  If there is an ACTUAL START DATE, then there must also be some value for COST TO DATE.  The COST TO DATE is not tied to REMAINING DURATION.  For example, if the REMAINING DURATION is "0", the COST TO DATE may only be 95 percent of the ACTIVITY COST.  This difference may be used to reflect 5 percent retainage for punch list items.

    i.  File End Record:

(1)   The File End Record shall be used to identify that the data file is completed.  This record shall be the last record of the entire data file.  The File End Record shall have the following format:

| Description | Column Position | Max. Length | Req d. Value | Type | Just. |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-3 | 3 | END | Fixed | |

(2)   The RECORD IDENTIFIER for the File End Record shall be "END".  No data contained in the data exchange file that occurs after this record is found shall be used.

**SCR-35  ***

**SCR-36  TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER** (ER 415-1-15, 31 Oct 1989):

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the Contract Clause entitled  DEFAULT (FIXED PRICE CONSTRUCTION) .  In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

    a. The weather experienced at the project site during the contract period must be found to be unusually severe; that is, more severe than the adverse weather anticipated for the project location during any given month.

    b. The unusually severe weather must actually cause a delay to the completion of the project.  The delay must be beyond the control and without the fault or negligence of the Contractor.

2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations.  The Contractor s progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.

FY01 REPLACEMENT MILITARY FAMILY HOUSING                                    FTW230

Monthly Anticipated Adverse Weather Delay Work Days Based on a 5-Day Work
Week.

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 22  | 20  | 21  | 0   | 0   | 1   | 1   | 1   | 0   | 10  | 21  | 22  |

3. Upon acknowledgement of the Notice to Proceed and continuing throughout
the contract, the Contractor shall record on the daily CQC report, the
occurrence of adverse weather and the resultant impact to normally scheduled
work.  Actual adverse weather days must prevent work on critical
activities for 50 percent or more of the Contractor s scheduled work day.
The number of actual adverse weather days shall include days impacted by
actual adverse weather (even if adverse weather occurred in previous month),
be calculated chronologically from the first to the last day in each month,
and be recorded as full days.  If the number of actual adverse weather days
exceeds the number of days anticipated in Paragraph 2, above, the Contracting
Officer will convert any qualifying delays to calendar days, giving full
consideration for equivalent fair weather work days, and issue a modification
in accordance with the Contract Clause entitled  DEFAULT (FIXED-PRICE
CONSTRUCTION) .

**SCR-37 AND SCR-38  ***

**SCR-39**  NOT USED

**SCR-40  KEY PERSONNEL:**

During the performance of this contract, no substitutions shall be made for
individuals specifically identified in the Contractor's accepted proposal to
perform key functions in the work, unless determined necessary by the
Contracting Officer and approved in writing.  Proposed substitutes shall have
qualifications comparable to those of the persons being replaced.

**SCR-41  DESIGN-BUILD CONTRACT - ORDER OF PRECEDENCE**

(a)  The contract includes the standard contract clauses and schedules
current at the time of the contract award.  It entails (1) the solicitation
in its entirety, including all drawings, cuts, illustrations, and any
amendments, and (2) the successful offeror's accepted proposal.  The contract
constitutes and defines the entire agreement between the Contractor and the
Government.  No documentation shall be omitted which in any way bears upon
the terms of that agreement.

(b)  In the event of conflict or inconsistency between any of the provisions
of this contract, precedence shall be given in the following order:

    1)  Betterments:  Any portions of the accepted proposal which
        both conform to and exceed the provisions of the
        solicitation.

    2)  The provisions of the solicitation.  (See also Contract
        Clause:  SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION.)

    3)  All other provisions of the accepted proposal.

    4)  Any design products including, but not limited to, plans,
        specifications, engineering studies and analyses, shop

drawings, equipment installation drawings, etc.. These are
"deliverables" under the contract and are not part of the
contract itself. Design products must conform with all
provisions of the contract, in the order of precedence
herein.

## SCR-42   PROPOSED BETTERMENTS

(a)  The minimum requirements of the contract are identified in the Request
for Proposal. All betterments offered in the proposal become a requirement
of the awarded contract.

(b)  "Betterment" is defined as any component or system which exceeds the
minimum requirements stated in the Request for Proposal. This includes all
proposed betterments listed in accordance with the "Proposal Submission
Requirements" of the Solicitation, and all Government identified betterments.

(c)  "Government identified betterments" include the betterments identified
on the "List of Accepted Project Betterments" prepared by the Proposal
Evaluation Board and made part of the contract by alteration, and all other
betterments identified in the accepted Proposal after award.

## SCR-43   SEQUENCE OF DESIGN-CONSTRUCTION

(a)  After receipt of Notice to Proceed (NTP), the Contractor shall
initiate design, comply with all design submission requirements as covered
under Division 01 General Requirements, and obtain Government review of each
submission. No construction may be started until the Government has reviewed
the Final Design submission and determined it satisfactory for purposes of
beginning construction, except that site clearing, etc. may be initiated with
the permission of the Contracting Officer. The Contracting Officer will
notify the Contractor when the design is cleared for construction. The
Government will not grant any time extension for any design resubmittal
required when, in the opinion of the Contracting Officer, the initial
submission failed to meet the minimum quality requirements as set forth in
the contract.

(b)  If the Government allows the Contractor to proceed with limited
construction based on pending minor revisions to the reviewed Final Design
submission, no payment will be made for any in-place construction related to
the pending revisions until they are completed, resubmitted and are
satisfactory to the Government.

## SCR-44   RESPONSIBILITY OF THE CONTRACTOR FOR DESIGN

(a)  The Contractor shall be responsible for the professional quality,
technical accuracy, and the coordination of all designs, drawings,
specifications, and any other non-construction services furnished by the
Contractor under this contract. The Contractor shall, without additional
compensation, correct or revise any errors or deficiency in its designs,
drawings, specifications, and other non-construction services.

(b)  Neither the Government's review, approval or acceptance of, nor payment
for, the services required under this contract shall be construed to operate
as a waiver of any rights under this contract, or of any cause of action
arising out of the performance of this contract, and the Contractor shall be
and remain liable to the Government in accordance with applicable law for all

FY01 REPLACEMENT MILITARY FAMILY HOUSING                          FTW230

damages to the Government caused by the Contractor's negligent performance of any of the services described in paragraph (a) furnished under this contract.

(c)  The rights and remedies of the Government provided for under this contract are in addition to any other rights and remedies provided by law.

**SCR-45  SAFETY AND HEALTH REQUIREMENTS MANUAL, EM-385-1-1, U.S. ARMY CORPS OF ENGINEERS**

EM 385-1-1 and its changes are available at http://www.hq.usace.army.mil (at the HQ homepage, select Safety and Occupational Health).

The Contractor shall be responsible for complying with the current edition and all changes posted on the web (see web address above) as of the effective date of this solicitation.

**SCR-46 THRU SCR-99**  NOT USED

**SCR-100  ***

**SCR-101 THRU SCR-110**  NOT USED

**SCR-111 AND SCR-112  ***

* Due to the recent conversion from the Standard Army Contracting (SAACONS) to the new Department of Defense's Standard Procurement System, Procurement Desktop Defense (PD2), the following Special Contract Clauses previously located in Section 00800 are now located in Section 00700 (Supplement).

--End of Special Contract Requirements--

FY01 REPLACEMENT FAMILY HOUSING                           FTW230
DACA85-01-R-0024, AMENDMENT R0005

SECTION TABLE OF CONTENTS

DIVISION 01 GENERAL REQUIREMENTS

SECTION 01010 DESIGN REQUIREMENTS

PART I GENERAL

1.1   PROJECT DESCRIPTION   / STATEMENT OF WORK
1.2   INTENT
1.3   DESIGNER OF RECORD
1.4   CODES AND REFERENCES
1.5   BETTERMENTS
1.6   PROHIBITED ITEMS
1.7   DESIGN/BUILD CONTRACTOR INNOVATIONS

PART II MINIMUM DESIGN CRITERIA

2.1   DEMOLITION DESIGN CRITERIA
2.2   HAZARDS ABATEMENT DESIGN CRITERIA
2.3   CIVIL DESIGN CRITERIA
2.4   ARCHITECTURAL DESIGN CRITERIA
2.5   STRUCTURAL DESIGN CRITERIA
2.6   MECHANICAL DESIGN CRITERIA
2.7   ELECTRICAL DESIGN CRITERIA
2.8   LANDSCAPE DESIGN CRITERIA

PART III ROOM CRITERIA SHEETS

Three-Bedroom Unit

3-Bedroom Unit Requirements
Living Room
Dining Room
Family Room
Kitchen
Washer/Dryer
Bedroom #1
Bedroom #1 Closet
Bedroom #2
Bedroom #2 Closet
Bedroom #3
Bedroom #3 Closet
Half-Bath
Full-Bath
Vestibule
Entry Hall Closet
Patio
Garage
Bulk Storage

Four-Bedroom Unit

4-Bedroom Unit Requirements
Living Room
Dining Room

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

Family Room
Kitchen
Washer/Dryer
Bedroom #1
Bedroom #1 Closet
Bedroom #2
Bedroom #2 Closet
Bedroom #3
Bedroom #3 Closet
Bedroom #4
Bedroom #4 Closet
Half-Bath
Full-Bath
Vestibule
Entry Hall Closet
Patio
Garage
Bulk Storage

Mechanical Room – All Buildings

--End of Section Table of Contents--

FY01 REPLACEMENT FAMILY HOUSING                                          FTW230
DACA85-01-R-0024, AMENDMENT R0005

SECTION 01010

DESIGN REQUIREMENTS

PART I GENERAL

1.1    PROJECT DESCRIPTION / STATEMENT OF WORK

a)      General

This project is a whole neighborhood revitalization on Fort
Wainwright, Alaska for design and construction of
Replacement Family Housing, associated housing demolition,
and arctic utilidor work.  Fort Wainwright is located at
the eastern edge of the North Star Borough and city of
Fairbanks, accessible from Airport Road and Richardson
Highway.  Fairbanks proper is located at 64 degrees north
latitude.

Ft. Wainwright is phasing out aging housing units
constructed in the 1940's with new buildings conforming to
updated space requirements and construction standards. The
current mission for this facility is to decommission and
demolish twelve 8-plex housing structures (96 units).

Forty 3-bedroom units and thirty-five 4-bedroom units (75
total units) will be constructed in the North Town
subdivision in North Post for company grade officer family
quarters, as part of the FTW230 Replacement Family Housing
NT18 and NT1. Four of the forty 3-bedroom units are
required to be readily handicap adaptable at main and upper
floor levels.

