FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

minimum of 5 lux over the lower 3 m of building wall and out to a distance of 3 m from the exterior building walls. The Contractor is to demonstrate the lighting levels with point-to-point calculations made using a light loss factor of 0.7.  Ballasts for exterior lighting will be rated for a minimum starting temperature of -40 degrees C.

c)   Lighting control will be by photoelectric cell via electrically operated/mechanically held contactors provided with a hand-off-automatic switch.  An additional, thermostatic control will overide the photocell and turn the fixtures on if the outside air temperature drops to -30 degrees C.  The contactors shall be mounted in each building's mechanical/electrical spaces in NEMA 1 enclosures.

d)   Utilidor lighting shall use 100-watt incandescent vaportight fixtures provided within each manhole, and controlled by a local switch at the manhole entry.

2.7.3.2  Interior lighting

a)   Interior:  Provide illuminance calculations for living rooms, family rooms, kitchens, dining rooms and bedrooms. Calculations shall be based on actual reflectances, if known or a maximum of 80 percent for the ceiling, 50 percent for the wall and 20% for the floor.  The foot-candle levels shall be calculated using light loss factor of 0.7 and the ballast factor of the supplied equipment.

b)   General lighting schedules shall include lamp type, voltage, type of mounting, physical sizes, manufacturer and catalog number.

c)   Control switches for general room lighting shall be located at room entrances. Rooms with more than one door shall have three-or four-way switches.  Provide a contactor for any switch that controls lights on more than one branch circuit.

d)   Interior lighting fixtures shall be as indicated in room criteria sheets.

e)   Provide energy-efficient fluorescent fixtures unless otherwise noted, with electronic, energy-saving ballasts. Fixtures using U-tube lamps are not permitted.

f)   Lighting illumination levels shall be at minimum as prescribed in the room criteria sheets and in accordance with the I.E.S. Lighting Handbook.  All illumination levels shall be based on maintained lux levels.

2.7.3.3  Power - Special Locations

a)   Service Entrance Equipment

1.   **AM #5...**Service entrance equipment shall be rated

FY01 REPLACEMENT FAMILY HOUSING                                FTW230
DACA85-01-R-0024, AMENDMENT R0005

<u>120/208 Volts, 3-phase, 4-wire with a 3-pole main
breaker, current transformers and kWh meter base with
test by-pass capabilities, using single digital
multimeter with selector switches.  Each building
shall have a master meter and master cut off switch
and a meter and cut off switch for each unit.  Meters
and switches shall be mounted on building exterior in
a single bank. ...</u>**AM #5**

2.    Service, feeders and all branch circuits shall be
      sized in accordance with the NEC, latest edition. The
      service main distribution panel and individual
      residential unit loadcenters shall be equipped with
      Transient Voltage Surge Suppression.

3.    Two GFCI receptacle(s) with vapor tight gasket and
      metal "weatherproof-while-in-use" covers shall be
      provided at each utilidor manhole.

4.    Provide duplex receptacles to comply with the
      following maximum spacings and branch circuit
      loading.

      a)    No more than six receptacles shall be connected
            to a single circuit.
      b)    At each manhole in the utilidor provide a GFCI
            receptacle at 1m above the floor.
      c)    At minimum of 4 GFCI, convenience receptacles
            shall be provided in the mechanical/electrical
            room.  Locate 1 near the boiler, 1 in the
            vicinity of the Electrical MDP, and 2 at the
            Telecom backboard.

5.    Maintain integrity of penetrations intended to be
      waterproof.  Provide flashing at all penetrations of
      waterproof membranes.

6.    Provide NEMA Type 3R enclosures for equipment or
      devices mounted out-of-doors and NEMA 4 enclosures
      located in areas where exposed to possible water
      spray.

2.7.3.4  Grounding

a)    Prepare a grounding electrode system design for each
      building based on the soil resistivity of the site as
      determined from the geotechnical survey and provided as an
      appendix to this document.  Provide calculations supporting
      the design which demonstrate a maximum resistance to ground
      of the system of 25 ohms.  The system will include, as a
      minimum, a concrete encased (UFER) ground electrode as well
      as a minimum of 2, 1.6 mm by 2.4 m copper-clad, steel
      ground rods.  All underground grounding connections shall
      be made using exothermic welds.

b)    Provide an insulated grounding conductor, sized per NEC
      requirements, in all secondary, distribution, feeder and
      branch circuit conduits.

2.7.3.6  Telecommunication

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

a)   Telephone and Data Systems outlets, cabling and
     terminations shall be installed from the telephone
     backboard in the mechanical/electrical rooms to the in-unit
     distribution cabinet and further to the locations indicated
     on the room criteria sheets.  All equipment, cabling and
     terminations shall meet a Category 5e rating for Voice and
     Data.  The system shall be in compliance with EIA/TIA
     criteria with all terminations labeled and identified.

b)   Voice and data cables shall be wired to comply with the
     requirements of the EIA/TIA 568A jack configuration.

c)   All exterior communications lines shall be routed under new
     and existing utilidors.  See diagram in Appendix 14.

2.7.3.7  Basic Materials and Practices

Lighting:

1.   Fluorescent Ballast.  ANSI C82.1, rapid start, high
     power factor type electronic ballast with less than
     10 percent harmonic distortion.
2.   High Intensity Discharge (HID) Ballast. ANSI C82.4,
     high-pressure sodium lamp ballast for exterior areas
     rated for -40 degrees C.  Lamps shall be Mogul base
     type.
3.   Compact Fluorescent Ballast. Solid state, rapid
     start, Class "P" high-power factor, "instant on"
     operation.  All T5 and smaller lamp ballasts shall
     have end-of-life sensing technology.
4.   Incandescent lamps shall not be used except at
     entrances and in the utilidor manhole.
5.   Fluorescent lamps: Deluxe phosphor type with 3500K,
     88+ CRI, T8 or 4-Pin Quad tube compact lamps. No U-
     bent tubes shall be used.
6.   Provide recessed luminaires using accessories and
     fire stopping materials to meet requirements for
     maintaining fire rating of assemblies.

2.7.4  Exterior Electrical Distribution

a)   The exterior electrical service shall be provided by the
     addition, as required, of poles, cross-arms and hardware to
     the existing overhead power distribution system; primary
     cabling to new, pad-mounted distribution transformers; and
     secondary cabling to utility metering, service disconnect
     equipment and building main distribution panels (MDPs).
     Design of the new electrical distribution will be in
     accordance with the NEC, NESC, Ft. Wainwright Electrical
     Generation and Distribution Standards, and USDA Rural
     Utility Service Standards.  Prior to final selection of
     pole and transformer locations coordinate locations with
     FWW DPW.

b)   The pole hardware will include, as a minimum, primary ACSR
     conductors, insulators, fused cut-outs, lightning
     arrestors, splices, conduit and insulated primary

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

conductors to new, 3 phase, 3 wire, delta primary  12,470 –
208Y/120V, 3 phase, 4 wire, secondary distribution
transformers, plus any additional material and equipment
necessary to provide a complete system capable of
delivering electrical power from the Ft. Wainwright power
distribution system into the residential units.

c)    Primary conductors extend underground to new pad mounted
      transformers located 3 m to 5 m from the poles and a
      minimum of 8 m from buildings.  The transformer, primary
      cables, secondary service cables, utility metering, service
      disconnects and main distribution panels shall be sized to
      accommodate building loads, calculated in accordance with
      the NEC requirements, plus 25 percent for future expansion.
      Voltage drops shall be limited to 3 percent for cables and
      3 percent for secondary service cables.

d)    Primary Cables:  Underground primary cables shall consist
      of underground cable in conduit from riser poles to pad
      mounted transformers.  Cables shall conform to the
      requirements of NEMA WC 8 using ethylene-propylene-rubber
      (EPR), 15 kV, 133 percent insulation and a nonmetallic
      jacket with concentric neutral conductors.  Cables shall
      have both conductor and insulation shielding for each
      phase.  Final connection of primary cables will be
      performed by FWW DPW.

e)    Riser Pole:  Provide primary fuse cutouts and surge
      arresters for protection of the underground cable. Fuse-
      cutouts shall be loadbreak type.  Rigid galvanized conduit
      shall be provided for physical protection of conductors on
      riser pole.  Clearances shall be in accordance with
      applicable NESC and RUS requirements.  FWW standard cross
      arms are 3.3 m.  Typical poles are 12.2 m.  Coordinate pole
      design with FWW DPW prior to finalization of plans.  Use
      standard FWW design for riser pole conduit standoffs.

f)    Pad Mounted Transformer:  Building transformer shall be a
      pad-mounted input winding configuration of 12,470V delta.
      Transformer shall be oil filled, through feed, and dead
      front construction with separate high and low voltage
      compartments complying with ANSI C57.12.26.  Transformer
      shall be equipped with primary fuse protection, surge
      arresters, connectors, bushings, load-break switches,
      adjustable, no-load tap changers, stirrups on primary taps
      for hotline clamps, concrete pad and ground ring.
      Distances between transformer and other structures shall be
      as noted above and in accordance with Military Handbook
      1008C requirements.  Transformer cabinet shall be capable
      of being padlocked.  Contact FWW DPW to provide padlocks
      prior to energizing transformer.

g)    Transformer Concrete Pad:  Concrete pads may be either pre-
      fabricated or cast-in-place and shall have minimum 20 MPa
      compressive strength.  Tops of concrete pads shall be level
      and shall project 100 mm (4 inch) above finished grade and
      sloped to drain.  Edges of concrete pads shall have 20 mm

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

       (3/4 inch) chamfer.  Where grounding electrode conductors
       are installed through concrete pads, PVC conduit sleeves
       shall be installed through the concrete to provide physical
       protection.  To facilitate cable installation and
       termination, the concrete pad shall be provided with a
       rectangular hole below the primary and secondary
       compartment.

h)    Secondary Service:  Secondary service shall consist of
       underground wiring installed in conduit from the pad-
       mounted transformer to the exterior wall mounted current
       transformer and service disconnect.  Cables shall be
       single-conductor cable, type XHHW insulations.  The service
       entrance conductors shall not be larger than 500 kcmil.
       Provide parallel runs of conductors to achieve adequate
       conductor ampacity requirements.

i)    Metering equipment shall have a by-pass switch.  Meter
       shall be digital and equipped with communication port for
       future remote energy monitoring.  Transient voltage surge
       suppression shall be provided at the service equipment.
       Surge suppressor shall meet the requirements of IEEE C62.41
       and be UL listed and labeled as having been tested in
       accordance with UL 1449.

j)    Metering equipment and lockable, main service disconnect
       shall be mounted on the exterior of the building.

k)    Coordinated Power System Protection analysis shall be
       submitted as follows:

     1.    Calculations shall be provided which demonstrate that
       the equipment and system is constructed to meet the
       specific requirements for equipment ratings,
       coordination, and protection.  They shall include a
       fault current analysis, and a protective device
       coordination study.  Capacity and rating of
       protective devices shall be based on these
       calculations.
     2.    Coordination shall include the pole mounted devices,
       transformer primary and secondary fuses, service
       disconnects and breakers feeding residential unit
       loadcenters.
     3.    The fault current analysis shall begin at the source
       bus and extend through the transformer, utility
       metering, and service disconnect to the bus of the
       MDP.
     4.    The Contractor shall coordinate with the power plant
       for fault current availability at the site or use an
       infinite bus as the input to the calculation.
     5.    A single line diagram shall be prepared to show the
       electrical system buses, devices, transformation
       points, and all sources of fault current.  Locations
       of switches, breakers, and circuit interrupting
       devices shall be shown on the diagram together with
       available fault data, and the device interrupting
       rating.
     6.    The fault current analysis shall be performed in

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

> accordance with methods described in IEEE Std 242,
> and IEEE Std 399. Actual data shall be used in fault
> calculations. Bus characteristics and transformer
> impedance shall be those proposed. Balanced three-
> phase fault, bolted line-to-line fault, and line-to-
> ground fault current values shall be provided at each
> voltage transformation point and at each power
> distribution bus. The maximum values of fault
> available at each location shall be shown in tabular
> form on the diagram or in the report.

