FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**            **CGO DWELLING UNIT – 4 Bedroom Type**

A.    Room Name:                      **Bedroom #4**

B.    Relationship to Other Areas:    **Direct access to Quiet Area**

C.    Spatial Requirements
      1) Area:                        **Per TI 801-02 Technical Instructions for**
                                      **Family Housing, Table 5-3**
                                      **8.4 sq. meters (90 sq. ft.) net, minimum**
                                      **3000 (9'-6") length, minimum**
                                      **3000 (9'-6") width, minimum**
      2) Minimum Ceiling Height:      **2300 mm (7'-6")**

D.    Environmental Characteristics
      1) Acoustical:                  **Where adjacent to neighboring unit, Per Chapter 5**
                                      **and Table5-2 in TI 801-02:  FIIC (Field Impact Isolation**
                                      **Class)  - 65; FSTC (Field Sound Transmission Class) - 52**
      2) Visual:                      **None**
      3) Aesthetic:                   **None**

E.    Building Systems
      1) Electrical:                  **Switched (3-way) receptacle adjacent to bed;**
                                      **compact fluorescent reading light adjacent to bed; cable**
                                      **TV outlet opposite bed**
      2) Lighting:                    **Combo ceiling fan/light fixture; minimum Iluminance**
                                      **200 lux.**
      3) Data/Telecommunication:      **Telecomm/data outlets, (1) adjacent to bed, (1)**
                                      **opposite bed**
      4) Plumbing:                    **None**
      5) Heating:                     **Hydronic terminal units or radiant floor**
      6) Ventilation:                 **Operable windows, ceiling fan**

F.    Storage:                        **None**

G.    Display:                        **None**

H.    Furniture & Equipment:          **None**

I.    Special Equipment:              **None**

J.    Surfaces/Finishes
      1) Floor:                       **Carpet with Pad**
      2) Base:                        **Wood**
      3) Wainscot:                    **None**
      4) Walls:                       **Painted gypsum wallboard**
      5) Ceiling:                     **Painted gypsum wallboard**
      6) Window Treatment:            **Horizontal blinds**

K.    Other:                          **None**

FY01 REPLACMENT FAMILY HOUSING                                      FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**             **CGO DWELLING UNIT – 4 Bedroom Type**

A.      Room Name:                          **Bedroom #4 Closet**

B.      Relationship to Other Areas:        **Direct Access to Bedroom #4**

C.      Spatial Requirements
        1)  Area:                           **Per TI 801-02 Technical Instructions for**
                                            **Family Housing, Table 5-6**
                                            **1200 mm (4'-0") width, minimum**
        2)  Minimum Ceiling Height:         **2300 mm (7'-6"), minimum**

D.      Environmental Characteristics
        1)  Acoustical:                     **None**
        2)  Visual:                         **None**
        3)  Aesthetic:                      **None**

E.      Building Systems
        1)  Electrical:                     **None**
        2)  Lighting:                       **Compact fluorescent ceiling fixture, High CRI**
        3)  Data/Telecommunication:         **None**
        4)  Plumbing:                       **None**
        5)  Heating:                        **None**
        6)  Ventilation:                    **None**

F.      Storage:                            **305 mm (12") minimum deep Shelf with Clothes Rod,**
                                            **intermediate supports to support required loads**

G.      Display:                            **None**

H.      Furniture & Equipment:              **None**

I.      Special Equipment:                  **None**

J.      Surfaces/Finishes
        1)  Floor:                          **Carpet**
        2)  Base:                           **Wood**
        3)  Wainscot:                       **None**
        4)  Walls:                          **Painted gypsum wallboard**
        5)  Ceiling:                        **Painted gypsum wallboard**
        6)  Window Treatment:               **None**

K.      Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT – 4 Bedroom Type**

A.      Room Name:                          **Half-Bath**

B.      Relationship to Other Areas:        **Direct access to Public Area**

C.      Spatial Requirements
        1) Area:                            **Per TI 801-02 Technical Instructions for**
                                            **Family Housing, Table 5-3**
                                            **900 (3'-0") width, minimum***
                                            ***adaptable units must anticipate UFAS**
                                            **required clearances**
        2) Minimum Ceiling Height:          **2300 mm (7'-6")**

D.      Environmental Characteristics
        1) Acoustical:                      **Where adjacent to neighboring unit, Per Chapter 5 and**
                                            **Table 5-2 in TI 801-02:  FIIC (Field Impact Isolation Class)  -**
                                            **57; FSTC (Field Sound Transmission Class) - 52**

E.      Building Systems
        1) Electrical:                      **GFCI receptacles near lavatory**
        2) Lighting:                        **Minimum 600mm fixture over mirror, incandescent or**
                                            **High CRI Fluorescent; minimum 400mm vertical fixture**
                                            **on both sides of mirror; compact fluorescent ceiling**
                                            **light, minimum illuminance – 300 lux**
        3) Data/Telecommunication:          **None**
        4) Plumbing:                        **(1) water closet, (1) lavatory**
        5) Heating:                         **Hydronic Terminal Units or Radiant Floor**
        6) Ventilation:                     **Exhaust ventilation, ducted to exterior wall**

F.      Storage:                            **Medicine cabinet, surface mounted; size and mount to**
                                            **accommodate full range of resident heights**

G.      Display:                            **Lavatory mounted in 610 mm (2'-0") wide min. countertop**
                                            **with 100 mm (4") minimum backsplash**

H.      Furniture & Equipment:              **Toilet tissue holder, robe hook, towel bar, 750 mm (30")**
                                            **minimum, total**

I.      Special Equipment:                  **Concealed solid wood backing for future grab bars**
                                            **at water closet**

J.      Surfaces/Finishes
        1) Floor:                           **Resilient sheet flooring**
        2) Base:                            **Rubber**
        3) Wainscot:                        **None**
        4) Walls:                           **Painted moisture resistant gypsum wallboard**
        5) Ceiling:                         **Painted gypsum wallboard**
        6) Window Treatment:                **Obscure glass (if applicable)**

K.      Other:                              **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**          **CGO DWELLING UNIT – 4 Bedroom Type**

A.   Room Name:                          **Full-Bath (2 required)**

B.   Relationship to Other Areas:        **1 - Direct accessibility to Bedroom #1
                                         (Master); 1 - Direct accessibility to Hallway**

C.   Spatial Requirements
     1) Area:                            **Per TI 801-02 Technical Instructions for
                                         Family Housing, Table 5-3
                                         900 (3'-0") width, minimum\*
                                         \*adaptable units must anticipate UFAS
                                         required clearances**
     2) Minimum Ceiling Height:          **2300 mm (7'-6")**
     3) Flexibility/Multiple Use Needs:  **Compartmentalized bathroom to maximize
                                         privacy and family use**

D.   Environmental Characteristics
     1) Acoustical:                      **Where adjacent to neighboring unit, Per Chapter 5
                                         and Table 5-2 in TI 801-02:
                                         FIIC (Field Impact Isolation Class) - 57
                                         FSTC (Field Sound Transmission Class) - 52**
     2) Visual:                          **None**
     3) Aesthetic:                       **None**

E.   Building Systems
     1) Electrical:                      **GFCI receptacles near lavatory**
     2) Lighting:                        **Minimum 600mm fixture over mirror, incandescent
                                         or High CRI Fluorescent; minimum 400mm vertical
                                         fixture on both sides of mirror; compact fluorescent
                                         ceiling light, minimum illuminance – 300 lux**
     3) Data/Telecommunication:          **None**
     4) Plumbing:                        **(1) water closet, (1) lavatory, (1) shower/tub combination
                                         with hand-held shower unit**
     5) Heating:                         **Hydronic Terminal Units or Radiant Floor**
     6) Ventilation:                     **Exhaust fan, ducted to an exterior wall**

F.   Storage:                            **Medicine Cabinet, size and mount to accommodate full
                                         range of resident heights**

G.   Display:                            **Lavatory mounted in 610 mm (2'-0") wide min. countertop
                                         with 100 mm (4") minimum backsplash None**

H.   Furniture & Equipment:              **Toilet tissue holder, Soap dish (if integral with shower
                                         unit), Shower curtain rod, Robe hook, Towel bars: 1100 mm
                                         (42") minimum, total**

I.   Special Equipment:                  **Concealed solid wood backing for future grab
                                         bars at water closet and tub/shower**

J.   Surfaces/Finishes
     1) Floor:                           **Resilient sheet flooring**
     2) Base:                            **Rubber**
     3) Wainscot:                        **None**
     4) Walls:                           **Painted moisture resistant gypsum wallboard, full-
                                         height solid surface panels at tub/shower**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

    5)  Ceiling:                    **Painted exterior soffit gypsum wallboard**
    6)  Window Treatment:            **Obscure glass (if applicable)**

**K.**     Other:                           **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT – 4 Bedroom Type**

A.       Room Name:                      **Vestibule**

B.       Relationship to Other Areas:    **Direct Access to Entry Closet**

C.       Spatial Requirements
         1) Area:                        **Per TI 801-02 Technical Instructions for**
                                         **Family Housing, Table 5-3**
                                         **1.2 sq. meters (13 sq. ft.), minimum, 1.5 sq.**
                                         **meters (16 sq. ft.) maximum**
                                         **1000 mm (3'-3"), length, minimum**
                                         **1200 mm (4'-0") depth, minimum**
         2) Minimum Ceiling Height:      **2300 mm (7'-6")**

D.       Environmental Characteristics
         1) Acoustical:                  **Where adjacent to neighboring unit, Per Chapter 5**
                                         **and Table 5-2 in TI 801-02:**
                                         **FIIC (Field Impact Isolation Class) - 57**
                                         **FSTC (Field Sound Transmission Class) - 52**
         2) Visual:                      **None**
         3) Aesthetic:                   **None**

E.       Building Systems
         1) Electrical:                  **Receptacle opposite door**
         2) Lighting:                    **Switched exterior entry light, switched ceiling fixture**
         3) Telecommunication:           **None**
         4) Plumbing                     **None**
         5) Heating:                     **Hydronic Terminal Units**
         6) Ventilation:                 **None**

F.       Storage:                        **Coat storage, heated boots and outerwear**

G.       Display:                        **None**

H.       Furniture & Equipment:          **Bench and (6 minimum) coat hooks**

I.       Special Equipment:              **None**

J.       Surfaces/Finishes
         1) Floor:                       **Ceramic tile or resilient flooring**
         2) Base:                        **Ceramic tile or wood**
         3) Wainscot:                    **None**
         4) Walls:                       **Painted gypsum wallboard**
         5) Ceiling:                     **Painted gypsum wallboard**
         6) Window Treatment:            **Horizontal blinds**

K.       Other:                          **None**

FY01 REPLACMENT FAMILY HOUSING                          FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**            **CGO DWELLING UNIT – 4 Bedroom Type**

