

UTILIDOR 1983

NO SCALE

LEGEND

FORT WAINWRIGHT, ALASKA
REPLACEMENT FAMILY HOUSING (FY01)
EXISTING UTILITIES



FORT WAINWRIGHT, ALASKA
REPLACEMENT FAMILY HOUSING (FY01)
EXISTING UTILITIES



FORT WAINWRIGHT, ALASKA
REPLACEMENT FAMILY HOUSING (FY01)
EXISTING UTILITIES



STORM DRAINAGE 1983

LEGEND

PIPE SIZE (INCH)

DIRECTION OF FLOW

CURB INLET

NO SCALE

FORT WAINWRIGHT, ALASKA
REPLACEMENT FAMILY HOUSING (FY01)
EXISTING UTILITIES



FORT WAINWRIGHT, ALASKA

REPLACEMENT FAMILY HOUSING (FY01)

EXISTING UTILITIES



FORT WAINWRIGHT, ALASKA
REPLACEMENT FAMILY HOUSING (FY01)
EXISTING UTILITIES



FORT WAINWRIGHT, ALASKA
REPLACEMENT FAMILY HOUSING (FY01)
EXISTING UTILITIES



FORT WAINWRIGHT, ALASKA
REPLACEMENT FAMILY HOUSING (FY01)
EXISTING UTILITIES

--End of Appendix 3--

# GEOTECHNICAL FINDINGS REPORT
## for the
## FAMILY HOUSING UPGRADE (FTW230)
## FT. WAINWRIGHT, ALASKA

### March 2001

## 1.    Introduction

This geotechnical investigation was performed for the new Family Housing Upgrade at Fort Wainwright, Alaska.

The purpose of the exploration was to identify the subsurface and site conditions to assess geotechnical concerns. This report presents a summary of the findings based on results of laboratory tests, filed explorations, and general knowledge of the site.

## 2.    Project Description and Location

It is our understanding the proposed project consist of removing the existing housing and replacing with new housing. Typical landscaping, pavements, and utilities are anticipated.

The site is located on Fort Wainwright, Alaska, near the Chena River. It is generally bounded to the north by 101st Airborne Drive, to the east by 102nd and 103rd Streets, and to the west by 100th Street. See enclosed Project Location and Vicinity Map (Figure 1).

## 3.    Field Exploration

The subsurface exploration was conducted from January 19 to 31, 2001. Thirty test borings were drilled at the site consisting of twenty-three 7.6-meter (m) borings and seven 15.2-m borings.

The test borings were drilled with a tracked Acker Soilmax drill rig fitted with a continuous flight, 203-millimeter (mm) diameter, hollow stem auger. The Corps of Engineers, Alaska District drill crew performed the drilling. A geotechnical engineer with the Corps of Engineers supervised the drilling and logged the test borings in accordance with in accordance with ASTM D-2488, "Description and Identification of Soils (Visual - Manual Procedure)." A Corps chemist scanned the recovered samples for volatile organic compounds with a photo ionization detector (PID). PID readings are recorded on the exploration logs.

1

The test borings were originally sited in a rough uniform rectangular pattern over the site, but were re-sited at the request of the design build Architectural/ Engineering firm (A/E). The A/E focused the field exploration to particular areas of interest. Surveyed boring locations are shown on the enclosed Test Boring Location Map (Figure 2).

Soil samples were procured at frequent intervals in the test borings, generally 1.5-m. Drive samples were taken with a 64-mm I.D., split spoon sampler driven with a 136-kilogram (kg) hammer falling 0.74-m. The sampler was driven 0.60-m ahead of the auger. The number of blows required to drive each 0.15-m is recorded on the exploration logs. The blow count is an indication of the relative density or consistency of the soil. Grab samples were procured near the surface in the test borings.

## 4.    Laboratory Testing

A laboratory-testing program was established to determine the physical properties of the soils encountered. The test methods implemented for this program are listed below.

* ASTM D 422-63 (Re-approved 1990), "Standard Test Method for Particle Size Analysis of Soils".
* ASTM D 2216-92, "Laboratory Determination of Water (Moisture) Content of Soil and Rock".
* ASTM D 2487-93, "Classification of Soils for Engineering Purposes (Uniform Soil Classification System)".
* ASTM D 4318-93, "Standard Test Method for Liquid Limit, Plastic Limit, and Plasticity Index of Soils".
* TM 5-822-5/AFM 88-7 Chapter 1, "Pavement Design for Roads Streets, Walks, and Open Storage Areas", for determination of the frost classification of the soil.

Laboratory testing was also performed on soils within the project area to determine corrosivity characteristics. The test methods used for this analysis are listed below.

* SW 9045B - pH in Waste
* SW 9050 – Specific Conductance
* EPA 376.1 – Total Sulfides
* EPA 300.0 M – Anions by IC

The soil descriptions and classifications contained in this report and presented on the final test boring logs are the project engineer's interpretation of the field logs and results of the laboratory testing programs. The stratification lines represent approximate boundaries between soil types; the transitions are often gradual or not discernible by drill action. The final test boring logs are enclosed in Appendix A, the grain size distribution curves are enclosed in Appendix B, and the corrosivity testing results are enclosed in Appendix C of this report.

## 5.    Regional Geology

Ft. Wainwright is located approximately 4 kilometers (km) southeast of Fairbanks in the broad, level flood plain of the Tanana and Chena Rivers. The flood plain consists of deposits of sand and gravel to depths of a hundred meters and more overlying bedrock. Overlying these deposits is a layer of windblown silt and/or sandy silt from 1-m to 6-m in thickness.

Groundwater is generally encountered a few meters below the ground surface within the flood plain area. Discontinuous permafrost is present throughout the region.

Ft. Wainwright is located in seismic probability zone 3, which has been assigned a seismic coefficient "Z" value of 0.3 according to Department of the Army TM 5-809-10 (October 1992), "Seismic Design for Buildings." Zone 3 is considered a major damage zone.

## 6.    Site Conditions

Current Land Use:

The site is currently used for military housing with paved roads, parking aprons, underground and overhead utilities, playgrounds, and other related improvements. Overhead and underground utilities consisting of power, water, sewer, and steam were observed on the site. Other utilities may also be present. Utility depths were not investigated as part of this project.

Surface:

At the time of the investigation the site was generally covered with 0.3-m to 0.5-m of snow however, snow depths up to 1.2-m were found in several ground depressions where the snow had drifted. Topographically the site is planar with little relief. Site vegetation consists of grass, weeds, and trees.

Subsurface:

As expected from previous land use activities, the test borings indicate the surficial soils are made up of fill material. These soils are fine-grained and range in depths between 0.61-m to 4.72-m. These soils are predominately frost susceptible, with a frost classification of F4, and typically classifies as silt (ML) or silty sand (SM). Organics and debris including wood (Photo 1), glass, and metal fragments were encountered in this surficial layer. The depths in which organics and debris were encountered is shown in Table 1.



**Photo 1:** Wood debris encountered in the sampler shoe at a depth of 3.3-m in test boring AP-7938

The fill is underlain by brown to gray, frozen to wet, poor to well-graded sand (SP, SW) and poor to well-graded gravel (GP, GW) with localized zones of silty sand and gravel (SP-SM, SW-SM, GP-GM, GW-GM). Blow counts above the groundwater table indicate this material is relatively loose to medium dense.

