# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 South Harney Street
Seattle, WA 98108
Attn.: Mike Owens
Project: FHR04

NVL Batch Number: 21-01740.00
Client Project #: FHR04
Number of samples: 20

---

(Lab ID#: 21030256 Client Sample #: 0102494-09 results continued from previous page)

LAYER 2: *None Detected    ND

---

**Lab ID #: 21030257     Client Sample #: 0102494-10**

Sample Location: 4133-6-010
Description: Black asphaltic fibrous felt with trace silver paint

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 45% | Asphalt/binder, Paint |

*ASBESTOS TYPE:*    PERCENT
*None Detected    ND

---

**Lab ID #: 21030258     Client Sample #: 0102494-11**

Sample Location: 4133-6-011
Description: Brown fibrous material with black asphaltic mastic and yellow fibrous material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 45%, Glass fibers 15% | Fine particles, Asphalt/binder |

*ASBESTOS TYPE:*    PERCENT
*None Detected    ND

---

**Lab ID #: 21030259     Client Sample #: 0102494-12**

Sample Location: 4133-6-012
Description: LAYER 1: Tan paint  LAYER 2: White compacted powdery material  LAYER 3: Brown paper with white chalky material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| LAYER 1: *None Detected | LAYER 1: Paint |
| LAYER 2: Cellulose 2% | LAYER 2: Calcareous matrix |
| LAYER 3: Cellulose 25% | LAYER 3: Calcareous matrix, Fine particles |

*ASBESTOS TYPE:*    PERCENT
LAYER 1: *None Detected    ND

(Sample results are continued on the next page.)

---

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Steve Zhang | Date: 03/03/2001 |
| Reviewed by: | Nick Ly | Date: 03/03/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

**NVL Laboratories, Inc.**
Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client:  Laucks Testing Laboratories, Inc.
Address:  940 South Harney Street
           Seattle, WA 98108
Attn.:  Mike Owens
Project:  FHR04

NVL Batch Number: 21-01740.00
Client Project #: FHR04
Number of samples: 20

---

(Lab ID#: 21030259 Client Sample #: 0102494-12 results continued from previous page)

|  |  |  |
|---|---|---|
| LAYER 2: | *None Detected | ND |
| LAYER 3: | *None Detected | ND |

---

**Lab ID #: 21030260      Client Sample #: 0102494-13**

Sample Location: 4133-6-013
Description: LAYER 1: Tan paint LAYER 2: Tan compacted powdery material LAYER 3: Brown paper with white chalky material

*OTHER FIBROUS MATERIALS:*
LAYER 1: *None Detected
LAYER 2: Cellulose 2%
LAYER 3: Cellulose 25%

*NON-FIBROUS MATERIALS:*
LAYER 1: Paint
LAYER 2: Calcareous matrix
LAYER 3: Calcareous matrix, Fine particles

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1:  *None Detected | ND |
| LAYER 2:  Chrysotile | 2% |
| LAYER 3:  *None Detected | ND |

Sample comments: Composite result for whole sample is less than 1% of asbestos

---

**Lab ID #: 21030261      Client Sample #: 0102494-14**

Sample Location: 4133-6-014
Description: LAYER 1: Tan rubbery material LAYER 2: Brown mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: *None Detected
LAYER 2: Cellulose 3%

*NON-FIBROUS MATERIALS:*
LAYER 1: Rubber/binder
LAYER 2: Mastic/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1:  *None Detected | ND |
| LAYER 2:  *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Steve Zhang | Date: 03/03/2001 |
| Reviewed by: | Nick Ly | Date: 03/03/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately.  All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%).  This report relates only to the items tested.  If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector.  This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc.  It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page   51

## NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*Bulk Asbestos Fiber Analysis*

NVLAP
#102063

Client: Laucks Testing Laboratories, Inc.
Address: 940 South Harney Street
Seattle, WA 98108
Attn.: Mike Owens
Project: FHR04

NVL Batch Number: 21-01740.00
Client Project #: FHR04
Number of samples: 20

---

**Lab ID #: 21030262      Client Sample #: 0102494-15**

Sample Location: 4133-6-015
Description: LAYER 1: Beige vinyl  LAYER 2: Grey fibrous backing with mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: *None Detected
LAYER 2: Glass fibers 15%, Cellulose 45%

*NON-FIBROUS MATERIALS:*
LAYER 1: Vinyl/binder
LAYER 2: Fine particles, Mastic/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |

---

**Lab ID #: 21030263      Client Sample #: 0102494-16**

Sample Location: 4133-6-016
Description: Brown fibrous material with black asphaltic mastic

*OTHER FIBROUS MATERIALS:*
Cellulose 55%

*NON-FIBROUS MATERIALS:*
Fine particles, Asphalt/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| *None Detected | ND |

---

**Lab ID #: 21030264      Client Sample #: 0102494-17**

Sample Location: 4133-6-017
Description: Brown fibrous material with grey mastic, metal foil and woven fiber

*OTHER FIBROUS MATERIALS:*
Cellulose 35%, Glass fibers 15%

*NON-FIBROUS MATERIALS:*
Calcareous matrix, Mastic/binder, Metal foil, Fine particles

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Steve Zhang | Date: 03/03/2001 |
| Reviewed by: | Nick Ly | Date: 03/03/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL-Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page   614

## NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

### *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 South Harney Street
Seattle, WA 98108
Attn.: Mike Owens
Project: FHR04

NVL Batch Number: 21-01740.00
Client Project #: FHR04
Number of samples: 20

---

**Lab ID #: 21030265      Client Sample #: 0102494-18**

Sample Location: 4133-6-018
Description: Black surfaced brown fibrous material

*OTHER FIBROUS  MATERIALS:*
Cellulose 85%

*NON-FIBROUS MATERIALS:*
Fine particles, Asphalt/binder

*ASBESTOS TYPE:*
\*None Detected

*PERCENT*
ND

---

**Lab ID #: 21030266      Client Sample #: 0102494-19**

Sample Location: 4133-6-019
Description: Pink surfaced grey fibrous material

*OTHER FIBROUS  MATERIALS:*
Cellulose 75%

*NON-FIBROUS MATERIALS:*
Fine particles

*ASBESTOS TYPE:*
\*None Detected

*PERCENT*
ND

---

**Lab ID #: 21030267      Client Sample #: 0102494-20**

Sample Location: 4133-6-020
Description: Brown compressed wood with surface paint

*OTHER FIBROUS  MATERIALS:*
Cellulose 45%

*NON-FIBROUS MATERIALS:*
Paint, Fine particles

*ASBESTOS TYPE:*
\*None Detected

*PERCENT*
ND

---

| Sampled by: | Client | |
| Analyzed by: | Steve Zhang | Date: 03/03/2001 |
| Reviewed by: | Nick Ly | Date: 03/03/2001 |

Nick Ly, Technical Director

Note:  If samples are not homogeneous, then subsamples of the components were analyzed separately.  All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%).  This report relates only to the items tested.  If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector.  This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc.  It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page   7

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR05

NVL Batch Number: 21-01741.00
Client Project #: FHR05
Number of samples: 20

---

**Lab ID #: 21030268    Client Sample #: 0102495-01**

Sample Location: 4133-6-021
Description: LAYER 1: Black flat rubbery material, LAYER 2: Yellow mastic

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Cellulose 2% | LAYER 1: Rubber/binder |
| LAYER 2: Cellulose 3% | LAYER 2: Mastic/binder |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |

---

**Lab ID #: 21030269    Client Sample #: 0102495-02**

Sample Location: 4133-6-022
Description: Black fibrous asphaltic material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 35% | Asphalt/binder, Binder & filler |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| Chrysotile | 25% |

---

**Lab ID #: 21030270    Client Sample #: 0102495-03**

Sample Location: 4133-6-023
Description: LAYER 1: Green/gray patterned vinyl tile, LAYER 2: Black mastic

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Cellulose 3% | LAYER 1: Vinyl/binder |
| LAYER 2: Cellulose 7% | LAYER 2: Mastic/binder |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: Chrysotile | 4% |
| LAYER 2: Chrysotile | 3% |

---

(Sample results are continued on the next page.)

| | | |
|---|---|---|
| Sampled by: Client | | |
| Analyzed by: Wei Long Tai | Date: 03/04/2001 | |
| Reviewed by: Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA
600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%,
50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited
by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL
Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.    Page    1

9

**NVL Laboratories, Inc.**
Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR05

**NVL Batch Number: 21-01741.00**
Client Project #: FHR05
Number of samples: 20

---

**Lab ID #: 21030271      Client Sample #: 0102495-04**

Sample Location: 4133-6-024
Description: LAYER 1: Green/tan patterned vinyl tile, LAYER 2: Black mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 3%
LAYER 2: Cellulose 7%

*NON-FIBROUS MATERIALS:*
LAYER 1: Vinyl/binder
LAYER 2: Mastic/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1:  Chrysotile | 3% |
| LAYER 2:  Chrysotile | 2% |

---

**Lab ID #: 21030272      Client Sample #: 0102495-05**

Sample Location: 4133-6-025
Description: LAYER 1: Brown/tan patterned vinyl tile, LAYER 2: Black mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 3%
LAYER 2: Cellulose 7%

*NON-FIBROUS MATERIALS:*
LAYER 1: Vinyl/binder
LAYER 2: Mastic/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1:  Chrysotile | 4% |
| LAYER 2:  Chrysotile | 7% |

---

**Lab ID #: 21030273      Client Sample #: 0102495-06**

Sample Location: 4133-6-026
Description: Black fibrous asphaltic material

*OTHER FIBROUS MATERIALS:*
Cellulose 40%

*NON-FIBROUS MATERIALS:*
Binder & filler, Asphalt/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| Chrysotile | 30% |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | | |
|---|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/04/2001 | |
| Reviewed by: | Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
         Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR05

**NVL Batch Number: 21-01741.00**
Client Project #: FHR05
Number of samples: 20

---

**Lab ID #: 21030274       Client Sample #: 0102495-07**

Sample Location: 4133-6-027
Description: LAYER 1: White sheet vinyl, LAYER 2: Gray fibrous material with yellow mastic, LAYER 3: Yellow sheet vinyl,
             LAYER 4: Gray fibrous material with yellow mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: *None Detected
LAYER 2: Cellulose 65%
LAYER 3: *None Detected
LAYER 4: Cellulose 25%

*NON-FIBROUS MATERIALS:*
LAYER 1: Vinyl/binder
LAYER 2: Binder & filler, Mastic/binder
LAYER 3: Vinyl/binder
LAYER 4: Binder & filler, Mastic/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |
| LAYER 3: *None Detected | ND |
| LAYER 4: Chrysotile | 55% |

---

**Lab ID #: 21030275       Client Sample #: 0102495-08**

Sample Location: 4133-6-028
Description: LAYER 1: White/brown mastic, LAYER 2: Tan fibrous material with paint

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 3%
LAYER 2: Cellulose 70%

*NON-FIBROUS MATERIALS:*
LAYER 1: Mastic/binder
LAYER 2: Binder & filler, Paint

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |

(Sample results are continued on the next page.)

| | | |
|---|---|---|
| Sampled by: Client | | |
| Analyzed by: Wei Long Tai | Date: 03/04/2001 | |
| Reviewed by: Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

1 Page    311

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
            Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR05

NVL Batch Number: 21-01741.00
Client Project #: FHR05
Number of samples: 20

---

**Lab ID #: 21030276    Client Sample #: 0102495-09**

Sample Location: 4133-6-029
Description: White brittle material

| *OTHER FIBROUS MATERIALS:* | | *NON-FIBROUS MATERIALS:* |
|---|---|---|
| Cellulose 3% | | Binder & filler |
| | *ASBESTOS TYPE:* | *PERCENT* |
| | *None Detected | ND |

---

**Lab ID #: 21030277    Client Sample #: 0102495-10**

Sample Location: 4133-6-030
Description: LAYER 1: Yellow mastic, LAYER 2: Tan/green fibrous material with paint

| *OTHER FIBROUS MATERIALS:* | | *NON-FIBROUS MATERIALS:* |
|---|---|---|
| LAYER 1: Cellulose 3% | | LAYER 1: Mastic/binder |
| LAYER 2: Cellulose 70% | | LAYER 2: Binder & filler, Paint |
| | *ASBESTOS TYPE:* | *PERCENT* |
| | LAYER 1: *None Detected | ND |
| | LAYER 2: *None Detected | ND |

