| Hydrant number | Location | ( Avialble water ) DATE, GPM at PSI | | | Thread type | Class color | Aux pump | Out of service | Date out |
|---|---|---|---|---|---|---|---|---|---|
| 43-11 | W. 4386 | 7/06/96 | 1875 | 20 | S | LT BLUE | NO | NO | |
| 43-12 | BLD. 4372, 9TH. ST. | 7/06/96 | 1684 | 20 | S | LT BLUE | NO | NO | |
| 43-13 | W. 4369 | 7/06/96 | 1618 | 20 | S | LT BLUE | NO | NO | |
| 43-14 | W. 4300 | 7/06/96 | 1798 | 20 | S | RED | NO | NO | |
| 44-01 | E. 4167 | 7/12/96 | 1946 | 20 | S | LT BLUE | NO | NO | |
| 44-02 | S.E. 4167 | 7/12/96 | 1174 | 20 | S | LT BLUE | NO | NO | |
| 44-03 | W. 4236 | 6/11/93 | 2404 | 20 | S | LT BLUE | NO | YES | 7/12/96 |
| 44-04 | N.W. 4400 | 7/12/96 | 1492 | 20 | S | LT BLUE | NO | NO | |
| 44-05 | S.W. 4408 | 7/12/96 | 1461 | 20 | S | LT BLUE | NO | NO | |
| 44-06 | N.W. 4422 | 7/10/96 | 1538 | 20 | S | LT BLUE | NO | NO | |
| 44-07 | W. 4440 | 7/10/96 | 1413 | 20 | S | LT BLUE | NO | NO | |
| 44-08 | S.W. 4447 | 7/10/96 | 1419 | 20 | S | LT BLUE | NO | NO | |
| 44-09 | N.W. 4420 | 7/10/96 | 1803 | 20 | S | RED | NO | NO | |
| 44-10 | N.W. 4427 | 7/10/96 | 1637 | 20 | S | RED | NO | NO | |
| 44-11 | N.E. 4451 | 7/10/96 | 1483 | 20 | S | RED | NO | NO | |

# WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| LOCATION | | DATE |
|---|---|---|
| Hyd # 4116  4105  4146 | | July 20 98 |

| HYDRANT NUMBER | OUTLET DIAMETER (inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | STATIC PSI | RESIDUAL PSI |
|---|---|---|---|---|---|
| 4115 | 2½ | 40 | 1060 | 65 | 49 |

| TOTAL DISCHARGE DURING TEST (Gallons per Minute) | AVAILABLE GALLONS PER MINUTE (At 20 PSI) |
|---|---|
| 1060 | 1990 |

## WATER FLOW CHART

**PRESSURE, PSI** (vertical axis): 0, 5, 10, 15, 20, 25, 30, 35, 40, 45, 50, 55, 60, 65, 70, 75

**WATER FLOW, GALLONS PER MINUTE** (horizontal axis): 500, 250 / 1000, 500, 250 / 1500 / 2000, 1000, 500 / 2500 / 3000, 1500, 750 / 3500

Residual







APPENDIX 7 Page 14





## WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (Inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) | AVAILABLE GALLONS PER MINUTE (At 20 PSI) |
|---|---|---|---|---|---|
| 4301 | 2½ | 45 | 1135 | 1125 | 2600 |

LOCATION  Hyd 4112  W of 4112
DATE  July 20 78
STATIC PSI  65
RESIDUAL PSI  51

### WATER FLOW CHART

PRESSURE, PSI

WATER FLOW, GALLONS PER MINUTE

DA FORM 5384-R, JAN 85

AG-FPP 2011-85



WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) |
|---|---|---|---|---|
| 4402 | 2½ | 23 | 800 | 800 |

| LOCATION | STATIC PSI | RESIDUAL PSI | AVAILABLE GALLONS PER MINUTE (AT 20 PSI) | DATE |
|---|---|---|---|---|
| Bldg 4401 E.O.- 4167 | 65 | 46 | 1300 | July 20 98 |

WATER FLOW CHART

PRESSURE, PSI

Residual

WATER FLOW, GALLONS PER MINUTE

DA FORM 384-R, JAN 85

AG-PPP 2011-85



WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) |
|---|---|---|---|---|
| 4404 | 2½ | 30 | 930 | 930 |

| LOCATION | | DATE |
|---|---|---|
| Hyd. 4403 W. of 4236 | | July 20 98 |
| STATIC PSI 65 | RESIDUAL PSI 43 | |
| | AVAILABLE GALLONS PER MINUTE (AT 20 PSI) 1460 | |

