FY01 REPLACEMENT FAMILY HOUSING                                    FTW230



CHESTNUT STREET
VIEW 7   LOOKING EAST
BLDG 1027
BLDG 1028



BLDG 1027
100th STREET
VIEW 8   LOOKING NORTHEAST

FY01 REPLACEMENT FAMILY HOUSING                              FTW230



**BUILDING 4129    SOUTHERN CROSS DEMOLITION**



**BUILDING 4130    SOUTHERN CROSS DEMOLITION**

FY01 REPLACEMENT FAMILY HOUSING                          FTW230



**BUILDING 4133    SOUTHERN CROSS DEMOLITION**



**BUILDING 4139 (Right), 4134 (Left)
SOUTHERN CROSS DEMOLITION**

FY01 REPLACEMENT FAMILY HOUSING                    FTW230



**BUILDING 4139    SOUTHERN CROSS DEMOLITION**



**BUILDINGS 4133, 4134
SOUTHERN CROSS DEMOLITION**

APPENDIX 8  Page 7

End of Appendix 8

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

# APPENDIX 9 FT WAINWRIGHT HOUSING OFFICE

# RESIDENTIAL APPLIANCE STANDARDS

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

# APPENDIX 10

# CULTURAL PROPERTIES SECTION 106 REVIEW

FY01 REPLACEMENT FAMILY HOUSING                              FTW230

## FORCE PROTECTION / SECURITY REQUIREMENTS

Security inputs from the FWA Force Protection Office
John S. Jablonski    Chief, Force Protection
Provost Marshal Office

1.  All window glazing will meet the following:
    For single glazed windows in inhabited structures, use a minimum of 6-millimeter laminated annealed glass or 6-mm laminated thermally tempered glass.  For insulated glass units, the inner pane should be a minimum of 6-mm laminated annealed glass or 6-mm laminated thermally tempered glass. (NOT REQUIRED, GOV T TO AUTHORIZE)

2.  Glazing in exterior doors will meet the following:
    Use a minimum of 6-mm laminated annealed glass or 6-mm laminated thermally tempered glass for exterior door glazing in inhabited structures. (NOT REQUIRED, GOV T TO AUTHORIZE)

3.  Equip exterior doors with a dead bolt with a minimum of one-inch throw.  Ensure that any glazing used in doors is sufficiently small and/or located in a part of the door that would preclude a person from breaking the glazing, reaching through, and operating the dead bolt.  Additionally, do not build windows to the sides of the doors that would allow breakage and reaching through to the deadbolt.

4.  If exterior door is not equipped with transparent glazing, then equip it with a  peep hole .

5.  If there are fresh air intakes in the building, mount them on the roof.

6.  Provide area lighting of a minimum of .5 footcandles per square foot that surrounds the entire building so that it reaches up the side of the building a minimum of 8 feet and out on the ground a minimum of 10 feet from the edge of the building.  Activate with a photocell.

7.  Locate the Dumpster a minimum of 24.4 meters (80 feet) from the building.  Alternate is to build concrete walls as high as the Dumpster on three sides of the Dumpster pad.  Build walls of 200mm (8 inch) thick poured concrete with #4 rebar at 230mm (9 ) on center horizontally and vertically.  Ensure rebar is connected at corners.  If concrete walls are built then Dumpster pad can be as close as 9.15 meters (30 feet).

8.  Recommend a $CO_2$ detector be installed in the garage.  Concern is the ever-increasing number of vehicles with remote start features.  Combine this with the possibility of a child playing with car keys.

FY01 REPLACEMENT FAMILY HOUSING                    FTW230

# FT. WAINWRIGHT    Standard Operating Procedure

## UTILITIES OUTAGE STANDARD OPERATING PROCEDURE    Contract Version

Directorate of Public Works
Fort Wainwright, Alaska
30 June 2000
APVR-WPW

1. Purpose.  This standard operating procedure (SOP) establishes the policies and procedures for requesting utility outages that are the responsibility of the Directorate of Public Works (DPW) on Fort Wainwright.  Telephone and cable TV outages are excluded from this SOP.

2. Applicability.  The Provisions of this SOP apply to all utility outage requests on Fort Wainwright, and are applicable to all military and civilian personnel and all contractors. (Telephone and cable TV outages must be made directly through the service providers, GCI, PTI, etc.)

3. General.  This SOP has been established in an effort to provide our customers with prompt and courteous service and to minimize inconveniences during utility outages.

