**Slicker, James S POA02**

**From:** Salmon, Philip L POA02
**Sent:** Wednesday, January 28, 2004 8:39 AM
**To:** Slicker, James S POA02
**Subject:** FW: 01-26, 01015-1

Jim,
Please print out and include with the documents on 01-26. Thanks. We talked over safety and their plan at the Precon. We got some assurances - mainly about who was responsible for safety and how they would enforce safety and we felt that we could let them start work as long as they resubmitted timely. As you can see my intent was to G code it and require immediate resubmission. The code did not get on the 4025 and the OCC missed resubmitting the plan for some time. We also failed to notice that they had not resubmitted timely. One factor that might have influenced this was that OCC's top on site mangagement was totally revised and replaced very soon after they started work.

-----Original Message-----
**From:** chris seeley [mailto:chris.seeley@osborne.cc]
**Sent:** Friday, September 13, 2002 8:27 PM
**To:** Philip L. Salmon
**Subject:** FW: 01-26, 01015-1

Here you go Phil!
Let me know if you need anything else!
My cell phone number is 460.0204....call anytime, even if it's on a weekend.
Chris


-----Original Message-----
**From:** Zahn, Glenn D [mailto:Glenn.D.Zahn@poa02.usace.army.mil]
**Sent:** Tuesday, May 14, 2002 12:57 PM
**To:** Chris Seeley (E-mail)
**Subject:** FW: 01-26, 01015-1

There is more to be done, but this will get you going. Lets discuss any major issues. Glenn


-----Original Message-----
**From:** Salmon, Phillip L POA02
**Sent:** Tuesday, May 14, 2002 9:25 AM
**To:** Zahn, Glenn D; Novak, Patricia L POA02
**Subject:** RE: 01-26, 01015-1

Trish,
We will return it G coded - Accepted for initial construction phases contingent on the following revisions being made within 21 days:

Insert Glenn's comments and add the following:

Please provide the actual AHA for each AHA listed in your index. Please ensure that each AHA addresses the content required by 01.A.09 and figure 1-1 of EM385-1-1.

Address items 1, 3, 4, 7, 9, 10 of APP A of EM 385-1-1. When addressing item 9 of APP A please add the COE Accident Reporting forms - POD Form 265-R and ENG FORM 3394 (Mar 99) (copies can be obtained from COE Project Engineer) and provisions for use of these forms. Also please add form for inspection of

ACE000010
1/28/2004

vehicles/equipment and procedures/responsibilities for the use of the equipment inspection form. When addressing item 10 of App A please provide details for emergency response (phone numbers, hospital, individuals with responsibilities) and site layout, with emergency routes.

In each section of your plan please add details of the individuals by name or position that will have responsibilities for executing the provisions within each section, what those responsibilities are, lines of authority. For example who conducts safety meeting, safety inspections, accident reporting, haz com, respiratory protection, emergency transport, fall protection.

Glenn,
Can we make this work - will Osborne be receptive? If there is concern on their part we can sit down and go over the details.


Phil Salmon
(907) 353-7968

-----Original Message-----
From: Zahn, Glenn D
Sent: Sunday, May 12, 2002 12:11 PM
To: Novak, Patricia L POA02
Cc: Salmon, Philip L POA02
Subject: 01-26, 01015-1

Recommend approval of Osborne's Accident Prevention and Safety Plan with the following comments:

1. Environmental Protection Plan, para 2 h: The use of explosives is not allowed. Delete.
   Address explosive actuated tools and loads, and the proper storage of loads.

   Para 6, Reporting requirements: The DPW Environmental office has requested the reporting of a 0.5 gallon petroleum spill.

2. Hazardous Material Handling, Para 1f: Asbestos removal is not government related, it is government REGULATED.

   Address the safe removal and containerization of mercury thermostat capsules and fluorescent light tubes, and radioactive smoke detectors. Light tubes are to be containerized and delivered to DPW environmental. Smoke detectors are to be containerized and delivered to the Directorate of Logistics (DOL), POC Mr. Bob Williams at 353-7213.

