John Beior



**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, ALASKA
P.O. BOX 898
ANCHORAGE, ALASKA 99506-0898

REPLY TO
ATTENTION OF:

CEPOA-CT-C/M                                          2 6 SEP 2002

Mr. Tom Vasilatos
Osborne Construction Company, Inc.
P.O. Box 97010
Kirkland WA 98083

SUBJECT: Interim Unsatisfactory Performance – Safety, Contract DACA85-01-C-0026, FY01 Replacement family Housing, Ft Wainwright, AK.

Dear Mr. Vasilatos:

I have determined that your performance on the safety element of our Construction Contractor evaluation program has been unsatisfactory for the 30-day period ending August 17, 2002. While I am aware you have recently taken steps to correct safety deficiencies continuing sustained emphasis on job-site safety is necessary throughout the duration of your contract.

Factors and events on this project that contributed to my determination include the following:

1) Failure to assure that a government accepted project specific accident prevention plan was in-place prior to the start of fieldwork.
2) The August 5, 2002 fall accident that resulted in serious employee injury.
3) The August 8, 2002 earthwork subcontractor accident resulted in approximately $10,000 in property damage.
4) The August 14, 2002 circular saw accident that resulted in serious employee injury.
5) The 17 August, 2002 nail gun accident that resulted in employee injury.

I will reevaluate your safety performance in 90-days. If at that time you have demonstrated sustained satisfactory safety performance I will rescind this interim unsatisfactory evaluation. If, however, you fail to demonstrate satisfactory safety performance I will not hesitate to take further steps, in accordance with contract provisions, to assure you provide a safe worksite for your employees and subcontractors.

Should you have any questions regarding this matter, please contact me at (907) 753-2546.

Claudette M. McDonald
Contracting Officer