| C.O. NO. | INSP. NO. | AREA | DATE |
|---|---|---|---|
| 1. L4990 | 2. | 3. | 4. |

ALASKA DEPARTMENT OF LABOR
Division of Occupational Safety & Health

# ACCIDENT INVESTIGATION REPORT

**EMPLOYER INFORMATION**

5. EMPLOYER'S NAME: OSBORNE CONSTRUCTION INC
6. EMPLOYER CONTACT: MIKE RITCHIE
7. TELEPHONE: 356-1160
8. ADDRESS: 10602 NE 38TH PLACE #100
9. CITY: KIRKLAND, WA
10. ZIP: 98033
11. TYPE OF BUSINESS: CONSTRUCTION
12. SIC NO.: 1542
13. Number of Employees: 73

**ACCIDENT FACTS**

14. EMPLOYEE NAME: JOEL WALLENDER
M / F: M
15. ADDRESS: 2541 TEELAND ST. WASILLA, AK
16. TELEPHONE: (907)242-5111
17. S.S. NUMBER:
18. BADGE NO.:
19. AGE: 34
20. MARITAL STATUS: SINGLE
21. SPOUSE'S NAME: NA
22. Number of Dependents: —
23. Date of Accident: 8-5-02
24. Time of Accident: 8:45AM
25. Exact Location of Accident Site: Stairwell, unit D, Bldg 1410
26. Exact Location of Accident at Site: FY01-BLDG 4 FT. WAINWRIGHT
27. Work Assignment when Accident Occurred: CARPENTER
28. Operation Involved: Decking & Framing
29. Equipment Involved: Fall PROTECTION EQUIPMENT Harness, lanyard, anchor
30. Regular Occupation of Injured: carpenter
31. Name of Supervisor at Time of Accident: MATT EMERSON
32. Fatal:
33. Total Days Lost:
34. No Lost Time:
35. No Injury: 1
36. First Notification of Accident (phone, radio, paper, other): RADIO
37. Notified by Whom: JIM FRINK
38. Weather: Sunny
39. Terrain: 2nd Floor deck of building 1410

40. Briefly describe accident and how it happened. Carpenter fell from 2nd floor deck to basement by way of stairwell (stairs not yet installed). Although injured was wearing full-body harness & lanyard, it is not clear whether injured was tied off or not. Anchor on 2nd floor deck was partially pulled out of decking. No other personnel witnessed the accident. Other anchors in immediate vicinity of stairwell appeared to be intact.

**CORRECTIVE ACTIONS**

41. What has been done to correct condition causing accident? If nothing, Explain.
ALL ACTIVITY IN IMMEDIATE AREA WAS STOPPED AND AREA CORDONED OFF UNTIL ACC. INVESTIGATION COMPLETED

42. What remains to be done? (C.O.'s Comment)

**REGULATIONS INVOLVED**

43. Did a violation of a regulation, code, or standard cause or contribute to this accident?
Check One ☒ YES ~~NO~~ WPL If "YES", cite regulation, code or standard.

44. Does the regulation, code, or standard adequately cover the cause?
☐ YES ☒ NO If "NO", complete and submit DOSH 9.

**WITNESSES**

| 45. NAME | ADDRESS | CITY & STATE | TELEPHONE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

46.

Wm Patrick Laakso
Compliance Officer's Signature

DOSH 4 Rev. 10/74

ıaska Depa...
:cupational Safety and Health



# atality/Catastrophe Report

.u Aug 8, 2002 9:16am

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| .eporting ID | 1050210 | Previous Activity (Type & Number) | 0 | Event Number | 101681070 | | |
| | | | | Employer ID | | | |
| .stablishment .nformation | Establishment Name | Osborne Construction Company | | | | | |
| | Site Address | 100th & Chestnut<br>Fort Wainwright AK 99703 | | City Code | 0801 | County Code | 090 |
| | | Site Phone | (907) 356-1160 | Site FAX | (907) 356-2949 | | |
| | Mailing Address | 100th & Chestnut<br>Fort Wainwright, AK 99703 | | | | | |
| | Event Address (if different) | , | | | | | |
| .ndustry & Ownership | Type of Business | | | Primary SIC | 1542 | No. of Employees | 200 |
| | Ownership | A. Private Sector | | | | | |
| Receipt Information | Reported By | | Date | 08/05/02 | Time | | |
| | Job Title | | Telephone | | | | |
| Employee Representation | Group Name(s): | | | | | | |
| Classification | B. Catastrophe | | | | | | |

