5 August 2002

My Notes; Replacement Family Housing, Ft. Wainwright, AK, DACA85-01-C-0026
Osborne Construction Inc.
Accident Fall From Height.

Joel Wallender

Received telephone call at about 10 AM from Osborne Construction stating that they had a serious accident that just occurred. And that they have already notified 911 for emergency medical services.

I reported the initial information to Major Stephenson and John Jacobson immediately after the phone notification. Then called Greg Vernon about 10:15 AM.

Arrived on site at about 10:30 AM, Major Stephenson and John Jacobs, arrived within 5 minutes of my arrival, Rodger _____ the PM was already on site. Meet with Jim Frank, Jeff_____, Mike Ritchie, and Chris _____ from Osborne and escorted to the accident site. Base fire department and LTC Meeks were on site and just left site as I was arriving. Pat Lasko from Alaska State OSHA arrived on site about 10:30 AM

First indication was that employee was working of flat rooftop and fell through open hole 10' X 6', 18' 6" to basement floor. Initial indication was that employee was wearing harness and lanyard, but was not tied off. Employee was working in area alone, other employees were working on opposite side of rooftop about 200' away. No employee actually saw the fall, but discovered the victim at about 09:38 and imitated emergency medical response. 911 was notified sometime between 09:38 and my phone notification at or around 10:00. The actual time of the fall cannot be determined as the employee was out of contact with other employees for up to 45 minutes. This needs to be confirmed.

Employee had already been transported to Fairbanks Memorial by the time of my arrival on site.

Employee was found lying face-up in basement by Louis Soltez and Tom Edwards? They stated that the employee was going in and out of consciousness. With a lot of blood present all over his body. And that when they found him, some of the blood was already dried. This indicates that there was possible period of elapsed time from the accident to the time of discovery.

Initial indication are that the employee was working to remove an anchor point that was only 1 foot away from the edge of the rooftop. With an open hole about 18" behind him.

That the employee was removing the anchor point with a claw hammer, hammer slipped and employee went over backwards into the open hole on the rooftop. There were claw marks around the anchor point and the anchor point was about ½ ripped out.

Lanyard, Harness, and employee personnel effects were collected by Osborne Construction and were inspected in the presence with Alaska State OSHA. Indication is that the lanyard was not deployed during the fall again giving an indication that the employee was not tied off.

Scuff marks on the side wall of building matching the employee hardhat color, indicates that the employee fell backwards, and got up after the fall and moved to different location.



Possible impact, Scuff Mark

Anchor point 2" from hole

Anchor Point 12" from edge and 18" from opening.

Louis_____and _____ Sollez indicated that they found the employee in this approximate position in the basement.



Employee working on edge of roof.

Open Hole

18 '6" to basement.

Possible impact point

Side View

43



# Summary of Jobsite Safety Meeting held on August 5, 2002.

1. Informed crew of the accident involving Joel Wallender. Told crew that it appeared that Joel was not tied off when he fell even though he was wearing a safety harness and lanyard, and a safety anchor was located adjacent to where he was working.

2. Informed crew and subcontractors that full time fall protection was manditory above 6 feet off the ground and that anyone who was not willing to comply with this policy would be terminated.

3. Reminded crew that Osborne Construction has a three strike safety violation policy. Any employee who receives three written safety warnings will be terminated.

4. Informed crew that guardrails are to be installed around stair openings as soon as decking is installed even though we are using full time personal fall protection.

5. Reminded crew that all guardrails are to have toe kicks to prevent objects from dropping through the opening onto some one working below.

6. Informed crew that it is permissible to walk inside an area taped off with yellow "Caution" tape but it is not permissible to walk inside an area taped off with red "danger" tape.

7. Crane operator reminded crew that no one is to walk under an elevated load.

8. Informed crew that there should only be one person signally the crane operator. Instructed the crane operators that they are to stop immediately if they are getting signals from more that one person until it is resolved who the designated signal person is.

9. Informed the crew that in the event of an injury requiring on site medical treatment, the crew is to immediately form a line from the main road to the accident site in order direct the emergency vehicle to the accident.

4/5