

ACE000641













ACE000668