Facsimile Sheet



# U.S. Army Engineer District, Alaska
# Northern Alaska Area Office
P.O. Box 35066
Ft. Wainwright, Alaska  99703-0066

| From (Name): Trish Novak | Office Symbol: CEPOA-CO-NA-OE | Telephone No: (907) 353-7562 |
|---|---|---|
| | | Fax. Number: (907) 353-7070 |
| To (Name): Mr. Dennis Mitchell | Office Symbol: CEPOA-CO-CS | Telephone No.: (907) 753-2766 |
| | | Fax Number: (907) 753-3033 |
| Releaser's Signature: (TN) | No. of Pages: 7 | Precedence: HOT | Date: September 6, 2002 |
| Subject: | DACA85-01-C-0026, FTW230, Family Housing Replacement, Osborne | | |

Message:

Dennis: As you requested in your email. If you need anything else, let me know. Trish

email attached —



FAXED 09/06/2002

ACE000012

**Novak, Patricia L POA02**

| | |
|---|---|
| **From:** | Mitchell, Dennis W POA02 |
| **Sent:** | Friday, September 06, 2002 6:35 AM |
| **To:** | Novak, Patricia L POA02 |
| **Subject:** | A bit of help? 01-C-0026, FY01 Replacement Housing. |

Hi, Trish. Could you please fax me just the 4025 and review comments for Submittal 01015-1, the **original** submittal of Osborn's Safety & Health Plan. Our Fax is 753-3033

THANKS!

    Dennis

1

ACE000013