Mr. FRANK L. BURG, CSP
11516 Country Club Road
Woodstock, Illinois, 60098
TEL (815) 337-7785 FAX (815) 337-7795
(Email) safetyman@careful.com
(Web) www.safetyman.com

**HIGHLIGHTS:** CERTIFIED SAFETY PROFESSIONAL BY EXAMINATION
REGISTERED PROFESSIONAL ENGINEER (MASSACHUSETTS)
AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI) A10
ANSI CHAIRPERSON FOR CRANE AND ERGONOMIC STDS
ERGONOMICS EXPERT FOR STATE OF MICHIGAN
AMERICAN SOCIETY FOR TESTING AND MATERIALS
MASTER'S DEGREE IN ERGONOMICS
HUMAN FACTORS ENGINEERING EXPERT
25 YEARS HEALTH AND SAFETY EXPERIENCE
17 YEARS WITH DEPARTMENT OF LABOR - OSHA
OSHA NATIONAL TRAINING INSTITUTE INSTRUCTOR
PUBLISHED AUTHOR IN SAFETY
CONSULTANT FOR INDUSTRY, INSURANCE COMPANIES
ASSOCIATIONS, GOVERNMENT AGENCIES

**EXPERIENCE:**

2/94 to Pres   **Accident Prevention Corporation**
**Woodstock, Illinois**
**President**

President and chief consultant of safety, health, environmental, engineering and training consulting firm. Company specializes in over 75 occupational disciplines including; safety engineering, industrial hygiene, environmental impact, and ergonomics for construction and general industry. Conducts training seminars, OSHA style audits and renders expert testimony. Representative clients include: Walsh Construction, Reliance National Insurance Company, Liberty Mutual Insurance, AK Steel, Samsonite, Grain Processing Corp, Inland Steel Industries, Fischbach and Moore Inc., Atlantic Richfield Corporation, Occupational Safety and Health Administration (OSHA), Red Rocks Community College, State of Ohio, Nebraska Public Power, and ALDI Foods.

Expert in general industry and construction safety and health, as well as, ergonomics. Investigates injuries involving cranes and rigging, road construction accidents, falls, railroad, electrical, machine guarding, gas and oil wells, hazardous chemicals, and cases involving human factors engineering and FELA (Federal Employees Liability Act).

1

| | |
|---|---|
| 2/93 to 2/94 | **Fischbach And Moore Inc.**<br>New York, NY<br>**Director of Safety and Loss Control** |

Director of Safety and Loss Control for one of the largest electrical construction contractors in the nation. Primary safety manager for over 320 construction sites. Directed, administered and monitored all safety and health activities, reporting directly to the President and Vice President. Developed safety and health programs. Trained over 400 employees. Coordinated with government agencies and unions. Created programs and procedures to minimize losses through injury and illness, evaluation and prosecution of fraudulent cases. Supervised traffic signal installations at various locations for compliance with DOT regulations and safety for employees and the public.

| | |
|---|---|
| 6/90 - 2/93 | **U.S. Department of Labor/OSHA**<br>**OSHA National Training Institute**<br>Des Plaines, IL.<br>**Training Instructor (Construction)** |

Taught courses on technical safety and health subjects in construction and general industry to adult students from OSHA, other Federal agencies and the private sector. Chairperson for Tunneling, Trenching, Scaffolding, and Fall Protection courses, as well as, advanced certification courses for the private sector. Administrated all course activities, conducted testing and evaluation of courses and course materials. Acted as procurement officer for hiring contractors.

| | |
|---|---|
| 7/89 - 6/90 | **U.S. Department of Labor/OSHA**<br>Chicago, IL.<br>**Regional Tunnel Coordinator** |

First and only Regional Tunnel Coordinator in OSHA's history. This position was created as a result of a significant number of fatalities in underground construction and the highly sensitive nature of subsequent criminal litigation. Primarily, the S.A. Healy Case, a criminal case, had attracted enormous political attention and was closely followed by the national media, which necessitated the assignment of a Tunnel Coordinator. Developed and implemented technical compliance directives for the Underground Construction Standard.

