IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,  )<br>  )<br>  Plaintiff,  )<br>  )<br> vs.  )<br>  )<br> UNITED STATES OF AMERICA,  )<br>  )<br>  Defendant.  ) | Case No. 3:05-cv-263-JKS |

PROPOSED ORDER

The court has considered the United States' Motion to Dismiss All Claims as well as plaintiff Joel Wallender's opposition thereto.

WHEREAS the plaintiff has stated a claim upon which relief may be granted; and

WHEREAS the defendant has failed to meet its burden of proof under Fed. R. Civ. P. 12 (b) (6);

THE COURT THEREFORE ORDERS that the United States Motion to Dismiss All Claims is denied.

Dated this _____ day of _____, 2006.

_____
Honorable James K. Singleton
Federal District Court Judge

1