IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 3:05-cv-263-JKS |

## REQUEST FOR ORAL ARGUMENT

**COMES NOW** plaintiff, by and through counsel, and hereby requests that oral argument be scheduled on defendant's Motion to Dismiss. Approximately one hour of the court's time should be sufficient to conduct oral argument. This request is filed simultaneously with plaintiff's Opposition Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 30TH day October, 2006.

/s/
PETER R. EHRHARDT
Alaska Bar No. 8006016
Attorney for Plaintiff

CERTIFICATE OF SERVICE:

I, the undersigned, hereby certify that on this 31ST day of October, 2006, I caused to be served by EMAIL a true and correct copy of the foregoing.

/s/
NATHAN BIRCHFIELD