IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>       Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  Case No. 3:05-cv-263-JKS<br>)<br>)<br>)<br>)<br>) |

PROPOSED ORDER

Whereas Oral Argument has been requested by plaintiff on defendant's Motion to Dismiss,

**THE COURT THEREFORE ORDERS** that the Oral Argument on defendant's Motion to Dismiss shall take place on the \_\_\_\_ day of _____, 20\_\_\_, at the hour of _____:\_\_\_\_\_ \_\_\_.m. in Courtroom \_\_\_\_\_.

Dated this _____ day of _____, 2006.

_____
Honorable James K. Singleton
Federal District Court Judge