NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ) Case No. 3:05-cv-263-JKS<br>)<br>)<br>)  **UNITED STATES' UNOPPOSED**<br>)  **MOTION FOR AN EXTENSION**<br>)  **OF TIME TO REPLY TO THE**<br>)  **RESPONSE IN OPPOSITION**<br>)<br>) *on shortened time*<br>) |

  The United States, through counsel, moves, *on shortened time,* and unopposed for an extension of time until November 24, 2006 to reply to the response in opposition at docket 17.  The response is extensive and counsel needs more time to address all the issues.

RESPECTFULLY SUBMITTED November 7, 2006

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2006
**UNITED STATES' UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO REPLY TO THE RESPONSE IN OPPOSITION**
was served
electronically on Peter R. Ehrhardt.

s/ Susan J. Lindquist