IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | ) Case No. 3:05-cv-263-JKS<br>)<br>)<br>)<br>) **ORDER GRANTING AN**<br>) **EXTENSION OF TIME TO FILE**<br>) **THE REPLY TO THE**<br>) **RESPONSE IN OPPOSITION**<br>)<br>) *on shortened time*<br>) |

The United States' Unopposed Motion for Extension of Time to file a reply brief on November 24, 2006, is hereby GRANTED.

 November 8, 2006                           ___/s/James K. Singleton, Jr.____
     (DATE)                                JAMES K SINGLETON, JR.
                                               United States District Court Judge