NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | ) Case No. 3:05-cv-263-JKS<br>)<br>)<br>) **UNITED STATES' SECOND**<br>) **UNOPPOSED MOTION FOR AN**<br>) **EXTENSION OF TIME TO**<br>) **REPLY TO THE RESPONSE IN**<br>) **OPPOSITION**<br>)<br>) *on shortened time*<br>) |

  The United States, through counsel, moves, *on shortened time,* and unopposed for an extension of time until December 22, 2006  to reply to the response in opposition at docket 17.  The United States' reply is currently due

November 24, 2006. Counsel for the United States is preparing for a jury trial that begins November 27, 2006 and needs more time to address all the issues in its reply. She spoke today with Mr. Eberhardt's representative and he does not oppose the extension.

    RESPECTFULLY SUBMITTED November 22, 2006.

    NELSON P. COHEN
    United States Attorney

    s/ Susan J. Lindquist
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3378
    Fax: (907) 271-2344
    E-mail: susan.lindquist@usdoj.gov
    AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2006
**UNITED STATES' SECOND UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO REPLY TO
THE RESPONSE IN OPPOSITION**
was served electronically on Peter R. Ehrhardt.

s/ Susan J. Lindquist