IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | ) Case No. 3:05-cv-263-JKS<br>)<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING AN EXTENSION OF**<br>) **TIME TO FILE THE REPLY TO**<br>) **THE RESPONSE IN**<br>) **OPPOSITION**<br>)<br>) |

The United States' Unopposed Motion for Extension of Time to file a reply brief on December 22, 2006 is hereby GRANTED.

_____  　　　_____
　　　(DATE)　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　United States District Court Judge