IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | ) Case No. 3:05-cv-263-JKS<br>)<br>)<br>)<br>) **ORDER GRANTING AN**<br>) **EXTENSION OF TIME TO FILE**<br>) **THE REPLY TO THE**<br>) **RESPONSE IN OPPOSITION**<br>)<br>)<br>) |

      The United States' Unopposed Motion for Extension of Time to file a reply brief on December 22, 2006 is hereby GRANTED.


November 27, 2006                __/s/James K. Singleton, Jr._____
    (DATE)                       JAMES K. SINGLETON, JR.
                                   United States District Court Judge