NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER, | ) Case No. 3:05-cv-263-JKS |
| Plaintiff, | ) |
| vs. | ) **UNITED STATES' THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO THE RESPONSE IN OPPOSITION** |
| UNITED STATES OF AMERICA, | |
| Defendant. | ) *on shortened time* |

The United States, through counsel, moves, *on shortened time,* and unopposed for an extension of time until January 19, 2006 to reply to the response in opposition at docket 17.  The United States' reply is currently due December 22, 2006.  Counsel for the United States has 40 hours of leave she must use before the

end of the year. She also has a Ninth Circuit brief due on January 8, 2007. She spoke today with Mr. Eberhardt's representative who reported that he contacted Mr. Eberhardt and he does not oppose the extension.

    RESPECTFULLY SUBMITTED December 21, 2006.

    NELSON P. COHEN
    United States Attorney

    s/ Susan J. Lindquist
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3378
    Fax: (907) 271-2344
    E-mail: susan.lindquist@usdoj.gov
    AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2006
**UNITED STATES' THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO THE RESPONSE IN OPPOSITION**
was served electronically on Peter R. Ehrhardt.

s/ Susan J. Lindquist