IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | ) Case No. 3:05-cv-263-JKS<br>)<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING AN EXTENSION OF**<br>) **TIME TO FILE THE REPLY TO**<br>) **THE RESPONSE IN**<br>) **OPPOSITION**<br>)<br>) |

The United States' Unopposed Motion for Extension of Time to file a reply brief on January 19, 2006 is GRANTED.

_____        _____
    (DATE)                                  JAMES K. SINGLETON
                                                    United States District Court Judge