IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:05-cv-263-JKS<br><br>**[PROPOSED] ORDER TO ADD ADDITIONAL FACTUAL MATERIAL TO DEFENDANT'S REPLY** |

The United States moved, *on shortened time*, through counsel, to add additional factual material to its Reply brief. The material consists of four Osborne Construction daily reports of activities in August, 2002. Based on the fact that the material was not available to counsel at the time the government filed the motion, the motion to add additional factual material is granted. Exhibits J, K, L and M are admitted as exhibits to the Reply brief.

DATED: _____     _____
                                                JAMES K. SINGLETON
                                                U. S. DISTRICT COURT JUDGE