**UNITED STATES EXHIBIT LIST**
Additional material for Reply brief at Docket 26

Ex. J         Osborne Daily Report, 8-1-02

Ex. K        Osborne Daily Report, 8-2-02

Ex. L         Osborne Daily Report, 8-3-02

Ex. M        Osborne Daily Report, 8-5-02