The Government requires the Contractor to phase the turn
over of completed buildings in groups eighteen (18) units
maximum at one time.  The Contractor may propose a delivery
schedule advantageous both to the Fort Wainwright Housing
Office and tenants, and the Contractor's seasonal work
schedule.

b)      Statement of Work

1.      Demolition of 12 housing structures. The buildings to
be demolished are located in two subdivisions: North
Town in North Post and Southern Cross in South Post.
Seven buildings in the North Town subdivision are
1014, 1027, 1028, 1029, 1030, 1038, and 1039 on
Dogwood Road and 100th Street.  Five buildings in the
Southern Cross subdivision are 4139, 4133, and 4134
on Neely Road and 4130 and 4129 on 8th Street.  While
not required, if found to be useful and cost
efficient to the design/build team's proposal,
foundations at the seven North Town buildings may be
retained and reused for the new construction.  Base
Housing has expressed interest in the basement space
that existing foundations provide, because the new
construction programming does not include basement

FY01 REPLACEMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

space.  If the existing foundations are to be reused
for the new construction, a complete structural
investigation and analysis shall be required of each
foundation to remain.  The Structural Engineer of
Record shall verify that the foundations are in sound
condition and capable of supporting all loads from
the new construction.  Utilidor laterals and other
site elements will be demolished to support new
housing.

2.    <u>Site development</u> shall incorporate street and
      sidewalk extensions (if needed), paving, utilities
      and utilidor connections, (2) replacement fire
      hydrants by Kennedy or Waterous, landscaping,
      parking, and exterior lighting and other amenities as
      outlined in Part II of this Section.  Provide fire
      lane access per UFC and MIL HDBK 1008C.  Site
      improvement at Southern Cross demolition area is
      limited to infill and grass landscaping only.

3.    <u>Construction of 75 housing units</u> in 3-plex, 4-plex,
      and 6-plex buildings, forty 3-bedroom and thirty-five
      4-bedroom units total.  Four handicap adaptable units
      may be located in a single building or interspersed
      among the buildings.

4.    <u>Force protection</u> is categorized as minimum risk.
      Security measures include security glazing and dead
      bolts for exterior doors, exterior lighting, roof-
      mounted fresh-air intake, and Dumpster location 24.4
      meters (80 feet) minimum distance from the buildings.
      Requirements by discipline are detailed in Part II –
      Design Requirements, In reply to: This Section.

5.    <u>Acoustical protection systems</u> will be incorporated in
      the building structure, the mechanical and electrical
      equipment and the wall construction between units.
      Acoustical criteria for individual spaces are
      described in SECTION 01010 PART 3 – Room Criteria
      Sheets.

1.2   INTENT

a)    The Government seeks a complete and usable residential
      housing complex with street appeal, free of defects, and
      compatible with the surrounding built and natural
      environment.  Innovation and creativity are encouraged in
      developing the overall scheme for this project.  Street
      appeal refers to the desire that the building form be
      interesting, the garage shall not dominate visually,
      individual units shall visually differ from adjacent units,
      and the building massing shall not be boxy.

b)    This project shall be designed and constructed with quality
      materials and workmanship throughout and in accordance with
      all applicable codes and standards, USACE Technical
      Instructions for Family Housing, Ft. Wainwright and Ft.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

Richardson Installation Design Guide, other local
ordinances, and the requirements of this RFP. It is the
intent of this RFP to establish minimum design and
construction requirements for the proposed buildings that
meet or exceed the standards referenced in paragraph, CODES
AND REFERENCES.  Choice of materials and methods of
construction shall not compromise the safety of building
occupants and shall optimize quality, aesthetics, economy,
maintainability, and life cycle costs.

1.3    DESIGNER OF RECORD

a)     Final design submittals and each drawing included therein
       shall be signed by and affixed with the seal of an
       architect or professional engineer registered in the State
       of Alaska who shall be termed the "Designer of Record" for
       the respective disciplines.

b)     Where construction and testing standards and criteria are
       contained within this section, the designer of record shall
       place them in the construction documents and require them
       of the Contractor during construction.

1.4    CODES AND REFERENCES

a)     Industry standard references such as the UBC, NFPA, and
       ASHRAE and some references readily available and/or on the
       Internet are not attached with this RFP.  Each offeror
       shall be responsible for obtaining any documents not
       attached as part of this RFP but referenced as criteria for
       this project.  Requirements contained in this RFP may
       revise, add to, or substitute for criteria contained in the
       referenced documents.  This RFP shall be deemed the
       controlling authority wherever such differences exist.

b)     Publications:  The publications listed below form the
       regulatory standards of this specification. Construction
       shall be in accordance with the following codes, standards,
       and regulations. If dates are not given for reference
       standards or criteria, the latest edition is to be used.
       The most stringent shall govern where discrepancies occur.
       See the subsequent discipline narratives in this Section
       for additional regulatory standards, codes, and references.

       1. Uniform Building Code (UBC), 1997.
       2. MIL-HDBK-1008C, Fire Protection for Facilities.
          Requirements of this handbook shall govern over other
          standards for fire protection and life safety.
       3. Uniform Mechanical Code (UMC).
       4. National Electric Code (NEC).
       5. National Fire Protection Association Fire Codes (NFPA),
          latest editions.
       6. Life Safety Code: National Fire Protection Association,
          NFPA 101.
       7. Uniform Federal Accessibility Standards (UFAS-49FR
          31528).
       8.  Fort Wainwright and Fort Richardson Installation

FY01 REPLACEMENT FAMILY HOUSING                                FTW230
DACA85-01-R-0024, AMENDMENT R0005

                    Design Guide (available at TechInfo –
                    http://www.poa.usace.army.mil/idg/splash.htm).
            9.      Ft. Wainwright and Ft Richardson Site & Landscape
                    Development Plan (latest edition).
            10.     U.S. Army Engineering and Design Interior Design ER
                    1110-345-122 (available at TechInfo –
                    http://www.poa.usace.army.mil/idg/splash.htm).
            11.     Ft. Wainwright Family Housing Community Plan.
            12.     Glass Manufacturer Standards.
            13.     Fire Resistance Directory, Vol. 1 and 2, UL, 2000
                    edition.
            14.     Standard for Fire Doors and Fire Windows, NFPA 80.
            15.     Steel Door Institute, ANSI/SDI-100.
            16.     Gypsum Association, Fire Resistance Design Manual.
            17.     American Architectural Manufacturers Association,
                    AAMA 101-93.
            18.     Architectural Woodwork Quality Standards, Guide
                    Specifications and Quality Certification Progrom,
                    AWI.
            19.     Handbook for Ceramic Tile Installation, Tile Council
                    of America.
            20.     Military Technical Manuals (TM) or Technical
                    Instructions (TI).

    c)      Appendices:  The drawings and documents listed below form
            the basis for programming and design criteria and are
            listed in order of precedence should conflicts occur.
            Also, SECTION 01010 MINIMUM DESIGN CRITERIA and Room
            Criteria Sheets take precedence over the design guides
            referenced above where conflicts occur.

            1.      LV-1 Location and Vicinity Map 1, LV-2 North Town,
                    Demolition Plan, LV-3 Southern Cross Demolition Plan.
            2.      North Town Site Survey.
            3.      G-Tabs - 1983; Utilidor, Water, Sanitary Sewer, Storm
                    Drainage, Telephone, Electrical, Heating, Lighting.
            4.      Geotechnical Report with Recommendations.
            5.      Final Chemical Data Report.
            6.      Hazardous Materials Demolition Survey Report.
            7.      Fire Flow Hydrant Data.
            8.      Annotated Site Photographs.
            9.      Cultural Properties Section 106 Review.
            10.     Force Protection Guidelines.
            11.     Ft. Wainwright Standard Operating Procedures –
                    Utilities Outages, Electrical Service Hook-up.
            12.     Utlidor Design Checklist.

1.5    BETTERMENTS

       The following are desired items from all disciplines beyond the
       minimum standards identified in this and referenced documents.
       Offerors shall include as many or all of the following
       enhancements as the overall budget and gross building area allow.

            1.      Solid Surface Countertops in Kitchens and Bathrooms.
            2.      Increase Landscaping.
            3.      Consolidate Mechanical Rooms.

                            SECTION 01010 Page 6

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

          4.   Additional Off-Street Parking.
          5.   Additional Wiring for Computers in Family Room,
              Bedrooms.
          6.   Fencing for Individual Residential Units.
          7.   Second vanity sink in bathrooms.
          8.   Ceilings higher than 7 feet 6 inches AEI minimum
              criteria.

1.6    PROHIBITED ITEMS

Proposals shall not present a design inclusive of any prohibited
item described by each discipline in Section II Minimum Design
Criteria narratives.

1.7    DESIGN/BUILD CONTRACTOR INNOVATIONS

    a)    The design criteria stated in this RFP are the minimum
quality acceptable.  Offerors are encouraged to offer
creative alternatives that meet and/or exceed these
minimums within allowable funds. Proposals shall itemize
innovations and describe the reasons and cost factors for
their inclusion.  Refer to SECTION 00100 for Proposal
submission requirements and SECTION 00120 for Proposal
Evaluation Factors.

    b)    With the exception of Prohibited Items, all Innovations
that benefit the facility will be considered, and will be
evaluated based on durability, conformance to base
standards, maintenance, and aesthetics.  Mechanical,
electrical, and fire protection minimum design requirements
described in Section 2.4 ARCHITECTURAL DESIGN CRITERIA, 2.5
STRUCTURAL DESIGN CRITERIA, and 2.6 MECHANICAL DESIGN
CRITERIA are prescriptive where indicated, innovations are
allowed within the parameters.

PART II MINIMUM DESIGN CRITERIA

2.1    DEMOLITION DESIGN CRITERIA

2.1.1 References

    a)    The publications listed below form a part of this
specification. The publications are referred to in the text
by basic designation only. If dates are not given for
reference standards or criteria, the latest edition is to
be used.

    b)    Construction shall be in accordance with the following
codes, standards, and regulations. The most stringent shall
govern when discrepancies occur.

        1. EM 385-1-1, U.S. Army Corps of Engineers Safety and
          Health Requirements Manual.
        2. Hazardous Material and Waste Management Plan (HMWMP) for
          Ft. Wainwright.
        3. Contractor Guidance for Preparing and Executing
          Stormwater Pollution Prevention Plans, ADOT&PF 2nd

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

          Edition 1993.
       4. Hazardous Material Survey  (see Appendices).
       5. Geotechnical Findings Report "FTW230", FT. Wainwright,
          Alaska, dated March 2001 (see Appendices).
       6. Waste Disposal/Borrow Pit Coordination Review (see
          Appendices).

     c)   Refer to Hazardous Materials Removal Design Criteria,
          paragraph 2.2, for specific codes, standards, and
          regulations applicable to hazardous material removal work.

2.1.2 Minimum Requirements

     The Design-Build Contractor's Architect or Engineer(s) of Record
     shall be responsible for the design associated with demolition
     work.  Complete design shall generally include that required to
     define and describe execution of the demolition work including
     hazardous material abatement, removal, handling, and disposal;
     shoring and safety measures; and interface with existing
     utilities and surface features that remain.  The demolition
     design drawings and calculations shall be sealed by the architect
     or engineer(s) in responsible charge.  The architect or
     engineer(s) shall be licensed in the State of Alaska.

2.1.3 Scope and Objectives

     Demolition work shall consist of the complete design of removal
     of existing buildings, site improvements, and utilities as
     indicated and as required to accomplish the new construction.  It
     shall be the Contractor's responsibility to protect existing
     features, including roads, utilidors, trees, sidewalks, paving,
     curbs, and similar items not in the contract work limits, which
     if damaged by the Contractor shall be replaced in kind at no cost
     to the Government.