7. Existing distribution equipment, e.g. poles, wiring,
   transformers, etc., which will be removed will be
   returned to FWW DPW.

2.7.5  Interior Distribution

a) The electrical system shall consist of a Main Distribution
   Panel located in the electric room for distribution of
   power to branch circuit loadcenters located in each
   residential unit. Distribution equipment shall be
   deadfront construction, equipped with copper busses and
   bolt-on circuit breakers and sized to accommodate the
   building load calculated per the NEC plus 25 percent.
   Minimum of 2, 100-Amp circuit breaker spaces shall be
   provided for future use. Service entrance equipment shall
   be fully rated for available fault current.

b) The service Main Distribution Panel and individual
   residential unit loadcenters shall be equipped with
   transient voltage surge suppression from the same
   manufacturer as the panel or loadcenter manufacturer.

c) Motor and Circuit Disconnects: These units will be sized
   for the specific circuit and application in which they are
   used. Each motor will be provided with a local, horsepower
   rated switch. Circuit disconnects will be rated for the
   load served. All disconnects will be of the general-duty
   type.

d) Motor Starters: Unless special considerations require
   selection of other types of starters, starters will be
   horsepower-rated and will consist of toggle-type manual
   starters for fractional horsepower motors and full NEMA
   size units sized for those motors greater than 0.37 kW (1/2
   horsepower) in size or of 3-phase configuration. Starters
   will be equipped with red run pilot light, control
   transformer, start-stop push-buttons or  H-O-A switches as
   required and connected so control will be shut down when
   the disconnect switch is opened for any reason.

e) Loadcenters: Branch circuit loadcenters shall be
   208Y/120V, 225A, 3 phase, 4 wire, 42 space, dead-front
   construction with copper buses and plug-on circuit
   breakers, and shall have 25 percent minimum spare capacity
   above the NEC computed loads they serve. They shall be
   fully rated for the available fault current. Provide a
   minimum of 5, 20A single pole spare circuit breakers in

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

        each loadcenter.  Tandem breakers are not permitted.

2.7.6  Conduit and Raceway

    a)    Raceways shall be specified of the type suited for the
          applications and locations.  Raceway shall not be smaller
          than 16 mm (1/2") in diameter unless otherwise noted.
          Conduit shall be installed concealed in all areas except
          utility spaces.

    b)    Conduit Installation Schedule:

          1.    Underground Installations:  Use GRC, IMC, PVC or HDPE
                conduit.
          2.    In or Under Slab on Grade:  Same as underground;
                minimum Size:  21 mm (3/4") diameter.
          3.    Outdoor Locations, Above Grade:  Use GRC or IMC
                conduit.
          4.    In Slab Above Grade: Use GRC, IMC, or PVC conduit or
                EMT.
          5.    Wet and Damp Locations:  Use PVC coated rigid steel
                or PVC coated intermediate metal conduit.
          6.    Dry Locations Concealed:  Use GRC or IMC conduit or
                EMT.
          7.    Dry Locations Exposed:  Use GRC or IMC conduit or EMT
                in any room or area accessible to only maintenance
                and building service staff.

    c)    Conductors:  Feeder wiring shall be Copper conductors in
          conduit.  Branch circuit wiring may be in conduit or type
          NM, NMC, NMS, AC or MC cable with insulated green ground
          wire and THHN or XHHW insulated conductor.  All power and
          control conductors shall be solid or class B or C stranded,
          annealed copper with type THHN or XHHW 600V insulation.
          Minimum branch circuit conductor size shall be #12 AWG.
          XHHW insulation shall be provided for all locations in
          unheated areas.  Aluminum conductors shall be permitted in
          ACSR cable only.

    d)    Devices:

          1. Only NEMA 5-15R and 5-20R specification grade, back- and
             side-wired duplex receptacles shall be specified for
             this project except for equipment requiring special
             devices.
          2. Ground fault current interrupter (GFCI) type duplex
             receptacles shall be provided in locations as required
             by the NEC and provided with metal, weatherproof-while-
             in-use device plate covers in wet locations.
          3. GFCI receptacles in dwelling units may be used to
             protect other receptacles.  Use separate symbols to
             indicated duplex receptacles protected in this manner.
          4. Switches shall be specification grade, back- and side-
             wired rated 20A, 120volts.
          5. Impact resistant nylon plates shall be required for
             boxes and devices in finished areas.  In utility spaces
             and mechanical/electrical rooms use galvanized steel

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

        device plates and covers.
      6. In mechanical rooms pumps shall be fed from twist-lock
         receptacles.

e)    Identification: Provide indentification for panels, main
       breakers, and feeder circuits.  Provide warning tape for
       underground installations.

2.7.8  Field Testing

a)    A proposed field test plan including the test safety plan
       shall be submitted 30 days prior to testing the installed
       system.  The test plan shall consist of complete field test
       procedures including tests to be performed, test equipment
       required, and tolerance limits.  Field testing shall be
       performed in the presence of the Contracting Officer.  The
       Contractor shall notify the Contracting Officer 7 days
       prior to conducting tests.  The Contractor shall perform
       all tests and inspections recommended by the manufacturer
       unless specifically waived by the Contracting Officer.  The
       Contractor shall maintain a written record of all tests
       which includes date, test performed, personnel involved,
       devices tested, serial number and name of test equipment,
       and test results.  Field test reports shall be signed and
       dated by the Contractor.

b)    Ground Resistance Tests shall be measured using the fall-
       of-potential method defined in IEEE Std. 81.  Ground
       resistance measurements shall be made before the electrical
       distribution system is energized and shall be made in
       normally dry conditions not less than 48 hours after the
       last rainfall.  Resistance measurements of separate
       grounding electrode systems shall be made before the
       systems are bonded together below grade.

c)    Medium-Voltage Cable Test shall be in accordance with NEMA
       WC 8.

d)    Transformer Tests:
      1.    The following field tests shall be performed on all
          transformers:

          a)    Insulation resistance test phase-to-ground.
          b)    Secondary voltage test.
          c)    Correct phase sequence.
          d)    Correct operation of tap changer.
          e)    Pass-fail criteria shall be in accordance with
             transformer manufacturer's specifications and
             in compliance with ANSI and NEMA standard.

      2.    Telephone/Data Wiring Tests
          All circuits shall be tested using a test set that
          meets the Class II accuracy requirements of EIA/TIA
          TSB 67.  Testing shall use the Basic Link Test
          procedure of EIA/TIA TSB 67.

e)    Cable Television:  Cable shall be type RG-6 quad shield
       coaxial cable individually homerun between outlets and

FY01 REPLACEMENT FAMILY HOUSING                              FTW230
DACA85-01-R-0024, AMENDMENT R0005

equipment cabinets. Homeruns from unit cabinet to utility
room shall be in metal raceway. Amplifiers and attenuators
shall be provided as needed.

2.7.13  Handicap Accessibility

Electrical utilization devices and visual indicating devices
shall be located to comply with ADA requirements.

2.7.14     Betterments

The following Betterments referenced in paragraph 1.1 GENERAL
REQUIREMENTS shall conform to the performance criteria above:

Additional data wiring to Family Room, bedrooms.

2.7.15  Design/Build Contractor Innovations

All innovations shall conform to the performance criteria above.
Care must be exercised to avoid stated prohibited items and to
follow check-list criteria for preferred systems.

2.7.16  Prohibited Items

Prohibited items, which do not meet the minimum requirements
listed, are not allowed for the electrical systems for this
project. The following specific systems are prohibited for this
project:

1.    Aluminum feeder and branch circuit wiring.
2.    U-tube fluorescent lamps.

2.8  LANDSCAPE DESIGN

2.8.1 References

a)    Fort Wainwright Landscape Guidelines.

b)    Consumer Product Safety Commission- CPSC - Consumer Product
      Safety Commission,    Bethesda, Maryland; Handbook for
      Public Playground Safety (Publication No. 325).

c)    ASTM - American Society for Testing and Materials. (1916
      Race Street, Philadelphia, PA 19103); ASTM, F 1487-95
      Standard consumer Safety Performance for Playground
      Equipment for Public Use; ASTM, F 1292-95  Specification
      for Impact Attenuation of Surface Systems Under and Around
      Playground Equipment.

d)    "American Standard for Nursery Stock (ANSI). Z60.1-1996"
      (American Association of Nurserymen [AAN] 1250 I Street,
      NW, Suite 500, Washington, D.C. 20005, 1990).

e)    American Society for Testing and Materials (ASTM). (1916
      Race Street, Philadelphia, PA 19103). Included, but not
      limited to: D-422 - Method for Particle-Size Analysis of
      Soils; D2974 - Method for Moisture, Ash, and Organic Matter

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

of Peat and Other Organic Materials.

2.8.2  Minimum Requirements

a)    The Design-Build Contractor shall use a Landscape Architect
      licensed in the State of Alaska.

b)    Work shall include delineating temporary fencing for trees
      to be saved, location for replacement trees and shrubs or
      any new tree and shrub beds, and determination of topsoil
      and seeding limits to assure all disturbed areas are
      revegetated.

c)    Work shall include complete landscape plans and details
      including planting plans, plant schedule showing common
      name, botanical name, size, quantity and typical spacing of
      plant materials.  Detail sheet shall include planting
      detail, temporary and permanent fence detail, staking
      detail if staking is required and any site related details.

d)    All playgrounds must be altered or designed using CPSC and
      ASTM guidelines.  The playground designer must be a
      Landscape Architect certified as a Playground Safety
      Inspector by the National Park and Recreation Association.

2.8.3  Scope and Objectives

a)    Landscaping shall consist of developing and implementing
      techniques to save existing vegetation; topsoil and seed of
      all disrupted areas; design of new landscaping including
      installation of trees, shrubs, groundcovers as a
      betterment.

b)    Design shall meet local requirements for plant growth and
      establishment recognizing climatic limitations including
      snow accumulation and wind.

c)    Alterations including relocation of existing playground
      equipment shall include redesign of equipment and play area
      to increase play value.  Existing recreation areas shall be
      maintained in existing quantities and may be moved so long
      as optimal and safe access is maintained.  Play areas must
      be centrally located to housing units.

2.8.4  Landscape Design and Installation

a)    Landscaping shall be in accordance with the Installation
      Design Guide, 6th Infantry Division Light.  Landscaping
      shall include analysis of existing vegetation and
      determination of techniques to protect and save existing
      vegetation where existing vegetation will provide value to
      the new units proposed for the project.  Existing
      landscaping that could hinder site use by residents or that
      will suffer severe, adverse, or irreparable damage during
      demolition and construction shall not be saved.

b)    All areas disturbed by construction shall be seeded and

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

where necessary erosion control methods shall be used to
control wind or water related erosion.  Work shall consist
of placing 100 mm (4 inches) topsoil on all disturbed areas
and seeding areas with approved seed mix.

1.  Grass Seed:

    a) Seeds shall be Kentucky Bluegrass, a mixture of 45
       percent Red Fescue (arctared), and 10% Annual Rye; OR
       50 percent Bluegrass and 50 percent Red Fescue as the
       annual rye dies off the first winter.
    b) Seeding shall be done prior to August 1 or as dormant
       seeding after first frost.