A.      Room Name:                    **Entry Hall Closet**

B.      Relationship to Other Areas:  **Direct Access to Vestibule**

C.      Spatial Requirements
        1) Area:                      **Per TI 801-02 Technical Instructions for**
                                      **Family Housing, Table 5-6**
                                      **1200 mm (4'-0") width, minimum**
        2) Minimum Ceiling Height:    **2300 mm (7'-6")**

D.      Environmental Characteristics
        1) Acoustical:        **None**
        2) Visual:            **None**
        3) Aesthetic:         **None**

E.      Building Systems
        1) Electrical:             **None**
        2) Lighting:               **None**
        3) Data/Telecommunication: **None**
        4) Plumbing:               **None**
        5) Heating:                **None**
        6) Ventilation:            **None**

F.      Storage:              **305 mm (12") minimum deep Shelf with Clothes Rod**

G.      Display:              **None**

H.      Furniture & Equipment: **None**

I.      Special Equipment:    **None**

J.      Surfaces/Finishes
        1) Floor:             **Match adjacent flooring**
        2) Base:              **Wood or rubber**
        3) Wainscot:          **None**
        4) Walls:             **Painted gypsum wallboard**
        5) Ceiling:           **Painted gypsum wallboard**
        6) Window Treatment:  **None**

K.      Other:                **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**                    **CGO DWELLING UNIT – 4 Bedroom Type**

A.      Room Name:                          **Patio**

B.      Relationship to Other Areas:        **Direct access to Public Area (Living,
                                            Dining, or Family Room**

C.      Spatial Requirements
        1)      Area:                       **Per TI 801-02 Technical Instructions for
                                            Family Housing, Table 5-4
                                            17.0 sq. meters (180 sq. ft.), minimum
                                            3000 mm (10'-0") width, minimum**

D.      Environmental Characteristics
        1)      Acoustical:         **None**
        2)      Visual:             **None**
        3)      Aesthetic:          **None**

E.      Building Systems
        1)      Electrical:         **(2) duplex receptacles with metal w/p while in use
                                    covers**
        2)      Lighting:           **Switched exterior patio lights**
        3)      Telecommunication:  **None**
        4)      Plumbing            **None**
        5)      Heating:            **None**
        6)      Ventilation:        **None**

F.      Storage:                    **None**

G.      Display:                    **Thermally broken 6'-0" wide door unit; one fixed side,
                                    one swinging door**

H.      Furniture & Equipment:      **None**

I.      Special Equipment:          **None**

J.      Surfaces/Finishes
        1)      Floor:              **Concrete with sealer**
        2)      Base:               **None**
        3)      Wainscot:           **None**
        4)      Walls:              **None**
        5)      Ceiling:            **None**
        6)      Window Treatment:   **None**

K.      Other:                      **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**          **CGO DWELLING UNIT – 3 Bedroom Type**

A.    Room Name:                           **Garage**

D.    Relationship to Other Areas:         **Direct access to Kitchen, Half-Bath, Yard**

E.    Spatial Requirements
      1) Area:                             **Per TI 801-02 Technical Instructions for**
                                           **Family Housing, Table 5-4**
                                           **21.6 sq. meters (240 sq. ft.), minimum**
                                           **3650 mm (12'-0"), width, minimum**
                                           **6100 mm (20'-0") depth, minimum**
      2) Minimum Ceiling Height:           **2300 mm (7'-6")**
      3) Sub-Activity Areas:               **Shop area, Bulk storage**

D.    Environmental Characteristics
      1) Acoustical:                       **Where adjacent to neighboring unit, Per Chapter 5 and**
                                           **Table 5-2 in TI 801-02:**
                                           **FSTC (Field Sound Transmission Class) - 52**

E.    Building Systems
      1) Electrical:                       **Duplex GFCI receptacles with metal w/p while in use**
                                           **covers; (2) duplex GFCI receptacles @ 48" A.F.F. either**
                                           **side of car space; duplex receptacle for garage door**
                                           **opener**
      2) Lighting:                         **Switched fluorescent fixtures-mount fixtures**
                                           **aligned to rear of trunk on both sides of car and even**
                                           **with front wheels on both sides of car**
                                           **Minimum illuminance 300 lux**
      3) Data/Telecommunication:           **None**
      4) Plumbing                          **Floor drain**
      5) Heating:                          **Hydronic terminal units or radiant Floor**
      6) Ventilation:                      **None, CO2 detector**

F.    Storage:                             **Bulk storage may be co-located**

G.    Display:                             **None**

H.    Furniture & Equipment:               **None**

I.    Special Equipment:                   **Garage door opener w/ local switch and 2 remote**
                                           **controls**

J.    Surfaces/Finishes
      1)    Floor:                         **Concrete, sealed**
      2)    Base:                          **None**
      3)    Wainscot:                      **None**
      4)    Walls:                         **Painted gypsum wallboard**
      5)    Ceiling:                       **Painted gypsum wallboard**
      6)    Window Treatment:              **None**

L.    Other:                               **None**

FY01 REPLACMENT FAMILY HOUSING                                    FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**              **CGO DWELLING UNIT – 4 Bedroom Type**

A.    Room Name:                    **Bulk Storage**

B.    Relationship to Other Areas:   **Areas for interior and exterior storage**
                                     **must equal minimum combined area**

F.    Spatial Requirements
      1) Area:                       **Per TI 801-02 Technical Instructions for**
                                     **Family Housing, Table 5-7**
                                     **Interior – 3.0 sq. meters (32 sq. ft.), minimum**
                                     **Exterior – 3.7 sq. meters (40 sq. ft.), minimum**
                                     **Combined – 7.9 sq. meters (85 sq. ft.), min.**
      2) Minimum Ceiling Height:     **2000 mm (6'-6")**
      3) Sub-Activity Areas:         **Garage, laundry, utility**

D.    Environmental Characteristics
      1) Acoustical:                 **None**
      2) Visual:                     **None**
      3) Aesthetic:                  **None**

E.    Building Systems
      1) Electrical:                 **Duplex receptacle**
      2) Lighting:                   **Switched enclosed incandescent fixture**
      3) Data/Telecommunication:     **None**
      4) Plumbing                    **None**
      5) Heating:                    **Hydronic terminal units or radiant floor**
      6) Ventilation:                **None**

F.    Storage:                       **Utility room may be co-located; Clear depth 1200mm (4'-0")**
                                     **depth, minimum; space under stairs may be counted at ½**
                                     **the area if space is at least 12mm (4'-0") high;  Exterior**
                                     **access storage space must be lockable; (3) 305mm (12")**
                                     **deep shelves x 7300mm (24') minimum total shelving in**
                                     **each storage space**

G.    Display:                       **None**

H.    Furniture & Equipment: **None**

I.    Special Equipment:             **None**

J.    Surfaces/Finishes
      1) Floor:                      **Concrete, sealed (exterior); Resilient sheet flooring (interior)**
      2) Base:                       **None (exterior); Rubber (interior)**
      3) Wainscot:                   **None**
      4) Walls:                      **Painted gypsum wallboard**
      5) Ceiling:                    **Painted gypsum wallboard**
      6) Window Treatment: **None**

L.    Other:                         **None**

FY01 REPLACMENT FAMILY HOUSING                              FTW230
DACA85-01-R-0024, AMENDMENT R0005

**AREA:**               **CGO DWELLING UNIT – MECHANICAL EQUIPMENT**

A.    Room Name:                    **Mechanical Room**

B.    Relationship to Other Areas:  **Direct access from Exterior**

C.    Spatial Requirements
      1) Area:                      **As needed to accommodate equipment
                                    for multiple residential units; minimum
                                    (1) room per building, maximum (1) room
                                    per four buildings**
      2) Minimum Ceiling Height:    **2300 mm (7'-6")**

D.    Environmental Characteristics
      1) Acoustical:                **Sound isolation (STC 52) and vibration
                                    isolation from adjacent residential unit (if attached
                                    to building)**
      2) Visual:                    **None**
      3) Aesthetic:                 **Attractive integrated character to residences**

E.    Building Systems
      1) Electrical:                **Electrical panel, duplex outlet**
      2) Lighting:                  **4 foot, 2-lamp fluorescent fixtures**
      3) Data/Telecommunication:    **Telecom/Data panel**
      4) Television:                **Cable TV distribution**
      5) Plumbing:                  **Floor drain, HW and CW hose bibbs (interior)**
      6) Heating:                   **None**
      7) Ventilation:               **Tempered mechanical ventilation**

F.    Storage:                      **None**

G.    Display:                      **None**

H.    Furniture & Equipment:        **None**

I.    Special Equipment:            **None**

J.    Surfaces/Finishes
      1) Floor:                     **Concrete, sealed; slope to drain**
      2) Base:                      **Rubber**
      3) Wainscot:                  **None**
      4) Walls:                     **Painted moisture resistant gypsum wallboard**
      5) Ceiling:                   **Painted exterior soffit gypsum wallboard**
      6) Window Treatment:          **None**

K.    Other:                        **None**

--End of Section--

SECTION TABLE OF CONTENTS

DIVISION 01 GENERAL REQUIREMENTS

SECTION 01012

DESIGN AFTER AWARD

PART I    GENERAL

1.1    GOVERNMENT REVIEW COMMENTS
1.2    DESIGNER OF RECORD
1.3    INDEPENDENT DESIGN DOCUMENT AND CERTIFICATION

PART II    POST-AWARD PROPOSAL DESIGN REVIEW CONFERENCE

2.1    MEETING PURPOSE
2.2    MEETING FOLLOW-UP

PART III    65% DESIGN SUBMITTAL REQUIREMENTS

3.1    DESIGN ANALYSIS (DA)
3.2    DESIGN DRAWINGS
3.3    REQUIREMENTS BY DISCIPLINE
       a. Civil
       b. Landscaping
       c. Architectural
       d. Structural
       e. Mechanical
       f. Electrical    Exterior
       g. Electrical    Interior
       h. Hazards Abatement
3.4    SPECIFICATIONS
3.5    INTERIOR DESIGN PACKAGE

PART IV    95% DESIGN SUBMITTAL REQUIREMENTS

4.1    REVIEW COMMENTS
4.2    INDEPENDENT REVIEW CERTIFICATION
4.3    DD FORM 1354
4.4    DESIGN ANALYSIS
4.5    DESIGN DOCUMENTS
       a. Drawings
       b. Copies
       c. Civil
       d. Landscape
       e. Architectural
       f. Structural
       g. Mechanical
       h. Electrical
       i. Hazards Abatement
4.6    INTERIOR DESIGN PACKAGE
4.7    SPECIFICATIONS
4.8    SHOP DRAWING TRANSMITTAL REGISTER

PART V    100% DESIGN SUBMITTAL REQUIREMENTS

5.1    REVIEW COMMENTS
5.2    APPROVALS

FY01 REPLACEMENT FAMILY HOUSING                                FTW230

5.3    DOCUMENT SETS
5.4    HAZARDOUS MATERIALS ABATEMENT WORK PLAN

--End of Section Table of Contents--

SECTION 01012
DESIGN AFTER AWARD

PART I  GENERAL

This section lists items that must be submitted for review at various times
during the preparation of the construction plans and specifications.  A
meeting with the government is required at the 35% design stage following
contract award, referred to as the  Proposal Design Documents Review
Meeting .  Design submittals are required at the 65% design stage, 95% design
stage and at the 100% design stage.  The requirements of each design stage
are listed in this section.