The blow count and subsurface soil characteristics encountered for this project are consistent with the findings of other investigations in the area and also with the findings of a geologic evaluation performed in 1996 by Geomatrix Consultants. In this report, such soils were identified as being susceptible to liquefaction during seismic events. These soil conditions are also identified as being prone to liquefaction based upon criteria provided by Department of Army Technical Manual 5-818-1.

| Table 1<br>Organic and Debris Materials Encountered | | | |
|---|---|---|---|
| Test<br>Boring | Sample<br>No. | Depth<br>(m) | Material |
| AP-7930 | 2<br>3 | 1.7<br>3.2 | Wood, metal<br>Roots |
| AP-7931 | 1<br>2<br>3 | Surface<br>1.7<br>3.2 | Metal<br>Metal, glass<br>Wood, organics |
| AP-7932 | 2<br>3<br>4 | 1.7<br>3.2<br>4.7 | Wood<br>Wood<br>Wood, metal |
| AP-7935 | 4 | 4.7 | Organics |
| AP-7938 | 3 | 3.3 | Wood |

The groundwater table was encountered in all test borings. The groundwater table levels encountered "while drilling" were recorded in all but 6 test borings. These 6 test borings were converted into temporary piezometers so that accurate and equilibrated ("after drilling") groundwater measurements could be obtained for the site. The results of the groundwater levels in these piezometers are shown in Table 2. As Table 2 indicates, the groundwater table elevations ranged between 132.69 and 133.05 on the site. The temporary piezometers consisted of 19-mm I.D. PVC pipe with handsaw cut slots. The piezometers were removed upon completion of the exploration. Groundwater levels can fluctuate seasonally with changes in precipitation, snowmelt, and runoff conditions. The depths at which the groundwater table was observed during and after drilling are presented on the exploration logs.

| Table 2<br>Piezometer Groundwater Table<br>Elevations | |
|---|---|
| Test Boring | Elevation (m) |
| AP-7916 | 132.69 |
| AP-7919 | 132.77 |
| AP-7925 | 132.79 |
| AP-7932 | 133.05 |
| AP-7938 | 132.84 |
| AP-7942 | 132.76 |

Seasonal, non-visible poorly bonded (Nf) to well bonded (Nbn) frozen soil was encountered in all the test borings. It was observed at depths ranging between 0.3-m to 0.5-m. However, under conditions of shallow or no snow cover (paved traffic areas), seasonal frost can penetrate to in excess of 2.4-m at the site during a cold winter.

Enclosures

1. Figure 1 - Project Location and Vicinity Map
2. Figure 2 - Test Boring Location Map
3. Appendix A – Exploration Logs, AP-7916 to AP-7945
4. Appendix B – Laboratory Results of Selected Soil Samples
5. Appendix C – Corrosivity Results of Selected Soil Samples



LOCATION MAP

FORT WAINWRIGHT

Project Location

| ALASKA DISTRICT CORPS OF ENGINEERS SOILS AND GEOLOGY | PROJECT LOCATION AND VICINITY MAP REPLACEMENT FAMILY HOUSING Fort Wainwright, Alaska | SCALE: NTS FIGURE 1 FILE: FTW230/FIG1 |



TEST BORING LOCATION MAP
REPLACEMENT FAMILY HOUSING
FORT WAINWRIGHT, ALASKA

# APPENDIX A

## EXPLORATION LOGS

## AP-7916 TO AP-7945

| ALASKA DISTRICT CORPS OF ENGINEERS ENGINEERING SERVICES Soils and Geology Section **EXPLORATION LOG** | Project: *FAMILY HOUSING UPGRADE - FTW230* *Fort Wainwright, Alaska* | Page 1 of 1 |
|---|---|---|
| | | Date: *19 Jan 2001* |
| | Drilling Agency: ☒ Alaska District ☐ Other | Elevation Datum: ☒ MSL ☐ other |
| | Location: Northing: *1,209,240 m* Easting: *423,771 m* | Top of Hole Elevation: *136.4 m* |

| Hole Number, Field: *AP-1* | Permanent: *AP-7916* | Driller: *Bill Tester* | Inspector: *Mike Anderson* |
|---|---|---|---|

| Type of Hole: ☐ other ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | Depth to Groundwater: *3.75 m AD* | Depth Drilled: *7.5 m* | Total Depth: *8.1 m* |
|---|---|---|---|

| Hammer Weight: *136 kg* | Split Spoon I.D.: *63.5 mm* | Size and Type of Bit: *203.2 mm Rock Bit* | Type of Equipment: *Acker Soil Max* | Type of Samples: *Grab and Drive* |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nf | | Grab | ML | SILT with Sand | | | | 19.1 | 1.1 | | Brown, frozen to moist, fine sand, nonplastic (NP) fines, trace organics, fill |
| | | 2 | F2 | | 4 5 2 2 | SM | Silty SAND | 3 | 76 | 21 | 19.1 | 0.3 | 30 | Dark brown, moist, fine to coarse sand, NP, fill, coal present in sample |
| | | 3 | | | 3 4 5 3 | SP-SM | Poorly graded SAND with Silt | | | | | 0.3 | | Dark brown, moist, fine to medium sand, NP fines, possibly fill |
| | | 4 | F2 | | 1 2 3 | SM | Silty SAND | 2 | 72 | 26 | 19.1 | 0.4 | 27 | Blackish brown, wet, fine sand, NP fines, 10% organics by volume, organic odor, first 150 mm of spoon advanced under weight of hammer |
| | | 5 | | | 4 10 14 16 | GW | Well-graded GRAVEL with Sand | | | | 50.8 | 0.4 | | 0.3 m of heaving sand. Olive brown, wet, subangular to subrounded gravel, fine to coarse sand |
| | | 6 | | | 10 13 14 13 | GW | Well-graded GRAVEL with Sand | | | | 50.8 | 0.3 | | 0.8 m of heaving sand. Olive brown, wet, subangular to subrounded gravel, fine to coarse sand |

Bottom of Hole 8.1 m
Elevation 128.3 m
Groundwater Encountered After Drilling: at depth 3.75 m
PID = (Hot) Photo Ionization Detector

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: *FAMILY HOUSING UPGRADE - FTW230* | Hole Number: *AP-7916* |
|---|---|---|

| ALASKA DISTRICT<br>CORPS OF ENGINEERS<br>ENGINEERING SERVICES<br>**Soils and Geology Section**<br>**EXPLORATION LOG** | Project: | *FAMILY HOUSING UPGRADE - FTW230*<br>*Fort Wainwright, Alaska* | | Page 1 of 1 |
|---|---|---|---|---|
| | | | | Date: *19 Jan 2001* |
| | Drilling Agency:<br>☒ Alaska District   ☐ Other | | Elevation Datum:<br>☒ MSL   ☐ other | |
| | Location: | Northing: *1,209,181 m*<br>Easting:   *423,951 m* | Top of Hole<br>Elevation: *136.9 m* | |

| Hole Number, Field:<br>*AP-2* | Permanent:<br>*AP-7917* | Driller:<br>*Bill Tester* | Inspector:<br>*Mike Anderson* |
|---|---|---|---|

| Type of Hole: ☐ other _____<br>☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | Depth to Groundwater:<br>*3.93 m WD* | Depth Drilled:<br>*7.5 m* | Total Depth:<br>*8.1 m* |
|---|---|---|---|

| Hammer Weight:<br>*136 kg* | Split Spoon I.D.:<br>*63.5 mm* | Size and Type of Bit:<br>*203.2 mm Rock Bit* | Type of Equipment:<br>*Acker Soil Max* | Type of Samples:<br>*Grab and Drive* |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nf | F4 | Grab | ML | Sandy SILT | 7 | 39 | 54 | 19.1 | 0.4 | 14 | Brown, frozen, fine sand, nonplastic (NP) fines, trace organics, fill |
| | | 2 | | | 3<br>3<br>4<br>3 | SP | Poorly graded SAND | | | | | 0.4 | | Brown, moist, subrounded gravel, fine sand |
| | | 3 | NFS | | 9<br>15<br>19<br>20 | SP | Poorly graded SAND with Gravel | 47 | 48 | 5 | 44.5 | 0.4 | 2 | Brown, moist, subangular to subrounded gravel, fine and coarse sand |
| | | 4 | | | 8<br>15<br>14<br>15 | GW | Well-graded GRAVEL with Sand | | | | 50.8 | 0.4 | | Brownish orange, wet, subrounded gravel, fine to coarse sand |
| | | 5 | | | 7<br>8<br>9<br>11 | GW | Well-graded GRAVEL with Sand | | | | 50.8 | 0.4 | | 150 mm of heaving sand<br><br>Olive gray, wet, subangular to subrounded gravel, fine to coarse sand |
| | | 6 | | | 12<br>11<br>11<br>6 | GW | Well-graded GRAVEL with Sand | | | | 57.2 | 0.4 | | 150 mm of heaving sand<br><br>Olive gray, wet, subangular to subrounded gravel, fine to coarse sand |

Bottom of Hole 8.1 m
 Elevation 128.8 m
Groundwater Encountered While Drilling:  at depth 3.93 m
PID = (Hot) Photo Ionization Detector