---

**Lab ID #: 21030278    Client Sample #: 0102495-11**

Sample Location: 4133-6-031
Description: LAYER 1: Tan powdery material with paint, LAYER 2: White chalky material with paper

| *OTHER FIBROUS MATERIALS:* | | *NON-FIBROUS MATERIALS:* |
|---|---|---|
| LAYER 1: Cellulose 4% | | LAYER 1: Binder & filler, Paint |
| LAYER 2: Cellulose 25% | | LAYER 2: Binder & filler, Gypsum/binder |
| | *ASBESTOS TYPE:* | *PERCENT* |
| | LAYER 1: *None Detected | ND |
| | LAYER 2: *None Detected | ND |

---

(Sample results are continued on the next page.)

| | | |
|---|---|---|
| Sampled by: | Client | |
| Analyzed by: | Wei Long Tai | Date: 03/04/2001 |
| Reviewed by: | Nick Ly | Date: 03/04/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page   412

Tel: 206.547.0100
Fax: 206.634.1936

# NVL Laboratories, Inc.

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address:  940 S. Harney St.
          Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR05

NVL Batch Number: 21-01741.00
Client Project #: FHR05
Number of samples: 20

---

**Lab ID #: 21030279       Client Sample #:  0102495-12**

Sample Location: 4133-6-032
Description: LAYER 1: Tan powdery material with paint, LAYER 2: White chalky material with paper

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Cellulose 4% | LAYER 1: Binder & filler, Paint |
| LAYER 2: Cellulose 25% | LAYER 2: Binder & filler, Gypsum/binder |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |

---

**Lab ID #: 21030280       Client Sample #:  0102495-13**

Sample Location: 4133-6-033
Description: LAYER 1: Tan paper, LAYER 2: Gray mastic, LAYER 3: Silver paper with white woven fibrous material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Cellulose 80% | LAYER 1: Binder & filler |
| LAYER 2: Cellulose 4% | LAYER 2: Mastic/binder |
| LAYER 3: Cellulose 3%, Glass fibers 17% | LAYER 3: Binder & filler |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |
| LAYER 3: *None Detected | ND |

---

**Lab ID #: 21030281       Client Sample #:  0102495-14**

Sample Location: 4133-6-034
Description: White chalky material with paper

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 25% | Binder & filler, Gypsum/binder |

(Sample results are continued on the next page.)

| | | |
|---|---|---|
| Sampled by:  Client | | |
| Analyzed by:  Wei Long Tai | Date: 03/04/2001 | |
| Reviewed by:  Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page    5 1

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

NVLAP
#102063

## *Bulk Asbestos Fiber Analysis*

Client:  Laucks Testing Laboratories, Inc.
Address:  940 S. Harney St.
          Seattle, WA 98108
Attn.:  Mr. Mike Owens
Project:  FHR05

NVL Batch Number: 21-01741.00
Client Project #: FHR05
Number of samples: 20

| ASBESTOS TYPE: | PERCENT |
|---|---|
| *None Detected | ND |

**Lab ID #: 21030282**     **Client Sample #:  0102495-15**

Sample Location:  4133-6-035
Description:  White powdery material with paint

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 4% | Binder & filler, Paint |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| *None Detected | ND |

**Lab ID #: 21030283**     **Client Sample #:  0102495-16**

Sample Location:  4133-6-037
Description:  White powdery material with paint

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 3% | Binder & filler, Paint |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| *None Detected | ND |

**Lab ID #: 21030284**     **Client Sample #:  0102495-17**

Sample Location:  4133-6-038
Description:  LAYER 1: Pink fibrous material, LAYER 2: Black fibrous asphaltic material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Glass fibers 80% | LAYER 1: Binder & filler |
| LAYER 2: Cellulose 60% | LAYER 2: Asphalt/binder, Binder & filler |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1:  *None Detected | ND |

*(Sample results are continued on the next page.)*

| Sampled by:  Client | | |
|---|---|---|
| Analyzed by:  Wei Long Tai | Date: 03/04/2001 | |
| Reviewed by:  Nick Ly | Date: 03/04/2001 | Nick Ly  Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

| Page     61 4

## NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

### Bulk Asbestos Fiber Analysis

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR05

NVL Batch Number: 21-01741.00
Client Project #: FHR05
Number of samples: 20

---

(Lab ID#: 21030284 Client Sample #: 0102495-17 results continued from previous page)

LAYER 2: *None Detected    ND

---

**Lab ID #: 21030285    Client Sample #: 0102495-18**

Sample Location: 4133-6-039
Description: Tan fibrous material

OTHER FIBROUS MATERIALS:
Cellulose 80%

NON-FIBROUS MATERIALS:
Binder & filler

ASBESTOS TYPE:
*None Detected

PERCENT
ND

---

**Lab ID #: 21030286    Client Sample #: 0102495-19**

Sample Location: 4133-6-040
Description: Blue soft material

OTHER FIBROUS MATERIALS:
Cellulose 3%

NON-FIBROUS MATERIALS:
Binder & filler

ASBESTOS TYPE:
*None Detected

PERCENT
ND

---

**Lab ID #: 21030287    Client Sample #: 0102495-20**

Sample Location: 4133-6-041
Description: White chalky material with paper

OTHER FIBROUS MATERIALS:
Cellulose 25%

NON-FIBROUS MATERIALS:
Binder & filler, Gypsum/binder

ASBESTOS TYPE:
*None Detected

PERCENT
ND

---

Sampled by: Client
Analyzed by: Wei Long Tai        Date: 03/04/2001
Reviewed by: Nick Ly            Date: 03/04/2001

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL – Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page    7 1

## NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

### *Bulk Asbestos Fiber Analysis*

Client: **Laucks Testing Laboratories, Inc.**
Address: **940 South Harney Street**
**Seattle, WA 98108**
Attn.: **Mr. Mike Owens**
Project: **FHR06**

**NVL Batch Number: 21-01742.00**
Client Project #: **FHR06**
Number of samples: **20**

---

**Lab ID #: 21030288**    **Client Sample #: 0102497-01**

**Sample Location:** 4134-3-042
**Description:** LAYER 1: Brown fibrous material  LAYER 2: Black asphaltic material

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 75%
LAYER 2: Cellulose 15%

*NON-FIBROUS MATERIALS:*
LAYER 1: Fine particles
LAYER 2: Asphalt/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: Chrysotile | 5% |

---

**Lab ID #: 21030289**    **Client Sample #: 0102497-02**

**Sample Location:** 4134-3-043
**Description:** White soft material with fibrous material

*OTHER FIBROUS MATERIALS:*
Cellulose 15%

*NON-FIBROUS MATERIALS:*
Mastic/binder, Fine particles

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| *None Detected | ND |

---

**Lab ID #: 21030290**    **Client Sample #: 0102497-03**

**Sample Location:** 4134-3-044
**Description:** White soft material

*OTHER FIBROUS MATERIALS:*
*None Detected

*NON-FIBROUS MATERIALS:*
Calcareous matrix

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Steve Zhang | Date: 03/04/2001 |
| Reviewed by: | Nick Ly | Date: 03/04/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page   1

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: **Laucks Testing Laboratories, Inc.**
Address: **940 South Harney Street**
**Seattle, WA 98108**
Attn.: **Mr. Mike Owens**
Project: **FHR06**

**NVL Batch Number: 21-01742.00**
Client Project #: FHR06
Number of samples: 20

---

**Lab ID #: 21030291      Client Sample #: 0102497-04**

Sample Location: 4134-3-045
Description: LAYER 1: Grey surfaced white ceramic  LAYER 2: Brown mastic with white compacted powdery material

| *OTHER FIBROUS MATERIALS:* | | *NON-FIBROUS MATERIALS:* |
|---|---|---|
| LAYER 1: *None Detected | | LAYER 1: Ceramic/binder |
| LAYER 2: Cellulose 2% | | LAYER 2: Mastic/binder, Calcareous matrix |
| | *ASBESTOS TYPE:* | *PERCENT* |
| | LAYER 1: *None Detected | ND |
| | LAYER 2: *None Detected | ND |

---

**Lab ID #: 21030292      Client Sample #: 0102497-05**

Sample Location: 4134-3-046
Description: Black asphaltic fibrous felt with trace silver paint

| *OTHER FIBROUS MATERIALS:* | | *NON-FIBROUS MATERIALS:* |
|---|---|---|
| Cellulose 65% | | Asphalt/binder, Paint |
| | *ASBESTOS TYPE:* | *PERCENT* |
| | *None Detected | ND |

---

**Lab ID #: 21030293      Client Sample #: 0102497-06**

Sample Location: 4134-3-047
Description: Brown fibrous material with black asphaltic mastic

| *OTHER FIBROUS MATERIALS:* | | *NON-FIBROUS MATERIALS:* |
|---|---|---|
| Cellulose 65% | | Fine particles, Asphalt/binder |
| | *ASBESTOS TYPE:* | *PERCENT* |
| | *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | | |
|---|---|---|---|
| Analyzed by: | Steve Zhang | Date: 03/04/2001 | |
| Reviewed by: | Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 South Harney Street
Seattle, WA 98108

Attn.: Mr. Mike Owens
Project: FHR06

NVL Batch Number: 21-01742.00
Client Project #: FHR06
Number of samples: 20

---

**Lab ID #: 21030294     Client Sample #: 0102497-07**

Sample Location: 4134-3-048
Description: LAYER 1: Beige vinyl  LAYER 2: Grey fibrous backing with mastic and wood  LAYER 3: Black asphaltic fibrous felt

*OTHER FIBROUS MATERIALS:*
LAYER 1: *None Detected
LAYER 2: Cellulose 55%, Glass fibers 10%
LAYER 3: Cellulose 65%

*NON-FIBROUS MATERIALS:*
LAYER 1: Vinyl/binder
LAYER 2: Fine particles, Mastic/binder
LAYER 3: Asphalt/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |
| LAYER 3: *None Detected | ND |

---

**Lab ID #: 21030295     Client Sample #: 0102497-08**

Sample Location: 4134-3-049
Description: LAYER 1: Beige paint  LAYER 2: Tan compacted powdery material  LAYER 3: Brown paper with white chalky material

*OTHER FIBROUS MATERIALS:*
LAYER 1: *None Detected
LAYER 2: Cellulose 2%
LAYER 3: Cellulose 35%

*NON-FIBROUS MATERIALS:*
LAYER 1: Paint
LAYER 2: Fine particles, Calcareous matrix
LAYER 3: Fine particles, Calcareous matrix

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: Chrysotile | 2% |
| LAYER 3: *None Detected | ND |

Sample comments: Composite result for whole sample is less than 1% of asbestos

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Steve Zhang | Date: 03/04/2001 |
| Reviewed by: | Nick Ly | Date: 03/04/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page 3 12

## NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

### *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 South Harney Street
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR06

NVL Batch Number: 21-01742.00
Client Project #: FHR06
Number of samples: 20

---

**Lab ID #:** 21030296    **Client Sample #:** 0102497-09

**Sample Location:** 4134-3-050
**Description:** LAYER 1: Beige paint  LAYER 2: Tan compacted powdery material  LAYER 3: Brown paper with white chalky material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| LAYER 1: *None Detected | LAYER 1: Paint |
| LAYER 2: Cellulose 2% | LAYER 2: Calcareous matrix |
| LAYER 3: Cellulose 35% | LAYER 3: Fine particles, Calcareous matrix |

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: Chrysotile | 2% |
| LAYER 3: *None Detected | ND |

Sample comments: Composite result for whole sample is less than 1% of asbestos

---

**Lab ID #:** 21030297    **Client Sample #:** 0102497-10

**Sample Location:** 4134-3-051
**Description:** LAYER 1: Beige vinyl  LAYER 2: Grey fibrous backing  LAYER 3: Grey soft material with woven fiber  LAYER 4: Black asphaltic fibrous felt with wood

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| LAYER 1: *None Detected | LAYER 1: Vinyl/binder |
| LAYER 2: Cellulose 65% | LAYER 2: Fine particles |
| LAYER 3: Cellulose 45%, Glass fibers 5% | LAYER 3: Calcareous matrix, Fine particles |
| LAYER 4: Cellulose 55% | LAYER 4: Asphalt/binder, Fine particles |

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |
| LAYER 3: *None Detected | ND |
| LAYER 4: *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: Client | | |
|---|---|---|
| Analyzed by: Steve Zhang | Date: 03/04/2001 | |
| Reviewed by: Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page    4 1

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

NVLAP
#102063

## *Bulk Asbestos Fiber Analysis*

Client:  Laucks Testing Laboratories, Inc.
Address:  940 South Harney Street
Seattle, WA 98108
Attn.:  Mr. Mike Owens
Project:  FHR06