D. Nelson

WATER FLOW CHART

PRESSURE, PSI

WATER FLOW, GALLONS PER MINUTE

Pressure

DA FORM 5384-R, JAN 85

AG-PPP 2011-85

APPENDIX 7 Page 18





WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (Inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) | AVAILABLE GALLONS PER MINUTE (At 20 PSI) |
|---|---|---|---|---|---|
| 4,2,12 | 2½ | 45 | 1125 | 1125 | 2175 |

| LOCATION | STATIC PSI | RESIDUAL PSI | DATE |
|---|---|---|---|
| MYD 4,2,11 Bldg 4,2,16 599 1+5+ | 65 | 50 | July 20, 98 |

D. Nelson

PRESSURE, PSI

WATER FLOW CHART

WATER FLOW, GALLONS PER MINUTE

DA FORM 384-R, JAN 85

AG-FPP 2011-85



WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (Inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) |
|---|---|---|---|---|
| 4013 | 2 1/2 | 45 | 1125 | 1125 |

LOCATION  H.D. 4013  S.E. 4021
STATIC PSI  65
RESIDUAL PSI  52
AVAILABLE GALLONS PER MINUTE (At 20 PSI)  2280

DATE  July 20 9k

PRESSURE, PSI

WATER FLOW CHART

WATER FLOW, GALLONS PER MINUTE

DA FORM 384-R, JAN 85

AG-PPF 2011-85



WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (Inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) | AVAILABLE GALLONS PER MINUTE (At 20 PSI) |
|---|---|---|---|---|---|
| 4017 | 2½ | 2.9 | 900 | 900 | 1250 |

| LOCATION | DATE |
|---|---|
| HYD. 4018 SE 4056 | July 20 78 |

STATIC PSI 65    RESIDUAL PSI 40

PRESSURE, PSI

WATER FLOW CHART

WATER FLOW, GALLONS PER MINUTE

DA FORM 5G4-R, JAN 85

AG-FPP 2011-85

## WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (Inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | LOCATION | | DATE |
|---|---|---|---|---|---|---|
| 4006 | 2 1/2 | 32 | 950 | AND 4005 | S. OF 4005 | July 20 98 |

| | STATIC PSI | RESIDUAL PSI | TOTAL DISCHARGE DURING TEST (Gallons per Minute) | AVAILABLE GALLONS PER MINUTE (At 20 PSI) |
|---|---|---|---|---|
| | 65 | 50 | 950 | 1740 |

**PRESSURE, PSI**

**WATER FLOW CHART**

**WATER FLOW, GALLONS PER MINUTE**



DA FORM 5384-R, JAN 85

AG-PPP 2011-85

APPENDIX 7 Page 23



## WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (Inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) |
|---|---|---|---|---|
| 4216 | 2½ | 40 | 1060 | 1066 |

| LOCATION | | DATE |
|---|---|---|
| HVD 4203 | Hdg 4204 | July 20 98 |

| STATIC PSI | RESIDUAL PSI | AVAILABLE GALLONS PER MINUTE (At 20 PSI) |
|---|---|---|
| 65 | 50 | 2040 |

WATER FLOW CHART

PRESSURE, PSI

WATER FLOW, GALLONS PER MINUTE



WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (Inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) | AVAILABLE GALLONS PER MINUTE (At 20 PSI) |
|---|---|---|---|---|---|
| 4026 | 2-1/2 | 38 | 1035 | 1035 | 1980 |

| LOCATION | DATE |
|---|---|
| M.D. 4000 N. of 4065 | July 20 78 |

STATIC PSI 65

RESIDUAL PSI 49

WATER FLOW CHART

PRESSURE, PSI

WATER FLOW, GALLONS PER MINUTE





WATER FLOW TEST

For use of this form, see AR 420-90; proponent agency is USACE.

| HYDRANT NUMBER | OUTLET DIAMETER (Inches) | PITOT PRESSURES (PSI) | DISCHARGE (Gallons per Minute) | TOTAL DISCHARGE DURING TEST (Gallons per Minute) |
|---|---|---|---|---|
| 4016 | 2½ | 39 | 1050 | 1050 |

| LOCATION | STATIC PSI | RESIDUAL PSI | AVAILABLE GALLONS PER MINUTE (AT 20 PSI) |
|---|---|---|---|
| Hwy 40/5   SE. of 4013 | 49 | 49 | 1940 |

DATE: July 20 98

WATER FLOW CHART

PRESSURE, PSI

WATER FLOW, GALLONS PER MINUTE

DA FORM 2984-R, JAN 85

AC-PPP 2011-85



FY01 REPLACEMENT FAMILY HOUSING                              FTW230

## AERIAL VIEW / KEY PLAN

← NORTH



FY01 REPLACEMENT FAMILY HOUSING                                    FTW230



FY01 REPLACEMENT FAMILY HOUSING                                      FTW230



BLDG 1031

**VIEW 4   LOOKING SOUTHWEST**



BLDG 1028

**VIEW 6   LOOKING EAST**

BLDG 1032

BIRCHWOOD

**VIEW 3   LOOKING NORTHWEST**



BLDG 1030

BLDG 1029

**VIEW 5   LOOKING EAST**

APPENDIX 8   Page 3