4. Policy.

    a. A request for utility outage shall be submitted in writing (see attached request form) to the Utilities Distribution foreman (FAX:  907-353-6159, or delivered to Bldg. 3022) with a maximum lead time, but not less than 5 working days prior to the requested outage date.  The requestor is responsible for verification of receipt of facsimile transmission to the Utility Distribution foreman by calling 907-353-7139.  All outages shall be scheduled to occur between 0800 and 1500 hours Tuesdays through Thursdays.  The requester will identify the utilities (water, sewer, steam, condensate, electricity) affected, the facilities affected, the exact locations, the duration of the outage, and brief explanation of the work to be performed.

    b. The requesting party may request utility outages outside the normally accepted time listed above; however, acceptance of the request will be at the discretion of the Director of Public Works.

    c. At the discretion of the Director of Public Works when deemed necessary due to safety, efficiency, or impact to mission, the DPW may direct that the outage occur during a specific day or time of day to minimize impact to the affected buildings.

    d. The Utility Distribution supervisor will review the request and ensure all affected buildings are identified.  He will then notify the Customer Service Office with the applicable information and provide a copy of the outage notification.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

e.  Notification and posting of scheduled outage notices will be conducted as follows:

1.  For Contractor initiated outage requests, the Contractor is responsible for posting outage notices on all effected buildings a minimum of 24 hours before the outage. The Contractor is responsible for posting notices at all building entrances and by notifying the designated building manager either in person or telephonically. The DPW customer service office will provide the DPW Project Manager and the contractor a listing of the names and phone numbers of the building managers for the affected buildings. If the work cannot be completed within the outage time requested, and another outage is necessary, steps a through c will be repeated. When the work cannot be completed within the outage time requested and the DPW shop personnel are required to stay beyond their normal duty day, the contractor will be held responsible for all overtime costs associated with the outage.

2.  For emergencies when advance notification of a utility outage cannot be made, the following procedures apply:

The Contractor will notify the Utilities Distribution Foreman who will then notify the DPW Customer Service Office and the on-duty Fire Department Assistant Chief of the general information and circumstances relating to the outage. The information to be provided includes the utility affected (i.e. water, steam, or power), the general area of the affected outage and/or the specific buildings affected. The Utilities Forman will provide periodic updates to the Customer Service Office during extended outages.

/Signed/
MICHAEL T. MEEKS
LTC, EN
Director of Public Works
Fort Wainwright



# REQUEST FOR UTILITIES OUTAGE

Requester: _____     Point of contact: _____

Phone #: _____

THE SYSTEM AFFECTED WILL BE: _____

### THE REQUESTED UTILITIES OUTAGE WILL BE AT
### FACILITY NUMBER: _____

ON: (Date) _____     DAY: _____

FROM: (Time) _____     TO: (Time) _____

Reason for the outage:

_____

_____

**This request for utility outage shall be submitted by Fax to the Utilities Distribution Foreman at (907) 353-6159
and verified at phone number (907) 353-7139.**

• This request must have a maximum lead-time, but not less than (5) working days prior to the requested outage date.
• For DPW initiated outages, the DPW customer service representative shall contact the building managers of all affected facilities
and Outage Notices will be posted by requesting DPW Shop.
• The DPW customer service representative will provide the DPW Project Manager and the Contractor a listing of the names and
phone numbers of the building managers. The Contractor is responsible for posting notices at all building entrances and to notify the
building manager.

**For further Information, see Utilities Outage SOP dated 30 June 2000.**

# FT. WAINWRIGHT – Standard Operating Procedure

## ELECTRICAL SERVICE HOOK-UP

1. Purpose:  This S.O.P. establishes the policy to be followed when connecting to the power system on Fort Wainwright.

2. Applicability:  This S.O.P. applies to all contractors hooking up to Fort Wainwright power system for temporary or permanent electrical service.

3. General:  This S.O.P. will standardize electrical service hook-up policies and eliminate confusion.

4. Procedure:

   a. Contractors will get permission from Utilities shop foreman before starting any work on electrical distribution system.

   b. Contractors will notify Utilities shop foreman or linecrew work leader during normal working hours (0700 to 1730 Monday through Friday) 24 hours in advance to when and where they will be working on electrical distribution.

   c. All work is to be completed during normal working hours.

   d. Contractors will supply all materials and labor for power hook-ups.

   e. Contractors are responsible for all work to be done except for the final hook-up to power system.  Final hook-up means that DPW Line crew will close in the cutouts after inspecting all work.

   f. Contractors are responsible to see that all work is done in accordance with the N.E.C. and the N.E.S.C.

   g. All jobsite trailers or building will be at least 20 feet from H.V. power lines.

   h. Contractors are to contact the Utilities shop foreman through their Engineering representative as to when they would like the inspection and final hook-up made.