3. Address the potential for fire during fueling operations caused by cellular phones.

ACE000011
1/28/2004

**Novak, Patricia L POA02**

| | |
|---|---|
| From: | Novak, Patricia L POA02 |
| Sent: | Friday, April 12, 2002 4:13 PM |
| To: | Salmon, Philip L POA02 |
| Cc: | Zahn, Glenn D |
| Subject: | FW: APP for 01C26 Replacement Family Housing |

01015-1
item 1

Phil: This plan came in on a 4025 under section 01015, with a line item description of "Safety & Health Plan". This also is not included on their submittal register. I need to know if the comments have been sent back to the Contractor. If so, how, i.e., serial letter, etc., so I can process this item.

Glenn: Do you have comments on this one? Or, are you just going to use Sandy's?

The QC needs to slow down and review what is being submitted. Also, he is not applying the QC stamp, reference TS Section 01330, paragraph 3.9, to the first page of the submittal. This can be copied on the additional copies.

Please advise on questions above.

Trish

-----Original Message-----
From: Kimbrell, Sandra M POA02
Sent: Friday, April 12, 2002 3:28 PM
To: Novak, Patricia L POA02
Subject: FW: APP for 01C26 Replacement Family Housing

FYI

-----Original Message-----
From: Salmon, Philip L POA02
Sent: Monday, March 25, 2002 12:13 PM
To: Kimbrell, Sandra M POA02; Zahn, Glenn D
Cc: Phyfe, Larry M POA02; Novak, Patricia L POA02; Green, Roger A POA02
Subject: RE: APP for 01C26 Replacement Family Housing

Thanks Sandy. Lets send it back right away. Their temp facility plan came in and it is not going to be acceptable - sounds like they have a long way to go on several of their preliminary plans

Phil Salmon
(907) 353-7968

-----Original Message-----
From: Kimbrell, Sandra M POA02
Sent: Monday, March 25, 2002 10:52 AM
To: Zahn, Glenn D; Salmon, Philip L POA02
Cc: Phyfe, Larry M POA02
Subject: APP for 01C26 Replacement Family Housing

Glenn/Phil: The APP submitted by Osborne is not worth generating in-depth comments on. This plan contains canned documents that are not site specific; particularly items 1-11 of Appendix A of 385-1-1 are frankly not addressed. Contractor needs to refer to Appendix A of 385-1-1 and provide site specific documentation for all required items. The AHA do not contain all required information. Refer contractor to Figure 1-1 in 385-1-1; the content not format must be followed.

Most importantly, the plan must provide the names (positions) of individuals with responsibilities, what those responsibilities are, lines of authority. Who conducts safety meeting, safety inspections, accident reporting. Provide details for emergency response (phone numbers, hospital, individuals with responsibilities). Include USCACE accident reporting forms. Site layout, emergency routes.

This does not bode well for this project.

1

ACE000017

Sandy

ACE000018

**Novak, Patricia L POA02**

| | |
|---|---|
| **From:** | Zahn, Glenn D |
| **Sent:** | Sunday, May 12, 2002 12:11 PM |
| **To:** | Novak, Patricia L POA02 |
| **Cc:** | Salmon, Philip L POA02 |
| **Subject:** | 01-26, 01015-1 |

Recommend approval of Osborne's Accident Prevention and Safety Plan with the following comments:

1. Environmental Protection Plan, para 2 h: The use of explosives is not allowed. Delete.
Address explosive actuated tools and loads, and the proper storage of loads.

   Para 6, Reporting requirements: The DPW Environmental office has requested the reporting of a 0.5 gallon petroleum spill.

2. Hazardous Material Handling, Para 1f: Asbestos removal is not government related, it is government REGULATED.

   Address the safe removal and containerization of mercury thermostat capsules and fluorescent light tubes, and radioactive smoke detectors. Light tubes are to be containerized and delivered to DPW environmental. Smoke detectors are to be containerized and delivered to the Directorate of Logistics (DOL), POC Mr. Bob Williams at 353-7213.

3. Address the potential for fire during fueling operations caused by cellular phones.

1

ACE000019