| Event Description | Event Date | Event Time | Number of Fatalities | Number of Hospitalized Injuries | Number of NonHospitalized Injuries | Number Unaccounted for |
|---|---|---|---|---|---|---|
| | 08/05/02 | 08:45 am | 0 | 1 | 0 | 0 |
| | Type of Event | Fall from Height | | | | |

| | |
|---|---|
| Preliminary Description | An employee on the wall framing crew was waiting for his partner to finish rigging a wall section to be picked and put into place. The employee asked the acting leadman for something to do while waiting. The acting lead had the victim help snap lines on the 2nd floor deck. All employees were wearing fall protection and hooked up. When finished snapping lines the acting lead had the employee pull up the Miller clips (one use anchors) because they were in the way of where the walls would stand. The victim unattached to the anchors, walked to the other end of the building pulling up clips. He bent down to pull up the clip with his hammer, and pulled up, the clip came loose suddenly and the victim went backwards into a floor opening, landing in the basement 18'6" below. The victim suffered a broken back, collapsed lung, and fractured skull. |

| | | | | | |
|---|---|---|---|---|---|
| Action | Inspection Planned? | Supervisor(s) Assigned | | CSHO(s) Assigned | |
| | Yes | S8701 | | L4990 | |
| Strategic Initiatives | CONSTRUCTION | | | | |
| National Emphasis | | | | | |
| Local Emphasis | AKS NON-OSHA-SAFETY | | | | |
| Optional Information | Type | ID | Optional Information Value | | |
| | | | | | |

Alaska Department of Labor
Occupational Safety and Health



## Investigation Summary

Thu Aug 8, 2002 9:42am

| Reporting ID | Investigation Summary Number | OSHA-36 Number | OSHA-36 Establishment Name |
|---|---|---|---|
| **1050210** | **201681012** | **101681070** | **Osborne Construction Company** |
| Event Date | **08/05/02** | Event Time | **08:45 am** |
| Type of Event | **Fall from Height** | | |

| | |
|---|---|
| Inspection Number/ Establishment Name | **303702237** **Osborne Construction Company** |
| Injured/Deceased Name | **Joel Wallender** |
| Sex: | **M. Male** |
| Age: | **34** |
| Injury: | **B. Hospitalized** |
| Nature: | **12 Fracture** |
| Part of Body: | **03 Back** |
| Source of Injury: | **42 Working surface** |
| Event Type: | **05 Fall (from elevation)** |
| Environmental Factor: | **13 Working surface or facility layout condition** |
| Human Factor: | **01 Misjudgment of hazardous situation** |
| Task: | **B Not Regularly Assigned** |
| Substance Code: | |
| Occupational Code | **567 - CARPENTERS** |

**Abstract:**

An employee fell through a stairwell opening 18'6" to the concrete floor in the basement. The victim was pulling up anchor clips for attachment points for fall protection from the building perimeter. The clips were attached wher the walls would be located. The victim was not attached to an anchor while pulling another from the floor. As the victim pulled up on the clip the nails pulled loose and the employee went backwards and down the stairwell shaft. The victim sustained a broken back, collapsed lung, and the back of his head fractured.

CONSTRUCTION ACCIDENT INFORMATION

**Project Level Information**

| Type of Construction | |
|---|---|
| **A New project or new addition** | |
| End-use Type of Construction Site<br>**B Multi-family dwelling** | |
| If a building site, number of stories (in feet): | **2** |
| If a non-building structure, height (in feet) : | **0** |
| Project Cost<br>**F $5,000,000 to $20,000,000** | |

**Victim Level Information**

| Victim's Name | **Joel Wallender** |
|---|---|
| Cause of Fatality / Accident | **Fall through opening (other than roof)** |
| Distance of the Fall (in feet) | **18** |
| Height above ground (or floor) of the worker when the fall occurred (ft) | **6** |
| Operation being performed by the victim | **Other Activities-Post Decking Detail Work** |
| Contributing Operation (if different from the operation above) | |