Duties included assuring consistency of enforcement activity throughout the region, as well as, participating in dangerous and sensitive tunnel

inspections. Coordinated all regional tunnel activities for sixteen area offices and acted as liaison to EPA, Corps of Engineers, the Mine Safety and Health Administration, contractors and labor. Conducted specialized training for compliance officers and the public on tunnel safety.

| | |
|---|---|
| 6/84 - 7/89 | **U.S. Department of Labor/OSHA**<br>**Voluntary Protection Program Manager** |

Administered and managed a program within OSHA designed to recognize the achievements of industrial and construction companies who have developed the finest safety and health programs in the nation. Served as primary liaison and contact person for industry and labor. Conducted safety and health assessments and made recommendations for improvement in management systems. Directed teams of other safety and health professionals conducting comprehensive reviews. Wrote technical reports of all findings and submitted them to the Assistant Secretary of Labor.

Served on special details to Area Offices to conduct complex safety, health and accident investigations.

| | |
|---|---|
| 8/82 - 6/84 | **U.S. Department of Labor/OSHA**<br>**Safety and Occupational Health Specialist** |

Administered grants to state government for consultation programs in Occupational Safety and Health. Monitored state plan assistance to private employers for the prevention of injuries and illnesses. Examined, approved and monitored budgets and effectiveness of state programs in protecting employees in the work place from recognized safety and health hazards and negotiated agreements with state Governor's representatives.

| | |
|---|---|
| 3/77 - 8/82 | **U.S. Department of Labor/OSHA**<br>**Regional Training Officer** |

Managed a technical safety and health training program for OSHA. Reviewed all technical training to insure consistency with current technology and procured specialized training i.e. radiation, construction and machine guarding to meet identified needs. Compared compliance inspection data before and after training. Conducted training seminars on a variety of technical safety and health topics internally and externally i.e. fire protection, industrial hygiene, construction and ergonomics. Directed a comprehensive video program.

3

| | |
|---|---|
| 7/75 - 3/77 | **U.S. Department of Labor/OSHA**<br>**Occupational Safety and Health Compliance Officer** |

Conducted comprehensive safety and health inspections and accident investigations in industry and construction. Sampled for toxic chemicals, vapors, and airborne contaminants, monitored for noise and vibration, trained State and Federal OSHA inspectors, and provided expert testimony for OSHA.

| | |
|---|---|
| 3/73 - 7/75 | **Safety Services Incorporated**<br>**Chicago, IL**<br>**Safety Consultant** |

Conducted consultations with industrial and construction clients for safety and health and loss control management. Specialized in ergonomics to reduce losses caused by repetitive trauma. Evaluated client's status for EPA, OSHA and MSHA regulations. Provided recommendations for compliance and improved safety and health management. Managed a staff of safety and health specialists. Provided expert testimony for clients at the Federal District court.

| | |
|---|---|
| 9/72 - 3/73 | **State Of Wisconsin**<br>**Madison, WI**<br>**Safety Consultant** |

Developed specialized safety and health training and hazard recognition programs for the State of Wisconsin. Developed and administered an employee hazard awareness program stressing ergonomics.

| | |
|---|---|
| 6/71 - 9/72 | **Safety Systems Analyst** |

Evaluated the State of Wisconsin's safety and health programs in comparison to OSHA requirements. Conducted training with State officials and the private sector emphasizing Federal requirements. Recommended changes in the State's program for "as effective as" OSHA requirements.

| | |
|---|---|
| 9/70 - 6/71 | **University Of Wisconsin**<br>**Madison, WI**<br>**Lecturer** |

Taught classes in safety psychology and ergonomics at the University of Wisconsin. Emphasized psychological principles in evaluating safety factors in man-machine interactions.