2.1.4 Work Description

     a)   The demolition project sites are in two subdivisions:
          North Town in North Post and Southern Cross in South Post.
          Seven (7) buildings in the North Town subdivision are 1014,
          1027, 1028, 1029, 1030, 1038, and 1039 on Dogwood Road and
          100th Street.  Five (5) buildings in the Southern Cross
          subdivision are 4139, 4133, and 4134 on Neely Road and 4130
          and 4129 on Cedar Street.

     b)   General Building Description

          1.   All buildings are 2-story wood framed multi-family
               residential units on concrete foundations with full
               basements.  Buildings were originally constructed in
               the late 1940's and 1950's.
          2.   Each building is approximately 62.8 m x 6.6 m in
               plan.
          3.   Demolition includes removal of hazardous materials,
               all structure (superstructure and foundations), and
               partitions, mechanical, and electrical systems.
               Contractor has the option of using the existing

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

      foundations at the North Town site, including
      basement if other requirements of this RFP are met.

  c)   Site Description

     1.   Water, sanitary sewer, steam and condensate utilities
         are provided to each building through underground
         concrete lateral utilidors from the utilidor
         mainline.  Electrical service is provided by overhead
         service drops.
     2.   Demolition will include removal of the building
         signs, concrete walkways leading to sidewalks,
         concrete steps at porches, and asphalt parking areas.
         Utilidor laterals, including concrete structure and
         piping, will be removed to the mainline utilidor.
         Electrical service will be disconnected and the wire
         and poles removed between the building weatherhead
         and the power poles

  d)   Items to Remain

     Roads, curbs, gutters, sidewalks, and mainline utilidors
     are expected to remain if they do not interfere with new
     construction.

  e)   Patching

     1.   Existing AC pavement will be sawcut in a straight
         line parallel or perpendicular with traffic flow.
         Concrete sidewalks and curbs will be patched as
         required.
     2.   The utilidor piping will be capped using a welded cap
         or blind flange at the manhole.  The manhole wall
         will be infilled with a concrete patch and water-
         proofed.

  f)   Subsurface Conditions

     1.   See Geotechnical Findings Report in Appendix.
     2.   Field screening shall be used to determine if soils
         are contaminated during all excavation work.

  g)   Hazardous Materials

     Refer to Hazardous Materials Report in Appendix and
     Hazardous Material Abatement Design Criteria, paragraph
     2.2, for specific requirements for hazardous material
     removal.

  h)   Backfilling of Demolished Sites

     All excavations from demolition activities shall be
     backfilled in 300 mm lifts and compacted to 95% of optimum
     density.  Backfill may be unclassified material that does
     not contain organic material, trash, rubble, stones in
     excess of 150 mm or other deleterious materials.

FY01 REPLACEMENT FAMILY HOUSING                                        FTW230
DACA85-01-R-0024, AMENDMENT R0005

    i)    Salvage of Materials and Equipment – Contractor shall
        salvage and reuse or turn over useable items from
        buildings, such as "Best" lock cores and circulation pumps.
        Identification of salvage items and procedure shall be in
        accordance with SECTION 01015 SPECIAL ITEMS, paragraph
        1.11.1, Salvage of Lockset Cores.

2.1.5 Demolition Work

    a)    Demolition procedures, methods, sequence of operations, and
        equipment shall be in accordance with EM 385-1-1.

    b)    Rubbish and debris shall be removed from work site daily,
        unless otherwise directed, to avoid accumulation at the
        demolition site. The Contractor shall take necessary
        precautions to avoid damaging Government property, and if
        damage occurs, shall repair or replace the damage as
        directed by the Contracting Officer at no cost to the
        Government. When utility lines are encountered that are not
        indicated on the drawings, the Contracting Officer shall be
        notified prior to further work in that area.

        1.    Project Demolition. Demolition of all features or
            items found on the site (paved parking areas, fence,
            utilities, poles, etc.) shall be considered
            incidental to the Contract. Title to material and
            equipment to be demolished, except historical items,
            is vested in the Contractor upon receipt of Notice to
            Proceed and the Government will not be responsible
            for the condition, loss, or damage to such property.
            There are no known items of historical significance
            on the site.

        2.    Disposal of Solid Wastes:  The Contractor shall be
            responsible for disposal of all demolition debris,
            construction debris, and all solid waste at an
            approved off-base location; or to on-base locations
            in accordance with the FTW Standard Operating
            Procedure (SOP) for Waste Disposal Plan.  Solid waste
            shall be placed in containers and disposed of on a
            regular schedule. All handling, transport, and
            disposal shall be conducted in such a way as to
            prevent spillage and contamination in compliance with
            Federal, State, and Local requirements. Clean
            granular soil materials shall be disposed of on-base
            in accordance with the SOP for Post borrow pit.
            Disposal of any hazardous waste shall be made through
            the FTW Hazardous Waste Facility in accordance with
            the FTW SOP for hazardous material.

        3.    Existing utility services shall be protected from
            damage.  Coordinate and obtain locates for all buried
            utilities prior to beginning work.

        4.    All asphalt paving and P.C.C. sidewalk shall be
            sawcut at the limits of removal.  As applicable,
            replacement or repair asphalt paving, P.C.C.
            sidewalk, base material, and subbase material shall
            match existing thickness.

FY01 REPLACEMENT FAMILY HOUSING                                FTW230
DACA85-01-R-0024, AMENDMENT R0005

5.  Provide site-clearing operations necessary for
    construction of the facility and related
    improvements.  Miscellaneous demolition shall include
    clearing and grubbing of trees, shrubs, and organic
    overburden as required to construct the new
    improvements at the site location.

6.  Contractor shall demolish building service and cap
    off all existing utility connections at manholes or
    where the service line connects to the mainline in
    utilidors.  Dead end service lines shall not be
    allowed.   Closure of utilities shall be with welded
    cap or flange. Patch penetrations in utilidor walls
    where old utility lines are removed.

7.  The Contractor shall demolish building service
    utilidors and conduct demolition and removal
    operations to ensure minimum interference with
    streets, walks, or other adjacent facilities being
    used.

8.  The Contractor shall ensure safe passage of persons
    around area of demolition and conduct operations to
    prevent injury to adjacent buildings, structures, and
    persons. The Contractor shall promptly repair damages
    caused to adjacent structures by demolition
    operations at no cost to the Government.

9.  Contractor shall review and comply with FTW SOP for
    waste disposal and borrow pit operation with regard
    to hauling and disposal regulations, in exchange for
    use of Post disposal and borrow facilities, and
    before starting any demolition work.  Burning is not
    permitted on site.  Blasting is not permitted.

10. Use water mist, temporary enclosures and other
    suitable methodology to limit the spread of dust and
    debris. Comply with governing state and federal
    environmental protection regulations. Contractor
    shall maintain rigorous dust control on all
    construction sites, haul roads, and at the landfill
    site.  FTW SOP for dust control is that no visible
    dust may come off active construction sites at any
    time of the day or night, and no visible dust from
    Contractor use of haul roads or landfill.
    Construction sites shall be monitored after hours and
    weekends for dust control.  Construction sites and
    haul routes shall be continually monitored during use
    to clean up mud, control dust and other debris, and
    repair damage caused by construction activities.

11. Use Best Management Practices (BMP's) as necessary to
    mitigate storm water erosion and sediment pollution
    runoff from the site.

12. Contractor shall provide a temporary 6 foot high
    chain link fence to provide separation of the site
    and pedestrians and vehicle traffic.  Coordinate
    security and barrier requirements with the
    Contracting Officer and FTW. Fencing will be required
    at both demolition sites and around the entire
    construction site.

2.1.6 Environmental Issues

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

a)   Many environmental issues must be considered in both the
     design and construction of this project.  In general, the
     Contractor is responsible for preparing the necessary
     documentation, including work plans, sampling and testing
     reports, and other documents required to accomplish the
     work. In addition the Contractor shall comply with existing
     permit and work plan requirements in place between FTW and
     regulatory agencies.  The Contractor shall communicate
     environmental issues through the Contracting Officer.
     Direct communication with regulatory agencies shall be
     approved in advance by the Contracting Officer.  The
     Contractor shall pay for regulatory review fees necessary
     for obtaining permits.

b)   This project includes handling and disposal of hazardous
     materials.  Depending on depth and location of excavation
     work, POL contaminated soil and groundwater may be
     encountered.

c)   See paragraph 2.3, CIVIL DESIGN CRITERIA for specific
     requirements for contaminated soil and storm water runoff.

d)   See paragraph 2.2, HAZARDOUS MATERIAL ABATEMENT DESIGN
     CRITERIA for specific requirements for hazardous materials.

e)   Surface runoff that enters excavations may become
     contaminated if soils are contaminated.  Dewatering of
     surface runoff from excavation shall include sampling and
     testing and treatment as required.  Any dewatering required
     during construction shall be coordinated with the
     Contracting Officer.

f)   If any garbage, debris, drums, free liquids, or other
     potentially hazardous materials not addressed in the
     Hazardous Materials Report are encountered during
     construction, notify the Contracting Officer before
     proceeding with removal.

g)   The Contractor shall submit a description of hazardous
     materials, including Material Safety Data Sheets and
     projected quantity of each, anticipated to be brought to
     the site for use during construction.  Contractor shall
     submit description within 21 days of Notice to Proceed in
     accordance with 354 FWI 7005.

2.1.7 Sequencing

a)   Demolition of the buildings in the Southern Cross
     neighborhood shall be accomplished in Spring 2002.  Site
     shall be backfilled, top soiled, and seeded in accordance
     with requirements of pargraph 2.8, LANDSCAPE DESIGN.

b)   Demolition of buildings in the North Town neighborhood
     shall be determined by Contractor's schedule.

2.2   HAZARDS ABATEMENT DESIGN CRITERIA

FY01 REPLACEMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

2.2.1 Summary

    a)   This Section includes the minimum requirements for the
         proper removal and disposal of hazardous materials from the
         project utilidors, utilidor laterals and Buildings 1014,
         1027, 1028, 1029, 1030, 1038, 1039, 4129, 4130, 4133, 4134,
         and 4139.

    b)   A hazardous materials survey was performed by the US Army
         for this project and the Hazardous Materials Survey Report
         is attached as Appendix 6 to the RFP documents.  Estimated
         quantities of hazardous materials are identified in the
         Hazardous Materials Survey Report.  Other Fort Wainwright
         survey data associated with the buildings and utilidors of
         this project can be obtained from Fort Wainwright Public
         Works office or the project manager.

    c)   Fort Wainwright considers utilidors to be Permit Required
         Confined Spaces.  Contractor shall have a confined space
         program for entry and performing work in utilidors that
         complies with the Corps of Engineers (COE) Safety and
         Health Requirements Manual and 29 CFR 1910.146.  Confined
         space permits shall be issued prior to any utilidor work.

2.2.2 Scope of Work

    The Contractor shall identify all hazardous materials in the
    project to be removed, create a work plan for the safe removal of
    these materials, remove the materials and transport and dispose
    of them in accordance with all applicable federal, state and
    local regulations, the specifications and the approved work plan.
    Coordinate all project abatement activity with the work of other
    trades at the job site to ensure that unprotected workers are not
    exposed to hazardous materials.  Provide documentation that
    hazardous materials have been removed, properly disposed of and
    the work area is safe for unprotected workers.