2.  Topsoil:

    a) Original fertile, friable surface soil typical of
       area, capable of supporting plant growth, reasonably
       free of subsoil, clay, weeds, roots, sticks, stubble,
       and stones larger than 3/4 inch.  Topsoil furnished
       shall consist of a natural friable surface soil
       without admixtures of undesirable subsoil, refuse, or
       foreign materials.
    b) Topsoil Composition:

       1.  Organic Materials not less than 40 percent nor
           more than 60 percent by volume.  (15-20% by
           weight)
       2.  Silt not less than 20 percent by volume (50-60
           percent by weight)
       3.  Sand not less than 20 percent nor more than 30%
           by volume. (20-30 percent by weight).

3.  Fertilizer:

    The application rate of the fertilizer and limestone
    per 1,000 square feet of ground area of topsoil shall
    be determined by the Owner, based on soil analysis
    test so that the total natural and applied chemical
    constituents are as follows:

        Nitrogen          21-35 PPM
        Phosphoric Acid   11-20 PPM
        Potassium         76-150 PPM
        Limestone         Sufficient to attain a pH of
                          6.0-7.0

c)  Trees , Shrubs and Groundcovers shall be designed and
    installed to enhance proposed housing units and meet
    requirements of the Installation Design Guide as a
    betterment.  All plants shall be sound, healthy, vigorous
    and free of disease, injury, abrasions, insects and scale;
    all trees and shrubs shall be well branched and have
    vigorous root systems. All plant materials used shall be
    true to name and size in conformity with the standards set
    forth in ANSI Z60.1.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

       1.      All trees, shrubs, and groundcovers shall be designed
and planted in planting beds that are excavated to a
depth no less than 600 mm. Planting beds shall be
mulched with a wood bark mulch that creates a mat
that retains moisture, holds soil and prevents the
growth of weeds. Wood bark mulch shall be primarily
of shredded bark of no greater than 100 mm with no
more than thirty percent chipped wood or sawdust.

d)     Maintenance of all landscape areas shall include protection
and maintenance of seeded areas until a uniform stand of
grass is established however no earlier than one full
growing season beyond seeding time. Maintenance of lawn
areas shall include mowing on a weekly basis or more
frequently to keep grass at no higher than 80 mm at any
given time. Water and fertilizer shall be applied on a
regular basis to create a green, thriving vegetative mat
with a well-established root system.

e)     Maintenance of all other landscape areas shall include
water, fertilizer, weeding and pruning of plants to
maintain their natural character and health. Planting beds
shall be maintained in a weed free condition and shall be
replenished with bark mulch to maintain a constant depth of
80 mm.

2.8.5  Betterments

a)     Landscaping beyond what was saved shall be considered a
betterment and shall meet the requirements of this section.

b)     Provide trees, shrubs and groundcovers to enhance the
street appearance and value of each unit. Focus landscape
areas at building fronts and along streets.

c)     Landscaping in masses or groupings is preferable to the
placement of single trees spread throughout the project.

d)     The addition of landscaping as a betterment shall not
substantially increase maintenance requirements for the
Owner.

2.8.6  Design/Build Contractor Innovations

Saving existing vegetation through building location, temporary
protective fencing and/or careful construction practices will
improve unit appearance and value.

2.8.7  Prohibited Items

a)     Do not place trees and shrubs within fenced areas of units.

b)     Trees and shrubs shall not be of lower quality than as
specified in the American Standard for Nursery Stock
(ANSI).

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                                    **CGO DWELLING UNIT – 3 Bedroom Type**

A.     Room Name:                            **3-BEDROOM UNIT REQUIREMENTS**

B.     Relationship to Other Areas:          **Fire resistance of party walls per**
                                             **Mil Handbook 1008C, NFPA 101 and UBC:**
                                             **1-Hour fire rated partition between units**
                                             **2-Hour area separation wall separating pairs of**
                                             **units**

C.     Spatial Requirements

       1)  Area:                             **Per TI 801-02 Technical Instructions**
                                             **for Family Housing, Table 5-1**
                                             **125 sq. meters (1,350 sq. ft.) net, max.**
                                             **+ 27.87 sq. meters (300 sq. ft) Arctic Bonus Area**
                                             **\*does not include Sub-Activity areas**
                                             **\*does not include access clearances required for**
                                             **ADA-adaptable units**
       2)  Minimum Ceiling Height:           **See room requirements**
       3)  Flexibility/Multiple Use Needs:   **See room requirements; ADA-**
                                             **adaptable unit plans must facilitate retrofit for**
                                             **special needs tenants**
       4)  Sub-Activity Areas:               **Utility and laundry rooms, bulk storage,**
                                             **mechanical space, stairs/landings, arctic**
                                             **entry, attic/basement, patio, garage, increases**
                                             **for accessibility standards**
       5) Sub-Activity Relationships:        **See room requirements**

D.     Environmental Characteristics
       1)      Acoustical:                   **Sound transmission standards between**
                                             **dwelling units summarized as follows (see Chapter**
                                             **5 and Table 5-2 in TI 801-02):**
                                             **FIIC (Field Impact Isolation Class)**
                                             **Habitable areas – 65, Habitable wet areas – 57 FSTC**
                                             **(Field Sound Transmission Class)**
                                             **Party walls – 52, Habitable areas – 52, Habitable wet**
                                             **areas - 52**
       2)  Visual:                           **Per Ft. Wainwright Installation Design Guide**
                                             **and Design Criteria**
       3)  Aesthetic:                        **Per Ft. Wainwright Installation Design**
                                             **Guide and Design Criteria**

E.     Building Systems
       1)  Electrical:                       **208Y/120V, 3 phase, 4 wire, 60 Hz**
       2)  Lighting:                         **See room requirements**
       3)  Telecommunication:                **Install cabinet containing panels and**
                                             **modules to terminate, patch, distribute to in unit**
                                             **devices and homerun to building utility room for**
                                             **connection to base telecom/data and cable TV.**
       4)  Plumbing:                         **Exterior hose bibs, front and back of**
                                             **Unit.**
       5)  Heating:                          **Hydronic Heat in all rooms with**
                                             **exterior walls.**
       6)  Ventilation:                      **Operable Windows for Ventilation**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

| F. | Storage: | **See room requirements** |
|----|----------|---------------------------|

| G. | Display: | **See room requirements** |
|----|----------|---------------------------|

| H. | Furniture & Equipment: | **See room requirements** |
|----|------------------------|---------------------------|

| I. | Special Equipment: | **See room requirements** |
|----|--------------------|---------------------------|

J.     Surfaces/Finishes
       1)  Floor:              **See room requirements**
       2)  Base:              **See room requirements**
       3)  Wainscot:          **See room requirements**
       4)  Walls:             **See room requirements**
       5)  Ceiling:           **See room requirements**
       6)  Window Treatment:  **See room requirements**

K.     Parking Requirement:          **1-Space in Garage, 2 Spaces outside of
                                      Unit w/ head-bolt heaters**

L.     Bubble Diagram:



FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**          **CGO DWELLING UNIT – 3 Bedroom Type**

A.   Room Name:                       **Living Room**

B.   Relationship to Other Areas:     **Immediate access to Entry, public spaces**

C.   Spatial Requirements
   1)  Area:                       **Per TI 801-02 Technical Instructions for**
                                           **Family Housing, Table 5-3**
                                           **14 sq. meters (150 sq. ft.) net, min.***
                                           **3550 mm (11'-8") length, minimum**
                                           **3550 mm (11'-8") width, minimum**
                                           ***exclusive of circulation; add 1000mm (3'-3") to**
                                           **the minimum dimension**
   2)  Minimum Ceiling Height:     **2300 mm (7'-6")**

D.   Environmental Characteristics
   1)  Acoustical:                 **Per Chapter 5 and Table 5-2 in TI 801-02:**
                                           **FIIC (Field Impact Isolation Class)  - 65**
                                           **FSTC (Field Sound Transmission Class) - 52**
   2)  Visual:                     **2-story space or high ceiling area**
   3)  Aesthetic:                  **Feature window area, view to entry**

E.   Building Systems
   1)  Electrical:                 **Switched receptacle adjacent to couch; Cable TV**
                                           **outlet**
   2)  Lighting:                   **Separately switched lamp & ceiling fan combo;**
                                           **Minimum illuminance 200 lux**
   3)  Telecommunication/Data:     **Quad phone/data outlet**
   4)  Plumbing:                   **None**
   5)  Heating:                    **Hydronic Terminal Units or Radiant Floor**
   6)  Ventilation:                **Ceiling fan, operable windows**

F.   Storage:                         **None**

G.   Display:                         **None**

H.   Furniture & Equipment:           **None**

I.   Special Equipment:               **None**

J.   Surfaces/Finishes
   1)  Floor:                      **Carpet over pad**
   2)  Base:                       **Wood**
   3)  Wainscot:                   **None**
   4)  Walls:                      **Painted gypsum wallboard**
   5)  Ceiling:                    **Painted gypsum wallboard**
   6)  Window Treatment:           **Horizontal blinds**

K.   Other:                           **None**

FY01 REPLACMENT FAMILY HOUSING                              FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                    **Dining Room**

B.    Relationship to Other Areas:  **Direct access to Kitchen**

C.    Spatial Requirements
      1)   Area:                     **Per TI 801-02 Technical Instructions for**
                                     **Family Housing, Table 5-3**
                                     **8.4 sq. meters (90 sq. ft.) net, min.***
                                     **2900 mm (9'-6") length, minimum**
                                     **2900 mm (9'-6") width, minimum**
                                     ***exclusive of circulation; add 1000mm (3'-3") to**
                                     **the minimum dimension**
      2)   Minimum Ceiling Height:   **2300 mm (7'-6")**

D.    Environmental Characteristics
      1)   Acoustical:               **Where adjacent to neighboring unit, Per Chapter 5**
                                     **And Table 5-2 in TI 801-02:**
                                     **FIIC (Field Impact Isolation Class)  - 65**
                                     **FSTC (Field Sound Transmission Class) - 52**
      2)   Visual:                   **None**
      3)   Aesthetic:                **None**

E.    Building Systems
      1)   Electrical:               **Receptacles per NEC**
      2)   Lighting:                 **Overhead Fixture, minimum illuminance 200 lux**
      3)   Telecommunication:        **None**
      4)   Plumbing:                 **None**
      5)   Heating:                  **Hydronic Terminal Units or Radiant Floor**
      6)   Ventilation:              **Operable windows**

F.    Storage:                       **None**

G.    Display:                       **None**

H.    Furniture & Equipment:         **None**

I.    Special Equipment:             **None**

J.    Surfaces/Finishes
      1)   Floor:                    **Resilient sheet flooring**
      2)   Base:                     **Wood**
      3)   Wainscot:                 **None**
      4)   Walls:                    **Painted gypsum wallboard**
      5)   Ceiling:                  **Painted gypsum wallboard**
      6)   Window Treatment:         **Horizontal blinds**

K.    Other:                         **None**

FY01 REPLACMENT FAMILY HOUSING                                          FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                        **Family Room**

B.    Relationship to Other Areas:      **Adjacent to and Contiguous with Kitchen**

C.    Spatial Requirements
      1)  Area:                         **Per TI 801-02 Technical Instructions for**
                                        **Family Housing, Table 5-3**
                                        **8.4 sq. meters (90 sq. ft.) net, min.***
                                        **2900 mm (9'-6") length, minimum**
                                        **2900 mm (9'-6") width, minimum**
                                        ***exclusive of circulation; add 1000mm (3'-3") to**
                                        **the minimum dimension**
      2)  Minimum Ceiling Height:       **2300 mm (7'-6")**
      3)  Flexibility/Multiple Use Needs: **None**
      4)  Sub-Activity Areas:           **Auxiliary Dining Area (if not part of Kitchen**
                                        **space)**
      5)  Sub-Activity Relationships:   **Direct access to Kitchen**