Design submittals must comply with all requirements stated in this RFP.  In
the event of any conflict between the RFP criteria and the Contractor s
submittals, the RFP criteria will govern unless there is a written and signed
agreement between the Contractor and the Contracting Officer waiving a
specific requirement.

The Contractor shall provide 20 hard copy half-size sets and 2 compact disk
copies of 65% and 95% design submittals for review by the Government. Provide
20 full size sets and 2 compact disks copies of 100% submittal for review by
the Government.  Provide an additional ten (10) half-size submittals
delivered to DFW, Building 3015, Ft. Wainwright Alaska and four (4) half-size
submittals to the COE Northern Area Office, Building 2104, Ft. Wainwright
Alaska.  Deliveries shall be via overnight mail.

1.1   GOVERNMENT REVIEW COMMENTS

Design submittals and review conferences shall follow the schedule of the
Contractor s initial proposal and shall incorporate required periods for
Government review.  Changes to that schedule must be requested in writing and
approved by the Government.

     a.     As described in Part II, after receipt of the 65% submittal the
            Government shall have twenty-one (21) days for review and
            comment. After receipt of the 95% submittal packages, the
            Government shall have twenty-one (21) days for review and
            comment.  A review conference shall be scheduled at Ft.
            Wainwright, Alaska during the first week after that period.  The
            review will be for conformance with the requirements of the
            solicitation and the Contractor s proposal.

     b.     At the review conferences, or just prior to the conference, the
            Government will furnish the Contractor comments from the various
            design sections and from other concerned agencies involved in the
            review process. The Contractor shall bring key design personnel
            for each discipline to all review conferences.  During the
            conferences, the Contractor will either accept the comments, with
            or without provisions, or have comments withdrawn if generally
            agreed upon.

     c.     Review Conferences: Review comments provided to the Contractor
            will not necessarily show coordination requirements with other
            parts of the submittal.  The Contractor shall incorporate and
            coordinate the review comments into each part of the next
            submittal.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

d.   Conference Records: The Contractor shall, within seven (7) working days after each conference or discussion, either telephonic or in person, prepare a written record of the meeting and/or discussions and furnish two copies to the Project Manager. The written report shall include the project name, contract number, subject, name of the participants, outline of discussions, recommendations, and conclusions.  All meetings, site visits, review conferences, and telephonic discussions require written records.

e.   Annotating Review Comments: The Contractor shall ensure all members of the design team are tied into Dr. Checks.  Please contact the PM or Mr. Michael (Slice) Roberts (907) 753-5759 for assistance in accessing this web-based system.  After each submittal, the Contractor will be furnished design review comments from the various reviewers and concerned agencies involved in the review process.  Many of the comments will be posted in Dr. Checks Review System.  Some of the comments may be provided by the PM in hardcopy or other electronic means.  For all reviewer comments posted in Dr. Checks or provided by other formats by COE three workdays before the review conference, the Contractor shall post designer response (accept, non-concur) prior to the review conference.  For all comments provided in hard copy format, the Contractor shall enter these into Dr. Checks and note in the comment section who authored the comment being entered.  The reviewers may post additional review comments after this time, but the Contractor is not expected to respond to those newer comments until the review conference.  The contractor shall run a copy of all comments and responses and newer comments posted in Dr. Checks at noon (or after) on the workday before the review conference.  Any comments in other formats received by that time shall be copied as well.  The Contractor shall make 25 copies for distribution at the review conference.  The Contractor shall post in Dr. Checks the disposition of each comment from all formats at the review conference within three (3) days of the conference.  Some of the comments may remain outstanding or there may be action by the designer.  As the Contractor incorporates accepted comments into the design during the next phase of design, he shall provide  designer annotations  into Dr. Checks. Prior to the next submittal the Contractor shall ensure all designer responses have been entered.  The Contractor shall furnish a hardcopy of the disposition of all comments with the next scheduled submittal.  The disposition will clearly indicate the specific actions taken in response to each comment.  Merely stating  concur  or  will comply  in not considered an adequate indication of actions taken.  The Contractor is cautioned that if he/she believes the action required by any comment exceed the requirements of the RFP, he shall take no action and immediately notify the COE in writing.  No work or services shall be performed for which an additional cost will be charged without prior written authorization of the Contracting Officer.

1.2   DESIGNER OF RECORD

The Contractor shall identify, for approval, the Designer of Record for each area of work.  One Designer of Record may be responsible for more than one area provided he or she is a registered professional in that discipline in the State of Alaska.  The Designer(s) of Record shall stamp and sign all 100% design drawings.

FY01 REPLACEMENT FAMILY HOUSING                                FTW230

Upon contract award the Contractor shall submit to the project manager a list of the
Designers of Record and identify any changes to the project personnel from that presented in the proposal, and the reason for the change.  The Government reserves the right to accept or reject the change before issuing the Notice To Proceed.

The Designers of Record shall review and approve all construction shop drawings and submittals.

1.3    INDEPENDENT DESIGN DOCUMENT REVIEW AND CERTIFICATION

The Contractor shall ensure that all design documents submitted after award, including all drawings and calculations, are reviewed by a registered senior engineer/architect in the required discipline, including fire protection engineer, who is independent from and not associated with the design.  The independent reviewer may or may not be associated with the organization having done the original design.

The independent reviewer must submit a signed letter of certification at each review conference for each design submittal stating also that he or she has reviewed the design documents for that discipline and that he or she agrees that the design is complete, correct, and in conformance with the requirements of the RFP.

PART II    POST-AWARD DESIGN REVIEW CONFERENCE

2.1    MEETING PURPOSE

Following contract award the Contractor and leaders from each design discipline shall meet with project stakeholders from the Government.  At this meeting stakeholders will comment on elements of the Contractor s design submitted as part of his proposal.  Comments and discussions may cover a wide variety of issues from color scheme to functional layouts.  The goal of this meeting is to fine tune the design to best meet stakeholder needs with little or no additional cost to the Government.  Fast tracking and other scheduling concerns will be identified and discussed.

Contractor shall bring 15 half-size sets of Proposal Design drawings for use during the meeting.

2.2    MEETING FOLLOW-UP

Following this meeting the Contractor will prepare written documents, sketches, etc. that address and confirm agreements made in the meeting and forward them to the Government.

PART III    65% DESIGN SUBMITTAL REQUIREMENTS

3.1    DESIGN ANALYSIS (DA)

The 65% Design Analysis shall follow the format presented in appendix B of ER1110-345-700 available on the Corps of Engineers  Techinfo  web site (http://www.hnd.usace.army.mil/techinfo/) excluding part 6  Exceptions to Appendix B Requirements.    The Contents shall include design calculations for all disciplines, including description of hazards abatement to be removed, and reflect the minimum requirements listed in this RFP and the Contractor s proposal, along with any subsequent negotiated items.  The demolition schedule and construction schedule shall reflect all tasks in the scope of work.

3.2   DESIGN DRAWINGS

Drawings for the 65% submittal shall follow the format presented in Appendix C of ER1110-345-700 for standard and definitive design drawings and specifically shall follow the Alaska District Corps of Engineers CADD guidelines.  Drawings shall follow the graphic standards and border selections to match Alaska District Corps of Engineers standards.  The drawing set shall include the following as a minimum.

3.3   REQUIREMENTS BY DISCIPLINE

   a.   CIVIL

      1.   Design Analysis   description of site conditions, technical references (codes, manuals, directives), foundation report and recommendations, fire protection analysis of existing water distribution system. Include product selection and cut sheet information, and a list of questions needing user clarification/action.  Site design/earthwork narrative with thorough discussion of site grading, earthwork, classified soil materials, compactive effort, testing/inspection, circulation/site issues, amenities access/parking issues, geofabric materials, structural sections. Include all calculations or assumptions for site improvements, drainage stormwater routing and other as necessary. Paving narrative shall include a discussion of paving criteria as specified in RFP; job mix design in accordance with AFM requirements including ability to meet RFP vehicle loading criteria, performance requirements and material criteria.  Utilidor system narrative shall include a thorough discussion for each utility system including steam, condensate, fire hydrants, domestic water supply, sanitary sewer, piping materials, all necessary utility fittings and appurtenances in accordance with RFP stated requirements. Utilidor design analysis shall include all necessary calculations including:

         i.    2-dimensional heat flow calculations for each utilidor size or changed condition such as ditch crossing, traffic/non-traffic areas, etc.
         ii.   Traffic loading calculations on utilidor and/or manholes, etc.
         iii.  Calculations for pipe supports and anchors. Include all design calculations, material information and product cut sheets as necessary.

      2.   Location and Vicinity Map.
      3.   Site Plan with typical section cuts and pavement cuts (Scale 1:250).
      4.   Grading Plan w/ contour lines at 0.6 meter intervals and spot elevations to .001 meter accuracy.  Show new and existing storm drain lines and inlets.
      5.   Utility Plan showing all utilities and associated products, (cleanouts, manholes, fire hydrants, valve boxes, etc.) existing water lines, points of connection, and relocations. Show existing sanitary sewer lines, new laterals, and manholes
      6.   Preliminary Utilidor sections and piping tie-in details.
      7.   Utility and storm drain profiles/details.
      8.   Soils boring logs (if additional borings done).

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

      9.   Subsurface investigation site plan (if additional borings done).

    10.   Specifications shall include but not be limited to site preparation, earthwork, aggregate materials, culverts, U.G. insulation, geofabric, and site signage.

b.    LANDSCAPING

    1.   Design Analysis, including catalog cuts for signage, edging materials, and other appurtenances; plant list and maintenance requirements, and mix percentages for soil, mulch, seed, fertilizer, limestone.

    2.   Landscape plan showing areas to be planted and features such as benches, planters, walks, fences, etc.

    3.   Removed and transplanted trees.

    4.   Fencing details.

    5.   Specifications outline to include topsoil, seeding, and plant materials schedule.

c.    ARCHITECTURAL

    1.   Design Analysis   project scope, complete code analysis including life safety, description of systems and their insulating values (foundation, floor, wall, roof), statement of functional arrangement of units and spaces within units.

    2.   Cover sheet with Drawing Index, Legend, and Code Analysis.

    3.   Floor Plans, 1:100 scale, (include gross and net area analysis).

    4.   Enlarged floor plans, 1:25 scale, of typical, repetitive areas (e.g. modules, laundry room, etc.).

    5.   Roof Plan.

    6.   Exterior Elevations, 1:100 scale, showing all exterior surfaces.

    7.   Building Cross Sections, 1:50 scale.

    8.   Exterior Wall Sections, 1:10 and 1:5 scale.

    9.   Interior Wall Sections (each type and referenced fire-rated assemblies), 1:10 and 1:5 scale.

    10.  Door Schedule, Window Schedule, door and window types illustrated.

    11.  Finish Schedule.

    12.  Reflected Ceiling Plan, 1:50 scale.

    13.  Enlarged Plans, 1:50 scale.

d.    STRUCTURAL

    1.   Design Analysis  - technical references (codes, manuals, directives), design criteria (dead and live loads), list of criteria questions needing user clarification/action, gravity and lateral framing system (primary and secondary members), and their connections.