EXPLORATION LOG FTW230 GPJ GEO LOG GDT 3/12/01

| NPA Form 19-E<br>May 94 Prev. Ed. Obsolete | Project:<br>*FAMILY HOUSING UPGRADE - FTW230* | Hole Number:<br>*AP-7917* |
|---|---|---|

## ALASKA DISTRICT
### CORPS OF ENGINEERS
### ENGINEERING SERVICES
### Soils and Geology Section
# EXPLORATION LOG

| | |
|---|---|
| Project: **FAMILY HOUSING UPGRADE - FTW230** **Fort Wainwright, Alaska** | Page 1 of 2 |
| | Date: **20 Jan 2001** |

| Drilling Agency: ☒ Alaska District ☐ Other | Elevation Datum: ☒ MSL ☐ other |
|---|---|
| Location: Northing: **1,209,147 m** Easting: **424,122 m** | Top of Hole Elevation: **137.6 m** |

| Hole Number, Field: **AP-3** | Permanent: **AP-7918** | Driller: **Bill Tester** | Inspector: **Mike Anderson** |
|---|---|---|---|

| Type of Hole: ☐ other ☐ Test Pit ☒ Auger Hole ☐ Monitoring Well ☐ Piezometer | Depth to Groundwater: **4.63 m WD** | Depth Drilled: **15.2 m** | Total Depth: **15.8 m** |
|---|---|---|---|

| Hammer Weight: **136 kg** | Split Spoon I.D.: **63.5 mm** | Size and Type of Bit: **203.2 mm Rock Bit** | Type of Equipment: **Acker Soil Max** | Type of Samples: **Grab and Drive** |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | NF | | Grab | ML | Sandy SILT | | | | 19.1 | 1.4 | | Brown, frozen to moist, subrounded gravel, fine sand, nonplastic (NP) fines, trace organics, fill |
| | | 2 | | | 5 4 3 4 | SP | Poorly graded SAND | | | | | 0.4 | | Brown, moist, fine to medium sand, NP fines, possibly fill |
| | | 3 | | | 3 14 14 16 | SP | Poorly graded SAND with Gravel | | | | 50.8 | 0.2 | | Brown, moist, subangular to subrounded gravel, fine and coarse sand |
| | | 4 | | | 11 14 12 11 | GW | Well-graded GRAVEL with Sand | | | | 50.8 | 0.2 | | Brown, wet, subangular to subrounded gravel, fine to coarse sand, some fractured gravel by driving |
| | | 5 | | | 4 8 3 4 | GW | Well-graded GRAVEL with Sand | | | | 44.5 | 0.2 | | Olive gray, wet, subangular to subrounded gravel, fine to coarse sand, trace organics (wood) |
| | | 6 | PFS | | 20 14 9 6 | GP | Poorly graded GRAVEL with Sand | 53 | 43 | 4 | 76.2 | 0.4 | | 1.2 m of heaving sand<br>Olive gray, wet, subangular to subrounded gravel, fine to coarse sand |
| | | 7 | | | 10 12 7 6 | GW | Well-graded GRAVEL with Sand | | | | 44.5 | 0.5 | | 0.3 m of heaving sand<br>Olive gray, wet, subrounded gravel, fine to coarse sand, 1 foot of heaving sand |

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: **FAMILY HOUSING UPGRADE - FTW230** | Hole Number: **AP-7918** |
|---|---|---|

| ALASKA DISTRICT CORPS OF ENGINEERS ENGINEERING SERVICES **Soils and Geology Section** **EXPLORATION LOG** | Project: *FAMILY HOUSING UPGRADE - FTW230* *Fort Wainwright, Alaska* | | Page 2 of 2 |
|---|---|---|---|
| | | | Date: *20 Jan 2001* |
| | Drilling Agency: ☐ Other  ☒ Alaska District | | Elevation Datum: ☒ MSL  ☐ other |
| | Location: Northing: *1,209,147 m* Easting: *424,122 m* | | Top of Hole Elevation: *137.6 m* |

| Hole Number, Field: *AP-3* | Permanent: *AP-7918* | Driller: *Bill Tester* | Inspector: *Mike Anderson* |
|---|---|---|---|

| Type of Hole: ☐ other ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | Depth to Groundwater: *4.63 m WD* | Depth Drilled: *15.2 m* | Total Depth: *15.8 m* |
|---|---|---|---|

| Hammer Weight: *136 kg* | Split Spoon I.D.: *63.5 mm* | Size and Type of Bit: *203.2 mm Rock Bit* | Type of Equipment: *Acker Soil Max* | Type of Samples: *Grab and Drive* |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 8 | | | 13 15 17 18 | GW | Well-graded GRAVEL with Sand | | | | 57.2 | 0.2 | | 0.3 m of heaving sand Olive gray, wet, subangular to subrounded gravel, fine to coarse sand, some fractured gravel |
| 12 13 14 | | 9 | | | 6 7 11 9 | SW | Well-graded SAND with Gravel | | | | 25.4 | 0.2 | | Olive gray, wet, subangular to subrounded gravel, fine to coarse sand |
| 15 16 | | 10 | | | 10 14 20 31 | SW | Well-graded SAND with Gravel | | | | 38.1 | 0.3 | | 0.6 m of heaving sand Olive gray, wet, subangular to subrounded gravel, fine to coarse sand |
| 17 18 19 20 | | | | | | | | | | | | | | Bottom of Hole 15.8 m Elevation 121.7 m Groundwater Encountered While Drilling: at depth 4.63 m PID = (Hot) Photo Ionization Detector |

EXPLORATION LOG FTW230 GP / GEO_LOG.GDT 3/1/01

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: *FAMILY HOUSING UPGRADE - FTW230* | Hole Number: *AP-7918* |
|---|---|---|

| ALASKA DISTRICT CORPS OF ENGINEERS ENGINEERING SERVICES Soils and Geology Section **EXPLORATION LOG** | Project: | *FAMILY HOUSING UPGRADE - FTW230* *Fort Wainwright, Alaska* | Page 1 of 2 |
|---|---|---|---|
| | | | Date: 21 Jan 2001 |

| Drilling Agency: ☒ Alaska District ☐ Other | Elevation Datum: ☒ MSL ☐ other |
|---|---|
| Location: Northing: 1,209,094 m  Easting: 424,210 m | Top of Hole Elevation: 137.8 m |

| Hole Number, Field: *AP-4* | Permanent: *AP-7919* | Driller: *Bill Tester* | Inspector: *Mike Anderson* |
|---|---|---|---|

| Type of Hole: ☐ other ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | Depth to Groundwater: 5.06 m AD | Depth Drilled: 15.1 m | Total Depth: 15.7 m |
|---|---|---|---|

| Hammer Weight: 136 kg | Split Spoon I.D.: 63.5 mm | Size and Type of Bit: 203.2 mm Rock Bit | Type of Equipment: Acker Soil Max | Type of Samples: Grab and Drive |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nf | | Grab | ML | SILT with Sand | | | | | 1.2 | | Brown, frozen, fine sand, nonplastic (NP) fines, fill |
| | | 2 | | | 6 6 6 4 | SP-SM | Poorly graded SAND with Silt | | | | | 0.6 | | Brown, moist, fine sand, NP fines, some orange staining, possibly fill |
| | | 3 | NFS | | 3 2 3 5 | SP-SM | Poorly graded SAND with Silt | 13 | 80 | 7 | 25.4 | 0.3 | 4 | Brown, moist, fine sand |
| | | 4 | | | 6 9 9 8 | SP | Poorly graded SAND | | | | 38.1 | 0.4 | | Brown, moist to wet, fine to medium sand |
| | | 5 | | | 3 11 22 8 | SP | Poorly graded SAND with Gravel | | | | 38.1 | 0.3 | | Brown, wet, subangular to subrounded gravel, fine to coarse sand |
| | | 6 | | | 5 17 16 12 | GW | Well-graded GRAVEL with Sand | | | | 44.5 | 0.3 | | 0.5 m of heaving sand. Olive gray, wet, subangular to subrounded gravel, fine to coarse sand |
| | | 7 | | | 6 8 9 10 | GW | Well-graded GRAVEL with Sand | | | | 63.5 | 0.4 | | 0.5 m of heaving sand. Olive gray, wet, subangular to subrounded gravel, fine to coarse sand |

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: FAMILY HOUSING UPGRADE - FTW230 | Hole Number: AP-7919 |
|---|---|---|