NVL Batch Number: 21-01742.00
Client Project #: FHR06
Number of samples: 20

---

**Lab ID #: 21030298      Client Sample #: 0102497-11**

Sample Location: 4134-3-052
Description: LAYER 1: Brown mastic  LAYER 2: Brown paper with white chalky material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| LAYER 1: Cellulose 2% | LAYER 1: Mastic/binder |
| LAYER 2: Cellulose 25% | LAYER 2: Fine particles, Calcareous matrix |

|  | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
|  | LAYER 1: *None Detected | ND |
|  | LAYER 2: *None Detected | ND |

---

**Lab ID #: 21030299      Client Sample #: 0102497-12**

Sample Location: 4134-3-053
Description: Brown fibrous material with metal foil, grey soft material and woven fiber

*OTHER FIBROUS MATERIALS:*
Cellulose 45%, Glass fibers 15%

*NON-FIBROUS MATERIALS:*
Calcareous matrix, Metal foil, Fine particles

*ASBESTOS TYPE:*          *PERCENT*
*None Detected             ND

---

**Lab ID #: 21030300      Client Sample #: 0102497-13**

Sample Location: 4134-3-054
Description: Black surfaced brown fibrous material

*OTHER FIBROUS MATERIALS:*
Cellulose 75%

*NON-FIBROUS MATERIALS:*
Fine particles, Asphalt/binder

*ASBESTOS TYPE:*          *PERCENT*
*None Detected             ND

---

(Sample results are continued on the next page.)

| Sampled by:  Client | | |
|---|---|---|
| Analyzed by:  Steve Zhang | Date: 03/04/2001 | |
| Reviewed by:  Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page   5

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 South Harney Street
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR06

NVL Batch Number: 21-01742.00
Client Project #: FHR06
Number of samples: 20

---

**Lab ID #: 21030301    Client Sample #: 0102497-14**

Sample Location: 4134-3-055
Description: Pink surfaced brown fibrous material

*OTHER FIBROUS MATERIALS:*
Cellulose 75%

*NON-FIBROUS MATERIALS:*
Fine particles

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| *None Detected | ND |

---

**Lab ID #: 21030302    Client Sample #: 0102497-15**

Sample Location: 4134-3-056
Description: Brown mastic

*OTHER FIBROUS MATERIALS:*
Cellulose 3%

*NON-FIBROUS MATERIALS:*
Mastic/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| *None Detected | ND |

---

**Lab ID #: 21030303    Client Sample #: 0102497-16**

Sample Location: 4134-3-057
Description: LAYER 1: Grey tile  LAYER 2: Black asphaltic mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 2%
LAYER 2: Cellulose 5%

*NON-FIBROUS MATERIALS:*
LAYER 1: Calcareous matrix
LAYER 2: Asphalt/binder

| *ASBESTOS TYPE:* | *PERCENT* |
|---|---|
| LAYER 1: Chrysotile | 3% |
| LAYER 2: Chrysotile | 4% |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | | |
|---|---|---|---|
| Analyzed by: | Steve Zhang | Date: 03/04/2001 | |
| Reviewed by: | Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page 6

**15**

**NVL Laboratories, Inc.**

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 South Harney Street
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR06

NVL Batch Number: 21-01742.00
Client Project #: FHR06
Number of samples: 20

---

**Lab ID #: 21030304**       **Client Sample #: 0102497-17**

Sample Location: 4134-3-058
Description: Black asphaltic fibrous felt

*OTHER FIBROUS MATERIALS:*
Cellulose 45%

*NON-FIBROUS MATERIALS:*
Asphalt/binder

*ASBESTOS TYPE:*          *PERCENT*
Chrysotile                5%

---

**Lab ID #: 21030305**       **Client Sample #: 0102497-18**

Sample Location: 4134-3-059
Description: LAYER 1: Grey tile  LAYER 2: Black asphaltic backing

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 3%
LAYER 2: Cellulose 45%

*NON-FIBROUS MATERIALS:*
LAYER 1: Calcareous matrix
LAYER 2: Asphalt/binder

*ASBESTOS TYPE:*          *PERCENT*
LAYER 1:  Chrysotile      4%
LAYER 2:  Chrysotile      8%

---

**Lab ID #: 21030306**       **Client Sample #: 0102497-19**

Sample Location: 4134-3-060
Description: LAYER 1: Tan tile  LAYER 2: Black asphaltic backing

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 3%
LAYER 2: Cellulose 45%

*NON-FIBROUS MATERIALS:*
LAYER 1: Calcareous matrix
LAYER 2: Asphalt/binder

*ASBESTOS TYPE:*          *PERCENT*
LAYER 1:  Chrysotile      4%
LAYER 2:  Chrysotile      9%

---

(Sample results are continued on the next page.)

| | | |
|---|---|---|
| Sampled by: Client | | |
| Analyzed by: Steve Zhang | Date: 03/04/2001 | |
| Reviewed by: Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page 1

## NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

### Bulk Asbestos Fiber Analysis

NVLAP
#102063

Client: Laucks Testing Laboratories, Inc.
Address: 940 South Harney Street
          Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR06

NVL Batch Number: 21-01742.00
Client Project #: FHR06
Number of samples: 20

---

Lab ID #: 21030307          Client Sample #: 0102497-20

Sample Location: 4134-3-061
Description: LAYER 1: Beige paint  LAYER 2: Tan compacted powdery material  LAYER 3: Brown paper with white chalky material

**OTHER FIBROUS MATERIALS:**
LAYER 1: *None Detected
LAYER 2: Cellulose 2%
LAYER 3: Cellulose 25%

**NON-FIBROUS MATERIALS:**
LAYER 1: Paint
LAYER 2: Calcareous matrix
LAYER 3: Fine particles

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: Chrysotile | 3% |
| LAYER 3: *None Detected | ND |

Sample comments: Composite result for whole sample is less than 1% of asbestos

---

| | | |
|---|---|---|
| Sampled by: Client | | |
| Analyzed by: Steve Zhang | Date: 03/04/2001 | |
| Reviewed by: Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page 8 17

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

NVLAP
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR07

NVL Batch Number: 21-01743.00
Client Project #: FHR07
Number of samples: 20

---

**Lab ID #: 21030308**      **Client Sample #: 0102498-01**

Sample Location: 4134-3-062
Description: LAYER 1: Tan/brown patterned sheet vinyl, LAYER 2: Gray fibrous material with yellow mastic, LAYER 3: Black fibrous asphaltic material, LAYER 4: White sheet vinyl, LAYER 5: Gray fibrous material with yellow mastic, LAYER 6: Yellow sheet vinyl, LAYER 7: Gray fibrous material with yellow mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: *None Detected
LAYER 2: Cellulose 20%
LAYER 3: Cellulose 50%
LAYER 4: *None Detected
LAYER 5: Cellulose 65%
LAYER 6: *None Detected
LAYER 7: Cellulose 25%

*NON-FIBROUS MATERIALS:*
LAYER 1: Vinyl/binder
LAYER 2: Binder & filler, Mastic/binder
LAYER 3: Asphalt/binder, Binder & filler
LAYER 4: Vinyl/binder
LAYER 5: Binder & filler, Mastic/binder
LAYER 6: Vinyl/binder
LAYER 7: Binder & filler, Mastic/binder

| *ASBESTOS TYPE:* | | *PERCENT* |
|---|---|---|
| LAYER 1: | *None Detected | ND |
| LAYER 2: | Chrysotile | 55% |
| LAYER 3: | Chrysotile | 15% |
| LAYER 4: | *None Detected | ND |
| LAYER 5: | *None Detected | ND |
| LAYER 6: | *None Detected | ND |
| LAYER 7: | Chrysotile | 55% |

---

**Lab ID #: 21030309**      **Client Sample #: 0102498-02**

Sample Location: 4134-3-0623
Description: LAYER 1: Tan paper, LAYER 2: Silver paper with white woven fibrous material and mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 80%
LAYER 2: Cellulose 4%, Glass fibers 15%

*NON-FIBROUS MATERIALS:*
LAYER 1: Binder & filler
LAYER 2: Binder & filler, Mastic/binder

| *ASBESTOS TYPE:* | | *PERCENT* |
|---|---|---|
| LAYER 1: | *None Detected | ND |
| LAYER 2: | *None Detected | ND |

---

| Sampled by: | Client | | |
|---|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/03/2001 | |
| Reviewed by: | Nick Ly | Date: 03/03/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR07

NVL Batch Number: 21-01743.00
Client Project #: FHR07
Number of samples: 20

---

**Lab ID #: 21030310      Client Sample #: 0102498-03**

Sample Location: 4134-3-064
Description: LAYER 1: Black fibrous asphaltic material, LAYER 2: Tan fibrous material, LAYER 3: Black fibrous asphaltic material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| LAYER 1: Cellulose 65% | LAYER 1: Binder & filler, Asphalt/binder |
| LAYER 2: Cellulose 80% | LAYER 2: Binder & filler |
| LAYER 3: Cellulose 65% | LAYER 3: Binder & filler, Asphalt/binder |

|  | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| LAYER 1: | *None Detected | ND |
| LAYER 2: | *None Detected | ND |
| LAYER 3: | *None Detected | ND |

---

**Lab ID #: 21030311      Client Sample #: 0102498-04**

Sample Location: 4134-3-065
Description: Black fibrous asphaltic material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 65% | Asphalt/binder, Binder & filler |

|  | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
|  | *None Detected | ND |

---

**Lab ID #: 21030312      Client Sample #: 0102498-05**

Sample Location: 4134-3-066
Description: Tan fibrous material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 80% | Binder & filler |

|  | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
|  | *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/03/2001 |
| Reviewed by: | Nick Ly | Date: 03/03/2001 |

Nick Ly, Technical Director

Note: If samples are not homogenous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page   2 11

---

## NVL Laboratories, Inc.

4708 Aurora Ave. N., Seattle, WA 98103

Tel: 206.547.0100
Fax: 206.634.1936

*NVLAP*
#102063

### *Bulk Asbestos Fiber Analysis*

---

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR07

NVL Batch Number: 21-01743.00
Client Project #: FHR07
Number of samples: 20

---

**Lab ID #: 21030313      Client Sample #: 0102498-06**

Sample Location: 4134-3-067
Description: LAYER 1: Cream hard brittle material, LAYER 2: Yellow mastic with blue paper, LAYER 3: White brittle material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: *None Detected | LAYER 1: Binder & filler |
| LAYER 2: Cellulose 35% | LAYER 2: Mastic/binder, Binder & filler |
| LAYER 3: Cellulose 2% | LAYER 3: Binder & filler |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |
| LAYER 3: *None Detected | ND |

---

**Lab ID #: 21030314      Client Sample #: 0102498-07**

Sample Location: 4134-3-068
Description: LAYER 1: Brown flat rubbery material, LAYER 2: Brown/yellow mastic

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Cellulose 1% | LAYER 1: Rubber/binder |
| LAYER 2: Cellulose 4% | LAYER 2: Mastic/binder |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |

---

(Sample results are continued on the next page.)

| | | |
|---|---|---|
| Sampled by: Client | | |
| Analyzed by: Wei Long Tai | Date: 03/03/2001 | |
| Reviewed by: Nick Ly | Date: 03/03/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page 3

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR07

NVL Batch Number: 21-01743.00
Client Project #: FHR07
Number of samples: 20

---

**Lab ID #: 21030315    Client Sample #: 0102498-08**

Sample Location: 4134-3-069
Description: LAYER 1: Tan paper, LAYER 2: Gray mastic, LAYER 3: Silve paper with white woven fibrous material, LAYER 4: Black mastic

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 80%
LAYER 2: Cellulose 3%
LAYER 3: Cellulose 3%, Glass fibers 13%
LAYER 4: Cellulose 7%

*NON-FIBROUS MATERIALS:*
LAYER 1: Binder & filler
LAYER 2: Mastic/binder
LAYER 3: Binder & filler
LAYER 4: Mastic/binder

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |
| LAYER 3: *None Detected | ND |
| LAYER 4: Chrysotile | 10% |

---

**Lab ID #: 21030316    Client Sample #: 0102498-09**

Sample Location: 4134-3-070
Description: LAYER 1: Tan powdery material with paint, LAYER 2: White chalky material with paper

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 4%
LAYER 2: Cellulose 25%

*NON-FIBROUS MATERIALS:*
LAYER 1: Binder & filler, Paint
LAYER 2: Binder & filler, Gypsum/binder

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: Chrysotile | 2% |
| LAYER 2: *None Detected | ND |

Sample comments: Composite result for whole sample equals <1% Asbestos

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/03/2001 |
| Reviewed by: | Nick Ly | Date: 03/03/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page 4 19

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
　　　　　Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR07

NVL Batch Number: 21-01743.00
Client Project #: FHR07
Number of samples: 20

---

**Lab ID #: 21030317       Client Sample #: 0102498-10**

Sample Location: 4134-3-071
Description: White powdery material with paint

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 4% | Binder & filler, Paint |