Victor L. King
Utilities District Foreman
Utilities Section

--End of Appendix 12--

FY01 REPLACEMENT FAMILY HOUSING                                                   FTW230

# FT. WAINWRIGHT UTILIDOR DESIGN CHECKLIST

27 March 2001

Prepared By: Todd M. Beal
          Mechanical Engineer
          Corps of Engineers, Northern Area Office
          (907) 353-7544
          Todd.M.Beal@poa02.usace.army.mil

## General

❏ Valve operations on active utilities shall only be performed by DPW Utilities personnel.

❏ Utility outages shall be requested in accordance with DPW Utility Outage SOP in writing with specified minimum lead time. Outages are to be scheduled between 0800-1500 hours Tuesday through Thursday. Reference DPW Utility Outage SOP.

❏ Provide temporary utilities for affected facilities when anticipated outage duration exceeds the limits considered acceptable for the facility for water, sewer, fire protection, steam and condensate return. Specify acceptable limits for acceptable outages in terms of duration.

## Utilidor & Manholes

❏ Manholes and utilidors shall be of watertight construction. Exteriors shall be coated with water proofing.

❏ Extruded Polystyrene insulation shall be applied to exterior surfaces of utilidors and manholes and not on interior surfaces.

❏ A manhole shall be provided at all connections between laterals and mains. All items requiring maintenance including valves, expansion joints, blow-downs, trap stations, clean-outs and etc shall be located in manholes. Manholes shall be adequately sized to provide complete access around piping and allow for simple removal of equipment.

❏ Manholes shall be provided with two natural convection style vents located at opposite corners. Vents shall be minimum 8 inch diameter, capped and rise to above expected snow accumulation levels. One vent shall draw from approximately 6 inches below manhole ceiling and the other from 12 inches above manhole floor. Vents shall be provided with a manual damper located inside manhole.

❏ Utilidor lids shall be removable with lifting loops. Lifting loops in the lids should be galvanized and no more than 3 inch high and 4 inch wide.

❏ Utilidor lids shall be no more than 4000-lbs. (1800-Kg) maximum.

❏ Utilidor wall-to-lid joints shall be sealed with generous (3/4 high x 4 wide) layer of fibered plastic roof coating , ACE Hardware product #17897 or equal and two runs of oakum type filler material on top of wall pressed into mastic.

❏ Utilidor lid-to-lid joints shall be sealed by pressing into joint one or two runs of oakum type filler as a backer material and then trowel in a generous layer of fibered plastic roof coating , ACE Hardware product #17897 or equal.

❏ No structural elements, piping or equipment shall be supported from removable utilidor or manhole lids.

❏ Pipe support racks in accessible utilidors shall be designed to provide clear center aisle walkways from one manhole to the next. Stagger support racks so the vertical struts are not directly across from each to maximize clearance.

FY01 REPLACEMENT FAMILY HOUSING                                      FTW230



- ❑ Pipe support racks shall be extra-heavy (ASTM 123) hot dip galvanized and slotted to allow drainage. Pipe supports and anchors should be asphalt coated within 6 inches of utilidor floor for additional corrosion protection.

- ❑ A draft stop cut-off wall, constructed of concrete masonry units, shall be provided at connections of service utilidors to buildings. Pipe penetrations of cut-off wall shall be sealed.

- ❑ Provide a gradual transition (5:1) between structural fill and frost susceptible soils where utilidors are being installed under roads and parking areas to prevent differential frost heaving.

- ❑ Utilidors shall slope to low point sumps in accordance with State of Alaska Regulations 18 AAC 72 & 80.

- ❑ Sumps shall be provided at manholes that are low points in utilidor system. Electric submersible sump pumps should be rated for condensate temperatures and have high level alarm light located above ground.

- ❑ Pre-engineered Arctic Pipe utility systems are prohibited.

- ❑ Anticipate that utilidor renovation work will require a percentage (10% typical) of existing lids be replaced due to damage.

- ❑ Do not install communications or electrical conduit over utilidors with removable lids.

- ❑ Manhole access lids shall be aluminum for ease of access and adequately sized, 1000 x 1000 mm minimum inside clear dimensions.

## Fire Hydrants

- ❑ Fire hydrants shall be dry barrel type.

- ❑ Fire hydrant laterals shall be installed in utilidors.