Alaska Department of Labor
Occupational Safety and Health

# Inspection Report

Fri Sep 13, 2002 1:49pm

| Rpt ID | Assignment Nr. | CSHO ID | Supervisor ID | Inspection Nr. | Opt. Insp. Nr. |
|---|---|---|---|---|---|
| **1050210** | **0** | **L4990** | **S8701** | **303702237** | **260-02** |

| | | | | | |
|---|---|---|---|---|---|
| Establishment Name | **Osborne Construction Company** | | | | |
| Site Address | **100th Street & Chestnut Fort Wainwright, AK 99703** | Site Phone | **(907) 356-1160** | Site FAX | **(907) 356-2949** |
| Mailing Address | **100th Street & Chestnut Fort Wainwright, AK 99703** | Mail Phone | **(907) 356-1160** | Mail FAX | **(907) 356-2949** |
| Controlling Corp | **Osborne Construction Company** | Employer ID | | | |
| Ownership | **A. Private Sector** | City | **0801** | County | **090** |
| Legal Entity | **A. Corporation** | Previous Activity (State Only) | | | |

Related Activity

| Type | Number | Satisfied | Type | Number | Satisfied |
|---|---|---|---|---|---|
| **A. Accident** | **101681070** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Employed in Establishment | 73 | Advance Notice? | **No** | Category | **S. Safety** |
| Covered By Inspection | 72 | Union? | **No** | Primary SIC | **1522** |
| Controlled By Employer | 302 | Walkaround? | **No** | Secondary SIC | |
| | | Interviewed? | **Yes** | Inspected | |

| | | | |
|---|---|---|---|
| Inspection Type | **A. Fatality/Catastrophe** | Reason No Inspection | |
| Scope of Inspection | **A. Comprehensive Inspection** | | |
| Classification | **Safety Planning Guide/Construction** | | |
| Strategic Initiatives | **CONSTRUCTION** | | |
| National Emphasis | | | |
| Local Emphasis | **AKS** | | |

| | | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Warrant Served? | **No** | | | | |
| Anticipatory Subpoena Served? | **No** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Entry | **08/05/02** | **10:55** | First Closing Conference | **09/10/02** | **14:59** |
| Opening Conference | **08/05/02** | **11:06** | Second Closing Conference | | |
| Walkaround | **08/05/02** | **11:06** | Exit | **09/10/02** | **16:02** |
| Days On Site | **5** | | Case Closed | | |
| | | | No Citations Issued | | |

| Type | ID | Optional Information |
|---|---|---|
| | | |

| CSHO Signature | Wm. Patrick Laakso | Date | 16 Sept 02 |
|---|---|---|---|

ccupational Safety and Health



# SHA-200 Data/Safety and Health Program Evaluation

Sep 13, 2002 10:07am

| stablishment Name | Osborne Construction Company | | | Ownership | A. Private Sector |
|---|---|---|---|---|---|
| ite Address | 100th Street & Chestnut<br>Fort Wainwright, AK 99703 | Site Phone | (907) 356-1160 | Site FAX | (907) 356-2949 |
| ailing ddress | 100th Street & Chestnut<br>Fort Wainwright, AK 99703 | Mailing Phone | (907) 356-1160 | Mailing FAX | (907) 356-2949 |
| ontrolling orp | Osborne Construction Company | | | Employer ID | |

| UMMARY OSHA-200 DATA | | | | | | Data Not Available | | Partial Log Year | No | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WDI ATE | 19.0 | LWDII RATE | 19.0 | Log Year | 1999 | Employment Average | 342 | Total Hours Worked | 157755 | | |

| cupational Injury Cases | | | | | | Occupational Illness Cases | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) r. of tality ates | (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
| 0 | 15 | 5 | 78 | 152 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| MMARY OSHA-200 DATA | | | | | | Data Not Available | | Partial Log Year | No | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WDI ATE | 15.9 | LWDII RATE | 15.9 | Log Year | 2000 | Employment Average | 358 | Total Hours Worked | 151137 | | |

| cupational Injury Cases | | | | | | Occupational Illness Cases | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| of ality ates | (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
| ) | 12 | 5 | 59 | 47 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| MMARY OSHA-200 DATA | | | | | | Data Not Available | | Partial Log Year | No | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VDI ATE | 12.5 | LWDII RATE | 12.5 | Log Year | 2001 | Employment Average | 689 | Total Hours Worked | 417509 | | |

| upational Injury Cases | | | | | | Occupational Illness Cases | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ) of lity es | (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
| | 26 | 22 | 254 | 234 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Occupational Safety and Health

# Inspection Narrative

Fri Sep 13, 2002 1:49pm

| Inspection Nr. | 303702237 |
|---|---|
| Opt. Case Number | 260-02 |

| Establishment Name | Osborne Construction Company | | |
|---|---|---|---|
| Legal Entity | A. Corporation | Type of Business | Construction |

**Additional Citation Mailing Addresses**

Osborne Construction Company
ATTN: Paul Herbold (425) 827-4221
PO Box 97010
Kirkland, WA 98083-9710