4

| | |
|---|---|
| **1/70 - 1/72** | **Research Assistant** |
| | Taught undergraduate students about feedback factors as they relate to safety and health. Utilized computers and closed-circuit television to simulate man-machine interactions, which were monitored to reduce stress and strain. |

**Education:**

*Graduate School*
M.S. Industrial Psychology (Ergonomics),
University of Wisconsin, 1970-1972

*College*
B.A. Psychology
University of Wisconsin, 1965-1970

*Honors*
Regents Academic Scholarship
September 1970

United States Secretary of Labor Award for Exceptional
Achievement in Construction, March 1992


**Other Information:**

*Labor Relations*

July 1976 to January 1989

Served in a number of labor relations' positions for a local and national union. Acted as chief negotiator and arbitrator.

January 1987 to January 1989

Served as Chairman for the Secretary of Labor's Safety and Health Committee for the U.S. Department of Labor.

*Additional*
Featured teacher/instructor/speaker at hundreds Associations, Universities, Unions and Professional Meetings, including: National Safety Council, Associated General Contractors, Associated Building Contractors, Carpenters, Laborers, Heat Treating Institute, United States Navy, NASA, Department of Energy and corporations such as, AK Steel, Reliance National Insurance, Inland Steel Industries, Samsonite, Grain Processing

5

Corporation, Atlantic Richfield and many others. Adjunct professor at UCLA, and Red Rocks Community College. Taught courses at Purdue University, Staten Island University, Maplewood Community College, Keene State University and McHenry Community College.

Provided expert testimony in several precedent setting multi-million dollar lawsuits involving construction equipment and techniques for OSHA.

Developed examination questions for the Board of Certified Safety Professionals certification examination, in the area of Human Behavior and Ergonomics

January 1995, appointed as Chairman of the ANSI A10.28 committee. Revised and updated the Standard for Work Platforms Suspended From Cranes or Derricks. Standard Published and Approved October 14, 1998

June 1996 Elected Chairman of ASTM E34.15 and Standard Guide E916-86 "Reporting Employee Health History Information and Core Physical Examination Results".

January 2001 Member of ANSI A10.24 Roofing Hot Bitumen Safety Requirements for Low Sloped Roofs. Writing new standard.

January 2002 Elected Chairman of ANSI A10.40 Proposed Standard for Ergonomics in Construction.

March 2005 Provided Ergonomic consultation and testimony for State of Michigan Attorney General

Ongoing professional development include conferences and meetings with ASSE, National Safety Council, ANSI, ASTM, as well as, courses in Public Speaking, Video Production, Labor Relations, Radiation, Industrial Hygiene, Project Management, Decision Making, Successful Negotiating, Management Skills for Supervisors, Time Management, Employee Development, Human Side of Management, Crane Safety, Construction Safety, Tunnel Safety, Process Safety Management and Ergonomics.

**Professional Associations:**

Certified Safety Professional (CSP) by examination, September, 1978

American Society of Safety Engineers (ASSE), April 1973

Certified Audiometric Technician, September, 1974

6

American Society For Testing and Materials (ASTM) Vice-Chairperson, Committee E-34 Occupational Health and Safety

American National Standards Institute (ANSI) Chairman, A10.28 Committee for Safety Requirements for Construction and Demolition.

Registered Professional Safety Engineer - Commonwealth of Massachusetts License No. 37635

January 2002, Elected Chairperson of ANSI A10.40 "Ergonomics in Construction".

**Publications & Broadcasts:**

July 1991, American Society of Safety Engineers Magazine **Professional Safety**, "Safety Management, An Approach for the 90's".

Several Articles concerning "Construction Safety", published in "The Builder" Publication for the Associated General Contractors

September 25-28, 2001, Nationwide Broadcast from Studios in St Louis. Developed Program in Occupational Safety and Health for OSHA Broadcast. Presented segments on **"Walking Working Surfaces","  Machine Guarding", "Hazardous Materials including Compressed Gases", and "Hazard Communications".**

FEES

| | |
|---|---|
| Retainer (non-refundable) | $ 1,500 |
| Reading and Research | $ 195/hr |
| Deposition Testimony (3 hours minimum) | $ 295/hr |
| Trial Testimony (3 hours minimum) | $ 295/hr |
| Portal to Portal Travel | $ 95/hr |