2.2.2.1  ASBESTOS ABATEMENT

    Asbestos abatement work shall be performed in accordance with
    referenced standards and regulations, the specifications, and the
    approved Contractor's Hazardous Materials Work Plan.  A survey of
    the buildings and utilidor has been performed and results
    indicate that asbestos-containing material exists in the
    buildings and utilidors.

2.2.2.2  LEAD ABATEMENT

    Lead abatement work shall be performed in accordance with
    referenced standards and regulations, the specifications, and the
    approved Contractor's Hazardous Materials Work Plan.  Regulated
    work areas shall be established for all lead abatement work.
    Lead-containing paint was detected on items to be removed as part
    of the project scope of work.  Post demolition lead in soil
    samples shall be collected to verify soils in the project area

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

are not contaminated by activities impacting lead containing
building components or paint.  Contaminated soils shall be
removed and properly disposed of.  Metal items shall be recycled
to the extent practical.  All loose and flaking paint chips shall
be collected and disposed of as hazardous waste.

## 2.2.2.3   CHEMICAL HAZARDS ABATEMENT

Chemical hazards abatement work shall be performed in accordance
with referenced standards and regulations, the specifications,
and the approved Contractor's Hazardous Materials Work Plan.
Regulated work areas shall be established for all chemical
hazards abatement work.

## 2.2.2   REFERENCES

Hazardous materials abatement shall be performed in accordance
with the following applicable codes, standards and regulations.

1.  ANSI Z9.2 (1979; R 1991) Fundamentals Governing the
    Design and Operation of Local Exhaust Systems.
2.  ANSI Z87.1 (1989; Errata; Z87.1a) Occupational and
    Educational Eye and Face Protection.
3.  ANSI Z88.2 (1992) Respiratory Protection.
4.  ASTM D 1331 (1989; R 1995) Surface and Interfacial
    Tension of Solutions of Surface-Active Agents.
5.  ASTM D 4397 (1996) Polyethylene Sheeting for
    Construction, Industrial, and Agricultural
    Applications.
6.  ASTM E 119 (1998) Fire Tests of Building Construction
    and Materials.
7.  ASTM E 1368 (1999) Visual Inspection of Asbestos
    Abatement Projects.
8.  ASTM E 1553(1993) Practice for Collection of Airborne
    Particulate Lead During Abatement and Construction
    Activities.
9.  ASTM E 1613(1999) Standard Method for Determination
    of Lead by Inductively Coupled Plasma Atomic Emission
    Spectrometry (ICP-AES), Flame Atomic Absorption
    Spectrometry (FAAS), or Graphite Furnace Atomic
    Absorption Spectrometry (GFAAS) Techniques.
10. ASTM E 1644(1998) Practice for Hot Plate Digestion of
    Dust Wipe Samples for the Determination of Lead.
11. ASTM E 1726(1995) Sample Digestion of Soils for the
    Determination of Lead by Atomic Spectrometry.
12. ASTM E 1727(1995) Field Collection of Soil Samples
    for Lead Determination by Atomic Spectrometry
    Techniques.
13. ASTM E 1728(1995) Field Collection of Settled Dust
    Samples Using Wipe Sampling Methods for Lead
    Determination by Atomic Spectrometry Techniques.
14. ASTM E 1729(1995) Field Collection of Dried Paint
    Samples for Lead Determination by Atomic Spectrometry
    Techniques.
15. ASTM E 1741(1995) Preparation of Airborne Particulate
    Lead Samples Collected during Abatement and
    Construction Activities for Subsequent Analysis by

FY01 REPLACEMENT FAMILY HOUSING                              FTW230
DACA85-01-R-0024, AMENDMENT R0005

Atomic Spectrometry.

16. ASTM E 1792(1996a) Wipe Sampling Materials for Lead in Surface Dust.
17. 29 CFR 1910 Occupational Safety and Health Standards.
18. 29 CFR 1926 Safety and Health Regulations for Construction.
19. 40 CFR 61 National Emissions Standards for Hazardous Air Pollutants.
20. 40 CFR 260 Hazardous Waste Management System: General.
21. 40 CFR 261 Identification and Listing of Hazardous Waste.
22. 40 CFR 262 Standards Applicable to Generators of Hazardous Waste.
23. 40 CFR 263 Standards Applicable to Transporters of Hazardous Waste.
24. 40 CFR 268 Land Disposal Restrictions.
25. 40 CFR 763 Asbestos.
26. 42 CFR 84 Approval of Respiratory Protective Devices.
27. 49 CFR 107 Hazardous Materials Program Procedures.
28. 49 CFR 171 General Information, Regulations and Definitions.
29. 49 CFR 172 Hazardous Materials Table, Special Provisions, Hazardous Materials Communications, Emergency Response Information, and Training Requirements.
30. 49 CFR 173 Shippers - General Requirements for Shipments and Packaging.
31. AR 200-1 Hazardous Materials and Regulated Waste Management.
32. U.S. Army, Alaska, Pamphlet 200-1 Hazardous Materials and Regulated Waste Management.
33. Fort Wainwright AMP Asbestos Management Plan.
34. Fort Wainwright LBPMP Lead-Based Paint Management Plan.
35. EM 385-1-1 (1996) U.S. ARMY Corps of Engineers.
36. Safety and Health Requirements Manual.
37. EPA 340/1-90-018 (1990) Asbestos/NESHAP Regulated Asbestos Containing Materials Guidance.
38. EPA 340/1-90-019 (1990) Asbestos/NESHAP Adequately Wet Guidance.
39. EPA 560/5-85-024 (1985) Guidance for Controlling Asbestos-Containing Materials in Buildings.
40. NFPA 701 (1996; TIA 96-1, 96-2) Methods of Fire Tests for Flame-Resistant Textiles and Films.
41. NIOSH Pub No. 84-100 (1984; Supplement 1985, 1987, 1988 & 1990) NIOSH Manual of Analytical Methods.
42. 8 AAC 61 Occupational, Health and Environmental Control, Toxic and Hazardous Substances.
43. 18 AAC 60 Environmental Conservation-Solid Waste Management.
44. UL 586(1996) High-Efficiency, Particulate, Air Filter Units.

2.2.4  QUALIFICATIONS

2.2.4.1  Designated Competent Person

FY01 REPLACEMENT FAMILY HOUSING                                FTW230
DACA85-01-R-0024, AMENDMENT R0005

The Contractor shall use properly qualified and trained personnel
to perform duties as the competent person.  The person selected
shall have prior experience in the administration and supervision
of abatement projects, including exposure assessment and
monitoring, work practices, abatement methods, disposal
procedures and site safety and health requirements.

2.2.4.2  Supervisors and Workers

The Contractor shall used only properly qualified and trained
supervisors and workers for all abatement work.  All workers and
supervisors shall have current certificates of training for the
level of hazardous materials work being performed.

2.2.4.3  Designated Industrial Hygienist

The Contractor shall select an independent industrial hygienist
to prepare the Contractor's Hazardous Materials Abatement Plan,
prepare and perform training, direct air monitoring and assist
the Contractor's Competent Person in implementing and ensuring
that safety and health requirements are complied with during the
performance of all required work.

2.2.4.4  Independent Testing Laboratory

An independent testing laboratory shall be used to perform all
testing and analysis required during hazardous materials
abatement.  The lab shall meet the requirements as set forth in
the U.S. Army Corp of Engineers Alaska District Guide
Specification, SECTION 13280, ASBESTOS ABATEMENT and SECTION
13281 (previously 02090), LEAD-BASED PAINT REMOVAL.

2.2.4.5    Citations on Previous Projects

The Contractor and all subcontractors shall provide a record of
any citations and penalties received from Federal, State or local
regulatory agencies relating to asbestos or hazardous materials
abatement activities performed by the Contractor or
subcontractor.

2.2.5  PERSONNEL PROGRAM REQUIREMENTS

2.2.5.1  Medical Requirements

Medical requirements shall conform to 29 CFR 1926.1101 for
asbestos abatement work, to 29 CFR 1926.62 for lead abatement
work and to other pertinent Federal, State or local requirements.

2.2.5.2  Training

Supervisor and worker training shall be in accordance with all
federal state and local regulations.  In addition, each worker
shall be instructed by the Contractors' industrial hygienist on
the specific health and safety hazards associated with the
project, hazard communication program, specific work practices
and controls required, security procedures and the air monitoring

FY01 REPLACEMENT FAMILY HOUSING                                FTW230
DACA85-01-R-0024, AMENDMENT R0005

program.

2.2.5.3  Respiratory Protection Program

The Contractor shall establish in writing and implement a
respiratory protection program in accordance with 29 CFR 1926.62
and .1101, 29 CFR 1910.134, ANSI Z88.2, CGA G-7, CGA G-7.1 and
the specifications.

2.2.5.4  Hazard Communication Program

A hazard communication program shall be established and
implemented in accordance with 29 CFR 1926.59.

2.2.5.5  Confined Space Compliance Program

A written confined space compliance program shall be established
and implemented in accordance with 29 CFR 1910.146 and with the
COE Safety and Health Requirements Manual, EM 385-1-1, dated 3
September 1996.  Figure 6-1 of the COE publication is a flowchart
which will be valuable in helping the Contractor in the decision
making process.

2.2.5.6  Personal Protective Equipment

The Contractor shall provide respirators, protective clothing and
eye protection at no cost to the workers.  All personal
protective equipment shall meet federal, state and local
requirements for the type work performed.

2.2.5.7  Hygiene Facilities And Practices

The Contractor shall establish a decontamination and shower area
for the decontamination of employees, materials and equipment as
required by 29 CFR 1926. 62 and 1926.1101.  The Contractor shall
ensure that employees enter and exit the regulated area through
the decontamination area.

2.2.6  Hazardous Materials Work Plan

The Contractor shall develop and submit a written comprehensive
site specific Hazardous Materials Work Plan covering all
abatement work to be performed by the Contractor and
subcontractors.  The Plan shall describe the personal protective
equipment to be used, location and description of regulated
areas, abatement methods, storage and disposal procedures,
sampling and testing procedures, environmental controls,
emergency response procedures, schedule and work coordination
plans and security procedures.

2.2.6.1  Licenses, Permits And Notifications

Necessary licenses, permits and notifications shall be obtained
in conjunction with the project's hazardous materials abatement,
transportation and disposal actions.  Timely notifications of
such actions shall be furnished as required by federal, state and
local regulations.  The Contractor is responsible for any fees or

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

costs associated with licenses, permits or notifications.

2.2.6.2  Air Monitoring Equipment

a)    The Contractor's industrial hygienist shall approve air
      monitoring equipment to be used to collect samples.  Pumps
      and sampling cassettes shall be suitable for the
      contaminate being sampled.

2.2.6.3  Expendable Supplies

Glove bags, disposal containers, sheet plastic and other
expendable materials shall conform to the requirements of U.S.
Army Corp of Engineers Alaska District Guide Specification,
SECTION 13280 ASBESTOS ABATEMENT and SECTION 13281 LEAD HAZARD
CONTROL ACTIVITIES.

2.2.6.4  Encapsulants

Encapsulants shall meet the requirements identified in Corp of
Engineers Alaska District Guide Specification SECTION 13280
ASBESTOS ABATEMENT and SECTION 13281 LEAD HAZARD CONTROL
ACTIVITIES.