D.    Environmental Characteristics
      1)  Acoustical:                   **Where adjacent to neighboring unit, Per**
                                        **Chapter 5 and Table 5-2 in TI 801-02:**
                                        **FIIC (Field Impact Isolation Class) - 65**
                                        **FSTC (Field Sound Transmission Class) - 52**

E.    Building Systems
      1)  Electrical:                   **Switched receptacle adjacent to couch, TV outlet**
      2)  Lighting:                     **Combo ceiling fan/light fixture on separate switches;**
                                        **Minimum illuminance 200 lux**
      3)  Telecommunication             **Quad Phone/Data outlet**
      4)  Plumbing                      **None**
      5)  Heating:                      **Hydronic Terminal Units or Radiant Floor**
      6)  Ventilation:                  **Operable windows, ceiling fan**

F.    Storage:                          **None**

G.    Display:                          **None**

H.    Furniture & Equipment:            **Space for Table (if not provided as part of Kitchen)**

I.    Special Equipment:                **None**
J.    Surfaces/Finishes
      1) Floor:                         **Resilient  sheet  flooring  if  auxiliary  eating  area,**
                                        **carpet/pad otherwise**
      2) Base:                          **Wood**
      3) Wainscot:                      **None**
      4) Walls:                         **Painted gypsum wallboard**
      5) Ceiling:                       **Painted gypsum wallboard**
      6) Window Treatment:              **Horizontal blinds**

K.    Other:                            **None**

FY01 REPLACMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                   **CGO DWELLING UNIT – 3 Bedroom Type**

A.      Room Name:                          **Kitchen**

B.   Relationship to Other Areas:      **Adjacent to and Contiguous with Family
                                        Room, Dining Room**

C.  Spatial Requirements
1)   Area:                               **Per TI 801-02 Technical Instructions for
                                         Family Housing, Table 5-3
                                         6.0 sq. meters (64 sq. ft.) net, minimum\*
                                         2450 mm (8'-0") length, minimum
                                         2450 mm (4'-0") width, minimum
                                         \*1200 mm (4'-0") min. clearance required in front
                                         of, and between, cabinets
                                         \*adaptable units must anticipate UFAS required
                                         clearances**
       2)   Minimum Ceiling Height:      **2300 mm (7'-6")**
       3)   Sub-Activity Areas:          **Auxiliary Dining Area (if not part of Family
                                         Room),  change above dimensions to,
                                         and measure from face of cabinets to walls:
                                         6.7 sq. meters (8 sq. ft.) net, minimum
                                         2600 mm (8'-6") length, minimum
                                         2600 mm (8'-6") width, minimum**
       5)   Sub-Activity Relationships:  **Direct access to Dining Room, Garage**

D.      Environmental Characteristics
        1)  Acoustical:                  **Where adjacent to neighboring unit, Per Chapter 5 and
                                         Table 5-2 in TI 801-02:  FIIC (Field Impact Isolation Class)  -
                                         57; FSTC (Field Sound Transmission Class) - 52**
        2)  Visual:                      **Natural lighting**
        3)  Aesthetic:                   **Cleanable surfaces**

E.      Building Systems
        1)  Electrical:                  **Receptacles per NEC**
        2)  Lighting:                    **Minimum illuminance 300 lux in addition to task
                                         lighting shown below; Undercabinet Lighting on 2
                                         Switches - 750 lux; Sink lighting – 750 lux; Range Light
                                         in hood -  750 lux**
        3)  Telecommunication:           **Wall  mount telephone receptacle**
        4)  Plumbing:                    **Double compartment stainless steel sink with
                                         single lever faucet, spray hose, garbage disposal,
                                         dishwasher, Water to refrigerator icemaker**
        5)  Heating:                     **Hydronic Terminal Units or Radiant Floor**
        6)  Ventilation:                 **Provide ducted range hood with fan and light;
                                         operable windows**

F.      Storage:                         **Per TI 801-02 Table 5-5
                                         Wall Cabinet – 2.3 sq. meters (24 sq. ft.) total shelf area
                                         Base Cabinet – 3.0 sq. meters (32 sq. ft) total shelf area
                                         Pantry – not required by AEI, but desired by Housing
                                         Drawers – 1.3 sq. meters (14 sq. ft.) flat area
                                         Countertop – 1.1 sq. meters (12 sq. ft.) flat area
                                         Counter space for Microwave
                                         Refrigerator/Freezer – 0.5 sq. meters (6 sq. ft.)\*
                                         900 mm (3'-0") length, min., 600 mm (2'-0") width, min.**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**\*Ref./Freezer area is not part of totals above**

G.    Display:                    **None**

H.    Furniture & Equipment:      **Dishwasher, CFE (with water booster heater to 60 deg. C)**
                                  **Garbage Disposal, CFE**
                                  **Refrigerator/Freezer, GFE**
              AM #5...**Range and Ventilation Hood, CFE...AM #5**
                                  **Microwave Oven, by Tenant**

I.    Special Equipment:          **None**

J.    Surfaces/Finishes
      1)    Floor:                **Resilient sheet flooring**
      2)    Base:                 **Wood with ¼-round moulding**
      3)    Wainscot:             **None**
      4)    Walls:                **Painted gypsum wallboard, tile behind wet areas**
      5)    Ceiling:              **Painted gypsum wallboard**
      6)    Window Treatment:     **Horizontal blinds**

K.    Other:                      **Housing Office preferred configuration is "breakfast**
                                  **bar" auxiliary eating area**

FY01 REPLACMENT FAMILY HOUSING                                FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                **Washer/Dryer**

B.    Relationship to Other Areas:    **May be part of Utility Room and/or Bulk Storage**

C.    Spatial Requirements
    1)  Area:                **Per TI 801-02 Technical Instructions for Family Housing, Table 5-3
1.6 sq. meters (54 sq. ft.) net, min., 2.8 sq. meters (30 sq. ft) max.\*
1800 (6'-0") length, minimum
900 (3'-0") width, minimum
\*exclusive of circulation if shared space**
    2)  Minimum Ceiling Height:    **2300 mm (7'-6") minimum**
    3)  Flexibility/Multiple Use Needs:    **Utility Area, Bulk Storage (optional)**

D.    Environmental Characteristics
    1)  Acoustical:    **Where adjacent to neighboring unit, Per Chapter 5 And Table 5-2 in TI 801-02:
FIIC (Field Impact Isolation Class) - 57
FSTC (Field Sound Transmission Class) - 52**

E.    Building Systems
    1)  Electrical:    **Special receptacles as required for laundry equipment; convenience receptacles**
    2)  Lighting:    **Ceiling mounted lighting fixture, Compact Fluorescent, High CRI**
    3)  Telecommunication:    **None**
    4)  Plumbing:    **Single lever hot/cold water supply hose valves in recessed box, floor drain**
    5)  Heating:    **None**
    6)  Ventilation:    **Dryer Exhaust duct to exterior wall hood directed away from eaves or overhangs**

F.    Storage:              **Shelving or cabinet above appliances**

G.    Display:              **None**

H.    Furniture & Equipment:      **Washer and Dryer, GFE**

I.    Special Equipment:        **None**

J.    Surfaces/Finishes
    1)  Floor:        **Resilient sheet flooring**
    2)  Base:        **Wood or rubber base**
    3)  Wainscot:      **None**
    4)  Walls:        **Painted moisture-resistant gypsum wallboard**
    5)  Ceiling:      **Painted gypsum wallboard**
    6)  Window Treatment:  **None**

K.    Other:              **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**             **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                        **Bedroom #1 – (Master)**

B.    Relationship to Other Areas:      **Direct access to Bathroom, Quiet Area**

C.    Spatial Requirements
      1)  Area:                         **Per TI 801-02 Technical Instructions for**
                                        **Family Housing, Table 5-3**
                                        **14.0 sq. meters (150 sq. ft.) net, minimum**
                                        **3550 (11'-8") length, minimum**
                                        **3550 (11'-8") width, minimum**
      2)  Minimum Ceiling Height:       **2300 mm (7'-6")**

D.    Environmental Characteristics
      1)  Acoustical:                   **Where adjacent to neighboring unit, Per Chapter 5**
                                        **and Table 5-2 in TI 801-02:**
                                        **FIIC (Field Impact Isolation Class)  - 65**
                                        **FSTC (Field Sound Transmission Class) - 52**

E.    Building Systems
      1)  Electrical:                   **Switched (3-way) receptacle adjacent to bed;**
                                        **Compact Fluorescent reading lights adjacent to bed;**
                                        **cable TV outlet opposite bed**
      2)  Lighting:                     **Combo ceiling fan/light fixture on separate**
      **switches;**
                                        **Minimum illuminance 200 lux.**
      3)  Data/Telecommunication:       **Quad Telecom/data outlets, (1) adjacent to bed,**
                                        **(1) opposite bed**
      4)  Plumbing:                     **None**
      5)  Heating:                      **Hydronic terminal units or radiant floor**
      6)  Ventilation:                  **Operable windows, ceiling fan**

F.    Storage:                          **None**

G.    Display:                          **None**

H.    Furniture & Equipment:            **None**

I.    Special Equipment:                **None**

J.    Surfaces/Finishes
      1)  Floor:                        **Carpet with Pad**
      2)  Base:                         **Wood**
      3)  Wainscot:                     **None**
      4)  Walls:                        **Painted gypsum wallboard**
      5)  Ceiling:                      **Painted gypsum wallboard**
      6)  Window Treatment:             **Horizontal blinds**

K.    Other:                            **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**            **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                          **Bedroom #1 (Master) Closet**

B.    Relationship to Other Areas:        **Direct Access to Bedroom #1, walk-in
                                           configuration preferred**

C.    Spatial Requirements
      1)  Area:                           **Per TI 801-02 Technical Instructions for
                                           Family Housing, Table 5-6
                                           1800 mm (6'-0") width, minimum**
      2)  Minimum Ceiling Height:         **2300 mm (7'-6")**

D.    Environmental Characteristics
      1)  Acoustical:          **None**
      2)  Visual:              **None**
      3)  Aesthetic:           **None**

E.    Building Systems
      1)  Electrical:          **None**
      2)  Lighting:            **Switched closet compact fluorescent fixture, high
                               CRI**
      3)  Telecommunication    **None**
      4)  Plumbing             **None**
      5)  Heating:             **None**
      6)  Ventilation:         **None**

F.    Storage:                            **305 mm (12") minimum deep Shelf with Clothes Rod,
                                          intermediate supports to support required loads**

G.    Display:                            **None**

H.    Furniture & Equipment:              **None**

I.    Special Equipment:                  **None**

J.    Surfaces/Finishes
      1)   Floor:             **Carpet**
      2)   Base:              **Wood**
      3)   Wainscot:          **None**
      4)   Walls:             **Painted gypsum wallboard**
      5)   Ceiling:           **Painted gypsum wallboard**
      6)   Window Treatment:  **None**

K.    Other:                  **None**

FY01 REPLACMENT FAMILY HOUSING                                          FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 3 Bedroom Type**

A.      Room Name:                          **Bedroom #2**

B.      Relationship to Other Areas:        **Direct access to Quiet Area**

C.      Spatial Requirements
        1)   Area:                          **Per TI 801-02 Technical Instructions for**
                                            **Family Housing, Table 5-3**
                                            **11.1 sq. meters (120 sq. ft.) net, minimum**
                                            **3000 (10'-0") length, minimum**
                                            **3000 (10'-0") width, minimum**
        2)   Minimum Ceiling Height:        **2300 mm (7'-6")**

D.      Environmental Characteristics
        1)   Acoustical:                    **Where adjacent to neighboring unit, Per Chapter 5**
                                            **And Table 5-2 in TI 801-02:**
                                            **FIIC (Field Impact Isolation Class)  - 65**
                                            **FSTC (Field Sound Transmission Class) - 52**
        2)   Visual:                        **None**
        3)   Aesthetic:                     **None**