    2.   Miscellaneous Analysis Supporting Architectural, Civil, Mechanical and Electrical Disciplines Interfacing with the Structural Frame and Elements

    3.   Floor framing plan

    4.   Layouts of expansion, construction or control joints showing dimensions

    5.   Roof framing plan

    6.   Wall section through foundations, floors and roof framing with dimensions

7.  Sections and details on footings and member sizes of anchor
    bolts, bearing plates and reinforcing, etc.
8.  Sections and details on connections, bracing, diaphragm, etc.
9.  Details on crack control joints, construction joints,
    additional reinforcement on large opening, header beams, or
    any special items.
10. Column connection details.
11. Framing member, column, beam and truss schedules as
    applicable.
12. Foundation schedule.
13. General notes, code analysis, soils data, design live loads
    and material specifics.

e.  MECHANICAL

1.  Design Analyses:

    i   Plumbing Design Analysis:  shall include system
        narratives with thorough discussion of domestic water,
        rainwater, waste and vent piping systems.  Discussion
        shall include piping materials and equipment selection
        and cut sheets.  The design analysis shall include the
        following calculations:  Piping sizes based on UPC
        fixture count and Hunter Curves.
    ii  Heating Design Analysis - shall include system
        narratives with thorough discussion of steam,
        condensate, and hydronic heating piping systems.
        Discussion shall include piping materials, pump curves,
        and equipment selection and cut sheets.  Include the
        following calculations:

        1)  Heating/cooling load calculations.
        2)  Energy Budget calculations.
        3)  Hydronic piping size calculations.
        4)  Hydronic terminal unit calculations and
            selections.
        5)  Hydronic head loss calculations and pump
            selections.
        6)  Steam and condensate main piping size
            calculations.
        7)  Steam and condensate main anchor and expansion
            calculations.
        8)  Sizing calculations and equipment selections of:
            • Steam to glycol shell and tube heat exchanger
            • Pressure reducing valves w/valve Cv s
            • Steam control valves w/valve Cv s
            • Condensate receiver station

    iii Ventilation Design Analysis - shall include system
        narratives with thorough discussion of the building
        mechanical room ventilation, and miscellaneous building
        exhaust systems.  Include equipment selection and cut
        sheets.  Required calculations:

        1)  Static pressure calculations for mechanical room
            fan and miscellaneous exhaust systems.
        2)  Sizing calculations and equipment selections of
            toilet exhaust fans and all mechanical room air

distribution louvers, diffusers, registers and
grilles.

2.   Mechanical Drawings:

    i    Steam main expansion compensators and anchors
    ii   Water heater sizing calculations and selection
    iii  Mechanical Legend/Notes
    iv   Mechanical Equipment Schedules
    v    Plumbing Layout Plans, 1:100
    vi   Heating Layout Plans, 1:100
    vii  Mechanical Room Layout Plans, 1:25
    viii Plumbing Isometrics/Details
    ix   Heating System Diagram/Details
    x    Seismic Bracing Details
    xi   Utility Layout Plans

f.   ELECTRICAL   EXTERIOR

1.   Site Plan(s): including high and low voltage feeders,
     transformers, telecommunications service entrance, cable
     television service entrance.
2.   Grounding Plan: indicating lightning protection system,
     ground conductors, electrodes, receptacles, bonding locations
     and means for bonding.
3.   Exterior Lighting Plan.
4.   Electrical One-Line diagrams/Details.

g.   ELECTRICAL   INTERIOR

1.   Power Plan 1:100.
2.   Lighting Plan 1:100.
3.   Special Systems including: communications and cable
     television.
4.   Panel board and Lighting Fixture Schedules: Panel board
     schedules shall include the designation, location, mounting
     (flush or surface), number of phases and wires, voltage, amp
     capacity and total connected load.  Indicate the trip rating,
     frame size, interrupting rating and number of poles for each
     circuit breaker in the panel boards.  List the circuit
     number, circuit description and load for each branch circuit.
5.   One-line diagram for power distribution.
6.   Grounding Plan: indicating lightning protection system,
     ground conductors, electrodes, receptacles, bonding locations
     and means for bonding.
7.   Locate all light fixtures, controls, power, smoke detectors,
     and CO detectors.
8.   Electrical Details.

h.   HAZARDS ABATEMENT

1.   Drawings showing the removal and disposal of hazardous
     materials shall be at the 95% completion level for this 65%
     submittal.  Design is based on the Hazards Abatement Design
     Criteria, the Hazardous Materials Survey Report (Appendix 6)
     and any additional testing deemed necessary by the
     Contractor.
2.   Floor plans and Utilidor drawings with types, locations, and
     quantities of all hazardous materials to be removed and
     disposed of.  Show sufficient detail to allow the abatement

contractor to perform work without contamination of the site
or exposure to personnel.

3.  Specifications (supplemental to paragraph 3.4 below)
    prepare draft of proposed specification sections using edited
    Corps of Engineers Guide Specifications (CEGS) SECTION 13280
    ASBESTOS ABATEMENT and SECTION 13281 LEAD BASED PAINT
    ABATEMENT AND DISPOSAL, and other sections for hazardous
    materials not addressed under these two sections.

## 3.4   SPECIFICATIONS

Submit specifications Division 2 through Division 16 from CSI Specifications
or COE Guide Specifications (CEGS). Where CEGS are used Contractor shall
follow guidance provided in ER1110-345-700 Appendix D.  65% Specifications
shall consist of Parts 1, 2 and 3 of each section and shall be inclusive of
all building and site work elements.

## 3.5   INTERIOR DESIGN PACKAGE

a.  SCOPE - The Contractor shall provide Building Related Interior
    Design (SID) as outlined in ER 1110-345-122 available from the
    Corps of Engineers  TECHINFO  web site
    (http://www.hnd.usace.army.mil/techinfo/). The design and design
    review shall be accomplished by, or in consultation with,
    professional interior designers and architects. The 65% submittal
    shall include product samples, color boards, plus any other
    media, which accurately describe the interior finishes and
    furnishings throughout.

b.  COLOR BOARDS - The Contractor shall prepare color boards of
    materials proposed.  Boards shall be of professional quality, in
    8 ½ inch by 11 inch format on illustration board backing.  Boards
    shall consist of actual samples and color chips.  Materials that
    will be adjacent in their installed locations shall be adjacent
    on the board.  Boards shall indicate proportion of areas where
    finishes will be applied (e.g. accent finish small relative to
    field finish).  A key shall be provided on the back of each board
    relating colors and materials to manufacturers  identification,
    contract finishes schedule, and installed location.  Provide two
    copies of each board.

PART IV     95% DESIGN SUBMITTAL REQUIREMENTS

## 4.1   REVIEW COMMENTS

Incorporate all Government review comments from the 65% submittal review into
the drawings and specifications.  Prepare annotated (accepted/rejected, and
action taken) Government review comments.

## 4.2   INDEPENDENT REVIEW CERTIFICATION

Signed letter of certification from independent reviewer for each design
discipline stating that he/she has reviewed the 95% Submittal design
documents for that discipline and that he/she agrees that the design is
complete, correct, and in conformance with the requirements of the RFP.

## 4.3   DD FORM 1354

The contractor shall provide a completed DD Form 1354, Transfer and
Acceptance of Military Real Property dated February 1990 and attached at the

end of this section. DD Form 1354 itemizes component costs for the construction of this project and shall be completed in accordance with Army Regulation AR-415-28.

## 4.4   DESIGN ANALYSIS

The 95% Design Analysis shall follow the format presented in appendix B of ER1110-345-700 available on the Corps of Engineers "Techinfo" web site (http://www.hnd.usace.army.mil/techinfo/) excluding part 6 "Exceptions to Appendix B Requirements". The contents shall include updated design calculations for all disciplines and other information as required and shall reflect the minimum requirements listed in this RFP and the Contractor's proposal along with any subsequent negotiated items.

## 4.5   DESIGN DOCUMENTS

a.   Provide complete and coordinated construction documents showing all elements necessary for construction.  Drawings for all submittals shall follow the format presented in Appendix C of ER1110-345-700 for standard and definitive design drawings and, specifically, shall follow the Alaska District Corps of Engineers CADD guidelines available upon request. Drawings shall be drawn in hard metric using Autocad 14 version, shall be complete and organized as outlined therein; such that any qualified contractor would be able to construct the facility without any additional assistance except for shop drawings or unforeseen conditions encountered during construction. In addition, the contents shall reflect the minimum requirements listed in this RFP and the Contractor's proposal along with any subsequent items negotiated since award.  Only minor comments are expected to be generated by the government from the 95% review drawing set shall include the following as a minimum.

b.   A substantial number of comments generated by the Government or comments indicating that constructabilty and/or compliance with the RFP is not apparent in this submittal shall constitute grounds for the requirement of another, more complete, 95% design submittal.  The Government shall decide after review of the 95% design submittal if another 95% submittal will be required.

Minimum Requirements by Discipline:

c.   CIVIL

1. Field Screen Testing.

i     Sampling and Analysis Plan (SAP).
ii    Field Sampling Plan (FAP).
iii   Quality Assurance Program Plan (QAPP).

2. Demolition.

i     Demolition Work/Disposal Plan.
ii    Dust Control Plan.
iii   Schedule of proposed demolition work.
iv    Temporary Erosion and Pollution Control Plan.

3. Site Design/Earthwork.

Drawings: The drawings shall include all site plans and/or grading plans necessary to meet the stated requirements outlined in the RFP and as listed in the 65% submittal requirements.  All minimum dimensions shall be clearly delineated on the drawings.  Provide sufficient detail to determine that site layout and site amenities meet the minimum RFP requirements.  Show proposed finish floor elevations, a minimum of two (2) section cuts for the building, site grading/drainage improvements and all proposed amenities.

4. Asphalt Paving/Concrete Paving.

Drawings:  The drawings shall designate all AC paved improvements on the site plan as well as concrete improvements such as walks, miscellaneous slabs and curbs & gutters.