## ALASKA DISTRICT
CORPS OF ENGINEERS
ENGINEERING SERVICES

### Soils and Geology Section
# EXPLORATION LOG

| Project: | **FAMILY HOUSING UPGRADE - FTW230** | Page 2 of 2 |
|---|---|---|
| | Fort Wainwright, Alaska | Date: **21 Jan 2001** |

| Drilling Agency: | ☒ Alaska District | Elevation Datum: |
| | ☐ Other | ☒ MSL  ☐ other |
| Location: | Northing: **1,209,094 m** | Top of Hole |
| | Easting: **424,210 m** | Elevation: **137.8 m** |

| Hole Number, Field: **AP-4** | Permanent: **AP-7919** | Driller: **Bill Tester** | Inspector: **Mike Anderson** |
|---|---|---|---|

| Type of Hole: ☐ other ____ | Depth to Groundwater: | Depth Drilled: | Total Depth: |
|---|---|---|---|
| ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | **5.06 m AD** | **15.1 m** | **15.7 m** |

| Hammer Weight: **136 kg** | Split Spoon I.D.: **63.5 mm** | Size and Type of Bit: **203.2 mm Rock Bit** | Type of Equipment: **Acker Soil Max** | Type of Samples: **Grab and Drive** |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | 8 | | | 8 7 8 13 | GW | Well-graded GRAVEL with Sand | | | | 50.8 | 0.2 | | 1.1 m of heaving sand<br><br>Olive gray, wet subangular to subrounded gravel, fine to coarse sand, some fractured gravel |
| 12 13 | | 9 | | | 6 6 6 9 | SP | Poorly graded SAND with Gravel | | | | 38.1 | 0.3 | | 0.6 m of heaving sand<br><br>Olive brown, wet, subangular to subrounded gravel, fine to coarse sand, some fractured gravel |
| 14 15 16 | | 10 | | | 26 26 24 22 | GW | Well-graded GRAVEL with Sand | | | | 50.8 | 0.2 | | 0.5 m of heaving sand<br><br>Olive green, wet, subangular to subrounded gravel, fine to coarse sand, some fractured gravel<br>Bottom of Hole 15.7 m<br>  Elevation 122.1 m<br>Groundwater Encountered After Drilling: at depth 5.06 m<br>PID = (Hot) Photo Ionization Detector |
| 17 18 19 20 | | | | | | | | | | | | | | |

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: **FAMILY HOUSING UPGRADE - FTW230** | Hole Number: **AP-7919** |
|---|---|---|

EXPLORATION LOG FTW230 GP / GEO_LOG.GDT 3/12/01

| ALASKA DISTRICT CORPS OF ENGINEERS ENGINEERING SERVICES | Project: | **FAMILY HOUSING UPGRADE - FTW230** **Fort Wainwright, Alaska** | Page 1 of 1 |
| | | | Date: **22 Jan 2001** |
| Soils and Geology Section | Drilling Agency: ☒ Alaska District ☐ Other | | Elevation Datum: ☒ MSL ☐ other |
| **EXPLORATION LOG** | Location: | Northing: **1,209,089 m** Easting: **424,157 m** | Top of Hole Elevation: **137.9 m** |

| Hole Number, Field: **AP-5** | Permanent: **AP-7920** | Driller: **Bill Tester** | Inspector: **Steve Henslee** | | |
| --- | --- | --- | --- | --- | --- |

| Type of Hole: ☐ other ☐ Test Pit ☒ Auger Hole ☐ Monitoring Well ☐ Piezometer | Depth to Groundwater: **5.18 m WD** | Depth Drilled: **7.5 m** | Total Depth: **8.1 m** |
| --- | --- | --- | --- |

| Hammer Weight: **136 kg** | Split Spoon I.D.: **63.5 mm** | Size and Type of Bit: **203.2 mm Rock Bit** | Type of Equipment: **Acker Soil Max** | Type of Samples: **Grab and Drive** |
| --- | --- | --- | --- | --- |

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1 | Nbn | | Grab | SM | Silty SAND | | | | | 0.8 | | Brown, frozen to moist, fine sand, nonplastic (NP) fines, possibly fill |
| | | 2 | F4 | | 2 2 3 3 | ML | SILT with Sand | 6 | 14 | 80 | 38.1 | 0.4 | 26 | Brown, moist, fine sand, NP, possibly fill |
| | | 3 | PFS | | 15 21 21 19 | GW-GM | Well-graded GRAVEL with Silt and Sand | 53 | 40 | 7 | 50.8 | 0.4 | 2 | Brown, moist, rounded gravel, fine and coarse sand |
| | | 4 | | | 10 10 8 10 | SP | Poorly graded SAND | | | | | 0.5 | | Brown, moist, medium sand |
| | | 5 | PFS | | 6 7 6 7 | GW | Well-graded GRAVEL with Sand | 55 | 41 | 4 | 50.8 | 0.3 | | Gray, wet, subrounded gravel, fine to coarse sand |
| | | 6 | | | 15 20 25 25 | GP | Poorly graded GRAVEL with Sand | | | | 19.1 | 0.3 | | 0.6 m of heaving sand |
| | | | | | | | | | | | | | | Gray, wet, subrounded gravel, fine to coarse sand |

Bottom of Hole 8.1 m
Elevation 129.9 m
Groundwater Encountered While Drilling: at depth 5.18 m
PID = (Hot) Photo Ionization Detector

EXPLORATION LOG  FTW230 GPJ  GEO LOG GDT  3/1201

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: **FAMILY HOUSING UPGRADE - FTW230** | Hole Number: **AP-7920** |
| --- | --- | --- |

**ALASKA DISTRICT**
**CORPS OF ENGINEERS**
**ENGINEERING SERVICES**
**Soils and Geology Section**
# EXPLORATION LOG

| | |
|---|---|
| Project: **FAMILY HOUSING UPGRADE - FTW230** **Fort Wainwright, Alaska** | Page 1 of 1 Date: **22 Jan 2001** |

| Drilling Agency: ☒ Alaska District ☐ Other | Elevation Datum: ☒ MSL   ☐ other |
|---|---|
| Location: Northing: **1,209,080 m** Easting: **424,076 m** | Top of Hole Elevation: **137.8 m** |

| Hole Number, Field: **AP-6** | Permanent: **AP-7921** | Driller: **Bill Tester** | Inspector: **Steve Henslee** |
|---|---|---|---|

| Type of Hole: ☐ other _____ ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | Depth to Groundwater: **4.95 m WD** | Depth Drilled: **7.5 m** | Total Depth: **8.1 m** |
|---|---|---|---|

| Hammer Weight: **136 kg** | Split Spoon I.D.: **63.5 mm** | Size and Type of Bit: **203.2 mm Rock Bit** | Type of Equipment: **Acker Soil Max** | Type of Samples: **Grab and Drive** |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 Frost Class. TM 5-822.5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | Grab | ML | SILT | | | | | 0.4 | | Brown, frozen to moist, fine sand, nonplastic (NP) fines, possibly fill |
| | | 2 | F4 | 2 3 5 4 | ML | SILT with Sand | | 23 | 77 | | 0.3 | 21 | Brown, moist, fine sand, NP fines, possibly fill |
| | | 3 | PFS | 15 18 20 25 | GP-GM | Poorly graded GRAVEL with Silt and Sand | 44 | 45 | 6 | 38.1 | 0.4 | 2 | Tan, moist, subrounded gravel, fine and coarse sand |
| | | 4 | | 6 9 6 3 | SW | Well-graded SAND with Gravel | | | | 25.4 | 0.4 | | Gray, moist to wet (bottom 203 mm of sample), subrounded gravel, fine to coarse sand, NP fines |
| | | 5 | | 7 4 4 4 | SP | Poorly graded SAND with Gravel | | | | 38.1 | 0.4 | | 0.6 m of heaving sand  Gray, wet, subrounded gravel, medium to coarse sand |
| | | 6 | | 7 5 5 4 | SP | Poorly graded SAND | | | | 12.7 | 0.4 | | 1.2 m of heaving sand  Gray, wet, subrounded gravel, medium to coarse sand |

Bottom of Hole 8.1 m
Elevation 129.8 m
Groundwater Encountered While Drilling: at depth 4.95 m
PID = (Hot) Photo Ionization Detector