*ASBESTOS TYPE:*
*None Detected

*PERCENT*
ND

---

**Lab ID #: 21030318       Client Sample #: 0102498-11**

Sample Location: 4134-M-072
Description: Tan powdery material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 15% | Binder & filler |

*ASBESTOS TYPE:*
*None Detected

*PERCENT*
ND

---

**Lab ID #: 21030319       Client Sample #: 0102498-12**

Sample Location: 4134-M-073
Description: Gray powdery material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 10% | Binder & filler |

*ASBESTOS TYPE:*
*None Detected

*PERCENT*
ND

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/03/2001 |
| Reviewed by: | Nick Ly | Date: 03/03/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

1 Page    5 1 4

**NVL Laboratories, Inc.**

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR07

NVL Batch Number: 21-01743.00
Client Project #: FHR07
Number of samples: 20

---

**Lab ID #: 21030320     Client Sample #:  0102498-13**

Sample Location: 4134-M-074
Description: Black asphaltic material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 4% | Asphalt/binder |

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| | *None Detected | ND |

---

**Lab ID #: 21030321     Client Sample #:  0102498-14**

Sample Location: 4134-M-075
Description: LAYER 1: Black asphaltic material, LAYER 2: Tan fibrous material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| LAYER 1: Cellulose 5% | LAYER 1: Asphalt/binder |
| LAYER 2: Cellulose 80% | LAYER 2: Binder & filler |

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| LAYER 1: | *None Detected | ND |
| LAYER 2: | *None Detected | ND |

---

**Lab ID #: 21030322     Client Sample #:  0102498-15**

Sample Location: 4134-M-076
Description: Red soft material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 4%, Glass fibers 7% | Binder & filler |

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| | *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | | |
|---|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/03/2001 | |
| Reviewed by: | Nick Ly | Date: 03/03/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

1 Page    615

**NVL Laboratories, Inc.**

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR07

NVL Batch Number: 21-01743.00
Client Project #: FHR07
Number of samples: 20

---

**Lab ID #: 21030323        Client Sample #:  0102498-16**

Sample Location: 4134-M-077
Description:  Blue soft material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 4% | Binder & filler |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| *None Detected | ND |

---

**Lab ID #: 21030324        Client Sample #:  0102498-17**

Sample Location: 4134-3-078
Description:  LAYER 1: Black asphaltic material, LAYER 2: Tan fibrous material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Cellulose 4% | LAYER 1: Asphalt/binder |
| LAYER 2: Cellulose 80% | LAYER 2: Binder & filler |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| LAYER 1: *None Detected | ND |
| LAYER 2: *None Detected | ND |

---

**Lab ID #: 21030325        Client Sample #:  0102498-18**

Sample Location: 4134-3-079
Description:  Red soft material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 13% | Binder & filler |

| ASBESTOS TYPE: | PERCENT |
|---|---|
| *None Detected | ND |

---

(Sample results are continued on the next page.)

| | | |
|---|---|---|
| Sampled by:  Client | | |
| Analyzed by:  Wei Long Tai | Date: 03/03/2001 | |
| Reviewed by:  Nick Ly | Date: 03/03/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately.  All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%).  This report relates only to the items tested.  If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector.  This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc.  It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page  7

## NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

### *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR07

NVL Batch Number: 21-01743.00
Client Project #: FHR07
Number of samples: 20

---

**Lab ID #: 21030326      Client Sample #: 0102498-19**

Sample Location: 4134-3-080
Description: LAYER 1: Black asphaltic material, LAYER 2: Tan fibrous material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Cellulose 3% | LAYER 1: Asphalt/binder |
| LAYER 2: Cellulose 80% | LAYER 2: Binder & filler |

|  | ASBESTOS TYPE: | PERCENT |
|---|---|---|
| | LAYER 1: *None Detected | ND |
| | LAYER 2: *None Detected | ND |

---

**Lab ID #: 21030327      Client Sample #: 0102498-20**

Sample Location: 4134-3-081
Description: LAYER 1: Black asphaltic material, LAYER 2: Tan fibrous material

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| LAYER 1: Cellulose 3% | LAYER 1: Asphalt/binder |
| LAYER 2: Cellulose 80% | LAYER 2: Binder & filler |

|  | ASBESTOS TYPE: | PERCENT |
|---|---|---|
| | LAYER 1: *None Detected | ND |
| | LAYER 2: *None Detected | ND |

---

| Sampled by: | Client | | |
|---|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/03/2001 | |
| Reviewed by: | Nick Ly | Date: 03/03/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page    17

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

NVLAP
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR08

NVL Batch Number: 21-01744.00
Client Project #: FHR08
Number of samples: 12

---

**Lab ID #:** 21030328       **Client Sample #:** 0102499-01

Sample Location: 1014-M-82
Description: Blue soft material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 3% | Binder & filler |

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| | *None Detected | ND |

---

**Lab ID #:** 21030329       **Client Sample #:** 0102499-02

Sample Location: 1014-M-83
Description: Gray sandy brittle material

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 3% | Binder & filler, Granules |

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| | *None Detected | ND |

---

**Lab ID #:** 21030330       **Client Sample #:** 0102499-03

Sample Location: 1014-8-84
Description: Black fibrous asphaltic material with paint and mastic

| *OTHER FIBROUS MATERIALS:* | *NON-FIBROUS MATERIALS:* |
|---|---|
| Cellulose 60% | Binder & filler, Asphalt/binder, Mastic/binder, Paint |

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| | *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/04/2001 |
| Reviewed by: | Nick Ly | Date: 03/04/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page 1

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

NVLAP
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR08

NVL Batch Number: 21-01744.00
Client Project #: FHR08
Number of samples: 12

---

**Lab ID #: 21030331    Client Sample #: 0102499-04**

Sample Location: 1014-A-85
Description: Black asphaltic material

*OTHER FIBROUS MATERIALS:*
Cellulose 35%

*NON-FIBROUS MATERIALS:*
Asphalt/binder

*ASBESTOS TYPE:*        *PERCENT*
    *None Detected            ND

---

**Lab ID #: 21030332    Client Sample #: 0102499-05**

Sample Location: 1014-A-86
Description: Black fibrous asphaltic material

*OTHER FIBROUS MATERIALS:*
Cellulose 65%

*NON-FIBROUS MATERIALS:*
Asphalt/binder, Binder & filler

*ASBESTOS TYPE:*        *PERCENT*
    *None Detected            ND

---

**Lab ID #: 21030333    Client Sample #: 0102499-06**

Sample Location: 1014-A-87
Description: LAYER 1: Tan paper, LAYER 2: Black asphaltic material, LAYER 3: Tan paper

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 80%
LAYER 2: Cellulose 3%
LAYER 3: Cellulose 80%

*NON-FIBROUS MATERIALS:*
LAYER 1: Binder & filler
LAYER 2: Asphalt/binder
LAYER 3: Binder & filler

*ASBESTOS TYPE:*        *PERCENT*
    LAYER 1: *None Detected        ND
    LAYER 2: *None Detected        ND
    LAYER 3: *None Detected        ND

---

(Sample results are continued on the next page.)

| Sampled by: | Client | |
| Analyzed by: | Wei Long Tai | Date: 03/04/2001 |
| Reviewed by: | Nick Ly | Date: 03/04/2001 |

Nick Ly/Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%==>0-3%, 5%==>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

Page 1 2 **1**

## NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

### *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR08

NVL Batch Number: 21-01744.00
Client Project #: FHR08
Number of samples: 12

---

**Lab ID #: 21030334**     **Client Sample #: 0102499-07**

Sample Location: 1014-A-88
Description: Black asphaltic material with granules

*OTHER FIBROUS MATERIALS:*
Cellulose 35%

*NON-FIBROUS MATERIALS:*
Asphalt/binder, Granules

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| | *None Detected | ND |

---

**Lab ID #: 21030335**     **Client Sample #: 0102499-08**

Sample Location: 1014-A-89
Description: LAYER 1: Tan paper, LAYER 2: Black asphaltic material, LAYER 3: Tan paper

*OTHER FIBROUS MATERIALS:*
LAYER 1: Cellulose 80%
LAYER 2: Cellulose 4%
LAYER 3: Cellulose 80%

*NON-FIBROUS MATERIALS:*
LAYER 1: Binder & filler
LAYER 2: Asphalt/binder
LAYER 3: Binder & filler

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| LAYER 1: | *None Detected | ND |
| LAYER 2: | *None Detected | ND |
| LAYER 3: | *None Detected | ND |

---

**Lab ID #: 21030336**     **Client Sample #: 0102499-09**

Sample Location: 1014-A-90
Description: Black asphaltic material with granules

*OTHER FIBROUS MATERIALS:*
Cellulose 35%

*NON-FIBROUS MATERIALS:*
Asphalt/binder, Granules

| | *ASBESTOS TYPE:* | *PERCENT* |
|---|---|---|
| | *None Detected | ND |

---

(Sample results are continued on the next page.)

| Sampled by: | Client | | |
|---|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/04/2001 | |
| Reviewed by: | Nick Ly | Date: 03/04/2001 | Nick Ly, Technical Director |

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

1 Page     3 1

# NVL Laboratories, Inc.

Tel: 206.547.0100
Fax: 206.634.1936

4708 Aurora Ave. N., Seattle, WA 98103

*NVLAP*
#102063

## *Bulk Asbestos Fiber Analysis*

Client: Laucks Testing Laboratories, Inc.
Address: 940 S. Harney St.
Seattle, WA 98108
Attn.: Mr. Mike Owens
Project: FHR08

NVL Batch Number: 21-01744.00
Client Project #: FHR08
Number of samples: 12

---

**Lab ID #: 21030337      Client Sample #:  0102499-10**

Sample Location: FTW230-01BK
Description: LAYER 1: Green vinyl tile, LAYER 2: Black mastic

| OTHER FIBROUS MATERIALS: | | NON-FIBROUS MATERIALS: |
|---|---|---|
| LAYER 1: Cellulose 3% | | LAYER 1: Vinyl/binder |
| LAYER 2: Cellulose 7% | | LAYER 2: Mastic/binder |

| | ASBESTOS TYPE: | PERCENT |
|---|---|---|
| | LAYER 1: Chrysotile | 2% |
| | LAYER 2: Chrysotile | 5% |

---

**Lab ID #: 21030338      Client Sample #:  0102499-11**

Sample Location: FTW230-02BK
Description: LAYER 1: Green vinyl tile, LAYER 2: Black mastic

| OTHER FIBROUS MATERIALS: | | NON-FIBROUS MATERIALS: |
|---|---|---|
| LAYER 1: Cellulose 2% | | LAYER 1: Vinyl/binder |
| LAYER 2: Cellulose 7% | | LAYER 2: Mastic/binder |

| | ASBESTOS TYPE: | PERCENT |
|---|---|---|
| | LAYER 1: Chrysotile | 4% |
| | LAYER 2: Chrysotile | 3% |

---

**Lab ID #: 21030339      Client Sample #:  0102499-12**

Sample Location: FTW230-03BK
Description: White chalky material with paper with paint

| OTHER FIBROUS MATERIALS: | NON-FIBROUS MATERIALS: |
|---|---|
| Cellulose 25% | Binder & filler, Gypsum/binder, Paint |

| | ASBESTOS TYPE: | PERCENT |
|---|---|---|
| | *None Detected | ND |

---

| Sampled by: | Client | |
|---|---|---|
| Analyzed by: | Wei Long Tai | Date: 03/04/2001 |
| Reviewed by: | Nick Ly | Date: 03/04/2001 |

Nick Ly, Technical Director

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=>0-3%, 5%=>1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If samples were not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government.