- ❑ Fire hydrants manholes shall have split lids. Manholes shall be designed and sized with adequate access to hydrant isolation valves.

- ❑ Annular space around hydrant barrels at penetration through lid should be sealed using expanding spray foam.

- ❑ Fire hydrant lateral shall be provided with steam heat trace.
    - Provide thermostatic control valve located to be accessible in main utilidor (or in building mechanical room if nearby) with control bulb element in hydrant manhole.
    - Trace piping shall be schedule 80 with all welded joints.
    - Provide isolation valves located at connections to steam/condensate mains. In accessible utilidors (5ft x 5ft), locate trace isolation valves and controls in utilidor.
    - Steam trap for steam trace shall be 3/8 inch thermodynamic type.
    - Provide drip leg and trap assembly ahead of thermostatic control valve to remove condensate.

- ❑ Water supply piping to fire hydrants shall be provided with isolation valve located in hydrant manhole.

- ❑ Backflow preventors shall not be provided on hydrant laterals.

## Steam & Condensate

- ❑ Designs shall consider the following service conditions:
    - Steam is generally at saturated conditions at approximately 85-100 psig.
    - Steam within close proximity of CHPP will be superheated to 450 F.



- In the event that CHPP turbines drop out, the steam will be superheated to 600 F within 1 mile of CHPP.
- Condensate is returned at 10-25 psig and 270 F depending on back pressure and load from high-pressure steam traps.

❑ Piping shall be ASTM A106 or A53; schedule 40 for steam and schedule 80 for condensate.

❑ Steam and condensate mains, laterals and tracing shall have welded or flanged joints. All steam and condensate piping outside of manholes shall have welded joints. Welded joints are mandatory in all inaccessible areas of utilidor. (Note: All steam trace piping beyond the valves and traps shall welded joints, even in accessible areas. No back-welding of threaded fittings allowed. Only use socket-welded fittings on small bore welded piping.)

❑ Welding shall be performed with qualified procedures with performance qualified welders in accordance with latest edition of ASME BPV code and ANSI B31.1. A qualified weld inspector shall perform 100% visual and 10% radiographic weld inspection. A complete weld inspection report shall be provided at conclusion of job as a record document.

❑ Welded tee fittings shall be used at connection of laterals to mains instead of weld-o-lets when possible.

❑ All items requiring maintenance including valves and expansion joints shall have flanged end connections.

❑ Metal composition spiral wound lead faced gaskets shall be used for steam and condensate service.

❑ Valves for steam service shall be cast steel flanged class 150 for valves 2 inch and larger. Threaded valves for less than two inch shall be provided with a union installed adjacent to valve to allow valve removal. Union shall be located on building side and not be located between the valve and the main.

❑ Steam isolation valves six-inch and larger shall be provided with valved warm-up bypasses.

❑ Steam and condensate building service laterals shall include isolation valves located as near as practical to the connection to the main. Steam and condensate service laterals shall connect to top of main where possible.

❑ Expansion compensation shall be provided for on steam and condensate piping by use of slip type injection packed expansion joints (Hyspan 6500 series or equal). If existing circumstances beyond the scope of the project lead to a situation where adequate maintenance access isn t available to joint packing and flange bolts then use an externally pressurized internally guided bellows type joint with welded end connections (Hyspan 3500 series or equal) after obtaining approval from Post Utilities Shop first.

❑ Anchors and alignment guides shall be located with respect to expansion joints per manufacturer s installation requirements with no offsets in piping that will impose non-axial loads on expansion joint.

❑ Design of new building service lateral connections to existing mains shall consider the affect of the new lateral on the expansion of the existing mains. New anchors, expansion joints, alignment guides, drip legs and associated appurtenances shall be provided as necessary on existing mains.

❑ Flange anchors are prohibited on steam/condensate piping.

❑ Steam traps shall be sized for and spaced along run for operating condensate load (not start-up). Trap stations shall incorporate the following features:
- Steam traps shall be thermodynamic type (Spirax Sarco TD-52 or equal), generally, for steam lines 2 inch and smaller use 3/8 inch traps and for steam lines larger than 2 inch use 1/2 inch traps.
- Provide bronze class 300 minimum isolation valves, unions for trap removal, strainers ahead of the trap and a check valve at the trap outlet.
- Provide test tee on trap discharge piping.
- Trap piping shall be schedule 80 with fittings to match.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

- Traps shall discharge to an unvented sparge tank prior to discharging to condensate main. Sparge tank shall include blow down valve at bottom.
- Trap discharge piping should connect to top of condensate main.