**Organized Employee Groups**

**Authorized Employee Representatives**

**Employer Representatives Contacted**

| Name | Title | Function | Walk Around? |
|---|---|---|---|
| Mike Ritchie | Project Engr, Osborne | I O | N |
| Jan Revermann | Field Project Engr, | I | N |
| Jeff Crawford | Superintendent, Osborne | I C | Y |
| Chris Seeley | Osborne | I O | Y |
| Jim Frink | Quality Control, Osborne | I O | Y |
| Matt Emerson | Framing Foreman, Osborne | I O | N |

**Other Persons Contacted**

| Entry | 08/05/02 | 10:55 | First Closing Conference | 09/10/02 | 14:59 |
|---|---|---|---|---|---|
| Opening Conference | 08/05/02 | 11:06 | Second Closing Conference | | |
| Walkaround | 08/05/02 | 11:06 | Exit | 09/10/02 | 16:02 |
| | | | Case Closed | | |

**Penalty Reduction Factors**

| Size | 0 | Good Faith | 25 | History | 10 |
|---|---|---|---|---|---|

| Followup Inspection? | Y | Reason | Later phase of construction |
|---|---|---|---|

OSHA-1A(Rev. 6/93)

Coverage Information/Additional Comments

## SAFETY NARRATIVE

Osborne Construction Company
3701 Braddock Street
Fairbanks, Alaska 99701

On 5 August 2002 at 1106 am I began an opening conference with the Superintendent of Osborne Construction Company at a housing project on Fort Wainwright, Alaska. This inspection was assigned to me by my supervisor. This inspection is due to an accident, where an employee fell through a stairwell opening, 18'6" to a concrete floor in the basement. The victim landed on a keg (box) of nails. He sustained injuries to his head, broke his back, and has a collapsed lung. The accident happened at approximately 0800 but the victim was not found till 0839 am. The victim is still in the Providence Hospital in Anchorage, Alaska, and does not remember anything involved in the accident, except what others have told him. This employee had been on the job for 1.5 weeks, he was a carpenter with the framing crew setting exterior walls and then setting the interior walls. All the wall sections were manufactured in Anchorage, trucked to Fairbanks and the Fort Wainwright job site, then raised by crane on the site and nailed in place.

All the employees that work above 6' have been trained in fall protection prior to starting work. The crew working on the 2nd floor deck were wearing fall protection and tied off. The victim was tied off at one time, then the leadman lost track of him. When the victim was found, he was still wearing his harness and lanyard. The medics that responded cut the body harness from the victims body.

The units in which the framing crew was working was a 2 story building with a 7' high storage section for a basement. The building has 4 units, these units are: unit A - B - B reverse - A reverse; with A's being 4 bedroom and B's being 5 bedroom units. The framing crew was working in the confines of unit A on the 2nd floor. Units B and B reverse have the stairwells to the front of the buiding along the outside wall. Units A and A reverse (the end units) have stairwells located more towards the center of the units floor plans.

The victim was assigned by an acting leadman to remove 2 Miller anchorage clips from the floor, because they were installed where the exterior walls would be set. The victim ws harnessed and attached to a retractable while working in unit B. The leadman got busy and lost track of the victim. Work started on the deck about 0705 am and at about 0730-0800 am they started asking about the victim and where he got off to. The victim was found at approximately 0839 am.

As the floor joist and decking crews begin the decking they are harnessed and tied off at the nearest place to attach to as they begin the decking from the outside wall working toward the opposite side. Consequently, the clips are placed in the exact position of the exterior wall placement, when the decking crew lays their first course of plywood.

The victim was waiting on his working partner to finish rigging exterior walls they would be setting, and in the meantime he wanted something to do so he asked the leadman and he stated that he could remove the anchor clips for the wall panels. The leadman stated that he told the victim to remove the clips within the area (or unit A) and not through to the other end of the building which would be units B, B reverse and A reverse the end unit, but he did not appear to be specific.

The victim proceded down the length of the building removing clips, the leadman and his partner went back to work, laying out and snapping lines for the interior walls. The clip was located towards the front of building (S) about 3' from the edge. The clip is also (E) towards a front inside corner and about 1' from the edge. The stairwell opening is about 7' from the (S) front of the building. S & N sides of stairwell opening are 6'6", E & W are 9'6" back to front of building. The victim apparently stood on the deck between the outside edge and the inside stairwell opening. As he was bent over to drive the hammers claws into and under the clip and then pull up the nails or pull the clip up, it appears that he lunged backwards and fell through the opening after the clip or nails gave way. The clip was bent towards the opening suggesting that the force was heading towards him and the stairwell behind. I don't think anyone will know for sure what actually happened, unless the victims memory of the events come back.