2.2.6.5  Materials Safety Data Sheets

Submit Materials Safety Data Sheets (Msds) And Projected
Quantities Of Hazardous Materials To Be Used On The Job Site
Within 21 Days From Notice To Proceed.

2.2.7  Methods Of Compliance

The Contractor shall employ proper control and handling
procedures in accordance with all applicable OSHA, EPA and DOT
regulations, U.S. Army Corp of Engineers Alaska District Guide
Specification, SECTION 13280, ASBESTOS ABATEMENT and SECTION
13281 (previously 02090), LEAD HAZARD CONTROL ACTIVITIES.  These
procedures must be clearly described in the Contractor's
Hazardous Materials Work Plan.

2.2.7.1  Critical Barriers

Critical barriers shall be installed as necessary to
prevent the spread of contamination to adjacent work areas
or to the public.  Critical barriers shall be installed as
described in Corp of Engineers Alaska District Guide
Specification SECTION 13280 ASBESTOS ABATEMENT.

2.2.7.2  Regulated Areas

All Class I, II, and III asbestos work shall be conducted
within a regulated area.  The regulated area shall be
demarcated to minimize the number of persons within the
area and to protect persons outside the area from exposure
to hazardous materials.

2.2.7.3  Signs And Labels

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

Danger signs and tape shall be used to demarcate areas where hazardous materials work is being performed and shall be posted at work area entrances, exits, decon areas, emergency exits, and waste disposal areas. Warning labels shall be affixed to all components or containers containing asbestos or other hazardous waste in accordance with all Federal, State and local regulations.

2.2.7.4  Local Exhaust Ventilation

Local exhaust ventilation equipment shall conform to ANSI Z9.2, 29 CFR 1926.62, and 29 CFR 1926.1101. Filters on local exhaust system equipment shall conform to ANSI Z9.2 and UL 586.

2.2.7.5  Tools

Vacuums shall be equipped with HEPA filters and have sufficient capacity to efficiently collect, transport and retain asbestos or other hazardous waste. Power tools shall not be used to remove asbestos unless the tool is equipped with an integral HEPA vacuum collection system. Reusable tools shall be thoroughly decontaminated prior to being removed from regulated areas.

2.2.8  Final Cleaning And Inspection

Upon completion of abatement, the regulated areas shall be cleaned by collecting, packing and storing all gross contamination. A final cleaning shall be performed using HEPA filtered vacuums and wet cleaning of all exposed surfaces and objects in the regulated area. Upon completion of the final cleaning, the Contractor and Contracting Officers Representative shall conduct a final visual inspection of the cleaned area in accordance with ASTM E 1368.

2.2.8.1  Lockdown

Prior to removal of plastic barriers and after completing the final visual inspection requirements, a lockdown encapsulant shall be spray applied to ceilings, walls, floors and other surfaces in the regulated area.

2.2.8.2  Clearance Certification

When hazardous materials abatement and final clean up are completed the Contractor will certify in writing that the area is safe before unrestricted entry is permitted.

2.2.9  Exposure Assessment And Air Monitoring

Exposure assessment, air monitoring and analysis of airborne contaminates shall be performed in accordance with 29 CFR 1926.62, 29 CFR 1926.1101 and U.S. Army Corp of Engineers Alaska District Guide Specification, Section 13280 and Section 13281.

Exposure assessment and air monitoring shall be performed by the Contractor's independent industrial hygienist. Samples shall be analyzed by the Contractor's independent testing lab.

## 2.2.10  Cleanup And Disposal

All hazardous waste including contaminated filters, scrap, containers, equipment and clothing shall be placed in proper disposal containers for disposal. All asbestos waste shall be disposed of at the Fort Wainwright asbestos landfill in accordance with 40 CFR 61, State, and Fort Wainwright procedures. Lead contaminated waste and other hazardous waste must be handled, stored and transported in accordance with 40 CFR 260, 40 CFR 261, 40 CFR 262, 40 CFR 263, Army Regulation 200-1, and Fort Wainwright Pamphlet 200-1. All regulated waste generated on Fort Wainwright shall be turned over to the Fort Wainwright Directorate of Public Works, Environmental Resources Office (PWE) waste turn-in Contractor for disposal.

## 2.3  Civil Design Criteria

### 2.3.1 References

a)  The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only. If dates are not given for reference standards or criteria, the latest edition is to be used.

b)  Construction shall be in accordance with the following codes, standards, and regulations. The most stringent shall govern when discrepancies occur.

1.  MIL-HDBK-1190 Facility Planning and Design Guideline.
2.  Uniform Federal Accessibility Standards, (UFAS); Federal Register. (FED-STD-795).
3.  EM 385-1-1, U.S. Army Corps of Engineers Safety and Health Requirements Manual.
4.  MIL-HDBK-1008C, Fire Protection for Facilities Engineering, Design, and Construction.
5.  National Fire Protection Association Fire Codes (NFPA).
6.  Cold Climate Utilities Manual, Canadian Society for Civil Engineering, 2050 Mansfield Street, Montreal, Quebec H3A 1Z2.
7.  Standard Specifications for Highway Construction State of Alaska, Department of Transportation and Public Facilities.
8.  TM 5-822-2, July 1987, General Provisions and Geometric Design for Roads, Streets, Walks, and Open Storage Areas.
9.  TM 5-822-5, June 1992, Pavement Design for Roads, Streets, Walks, and Open Storage Areas.
10.  TM 5-820-4, Drainage Areas for Other than Airfields.
11.  TM 5-813-1, Water Supply, Sources and General Considerations.

12.    TM 5-813-5, Water Supply, Water Distribution.
13.    TM 5-814-1, Sanitary and Industrial Wastewater
       Collection Appurtenances.
14.    TM 5-814-2, Sanitary and Industrial Wastewater
       Collection - Pumping Mains and Force Mains.
15.    TM 5-181-1, Soils and Geology Procedures for
       Foundation Design of Buildings and Other Structures
       (other than Hydraulic Structures).
16.    18 AAC 72, State of Alaska, Department of
       Environmental Conservation (ADEC), Wastewater
       Disposal.
17.    18 AAC 80, State of Alaska, Department of
       Environmental Conservation (ADEC), Drinking Water
       Regulations.
18.    FTW Standard Operation Procedures (SOP) for Waste
       Disposal and Borrow Pit Operations.
19.    FTW Utilidor Design Checklist (see Appendix 14)
20.    Hazardous Materials and Waste Management Plan (HMWMP)
       for FTW.
21.    Contractor Guidance For Preparing and Executing Storm
       Water Pollution Prevention Plans, ADOT&PF 2nd Edition
       1993.
22.    Geotechnical Findings Report for FTW230, FT.
       Wainwright, Alaska, dated March, 2001 (see Appendix
       4).
23.    FTW Utility Maps (see Appendix 3).

## 2.3.2 Minimum Requirements

The Design-Build Contractor's Civil Engineer(s) of Record shall
be responsible for the civil design.  Complete civil design shall
generally include site work, earthwork, grading and drainage,
roads and parking, utilities, and coordination of any
architectural, mechanical, and electrical site features although
they may be shown on other disciplines' drawings.  The civil
design drawings and calculations shall be sealed by the engineer
in responsible charge.  The engineer shall be licensed as a civil
engineer in the State of Alaska.

## 2.3.3 Scope and Objectives

a)    Site work shall consist of the complete design and
      construction of building site earthwork and grading, access
      roadways, parking areas, AC pavement sections, curbs and
      gutters, pedestrian walks, site utilities, fire protection
      requirements, security/lighting provisions, site drainage,
      and landscaping.  The facility shall be completely usable
      with utility connections and other amenities as described
      in this document.

b)    Design shall take into consideration topography and natural
      characteristics of the area, including climatic conditions,
      prevailing winds, areas of snow accumulation, etc.  It
      shall be the Contractor's responsibility to protect
      existing features, which include roads, utilidors, trees,
      sidewalks, paving, curbs, and similar items not in the
      contract work limits, which if damaged by the Contractor

FY01 REPLACEMENT FAMILY HOUSING                                  FTW230
DACA85-01-R-0024, AMENDMENT R0005

shall be replaced, in kind at no cost to the Government.
Site work and utility designs shall provide a functional
development requiring only routine maintenance through its
design life.  Emphasis shall be placed on positive
drainage, separation of dissimilar soil materials, and
minimizing heave and subsidence.  Site planning,
development and the Contractor's operations shall at all
times take into consideration that other facilities
bordering the site must remain fully operational during the
performance of the work.

2.3.4 Arctic Climate

    a)    Arctic conditions exist at the Project Site.  Discontinuous
          permafrost is common in this region of Alaska.  Winter
          temperatures in the range of -10 degrees C to -40 degrees C
          are common for extended periods every winter, and
          temperatures of -50 degrees C are periodically experienced
          for periods of several days.

    b)    Snow begins accumulating in late September and early
          October and does not begin to melt until April/May.  It is
          common to have one meter of snow cover through mid May.
          The design analysis shall include written descriptions,
          accompanied by calculations as necessary, to show that all
          elements of the Civil Design are designed according to the
          principles and procedures of the Cold Climate Utilities
          Manual.

2.3.5 Topographic Survey

    The Project Site survey data of the proposed site location that
    shows the topography, streets, utilities, and other surface
    features.  The Contractor shall review and field verify the
    topographic survey information and be responsible for all
    additional survey(s) required to complete requirements of these
    documents.

        1.    Project Survey Control.  Survey monuments listed on
              the survey shall be used as the horizontal and
              vertical reference control points for work performed
              by the Contractor.
        2.    Protection of Monuments.  Existing survey monuments
              shall be protected during construction from movement
              and damage.  Damaged monuments shall be replaced, to
              the original order of survey accuracy, at no cost to
              the Government.

2.3.6 Fire Protection

    Adequate fire hydrants exist at the project site.  Contractor
    shall remove and replace two (2) of the existing fire hydrants
    with new hydrants at the corner of 100th Street and Dogwood Road
    and near the corner of Dogwood Road and 103rd Street, or at the
    locations directed by the Contracting Officer.  Replacement
    hydrants shall include hydrant, barrel, shoe, and shut-off valve.
    New hydrants shall be Kennedy or Waterous (both are FTW preferred

FY01 REPLACEMENT FAMILY HOUSING                              FTW230
DACA85-01-R-0024, AMENDMENT R0005

       brands).

2.3.7 Force Protection

       The site requires force protection as described herein and per
       Force Protection requirements (see appendices):

              1.    Eliminate locations of concealment.  Any recessed
                    areas, concealed spaces, and landscape features on
                    the exterior of the building shall be designed with
                    security in mind.  This includes well-lit alcoves,
                    groupings of trees and shrubs, and avoidance of large
                    objects in the landscape, etc.  Creativity and common
                    sense are required to provide interesting visual
                    features while still providing a safe, accessible and
                    secure environment.
              2.    Provide lighting that focuses away from the facility
                    and minimizes shadow areas.
              3.    Utilidors shall be constructed such that no person
                    may enter the building or reach the area beneath the
                    buildings via the utilidors.
              4.    Trash receptacles and dumpsters shall be located at
                    least 25 meters (80 feet) from any building element.
              5.    There shall be no external access, ladder or stairs
                    to the roof of the building.