E.      Building Systems
        1)   Electrical:                    **Switched (3-way) receptacle adjacent to bed;**
                                            **compact fluorescent reading light adjacent to bed;**
                                            **cable TV outlet opposite bed**
        2)   Lighting:                      **Combo ceiling fan/light fixture on separate switches;**
                                            **Minimum illuminance 200 lux.**
        3)   Data/Telecommunication:        **Telecomm/data outlets, (1) adjacent to bed,**
                                            **(1) opposite bed**
        4)   Plumbing                       **None**
        5)   Heating:                       **Hydronic terminal units or radiant floor**
        6)   Ventilation:                   **Operable windows, ceiling fan**

F.      Storage:                            **None**

G.      Display:                            **None**

H.      Furniture & Equipment:              **None**

I.      Special Equipment:                  **None**

J.      Surfaces/Finishes
        1)   Floor:                         **Carpet with Pad**
        2)   Base:                          **Wood**
        3)   Wainscot:                      **None**
        4)   Walls:                         **Painted gypsum wallboard**
        5)   Ceiling:                       **Painted gypsum wallboard**
        6)   Window Treatment:              **Horizontal blinds**

K.      Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**               **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                    **Bedroom #2 Closet**

B.    Relationship to Other Areas:  **Direct Access to Bedroom #2**

C.    Spatial Requirements
      1)  Area:                     **Per TI 801-02 Technical Instructions for
                                    Family Housing, Table 5-6
                                    1200 mm (4'-0") width, minimum**
      2)  Minimum Ceiling Height:   **2300 mm (7'-6")**

D.    Environmental Characteristics
      1)  Acoustical:               **None**
      2)  Visual:                   **None**
      3)  Aesthetic:                **None**

E.    Building Systems
      1)  Electrical:               **None**
      2)  Lighting:                 **Switched closet compact fluorescent fixture, high CRI**
      3)  Data/Telecommunication:   **None**
      4)  Plumbing:                 **None**
      5)  Heating:                  **None**
      6)  Ventilation:              **None**

F.    Storage:                      **305 mm (12") minimum deep Shelf with Clothes Rod,
                                    intermediate supports to support required loads**

G.    Display:                      **None**

H.    Furniture & Equipment:        **None**

I.    Special Equipment:            **None**

J.    Surfaces/Finishes
      1)  Floor:                    **Carpet**
      2)  Base:                     **Wood**
      3)  Wainscot:                 **None**
      4)  Walls:                    **Painted gypsum wallboard**
      5)  Ceiling:                  **Painted gypsum wallboard**
      6)  Window Treatment:         **None**

K.    Other:                        **None**

FY01 REPLACMENT FAMILY HOUSING                                          FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                          **Bedroom #3**

B.    Relationship to Other Areas:        **Direct access to Quiet Area**

C.    Spatial Requirements
      1)  Area:                           **Per TI 801-02 Technical Instructions for**
                                          **Family Housing, Table 5-3**
                                          **9.0 sq. meters (100 sq. ft.) net, minimum**
                                          **3000 (10'-0") length, minimum**
                                          **3000 (10'-0") width, minimum**
      2)  Minimum Ceiling Height:         **2300 mm (7'-6")**

D.    Environmental Characteristics
      1)  Acoustical:                     **Where adjacent to neighboring unit, Per**
                                          **Chapter 5 and Table5-2 in TI 801-02:**
                                          **FIIC (Field Impact Isolation Class)  - 65**
                                          **FSTC (Field Sound Transmission Class) - 52**
      2)  Visual:                         **None**
      3)  Aesthetic:                      **None**

E.    Building Systems
      1)  Electrical:                     **Switched (3-way) receptacle adjacent to bed;**
                                          **compact fluorescent reading light adjacent to bed; cable**
                                          **TV outlet opposite bed**
      2)  Lighting:                       **Combo ceiling fan/light fixture on separate switches;**
                                          **Minimum illuminance 200 lux.**
      3)  Data/ Telecommunication:        **Telecomm/data outlets, (1) adjacent to bed, (1)**
                                          **opposite bed**
      4)  Plumbing:                       **None**
      5)  Heating:                        **Hydronic terminal units or radiant floor**
      6)  Ventilation:                    **Operable windows, ceiling fan**

F.    Storage:                            **None**

G.    Display:                            **None**

H.    Furniture & Equipment:              **None**

I.    Special Equipment:                  **None**

J.    Surfaces/Finishes
      1)  Floor:                          **Carpet with Pad**
      2)  Base:                           **Wood**
      3)  Wainscot:                       **None**
      4)  Walls:                          **Painted gypsum wallboard**
      5)  Ceiling:                        **Painted gypsum wallboard**
      6)  Window Treatment:               **Horizontal blinds**

K.    Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT – 3 Bedroom Type**

A.      Room Name:                          **Bedroom #3 Closet**

B.      Relationship to Other Areas:        **Direct Access to Bedroom #3**

C.      Spatial Requirements
        1) Area:                            **Per TI 801-02 Technical Instructions for**
                                            **Family Housing, Table 5-6**
                                            **1200 mm (4'-0") width, minimum**
        2) Minimum Ceiling Height:          **2300 mm (7'-6")**

D.      Environmental Characteristics
        1) Acoustical:                      **None**
        2) Visual:                          **None**
        3) Aesthetic:                       **None**

E.      Building Systems
        1) Electrical:                      **None**
        2) Lighting:                        **Compact fluorescent ceiling fixture, High CRI**
        3) Data/Telecommunication:          **None**
        4) Plumbing                         **None**
        5) Heating:                         **None**
        6) Ventilation:                     **None**

F.      Storage:                            **305 mm (12") minimum deep Shelf with Clothes Rod,**
                                            **intermediate supports to support required loads**

G.      Display:                            **None**

H.      Furniture & Equipment:              **None**

I.      Special Equipment:                  **None**

J.      Surfaces/Finishes
        1) Floor:                           **Carpet**
        2) Base:                            **Wood**
        3) Wainscot:                        **None**
        4) Walls:                           **Painted gypsum wallboard**
        5) Ceiling:                         **Painted gypsum wallboard**
        6) Window Treatment:                **None**

K.      Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                        FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**          **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                        **Half-Bath**

B.    Relationship to Other Areas:       **Direct access to Public Area**

C.    Spatial Requirements
      1)   Area:                         **Per TI 801-02 Technical Instructions for
                                         Family Housing, Table 5-3; 900 (3'-0") width
                                         lavatory, minimum (adaptable units must
                                         anticipate UFAS required clearances)**
      2)   Minimum Ceiling Height:       **2300 mm (7'-6")**

D.    Environmental Characteristics
      1)   Acoustical:              **Where adjacent to neighboring unit, Per Chapter 5 and
                                    Table 5-2 in TI 801-02:
                                    FIIC (Field Impact Isolation Class) - 57
                                    FSTC (Field Sound Transmission Class) - 52**
      2)   Visual:                  **None**
      3)   Aesthetic:               **None**

E.    Building Systems
      1)   Electrical:              **GFCI receptacles near lavatory**
      2)   Lighting:                **Minimum     600mm     fixture     over     mirror,
      incandescent
                                    or High CRI Fluorescent; minimum 400mm vertical
                                    fixture on both sides of mirror; compact fluorescent
                                    ceiling light, minimum illuminance – 300 lux**
      3)   Data/Telecommunication:  **None**
      4)   Plumbing:                **(1) water closet, (1) lavatory**
      5)   Heating:                 **Hydronic Terminal Units or Radiant Floor**
      6)   Ventilation:             **Exhaust ventilation, ducted to exterior wall**

F.    Storage:                      **Medicine cabinet, surface mounted; size and mount to
                                    accommodate full range of resident heights**

G.    Display:                      **Lavatory mounted in 610 mm (2'-0") wide min. countertop
                                    with 100 mm (4") minimum backsplash**

H.    Furniture & Equipment:        **Toilet tissue holder, Robe hook, Towel bar, 750 mm (30")
                                    minimum, total**

I.    Special Equipment:            **Concealed solid wood backing for future grab bars
                                    at water closet**

J.    Surfaces/Finishes
      1)   Floor:                   **Resilient sheet flooring**
      2)   Base:                    **Rubber**
      3)   Wainscot:                **None**
      4)   Walls:                   **Painted moisture resistant gypsum wallboard**
      5)   Ceiling:                 **Painted gypsum wallboard**
      6)   Window Treatment:        **Obscure glass (if applicable)**

K.    Other:                        **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                        **Full-Bath (2 required)**

B.    Relationship to Other Areas:      **1 - Direct accessibility to Bedroom #1
                                        (Master), 1 - Direct accessibility to Hallway**

C.    Spatial Requirements
      1)  Area:                         **Per TI 801-02 Technical Instructions for
                                        Family Housing, Table 5-3
                                        900 (3'-0") width, minimum\*
                                        \*adaptable units must anticipate UFAS
                                        required clearances**
      2)  Minimum Ceiling Height:       **2300 mm (7'-6")**
      3)  Flexibility/Multiple Use Needs:  **Compartmentalized bathroom to maximize
                                        privacy and family use**

D.    Environmental Characteristics
      1)  Acoustical:                   **Where adjacent to neighboring unit, Per Chapter 5 and
                                        Table 5-2 in TI 801-02: <u>FIIC (Field Impact Isolation Class)</u> -
                                        57; <u>FSTC (Field Sound Transmission Class)</u> - 52**
      2)  Visual:                       **None**
      3)  Aesthetic:                    **None**

E.    Building Systems
      1)  Electrical:                   **GFCI receptacles near lavatory**
      2)  Lighting:                     **Minimum 600mm fixture over mirror, incandescent
                                        or High CRI Fluorescent; minimum 400mm vertical
                                        fixture on both sides of mirror; compact fluorescent
                                        ceiling light, minimum illuminance – 300 lux**
      3)  Data/Telecommunication:       **None**
      4)  Plumbing:                     **(1) water closet, (1) lavatory, (1) shower/tub
                                        combination with hand-held shower unit**
      5)  Heating:                      **Hydronic Terminal Units or Radiant Floor**
      6)  Ventilation:                  **Exhaust fan, ducted to an exterior wall**

F.    Storage:                          **Medicine Cabinet, size and mount to accommodate full
                                        range of resident heights**

G.    Display:                          **Lavatory mounted in 610 mm (2'-0") wide min. countertop
                                        With 100 mm (4") minimum backsplash**

H.    Furniture & Equipment:            **Toilet tissue holder, Soap dish (if integral w/ shower unit),
                                        Robe hook; Shower curtain rod, Towelbars - 1100 mm
                                        (42") minimum, total**

I.    Special Equipment:                **Concealed solid wood backing for future grab bars
                                        at water closet and tub/shower**

J.    Surfaces/Finishes
      1)  Floor:                        **Resilient sheet flooring**
      2)  Base:                         **Rubber**
      3)  Wainscot:                     **None**
      4)  Walls:                        **Painted moisture resistant gypsum wallboard,
                                        full-height solid surface panels at tub/shower or fiberglass
                                        tub surround**

FY01 REPLACMENT FAMILY HOUSING                              FTW230
DACA85-01-R-0024, AMENDMENT R0005

     5)  Ceiling:                **Painted exterior soffit gypsum wallboard**
     6)  Window Treatment:     **Obscure Glass (if applicable)**

K.    Other:                 **None**

FY01 REPLACMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**          **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                    **Vestibule**

B.    Relationship to Other Areas:  **Direct Access to Entry Closet**

C.    Spatial Requirements
      1)  Area:                     **Per TI 801-02 Technical Instructions for**
                                    **Family Housing, Table 5-3**
                                    **1.2 sq. meters (13 sq. ft.), minimum, 1.5 sq.**
                                    **meters (16 sq. ft.) maximum**
                                    **1000 mm (3'-3"), length, minimum**
                                    **1200 mm (4'-0") depth, minimum**
      2)  Minimum Ceiling Height:   **2300 mm (7'-6")**