5. Utilidor System.

Drawings:  Drawings shall include a plan & profile of service utilidor to new building site location.  A typical section, showing utilidor design and utility piping layout, depth of bury, pipe supports and all related appurtenances shall be clearly labeled and identified.  Connection to existing manholes or new manhole shall be detailed, clearly labeled and identified on the drawings.  Provide site details or sections as required to fully depicting the utilidor system proposed in accordance with minimum requirements in the RFP.

d.    LANDSCAPE

1. Drawings.

    i      Landscape Site Plans (match Civil drawing scale).
    ii     Planting Plan (if not included in Landscape Site Plan).
    iii    Details/Sections.
        1)  Swale.
        2)  Berm.
        3)  Plant bed divider.
        4)  Tree & shrub planning.
        5)  Protection of existing trees (if applicable).
        6)  Staking and guying.

e.    ARCHITECTURAL

1. General

    i      Code Analysis.
    ii     Abbreviations, Legends, Graphic Symbols.
    iii    Drawings.
        1) Building Plans (1:100 scale): floor plans, reflected ceiling plans, roof plan.
        2) Mezzanine Plan (if applicable).
        3) Exterior Elevations (1:100 scale).
        4) Building Sections (1:50 scale).
        5) Wall Sections (1:10 or 1:5 scale).
        6) Details (1:5 or 1:2.5 scale).
        7) Bathroom/Latrine Plans (1:25 scale).
        8) Interior Elevations (1:50 or 1:25 scale).
        9) Finish/Door/Color Schedules.
        10)Door Types, Frame and Storefront Types, Window Types.

f.   STRUCTURAL
Drawings - shall be complete such that all materials, material layouts, connections, elevations and dimensions are clearly noted.

     i   Abbreviations, Structural Notes (Directly Related to this Project): Code, Soils Information, Design Live Loads, Material Specifics, Miscellaneous Information.

    ii   Plans (Scale  1:100): Grid and Overall Dimensions, Specific Dimensions, Elevations, Section and Detail Cuts.

   iii   Foundation Plan: Footing - Type, Size, Reinforcing, Depth, Location; Slab on Grade - Thickness, Slopes, Drains, Reinforcing, Extent, Subgrade, Pits; Pilaster - Size, Reinforcing, Location; Column - Type, Size, Location.

    iv   Roof Framing Plan: Type, Size, Extent, Spacing of framing members.

     v   Foundation Sections/Details (Scale = 1:10).

    vi   Framing Details (Scale = 1:10).

g.   MECHANICAL

1. Plumbing Drawings: shall include all domestic water, rain water, waste and vent piping located in the building. All plumbing fixtures and equipment shall be clearly labeled and identified on the drawings. Provide a fixture connection schedule showing all plumbing fixtures and the required plumbing systems piping connection size. Provide details as required to fully depict plumbing systems and all building shell penetrations.

2. Heating Drawings: shall include all steam, condensate, and hydronic heating piping systems located in the building. Drawings shall also include all steam and condensate utilities to the building. All hydronic terminal units and equipment shall be clearly labeled and identified on the drawings. Equipment shall be located to insure proper maintenance access and removal with the required clear service area for major mechanical equipment. All piping 4" and over shall be shown as double line "true" size within the utility manholes and mechanical room. Provide details as required to fully depict all steam and hydronic systems and all building shell penetrations.

3. Ventilation System Drawings: Develop drawings listed in 65% submittal to 95% completion and add additional details as required to fully describe the intended design. The drawings shall include all mechanical room ventilation and residential unit exhaust systems located in the building. All ventilation equipment shall be clearly labeled and identified on the drawings. Equipment shall be located to insure proper maintenance access and removal with the required clear service area for major mechanical equipment. All ductwork shall be shown as double line "true" size on the plans, building sections, and mechanical room. Provide details as required to fully depict all ventilation systems and all building shell penetrations.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

h.    ELECTRICAL

    1. Drawings

        i.    Site Plans - Match Civil.
        ii.   Building Plans (Scale 1:100 minimum) including:
            1)  Lighting layouts and switching.
            2)  Power receptacles and mechanical and other general
                power utilization equipment connections.
            3)  Circuiting showing numbers and sizes of wires and
                conduit, circuit designation.  Typical minimum size
                and quantity of wires in conduit may be used.
            4)  Telephone, computer system outlets.
            5)  Television outlets.
            6)  Distribution and lighting/appliance panels,
                contactors, and terminal boards/cabinets.

    2. Diagrams: One-line diagrams shall denote conductor quantities
       and sizes.

        i.    Power one-line diagram including all panelboards, major
              equipment and metering, and grounding
        ii.   Telephone/data one-line diagram
        iii.  Television one-line diagram

    3. Schedules

        i.    Lighting fixture schedule with lamp types, quantity,
              voltage, mounting and physical sizes, manufacturer and
              catalog number.
        ii.   Panelboard schedules with all circuits identified,
              connected loads, demand loads and short circuit ratings.

    4. Details

        i.    Exterior lighting pole bases.
        ii.   Overhead primary power line connection.
        iii.  Transformer.
        iv.   Manholes (if required).

    5. Minimum Calculations to be Submitted:

        i.    Service size in accordance with NEC requirements.
        ii.   Zonal Cavity Lumen Method Lighting Levels for interior
              spaces designated in the requirements.
        iii.  Point by point lighting calculations for all exterior
              areas designated in the requirements.
        iv.   Short circuit currents at distribution panels to lighting
              and appliance panelboards.

i. HAZARDOUS MATERIALS

    100% level design drawings for this 95% submittal.

4.6  INTERIOR DESIGN PACKAGE

Update the 65% Interior Design Package with any additions or changes made
since the 65% Submittal. Update color boards similarly, 2 copies of each are
required.  If no changes occurred since the 65% Submittal, color photocopy
format is acceptable.

FY01 REPLACEMENT FAMILY HOUSING                                          FTW230

4.7  SPECIFICATIONS

Develop Specifications Divisions 1 through 16 from CSI Format, Corps of
Engineers Guide Specifications (CEGS), or SPECSINTACT. Where CEGS are used
the Contractor shall follow guidance provided in ER1110-345-700 Appendix.

Catalog cuts organized by discipline and specification division shall be
bound under separate cover as Volume 2 of the Specifications.  Include M/E/P,
Fire Protection items, and architectural elements such as: roofing
assemblies, exterior materials, doors/hardware, windows, specialty items and
equipment. Include Hazardous Materials Abatement Work Plan and all submittals
required by the hazardous specifications for review and approval.

4.8 SHOP DRAWING TRANSMITTAL REGISTER

Develop and submit a master list of all submittal items for review by the
Government, organized by discipline and specification section.  Include:
product submittals for approval, shop drawings for approval, shop drawings
for information only (FIO), and operations and maintenance (O&M) manuals.

PART V  100% DESIGN SUBMITTAL REQUIREMENTS

5.1   REVIEW COMMENTS

Incorporate all Government review comments from the 95% submittal review into
the design analysis, drawings, and specifications.  Prepare annotated
(accepted/rejected, and action taken) 95% Submittal review comments.

5.2   APPROVALS

Contractor requires ACO or COE approval of all aspects of the design prior to
beginning of construction.  Fast track portions of the design shall be
identified early and approved prior to beginning of that part of the work.
The contractor should anticipate a review period, not to exceed fourteen (14)
working days, of the 100% Design Submittal before Government approval for
construction to proceed.

5.3   HAZARDOUS MATERIALS ABATEMENT WORK PLAN

Submit a complete hazardous materials abatement work plan and all submittals
required by the hazardous materials specifications for review and approval.

--End of Section--

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01015

SPECIAL ITEMS

PART 1   GENERAL

    1.1    SCOPE
    1.2    REFERENCES
    1.3    SUBMITTALS
    1.4    ACCIDENT PREVENTION PLAN
    1.5    FIRE SAFETY
    1.6    COMPLIANCE WITH ALASKA STATE LABOR LAWS ON OCCUPATIONAL LICENSING
    1.7    WORK CLEARANCE AND UTILITY OUTAGES
      1.7.1    Telephone and Cable Outages
      1.7.2    Notification and Posting of Outage Notices
      1.7.3    Emergency Outages
    1.8    DISPOSITION OF MATERIALS
    1.9    LANDFILL COVER REQUIREMENTS
      1.9.1    Cover Layer Requirements
        1.9.1.1    Cover Material Source
        1.9.1.2    On-site Equipment Storage
      1.9.2    Environmental Protection
    1.10   DISPOSAL OF SOILS
    1.11   SALVAGEABLE MATERIALS
      1.11.1   Salvage of Lockset Cores
    1.12   TESTS
    1.13   WARRANTY OF CONSTRUCTION
      1.13.1   Failures
      1.13.2   Warranty Tag
    1.14   CAMP FACILITIES
    1.15   PARTNERING
    1.16   FINISH MATERIALS SUBMITTAL
      1.16.1   Color Board and Materials Finishes Submittal and Approval
        1.16.1.1   Exterior Materials and Finishes Submittal
        1.16.1.2   Interior Materials and Finishes Submittal
      1.16.2   Balance of Submittal Items
    1.17   OPERATION AND MAINTENANCE (O & M) MANUALS
    1.18   EARTHQUAKE-RESISTANT EQUIPMENT SUPPORTS
    1.19   SCHEDULING OF WORK
    1.20   TEMPORARY HEATING PLAN
    1.21   FACILITY RESPONSIBILITY
      1.21.1   General
        1.21.1.1   Site Security
        1.21.1.2   Temporary Heating and Maintenance of Existing Facilities
    1.22   LOCKSET CORE INSTALLATION
    1.23   WARRANTY PAYMENTS

PART 2   PRODUCTS - NOT USED

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

   PART 3    EXECUTION - NOT USED

   -- End of Section Table of Contents --

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

SECTION 01015

SPECIAL ITEMS

PART 1   GENERAL

1.1   SCOPE

Items included in this section cover special features and/or requirements
which are not otherwise specified or indicated.

1.2   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to in the text by
basic designation only.

ARMY TECHNICAL MANUALS (TM)

TM 5-809-10                    (1992) Seismic Design for Buildings

1.3   SUBMITTALS

Government approval is required for submittals with a "GA" designation;
submittals having an "FIO" designation are for information only.  The
following shall be submitted in accordance with SECTION 01330 SUBMITTAL
PROCEDURES:

    SD-01 Data

Color Boards; GA.

    SD-04 Drawings

Temporary Heating Plan; GA.

    SD-13 Certificates

Color Boards; GA.

    SD-14 Samples

Color Boards; GA.

    SD-18 Records

Videotapes; FIO.

1.4   ACCIDENT PREVENTION PLAN

The Contractor shall obtain the Contracting Officer's approval of the
Accident Prevention Plan required by the Safety and Health Requirements
Manual referenced in paragraph Accident Prevention of the Contract
Clauses prior to start of any work at the project site.

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

1.5    FIRE SAFETY

The Contractor shall obtain a permit from the organization having
jurisdiction over the job site for any welding or open flame work.