EXPLORATION LOG  FTW230 GPJ  GEO_LOG GDT  3/12/01

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: **FAMILY HOUSING UPGRADE - FTW230** | Hole Number: **AP-7921** |
|---|---|---|

## ALASKA DISTRICT
### CORPS OF ENGINEERS
### ENGINEERING SERVICES
## Soils and Geology Section
# EXPLORATION LOG

| Project: | FAMILY HOUSING UPGRADE - FTW230 | | Page 1 of 1 |
|---|---|---|---|
| | Fort Wainwright, Alaska | | Date: 22 Jan 2001 |

| Drilling Agency: ☒ Alaska District ☐ Other | Elevation Datum: ☒ MSL ☐ other |
|---|---|
| Location: Northing: 1,209,089 m   Easting: 424,047 m | Top of Hole Elevation: 138.1 m |

| Hole Number, Field: AP-7 | Permanent: AP-7922 | Driller: Bill Tester | Inspector: Steve Henslee |
|---|---|---|---|

| Type of Hole: ☐ other _____ ☐ Test Pit ☒ Auger Hole ☐ Monitoring Well ☐ Piezometer | Depth to Groundwater: 5.09 m WD | Depth Drilled: 7.5 m | Total Depth: 8.1 m |
|---|---|---|---|

| Hammer Weight: 136 kg | Split Spoon I.D.: 63.5 mm | Size and Type of Bit: 203.2 mm Rock Bit | Type of Equipment: Acker Soil Max | Type of Samples: Grab and Drive |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | | Grab | SM | Silty SAND with Gravel | | | | 6.4 | 1.0 | | Brown, frozen to moist, subrounded gravel, fine and coarse sand, nonplastic (NP) fines, POSSIBLE FILL |
| | | 2 | F4 | | 9 9 7 | ML | Sandy SILT | | 42 | 58 | | 0.4 | 15 | Brown, moist, fine sand, NP fines, possibly fill |
| | | 2a | | | 6 | SP | Poorly graded SAND | | | | | | | Gray, moist, medium sand |
| | | 3 | NFS | | 20 27 34 39 | GP-GM | Poorly graded GRAVEL with Silt and Sand | 53 | 41 | 6 | 38.1 | 0.4 | 2 | Tan, moist, subrounded gravel, fine and coarse sand |
| | | 4 | | | 4 2 3 4 | SP | Poorly graded SAND | | | | 0.0 | 0.5 | | Gray, moist, medium sand |
| | | 5 | | | 2 2 3 5 | SP | Poorly graded SAND | | | | 25.4 | 0.4 | | 1.2 m of heaving sand. Gray, wet, subrounded gravel, medium sand |
| | | 6 | | | 6 8 10 8 | SW | Well-graded SAND with Gravel | | | | 12.7 | 0.4 | | 0.6 m of heaving sand. Gray, wet, subrounded gravel, fine to coarse sand |

Bottom of Hole 8.1 m
  Elevation 130.0 m
Groundwater Encountered While Drilling: at depth 5.09 m
PID = (Hot) Photo Ionization Detector

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: FAMILY HOUSING UPGRADE - FTW230 | Hole Number: AP-7922 |
|---|---|---|

EXPLORATION LOG FTW230 GPJ GEO_LOG GDT 3/12/01

| ALASKA DISTRICT CORPS OF ENGINEERS ENGINEERING SERVICES | Project: | **FAMILY HOUSING UPGRADE - FTW230** **Fort Wainwright, Alaska** | | Page 1 of 1 |
|---|---|---|---|---|
| | | | | Date: **22 Jan 2001** |

## Soils and Geology Section
## EXPLORATION LOG

| Drilling Agency: | ☒ Alaska District | Elevation Datum: |
|---|---|---|
| | ☐ Other | ☒ MSL   ☐ other |

| Location: | Northing: 1,209,127 m   Easting:   423,984 m | Top of Hole Elevation:  137.9 m |
|---|---|---|

| Hole Number, Field: | Permanent: | Driller: | Inspector: |
|---|---|---|---|
| AP-8 | AP-7923 | **Bill Tester** | **Steve Henslee** |

| Type of Hole:  ☐ other | Depth to Groundwater: | Depth Drilled: | Total Depth: |
|---|---|---|---|
| ☐ Test Pit   ☒ Auger Hole   ☐ Monitoring Well   ☐ Piezometer | 5.03 m WD | 7.5 m | 8.1 m |

| Hammer Weight: | Split Spoon I.D: | Size and Type of Bit: | Type of Equipment: | Type of Samples: |
|---|---|---|---|---|
| 136 kg | 63.5 mm | 203.2 mm Rock Bit | Acker Soil Max | Grab and Drive |

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1 | Nbn | | Grab | ML | SILT with Sand | | | | 50.8 | 2.6 | | Brown, frozen to moist, fine to coarse sand, nonplastic (NP) fines, possibly fill |
| 2 | | 2 | | F2 | 5 4 3 3 | SM | Silty SAND with Gravel | 20 | 32 | 48 | 38.1 | 0.5 | 9 | Brown, moist, fine sand, NP fines, possibly fill |
| 3 | | 3 | | PFS | 8 11 10 9 | GW-GM | Well-graded GRAVEL with Silt and Sand | 55 | 37 | 8 | 50.8 | 0.6 | 2 | Brown, moist, subrounded gravel, fine and coarse sand |
| 4 5 | | 4 | | | 9 14 21 25 | SP | Poorly graded SAND | | | | 38.1 | 0.6 | | Brown, moist, subrounded gravel, medium to coarse sand |
| 6 | | 5 | | | 13 18 17 21 | GP | Poorly graded GRAVEL with Sand | | | | 6.4 | 0.3 | | Gray, wet, subrounded gravel, fine to coarse sand |
| 7 8 | | 6 | | | 22 25 32 23 | GP | Poorly graded GRAVEL with Sand | | | | 6.4 | 0.3 | | Gray, wet, subrounded gravel, fine to coarse sand, NP fines |
| 9 10 | | | | | | | | | | | | | | Bottom of Hole 8.1 m   Elevation 129.8 m Groundwater Encountered While Drilling: at depth 5.03 m PID = (Hot) Photo Ionization Detector |

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: **FAMILY HOUSING UPGRADE - FTW230** | Hole Number: AP-7923 |
|---|---|---|

EXPLORATION LOG FTW230 (GP) GEO LOG GDT 3/1201

| | ALASKA DISTRICT<br>CORPS OF ENGINEERS<br>ENGINEERING SERVICES<br>Soils and Geology Section<br>**EXPLORATION LOG** | Project: | *FAMILY HOUSING UPGRADE - FTW230*<br>*Fort Wainwright, Alaska* | Page 1 of 2 |
|---|---|---|---|---|
| | | | | Date: **23 Jan 2001** |

| Drilling Agency: ☒ Alaska District<br>☐ Other | Elevation Datum:<br>☒ MSL ☐ other |
|---|---|
| Location: Northing: 1,209,093 m<br>Easting: 423,984 m | Top of Hole<br>Elevation: **138.2 m** |

| Hole Number, Field:<br>*AP-9* | Permanent:<br>*AP-7924* | Driller:<br>*Bill Tester* | Inspector:<br>*Steve Henslee* |
|---|---|---|---|

| Type of Hole: ☐ other<br>☐ Test Pit ☒ Auger Hole ☐ Monitoring Well ☐ Piezometer | Depth to Groundwater:<br>5.33 m WD | Depth Drilled:<br>12.2 m | Total Depth:<br>12.2 m |
|---|---|---|---|

| Hammer Weight:<br>*136 kg* | Split Spoon I.D:<br>*63.5 mm* | Size and Type of Bit:<br>*203.2 mm Rock Bit* | Type of Equipment:<br>*Acker Soil Max* | Type of Samples:<br>*Grab and Drive* |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | | Grab | ML | SILT | | | | | 0.3 | | Brown, frozen to moist, subangular gravel, fine to medium sand, nonplastic (NP) fines, possibly fill |
| 1 | | 2 | | | 9<br>10<br>9<br>9 | SM | Silty SAND | | | | | 0.3 | | Brown, moist, fine sand, NP fines, possibly fill |
| 2 | | | | | | | | | | | | | | |
| 3 | | 3 | F4 | | 3<br>3<br>3<br>2 | ML | Sandy SILT | 5 | 27 | 68 | 19.1 | 0.4 | 19 | Brown, moist, fine sand, NP fines, possibly fill |
| 4 | | 4 | | | 9<br>7<br>10<br>8 | SP | Poorly graded SAND with Gravel | | | | 19.1 | 0.3 | | Gray, moist, fine subrounded gravel, fine sand, NP fines |
| 5 | | | | | | | | | | | | | | |
| 6 | | 5 | | | 7<br>3<br>3<br>3 | GP | Poorly graded GRAVEL with Sand | | | | 19.1 | 0.3 | | Brown, wet, subrounded gravel, fine to coarse sand |
| 7 | | | | | | | | | | | | | | |
| 8 | | 6 | | | 6<br>7<br>9<br>6 | SW | Well-graded SAND with Gravel | | | | 25.4 | 0.4 | | Gray, wet, fine subrounded gravel, fine to coarse sand |
| 9 | | 7 | | | 6<br>11<br>19<br>29 | | | | | | | | | Spoon damaged during advancement, no sample recovery. |
| 10 | | | | | | | | | | | | | | |