1  Page    413

INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

AR4133

Lab Name: LAUCKS TESTING LABS, INC.    Contract: _____

Lab Code: LAUCKS    Case No.: ___    SAS No.: ___    SDG No.: FHR02S

Matrix (soil/water): SOIL    Lab Sample ID: 02486-01
Level (low/med): LOW    Date Received: 02/24/01
% Solids: 77.8

Concentration Units (ug/L or mg/kg dry weight): MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
|---------|---------|---------------|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 49.7 | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before: BROWN    Clarity Before: ___    Texture: MEDIUM
Color After: YELLOW    Clarity After: ___    Artifacts: _

Comments:

CLIENT ID: 01FWHR4133

APPENDIX 6 Page 57

19

INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

BR4134

Lab Name:  LAUCKS TESTING LABS, INC.          Contract: _____

Lab Code: LAUCKS          Case No.: ___          SAS No.: ___          SDG No.: FHR03S

Matrix (soil/water): SOIL          Lab Sample ID: 02486-02
Level (low/med): LOW          Date Received: 02/24/01
% Solids:          77.5

Concentration Units (ug/L or mg/kg dry weight):  MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
|---------|---------|---------------|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 9.5 | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before:  BROWN          Clarity Before: ___          Texture:     MEDIUM
Color After:  YELLOW          Clarity After: ___          Artifacts: _

Comments:

CLIENT ID:  01FWHR4134

20

INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

CR4139

Lab Name:  LAUCKS TESTING LABS, INC.     Contract: _____

Lab Code: LAUCKS          Case No.: ___          SAS No.: ___          SDG No.: FHR03S

Matrix (soil/water): SOIL                    Lab Sample ID:  02486-03

Level (low/med):  LOW                        Date Received:  02/24/01

% Solids:        80.5

ConcentrationUnits (ug/L or mg/kg dry weight):   MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
|---------|---------|---------------|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 38.7 | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before:  BROWN          Clarity Before:  ___          Texture:     MEDIUM

Color After:   YELLOW         Clarity After:   ___          Artifacts:   _

Comments:

CLIENT ID:  01FWHR4139

21

## INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

| DR1027 |

Lab Name: <u>LAUCKS TESTING LABS, INC.</u>　　Contract: _____

Lab Code: <u>LAUCKS</u>　　　Case No.: ___　　　SAS No.: ___　　SDG No.: <u>FHR03S</u>

Matrix (soil/water): <u>SOIL</u>　　　Lab Sample ID: <u>02486-04</u>

Level (low/med): <u>LOW</u>　　　Date Received: <u>02/24/01</u>

% Solids: <u>81.4</u>

ConcentrationUnits (ug/L or mg/kg dry weight): <u>MG/KG</u>

| CAS No. | Analyte | Concentration | C | Q | M |
|---------|---------|---------------|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 226. | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before: <u>BROWN</u>　　　Clarity Before: ___　　　Texture: <u>MEDIUM</u>

Color After: <u>YELLOW</u>　　　Clarity After: ___　　　Artifacts: __

Comments:

CLIENT ID: <u>01FWHR1027</u>

22

INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

| | |
|---|---|
| | ER1028 |

Lab Name:  LAUCKS TESTING LABS, INC.      Contract: _____

Lab Code: LAUCKS          Case No.: ___        SAS No.:  ___        SDG No.: FHR03S

Matrix (soil/water): SOIL          Lab Sample ID: 02486-05

Level (low/med):  LOW          Date Received: 02/24/01

% Solids:      79.2

Concentration Units (ug/L or mg/kg dry weight):  MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
|---|---|---|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 131. | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver  . | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before:  BROWN          Clarity Before:  ___          Texture:      MEDIUM

Color After:  YELLOW          Clarity After:  ___          Artifacts:    __

Comments:

CLIENT ID:  01FWHR1028

APPENDIX 6 Page 61

2 3

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

## INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

Lab Name:  LAUCKS TESTING LABS, INC.    Contract: _____

| FR1029 |
| --- |

Lab Code: LAUCKS          Case No.: ___     SAS No.:  ___     SDG No.:  FHR03S

Matrix (soil/water): SOIL          Lab Sample ID:  02486-06

Level (low/med):    LOW           Date Received:  02/24/01

% Solids:       86.3

Concentration Units (ug/L or mg/kg dry weight):  MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
| --- | --- | --- | --- | --- | --- |
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 27.9 | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before:  BROWN          Clarity Before:  ___         Texture:     MEDIUM

Color After:   YELLOW          Clarity After:   ___         Artifacts:   __

Comments:

CLIENT ID:  01FWHR1029

24

INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

GR1030

Lab Name: LAUCKS TESTING LABS, INC.    Contract: _____

Lab Code: LAUCKS    Case No.: __    SAS No.: __    SDG No.: FHR03S

Matrix (soil/water): SOIL    Lab Sample ID: 02486-07
Level (low/med): LOW    Date Received: 02/24/01
% Solids: 89.9

Concentration Units (ug/L or mg/kg dry weight): MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
|---------|---------|---------------|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 12.7 | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before: BROWN    Clarity Before: ___    Texture: MEDIUM
Color After: YELLOW    Clarity After: ___    Artifacts: __

Comments:

CLIENT ID: 01FWHR1030

2 5

INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

| HR1038 |

Lab Name:  LAUCKS TESTING LABS, INC.        Contract:  _____

Lab Code: LAUCKS          Case No.: __          SAS No.:  ___          SDG No.: FHR03S

Matrix (soil/water): SOIL          Lab Sample ID:  02486-08
Level (low/med):  LOW          Date Received:  02/24/01
% Solids:          88.5

ConcentrationUnits (ug/L or mg/kg dry weight):  MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
|---------|---------|---------------|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 21. | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before:  BROWN          Clarity Before:  ___          Texture:          MEDIUM
Color After:  YELLOW          Clarity After:  ___          Artifacts:  _

Comments:

CLIENT ID:  01FWHR1038

2 6

INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

| IR1039 |

Lab Name:  LAUCKS TESTING LABS, INC.     Contract: _____

Lab Code: LAUCKS          Case No.: ___          SAS No.: ___          SDG No.: FHR0

Matrix (soil/water): SOIL                    Lab Sample ID: 02486-09

Level (low/med):    LOW                     Date Received:  02/24/01

% Solids:        84.4

ConcentrationUnits (ug/L or mg/kg dry weight):    MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
|---------|---------|---------------|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 10. | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before:  BROWN          Clarity Before:  ___          Texture:    MEDIUM

Color After:   YELLOW          Clarity After:   ___          Artifacts:   __

Comments:

CLIENT ID:  01FWHR1039

27

INORGANIC ANALYSIS DATA SHEET

EPA SAMPLE NO.:

Lab Name:  LAUCKS TESTING LABS, INC.    Contract: _____

| JR1014 |

Lab Code: LAUCKS          Case No.: ___    SAS No.: ___    SDG No.: FHR03S

Matrix (soil/water): SOIL
Level (low/med):  LOW
% Solids:      88.0

Lab Sample ID:  02486-10
Date Received:  02/24/01

ConcentrationUnits (ug/L or mg/kg dry weight):  MG/KG

| CAS No. | Analyte | Concentration | C | Q | M |
|---------|---------|---------------|---|---|---|
| 7440-36-0 | Antimony | | | | |
| 7440-38-2 | Arsenic | | | | |
| 7440-39-3 | Barium | | | | |
| 7440-41-7 | Beryllium | | | | |
| 7440-43-9 | Cadmium | | | | |
| 7440-70-2 | Calcium | | | | |
| 7440-47-3 | Chromium | | | | |
| 7440-48-4 | Cobalt | | | | |
| 7440-50-8 | Copper | | | | |
| 7439-89-6 | Iron | | | | |
| 7439-92-1 | Lead | 16.8 | | EN* | P |
| 7439-95-4 | Magnesium | | | | |
| 7439-96-5 | Manganese | | | | |
| 7439-97-6 | Mercury | | | | |
| 7440-02-0 | Nickel | | | | |
| 7440-09-7 | Potassium | | | | |
| 7782-49-2 | Selenium | | | | |
| 7440-22-4 | Silver | | | | |
| 7440-23-5 | Sodium | | | | |
| 7440-28-0 | Thallium | | | | |
| 7440-62-2 | Vanadium | | | | |
| 7440-66-6 | Zinc | | | | |
| 7439-98-7 | Molybdenum | | | | |

Color Before:  BROWN          Clarity Before: ___    Texture:    MEDIUM
Color After:   YELLOW         Clarity After: ___     Artifacts:  __

Comments:

CLIENT ID: 01FWHR1014

--End of Appendix 6--

## Station Three Hydrant Testing

| Building | | Static | Residual | Pitot |
|---|---|---|---|---|
| S/W | 1049 | 68 | 30 | 36 |
| S | 1539 | 110 | 25 | 26 |
| N | 1544 | 64 | 40 | 26 |
| N | 1537 | 68 | 36 | 26 |
| E | 1562 | 62 | 42 | 26 |
| E | 1566 | 66 | 38 | 24 |
| N | 1565 | 64 | 40 | 25 |
| N/E | 1572 | 66 | 40 | 22 |
| E | 1575 | 66 | 40 | 34 |
| W | 1575 | 66 | 28 | 32 |
| S/E | 1595 | 62 | 26 | 32 |
| S/W | 1595 | 66 | 22 | 30 |
| W | 1595 | 66 | 40 | 10 |
| N | 1575 | 60 | 40 | 24 |
| W | 1555 | 64 | 44 | 40 |
| W | 1313 | 66 | 30 | 24 |
| E | 1302 | 60 | 24 | 22 |
| N | 1332 | 64 | 20 | 20 |
| N | 1366 | 66 | 18 | 20 |
| N | 1360 | 62 | 24 | 18 |
| N/NE | 1001 | 112 | 34 | 24 |
| S/SE | 1001 | 118 | 20 | 24 |
| S | 1001 | 108 | 20 | 18 |
| S/E | 1004 | 64 | 30 | 28 |
| S/W | 1004 | 66 | 30 | 30 |
| N/W | 1004 | 66 | 28 | 30 |
| S/E | 1006 | 66 | 24 | 28 |
| S | 1019 | 66 | 28 | 30 |
| N/E | 1007 | 66 | 16 | 18 |
| N/E | 1009 | 66 | 20 | 30 |
| N/E | 1014 | 66 | 28 | 30 |
| N/W | 1014 | 72 | 16 | 14 |
| N/W | 1016 | 70 | 22 | 22 |
| N/W | 1007 | 70 | 22 | 22 |
| N/W | 1018 | 74 | 16 | 22 |
| S/W | 1019 | 64 | 16 | 18 |
| E | 1044 | 68 | 30 | 24 |
| S | 1044 | 64 | 28 | 40 |
| S | 1045 | 66 | 30 | 28 |
| W | 1045 | 66 | 30 | 28 |
| W | 1047 | 66 | 26 | 36 |
| S/E | 1049 | 68 | 30 | 36 |
| S/E | 1051 | 64 | 32 | 32 |
| S | 1060 | 66 | 34 | 28 |
| N | 1059 | 62 | 30 | 28 |
| N | 1041 | 70 | 28 | 30 |
| S | 1041 | 66 | 26 | 28 |
| S | 1044 | 62 | 22 | 18 |
| E | 1 | 64 | 28 | 30 |
| E | 1038 | 62 | 26 | 30 |

DAVE NELSON 3-6495

| Building | | Static | Residual | Pitot |
|----------|------|--------|----------|-------|
| W | 1029 | 68 | 26 | 24 |
| W | 1027 | 66 | 24 | 30 |
| S/E | 1064 | 60 | 20 | 20 |
| S/W | 1063 | 64 | 34 | 18 |
| N | 1040 | 66 | 22 | 28 |

Date Prepared:

**Fort Wainwright Fire & Emergency Services**
**Hydrant Flow Chart**
Page 1 of 11

(Received 2756 Poo)

| Hydrant Address | Hydrant No. # | Static Flow | 2.5" Port Residual | 2.5"FFlow Pitot | Flow @ 20 Psi | Bonnet Color | Officer Initials | Comments/Deficiencies |
|---|---|---|---|---|---|---|---|---|
| Neely S of 3030 | 35-18 | 68 | 55 | 35 | 2008 | Blue | | |
| Neely @ 3724 | 37-12 | 68 | 52 | 35 | 1795 | Blue | | Hydrant valve stem broken w/o |
| Neely @ 3765 | | 68 | 58 | 25 | 1081 | Green | | |
| OAK E. of 3595 | 35-03 | 65 | 52 | 40 | 2067 | Blue | | |
| ILC DE FRANCE @3444 | 34-09 | 65 | 55 | 45 | 2532 | Blue | | |
| 2nd West End Chippewa | 34-42 | 65 | 40 | 40 | 1913 | Blue | | |
| EAST END SOUTH TAXIWAY | 20-13 | 65 | 50 | 30 | 1663 | Blue | | |
| 2ND Hyd W of #2110 | 21-69 | 65 | 45 | 35 | 1368 | Green | | |
| South of Bldg 3419 | 34-06 | 65 | 55 | 42 | 2449 | Blue | | |
| EAST of Bldg 3421 | 34-08 | 65 | 50 | 40 | 1913 | Blue | | |
| 601st @ Pine | 40-09 | 65 | 50 | 30 | 1299 | Green | | |
| 600th @ Bldg 4202 | 42-02 | 68 | 50 | 35 | 1681 | Blue | | |
| SW Bldg 4075 | 40-03 | 69 | 49 | 51 | 1941 | Blue | | |
| 602nd @ Pine | 40-07 | 68 | 50 | 37 | 1542 | Green | | Stem leaks |
| NEELY @ Bldg 4214 | 42-06 | 69 | 50 | 47 | 1850 | Blue | | |
| CEDAR St. @ Bldg 4129 | 41-13 | 70 | 50 | 46 | 1900 | Blue | | |