❑ Provide a full dimensioned drip leg for each steam trap assembly. Drip leg shall be of adequate length (12 inch preferred, 6 inch is absolute minimum). Drip leg shall connect to the bottom of the steam main.

❑ Drip legs shall be provided with blow down valves at the bottom and with steam trap assemblies connected midway to the side. There shall be no 90 fittings between blow-down valve and drip leg. Blow-down discharge shall be piped to safe location.

❑ Any changes in grade of steam mains should include drip leg, blow-down valve and trap assembly at base of riser.

❑ Trap stations shall not be located on soft (moving) side of expansion joints.

❑ Trap assembly piping may need to incorporate swing joints to account for differential rates of expansion between steam and condensate mains along run.

❑ Each section of steam main that can be isolated for maintenance purposes shall incorporate the following design features to allow for safe supervised start-up of steam system:
- A drip leg with blow-down valve needs to be provided at each end of each section of steam main that can be isolated OR on both sides of all main steam isolation valves.
- Each section of steam main must have more than one blow-down to avoid vapor lock that could prevent free drainage of condensate.
- Pressure gauge shall be provided on both sides of each isolation valve installed on the steam main and on the building side of service lateral isolation valves. Pressure gauges should include pig-tail snubbers and isolation valves.

❑ A 1-inch blow-down shall be provided on the building side of building steam service isolation valves. A 1-inch drain shall be provided on the building side of building condensate return isolation valves. Steam piping shall in general slope back to manhole (not towards building) to allow blow down of piping from manhole.

❑ Air vents with isolation valves should be provided at high points of steam mains.

❑ Consider placement of new main isolation valves at connection point of new laterals.

## Water & Sewer

❑ Cement mortar lined.ductile iron with restrained joints (TR-Flex style) is preferred. Groove type joints will be acceptable if grooves are cut not rolled. Unrestrained Dresser type couplings are not preferred. Galvanized steel and copper is acceptable for piping less than four inch diameter.

❑ HDPE piping is prohibited.

❑ Compensate for expansion by using flexible jointing methods, offsets and anchors.

❑ Provide dielectric flanges at connection of steel water mains and copper service laterals.

❑ Provide clean out on sewer mains in each manhole.

❑ Provide sewer clean-out at all building sewer services. Clean out shall be a wye oriented opposite the direction of flow (ie, towards the building). Clean out must be accessible from manhole and be free of obstruction.

❑ Water mains shall be oriented above sewer mains in accordance with State of Alaska Regulations 18 AAC 72 & 80 unless a variation has been approved by ADEC.

❑ Provide isolation valves on building service laterals located as near as practical to main.

❑ Provide drain valve on building side of building isolation valves.

❑ Valves for water service larger than two-inch shall be flanged class 125/200 WOG cast iron gate with water service trim.

❑ Valves for water service two-inch and smaller shall be union bonnet valves with threaded end connections.

❑ Flat faced pipe flanges shall be provided at cast iron valves having flat faced flange facings.

❑ Provide pumped recirculation on dead end water service supplies where necessary to prevent stagnation.

❑ Require disinfection and submission of report for temporary water supply piping prior to being put into active service the same as for permanent installation.

## Pipe Insulation

❑ Calcium silicate with aluminum jackets and stainless steel bands shall be used for insulating pipe in high traffic areas such as manholes and in utilidors within six feet of manholes.

❑ Insulation for steam and condensate piping within utilidors can be rigid fiberglass with vapor barrier jacket and bands.

❑ All calcium silicate pipe insulation should be provided with aluminum jacketing (helps to keep insulation in place when insulation becomes wet).

❑ Water piping shall be insulated with flexible cellular insulation (polyisocyanurate, polyurethane or extruded polystyrene) with low moisture absorption rating. Fiberglass insulation is not allowed on water piping.

❑ Valves should be insulated with removable valve blankets secured with nylon straps and buckles.

## Electrical

❑ Manholes shall be provided with lighting and an electrical outlet. Accessible utilidor (5 ft x 5 ft dimension) shall also be provided with lighting along length of utilidor.

❑ Preferred lighting is long life incandescent with protective guards.

❑ Manholes shall be provided with double duplex 20-amp 120V electrical outlets.

❑ Coordinate routing of electrical conduit with steam and condensate mains to avoid close proximity to high temperature piping.

## Environmental

❑ Existing utilidors typically contain asbestos pipe insulation, asbestos dust and possibly cement asbestos pipe. Existing sealant between lids and utilidors may contain asbestos.