Employees on the 2nd floor deck asked about the victim and where he had gone, no one new and assumed he was in the restroom, when they saw a tool belt that looked like his. But the tool belt belonged to the leadmans helper. When they finished the leadmans partner began sweeping the deck. When he got to the A reverse unit stairwell he hollered heads up and then looked through the opening to make sure no one was below when he swept the deck clean. He noticed someone on the ground. It appeared that an employee was lying on his back working because he noticed the victims arms moving around. As he looked harder he noticed the blood and then realized it was the victim. He hollered for help, a man was down, the leadman got on his radio and raised the alarm for help and an ambulance. Apparently the victim landed on a box or 2 boxes of nails.

Many of the employees that worked with the victim stated that the victim and his working partner were the safest employees on the deck and they were always telling the other mployess to get attached, or tell them them the proper safe way to do something.

The employers corporate safety officer and the superintendent feel that they are a safe ompany, and that maybe in this case the employee caused the accident. Therefore, an employee misconduct defense may be in the works. After looking into this alleged defense I found the following conclusions:

1. Employer has established work rules and policies designed to prevent the violation. -- The employer has an established written safety program; it has a fall protection plan, and it covers training on walking/working surfaces, and fall protection training before ~~before~~ the employee starts work.

2. It has adequately communicated those rules and policies to its employees. Fall protection training has been given and is documented for employees and for the victim that took the fall. Safety meetings have covered fall protection and safety meetings are held on Mondays with documentation, and daily tool box meetings take place with the different crews, but are not documented.

3. It has taken steps to discover violations -- The employer does daily safety inspections, Daily reports have a section for SAFETY -- where the QC documents items of safety whether for employee misconduct (see Wednesday, July 31, 2002, Contractor Quality Control/Quality Assurance Report Continued, FY01 Replacement Housing,....) or for safety related problems that need to be addressed, example (Tuesday, July 2, 2002 or Wednesday, July 3, 2002). The company has and enforces its employee disciplinary action program, See 3 write ups (2 on 7/31/02 for fall protection and another for an accident that took place in August after this accident.

4. It has effectively enforced the rules and policies when violations have been discovered -- See the above disciplinary actions taken for previous incidents to this particular accident, the training records of employees.

5. The employee that caused a safety and/or health infraction was aware the infraction was contrary to the employers safety/health requirements and policies Training records are in this file, safety meetings with documented signatures of who attended are in this file. The employee signed an Employee Safety Orientation acknowledgement form when hired for the FY01 housing project on 24 July 2002. The victim in this case does not appear to have long term or short term memory, so I cannot confirm through him that he is/was aware of the company safety rules, but the company has a signed orientation stating that he does understand the company's safety policy. The victim has informed other employees of the need for safety and fall protection on the job, which was confirmed by employee interviews.

It was speculated that the Miller clip the victim was removing was not nailed to structural members but into the plywood decking. The Miller clip was running parallel with the outside front of the building. One prepunched hole of 6 (where the nails are driven through) in the clip, appears to be in the structural support under the joint where the ends of the plywood meet. After rechecking the area from underneath, the clip would have been nailed into blocking that runs along the outside perimeter of the building.

The closing conference began on 10 September 2002 at 1459 pm. Employer history is in this file. OSH 200 logs are in this file.

| Inspection Number | 303702237 |
|---|---|

**COVERAGE INFORMATION**

**NATURE AND SCOPE**

Check Applicable Boxes and Explain Findings:

- [ ] Complaint Items
- [ ] Referral Items
- [x] Accident Investigation Summary & Findings
- [ ] LEP
- [ ] Planned Inspection

**NATURE AND SCOPE -- UNUSUAL CIRCUMSTANCES** (Mark X and explain all that apply:)

- [x] None
- [ ] Denial of entry (see denial memo)
- [ ] Delays in conducting the inspection
- [ ] Strikes
- [ ] Jurisdictional Issues
- [ ] Trade Secrets
- [ ] Other

omments:

**OPENING CONFERENCE NOTES:**

On 5 August 2002 at 1106 am; in attendance:

| | |
|---|---|
| at Laakso | AKOSH Safety Enforcement Officer |
| ike Ritchie | Project Engr, Osborne Construction Company |
| Jan Revermann | Field Project Engr, Osborne Construction Company |
| Jeff Crawford | Superintendent, Osborne Construction Company |
| Corps of Engineers personnel: | |
| John Beier | Safety & Health |
| Clyde Wilkerson | Contractor Quality Control |
| Roger Green | Quality Assurance |
| John Jacobson | Area Engineer |
| Major Stephenson | Deputy Area Engineer |

**RECORDKEEPING PROGRAMS**
(Other than 29 CFR 1904 requirements)
Does the employer have a recordkeeping program relating to any occupational health issues (monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?
☐ Yes ☐ No
Are any programs required by OSHA health standards?
☐ Yes ☐ No

**COMPLIANCE PROGRAMS**
(engineering controls, PPE, regulated areas, emergency procedures, compliance plans, etc.)
Address any relevant compliance efforts regarding potential health hazards covered by the scope of the inspection.

**PERSONAL HYGIENE FACILITIES AND PRACTICES**
(showers, lockers, change rooms, etc.)
Are any required by OSHA health standards?
☐ Yes ☐ No
What Standards:

**HAZARD COMMUNICATION PROGRAM**
Written Program (complete)
☒ Yes ☐ No
MSDS's (all)
☒ Yes ☐ No
abeling (adequate)
☒ Yes ☐ No
Training (complete)
☒ Yes ☐ No
Copy MSDS's/Program attached
☐ Yes ☒ No

Comments:

**ACCESS TO EXPOSURE & MEDICAL RECORDS**
**FIRE PROTECTION AND EVACUATION PROCEDURES**
**SYSTEMS SAFETY AND EMERGENCY RESPONSE**
**RESPIRATOR PROGRAM**
**LOCKOUT TAGOUT/ \ELECTRICAL SAFE WORKPRACTICES**
**FIRST AID**
**ELECTRICAL SAFE WORKPRACTICES**
**EXPOSURE CONTROL PLAN**
**LABORATORY STANDARD**
**ERGONOMIC PROBLEMS**
☐ Yes ☐ No
If yes, complete the items 1 and 2 below.
1. Lifting (10% or more similarly exposed employees injured)
   a. Total # of employees exposed to job:
   b. Total # of cases for job:
2. CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)
   a. Total # of employees exposed to job:
   b. Total # of cases for job:

Other significant injury/illness trends
☐ Yes ☐ No
If yes, explain.

## EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

eneral Industry:

| Yes | No | |
|---|---|---|
| [ ] Yes | [ ] No | Employer has a Safety & Health Program |
| [ ] Yes | [ ] No | Written |
| [ ] Yes | [ ] No | Copy Attached |

Construction Industry:

| Yes | No | |
|---|---|---|
| [x] Yes | [ ] No | Accident Prevention Program |
| [x] Yes | [ ] No | Written |
| [ ] Yes | [x] No | Copy Attached |

**Evaluation of Safety and Health Program**
(0=Nonexistent 1=Inadequate 2=Average 3=Above average)

| Rating | Item |
|---|---|
| 3 | Written S&H Program |
| 3 | Communication to Employees |
| 3 | Enforcement |
| 3 | Safety Training Program |
| 2 | Health Training Program |
| 3 | Accident Investigation Performed |
| 3 | Preventive Action Taken |

Comments:

**CLOSING CONFERENCE NOTES:**

On 10 September 2002 at 1459 pm; in attendance:
Pat Laakso AKOSH Safety Enforcement Officer
Jeff Crawford Superintendent, Osborne Construction Company
ike Ritchie Project Manager, Osborne Construction Company
VIA TELEPHONE: Paul Herbold, Corporate Safety Officer, Osborne Const Co

Were any unusual circumstances encountered such as, but not limited to, abatement problems, expected contest and/or negative employer attitude? If yes, explain below.

[ ] Yes [x] No

19.Closing Conference Checklist ("x" as appropriate)

- [ ] No Violations Observed
- [ ] Gave Copy Employer Rights
- [x] Reviewed Hazards & Standards
- [x] Discuss Employer Rights/Obligations
- [x] Encouraged Informal Conference
- [x] Offered Abatement Assistance
- [x] Discussed Consultation Programs
- [ ] Employer/Employee Questionnaires

**Closing Conference Held with Employee Representative**

[ ] Jointly [x] Separately

| CSHO Signature | Wm. Patrick Laakso | Date | 16 Sept 2002 |
|---|---|---|---|
| Accompanied By | | | |