2.3.8 Site Layout and Design

       a)     Requirements described herein and further defined in MIL-
              HDBK-1190 Facility Planning and Design Guideline Facility
              Design Guide, Uniform Federal Accessibility Standards, TM
              5-822-2, TM 5-8225, TM 5-820-4 or the latest revised
              editions to these Technical Manual's shall be incorporated
              into the design.  The site layout and design shall meet the
              minimum provisions of all applicable references outlined in
              Section 2.3.1 above.

       b)     The Contractor shall confine proposed development to the
              project area as designated in these RFP documents.

       c)     The limits of the project site are shown on the Site
              Topographic Survey, C-1 through C-4 in Appendix 2.

              1.    Site improvement locations and configurations shall
                    conform to the general requirements as described
                    herein these RFP documents.  The site and first floor
                    (ground level) of buildings indicated shall be made
                    handicap accessible in accordance with Uniform
                    Federal Accessibility Standards.
              2.    Protect existing utility lines when new pavements are
                    constructed above them.  When the depth of cover over
                    utilities, structural load, or thermal regime is
                    changed, the utilities shall be redesigned for the
                    altered conditions.  New underground utility lines
                    (including utilidors, manholes, vaults, etc.) shall
                    not be located under roads, streets, parking areas or
                    drainage ditches, unless there is no practical

alternative, and the Contracting Officer provides
written approval.

2.3.9 Geotechnical

a)  The Design-Build Contractor's Geotechnical Engineer of
    Record shall be responsible for preparing design
    recommendations.  The foundation recommendation report
    shall be sealed by the engineer in responsible charge and
    shall be licensed as a civil engineer in the State of
    Alaska.

b)  A geotechnical findings report for this project has been
    provided by the Government, see appendices.  It shall be
    the Contractor's responsibility to provide any additional
    fieldwork deemed necessary.  The Contractor shall verify
    all Government-furnished information.  It is the
    Contractor's responsibility to investigate the subsurface
    soil conditions, ground water table and soil resistivity,
    etc. and obtain adequate geotechnical data to determine
    utility installation, trench sections and transition
    requirements, soil bearing capacity, foundation design,
    consolidation/settlement criteria, roadway or parking
    structural sections, trench dewatering, waterproofing
    design, footing design, caisson design and all other
    necessary site work geotechnical criteria to provide
    project requirements.

c)  Surface runoff that enters excavations may become
    contaminated if soils are contaminated.  Dewatering of
    surface runoff from excavation shall include sampling and
    testing and treatment as required.

d)  Design and Analysis.  The Contractor shall prepare a
    geotechnical design analysis for all work performed for
    this project.  The geotechnical design analysis shall be
    submitted for review with the 35% design submittal.  The
    analysis shall include evaluation of soils and
    liquefaction, bearing capacity analyses, settlement
    calculations, lateral earth pressures, temporary and
    permanent dewatering designs, foundation design, analysis
    of the effects of arctic climate including frost transition
    recommendations.  Design shall be in accordance with TM 5-
    818-1 TM 5-822-5, the Cold Climate Utilities Manual,
    followed by other references of choice.  Organize the
    design analysis into Sections:

    1.  Site:  Overall geotechnical analyses of the project
        sites.
    2.  Buildings:  Analysis and design of each foundation
        type for each building.
    3.  Utilities:  Analysis and design for each utilidor and
        buried utility system.
    4.  Traffic systems:  Analysis and design for each type
        of traffic system, i.e., street, parking area,
        sidewalk, culvert, etc.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

   e)   Final Geotechnical Report.  The Contractor shall submit
        three copies of the final report, in booklet form, to the
        Contracting Officer.  The final report shall be stamped and
        sealed by the Contractors Geotechnical Engineer.  The
        report shall include:

        1.   The Contractors Geotechnical Design Analysis.
        2.   Field Screen Information.  Include the SAP, an
             explanatory narrative of the work performed,
             observations, typical photos, map showing the
             location and type of test(s), and a table of field
             screening and other test results that is updated as
             work proceeds.
        3.   Compaction Test Plan and Data.
        4.   Calibration of Equipment.  List of equipment, copies
             of calibration curves and results of calibration
             tests for each, and observations on the correlation
             between field and laboratory tests results.

   f)   Earthwork.  Clean granular soil material from excavation
        that is in-excess-of project needs shall be transported and
        disposed of on-Post in accordance with the FTW SOP for
        waste disposal and borrow pit operation.  All other debris
        shall be disposed of according to Paragraph, Disposal of
        Solid Wastes.  All liability of any nature resulting from
        the disposal of the materials shall be the responsibility
        of the Contractor.  The Contractor is cautioned on the use
        of Ft. Wainwright Badger Pit as a borrow source.  Quality
        and quantity of the material obtained from the pit is not
        guaranteed, and coordination with other Contractors for
        access to the pit may be required.

        1.   Borrow Source:  To request authorization to use on-
             Post waste disposal and borrow pit areas, the
             Contractor shall submit a letter request to
             Contracting Officer, no later than at the 35 percent
             design review package.  Contractor shall comply with
             all aspects of the FTW SOP for borrow pit operations.
        2.   Non Government Borrow Sources:  The Contractor shall
             check any non-Government, proposed borrow sources for
             the presence of hazardous substances and petroleum
             products as defined in ASTM E1527.  The publication
             includes guidance on previously examined sites.  A
             Phase I Environmental Site Assessment, also defined
             therein, shall be submitted for each proposed borrow
             site as a supplement to the Environmental Protection
             Plan specified in SECTION 01411 ENVIRONMENT
             PROTECTION.  The report shall identify any previous
             or current presence of hazardous substances at the
             site, regardless of whether they have been, or can
             be, released to the environment.  The Assessment
             shall be performed under the direct supervision of an
             independent, registered professional engineer,
             currently licensed by the state in which the borrow
             source is located, and within such time frame as will
             ensure reports are valid when performing satisfactory
             Environmental Site Assessments.  All reports shall be

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

              certified in writing by the engineer and submitted in
the standard format specified in the referenced
publication, through the Contracting Officer, to the
Base Environmental Office for review. Reports shall
be submitted at least 30 days prior to needing borrow
materials in the work. The qualifications of the
engineer performing the Assessment shall be included
with the report. Where hazardous materials are
indicated, use of the source will not be allowed. No
borrow materials shall be brought onto Government
property without approval of the Contracting Officer.
The Government reserves the right to sample and test
any borrow materials delivered to the project for
conformance with this specification.

3.    Materials. Shall be classified in accordance with
the Unified Soil Classification System and compaction
efforts shall be specified by ASTM standards.

4.    Structural Fill and Backfill. Soil material used as
structural fill and backfill shall be well-graded
non-frost susceptible materials consisting of sand,
gravel, broken stone, or similar material and
containing not more than 60 percent by weight passing
the No. 4 sieve. All material shall be free of
frozen lumps. Material shall not exceed a size
equaling 2/3 of the specified maximum lift thickness.
Non-frost susceptible soils are inorganic soils
containing less than three percent by weight of
grains finer than 0.02 mm. The methods of test used
shall be the ASTM C 117, ASTM C 136, ASTM D 75, and
ASTM D 422.

g)    Contaminated Soils. The Contractor shall provide field
screen soil sampling throughout the duration of excavation
activities to determine contamination is present in the
soils. The Sampling and Analysis Plan (SAP) shall include
the Field Sampling Plan (FSP) and the Quality Assurance
Program Plan (QAPP). The Contractor shall immediately
notify, by writing and phone, the CO and the Ft. Wainwright
DPW if contamination is discovered. The Post Environmental
Office shall be responsible for providing notification to
ADEC.

1.    Sampling and Analysis Plan (SAP). The Contractor
shall prepare and submit a Sampling and Analysis Plan
(SAP) to the Contracting Officer for approval. The
SAP shall reflect the degree of complexity of the
project and shall be composed of a Field Sampling
Plan (FSP) and a Quality Assurance Program Plan
(QAPP). The plans shall include method to be used
for field screening and frequency of sampling. Field
screening shall be utilized according to prudent,
professional judgement. The Contractor shall
exercise a high degree of control over field
screening in conjunction with construction in order
to adequately screen for POL contaminated soil.

2.    Equipment. The Contractor's shall use a Hydrocarbon
Vapor (HV) test or other appropriate field test to

SECTION 01010 Page 26

FY01 REPLACEMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

qualitatively check for the presence or absence of soil contamination where visible stains are not apparent. The Contractor shall include in the SAP a description of the type of instruments selected, limits, action levels, procedures for testing, and the consultant's training to use the instruments and to interpret the data.

3.     Excavation and Handling of Contaminated Material. Screening of excavated soil shall be conducted during all excavating activities. Field screening shall be performed in accordance with the approved Sampling and Analysis Plan (SAP). If field-screening results indicate contaminated soils exists in the excavated material or is remaining in the excavation, additional field screening tests shall be used to delineate the boundary between clean soils and contaminated materials.

4.     Contaminated Soil Identification and Removal. When contaminated soils are identified by visual inspection, field screening, or commercial laboratory testing, confirmation shall be accomplished through Contractor quality control (QC) samples and government quality assurance (QA) samples. QA and QC duplicate samples shall be collected at a rate of at least one per every ten non-duplicate samples collected. QC samples will be submitted as blind duplicates to the Contractor's laboratory. QA samples will be submitted to an independent laboratory selected by the Government.

5.     The Contractor shall provide for the collection, analysis and reporting of one (1) sample per 50 cubic meters of suspected contaminated soil. The samples shall be as follows:

       GRO by AK101, DRO by AK102, RRO by AK 103, and benzene, toluene, ethyl benzene, and xylenes by AK101/8021.

6.     Classification of Soil Contamination:. Soils shall be classified as clean if they meet the following limits:

       Less than 100 ppm DRO by Alaska Method AK102
       Less than 50 ppm GRO by Alaska Method AK101
       Less than 0.02 ppm Benzene by Alaska Method AK101/8021
       Less than 5.4 ppm Toluene by Alaska Method AK101/8021
       Less than 5.5 ppm Ethyl benzene by Alaska Method AK101/8021
       Less than 78 ppm Xylene by Alaska Method AK101/8021
       Less than 10 ppm Total BTEX by Alaska Method AK101/8021
       Less than 100 ppm Lead by EPA Test Method 7421
       Less then 2000 RRO by Alaska Method AK103, and
       Less than 10 ppm PCBs by SW 3540/SW 8081A

7.     Soil Contamination Levels. The Contractor shall not

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

dilute or mix excavated soil to reduce contamination. Excavated soil shall be carefully evaluated and determined to be clean or contaminated.