D.    Environmental Characteristics
      1)  Acoustical:               **Where adjacent to neighboring unit, Per Chapter 5 and**
                                    **Table 5-2 in TI 801-02: FIIC (Field Impact Isolation Class)  -**
                                    **57; FSTC (Field Sound Transmission Class) - 52**
      2)  Visual:                   **None**
      3)  Aesthetic:                **None**

E.    Building Systems
      1)  Electrical:               **Receptacle opposite door**
      2)  Lighting:                 **Switched exterior entry light, switched ceiling fixture**
      3)  Data/Telecommunication:   **None**
      4)  Plumbing                  **None**
      5)  Heating:                  **Hydronic Terminal Units**
      6)  Ventilation:              **None**

F.    Storage:                      **Coat storage, heated boots and outerwear**

G.    Display:                      **None**

H.    Furniture & Equipment:        **Bench and (6 minimum) coat hooks**

I.    Special Equipment:            **None**

J.    Surfaces/Finishes
      1)    Floor:                  **Ceramic tile or resilient sheet flooring**
      2)    Base:                   **Ceramic tile or wood**
      3)    Wainscot:               **None**
      4)    Walls:                  **Painted gypsum wallboard**
      5)    Ceiling:                **Painted gypsum wallboard**
      6)    Window Treatment:       **Horizontal blinds**

K.    Other:                        **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                **CGO DWELLING UNIT – 3 Bedroom Type**

A.     Room Name:                          **Entry Hall Closet**

D.     Relationship to Other Areas:        **Direct Access to Vestibule**

E.     Spatial Requirements
       2) Area:                            **Per TI 801-02 Technical Instructions for
                                           Family Housing, Table 5-6
                                           1200 mm (4'-0") width, minimum**
       2) Minimum Ceiling Height:          **2300 mm (7'-6")**

D.     Environmental Characteristics
       1) Acoustical:              **None**
       2) Visual:                  **None**
       3) Aesthetic:               **None**

E.     Building Systems
       1) Electrical:              **None**
       2) Lighting:                **None**
       3) Data/Telecommunication:  **None**
       4) Plumbing:                **None**
       5) Heating:                 **None**
       6) Ventilation:             **None**

F.     Storage:                    **305 mm (12") minimum deep Shelf with Clothes Rod**

G.     Display:                    **None**

H.     Furniture & Equipment:      **None**

I.     Special Equipment:          **None**

J.     Surfaces/Finishes
       1)   Floor:                 **Match adjacent flooring**
       2)   Base:                  **Wood or rubber**
       3)   Wainscot:              **None**
       4)   Walls:                 **Painted gypsum wallboard**
       5)   Ceiling:               **Painted gypsum wallboard**
       6)   Window Treatment:      **None**

K.     Other:                      **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**          **CGO DWELLING UNIT – 3 Bedroom Type**

A.   Room Name:                    **Patio**

B.   Relationship to Other Areas:  **Direct access to Public Area (Living, Dining, or Family Room**

C.   Spatial Requirements
　　　1)  Area:                     **Per TI 801-02 Technical Instructions for Family Housing, Table 5-4**
　　　　　　　　　　　　　　　　　　　　**13.6 sq. meters (144 sq. ft.), minimum**
　　　　　　　　　　　　　　　　　　　　**3000 mm (10'-0") width, minimum**
　　　2)  Minimum Ceiling Height:   **N/A**

B.   Environmental Characteristics
　　　1)  Acoustical:              **None**
　　　2)  Visual:                  **None**
　　　3)  Aesthetic:               **Relative to Yard Fencing**

E.   Building Systems
　　　1)  Electrical:              **(2) duplex receptacles with metal w/p while in use covers**
　　　2)  Lighting:                **Switched exterior patio light**
　　　3)  Data/Telecommunication:  **None**
　　　4)  Plumbing:                **None**
　　　5)  Heating:                 **None**
　　　6)  Ventilation:             **None**

F.   Storage:                     **None**

G.   Display:                     **Insulated/thermally broken 6'-0" wide door unit; one fixed side, one swinging door**

H.   Furniture & Equipment:       **None**

I.   Special Equipment:           **None**

J.   Surfaces/Finishes
　　　1)  Floor:                   **Concrete with sealer**
　　　2)  Base:                    **None**
　　　3)  Wainscot:                **None**
　　　4)  Walls:                   **None**
　　　5)  Ceiling:                 **None**
　　　6)  Window Treatment:        **None**

K.   Other:                       **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                     **Garage**

B.    Relationship to Other Areas:   **Direct access to Kitchen, Half-Bath, Yard;
                                     ADA units require garage accessibility**

C.    Spatial Requirements
      1)  Area:                      **Per TI 801-02 Technical Instructions for
                                     Family Housing, Table 5-4
                                     21.6 sq. meters (240 sq. ft.), minimum
                                     3650 mm (12'-0"), width, minimum
                                     6100 mm (20'-0") depth, minimum**
      2)  Minimum Ceiling Height:    **2300 mm (7'-6")**
      3)  Sub-Activity Areas:        **Shop area, Bulk storage**

D.    Environmental Characteristics
      1)  Acoustical:                **Where adjacent to neighboring unit, Per Chapter 5
                                     and Table 5-2 in TI 801-02:
                                     FSTC (Field Sound Transmission Class) - 52**

E.    Building Systems
      1)  Electrical:                **Duplex GFCI receptacles with metal w/p while in use
                                     covers; (2) duplex GFCI receptacles @ 48" A.F.F. either
                                     side of car space; duplex receptacle and local switch for
                                     garage door opener**
      2)  Lighting:                  **Switched fluorescent fixtures-mount fixtures aligned
                                     to rear of trunk on both sides of car and even with front
                                     wheels on both sides of car; Minimum illuminance 300
                                     lux**
      3)  Data/Telecommunication:    **None**
      4)  Plumbing                   **Floor drain**
      5)  Heating:                   **Hydronic terminal units or radiant Floor**
      6)  Ventilation:               **None, CO2 detector**

F.    Storage:                       **Bulk storage may be co-located; may utilize rafter
                                     space for storage; provide space for utility shelving**

G.    Display:                       **None**

H.    Furniture & Equipment:         **None**

I.    Special Equipment:             **Garage door opener with 2 remote controls**

J.    Surfaces/Finishes
      1)   Floor:                    **Concrete, sealed**
      2)   Base:                     **None**
      3)   Wainscot:                 **None**
      4)   Walls:                    **Painted gypsum wallboard**
      5)   Ceiling:                  **Painted gypsum wallboard**
      6)   Window Treatment:         **None**

K.    Other:                         **None**

FY01 REPLACMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA: CGO DWELLING UNIT – 3 Bedroom Type**

A.      Room Name:                          **Bulk Storage**

B.      Relationship to Other Areas:        **Areas for interior and exterior storage must equal minimum combined area**

C.      Spatial Requirements
        1) Area:                            **Per TI 801-02 Technical Instructions for Family Housing, Table 5-7**
                                            **Interior – 3.0 sq. meters (32 sq. ft.), minimum**
                                            **Exterior – 3.7 sq. meters (40 sq. ft.), minimum**
                                            **Combined – 7.9 sq. meters (85 sq. ft.), min.**
        2) Minimum Ceiling Height:          **2000 mm (6'-6")**
        3) Sub-Activity Areas:              **Garage, laundry, utility**

D.      Environmental Characteristics
        1) Acoustical:                      **None**
        2) Visual:                          **None**
        3) Aesthetic:                       **None**

E.      Building Systems
        1) Electrical:                      **Duplex receptacle**
        2) Lighting:                        **Switched enclosed incandescent fixture**
        3) Data/Telecommunication:          **None**
        4) Plumbing                         **None**
        5) Heating:                         **Hydronic terminal units or radiant floor**
        6) Ventilation:                     **None**

F.      Storage:                            **Utility room may be co-located; Clear depth 1200mm (4'-0") depth, minimum; space under stairs may be counted at ½ the area if space is at least 12mm (4'-0") high;  Exterior access storage space must be lockable; (3) 305mm (12") deep shelves x 7300mm (24') minimum total shelving in each storage space**

G.      Display:                            **None**

H.      Furniture & Equipment:              **None**

I.      Special Equipment:                  **None**

J.      Surfaces/Finishes
        1) Floor:                           **Concrete, sealed (exterior); Resilient sheet flooring (interior)**
        2) Base:                            **None (exterior); Rubber (interior)**
        3) Wainscot:                        **None**
        4) Walls:                           **Painted gypsum wallboard**
        5) Ceiling:                         **Painted gypsum wallboard**
        6) Window Treatment:                **None**

K.      Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

## AREA: CGO DWELLING UNIT -- 4 Bedroom Type

A.   Room Name:                          **4-BEDROOM UNIT REQUIREMENTS**

B.   Relationship to Other Areas:        **Fire resistance of party walls per**
                                         **Mil Handbook 1008C, NFPA 101 and UBC:**
                                         **1-Hour fire rated partition between units**
                                         **2-Hour area separation wall separating pairs of**
                                         **units**

C.   Spatial Requirements
     1)   Area:                          **Per TI 801-02 Technical Instructions for**
                                         **Family Housing, Table 5-1**
                                         **135 sq. meters (1,450 sq. ft.) net, max.**
                                         **+ 27.87 sq. meters (300 sq. ft) Arctic Bonus Area**
                                         **\*does not include Sub-Activity areas**
                                         **\*does not include access clearances required for**
                                         **ADA-adaptable units**
     2)   Minimum Ceiling Height:        **See room requirements**
     3)   Flexibility/Multiple Use Needs **See room requirements; ADA-adaptable**
                                         **unit plans must facilitate retrofit for**
                                         **special needs tenants**
     4)   Sub-Activity Areas:            **Utility and laundry rooms, bulk storage,**
                                         **mechanical space, stairs/landings, arctic**
                                         **entry, attic/basement, patio, garage, increases**
                                         **for accessibility standards**
     5)   Sub-Activity Relationships:    **See room requirements**

D.   Environmental Characteristics
     1)   Acoustical:                    **Sound transmission standards between**
                                         **dwelling units summarized as follows (see Chapter**
                                         **5 and Table 5-2 in TI 801-02):**
                                         **FIIC (Field Impact Isolation Class)**
                                         **Habitable areas – 65, Habitable wet areas - 57**
                                         **FSTC (Field Sound Transmission Class)**
                                         **Party walls – 52, Habitable areas – 52, Habitable wet**
                                         **areas - 52**
     2)   Visual:                        **Per Ft. Wainwright Installation Design Guide**
     3)   Aesthetic:                     **Per Ft. Wainwright Installation Design Guide**

E.   Building Systems
     1)        Electrical:               **208Y/120V, 3-phase, 4-wire, 60Hz**
     2)        Lighting:                 **See room requirements**
     3)        Data/Telecommunication:   **See room requirements**
     4)        Plumbing:                 **Exterior hose bib, front and back of unit**
     5)        Heating:                  **Hydronic heat in all rooms with exterior walls**
     6)        Ventilation:              **Operable windows for ventilation**

F.   Storage:                           **See room requirements**

G.   Display:                      **See room requirements**

H.   Furniture & Equipment:  **See room requirements**

I.   Special Equipment:      **See room requirements**

FY01 REPLACMENT FAMILY HOUSING                                        FTW230
DACA85-01-R-0024, AMENDMENT R0005

J.    Surfaces/Finishes
      1)  Floor:            **See room requirements**
      2)  Base:             **See room requirements**
      3)  Wainscot:         **See room requirements**
      4)  Walls:            **See room requirements**
      5)  Ceiling:          **See room requirements**
      6)  Window Treatment: **See room requirements**