1.6    COMPLIANCE WITH ALASKA STATE LABOR LAWS ON OCCUPATIONAL LICENSING

The Contractor shall comply with the current provisions of Alaska
Statutes AS Title 08 and Alaska Regulations 12 AAC 32 AND 39 requiring
licensed electrical and mechanical administrators to supervise and be
responsible for the performance of all regulated categories of
electrical and mechanical work performed on-site as part of this
contract.   The following is a partial list of areas covered by the
Alaska State Regulations:

        a. Controls and Control Wiring 12 AAC 32.275
        b. Inside Communications 12 AAC 32.195
        c. Residential Wiring 12 AAC 32.235
        d. Outside Communications 12 AAC 32.125
        e. Commercial Wiring 12 AAC 32.165
        f. Line Work 12 AAC 32.075
        g. Heating Cooling and Process Piping 12 AAC 39.232
        h. Mechanical Systems Temperature Control 12 AAC 39.292
        i. Residential Plumbing and Heating 12 AAC 39.312
        j. HVAC/Sheet Metal 12 AAC 39.252
        k. Refrigeration 12 AAC 39.272

The Contractor shall also be required to comply with State of Alaska
requirements for occupational licensing of electrical and mechanical
journeymen and apprentice craftsmen performing any work on-site as part
of this contract.   The ratio of individuals holding trainee certificates
may not be more than two electrician trainees for every certified
electrical journeyman, or residential wireman as applicable on a job
site, or two power linemen trainees for every certified power lineman on
the job site.   The Contractor shall be prepared to demonstrate on
demand, the licensing of the craftsmen engaged in the work.

1.7    WORK CLEARANCE AND UTILITY OUTAGES

The Contractor shall submit, in writing, a request for a utility outage
to the Distribution Foreman (by FAX @ 907-353-6159 or hand delivered to
Building 3022) with as much lead time as possible, but not less than
five (5) working days prior to the requested utility outage date.   The
Contractor shall be responsible for verification of facsimile
transmission to the Distribution Foremen by call 907-353-7139.   A copy
of the latest version of the request form can be obtained from the
Distribution Foreman.

All outages are to be scheduled to occur between 0800 and 1500 hours
Tuesdays through Thursdays, but in no case shall the duration of the
outage exceed four (4) hours.

The Contractor shall identify utilities affected (water, sewer, steam,
condensate, electricity), the facilities affected, the exact locations,
the duration of the outage, and a brief explanation of the work to be
performed.

The Contractor may request utility outages outside of the normal
accepted time frames and duration's listed above; however, the

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

acceptance of the request will be at the discretion of the Director of
Public Works.

At the discretion of the Director of Public Works, and when deemed
necessary for safety, efficiency, and mission impact, the Director of
Public Works may direct the outage to occur during a specific day, or
time of day, to minimize the impact to the affected buildings.

1.7.1   Telephone and Cable Outages

For commercial telephone and cable outages, the Contractor shall make
those requests directly to the provider.  No excavation shall be allowed
until the provider has located and marked the utility line.

1.7.2   Notification and Posting of Outage Notices

Notification and posting of scheduled outage notices will be conducted
as follows:

For Contractor initiated outage requests, the Contractor is responsible
for posting outage notices on all effected buildings a minimum of 24
hours before the outage.  The Contractor is responsible for posting
notices at all building entrances and by notifying the designated
building manager either in person or telephonically.  The DPW customer
service office will provide the DPW Project Manager and the Contractor a
listing of the names and phone numbers of the building managers for the
affected buildings.

If the work cannot be completed within the outage time requested, and
another outage is necessary, a new request shall be submitted and
approval obtained in advance for the additional time required.

When the work cannot be completed within the outage time requested and
the DPW shop personnel are required to stay beyond their normal duty
day, the contractor will be held responsible for all overtime costs
associated with the outage.

Valve operations on active utilities will be performed by post personnel.

1.7.3   Emergency Outages

For emergencies when advance notification of a utility outage cannot be
made, the following procedures apply:

The Contractor will notify the Utilities Distribution Foreman who will
then notify the DPW Customer Service Office and the on-duty Fire
Department Assistant Chief of the general information and circumstances
relating to the outage.  The information to be provided includes the
utility affected (i.e. water, steam, or power), the general area of the
affected outage and/or the specific buildings affected.  The Utilities
Forman will provide periodic updates to the Customer Service Office
during extended outages.

1.8   DISPOSITION OF MATERIALS

Combustible and noncombustible waste material shall be disposed of in
the Ft. Wainwright Landfill.  No burning of materials will be permitted.

The landfill will be open by appointment only during the following hours

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

(excluding Federal holidays): Monday - Thursday 0800 to 1600 hours and
Friday 0800 to 1500 hours subject to the conditions listed below:

A landfill Authorization Card will be required for each Contractor.  The
Contractor shall obtain the Authorization Cards from the Ft. Wainwright
Environmental Office, Building 3023 phone 353-6249.

Load sheets will be required for each load at the landfill gate per
current practice.

Questions concerning disposal of solid waste at the Ft Wainwright
Landfill can be addressed to the Ft Wainwright Environmental Office at
353-6249.

Construction Debris:

    a.   Access must be coordinated at least one day in advance with DPW
    Grounds Maintenance Shop at 353-7192.

    b.   Contents of the load must be construction materials only with
    no mixed garbage such as food containers or other household type
    refuse.  Mixed loads will be refused.

Asbestos:

    a.   Loads must be properly documented.

    b.   Access must be coordinated at least one day in advance with DPW
    Grounds Maintenance Shop at 353-7192.

    c.   Delivery time must be coordinated and must be early enough in
    the day to allow the operator to cover the material before the end
    of the day.

    d.   Disposal of asbestos waste is allowed in accordance with the
    following requirements; submit to the landfill operator a completed
    asbestos manifest form with each load of Asbestos Containing
    Material (ACM).  ACM will be properly contained in leak-tight
    containers and labeled.  Labeling will include description of
    contents, ACM source location (building number or utilidor
    location), and the contractor's name and contract number for
    identification purposes.

Containers may be barrels, drums, or six-mil or thicker plastic bags.
The ACM waste will be placed in approved locations only as directed by
the landfill operator.  All containers will have warning labels attached
that state:

**CAUTION**
**CONTAINS ASBESTOS**
**AVOID OPENING OR BREAKING CONTAINER**
**BREATHING ASBESTOS IS HAZARDOUS TO YOUR HEALTH**

OR

**CAUTION**
**CONTAINS ASBESTOS**
**AVOID OPENING OR BREAKING CONTAINER**
**BREATHING ASBESTOS DUST**
**MAY CAUSE SERIOUS BODILY HARM**

SECTION 01015  Page 6

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

Prohibitions and Special Restrictions:

a.    Scavenging and Salvaging is prohibited.

b.    Disposal of hazardous wastes, as defined by 40 CFR part 261 is
prohibited. Ensure waste meeting this definition is disposed of in
accordance with 40 CFR Part 262, Standards Applicable to Generators
of Hazardous Waste.

c.    Disposal of raw sewage, liquids, radioactive material,
explosives, oil, solvents, strong acids, untreated sewage sludge,
septage, untreated pathogenic, and other waste defined under 18 AAC
60.910(28) is prohibited at this facility.

d.    Disposal of lead-acid vehicle batteries is prohibited.

e.    Disposal of polluted soil as defined by 18 AAC 60.025 & 330 is
prohibited.

f.    Disposal of trash other than construction debris is prohibited.

g.    Drums must be empty and cleaned of fluids prior to crushing.
All drums must be crushed and flattened prior to disposal.

h.    Ensure that if scrap vehicles are accepted at the landfill,
they are drained of all oil and petroleum products and lead-acid
batteries removed prior to disposal.

i.    Former is invalid, Ft. Wainwright does not accept Mixed Solid
Waste (MSW).

j.    Any trees, shrubs or other vegetation that is to be disposed of
in the Ft. Wainwright landfill shall be chipped prior to disposal.
This requirement applies to all shrubs, vegetation and trees with a
base diameter of 75 mm or less.  All trees with a base diameter of
greater than 75 mm shall be salvaged for public use.  All waste
materials from the salvage operations shall be chipped and disposed
of in the landfill.

1.9    LANDFILL COVER REQUIREMENTS

All construction and asbestos containing material (ACM) debris placed in
the landfill by the Contractor's operations shall be covered daily.  The
Contractor shall provide all plant, labor, material, equipment and
supervision necessary to cover all construction and ACM debris deposited
in the landfill generated by this projects' construction operations.
The Contractor shall be responsible for providing cover in accordance
with the requirements listed below and in accordance with all local,
state and Federal regulations.  This work is considered incidental to
the project requirements and no separate payment will be made for this
work.

1.9.1    Cover Layer Requirements

a.    The material used to cover the construction debris and ACM
cells shall be obtained from an approved source(s).  See additional
requirements listed in paragraph 1.9.1.2 below.

FY01 Replacement Family Housing                                      FTW230
DACA85-01-R-0024, Amendment R0004

    b.   Material shall be spread in sufficient quantity and loose
thickness to ensure that when compactive effort is applied that the
cover material will consolidate easily and uniformly, and that all
debris is covered.  Loose cover material shall be spread in such a
manner in a thickness so as to preclude damage to bagged ACM.
Exposed debris or bagged ACM will not be allowed.

    c.   The minimum compacted thickness shall be 300 mm.

    d.   Compactive effort shall be applied uniformly across the entire
surface employing equipment of a type specifically designed for use
in this type of environment.  Required compactive effort shall be
3-passes over the entire surface to be covered.

## 1.9.1.1  Cover Material Source

At the option of the Contractor, suitable cover material may be provided
from a source outside of Ft. Wainwright or from the material pit located
on Old Badger Road.

If the Contractor elects to provide cover material from an outside
source, the Contracting Officer prior to the start of any construction
or demolition operations shall approve that source.

Should the Contractor elect to use the Old Badger Road material pit, the
Contractor is advised that at least one other Contractor will be
obtaining material from this site.  It shall be the responsibility of
the Contractor to coordinate his operations with that of the other
Contractor(s).

Under either circumstance, the Contractor shall provide all plant,
labor, equipment and supervision necessary for the acquisition,
transport and off-loading of the cover material at the landfill.

## 1.9.1.2  On-site Equipment Storage

Storage of equipment associated with this effort may be stored within
the boundary of the landfill.  It is the Contractors' responsibility to
provide appropriate safeguards against unauthorized access to the
equipment during non-duty hours.

## 1.9.2  Environmental Protection

The Contractor shall provide the necessary safeguards for the prevention
of POL spills, containment and cleanup, and for dust suppression.  All
efforts and safeguards employed shall be in accordance with SECTION
01411 ENVIRONMENTAL PROTECTION.

## 1.10  DISPOSAL OF SOILS

No soil from the site shall be removed without permission from the
Contracting Officer.  Soils may be temporarily removed from the
installation when approved for off-site remediation.  Such soils shall
be properly tracked and fully accounted for until returned to the
installation and shall not be mixed with other soils at any time.

## 1.11  SALVAGEABLE MATERIALS

Salvageable material, if not otherwise indicated, shall become the

FY01 Replacement Family Housing                                        FTW230
DACA85-01-R-0024, Amendment R0004

property of the Contractor.  The value of such salvage shall be
reflected in the contract price.

1.11.1    Salvage of Lockset Cores

The Contractor shall, prior to the start of any demolition operations,
coordinate the removal of the facility lockset cores with Ft. Wainwright
Department of Public Works (DPW) locksmith representative.

Facility lockset cores will be removed by DPW personnel for future use.
Removal will be completed before the Contractor is allowed to commence
any facility demolition operations.