EXPLORATION LOG FTW230 GPJ GEO LOG GDT 3/1/2001

| NPA Form 19-E<br>May 94 Prev. Ed. Obsolete | Project:<br>*FAMILY HOUSING UPGRADE - FTW230* | Hole Number:<br>*AP-7924* |
|---|---|---|

**ALASKA DISTRICT**
CORPS OF ENGINEERS
ENGINEERING SERVICES
**Soils and Geology Section**
# EXPLORATION LOG

| Project: | **FAMILY HOUSING UPGRADE - FTW230** | Page 2 of 2 |
| | **Fort Wainwright, Alaska** | Date: **23 Jan 2001** |

| Drilling Agency: | ☒ Alaska District | Elevation Datum: |
| | ☐ Other | ☒ MSL   ☐ other |

| Location: | Northing:  1,209,093 m | Top of Hole |
| | Easting:   423,984 m | Elevation:  138.2 m |

| Hole Number, Field: | Permanent: | Driller: | Inspector: |
| AP-9 | AP-7924 | **Bill Tester** | **Steve Henslee** |

| Type of Hole:  ☐ other _____ | | Depth to Groundwater: | Depth Drilled: | Total Depth: |
| ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | | 5.33 m WD | 12.2 m | 12.2 m |

| Hammer Weight: | Split Spoon I.D.: | Size and Type of Bit: | Type of Equipment: | Type of Samples: |
| 136 kg | 63.5 mm | 203.2 mm Rock Bit | Acker Soil Max | Grab and Drive |

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class TM 5-822.5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| — 11 | | | | | | | | | | | | | | |
| — 12 | | | | | | | | | | | | | | Spoon damaged during advancement, sample not recovered, drilled to 12.2 m for next sample, unable to overcome heave |
| — 13 | | | | | | | | | | | | | | Bottom of Hole 12.2 m  Elevation  126.0 m  Groundwater Encountered While Drilling: at depth 5.33 m  PID = (Hot) Photo Ionization Detector |
| — 14 | | | | | | | | | | | | | | |
| — 15 | | | | | | | | | | | | | | |
| — 16 | | | | | | | | | | | | | | |
| — 17 | | | | | | | | | | | | | | |
| — 18 | | | | | | | | | | | | | | |
| — 19 | | | | | | | | | | | | | | |
| — 20 | | | | | | | | | | | | | | |

Grain Size

| NPA Form 19-E  May 94 Prev. Ed. Obsolete | Project:  **FAMILY HOUSING UPGRADE - FTW230** | Hole Number:  AP-7924 |

EXPLORATION LOG  200 GPJ  GEO LOG GDT  3/12/01

**ALASKA DISTRICT**
CORPS OF ENGINEERS
ENGINEERING SERVICES

**Soils and Geology Section**

# EXPLORATION LOG

| Project: | FAMILY HOUSING UPGRADE - FTW230 | Page 1 of 1 |
|---|---|---|
| | Fort Wainwright, Alaska | Date: 24 Jan 2001 |

| Drilling Agency: | ☒ Alaska District | Elevation Datum: |
| ☐ Other | | ☒ MSL  ☐ other |

| Location: | Northing: 1,209,177 m | Top of Hole |
| | Easting: 423,998 m | Elevation: 137.0 m |

| Hole Number, Field: | Permanent: | Driller: | Inspector: |
|---|---|---|---|
| AP-10 | AP-7925 | Bill Tester | Steve Henslee |

Type of Hole: ☐ other _____
☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer

| Depth to Groundwater: | Depth Drilled: | Total Depth: |
|---|---|---|
| 4.17 m AD | 7.5 m | 8.1 m |

| Hammer Weight: | Split Spoon I.D.: | Size and Type of Bit: | Type of Equipment: | Type of Samples: |
|---|---|---|---|---|
| 136 kg | 63.5 mm | 203.2 mm Rock Bit | Acker Soil Max | Grab and Drive |

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | | Grab | ML | SILT with Sand | | | | | | | Brown, frozen to moist, fine sand, nonplastic (NP) fines, possibly fill |
| | | 2 | | F4 | 3 3 4 3 | ML | Sandy SILT | | 33 | 67 | | | 24 | Brown, moist, fine sand, NP fines, possibly fill |
| | | 3 | | NFS | 6 10 7 9 | GP | Poorly graded GRAVEL with Sand | 50 | 48 | 2 | 25.4 | | 2 | Brown, moist, subrounded gravel, fine and coarse sand |
| | | 4 | | | 10 12 13 15 | GP | Poorly graded GRAVEL with Sand | | | | 6.4 | | | Brown, wet, subrounded gravel, fine to coarse sand |
| | | 5 | | | 13 10 7 9 | GW | Well-graded GRAVEL with Sand | | | | 31.8 | | | Brown, wet, subrounded gravel, fine to coarse sand |
| | | 6 | | | 10 12 8 11 | GP | Poorly graded GRAVEL with Sand | | | | 19.1 | | | Gray, wet, subrounded gravel, fine to coarse sand |
| | | | | | | | | | | | | | | Bottom of Hole 8.1 m  Elevation 128.9 m  Groundwater Encountered After Drilling:  at depth 4.17 m |

| NPA Form 19-E | Project: | Hole Number: |
|---|---|---|
| May 94 Prev. Ed. Obsolete | FAMILY HOUSING UPGRADE - FTW230 | AP-7925 |

EXPLORATION LOG FTW230 GPJ GEO LOG.GDT 3/1201

**ALASKA DISTRICT**
CORPS OF ENGINEERS
ENGINEERING SERVICES

## Soils and Geology Section
# EXPLORATION LOG

| | |
|---|---|
| Project: *FAMILY HOUSING UPGRADE - FTW230* *Fort Wainwright, Alaska* | Page 1 of 1 |
| | Date: **24 Jan 2001** |

| | |
|---|---|
| Drilling Agency: ☒ Alaska District  ☐ Other | Elevation Datum: ☒ MSL  ☐ other |
| Location: Northing: *1,209,150 m*  Easting: *423,928 m* | Top of Hole Elevation: *137.9 m* |

| Hole Number, Field: *AP-11* | Permanent: *AP-7926* | Driller: *Bill Tester* | Inspector: *Steve Henslee* |
|---|---|---|---|

| Type of Hole: ☐ other _____ ☐ Test Pit ☒ Auger Hole ☐ Monitoring Well ☐ Piezometer | Depth to Groundwater: *5.03 m WD* | Depth Drilled: *7.3 m* | Total Depth: *7.9 m* |
|---|---|---|---|

| Hammer Weight: *136 kg* | Split Spoon I.D.: *63.5 mm* | Size and Type of Bit: *203.2 mm Rock Bit* | Type of Equipment: *Acker Soil Max* | Type of Samples: *Grab and Drive* |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class TM 5-822.5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | | Grab | SM | Silty SAND | | | | | 0.6 | | Brown, frozen to moist, fine sand, nonplastic (NP) fines, possibly fill |
| | | 2 | F4 | | 2 3 4 3 | ML | Sandy SILT | | 33 | 67 | | 0.9 | 15 | Brown, moist, fine sand, NP fines, possibly fill |
| | | 3 | NFS | | 8 9 12 11 | GP-GM | Poorly graded GRAVEL with Silt and Sand | 61 | 34 | 5 | 50.8 | 0.9 | 1 | Brown, moist, subrounded gravel, fine and coarse sand |
| | | 4 | | | 7 14 18 17 | GP | Poorly graded GRAVEL with Sand | | | | 19.1 | 1.1 | | Brown, moist, subrounded gravel, fine to coarse sand, NP fines |
| | | 5 | | | 9 11 10 8 | GP | Poorly graded GRAVEL with Sand | | | | 38.1 | | | Brown, wet, subrounded gravel, medium to coarse sand |
| | | 6 | NFS | | 9 7 5 4 | GP | Poorly graded GRAVEL with Sand | 63 | 33 | 4 | 50.8 | | 7 | 0.3 m of heaving sand  Gray, wet, fine subrounded gravel, fine to coarse sand |