Date Prepared:

Fort Wainwright Fire & Emergency Services
Hydrant Flow Chart

Page 2 of 11

| Hydrant Address | Hydrant No. # | Static Flow | 2.5" Port Residual | 2.5" Flow Pitot | Flow @ 20 Psi | Bonnet Color | Officer Initials | Comments/Deficiencies |
|---|---|---|---|---|---|---|---|---|
| Aiscrce Loop W. Bldg 4440 | 44-07 | 67 | 50 | 46 | 1880 | Blue | | |
| Dozwood Bldg 1012-14 | 10-18 | 67 | 18 | 30 | 799 | Orange | | |
| North End of Bldg 1360b | 13-04 | 65 | 20 | 35 | 882 | Orange | | |
| SW of Bldg. 1595 | 15-13 | 67 | 20 | 30 | 817 | Orange | | |
| S Bldg. 1047 on Freeman | 10-33 | 65 | 44 | 32 | 1274 | Green | | |
| NE Corner Bldg 1801 | 10-03 | 110 | 30 | 30 | 762 | Orange | | |
| Corner Apple & 1034 | 10-11 | 65 | 40 | 30 | 1262 | Green | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FIRMS SUMMARY OF HYDRANTS
FT WAINWRIGHT FIRE DEPARTMENT
284 Hydrants



December 17, 1996

| Hydrant number | Location | ( Avialble water ) DATE,  GPM at PSI | | | Thread type | Class color | Aux pump | Out of service | Date out |
|---|---|---|---|---|---|---|---|---|---|
| 10-01 | N/W CORNER OF BL1001 | 8/01/96 | 1542 | 20 | S | GREEN | NO | NO | |
| 10-02 | N BLG 1001 PARKING L | 8/01/96 | 2026 | 20 | S | GREEN | NO | NO | |
| 10-03 | N/E CORNER B1001 | 8/01/96 | 2236 | 20 | S | GREEN | NO | NO | |
| 10-04 | S/E CORNER BLG 1001 | 8/01/96 | 2091 | 20 | S | GREEN | NO | NO | |
| 10-05 | S BLG 1001 ON GAFFNE | 8/01/96 | 2050 | 20 | S | GREEN | NO | NO | |
| 10-06 | CORNER GAFFNEY 103RD | 8/01/96 | 1992 | 20 | S | GREEN | NO | NO | |
| 10-07 | CORNER GAFFNEY 102ND | 8/01/96 | 1593 | 20 | S | GREEN | NO | NO | |
| 10-08 | N OF BLG 1004 PARKIN | 8/01/96 | 1488 | 20 | S | GREEN | NO | NO | |
| 10-09 | N OF BUILDING 1004 | 8/11/96 | 1577 | 20 | S | GREEN | NO | NO | |
| 10-10 | APPLE BETWEEN1019-06 | 8/01/96 | 1078 | 20 | S | ORANGE | NO | NO | |
| 10-11 | CORNER APPLE 103RDST | 8/01/96 | 1451 | 20 | S | ORANGE | NO | NO | |
| 10-12 | CORNER 103RD BEECHNU | 8/01/96 | 1502 | 20 | S | GREEN | NO | NO | |
| 10-13 | BETW 1007-1018 BEECH | 8/01/96 | 1327 | 20 | S | ORANGE | NO | NO | |
| 10-14 | CORNER 102ND BEECHNU | 8/01/96 | 1761 | 20 | S | ORANGE | NO | NO | |
| 10-15 | CORNER 102ND CHESTNU | 8/01/96 | 1990 | 20 | S | GREEN | NO | NO | |
| 10-16 | 1016-1009 CHESTNUT | 8/01/96 | 1486 | 20 | S | GREEN | NO | NO | |
| 10-17 | 103RD AND CHESTNUT | 8/01/96 | 1618 | 20 | S | GREEN | NO | NO | |
| 10-18 | 1012-1014 ON DOGWOOD | 8/01/96 | 1313 | 20 | S | ORANGE | NO | NO | |
| 10-19 | 102ND AND DOGWOOD | 8/01/96 | 1598 | 20 | S | ORANGE | NO | NO | |
| 10-20 | S/E 1038 ON DOGWOOD | 8/01/96 | 1732 | 20 | S | GREEN | NO | NO | |
| 10-21 | CORNER 100TH DOGWOOD | 8/13/96 | 2527 | 20 | S | GREEN | NO | NO | |
| 10-22 | S/W CORNER BLG 1027 | 8/13/96 | 2734 | 20 | S | RED | NO | NO | |
| 10-23 | S BLG 1065 APPLE ST | 8/13/96 | 1244 | 20 | S | ORANGE | NO | NO | |
| 10-24 | S BLG 1062 ON APPLE | 8/13/96 | 1613 | 20 | S | GREEN | NO | NO | |
| 10-25 | N BLG 1040 APPLE ST | 8/13/96 | 1900 | 20 | S | GREEN | NO | NO | |
| 10-26 | S/W CORNER 1061 APPL | 8/13/96 | 1561 | 20 | S | GREEN | NO | NO | |
| 10-27 | E BLG 1058 ON APPLE | 8/13/96 | 2556 | 20 | S | GREEN | NO | NO | |
| 10-28 | CORNER CHENA/MARKS | 8/13/96 | 2342 | 20 | S | GREEN | NO | NO | |
| 10-29 | S BLG 1044 ON MARKS | 8/13/96 | 1001 | 20 | S | ORANGE | NO | NO | |
| 10-30 | BLG #1 ON NYSTEEN | 8/13/96 | 1525 | 20 | S | GREEN | NO | NO | |
| 10-31 | EAST OF BLD. 1051 | 8/13/96 | 1988 | 20 | S | GREEN | NO | NO | |
| 10-32 | S/E BLG 1049 FREEMAN | 8/13/96 | 2910 | 20 | S | GREEN | NO | NO | |
| 10-33 | S BLG 1047 ON FREEMA | 8/13/96 | 1724 | 20 | S | GREEN | NO | NO | |
| 10-34 | WEST OF BLD.1045 | 8/13/94 | **** | 20 | S | GREEN | NO | YES | 8/13/96 |
| 10-35 | SOUTH OF BLD.1045 | 8/13/96 | 2059 | 20 | S | GREEN | NO | NO | |
| 10-36 | SOUTH OF BLD.1021 | 8/13/96 | 1971 | 20 | S | GREEN | NO | NO | |
| 10-37 | S/E BLG 1020 GAFFNEY | 8/13/96 | 1847 | 20 | S | GREEN | NO | NO | |
| 10-38 | S/E CORNER OF 1060 | 8/13/96 | 2527 | 20 | S | GREEN | NO | NO | |
| 13-01 | SOUTH SIDE BLG 1313 | 8/13/96 | 2221 | 20 | S | GREEN | NO | NO | |
| 13-02 | S/E SIDE BLG 1302A | 8/13/96 | 2379 | 20 | S | GREEN | NO | NO | |
| 13-03 | NORTH END OF 1360 | 8/13/96 | 2060 | 20 | S | GREEN | NO | NO | |
| 13-04 | NORTH END OF 1366B | 8/13/96 | 1950 | 20 | S | GREEN | NO | NO | |
| 13-05 | N/E CORNER OF 1332B | 8/13/96 | 1934 | 20 | S | GREEN | NO | NO | |
| 15-01 | WEST OF BLD.,1555 | 8/13/96 | 2154 | 20 | S | GREEN | NO | NO | |
| 15-06 | EAST OF BLD,1561 | 8/13/96 | 2372 | 20 | S | GREEN | NO | NO | |
| 15-07 | EAST,BLD.1562 | 8/13/96 | 2567 | 20 | S | GREEN | NO | NO | |
| 15-08 | SOUTH OF BLD,1564 | 8/15/96 | 1712 | 20 | S | GREEN | NO | NO | |
| 15-09 | 150 FT.WEST BLD,1565 | 8/15/96 | 1538 | 20 | S | ORANGE | NO | NO | |
| 15-10 | SE,END OF BLD.1579 | 8/15/96 | 1469 | 20 | S | ORANGE | NO | NO | |

| Hydrant ier | Location | ( Available water ) DATE | GPM | at PSI | Thread type | Class color | Aux pump | Out of service | Date out |
|---|---|---|---|---|---|---|---|---|---|
| -11 | SW, END OF BLD. 1579 | 8/26/94 | 8656 | 20 | S | GREEN | NO | YES | 8/15/96 |
| 15-12 | SE. END OF BLD. 1595 | 8/15/96 | 1381 | 20 | S | ORANGE | NO | NO | |
| 15-13 | SW. OF BLD. 1595 | 8/15/96 | 1152 | 20 | S | ORANGE | NO | NO | |
| 15-14 | NE, OF BLD. 1599 | 8/15/96 | 1264 | 20 | S | ORANGE | NO | NO | |
| 15-15 | NORTH OF BLD. 1576 | 8/15/96 | 2306 | 20 | S | GREEN | NO | NO | |
| 15-16 | NORTH OF BLD. 1544 | 8/15/96 | 847 | 20 | S | ORANGE | NO | NO | |
| 15-17 | SOUTH BLG 1513 AIRFI | 8/15/96 | 1934 | 20 | S | GREEN | NO | NO | |
| 20-00 | WEST, BLD. 2063 | 7/02/96 | 1054 | 20 | S | LT BLUE | NO | NO | |
| 20-01 | 4TH, HYD. EAST OF 2077 | 7/02/96 | 1538 | 20 | S | LT BLUE | NO | NO | |
| 20-02 | 3RD, HYD. EAST OF 2077 | 7/02/96 | 1678 | 20 | S | LT BLUE | NO | NO | |
| 20-03 | 2ND, HYD. EAST OF 2077 | 6/30/96 | 2128 | 20 | S | LT BLUE | NO | NO | |
| 20-04 | 1ST, HYD. EAST OF 2077 | 7/02/96 | 2170 | 20 | S | LT BLUE | NO | NO | |
| 20-05 | SOUTHSIDE, BLD. 2077 | 6/30/96 | 2741 | 20 | S | LT BLUE | NO | NO | |
| 20-06 | SW, CORNER BLD. 2080 | 7/02/96 | 2741 | 20 | S | LT BLUE | NO | NO | |
| 20-07 | SW, CORNER BLD. 2079 | 7/02/96 | 2505 | 20 | S | LT BLUE | NO | NO | |
| 20-08 | SOUTH, BLD. 2085 | 7/02/96 | 2760 | 20 | S | LT BLUE | NO | NO | |
| 20-09 | UNDERGROUND, N, 2085 | 7/07/96 | 1880 | 20 | S | LT BLUE | NO | NO | |
| 20-10 | UNDERGROUND, NW, 2085 | 7/07/96 | 1914 | 20 | S | LT BLUE | NO | NO | |
| 20-11 | UNDERGROUND, SW, 2085 | 7/07/96 | 1823 | 20 | S | LT BLUE | NO | NO | |
| 20-12 | WEST, BLD. 2085 | 6/30/96 | 1699 | 20 | S | LT BLUE | NO | NO | |
| 20-13 | E. END SOUTH TAXIWAY | 7/02/96 | 1699 | 20 | S | RED | NO | NO | |
| 21-01 | EAST, BLD. 2104 | 7/02/96 | 1991 | 20 | S | LT BLUE | NO | NO | |
| 21-02 | EAST CORNER BLD. 2104 | 7/02/96 | 2252 | 20 | S | LT BLUE | NO | NO | |
| 21-03 | WEST CORNER, BLD. 2104 | 7/02/96 | 2077 | 20 | S | LT BLUE | NO | NO | |
| 21-04 | SE, CORNER, BLD. 2106 | 7/02/96 | 2196 | 20 | S | LT BLUE | NO | NO | |
| 21-05 | SOUTH, BLD. 2106 | 7/02/96 | 2054 | 20 | S | LT BLUE | NO | NO | |
| 21-06 | SW, BLD. 2106 | 7/02/96 | 2100 | 20 | S | LT BLUE | NO | NO | |
| 21-07 | S>SIDE, BLDS. 2107,10 | 7/02/96 | 2225 | 20 | S | LT BLUE | NO | NO | |
| 21-08 | 1ST, HYD. WEST>2110 | 7/02/96 | 1775 | 20 | S | LT BLUE | NO | NO | |
| 21-09 | 2ND HYD, WEST>2110 | 7/02/96 | 1955 | 20 | S | LT BLUE | NO | NO | |
| 21-10 | S.E. 3000 | 7/02/96 | 1778 | 20 | S | RED | NO | NO | |
| 22-01 | W. 2295 | 7/18/96 | 1971 | 20 | S | RED | NO | NO | |
| 22-02 | N.E. 2295 | 7/18/96 | 1827 | 20 | S | RED | NO | NO | |
| 30-01 | SW, CORNER BLD. 3002 | 7/02/96 | 2127 | 20 | S | LT BLUE | NO | NO | |
| 30-02 | SE, BLD. 3005 | 7/02/96 | 1878 | 20 | S | LT BLUE | NO | NO | |
| 30-03 | SE, CORNER BLD. 3006 | 7/02/96 | 2058 | 20 | S | LT BLUE | NO | NO | |
| 30-04 | SW, CORNER BLD. 3007 | 7/02/96 | 2014 | 20 | S | LT BLUE | NO | NO | |
| 30-05 | SOUTH, BLD. 3008 | 7/02/96 | 1889 | 20 | S | LT BLUE | NO | YES | 7/02/96 |
| 30-06 | SW, BLD. 3009 | 7/02/96 | 1889 | 20 | S | LT BLUE | NO | NO | |
| 30-08 | SE, BLD. 3032 | 7/02/96 | 1125 | 20 | S | LT BLUE | NO | NO | |
| 30-09 | MONT. & MERIDIAN | 7/02/96 | 2477 | 20 | S | LT BLUE | NO | NO | |
| 30-10 | SOUTH, BLD. 3015 | 7/02/96 | 2149 | 20 | S | LT BLUE | NO | NO | |
| 30-11 | NN, BLD. 3025 | 7/02/96 | 1658 | 20 | S | LT BLUE | NO | NO | |
| 30-12 | MERIDIAN S. OF MONT. | 7/02/96 | 1967 | 20 | S | LT BLUE | NO | NO - | |
| 34-01 | NW, BLD. 3401 | 7/08/96 | 1186 | 20 | S | LT BLUE | NO | NO | |
| 34-02 | SW, BLD. 3401 | 7/08/96 | 1892 | 20 | S | LT BLUE | NO | NO | |
| 34-03 | SE, BLD. 3409 | 7/08/96 | 1903 | 20 | S | LT BLUE | NO | NO | |
| 34-04 | S.W. 3413 | 7/08/96 | 1849 | 20 | S | RED | NO | NO | |
| 34-05 | SOUTH, BLDS. 3411,3413 | 7/08/96 | 1880 | 20 | S | LT BLUE | NO | NO | |
| 34-06 | SW, BLD. 3419 | 7/08/96 | 2130 | 20 | S | LT BLUE | NO | NO | |
| 34-07 | SE, BLD. 3423 | 7/08/96 | 1192 | 20 | S | LT BLUE | NO | NO | |
| 34-08 | EAST, BLD. 3421 PRK. | 7/08/96 | 1871 | 20 | S | LT BLUE | NO | NO | |
| 34-09 | N, SIDE BLDS. 3442&44 | 7/08/96 | 1913 | 20 | S | LT BLUE | NO | NO | |
| 34-10 | N, SIDE BLDS. 3446&48 | 7/08/96 | 1638 | 20 | S | LT BLUE | NO | NO | |
| 34-11 | N, SIDE BLDS. 3448&50 | 7/08/96 | 1521 | 20 | S | LT BLUE | NO | NO | |