❑ Provide removable stud and plywood semi-permanent barriers when feasible between abated sections of utilidors and existing unabated sections to prevent recontamination. However, location of such barriers must consider drainage in utilidors.

FY01 REPLACEMENT FAMILY HOUSING                                    FTW230

❑ Work in utilidors/manholes shall be performed in accordance with all state and federal regulations for work in confined spaces. Contractor s SSHP should include a confined space program.

## Miscellaneous

❑ Contract drawings should be scaled with piping (with insulation), valves, clean-outs, expansion joints, equipment and appurtenances shown to scale to ensure piping and equipment will fit in spaces shown with adequate clearances to all items requiring maintenance. However, drawings should not show dimensions with implied accuracy of less than an inch. If dimensions are shown or implied, then add a note indicating that dimensions are only accurate to +/- 6 inches.

❑ Plans for renovation work or details of connection of new work to existing shall be based on on-site investigation to the maximum extent possible. As-builts often contain errors.

--End of Appendix 13--

# COMM. ROUTING @ UTILIDORS

Utilidor (984x1520x256 bmp)



Headbolt heater post, wiring and control requirements for Ft. Wainwright





--End of Appendix 14--

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES |
|---|---|---|---|---|---|

| ~~NDMENT/MODIFICATION NO.~~ R-01 | 3. EFFECTIVE DATE 07/17/01 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|

| 6. ISSUED BY | CODE | J4P0000 | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | DACA85 |
|---|---|---|---|---|---|

US ARMY ENGINEER DISTRICT, AK
CEPOA-CT (DACA85)
PO BOX 898
ANCHORAGE, AK 99506-0898

DOROTHY MCGINNIS

US ARMY ENGINEER DISTRICT, AK
CEPOA-CO-SAO
PO BOX 898
ANCHORAGE, ALASKA 99506-0898

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (IX) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

X DACA85-01-R-0024

9B. DATED *(SEE ITEM 11)*
06/27/01

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

| CODE 089C4 | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____0_____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

~~ECT~~ TITLE AND LOCATION: FY01 REPLACEMENT FAMILY HOUSING, FT WAINWRIGHT, ALASKA

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER *(Specify type of modification and authority)* | |

E. IMPORTANT:    Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

**PROPOSAL DUE DATE IS 30 JULY 2001 at 4:00 PM**, at US Army Corps of Engineers, 2204 Third St. Rm 50, Elmendorf AFB, Alaska.

**NOTICE TO OFFERORS: PLEASE MARK OUTSIDE OF ENVELOPE IN WHICH PROPOSAL IS SUBMITTED TO SHOW AMENDMENTS RECEIVED. YOU ARE REQUIRED TO ACKNOWLEDGE RECEIPT OF THIS AMENDMENT ON STANDARD FORM 1442.**

**IMPORTANT NOTE: EXPECT DELAYS WHEN ENTERING MOULDOON AND BONIFACE GATES DUE TO CONSTRUCTION.**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF SIGNER *(Type or print)* |
|---|---|

| ~~C~~ONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

| NSN 7540-01-152-9070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE 7/20/01 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY CODE J4P0000 | 7. ADMINISTERED BY (If other than Item 6) CODE DACA85 |
|---|---|
| US ARMY ENGINEER DISTRICT, AK<br>CEPOA-CT (DACA85)<br>PO BOX 898<br>ANCHORAGE, AK 99506-0898<br><br>DOROTHY MCGINNIS | US ARMY ENGINEER DISTRICT, AK<br>CEPOA-CO-SAO<br>PO BOX 898<br>ANCHORAGE, ALASKA 99506-0898 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | X | DACA85-01-R-0024 |
| | | 9B. DATED (SEE ITEM 11) 06/27/01 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| CODE 089C4 | FACILITY CODE | 10B. DATED (SEE ITEM 13) |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____0_____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
PROJECT TITLE AND LOCATION: FY01 REPLACEMENT FAMILY HOUSING, FT WAINWRIGHT, ALASKA

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**PROPOSAL DUE DATE IS EXTENDED TO 31 AUGUST 2001 AT 4:00 PM, at US Army Corps of Engineers, 2204 Third St. Rm 50, Elmendorf AFB, Alaska.**

**NOTICE TO OFFERORS: PLEASE MARK OUTSIDE OF ENVELOPE IN WHICH PROPOSAL IS SUBMITTED TO SHOW AMENDMENTS RECEIVED. YOU ARE REQUIRED TO ACKNOWLEDGE RECEIPT OF THIS AMENDMENT ON STANDARD FORM 1442.**

**IMPORTANT NOTE: EXPECT DELAYS WHEN ENTERING MOULDOON AND BONIFACE GATES DUE TO CONSTRUCTION.**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF SIGNER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

| NSN 7540-01-152-9070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA<br>FAR (48 CFR) 53.243 |

AMENDMENT TO SOLICITATION        DACA85-01-R-0024

CONTINUATION SHEET

Amendment No.  R0002                                    Page:  2


a.  The following revised document are substituted for the superseded
documents.  The identifier "AM #2" appears before and after new and
revised material, except as noted below.