8.    Contaminated Soil Disposal Requirements.

i.  Contaminated soil shall be transported to a Government-provided on-Post location (south of Building 3584) for the stockpile. The stockpile shall be constructed as "long term" stockpiles in accordance with 18AAC78.311 in segregated 382 cubic meter (500 cy) increments.  Soil remediation is not required under this contract.

ii.  The Contractor shall be responsible for hauling contaminated soil to the stockpile location, stockpiling it at the proper location, and conduct tests as specified.  The Government will be responsible for maintaining the stockpile in accordance with ADEC regulations after the material is properly stockpiled.

iii.  Stockpiled soil shall be sampled in accordance with State of Alaska requirements for stockpile sampling at the rate of one (1) sample per 76.4 cubic meters (100 cy) of stockpiled soil.  The analysis program shall be determined during the preparation of the SAP, and shall include the parameters needed for the Government to obtain ADEC approval for thermal processing of the soil.

iv.  Transport of contaminated soils will be conducted in accordance with applicable DOT and Fort Wainwright requirements to prevent leakage of contaminated materials from the trucks.  All truckloads of contaminated materials shall be covered during transport.  Any spills during transport shall be promptly picked up and the affected area cleaned.

h)    Geotechnical Testing.  Compaction tests, gradation, and non-frost susceptibility tests shall be performed on each layer of compacted material placed.  Testing shall be the responsibility of the Contractor and shall be performed by a Corps of Engineers approved independent testing agency. The Contractor shall remove and replace nonconforming materials and shall recompact and retest failed and replaced areas until the specified degree of compaction is obtained.  The Contracting Officer may direct that the tests be taken at locations other than those shown on the submitted compaction test plan and that additional tests be taken to supplement these required tests.

1.    Calibration of Equipment.  Provide the manufactures recommended calibration procedures for each piece of test equipment.   .

2.    Compaction Test Plan and Data.  The Contractor shall submit the initial compaction test plan to the Contracting Officer prior to beginning earthwork activities on the work item.  Plan and Data shall include:

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

      i. Compaction Test Plan.  Shall show the exact
location of each test.  This plan shall be keyed to
the test results.
      ii. Test Record.  The record of each test shall
reflect the type of test procedure(s), the firm or
person that performing the test, the project title
and contract number.
      iii. Test Results and other Data.  Log and compile
the results of each test and any observation made,
and for compaction tests, the volume or unit weight
of the standard, and the volume or unit weight of the
compacted soil.

3.     Type and Frequency of Tests.  Characteristics of
backfill materials shall be determined in accordance
with particle size analysis of soils ASTM D 422 and
moisture-density relations of soils ASTM D 1557.  A
minimum of one particle size analysis and one
moisture-density relation test shall be performed on
each different type of material used for bedding and
backfill.  The area referred to hereinafter which
determines the minimum number of tests required shall
be an area that is compacted in one continuous
operation.

i)    Structural (Type 1) Compaction Tests.  The following
density tests are required beneath structures with on-grade
concrete floor slabs and footings and slabs.  The number of
tests shall apply to each layer of material placed.

1.     Compacted Area: 50 square meters or less.  A minimum
of two tests or one test for each 12 square meters of
area, whichever will provide the greatest number of
tests.
2.     Compacted Area: Between 50 square meters and 360
square meters.  A minimum of four tests.
3.     Compacted Area: 360 square meters or greater.  One
test for each 90 square meters of area.

j)    Structural (Type 2) Compaction Tests.  The following
density tests are required beneath footings for structures
with elevated floors (crawl space) and structures where the
compaction requirements beneath footings and floor slabs
vary.  The number of tests shall apply to each layer of
material placed.

1.     Continuous Footings: One test for each 15 meters of
continuous footing for walls over 30 meters long or a
minimum of two tests per wall, whichever provides the
greatest number of tests.
2.     Column Footings: One test per footing.

k)    Utility Systems Compaction Tests.  The number of density
tests required for backfill in utility trenches shall
conform to the following:

1.     Bedding Layers under Utilities: One test per 60

SECTION 01010 Page 29

FY01 REPLACEMENT FAMILY HOUSING                                          FTW230
DACA85-01-R-0024, AMENDMENT R0005

    meters of trench or a minimum of two tests, whichever
    is greater.

  2. Trench Backfill in Graded Areas: Minimum of two tests
    per layer or one test per layer for each 90 meters of
    trench, whichever provides the greatest number of
    tests.

  3. Trench Backfill in Traffic Areas: Minimum of two
    tests per layer or one test per layer for each 30
    meters of trench, whichever provides the greatest
    number of tests.

 1) Roadway, driveway, and parking area (Size 1) Compaction
   Tests.  The number of density tests required for roadways
   and driveways up to 90 meters in length, and parking areas
   up to 550 square meters, shall conform to the following
   requirements for each layer of material placed:

  1. Subbase and Base Course: A minimum of two tests or
    one test for each 20 meters of length or each 140
    square meters of area, whichever provides the
    greatest number of tests.

  2. Subgrade:  A minimum of two tests or one test for
    each 30 meters of length or each 200 square meters of
    area, whichever provides the greatest number of
    tests.

 m) Roadway, driveway, and parking area (Size 2) Compaction
   Tests.  The number of density tests required for roadways
   over 90 meters in length and parking areas over 550 square
   meters, shall conform to the following requirements for
   each layer of material placed:

  1. Subbase and Base Course: A minimum of four tests or
    one test for each 45 meters of length or 280 square
    meters of area, whichever provides the greatest
    number of tests.

  2. Subgrade: A minimum of four tests or one test for
    each 60 meters of length or 370 square meters of
    area, whichever provides the greatest number of
    tests.

 n) Gradation and Non-frost Susceptibility Tests.  Tests shall
   be conducted on structural soil materials for structures,
   utility systems, and roadways, driveways, and parking
   areas.  In-place structural soil materials shall be sampled
   and tested for gradation and non-frost susceptibility
   requirements at least once for every 75-compacted-cubic
   meters or portion thereof.  For these tests, gradation
   shall be determined in accordance with ASTM C 136, with
   ASTM C 117 used to determine minus No. 200 sieve material
   and ASTM D 422 used to determine minus 0.02 mm materials.

2.3.10  Site Grading and Storm Drainage

 a) Requirements described herein and further defined in TM
   5-822-2 and TM 5-820-4 shall be incorporated into the
   design:

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

1.  Building Finish Floor Elevation.  The Contractor
    shall establish the finish floor elevation of
    buildings to provide positive drainage away from the
    building.  The main (front) entrance and approach
    shall be sloped to meet Uniform Federal Accessibility
    Standards and provide positive drainage away from the
    building.

2.  Site Grading.  Finish grade adjacent to the building
    shall be 150 mm below the finish floor elevation.
    Site grading, parking lot, etc., shall be sloped to
    drain to the existing ditches.  Drainage slopes away
    from the building shall be a minimum of 5.0-percent
    for a horizontal distance of 3 meters, and be graded
    2.0-percent slope thereafter to existing and/or new
    (as necessary) drainage outfall collection point(s).
    Open areas, away from the building, shall also be
    graded 2.0-percent slope to the existing drainage
    outfall system.  Banks of earthwork cuts or
    embankments, ditches, etc, shall not be steeper than
    one (1) meter vertical in three (3) meters
    horizontal.  The preferred slope for permanent banks
    and ditches is one (1) meter vertical in four (4)
    meters horizontal.  Optimum desired slope for site
    grading is 2-percent.  Minimum slope is 1.0-percent.

3.  Storm Drainage Design.  New site drainage shall
    maintain predominant existing drainage patterns.
    Building site is not located within the 100-year
    floodplain.  Storm drainage calculations, including
    runoff from adjacent properties, and discharge volume
    shall be based on a 10-year storm event.  Additional
    ditches and culverts shall be provided on the site as
    necessary for positive drainage.  Areas experiencing
    consolidated flow, roof drain outlets, roof drip
    lines, parking lots, drainage swales, etc. shall be
    designed with features to prevent erosion.

    a)  Existing Drainage System.  The Post storm
        drainage system is comprised of open grass
        lined ditches and culverts.

    b)  Contaminated Water.  The design shall provide
        for collection and treatment of runoff from
        snow storage areas and from paved areas.  The
        major concern is vehicular oils and sediment
        load.  The design shall include calculations
        and references' showing the method of treatment
        provided is adequate.

    c)  Construction Period.  Runoff from within the
        project boundaries, during construction of the
        project, shall be the responsibility of the
        Contractor, including all NPDES permits (as
        necessary) or requirements.  Silt laden or
        other environmental degrading waters shall be
        collected and treated prior to discharge from
        the project site to existing drainage system.

    d)  Preferred Methods.  The preferred method of
        handling rain and snowmelt is overland gravity

flow to grassy swales and collection ditches
for filtering.  The preferred method of
treating runoff from parking lots and snow
storage areas is allowing flow through grassy
areas (land treatment).  Runoff from roof
drains and gutter collections systems must be
directed away from buildings without causing
winter glaciating or erosion.

e)    Stormwater Pollution Prevention Plan.
Contractor shall prepare and submit to ADEC for
review a SWPPP and conduct all construction
activities in accordance with the approved
plan.  The plan shall, as a minimum, include
the following items: methods for
clearing/grubbing, temporary erosion and
sediment control measures, Best Management
Practices (BMP's) on-site,
excavation/embankment construction, temporary
and permanent drainage features, haul
roads/material stockpile sites, construction in
and around water bodies/existing drainage
features, containment control, cleanup and
disposal methods of petroleum products or other
hazardous substances generated by construction
equipment or activities.  Contractor is
responsible for all fees associated with the
NPDES, SWPPP, and ADEC review and permits.

## 2.3.11  Vehicular Traffic Systems

a)    General Design.  Includes access roadways, driveways and
parking areas.  The Contractor shall layout traffic
improvements to be functional to the users, with strong
emphasis on safety.  Traffic systems shall be designed and
constructed to the provisions of MIL HDBK-1190, and to
provide accessibility for the handicapped in accordance
with Uniform Federal Accessibility Standards.  The
geometric layout and pavement section of each type pavement
or traffic system shall be designed in accordance with TM
5-822-2 and TM 5-822-5.

1.    All roadway areas shall be cleared and stripped to
clean material that is free of organic materials and
other debris.  The pavement section for access roads
shall be designed in accordance with TM 5-822-5.
2.    Intersections.  As applicable, design all
intersections to local standards.
3.    Asphalt Surfacing.  All roadways, driveways, parking
stalls, and circulation areas shall be asphalt
surfaced.  Pavement structural section shall be
designed for HS20 highway loading.  All materials
used in AC Pavement and PCC sidewalk shall conform to
the requirements of the State of Alaska 1988 Standard
Specifications for Highway Construction and any
applicable Federal, AFM, and MIL-HDBK-1190
requirements.  Layer thickness shall be according to
the geotechnical design, however, the thickness of

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

          the base course layer shall be no less than 100 mm
          and the thickness of asphalt layer shall be no less
          than 75 mm.  Base course material shall have less
          than 3 percent fines smaller than 0.02 mm.

4.      Transverse Gradients.  Roads and parking areas shall
      have gradients in accordance with TM 5-822-2 and TM
      5-822-5.  Gradients shall not exceed a maximum 3.0
      percent slope due to winter ice conditions and in no
      case be less than 0.5 percent, to avoid ponding.

5.      Provide curbs and gutters along new streets.

6.      Pavement Markings.  Pavement shall be marked
      according to ADOT Standard Specifications for Highway
      Construction.  Handicapped painted symbols and
      signage will be required at all barrier-free parking
      spaces.