K.    Parking Requirement:  **1-Space in Garage, 2 Spaces outside of Unit w/
                            head-bolt heaters**

L.    Bubble Diagram:



FY01 REPLACMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 4 Bedroom Type**

A.    Room Name:                          **Living Room**

B.    Relationship to Other Areas:        **Immediate access to Entry, public spaces**

D.    Spatial Requirements
      1) Area:                            **Per TI 801-02 Technical Instructions for**
                                          **Family Housing, Table 5-3**
                                          **14 sq. meters (150 sq. ft.) net, min.***
                                          **3550 mm (11'-8") length, minimum**
                                          **3550 mm (11'-8") width, minimum**
                                          ***exclusive of circulation; add 1000mm (3'-3") to**
                                          **the minimum dimension**
      2) Minimum Ceiling Height:          **2300 mm (7'-6")**

D.    Environmental Characteristics
      1) Acoustical:                      **Per Chapter 5 and Table 5-2 in TI 801-02: FIIC (Field Impact**
                                          **Isolation Class)  - 65; FSTC (Field Sound Transmission**
                                          **Class) - 52**
      2) Visual:                          **2-story space or high ceiling area**
      3) Aesthetic:                       **Feature window area, view to entry**

E.    Building Systems
      1) Electrical:                      **Switched receptacle adjacent to couch; cable TV outlet**
      2) Lighting:                        **Separately switched lamp & ceiling fan combo -**
                                          **Minimum illuminance – 200 lux**
      3) Data/Telecommunication:          **Quad phone/data outlet**
      4) Plumbing:                        **None**
      5) Heating:                         **Hydronic terminal units or radiant floor**
      6) Ventilation:                     **Ceiling fan, operable windows**

F.    Storage:                            **None**

G.    Display:                            **None**

H.    Furniture & Equipment:              **None**

I.    Special Equipment:                  **None**

J.    Surfaces/Finishes
      1)    Floor:                        **Carpet over pad**
      2)    Base:                         **Wood**
      3)    Wainscot:                     **None**
      4)    Walls:                        **Painted gypsum wallboard**
      5)    Ceiling:                      **Painted gypsum wallboard**
      6)    Window Treatment:             **Horizontal blinds**

K.    Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 4 Bedroom Type**

A.      Room Name:                           **Dining Room**

B.      Relationship to Other Areas:         **Direct access to Kitchen**

C.      Spatial Requirements
        1) Area:                             **Per TI 801-02 Technical Instructions for**
                                             **Family Housing, Table 5-3**
                                             **10.2 sq. meters (110 sq. ft.) net, min.***
                                             **2900 mm (10'-6") length, minimum**
                                             **2900 mm (10'-6") width, minimum**
                                             ***exclusive of circulation; add 1000mm (3'-3") to**
                                             **the minimum dimension**
        2) Minimum Ceiling Height:           **2300 mm (7'-6")**

D.      Environmental Characteristics
        1) Acoustical:                       **Where adjacent to neighboring unit, Per**
                                             **Chapter 5 and Table 5-2 in TI 801-02:**
                                             **FIIC (Field Impact Isolation Class)  - 65**
                                             **FSTC (Field Sound Transmission Class) - 52**
        2) Visual:                           **None**
        3) Aesthetic:                        **None**

E.      Building Systems
        1) Electrical:                       **Receptacles per NEC**
        2) Lighting:                         **Overhead fixture, minimum illuminance – 200 lux**
        3) Data/Telecommunication:           **None**
        4) Plumbing:                         **None**
        5) Heating:                          **Hydronic terminal units or radiant floor**
        6) Ventilation:                      **Operable windows**

F.      Storage:                             **None**

G.      Display:                             **None**

H.      Furniture & Equipment:               **None**

I.      Special Equipment:                   **None**

J.      Surfaces/Finishes
        1) Floor:                            **Resilient sheet flooring**
        2) Base:                             **Wood**
        3) Wainscot:                         **None**
        4) Walls:                            **Painted gypsum wallboard**
        5) Ceiling:                          **Painted gypsum wallboard**
        6) Window Treatment:                 **Horizontal blinds**

K.      Other:                               **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**          **CGO DWELLING UNIT – 4 Bedroom Type**

A.    Room Name:                          **Family Room**

B     Relationship to Other Areas:        **Adjacent to and Contiguous with Kitchen**

C.    Spatial Requirements
      1) Area:                            **Per TI 801-02 Technical Instructions for**
                                          **Family Housing, Table 5-3**
                                          **8.4 sq. meters (90 sq. ft.) net, min.***
                                          **2900 mm (9'-6") length, minimum**
                                          **2900 mm (9'-6") width, minimum**
                                          ***exclusive of circulation; add 1000mm (3'-3") to**
                                          **the minimum dimension**
      2) Minimum Ceiling Height:          **2300 mm (7'-6")**
      3) Flexibility/Multiple Use Needs:  **None**
      4) Sub-Activity Areas:              **Auxiliary Dining Area (if not part of Kitchen)**
      5) Sub-Activity Relationships:      **Direct access to Kitchen**

D.    Environmental Characteristics
      1) Acoustical:                      **Where adjacent to neighboring unit, Per**
                                          **Chapter 5 and Table 5-2 in TI 801-02:**
                                          **FIIC (Field Impact Isolation Class)  - 65**
                                          **FSTC (Field Sound Transmission Class) - 52**

E.    Building Systems
      1) Electrical:                      **Switched receptacle adjacent to couch; TV outlet**
      2) Lighting:                        **Combo ceiling fan/light fixture, minimum illuminance –**
                                          **200 lux**
      3) Data/Telecommunication:          **Quad phone/data outlet**
      4) Plumbing:                        **None**
      5) Heating:                         **Hydronic terminal units or radiant floor**
      6) Ventilation:                     **Operable windows, ceiling fan**

F.    Storage:                            **None**

G.    Display:                            **None**

H.    Furniture & Equipment:              **Space for table (if not provided as part of Kitchen)**

I.    Special Equipment:                  **None**

J.    Surfaces/Finishes
      1) Floor:                           **Resilient sheet flooring if auxiliary eating area,**
                                          **carpet/pad otherwise**
      2) Base:                            **Wood**
      3) Wainscot:                        **None**
      4) Walls:                           **Painted gypsum wallboard**
      5) Ceiling:                         **Painted gypsum wallboard**
      6) Window Treatment:                **Horizontal blinds**

K.    Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                          FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT – 4 Bedroom Type**

A.    Room Name:                        **Kitchen**

B.    Relationship to Other Areas:      **Adjacent to and contiguous with Family
                                        Room, Dining Room**

C.    Spatial Requirements
      1) Area:                          **Per TI 801-02 Technical Instructions for
                                        Family Housing, Table 5-3
                                        6.0 sq. meters (64 sq. ft.) net, minimum\*
                                        2450 mm (8'-0") length, minimum
                                        2450 mm (8'-0") width, minimum
                                        \*1200 mm (4'-0") min. clearance required in front
                                        of, and between, cabinets
                                        \*adaptable units must anticipate UFAS required
                                        clearances**

      2) Minimum Ceiling Height:        **2300 mm (7'-6")**
      3) Sub-Activity Areas:            **Auxiliary Dining Area (if not part of
                                        Family Room),   change above dimensions to,
                                        and measure from face of cabinets to walls:
                                        6.7 sq. meters (8 sq. ft.) net, minimum
                                        2600 mm (8'-6") length, minimum
                                        2600 mm (8'-6") width, minimum**
      5) Sub-Activity Relationships:    **Direct access to Dining Room**

D.    Environmental Characteristics
      1) Acoustical:                    **Where adjacent to neighboring unit, Per Chapter 5 and
                                        Table 5-2 in TI 801-02: FIIC (Field Impact Isolation
                                        Class)  - 57; FSTC (Field Sound Transmission Class) - 52**
      2) Visual:                        **Natural lighting**
      3) Aesthetic:                     **Cleanable surfaces**

E.    Building Systems
      1) Electrical:                    **Receptacles per NEC**
      2) Lighting:                      **Minimum illuminance 300 lux in addition to task lighting
                                        shown below; Undercabinet lighting on 2 Switches - 750
                                        lux; Sink lighting – 750 lux; Range Light in hood - 750
                                        lux**
      3) Data/Telecommunication:        **Wall mount telephone receptacle**
      4) Plumbing:                      **Double compartment stainless steel sink with single
                                        lever faucet, spray hose, garbage disposal;
                                        dishwasher; water to Refrigerator icemaker**
      5) Heating:                       **Hydronic terminal units or radiant floor**
      6) Ventilation:                   **Ducted range hood with fan and light; operable
                                        windows**

F.    Storage:                          **Per TI 801-02 Table 5-5
                                        Wall Cabinet – 2.8 sq. meters (30 sq. ft.) total shelf area
                                        Base Cabinet – 3.8 sq. meters (40 sq. ft.) total shelf area
                                        Pantry – 1.5 sq. meters (20 sq. ft.) total shelf area
                                        Drawers – 1.7 sq. meters (18 sq. ft.) flat area
                                        Countertop – 1.5 sq. meters (16 sq. ft.) flat area
                                        Space for Microwave
                                        Refrigerator/Freezer – 0.5 sq. meters (6 sq. ft.)\*
                                        900 mm (3'-0") length, min., 600 mm (2'-0") width, min.**

FY01 REPLACMENT FAMILY HOUSING                                          FTW230
DACA85-01-R-0024, AMENDMENT R0005

                                                      **\*Ref./Freezer area is not part of totals above**

| | | |
|---|---|---|
| G. | Display: | **None** |
| H. | Furniture & Equipment: | **Dishwasher, CFE (with water booster heater to 60 deg. C)** |
| | | **Garbage Disposal, CFE** |
| | | **Refrigerator/Freezer, GFE** |
| | AM #5…**Range and Ventilation Hood, CFE**…AM #5 | |
| | | **Microwave Oven by Tenant** |
| I. | Special Equipment: | **None** |
| J. | Surfaces/Finishes | |
| | 1) Floor: | **Resilient sheet flooring** |
| | 2) Base: | **Wood with ¼-round moulding** |
| | 3) Wainscot: | **None** |
| | 4) Walls: | **Painted gypsum wallboard, tile behind wet areas** |
| | 5) Ceiling: | **Painted gypsum wallboard** |
| | 6) Window Treatment: | **Horizontal blinds** |
| K. | Other: | **Housing Office preferred configuration is "breakfast bar" auxiliary eating area** |

FY01 REPLACMENT FAMILY HOUSING
DACA85-01-R-0024, AMENDMENT R0005

FTW230

**AREA:**          **CGO DWELLING UNIT – 4 Bedroom Type**

A.    Room Name:                    **Washer/Dryer**

B.    Relationship to Other Areas:  **May be part of Utility Room or Bulk Storage**

C.    Spatial Requirements
    1) Area:                    **Per TI 801-02 Technical Instructions for**
                                **Family Housing, Table 5-3**
                                **1.6 sq. meters (54 sq. ft.) net, min., 2.8 sq. meters**
                                **(30 sq. ft) max.***
                                **1800 (6'-0") length, minimum**
                                **900 (3'-0") width, minimum**
                                ***exclusive of circulation if shared space**
    2) Minimum Ceiling Height:  **2300 mm (7'-6") minimum**
    3) Flexibility/Multiple Use Needs:  **Utility Area, Bulk Storage (optional)**

D.    Environmental Characteristics
    1) Acoustical:              **Where adjacent to neighboring unit, Per Chapter 5 and**
                                **Table 5-2 in TI 801-02: FIIC (Field Impact Isolation**
                                **Class)  - 57;  FSTC (Field Sound Transmission Class) - 52**