The Contractor shall provide interim facility security in accordance
with paragraph SITE SECURITY at the end of this section.

1.12    TESTS

The Contractor shall provide testing, except where specifically noted to
be
performed by the Government, in accordance with SECTION 01451 CONTRACTOR
QUALITY CONTROL.

1.13    WARRANTY OF CONSTRUCTION

        a.  In addition to any other warranties in this contract, the
        Contractor warrants, except as provided in subparagraph "i" herein,
        that the work performed under this contract conforms to the contract
        requirements and is free of any defect of equipment, material, or
        design furnished, or workmanship performed by the Contractor or any
        subcontractor or supplier at any tier.

        b.  This warranty shall continue for a period of 1 year from the
        date of final acceptance of the work.  If the Government takes
        possession of any part of the work before final acceptance, this
        warranty shall continue for a period of 1 year from the date the
        Government takes possession.

        c.  The Contractor shall remedy at the Contractor's expense any
        failure to conform, or any defect.  In addition, the Contractor
        shall remedy at the Contractor's expense any damage to
        Government-owned or -controlled real or personal property, when that
        damage is the result of-

            (1) the Contractor's failure to conform to contract
            requirements; or

            (2) any defect of equipment, material, workmanship, or design
            furnished.

        d.  The Contractor shall restore any work damaged in fulfilling the
        terms and conditions of this clause.  The Contractor's warranty with
        respect to work repaired or replaced will run for 1 year from the
        date of repair or replacement.

        e.  The Contracting Officer will notify the Contractor, in writing,
        within a reasonable time after the discovery of any failure, defect,
        or damage.

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

   f.  If the Contractor fails to remedy any failure, defect, or damage
within a reasonable time after receipt of notice, the Government
shall have the right to replace, repair, or otherwise remedy the
failure, defect, or damage at the Contractor's expense.

   g.  With respect to all warranties, expressed or implied, from
subcontractors, manufacturers, or suppliers for work performed and
materials furnished under this contract, the Contractor shall:

      (1)  Obtain all warranties that would be given in normal
commercial
practice;

      (2)  Require all warranties to be executed, in writing, for the
benefit of the Government, if directed by the Contracting
Officer; and

      (3)  Enforce all warranties for the benefit of the Government,
if directed by the Contracting Officer.

   h.  In the event the Contractor's warranty under subparagraph "b"
herein has expired, the Government may bring suit at its expense to
enforce a subcontractor's, manufacturer's, or supplier's warranty.

   i.  Unless a defect is caused by the negligence of the Contractor
or subcontractor or supplier at any tier, the Contractor shall not
be liable for the repair of any defects of material or design
furnished by the Government nor for the repair of any damage which
results from any defect in Government-furnished material or design.

   j.  This warranty shall not limit the Government's rights under the
Inspection of Construction clause of this contract with respect to
latent defects, gross mistakes, or fraud.

   k.  Defects in design or manufacture of equipment, specified by the
Government on a "brand name and model" basis, shall not be included
in this warranty.  In this event, the Contractor shall require any
subcontractors, manufacturers, or suppliers thereof to execute their
warranties, in writing, directly to the Government.

1.13.1    Failures

Upon receipt of notice from the Government of failure of any part of
warranted items during the warranty period, the affected part or parts
shall be promptly replaced.  Such replacement shall include furnishing
and installing the necessary new part or parts, making all necessary
repairs, restoring the affected item to the operating condition
specified in this contract and making all such tests as are necessary to
ensure that there are no remaining defects.  Such tests shall be
performed in the presence of representatives of the Using Agency
indicated below.  Upon final acceptance of the work or transfer of
responsibility to the Government for operation and maintenance of the
items covered, whichever is earlier, the Contractor shall be responsible
to the Using Agency for the warranty provisions of this contract.  A
letter stating the applicable warranty provisions shall be furnished to
the Contracting Officer in duplicate, in the format and text shown in
the sample letter attached to this section.

1.13.2    Warranty Tag

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

The Contractor shall provide the following information typed or printed
in ink on tag stock or card stock which shall be affixed in easy view
location on the warranted installed equipment:

"This equipment was installed by contract DACA85-9_-C-00__ and is under
warranty by the (Construction Company Name ) (Phone     ) until Day
Month Year.

All maintenance by installation personnel is to be performed in
accordance with maintenance manual provided at time of acceptance to
avoid possible negation of the warranty.

1.14    CAMP FACILITIES

There are no Government owned camp facilities at the jobsite for the
Contractor's use.

1.15    PARTNERING

    a.  The Government intends to encourage the foundation of a
cohesive partnership with the Contractor and its subcontractors.
This partnership will be structured to draw on the strengths of
each organization to identify and achieve reciprocal goals.  The
objectives are effective and efficient contract performance,
intended to achieve completion within budget, on schedule, and
in accordance with plans and specifications.

    b.  This partnership will be bilateral in makeup, and
participation will be totally voluntary.  Implementation of this
initiative will be a topic of discussion at the Preconstruction
Conference.  Other recurring or special purpose meetings, as
agreed between the Government and the Contractor, will be held
as necessary to resolve contentious issues and maintain the
partnering spirit.

1.16    FINISH MATERIALS SUBMITTAL

1.16.1   Color Board and Materials Finishes Submittal and Approval

The Contractor shall submit to the U.S. Army Corps of Engineers a
separate color board(s) for both the exterior and interior finishes.
These shall be submitted at such time during the design process that
acquisition of even long lead-time items will not affect the completion
time of the project or impact any ongoing construction activities.

Failure of the Contractor to submit either of the exterior or interior
color board(s) at an appropriate time does not relieve the Contractor of
his obligation to meet the contractual construction completion date.  No
request for a time extension will be entertained.

Representative of the U.S. Army Corps of Engineers will coordinate final
color selection(s) with the User and their designated representatives.
The Contractor will be informed of those selections within 30 calendar
days from the date they were received by the Corps of Engineers
Technical Lead for this project (907) 753-5586.

1.16.1.1   Exterior Materials and Finishes Submittal

FY01 Replacement Family Housing                                     FTW230
DACA85-01-R-0024, Amendment R0004

Submittals for exterior finishes and materials shall accompany, for
approval, the appropriate color board(s). Finishes and materials
submitted shall include, as a minimum, the following:

    a. Paints (factory and field applied)
    b. Siding and trim pieces
    c. Roofing material and trim pieces

These components shall be submitted as a single package, and shall
include colors, patterns, textures and manufacturer's designations.

1.16.1.2    Interior Materials and Finishes Submittal

Submittals for interior finishes and materials shall accompany, for
approval, the appropriate color board(s). Finishes and materials
submitted shall include, as a minimum, the following:

    a. Paints (factory or field applied)
    b. Wall coverings
    c. Floor coverings
    d. Acoustical ceilings
    e. Toilet partitions
    f. Window coverings
    g. Plastic laminate
    h. Non-ferrous metal finishes
    i. Natural wood finishes

These components shall be submitted as a single package, and shall
include colors, patterns, textures and manufacturer's designations.

1.16.2    Balance of Submittal Items

The following items may be submitted separately. All items shall
include any samples, manufacturer's data and certificates necessary to
demonstrate quality and conformance with the contract requirements:

    a. Doors
    b. Windows
    c. Electrical outlets and cover plates
    d. Mechanical equipment
    e. Ventilation components
    f. Hardware
    g. Fire alarm components
    h. Other items as required or specified

1.17    OPERATION AND MAINTENANCE (O & M) MANUALS

Six copies shall be submitted to the Contracting Officer not later than
30 days prior to scheduled contract completion. Failure to submit
manuals by this date will be considered cause to withhold any payments
due the Contractor. All equipment manual materials shall be durable,
clearly printed or reproduced copies, not more than 8-1/2 x 11 inches in
size, or neatly folded to that size without overlapping into the
binding. Materials shall be indexed and bound in stiff covers with tab
separators. Approval of manuals shall be obtained prior to scheduling
operating tests and field training courses.

1.18    EARTHQUAKE-RESISTANT EQUIPMENT SUPPORTS

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

All items of electrical, mechanical, and other installed equipment shall be mounted to prevent damage from lateral motion caused by earthquake. Restraints for seismic loading shall comply with requirements in TM 5-809-10. Any hooks from which light fixtures or other equipment are suspended shall be closed.  Light fixtures in suspended ceilings shall have secondary support from main structural framing of ceiling or roof system.  Items of suspended or supported equipment subject to causing damage by swaying or tipping shall be cross-braced or laterally secured to the building structure.  Any items of equipment mounted without rigid restraint of lateral motion shall have sufficient clearances and flexibility of associated wiring, piping, or other connections to accommodate the full range of such motion as might occur.

1.19   SCHEDULING OF WORK

The Contractor shall schedule and coordinate his construction activities in such a manner that once the foundation is poured at any facility, that facility shall be completed to a "rough frame and winterized sufficiently for temporary heat" stage by no later than 15 October of each construction season.  This level of effort is necessary to ensure that construction operations may continue throughout the winter months and ensure that the building foundation and other systems and materials will not freeze.  The Contractor shall provide temporary heat for each facility as indicated below.

Temporary heat will be required 24 hours per day, 7 days per week, or until such time as the ambient outside temperatures dictate that temporary heating is no longer required or the facility is complete and accepted.

Temporary heat in the basement shall be maintained at a minimum of +10 degrees C.  In addition to the minimum temperature to be maintained in the basement, the level of temporary heating provided by the Contractor shall be as required for the task being accomplished and as recommended by the manufacturer of the most critical component (i.e. painting, staining or drywall taping, bedding and texturing operations).

The Contractor shall take all steps necessary to ensure that heating devices used are operating efficiently and safely, especially during non-duty hours.  The level of support provided by the Contractor is dependant upon the type of heating device used and the safety requirements of the local Fire Marshall.

1.20   TEMPORARY HEATING PLAN

The Contractor shall submit for approval, a minimum of 30 calendar days prior to the anticipated need for temporary heating, a plan that will efficiently and safely provide temporary heat to each facility.  This plan shall include the following:

    a. Number and location of each device used.

    b. BTU output of each unit and heating medium.

    c. Narrative description of how each unit is to be monitored and at what frequency.

    d. Narrative description of what type and size of safety devices, and its location in each facility.

SECTION 01015  Page 13

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

    e. Name(s) and phone number(s) of the person accomplishing the
    monitoring.

    f. Name and address of a backup point of contract.

The use of electrical heating devices will not be allowed.

The Contractors shall submit, as a shop drawing, the Temporary Heating
Plan.  Installation and operation of any temporary heating equipment
will not be allowed until such approval has been obtained.

Any temporary utilities required by the Contractor to support this
effort shall be included in the contract price.  No separate cost will
be allowed.

1.21    FACILITY RESPONSIBILITY

1.21.1    General

Immediately upon receipt of the Notice To Proceed (NTP) the Contractor
assumes full responsibility, liability and takes full possession of each
facility awarded as part of this contract.  These responsibilities
include but are not limited to site safety, site security, maintenance
and temporary heating of the facilities.