Bottom of Hole 7.9 m
Elevation 130.0 m
Groundwater Encountered While Drilling: at depth 5.03 m
PID = (Hot) Photo Ionization Detector

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: *FAMILY HOUSING UPGRADE - FTW230* | Hole Number: *AP-7926* |
|---|---|---|

EXPLORATION LOG... FTW230 GP-J GEO LOG GDT 3/12/01

### ALASKA DISTRICT
### CORPS OF ENGINEERS
### ENGINEERING SERVICES
## Soils and Geology Section
# EXPLORATION LOG

| Project: | FAMILY HOUSING UPGRADE - FTW230 | Page 1 of 1 |
|---|---|---|
| | Fort Wainwright, Alaska | Date: 24 Jan 2001 |

| Drilling Agency: | ☒ Alaska District | Elevation Datum: |
|---|---|---|
| | ☐ Other | ☒ MSL  ☐ other |

| Location: | Northing: 1,209,033 m | Top of Hole |
|---|---|---|
| | Easting: 423,949 m | Elevation: 137.9 m |

| Hole Number, Field: | Permanent: | Driller: | Inspector: |
|---|---|---|---|
| AP-12 | AP-7927 | Bill Tester | Steve Henslee |

| Type of Hole: ☐ other _____ | Depth to Groundwater: | Depth Drilled: | Total Depth: |
|---|---|---|---|
| ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | 5.33 m WD | 7.5 m | 8.1 m |

| Hammer Weight: | Split Spoon I.D.: | Size and Type of Bit: | Type of Equipment: | Type of Samples: |
|---|---|---|---|---|
| 136 kg | 63.5 mm | 203.2 mm Rock Bit | Acker Soil Max | Grab and Drive |

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822.5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | | Grab | SM | Silty SAND with Gravel | | | | | 1.6 | | Brown, frozen to moist, subrounded gravel, fine sand, nonplastic (NP) fines, possibly fill |
| | | 2 | | | 4 4 5 5 | ML | SILT with Sand | | | | | 0.7 | | Brown, moist, fine sand, NP fines, possibly fill |
| 3 | | 3a | F4 | | 4 4 3 3 | ML | Sandy SILT | 45 | 55 | | | 0.6 | 11 | Brown, moist, fine sand, NP fines, possibly fill |
| | | 3b | | | | SP | Poorly graded SAND | | | | | | | Tan, moist, medium sand |
| | | 4 | S2 | | 1 3 4 6 | SM | Silty SAND | 74 | 26 | | | | 33 | Mottled brown and dark gray, wet, fine sand, NP fines, faint sewage odor present |
| 6 | | 5 | | | 1 1 1 1 | SP | Poorly graded SAND | | | | | | | Gray, wet, fine sand |
| | | 6 | | | 1 3 4 7 | SP | Poorly graded SAND | | | | | | | Dark gray, wet, fine to medium sand |

Bottom of Hole 8.1 m
  Elevation 129.8 m
Groundwater Encountered While Drilling: at depth 5.33 m
PID = (Hot) Photo Ionization Detector

| NPA Form 19-E | Project: | Hole Number: |
|---|---|---|
| May 94 Prev. Ed. Obsolete | FAMILY HOUSING UPGRADE - FTW230 | AP-7927 |

EXPLORATION LOG FTW230 GPJ GEO LOG.GDT 3/12/01

**ALASKA DISTRICT**
**CORPS OF ENGINEERS**
**ENGINEERING SERVICES**
Soils and Geology Section
# EXPLORATION LOG

| Project: | *FAMILY HOUSING UPGRADE - FTW230* | | Page 1 of 1 |
| --- | --- | --- | --- |
| | Fort Wainwright, Alaska | | Date: 25 Jan 2001 |

| Drilling Agency: | ☒ Alaska District | Elevation Datum: |
| --- | --- | --- |
| ☐ Other | | ☒ MSL  ☐ other |

| Location: | Northing: 1,209,142 m | Top of Hole |
| --- | --- | --- |
| | Easting: 424,047 m | Elevation: 137.9 m |

| Hole Number, Field: AP-13 | Permanent: AP-7928 | Driller: Bill Tester | Inspector: Steve Henslee |
| --- | --- | --- | --- |

| Type of Hole: ☐ other _____ | Depth to Groundwater: | Depth Drilled: | Total Depth: |
| --- | --- | --- | --- |
| ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | 5.03 m WD | 7.5 m | 8.1 m |

| Hammer Weight: 136 kg | Split Spoon I.D.: 63.5 mm | Size and Type of Bit: 203.2 mm Rock Bit | Type of Equipment: Acker Soil Max | Type of Samples: Grab and Drive |
| --- | --- | --- | --- | --- |

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1 | Nbn | | Grab | ML | SILT with Sand | | | | | | | Dark brown, frozen to moist, fine sand, nonplastic (NP) fines, possibly fill |
| | | 2 | | | 6 6 5 4 | SM | Silty SAND | | | | | 0.6 | | Brown, moist, fine sand, NP fines, possibly fill |
| | | 3 | S2 | | 2 12 14 | SM | Silty SAND with Gravel | 34 | 47 | 19 | 38.1 | 0.4 | 20 | Brown, moist, subrounded gravel, fine sand, NP fines |
| | | 4 | | | 12 15 15 13 | SP | Poorly graded SAND with Gravel | | | | 44.5 | 0.2 | | Brown, moist, subrounded gravel, medium sand |
| | | 5 | PFS | | 7 10 14 9 | GW | Well-graded GRAVEL with Sand | 61 | 35 | 4 | 50.8 | 3.2 | 7 | Brown, wet, subrounded gravel, fine to coarse sand |
| | | 6 | | | 9 14 17 18 | GP | Poorly graded GRAVEL with Sand | | | | 57.2 | 2.8 | | Gray, wet, subrounded gravel, fine to coarse sand |

Bottom of Hole 8.1 m
Elevation  129.9 m
Groundwater Encountered While Drilling: at depth 5.03 m
PID = (Hot) Photo Ionization Detector

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: *FAMILY HOUSING UPGRADE - FTW230* | Hole Number: AP-7928 |
| --- | --- | --- |

EXPLORATION LOG – FTW230 GP2 GEO_LOG.GDT  3/12/01

**ALASKA DISTRICT**
CORPS OF ENGINEERS
ENGINEERING SERVICES
Soils and Geology Section
# EXPLORATION LOG

| Project: | FAMILY HOUSING UPGRADE - FTW230 | Page 1 of 1 |
|---|---|---|
| | Fort Wainwright, Alaska | Date: 25 Jan 2001 |

| Drilling Agency: | ☒ Alaska District | | Elevation Datum: |
|---|---|---|---|
| | ☐ Other | | ☒ MSL  ☐ other |

| Location: | Northing: 1,209,170 m | Top of Hole |
|---|---|---|
| | Easting: 424,084 m | Elevation: 137.7 m |

| Hole Number, Field: | Permanent: | Driller: | Inspector: |
|---|---|---|---|
| AP-14 | AP-7929 | Bill Tester | Steve Henslee |

| Type of Hole: ☐ other _____ | Depth to Groundwater: | Depth Drilled: | Total Depth: |
|---|---|---|---|
| ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | 5.64 m WD | 7.5 m | 8.1 m |

| Hammer Weight: | Split Spoon I.D.: | Size and Type of Bit: | Type of Equipment: | Type of Samples: |
|---|---|---|---|---|
| 136 kg | 63.5 mm | 203.2 mm Rock Bit | Acker Soil Max | Grab and Drive |