| Hydrant number | Location | DATE, | GPM at PSI | Thread type | Class color | Aux pump | Out of service | Date |
|---|---|---|---|---|---|---|---|---|
| 34-12 | S,BLD.3407 PRK AREA | 7/16/96 | 1871 | 20 | S | LT BLUE | NO | NO | |
| 34-13 | NW,BLD.3405 | 7/08/96 | 2011 | 20 | S | LT BLUE | NO | NO | |
| 34-14 | N,BLD.3452 PRK.AREA | 7/16/96 | 1971 | 20 | S | LT BLUE | NO | NO | |
| 34-15 | W,SIDE BLD.3452 | 7/16/96 | 2723 | 20 | S | LT BLUE | NO | NO | |
| 34-16 | WEST,BLD.3489 | 7/16/96 | 2619 | 20 | S | LT BLUE | NO | NO | |
| 34-17 | SW,BLD.3475 | 7/16/96 | 2079 | 20 | S | LT BLUE | NO | NO | |
| 34-18 | NE,CORNER BLD.3489 | 7/16/96 | 2011 | 20 | S | LT BLUE | NO | NO | |
| 34-19 | SW,CORNER BLD.3487 | 7/16/96 | 2353 | 20 | S | LT BLUE | NO | NO | |
| 34-20 | SE,CORNER BLD.3487 | 7/16/96 | 2447 | 20 | S | LT BLUE | NO | YES | 7/27/93 |
| 34-21 | NE,CORNER BLD.3487 | 7/16/96 | 1971 | 20 | S | LT BLUE | NO | NO | |
| 34-22 | SOUTH BLD.3479 | 7/16/96 | 2011 | 20 | S | LT BLUE | NO | NO | |
| 34-23 | EAST SIDE,BLD.3479 | 7/16/96 | 1971 | 20 | S | LT BLUE | NO | NO | |
| 34-24 | EAST SIDE,BLD.3479 | 7/16/96 | 2037 | 20 | S | LT BLUE | NO | NO | |
| 34-25 | SOUTH BLDS.3444&46 | 7/27/93 | 1754 | 20 | S | LT BLUE | NO | YES | 7/16/96 |
| 34-26 | EAST,BLD.3440 | 7/16/96 | 2037 | 20 | S | LT BLUE | NO | NO | |
| 34-27 | ON CHIPPEWA OPEN FLD | | 0 | 0 | S | GREEN | NO | YES | 7/16/96 |
| 34-28 | N. 3451 | 7/16/96 | 1955 | 20 | S | GREEN | NO | NO | |
| 34-29 | N. 3415 | 7/18/96 | 1934 | 20 | S | GREEN | NO | NO | |
| 34-30 | S. 3422 | 7/12/96 | 1988 | 20 | S | RED | NO | NO | |
| 34-31 | N.3496 | 7/12/96 | 2123 | 20 | S | RED | NO | NO | |
| 34-32 | W. 3496 | 7/12/96 | 2103 | 20 | S | RED | NO | NO | |
| 34-33 | S. 3496 | 7/12/96 | 2123 | 20 | S | RED | NO | NO | |
| 34-34 | W. 3494 | 7/16/96 | 2077 | 20 | S | RED | NO | NO | |
| 34-35 | S.3494 | 7/12/96 | 2080 | 20 | S | RED | NO | NO | |
| 34-36 | W. 3492 | 7/12/96 | 2146 | 20 | S | RED | NO | NO | |
| 37 | S. 3492 | 7/12/96 | 2014 | 20 | S | RED | NO | NO | |
| 34-38 | S.E. 3484 | 7/12/96 | 1977 | 20 | S | RED | NO | NO | |
| 34-39 | S. 3484 | 7/12/96 | 2358 | 20 | S | RED | NO | NO | |
| 34-40 | N. 3480 | 7/12/96 | 1806 | 20 | S | RED | NO | NO | |
| 34-41 | 3RD FROM W.END CHIP. | 7/16/96 | 2105 | 20 | S | RED | NO | NO | |
| 34-42 | 2ND W. END CHIPPEWA | | 0 | 0 | S | | | | |
| 34-43 | S. GATE & CHIPPEWA | 7/16/96 | 1950 | 20 | S | RED | | NO | |
| 34-44 | S. 3452 | 7/18/96 | 2105 | 20 | S | RED | NO | NO | |
| 34-45 | ALDER & S. GATE | 7/18/96 | 2358 | 20 | S | RED | NO | NO | |
| 34-46 | E. 3406 | 7/18/96 | 1230 | 20 | S | RED | NO | NO | |
| 34-47 | N. 3411 | 7/18/96 | 1913 | 20 | S | RED | NO | NO | |
| 34-48 | E. 3430 | 7/18/96 | 1990 | 20 | S | RED | NO | NO | |
| 34-49 | W. 3438 | 7/18/96 | 2058 | 20 | S | RED | NO | NO | |
| 34-50 | S. 3438 | 7/18/96 | 2037 | 20 | S | RED | NO | NO | |
| 34-51 | N.E. 3484 | 7/18/96 | 2054 | 20 | S | RED | NO | NO | |
| 34-52 | E. END CHIPPEWA | 7/18/96 | 1745 | 20 | S | RED | NO | NO | |
| 34-53 | BEHIND 3406 | 7/18/96 | 1847 | 20 | S | RED | NO | NO | |
| 35-01 | NE,BLD.3591 | 7/22/96 | 2306 | 20 | S | LT BLUE | NO | NO | |
| 35-02 | SOUTH BLD.3591,OAK | 7/22/96 | 2896 | 20 | S | LT BLUE | NO | NO | |
| 35-03 | SW, BLD.3591,OAK | 7/22/96 | 2527 | 20 | S | LT BLUE | NO | NO | |
| 35-04 | NW,BLD.3595,OAK | 7/23/93 | 4106 | 20 | S | LT BLUE | NO | NO | |
| 35-05 | SE,BLD.3595 | 7/22/96 | 1004 | 20 | S | LT BLUE | NO | NO | |
| 35-06 | SOUTH,BLD.3595 | 7/22/96 | 932 | 20 | S | LT BLUE | NO | NO | |
| 35-07 | WEST,BLD.3595 | 7/22/96 | 947 | 20 | S | LT BLUE | NO | NO | |
| 35-11 | NW.,BLD.3566 | 7/22/96 | 1721 | 20 | S | LT BLUE | NO | NO | |
| 35-12 | NE.,BLD.3566>P,L | 7/22/96 | 1589 | 20 | S | LT BLUE | NO | NO | |
| 35-13 | N.,BLD.3567 | 7/22/96 | 1605 | 20 | S | LT BLUE | NO | NO | |
| 35-14 | N.,BLD.3599 | 7/22/96 | 1568 | 20 | S | LT BLUE | NO | NO | |
| 35-15 | SW.,BLD.3023 | 7/22/96 | 2739 | 20 | S | LT BLUE | NO | NO | |
| 35-16 | NW.,BLD.3570.>NEELY | 7/22/96 | 2907 | 20 | S | LT BLUE | NO | NO | |