PROJECT TABLE OF CONTENTS

TECHNICAL SPECIFICATIONS:

SECTION 01015


b.  NOTICE TO OFFERORS:  PLEASE MARK OUTSIDE OF ENVELOPE IN WHICH OFFER
IS SUBMITTED TO SHOW AMENDMENTS RECEIVED.  YOU ARE REQUIRED TO
ACKNOWLEDGE RECEIPT OF THIS AMENDMENT ON THE REVERSE SIDE OF STANDARD
FORM 1442.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|

| ●NDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE 08/13/01 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | J4P0000 | 7. ADMINISTERED BY (If other than Item 6) | CODE | DACA85 |
|---|---|---|---|---|---|

US ARMY ENGINEER DISTRICT, AK
CEPOA-CT (DACA85)
PO BOX 898
ANCHORAGE, AK 99506-0898

DOROTHY MCGINNIS

US ARMY ENGINEER DISTRICT, AK
CEPOA-CO-SAO
PO BOX 898
ANCHORAGE, ALASKA 99506-0898

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X)

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| X | DACA85-01-R-0024 |
| | 9B. DATED (SEE ITEM 11) 07/27/01 |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 10B. DATED (SEE ITEM 13) |

| CODE 089C4 | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ____0____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

PROJECT TITLE AND LOCATION:FY01 REPLACEMENT FAMILY HOUSING, FT WAINWRIGHT, ALASKA

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[X] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**PROPOSAL DUE DATE IS 31 AUGUST 2001 AT 4:00 PM, at US Army Corps of Engineers, 2204 Third St. Rm 50, Elmendorf AFB, Alaska.**

**NOTICE TO OFFERORS: PLEASE MARK OUTSIDE OF ENVELOPE IN WHICH PROPOSAL IS SUBMITTED TO SHOW AMENDMENTS RECEIVED. YOU ARE REQUIRED TO ACKNOWLEDGE RECEIPT OF THIS AMENDMENT ON STANDARD FORM 1442.**

**IMPORTANT NOTE: EXPECT DELAYS WHEN ENTERING MOULDOON AND BONIFACE GATES DUE TO CONSTRUCTION.**

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF SIGNER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

AMENDMENT TO SOLICITATION          DACA85-01-R-0024

CONTINUATION SHEET

Amendment No.  R0003                                    Page:  2


a.  The following revised documents are substituted for the superseded
documents.  The identifier "AM #3" appears before and after new and
revised material, except as noted below.

PROPOSAL SCHEDULE

SECTION 00800 INDEX

SECTION 00800 SPECIAL CONTRACT REQUIREMENTS

TECHNICAL SPECIFICATIONS:

SECTION 01010

**NOTE:**  Revisions within the following documents do not contain the
above referenced identifiers.

SECTION 00800 INDEX

SECTION 00800 SPECIAL CONTRACT REQUIREMENTS

b.  The following sections are deleted.

SECTION 00700 (SUPPLEMENT) INDEX

SECTION 00700 (SUPPLEMENT)

c.  NOTICE TO OFFERORS:  PLEASE MARK OUTSIDE OF ENVELOPE IN WHICH OFFER
IS SUBMITTED TO SHOW AMENDMENTS RECEIVED.  YOU ARE REQUIRED TO
ACKNOWLEDGE RECEIPT OF THIS AMENDMENT ON THE REVERSE SIDE OF STANDARD
FORM 1442.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. R0004 | 3. EFFECTIVE DATE 8/22/01 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|

| 6. ISSUED BY    CODE | J4P0000 | 7. ADMINISTERED BY *(If other than Item 6)*    CODE | DACA85 |
|---|---|---|---|

US ARMY ENGINEER DISTRICT, AK
CEPOA-CT (DACA85)
PO BOX 898
ANCHORAGE, AK 99506-0898

DOROTHY MCGINNIS

US ARMY ENGINEER DISTRICT, AK
CEPOA-CO-SAO
PO BOX 898
ANCHORAGE, ALASKA 99506-0898

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | X | DACA85-01-R-0024 |
| | | 9B. DATED *(SEE ITEM 11)* 07/27/01 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| CODE 089C4    FACILITY CODE | | 10B. DATED *(SEE ITEM 13)* |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ____0____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
PROJECT TITLE AND LOCATION: FY01 REPLACEMENT FAMILY HOUSING, FT WAINWRIGHT, ALASKA

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT:    Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

PROPOSAL DUE DATE IS 31 AUGUST 2001 AT 4:00 PM, at US Army Corps of Engineers, 2204 Third St. Rm 50, Elmendorf AFB, Alaska.