7.      Snow Removal and Storage.  Snow removal and
      convenient storage shall be considered in the design
      and layout of all roadways, parking and sidewalks.
      Snow removed from access roadways, parking lots, and
      sidewalks shall be stored on site.  Grader and
      front-end loaders are used to remove snow.  Snow
      storage shall be convenient to the removal area
      without excessive haul distances.  Provide adequate
      storage for a heavy snow year assuming a maximum
      seasonal snow depth of 3 meters on all streets,
      driveways, walks, and parking lots.

b)     Street Requirements: Site improvements include a new street
extension of Chestnut Street between 100th Street and 102nd
Street.

New streets shall be a minimum of 9.14 meter (30 feet) in
width measured from back of curb.  Site improvements shall
be in conformance with MIL-HDBK-1190 and applicable TM 5-
822 chapters.

c)     Parking areas for all vehicles shall be paved.  Headbolt
heater outlets shall be provided for all parking spaces.

2.3.12  Pedestrian Traffic Systems

Design and geometric layout shall be in accordance with TM
5-822-2.  Facility shall provide accessibility for the
handicapped in accordance with Uniform Federal Accessibility
Standards.  Provide concrete sidewalks for access to the
buildings.  Consider both vehicular and pedestrian circulation in
design of pedestrian traffic systems.

1.      Sidewalks.  Concrete sidewalks shall extend from all
      building entrances to the respective units driveway.
      Sidewalks shall be a minimum of 1220 mm wide except
      where handicapped access requirements dictate greater
      width.  Transverse slope of sidewalks shall be 2.0
      percent minimum and 3.0 percent maximum, except where
      requirements for handicapped access govern.

2.      First Floor Access.  Provide barrier free access to
      the first floor of indicated buildings.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

2.3.13      Utilidor System

a)    Before beginning work, the Contractor shall become familiar
      with all existing utility systems, to verify the location
      of existing utilidors and other information shown on
      exhibit drawings.  The Contractor is responsible for
      supplementing government provided information as necessary
      to design and construct new work.  All new utilities,
      including water, fire protection, sewer, steam, and
      condensate piping located exterior to buildings shall be
      constructed in utilidors.

b)    Asbestos Material.  The existing utilidor and manholes are
      considered confined spaces and are asbestos contaminated
      environments.  New work will require demolishing existing
      utilidors, breaking out a section of existing manhole
      and/or utilidor walls, constructing new manholes and
      utilidors, and connecting new piping to existing systems.
      The Contractor shall review the Hazardous Material Report,
      and refer to Section 2.2 for requirements for asbestos
      remediation in the areas of existing utilidor system that
      will be impacted by new work.  The Contractor shall perform
      the necessary measures to ensure that new work is performed
      in accordance with all Federal, State and Local regulations
      concerning working within, or remediating asbestos
      contaminated areas of new work.  Work in the utilidor shall
      be limited to the minimum area necessary to perform new
      work.

c)    Construction of a semi-permanent plywood barrier in the
      existing utilidors will be required to separate asbestos
      contaminated utilidors from new or abated sections to
      prevent contamination.  Construction of barriers will need
      to address drainage through utilidors and egress of
      personnel from utilidor to manholes.

d)    Utilidors:  New service utilidors from the existing main
      utilidor to each building's mechanical room will be
      required.  The existing utilidor system contains water,
      sewer, high-pressure steam and condensate return utility
      services.

      1.    All mainline utilidor extension shall include a
            looped water, steam, and condensate line to prevent
            stagnation of water in the supply main and to provide
            heat for the utilidor system. The existing water,
            sewer, and steam utility delivery system shall be
            analyzed for capacity based upon new loads required
            by the construction of this project.  Up sizing of
            the existing utilities may be required under this
            projects scope of work.  The Contractor shall be
            responsible for analysis, design, and construction of
            all mainline extensions and/or increases in utility
            sizes as required by the new construction.  All new
            utility sizes shall be at least the size of existing,
            no downsizing will be allowed.

FY01 REPLACEMENT FAMILY HOUSING
DACA85-01-R-0024, AMENDMENT R0005                          FTW230

2.  The concrete service utilidor shall be sized to
    accommodate different piping arrangements, ditch or
    road crossings, or any other constraint.  All
    utilidors shall have removable lids and be of
    watertight construction.  All utilidors shall be
    buried.

3.  Utilidors shall have constant slope between manholes
    for drainage.  The Contractor shall use extreme
    caution when forming and placing inside edge and top
    of walls to provide smooth even surfaces to
    accommodate utilidor lids, as it is critical to
    providing a watertight system.  The floor of the
    utilidor shall be flat without gutters or drainage
    channels.  No structures and/or appurtenances shall
    be supported from the utilidor tops.  Lids shall be
    sized so the weight is less than 1,800-Kg and shall
    have non-deformed lifting loops or eyes of ASTM A 36
    galvanized steel unless a stronger steel or superior
    finish is required.  Provide a 3/4" thick x 4" wide
    layer of fiberous plastic roof coating (ACE Hardware
    product #17897 or equal) and 2 rows of oakum type
    filler material pressed into the mastic between wall
    and removable lid.  The finished grade in the
    vicinity of the utilidor shall have sufficient slope
    to prevent ponding and to transport water away from
    the utilidor.  The below ground exterior of all
    concrete manhole and utilidor side and tops shall be
    waterproofed.

4.  Traffic Areas.  Utilidor and lids shall be designed
    for HS-20 traffic loading in all vehicle traffic
    areas.  Where utilidor crosses through paved traffic,
    parking or other structural improvement area,
    Contractor shall provide a trench excavation frost
    transition section to mitigate potential soil
    discontinuity and differential heave/settlement
    issues.  Contractor shall include all frost
    transition recommendations in the Geotechnical Design
    Analysis.

5.  Coordinate with FTW and applicable TM requirements.
    Utilidors in traffic areas shall have a 150 mm thick
    layer of 275-kPa (minimum) (40 psi) compressive
    strength insulation placed above the utilidor lid.
    The insulation shall extend 1.5 meters (minimum)
    beyond the outside edge of the utilidor on each side
    of the utilidor.

6.  Utilidor/Building Cut-Off Wall.  The utilidor shall
    be completely blocked off (flush with the interior
    surface of the Mechanical Room) where the utilidor
    enters a building.  The wall shall be constructed of
    concrete block or cast-in-place concrete.  Pipes
    shall pass through cut-off walls with pipe sleeves.
    Sleeves shall be of size to provide a minimum of 6 mm
    clearance all-around between bare pipe and inside of
    sleeve or between jacket over insulation and sleeves.
    Sleeves shall be steel pipe, cast-iron pipe, or
    ductile iron pipe.  The wall shall be steam-tight, no
    weep holes or open spaces shall pass through the

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

cut-off wall.

7.  Thermal Analysis and Insulation.  Steam and condensate piping are the heat source for the utilidor.  Insulate piping and utilidor to maintain an interior temperature between 5 degrees C and 35 degrees C for the range of exterior air temperatures in Paragraph 2.3.4, Arctic Climate.  Insulate water piping to prevent temperatures rising above 5 degrees C at the average daily flow rate.  Provide two dimensional heat loss analyses for each different size of utilidor and different condition such as ditch crossings, traffic areas, non-traffic areas, etc.  Utilidor insulation shall be placed on the exterior of the utilidor sufficient to maintain the thermal conditions specified.

8.  Winter Heating Requirement.  The Contractor shall heat the new utilidor system (including manholes), or any existing utilidor when they are subject to freezing temperatures, or when the normal thermal regime is altered by new work. Utilidor sections or manholes shall be heated such that the minimum interior air temperature is 5 degrees C. at all locations.

9.  Utilidor Dimensions.

    a)  Service Utilidor minimum interior dimensions – 1,000 mm wide and 1,000 mm high or as required for piping.
    b)  Main Utilidor minimum interior dimensions – 1,500 mm wide and 2,000 mm high or as required for piping.

e)  Manholes.  Minimum requirements for new manholes are as follows:

    1.  General Construction.  New manholes shall be reinforced concrete type.  Manholes shall be watertight.  The maximum distance between utilidor manholes shall be 60 meters.  Utilidor manholes shall be constructed at locations wherever the utilidor changes in cross sectional dimension or floor gradient.  Manholes shall not be located in traffic areas or ditches.

    2.  Manhole Dimensions, Access Hatch and Ladder.  Manhole shall be sized to provide a minimum of 600 mm of clear space between the edge of manhole and pipe components.  Size manhole to provide sufficient room for maintenance, removal, and movement of equipment. There shall be adequate space to move equipment to a location directly below the access hatch without dismantling other pipe system components.

        a)  Provide an access hatch having 1,000 mm (minimum) clearance in each dimension.
        b)  Frames and covers shall be of the solid lid type and have a minimum masonry contact of 75 mm overlap.  Frames and covers shall be

FY01 REPLACEMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

proof-load tested 450-kg loading.

c)   Hatch covers shall be a one or two lid style
     with external (non-recessed) butt-type hinges
     securely attached to the frame that shall not
     work loose under repeated opening and closing
     of the lids.  Lids shall have fixed protruding
     handles (non-recessed) with a minimum clear
     hand opening of 125 mm by 65 mm And have chains
     or other positive means to prevent lids from
     slamming open and loosening hinges.

d)   Ladder shall be constructed of straight-type
     steel that is not less than 400 mm in width
     with 20 mm diameter rungs spaced 300 mm apart.
     Bar side rails shall be 50 mm by 12 mm steel.
     The ladder shall be adequately anchored to the
     wall by means of steel inserts spaced not more
     than 1,750 mm apart vertically, and shall be
     installed to provide at least 170 mm of toe
     space between the wall and the inside of the
     rungs.

3.   Sumps and Pump.  Provide sumps that have a minimum
     size/volume of 600 mm deep by 600 mm diameter in each
     manhole.  Provide sump pumps with a minimum capacity
     of 40-1/min.  Sump pumps shall be of the submersible
     type capable of operating while completely submerged
     and shall be electrically driven with a cord and plug
     connection to power.  The pump and motor shall be
     capable of pumping liquids at a temperature of 95
     degrees C.  The motor shall have sufficient power for
     the service required, and shall be furnished complete
     with overload protection.  A submersible switch
     assembly shall automatically control the pump.
     Wiring from switch to pump shall be waterproof type
     cord suitable for submersion in 95 degrees C liquids.
     Provide an independent float level to indicate
     emergency high level to be connected to an emergency
     warning light mounted on the manhole.  The warning
     light shall be mounted to be visible from the road on
     a 100 mm diameter pipe securely attached to the
     manhole top.  The on-off levels shall be set
     according to the manufacturer's recommendations.

4.   Vents.  All manholes shall have a natural convection
     style vent system designed that is comprised of two
     vent pipes located in diametrically opposite corners.
     Vents shall be 200 mm (minimum) diameter steel pipes
     coated for corrosion protection.  One vent pipe shall
     terminate approximately 150 mm below the manhole
     ceiling; the other shall terminate approximately 300
     mm above the manhole floor.  Vent pipes shall be
     adequately capped, rise to 1,000 mm above the normal
     level of snow accumulation, and be designed for the
     expected interior and exterior temperatures.

5.   All equipment requiring inspection or maintenance
     including but not limited to expansion joints,
     isolation valves, blow downs, and clean-outs shall be
     located in manholes.