E.    Building Systems
    1) Electrical:              **Special receptacles as required for laundry equipment;**
                                **convenience receptacles**
    2) Lighting:                **Ceiling mounted lighting fixture, compact**
                                **fluorescent, high CRI**
    3) Data/Telecommunications: **None**
    4) Plumbing:                **Single lever hot/cold water supply hose valves in**
                                **recessed box, floor drain**
    5) Heating:                 **None**
    6) Ventilation:             **Dryer exhaust duct to exterior wall hood directed away**
                                **from eaves or overhangs**

F.    Storage:                      **Shelving or cabinet above appliances**

G.    Display:                      **None**

H.    Furniture & Equipment:        **Washer and Dryer, GFE**

I.    Special Equipment:            **None**

J.    Surfaces/Finishes
    1) Floor:                   **Resilient sheet flooring**
    2) Base:                    **Wood or rubber base**
    3) Wainscot:                **None**
    4) Walls:                   **Painted moisture-resistant gypsum wallboard,**
    5) Ceiling:                 **Painted gypsum wallboard**
    6) Window Treatment:        **None**

K.    Other:                        **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                     **CGO DWELLING UNIT – 4 Bedroom Type**

A.      Room Name:                          **Bedroom #1 (Master)**

B.      Relationship to Other Areas:        **Direct access to Bathroom, Quiet Area**

C.      Spatial Requirements
        1) Area:                            **Per TI 801-02 Technical Instructions for**
                                            **Family Housing, Table 5-3**
                                            **14.0 sq. meters (150 sq. ft.) net, minimum**
                                            **3550 (11'-8") length, minimum**
                                            **3550 (11'-8") width, minimum**
        2) Minimum Ceiling Height:          **2300 mm (7'-6")**

D.      Environmental Characteristics
        1) Acoustical:                      **Where adjacent to neighboring unit, Per Chapter 5 and**
                                            **Table 5-2 in TI 801-02:  FIIC (Field Impact Isolation Class)  -**
                                            **65; FSTC (Field Sound Transmission Class) - 52**

E.      Building Systems
        1) Electrical:                      **Switched (3-way) receptacle adjacent to bed**
        2) Lighting:                        **Compact Fluorescent reading lights adjacent to**
                                            **bed; Cable TV outlet opposite bed; minimum**
                                            **illuminance – 200 lux; Combo ceiling fan/light fixture on**
                                            **separate switches**
        3) Data/Telecommunication:          **Quad Telecomm/data outlets, (1) adjacent to bed, (1)**
                                            **opposite bed**
        4) Plumbing:                        **None**
        5) Heating:                         **Hydronic terminal units or radiant floor**
        6) Ventilation:                     **Operable windows, Ceiling fan**

F.      Storage:                            **None**

G.      Display:                            **None**

H.      Furniture & Equipment:              **None**

I.      Special Equipment:                  **None**

J.      Surfaces/Finishes
        1) Floor:                           **Carpet with Pad**
        2) Base:                            **Wood**
        3) Wainscot:                        **None**
        4) Walls:                           **Painted gypsum wallboard**
        5) Ceiling:                         **Painted gypsum wallboard**
        6) Window Treatment:                **Horizontal blinds**

K.      Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING
DACA85-01-R-0024, AMENDMENT R0005                                    FTW230

**AREA:**                    **CGO DWELLING UNIT – 4 Bedroom Type**

A.    Room Name:                         **Bedroom #1 (Master) Closet**

B.    Relationship to Other Areas:       **Direct Access to Bedroom #1, walk-in
                                         configuration preferred**

C.    Spatial Requirements
      1) Area:                           **Per TI 801-02 Technical Instructions for
                                         Family Housing, Table 5-6
                                         1800 mm (6'-0") width, minimum**
      2) Minimum Ceiling Height:         **2300 mm (7'-6")**

D.    Environmental Characteristics
      1)    Acoustical:                  **None**
      2)    Visual:                      **None**
      3)    Aesthetic:                   **None**

E.    Building Systems
      1)    Electrical:                  **None**
      2)    Lighting:                    **Switched closet compact fluorescent fixture,
                                         high CRI**
      3)    Telecommunication            **None**
      4)    Plumbing                     **None**
      5)    Heating:                     **None**
      6)    Ventilation:                 **None**

F.    Storage:                           **305 mm (12") minimum deep Shelf with Clothes Rod,
                                         intermediate supports to support required loads**

G.    Display:                           **None**

H.    Furniture & Equipment:             **None**

I.    Special Equipment:                 **None**

J.    Surfaces/Finishes
      1) Floor:                          **Carpet**
      2) Base:                           **Wood**
      3) Wainscot:                       **None**
      4) Walls:                          **Painted gypsum wallboard**
      5) Ceiling:                        **Painted gypsum wallboard**
      6) Window Treatment:               **None**

K.    Other:                             **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 4 Bedroom Type**

A.    Room Name:                          **Bedroom #2**

B.    Relationship to Other Areas:        **Direct access to Quiet Area**

C.    Spatial Requirements
      1) Area:                            **Per TI 801-02 Technical Instructions for**
                                          **Family Housing, Table 5-3**
                                          **11.1 sq. meters (120 sq. ft.) net, minimum**
                                          **3000 (10'-0") length, minimum**
                                          **3000 (10'-0") width, minimum**
      2) Minimum Ceiling Height:          **2300 mm (7'-6")**

D.    Environmental Characteristics
      1) Acoustical:                      **Where adjacent to neighboring unit, Per Chapter 5 and**
                                          **Table 5-2 in TI 801-02:  FIIC (Field Impact Isolation Class)  -**
                                          **65; FSTC (Field Sound Transmission Class) - 52**
      2) Visual:                          **None**
      3) Aesthetic:                       **None**

E.    Building Systems
      1) Electrical:                      **Switched (3-way) receptacle adjacent to bed;**
                                          **compact fluorescent reading light adjacent to bed; cable**
                                          **TV outlet opposite bed**
      2) Lighting:                        **Combo ceiling fan/light fixture on separate switches;**
                                          **Minimum illuminance 200 lux.**
      3) Data/Telecommunication:          **Telecomm/data outlets, (1) adjacent to bed, (1) opposite**
                                          **bed**
      4) Plumbing                         **None**
      5) Heating:                         **Hydronic terminal units or radiant floor**
      6) Ventilation:                     **Operable windows, ceiling fan**

F.    Storage:                            **None**

G.    Display:                            **None**

H.    Furniture & Equipment:              **None**

I.    Special Equipment:                  **None**

J.    Surfaces/Finishes
      1) Floor:                           **Carpet with Pad**
      2) Base:                            **Wood**
      3) Wainscot:                        **None**
      4) Walls:                           **Painted gypsum wallboard**
      5) Ceiling:                         **Painted gypsum wallboard**
      6) Window Treatment:                **Horizontal blinds**

K.    Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 4 Bedroom Type**

A.      Room Name:                      **Bedroom #2 Closet**

B.      Relationship to Other Areas:    **Direct Access to Bedroom #2**

C.      Spatial Requirements
        1) Area:                        **Per TI 801-02 Technical Instructions for**
                                        **Family Housing, Table 5-6**
                                        **1200 mm (4'-0") width, minimum**
        2) Minimum Ceiling Height:      **2300 mm (7'-6")**

D.      Environmental Characteristics
        1) Acoustical:                  **None**
        2) Visual:                      **None**
        3) Aesthetic:                   **None**

E.      Building Systems
        1) Electrical:                  **None**
        2) Lighting:                    **Switched closet compact fluorescent fixture, high**
                                        **CRI**
        3) Data/Telecommunication:      **None**
        4) Plumbing:                    **None**
        5) Heating:                     **None**
        6) Ventilation:                 **None**

F.      Storage:                        **305 mm (12") minimum deep Shelf with Clothes Rod,**
                                        **intermediate supports to support required loads**

G.      Display:                        **None**

H.      Furniture & Equipment:          **None**

I.      Special Equipment:              **None**

J.      Surfaces/Finishes
        1) Floor:                       **Carpet**
        2) Base:                        **Wood**
        3) Wainscot:                    **None**
        4) Walls:                       **Painted gypsum wallboard**
        5) Ceiling:                     **Painted gypsum wallboard**
        6) Window Treatment:            **None**

K.      Other:                          **None**

FY01 REPLACMENT FAMILY HOUSING
DACA85-01-R-0024, AMENDMENT R0005                                    FTW230

**AREA:**                    **CGO DWELLING UNIT – 4 Bedroom Type**

A.      Room Name:                          **Bedroom #3**

B.      Relationship to Other Areas:        **Direct access to Quiet Area**

C.      Spatial Requirements
        1) Area:                            **Per TI 801-02 Technical Instructions for**
                                            **Family Housing, Table 5-3**
                                            **9.0 sq. meters (100 sq. ft.) net, minimum**
                                            **3000 (10'-0") length, minimum**
                                            **3000 (10'-0") width, minimum**
        2) Minimum Ceiling Height:          **2300 mm (7'-6")**

D.      Environmental Characteristics
        1) Acoustical:                      **Where adjacent to neighboring unit, Per Chapter 5**
                                            **and Table 5-2 in TI 801-02:  FIIC (Field Impact Isolation**
                                            **Class)  - 65; FSTC (Field Sound Transmission Class) - 52**
        2) Visual:
        3) Aesthetic:

E.      Building Systems
        1) Electrical:                      **Switched (3-way) receptacle adjacent to bed;**
                                            **compact fluorescent reading light adjacent to bed; cable**
                                            **TV outlet opposite bed**
        2) Lighting:                        **Combo ceiling fan/light fixture; minimum illuminance**
                                            **200 lux.**
        3) Data/Telecommunication:          **Telecomm/data outlets, (1) adjacent to bed, (1)**
                                            **opposite bed**
        4) Plumbing:                        **None**
        5) Heating:                         **Hydronic terminal units or radiant floor**
        6) Ventilation:                     **Operable windows, ceiling fan**

F.      Storage:                            **None**

G.      Display:                            **None**

H.      Furniture & Equipment:              **None**

I.      Special Equipment:                  **None**

J.      Surfaces/Finishes
        1) Floor:                           **Carpet with Pad**
        2) Base:                            **Wood**
        3) Wainscot:                        **None**
        4) Walls:                           **Painted gypsum wallboard**
        5) Ceiling:                         **Painted gypsum wallboard**
        6) Window Treatment:                **Horizontal blinds**

K.      Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT -- 4 Bedroom Type**

A.    Room Name:                        **Bedroom #3 Closet**

B.    Relationship to Other Areas:      **Direct Access to Bedroom #3**

C.    Spatial Requirements
      1) Area:                          **Per TI 801-02 Technical Instructions for**
                                        **Family Housing, Table 5-6**
                                        **1200 mm (4'-0") width, minimum**
      2) Minimum Ceiling Height:        **2300 mm (7'-6")**

D.    Environmental Characteristics
      1) Acoustical:            **None**
      2) Visual:                **None**
      3) Aesthetic:             **None**

E.    Building Systems
      1) Electrical:            **None**
      2) Lighting:              **Compact fluorescent ceiling fixture, High CRI**
      3) Data/Telecommunication: **None**
      4) Plumbing               **None**
      5) Heating:               **None**
      6) Ventilation:           **None**

F.    Storage:                  **305 mm (12") minimum deep Shelf with Clothes Rod,**
                                **intermediate supports to support required loads**

G.    Display:                  **None**

H.    Furniture & Equipment:    **None**

I.    Special Equipment:        **None**

J.    Surfaces/Finishes
      1) Floor:                 **Carpet**
      2) Base:                  **Wood**
      3) Wainscot:              **None**
      4) Walls:                 **Painted gypsum wallboard**
      5) Ceiling:               **Painted gypsum wallboard**
      6) Window Treatment:      **None**

k.    Other:                    **None**