1.21.1.1    Site Security

The Contractor shall erect the perimeter fencing as identified in
paragraph 1.6 of SECTION 01500 TEMPORARY CONSTRUCTION FACILITIES.  No
construction or construction related operations shall be accomplished
until the perimeter fencing is installed and accepted by the Contracting
Officers' Representative (COR).

The Contractor shall be responsible for maintaining the integrity of the
perimeter fence, access into and out of the job site, and unauthorized
entry into the facilities themselves.

1.21.1.2    Temporary Heating and Maintenance of Existing Facilities

No later than NTP +40 days the Contractor shall assess his ability to
meet the construction requirements outlined in paragraph 1.19 SCHEDULING
OF WORK of this section.  This assessment shall be conveyed to the COR
in writing, and shall indicate the number of buildings that cannot be
"rough framed and winterized sufficiently for temporary heat."

The Contractor may propose an alternative construction plan that would
allow construction of all facilities at the same time, however, it will
be subject to approval by the COR.  This proposal shall be in writing
and sufficiently detailed so that the COR make an informed decision
concerning the acceptance or rejection of the proposal.

For those facilities that cannot meet the construction requirements
outlined in paragraph 1.19 SCHEDULING OF WORK the Contractor shall
ensure that minimal heating levels are maintained throughout the winter
months so that the foundations, major equipment systems, and the
utilities will not freeze.  The Contractor may elect to provide his own
heating sources for this effort or he may utilize the facility's
existing heating system.  Regardless of the method chosen for temporary

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

heat the minimum heating level shall be +10 degrees C.

Should the Contractor elect to maintain minimal heat in these facilities
using the existing heating system, the Contractor shall accept full
responsibility for the operation, maintenance and repair of the heating
system and associated controls.

Temporary heat will be required 24 hours per day, 7 days per week, or
until such time as the ambient outside temperatures dictate that
temporary heating is no longer required or the facility is complete and
accepted.

The Contractor shall take all steps necessary to ensure that heating
method employed or devices used are operating efficiently and safely,
especially during non-duty hours.  The Contractor shall monitor these
facilities in the same manner as outlined in paragraph 1.20 TEMPORARY
HEATING PLAN.

For facilities where the existing heating system is used the Contractor
shall pay for those utilities in accordance with the rates identified in
paragraph 1.2.1 of SECTION 01500 TEMPORARY CONSTRUCTION FACILITIES.

For facilities where the Contractor employs his own heating devices then
any temporary utilities required to support this effort shall be
included in the contract price.  No separate cost will be allowed.  If
the Contractor connects his heating devices to the existing utility
system, the Contractor shall pay for utilities consumed in accordance
with paragraph 1.2.1 of SECTION 01500 TEMPORARY CONSTRUCTION FACILITIES.


1.22    LOCKSET CORE INSTALLATION

**AM #4**...The Contractor shall install all lockset(s) in accordance with
the manufacturer's recommendations, and with the following exceptions:

   a.  All locksets shall be installed without the cores.  The
   Contractor shall be responsible for providing interim security of
   each facility until such time as the lockset cores are installed by
   the DPW locksmith.

   b.  The Contractor shall provide a Key Schedule to the Government
   for approval.  Once approved, the Contractor shall coordinate final
   coding of the lockset cores by the manufacturer in accordance with
   the approved key schedule.  The Contractor shall coordinate delivery
   of the final lockset cores and permanent keys directly from the
   manufacturer to the DPW Locksmith.

   c.  The DPW locksmith will install the coded lockset cores; the
   Contractor shall be responsible for coordinating installation of the
   coded lockset cores in a timely manner....**AM #4**

1.23    WARRANTY PAYMENTS

Warranty work is a subsidiary portion of the contract work, and has a
value to the Government approximating $50,000.00.  The Contractor will
assign a value of that amount in the breakdown for progress payments in
the Contract Clause: Payments Under Fixed-Price Construction Contracts.
If the Contractor fails to respond to warranty items as provided, the
Government may elect to acquire warranty repairs through other sources

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

and, if so, shall backcharge the Contractor for the cost of such
repairs.  Such backcharges shall be accomplished under the Change Clause
of the contract through a credit modification.  Such modifications shall
include a Government administration fee per occurrence.

PART 2    PRODUCTS - NOT USED

PART 3    EXECUTION - NOT USED

FY01 Replacement Family Housing                                    FTW230
DACA85-01-R-0024, Amendment R0004

S A M P L E   L E T T E R

Contracting Officer
Date_____
Address (as stated in Notice of Award)

SUBJECT:  Warranty Provisions, Contract

GENTLEMEN:

This is to acknowledge our responsibility in connection with the warranty
provisions of this contract as set forth in the contract specifications.

The following items, equipment or systems furnished or installed under
this contract are hereby warranted against defective design, material and
workmanship for a period as indicated:

| Warranted Item, at | Identification | Warranty Expires |
|---|---|---|
| Equipment or System Time | Serial Number, Etc. | 11:59 PM Std. |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | | |
| _____ | | |

Upon receipt of notice from the Government of failure of any part or
parts of the warranted item, equipment, or system during the warranty
period, the affected part or parts will be replaced promptly with new
parts.  Such replacement will include furnishing and installing the new
part or parts, making all necessary repairs, restoring the item,
equipment, or system to the operating condition specified in this
contract
and making all such tests as are necessary to ensure that there are no
remaining defects.  Such tests will be performed in the presence of the
Representative of the Using Agency indicated below.

We are responsible to _____ for the
warranty provisions of this contract.  Correspondence regarding the
failure of any of the preceding items, equipment or systems covered by
the warranty provisions of this contract should be addressed to:

_____        Telephone Number:
_____        _____
_____        _____

Very truly yours,

Signed:   _____
Title:    _____
Organization:   _____


        -- End of Section --

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01090

SOURCES FOR REFERENCE PUBLICATIONS


PART 1    GENERAL

    1.1    REFERENCES
    1.2    ORDERING INFORMATION

-- End of Section Table of Contents --

FY01 Replacement Family Housing                                    FTW230


SECTION 01090

SOURCES FOR REFERENCE PUBLICATIONS


PART 1    GENERAL

1.1    REFERENCES

Various publications are referenced in other sections of the specifications
to establish requirements for the work.  These references are identified in
each section by document number, date and title.  The document number used
in the citation is the number assigned by the sponsoring organization, e.g.
UL 1 (1993; Rev thru Jan 1995) Flexible Metal Conduit.  However, when the
sponsoring organization has not assigned a number to a document, an
identifying number has been assigned for convenience, e.g.  UL's unnumbered
1995 edition of their Building Materials Directory is identified as UL-01
(1995) Building Materials Directory.  The sponsoring organization number
(UL 1) can be distinguished from an assigned identifying number (UL-01) by
the lack of a dash mark (-) in the sponsoring organization assigned number.


1.2    ORDERING INFORMATION

The addresses of the organizations whose publications are referenced in
other sections of these specifications are listed below, and if the source
of the publications is different from the address of the sponsoring
organization, that information is also provided.  Documents listed in the
specifications with numbers which were not assigned by the sponsoring
organization should be ordered from the source by title rather than by
number.

            AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

            100 Barr Harbor Drive
            West Conshohocken, PA  19428-2959
            Ph:  610-832-9500
            Fax:  610-832-9555
            Internet:  www.astm.org
            NOTE:  The annual ASTM Book of Standards (66 Vol) is
            available for $3500.00. Prices of individual standards vary.

        -- End of Section --

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01180

RADIOACTIVE MATERIALS PROCEDURES

PART 1    GENERAL

    1.1    SCOPE
    1.2    REFERENCES
    1.3    REQUIREMENTS
        1.3.1    Standards
        1.3.2    Permit
    1.4    INITIAL NOTIFICATION
    1.5    COMPLETE NOTIFICATION
    1.6    VIOLATIONS
    1.7    ACCIDENTS

PART 2    PRODUCTS - Not Used


PART 3    EXECUTION - Not Used

-- End of Section Table of Contents --

FY01 Replacement Family Housing                                      FTW230

SECTION 01180

RADIOACTIVE MATERIALS PROCEDURES

PART 1   GENERAL

1.1   SCOPE

This section covers the use of items containing radioactive substances,
such as soil density measuring devices, on military property or
installations.

1.2   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to in the text by basic
designation only.

        ARMY REGULATION (AR)

AR 385-11                           Ionizing Radiation Protection

1.3   REQUIREMENTS

Use of radioactive material on military property or installations shall
conform to the following requirements.

1.3.1   Standards

The Contractor shall comply with AR 385-11.

1.3.2   Permit

Department of the Army (DA) radiation permits are required for use,
storage, possession, and disposal of radiation sources by non-Army agencies
(including civilian contractors),  except a DA permit is not required for
temporary use or storage (less than 15 consecutive calendar days) if the
local commander determines that adequate safety exists.  Concurrence of the
Installation Commander and Headquarters, Department of the Army is required
to obtain a DA permit.  The Contractor shall submit six (6) copies of a
completed DA Form 3337, through the Contracting Officer, to the
Installation Commander, at least 60 days prior to desired start date or
date of arrival of the source, whichever is sooner.  The Commander will
forward copies to the approving authority for appropriate action.

    a.  Even if Nuclear Regulatory Commission (NRC) license already permits

use or storage of radioactive sources at unspecified Army
installations, the Contractor still needs a DA permit.

b.   Local Commanders may approve temporary use or storage of sealed
radioactive sources by users with a proper NRC license, or Agreement
State license.

c.   In all cases, the Contractor shall restore the property to NRC
unrestricted use criteria.

1.4    INITIAL NOTIFICATION

Once the Contractor has received written approval for use of the
radioactive material through the Contracting Officer, the radioactive
material may be brought onto the installation.  The Contractor shall notify
the Installation Commander immediately upon bringing the material onto the
installation, and again 3 working days prior to the initial use of the
materials.

1.5    COMPLETE NOTIFICATION

The Contractor shall notify the Installation Commander immediately upon
completion of use, and when the material is removed from the installation.

1.6    VIOLATIONS

The Contractor will be subject to inspection by the Contracting Officer,
the Installation Commander, and Federal and State agencies or their
designated representatives at all times when the materials are on the
installation.  Any violations of the conditions of the approval, or of
applicable regulations, will require immediate cessation of work until the
cause is corrected, and written approval for re-start of work is received
by the Contracting Officer from the Installation Commander.  All delays,
down time, etc., incurred as a result of such cessation of work shall be at
the Contractor's expense.

1.7    ACCIDENTS

Accidents or incidents involving the radioactive material, and any known or
potential exposure of Contractor or non-Contractor personnel to radiation,
shall be reported immediately to the Installation Commander and the
Contracting Officer, and operations suspended until the circumstances have
been evaluated by the Installation Commander, and approval for the re-start
has been received by the Contracting Officer.

PART 2    PRODUCTS - Not Used

PART 3    EXECUTION - Not Used

     -- End of Section --