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class TM 5-827-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | | Grab | ML | SILT | | | | | 5.8 | | Dark brown, frozen to moist, fine sand, nonplastic (NP) fines, possibly fill |
| | | 2 | F2 | | 3 3 3 3 | SM | Silty SAND | 2 | 57 | 41 | 19.1 | 3.2 | 11 | Brown, moist, fine sand, NP fines, possibly fill |
| | | 3a | NFS | | 4 7 10 | ML | SILT | | | | | 3.8 | | Dark gray to black, moist, NP fines, humus odor, possibly fill |
| | | 3b | | | 10 | SW-SM | Well-graded SAND with Silt and Gravel | 29 | 61 | 10 | 38.1 | | 4 | Brown, subrounded gravel, fine to coarse sand |
| | | 4 | | | 12 14 13 | GP | Poorly graded GRAVEL with Sand | | | | 44.5 | 6.4 | | Brown, moist, subrounded gravel, fine to coarse sand |
| | | 5 | | | 11 13 12 7 | GP | Poorly graded GRAVEL with Sand | | | | 38.1 | 0.6 | | Gray, wet, subrounded gravel, fine to coarse sand |
| | | 6 | | | 17 14 15 18 | SW | Well-graded SAND with Gravel | | | | | 0.6 | | 1.5 m of heaving sand
Dark gray, wet, fine subrounded gravel, fine to coarse sand, faint organic odor
Dark gray, wet, subrounded gravel, fine to coarse sand, humus odor |

Bottom of Hole 8.1 m
Elevation 129.7 m
Groundwater Encountered While Drilling: at depth 5.64 m
PID = (Hot) Photo Ionization Detector

NPA Form 19-E
May 94 Prev. Ed. Obsolete

| Project: | Hole Number: |
|---|---|
| FAMILY HOUSING UPGRADE - FTW230 | AP-7929 |

EXPLORATION LOG FTW230 GPJ GEO LOG GDT 3/12/01

**ALASKA DISTRICT**
CORPS OF ENGINEERS
ENGINEERING SERVICES
Soils and Geology Section
**EXPLORATION LOG**

| Project: | *FAMILY HOUSING UPGRADE - FTW230* | Page 1 of 1 |
|---|---|---|
| | *Fort Wainwright, Alaska* | Date: 25 Jan 2001 |

| Drilling Agency: ☒ Alaska District | Elevation Datum: |
| ☐ Other | ☒ MSL   ☐ other |

| Location: | Northing: 1,209,166 m | Top of Hole |
| | Easting: 424,145 m | Elevation: 137.1 m |

| Hole Number, Field: | Permanent: | Driller: | Inspector: |
|---|---|---|---|
| AP-15 | AP-7930 | Bill Tester | Steve Henslee |

| Type of Hole: ☐ other _____ | Depth to Groundwater: | Depth Drilled: | Total Depth: |
|---|---|---|---|
| ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | 4.18 m WD | 7.5 m | 8.1 m |

| Hammer Weight: 136 kg | Split Spoon I.D. 63.5 mm | Size and Type of Bit: 203.2 mm Rock Bit | Type of Equipment: Acker Soil Max | Type of Samples: Grab and Drive |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | | Grab | ML | SILT | | | | | 0.8 | | Black, frozen to moist, coarse sand, nonplastic (NP) fines, possibly fill |
| | | 2 | F2 | | 2 1 1 4 | SM | Silty SAND with Organics | 23 | 54 | 23 | 38.1 | 0.6 | 22 | Black, moist, fine to coarse sand, NP fines, wood, metal debris, driller advanced from 0.61m to 1.37 m feet using hydraulics only, possibly fill |
| | | 3 | F2 | | 3 3 5 | SM | Silty SAND with Gravel | 27 | 52 | 21 | 38.1 | 0.4 | 28 | Black, moist, fine subrounded gravel, medium to coarse sand, NP fines, some organics present (roots), possibly fill |
| | | 4 | | | 9 13 14 12 | GP | Poorly graded GRAVEL with Sand | | | | 50.8 | 1.6 | | Gray, wet, subrounded gravel, fine to coarse sand |
| | | 5 | | | 9 12 13 11 | SW | Well-graded SAND with Gravel | | | | 25.4 | 0.5 | | Gray, wet, subrounded gravel, fine to medium sand |
| | | 6 | | | 4 4 5 | GP | Poorly graded GRAVEL with Sand | | | | 31.8 | 0.5 | | Gray, wet, subrounded gravel, medium to coarse sand |

Bottom of Hole 8.1 m
Elevation 129.0 m
Groundwater Encountered While Drilling: at depth 4.18 m
PID = (Hot) Photo Ionization Detector

EXPLORATION LOG FTW230 GPJ GEO LOG GDT 3/12/01

NPA Form 19-E
May 94 Prev. Ed. Obsolete

| Project: *FAMILY HOUSING UPGRADE - FTW230* | Hole Number: AP-7930 |
|---|---|

| ALASKA DISTRICT CORPS OF ENGINEERS ENGINEERING SERVICES Soils and Geology Section EXPLORATION LOG | Project: FAMILY HOUSING UPGRADE - FTW230 Fort Wainwright, Alaska | Page 1 of 1 |
|---|---|---|
| | | Date: 26 Jan 2001 |

| Drilling Agency: ☐ Other  ☒ Alaska District | Elevation Datum: ☒ MSL  ☐ other |
|---|---|
| Location: Northing: 1,209,163 m  Easting: 424,215 m | Top of Hole Elevation: 136.0 m |

| Hole Number, Field: AP-16 | Permanent: AP-7931 | Driller: Bill Tester | Inspector: Steve Henslee |
|---|---|---|---|

| Type of Hole: ☐ other _____ ☐ Test Pit  ☒ Auger Hole  ☐ Monitoring Well  ☐ Piezometer | Depth to Groundwater: 4.02 m WD | Depth Drilled: 7.5 m | Total Depth: 8.1 m |
|---|---|---|---|

| Hammer Weight: 136 kg | Split Spoon I.D.: 63.5 mm | Size and Type of Bit: 203.2 mm Rock Bit | Type of Equipment: Acker Soil Max | Type of Samples: Grab and Drive |
|---|---|---|---|---|

| Depth (m) | Lithology | Sample | Frozen ASTM D 4083 | Frost Class. TM 5-822-5 | Blow Count | Symbol | Classification ASTM: D 2487 or D 2488 | %Gravel | %Sand | %Fines | Max Size (mm) | PID (ppm) | % Water | Description and Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Nbn | | Grab | ML | SILT | | | | | 0.5 | | Brown, frozen to moist, fine sand, nonplastic (NP) fines, metallic debris with rust, fill |
| | | 2 | F2 | | 2 3 3 3 | SM | Silty SAND | 6 | 48 | 46 | 25.4 | 0.4 | 12 | Brown, moist, fine sand, NP fines, rusted metallic and glass debris, fill |
| | | 3 | F2 | | 2 2 2 2 | SM | Silty SAND | 1 | 54 | 45 | 19.1 | 0.5 | 28 | Brown, moist, fine sand, NP fines, trace of wood and plant debris, fill |
| | | 4 | | | 8 9 10 10 | SW | Well-graded SAND with Gravel | | | | 12.7 | 0.5 | | Gray, wet, subrounded gravel, fine to coarse sand |
| | | 5 | | | 5 5 6 9 | SW | Well-graded SAND with Gravel | | | | 25.4 | 0.5 | | Gray, wet, subrounded gravel, fine to coarse sand |
| | | 6 | | | 6 9 8 10 | SW | Well-graded SAND with Gravel | | | | 31.8 | 0.5 | | 1.2 m of heaving soils  Gray, wet, subrounded gravel, fine to coarse sand |

Bottom of Hole 8.1 m
Elevation 127.9 m
Groundwater Encountered While Drilling: at depth 4.02 m
PID = (Hot) Photo Ionization Detector

| NPA Form 19-E May 94 Prev. Ed. Obsolete | Project: FAMILY HOUSING UPGRADE - FTW230 | Hole Number: AP-7931 |
|---|---|---|

EXPLORATION LOG FTW230 GP / GEO LOG.GDT 3/1/2001