APPENDIX 7 Page 7

| Hydrant number | Location | ( Aviable water ) DATE | GPM | at PSI | Thread type | Class color | Aux pump | Out of service | Date out |
|---|---|---|---|---|---|---|---|---|---|
| 35-17 | SE.,BLD.3030>NEELY | 7/22/96 | 2763 | 20 | S | LT BLUE | NO | NO | |
| 35-18 | S.,BLD.3030>NEELY | 7/22/96 | 2405 | 20 | S | LT BLUE | NO | NO | |
| 35-19 | NE.,PX GAS STA.3562 | 7/22/96 | 2059 | 20 | S | LT BLUE | NO | NO | |
| 35-20 | SE.,BLD.3030 | 7/22/96 | 2933 | 20 | S | LT BLUE | NO | NO | |
| 35-21 | NE.,BLD.3030 | 7/22/96 | 2059 | 20 | S | LT BLUE | NO | NO | |
| 35-22 | NW.,BLD.3030 | 7/22/96 | 1892 | 20 | S | LT BLUE | NO | NO | |
| 35-23 | NE.,BLD.3030 | 7/22/96 | 1858 | 20 | S | LT BLUE | NO | NO | |
| 35-24 | NE.,BLD.3030 | 7/22/96 | 1787 | 20 | S | LT BLUE | NO | NO | |
| 35-25 | WEST,BLD.3025&3023 | 7/22/96 | 2011 | 20 | S | LT BLUE | NO | NO | |
| 37-00 | S.E. 3702 | 7/07/96 | 2477 | 20 | S | RED | NO | NO | |
| 37-01 | EAST,BLD.3702 | 7/07/96 | 1558 | 20 | S | LT BLUE | NO | NO | |
| 37-02 | N.E. 3702 | 7/07/96 | 1892 | 20 | S | LT BLUE | NO | NO | |
| 37-03 | E. 3700 | 7/07/96 | 2014 | 20 | S | LT BLUE | NO | NO | |
| 37-04 | NORTHEAST,BLD.3700 | 7/07/96 | 1469 | 20 | S | LT BLUE | NO | NO | |
| 37-05 | S.E. 3706 SANTIAGO | 7/07/96 | 1579 | 20 | S | LT BLUE | NO | NO | |
| 37-06 | NEELY AND SANTIAGO | 7/07/96 | 1794 | 20 | S | LT BLUE | NO | NO | |
| 37-07 | NE,BLD.3711 | 7/06/96 | 1561 | 20 | S | LT BLUE | NO | NO | |
| 37-08 | NW,BLD.3713 | 7/07/96 | 1657 | 20 | S | LT BLUE | NO | NO | |
| 37-09 | NE,BLD.3716 | 7/06/96 | 1704 | 20 | S | LT BLUE | NO | NO | |
| 37-10 | NORTH,BLD.3720/3719 | 7/06/96 | 1598 | 20 | S | LT BLUE | NO | NO | |
| 37-11 | NW,BLD.3723 | 7/06/96 | 1679 | 20 | S | LT BLUE | NO | NO | |
| 37-12 | NE,BLD.3724 | 7/06/96 | 1679 | 20 | S | LT BLUE | NO | NO | |
| 37-13 | NEELY,BLD.3719/3720 | 7/06/96 | 1658 | 20 | S | LT BLUE | NO | NO | |
| 37-14 | SOUTH,BLD.3713/3716 | 7/06/96 | 1705 | 20 | S | LT BLUE | NO | NO | |
| 37-15 | SW,BLD.3708 | 7/19/93 | 3321 | 20 | S | LT BLUE | NO | YES | 7/18/96 |
| 37-16 | EAST,OAK AVE. | 7/06/96 | 1618 | 20 | S | LT BLUE | NO | NO | |
| 37-17 | EAST END OAK | 7/18/96 | 2011 | 20 | S | LT BLUE | NO | NO | |
| 37-18 | 2ND FROM E. OAK | 7/18/96 | 2037 | 20 | S | LT BLUE | NO | NO | |
| 37-19 | 3RD FROM E. END OAK | 7/18/96 | 1767 | 20 | S | LT BLUE | NO | NO | |
| 37-20 | N.E.3709 | 7/18/96 | 2103 | 20 | S | LT BLUE | NO | NO | |
| 37-21 | N. 3709 | 7/20/96 | 2014 | 20 | S | LT BLUE | NO | NO | |
| 37-22 | N.W. 3709 | 7/20/96 | 2011 | 20 | S | LT BLUE | NO | NO | |
| 37-23 | E. 3709 | 7/20/96 | 2209 | 20 | S | RED | NO | NO | |
| 37-24 | S.E.3709 | 7/20/96 | 2372 | 20 | S | RED | NO | NO | |
| 37-25 | S.W. 3703 | 7/18/96 | 1469 | 20 | S | RED | NO | NO | |
| 37-26 | S. 3703 | 7/18/96 | 1406 | 20 | S | RED | NO | NO | |
| 37-27 | S.E. 3703 | 7/18/96 | 1359 | 20 | S | RED | NO | NO | |
| 37-28 | E. 37-04 | 7/20/96 | 2527 | 20 | S | RED | NO | NO | |
| 40-00 | NORTH,BLD.4065 | 7/22/96 | 1784 | 20 | S | LT BLUE | NO | NO | |
| 40-01 | SE, BLD.4069 | 7/18/96 | 2005 | 20 | S | LT BLUE | NO | NO | |
| 40-02 | WEST OF BLD.4070 | 7/18/96 | 2270 | 20 | S | LT BLUE | NO | NO | |
| 40-03 | SW,BLD.4075 | 7/18/96 | 3513 | 20 | S | LT BLUE | NO | NO | |
| 40-04 | NORTH OF Y,9TH NEELY | 7/18/96 | 2037 | 20 | S | LT BLUE | NO | NO | |
| 40-05 | SOUTH OF 4065 | 7/18/96 | 1784 | 20 | S | LT BLUE | NO | NO | |
| 40-06 | SE, END OF 4066 | 7/18/96 | 2445 | 20 | S | LT BLUE | NO | NO | |
| 40-07 | 602ND, AND PINE ST. | 7/18/96 | 2011 | 20 | S | LT BLUE | NO | NO | |
| 40-08 | NORTH 4012 AND 4010 | 7/18/96 | 1675 | 20 | S | LT BLUE | NO | NO | |
| 40-09 | 601ST. AND PINE ST. | 7/18/96 | 3046 | 20 | S | LT BLUE | NO | NO | |
| 40-10 | N. 4018 AND 4020 | 7/18/96 | 1639 | 20 | S | LT BLUE | NO | NO | |
| 40-11 | CORNER OF PINE,600TH | 7/18/96 | 2912 | 20 | S | LT BLUE | NO | NO | |
| 40-12 | SPRUCE AND 600TH | 7/18/96 | 3043 | 20 | S | LT BLUE | NO | NO | |
| 40-13 | BLD.4021,4017 | 7/18/96 | 2642 | 20 | S | LT BLUE | NO | NO | |
| 40-14 | 601ST,AND SPRUCE | 7/18/96 | 3098 | 20 | S | LT BLUE | NO | NO | |
| 40-15 | BLD.4013 AND 4008 | 7/18/96 | 1464 | 20 | S | LT BLUE | NO | NO | |
| 40-16 | 602ND AND SPRUCE | 7/18/96 | 2014 | 20 | S | LT BLUE | NO | NO | |



| Hydrant Number | Location | ( Aviable water ) DATE, GPM at PSI | | | Thread type | Class color | Aux pump | Out of service | Date o |
|---|---|---|---|---|---|---|---|---|---|
| 40-17 | SW. OF BLD. 4055 | 7/10/96 | 1419 | 20 | S | LT BLUE | NO | NO | |
| 40-18 | SE. OF BLD. 4056 | 7/13/93 | 3003 | 20 | S | LT BLUE | NO | YES | 7/10/96 |
| 40-19 | SOUTH OF BLD.4030 | 7/10/96 | 2054 | 20 | S | LT BLUE | NO | NO | |
| 40-20 | SE. BLD. 4062 | 7/10/96 | 2054 | 20 | S | LT BLUE | NO | NO | |
| 40-21 | NORTH 4062,4063 | 7/10/96 | 1419 | 20 | S | LT BLUE | NO | NO | |
| 40-22 | NW,BLD. 4064 | 7/10/96 | 1419 | 20 | S | LT BLUE | NO | NO | |
| 40-23 | S. 4066 | 7/22/96 | 2189 | 20 | S | RED | NO | NO | |
| 40-24 | N.W. 4065 | 7/22/96 | 1980 | 20 | S | RED | NO | NO | |
| 41-01 | NEELY E.OF 4390 | 7/24/96 | 2270 | 20 | S | LT BLUE | NO | NO | |
| 41-02 | NEELY,WEST BLD.4390 | 7/24/96 | 2723 | 20 | S | LT BLUE | NO | NO | |
| 41-03 | NEELY,BLD.4108 | 7/24/96 | 3426 | 20 | S | LT BLUE | NO | NO | |
| 41-04 | NEELY&8TH. ST. | 7/24/96 | 2399 | 20 | S | LT BLUE | NO | NO | |
| 41-05 | 8TH. BLD.4125 | 7/08/96 | 2144 | 20 | S | LT BLUE | NO | NO | |
| 41-06 | 8TH.,BLD.4123 | 7/08/96 | 2306 | 20 | S | LT BLUE | NO | NO | |
| 41-07 | 8TH.,BLD.4117 | 7/08/96 | 2270 | 20 | S | LT BLUE | NO | NO | |
| 41-08 | CEDAR,S. BLD.4328 | 7/08/96 | 1847 | 20 | S | LT BLUE | NO | NO | |
| 41-09 | CEDAR,S. BLD.4103 | 7/08/96 | 1693 | 20 | S | LT BLUE | NO | NO | |
| 41-10 | 8TH.,WEST OF 4116 | 7/08/96 | 1578 | 20 | S | LT BLUE | NO | NO | |
| 41-11 | 8TH.,WEST OF 4114 | 7/08/96 | 1542 | 20 | S | LT BLUE | NO | NO | |
| 41-12 | 8TH.,WEST OF 4112 | 7/08/96 | 1652 | 20 | S | LT BLUE | NO | NO | |
| 41-13 | CEDAR,S.BLD.4129 | 7/08/96 | 2332 | 20 | S | LT BLUE | NO | NO | |
| 41-14 | CEDAR,S.BLD.4138 | 7/08/96 | 1617 | 20 | S | LT BLUE | NO | NO | |
| 41-15 | 6TH.,WEST OF 4145 | 7/08/96 | 1415 | 20 | S | LT BLUE | NO | NO | |
| 41-16 | 6TH. WEST OF 4146 | 7/08/96 | 1508 | 20 | S | LT BLUE | NO | NO | |
| 41-17 | 6TH.,WEST OF 4148 | 7/08/96 | 1598 | 20 | S | LT BLUE | NO | NO | |
| 41-18 | 6TH.,WEST OF 4150 | 7/08/96 | 1618 | 20 | S | LT BLUE | NO | NO | |
| 41-19 | 6TH.,WEST OF 4150 | 7/08/96 | 1854 | 20 | S | LT BLUE | NO | NO | |
| 41-20 | NEELY,NORTH OF 4140 | 7/08/96 | 2194 | 20 | S | LT BLUE | NO | NO | |
| 41-21 | NEELY,NORTH OF 4133 | 7/08/96 | 2100 | 20 | S | LT BLUE | NO | NO | |
| 42-01 | 600TH. BLD.4247 N. 4202 | 7/16/96 | 1946 | 20 | S | LT BLUE | NO | NO | |
| 42-02 | 600TH. BLD.4202 | 7/16/96 | 2939 | 20 | S | LT BLUE | NO | NO | |
| 42-03 | 600TH. BLD.4204 | 6/23/93 | 2505 | 20 | S | LT BLUE | NO | YES | 7/16/96 |
| 42-04 | 600TH. BLD.4205 | 7/16/96 | 2527 | 20 | S | LT BLUE | NO | NO | |
| 42-05 | 600TH. BLD.4211 | 7/16/96 | 2939 | 20 | S | LT BLUE | NO | NO | |
| 42-06 | NEELY,BLD.4214 | 7/12/96 | 1814 | 20 | S | LT BLUE | NO | NO | |
| 42-07 | NEELY,BLD.4216 | 7/12/96 | 1962 | 20 | S | LT BLUE | NO | NO | |
| 42-08 | NEELY&599TH. ST.SW 4254 | 7/12/96 | 1096 | 20 | S | LT BLUE | NO | NO | |
| 42-09 | 599TH.,BLD.4232 | 7/16/96 | 1974 | 20 | S | LT BLUE | NO | NO | |
| 42-10 | 599TH.,BLD.4229 | 7/16/96 | 2352 | 20 | S | LT BLUE | NO | NO | |
| 42-11 | 599TH.,BLD.4226 | 7/16/96 | 1826 | 20 | S | LT BLUE | NO | NO | |
| 42-12 | 599TH.,BLD.4223 | 7/16/96 | 1908 | 20 | S | LT BLUE | NO | NO | |
| 42-13 | 599TH.,BLD.4222 | 7/16/96 | 2175 | 20 | S | LT BLUE | NO | NO | |
| 42-14 | GAFFNEY,EAST-4213 | 7/16/96 | 2502 | 20 | S | LT BLUE | NO | NO | |
| 42-15 | GAFFNEY,EAST-42-14 | 7/16/96 | 1914 | 20 | S | LT BLUE | NO | NO | |
| 42-16 | W. 4024 | 7/16/96 | 2598 | 20 | S | RED | NO | NO | |
| 43-01 | N.W. 4367 | 7/08/96 | 2296 | 20 | S | LT BLUE | NO | NO | |
| 43-02 | S.W.4331 | 7/08/96 | 1561 | 20 | S | LT BLUE | NO | NO | |
| 43-03 | S.E. 4333. | 7/08/96 | 1398 | 20 | S | LT BLUE | NO | NO | |
| 43-04 | S.E. 4336 | 7/06/96 | 1678 | 20 | S | LT BLUE | NO | NO | |
| 43-05 | S. 4383 | 7/06/96 | 1582 | 20 | S | LT BLUE | NO | NO | |
| 43-06 | E. 4379 | 7/06/96 | 1580 | 20 | S | LT BLUE | NO | NO | |
| 43-07 | W. 4375 | 7/06/96 | 1497 | 20 | S | LT BLUE | NO | NO | |
| 43-08 | W. 4373 | 7/06/96 | 1428 | 20 | S | LT BLUE | NO | NO | |
| 43-09 | 9TH. ST. 4350 | 6/17/93 | 1704 | 20 | S | LT BLUE | NO | YES | 7/06/96 |
| 43-10 | S.E. 4353 | 7/06/96 | 1473 | 20 | S | LT BLUE | NO | NO | |