NOTICE TO OFFERORS:  PLEASE MARK OUTSIDE OF ENVELOPE IN WHICH PROPOSAL IS SUBMITTED TO SHOW AMENDMENTS RECEIVED.  YOU ARE REQUIRED TO ACKNOWLEDGE RECEIPT OF THIS AMENDMENT ON STANDARD FORM 1442.

IMPORTANT NOTE:  EXPECT DELAYS WHEN ENTERING MOULDOON AND BONIFACE GATES DUE TO CONSTRUCTION.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF SIGNER *(Type or print)* | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

| NSN 7540-01-152-9070 PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

```
AMENDMENT TO SOLICITATION          DACA85-01-R-0024

                    CONTINUATION SHEET

Amendment No.   R0004                        Page:  2
```

a. The following revised documents are substituted for the superseded documents.  The identifier "AM #4" appears before and after new and revised material, except as noted below.

TECHNICAL SPECIFICATIONS:

SECTION 01010

SECTION 01015

b.  NOTICE TO OFFERORS:  PLEASE MARK OUTSIDE OF ENVELOPE IN WHICH OFFER IS SUBMITTED TO SHOW AMENDMENTS RECEIVED.  YOU ARE REQUIRED TO ACKNOWLEDGE RECEIPT OF THIS AMENDMENT ON THE REVERSE SIDE OF STANDARD FORM 1442.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE 08/10/01 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                    CODE    J4P0000 | 7. ADMINISTERED BY (If other than Item 6)    CODE    DACA85 |
|---|---|
| US ARMY ENGINEER DISTRICT, AK<br>CEPOA-CT (DACA85)<br>PO BOX 898<br>ANCHORAGE, AK 99506-0898<br><br>DOROTHY MCGINNIS | US ARMY ENGINEER DISTRICT, AK<br>CEPOA-CO-SAO<br>PO BOX 898<br>ANCHORAGE, ALASKA 99506-0898 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | X | DACA85-01-R-0024 |
| | | 9B. DATED (SEE ITEM 11)  06/27/01 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| CODE 089C4            FACILITY CODE | | 10B. DATED (SEE ITEM 13) |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____0_____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

PROJECT TITLE AND LOCATION:FY01 REPLACEMENT FAMILY HOUSING, FT WAINWRIGHT, ALASKA

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

( ) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT:    Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Clarifications to Section 00120 and Section 00700a, General Wage Decision AK010001 and AK010006 should be deleted and replaced with AK010005 dated 09/07/2001. Pursuant to amendment herein, if your price changes, resubmit the price of your offer on the attached SF14442, along with a revised bid schedule. If your price remains unchanged, sign the statement below certifying the same. Signature in Block 15B acknowledges receipt of this amendment. YOUR RESPOND TO THIS AMENDMENT IS MANDATORY AND MUST BE SUBMITTED BY 4:00 P.M., 13 SEP 2001. Fax responses to the attention of DOROTHY MCGINNIS AT (907)753-2544.

PRICE UNCHANGED_____    DATE_____

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF SIGNER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _____<br>(Signature of person authorized to sign) | | BY _____<br>(Signature of Contracting Officer) | |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

AMENDMENT TO SOLICITATION          DACA85-01-R-0024

CONTINUATION SHEET

Amendment No.  R0005                    Page:  2


a. The following revised documents are substituted for the superseded
documents.  The identifier "AM #5" appears before and after new and
revised material, except as noted below.

TECHNICAL SPECIFICATIONS:

SECTION 01010

b.  NOTICE TO OFFERORS:  PLEASE MARK OUTSIDE OF ENVELOPE IN WHICH OFFER
IS SUBMITTED TO SHOW AMENDMENTS RECEIVED.  YOU ARE REQUIRED TO
ACKNOWLEDGE RECEIPT OF THIS AMENDMENT ON THE REVERSE SIDE OF STANDARD
FORM 1442.