# Contractor's Quality Control Report/Quality Assurance Report
(ER 1180-1-6)

| Contract Number | UPC/Project Title and Location of Work |
|---|---|
| DACA85-01-C-0026 | FY01 Replacement Family Housing, Fort Wainwright, Alaska |

| CQC Report Number | Date | Contractor |
|---|---|---|
| 079 | Thursday August 1, 2002 | Osborne Construction Company<br>3701 Braddock Street<br>Fairbanks, Alaska 99707 |

**Weather Classification:**

CLASS A   No interruptions of any kind from weather conditions occurring on this or previous shifts
CLASS B   Weather occurred during this shift that caused a complete stoppage of all work.
CLASS C   Weather occurred during this shift that caused a partial stoppage of work.
CLASS D   Weather overhead excellent or suitable during shift. Work completely stopped due to
None          results of previous adverse weather.
CLASS E   Weather overhead excellent or suitable during shift but work partially stopped due to
              previous adverse manner.
OTHER    Explain.

**Classification:** _____A_____ **Temperature:** Max __+76F____  Min _+50F_____ **Precipitation:** _sunny_

**Contractor/Subcontractors Work Activities Performed Today:** (Attach list of equipment either idle or working as appropriate)
Reference (NAS ID No.)          Activity                                                                              Contractor

**Work Performed This Day:** (Include location and description of work performed. Refer to work performed by prime and or subcontractors by NAS activity number in the section above).
Building 1402:   Stutzman surveyors doing layout for footings.
                 OCC performing general clean up around site.

Building 1404:   OCC continuing pick up work and correction on stairs.   . Slayden installing bath exhaust fans.
Building 1405:   OCC continuing low-roof framing and sheathing and dormers, pick up & general clean up.  Slayden continued plumbing rough
                 in.  ECCI continuing installation of boxes and other rough-in.
Building 1406:   OCC continuing footing forms for utilidor from building 7 to building 8.  Carpenters also laying out foundation stem walls.
Building 1407:   OCC setting wall panels.
Building 1410:   OCC setting 1st floor wall panels and started 2nd floor beams and joists
Building 1411:   OCC continued footing forms and rebar.
Building 1408:   OCC continued to form up for stem walls, and laborers cleaning up area.
Building 1409:   OCC stripped forms from mechanical rooms walls.
Building 1412:   OCC installing sill plates and anchor bolts.
Building 1414:
Building 1416:   OCC cleaning up around stem walls and continued applying Thoroseal waterproofing.
Building 1419:
MH 1063A:   OCC placed concrete for MH 1063A,  Slayden continuing piping installation from 1063 to 1063A,  Utilidor along 100th:  Slayden
            continued installation of pipe hangers and condensate pipe and fittings, start welding tomorrow.
OCC cleaning out utilidors between buildings 5 & 6 as well as main utilidor along Dogwood St. prior to inspection by Charlie Davenport of DPW.

**Materials Received to be Used and/or Incorporated into Project.**

Wall panels and BCI's for building 1410.

**Quality Control Inspections Performed This Date:** (Include inspections, results, deficiencies observed, and corrective actions.)
Preparatory
Initial          Initial Inspection of TS 07212 Board and Batt Insulation (see attached).
Follow-up   Follow up on carpentry: QC Jim Frink  completed inspection of roof sheathing on building 1404 and found the upper roof ready for underlayment and shingle.  Some minor deficiencies remained on the lower roofing, but carpenter had fixed remaining deficiencies by end of day.  Building 1404 is ready to roof except for above mechanical room (waiting for Slayden to install water heaters).  3mm nails at 153mm (6") o.c. at edge and boundries and 305mm (12") o.c. in the field.  Carpenter with nail gun accompanied QC Jim Frink and completed all nailing deficiencies in the presence of Jim Frink to eliminate re-inspection.
QC Jim Frink began complete inspection of roof sheathing on building 1405 with carpenter correcting deficiencies as inspection proceeded.
Follow up on concrete:  Mechanical room walls (1412) Rebar centered in forms with adequate clearances, concrete placed, consolidated and finished in a workman-like manner.  Rebar for MH 1063A per detail 4 DWG S7.1 and detail 7 DWG S7.2, with sufficient shoring to support concrete lid and crew during placement.
Follow up on mechanical:  Slayden continuing steam piping in utilidor 1063 to 1063A, using welding rod from plastic, water tight rod holder, using 6010 root pass, 7018 cover pass  on socket welds, 6010 root pass, 6010 hot pass and 7018 cover pass on butt welds.

Smitty of DPW observed and notified OCC that the crew on building 1412 (installing sill plate and anchor bolts were not treating the cut ends of the sill plate with preservative.  QCSM got with Dan McGrath (foreman for that operation).  Dan had crew go back to treat cut ends.

Was the construction deficiency tracking list updated this date:          XYes       No ☐


003534 ACE
PLTF 000172


Exhibit J
Pages as Marked

Contractor Quality Control/Quality Assurance Report Continued
FY01 Replacement Family Housing, Fort Wainwright Alaska
DACA85-01-C-0026

Tests Required by Plans and/or Specifications Performed and Results of Tests (CQC):

Type of Test     Method     Results
Slump, air and cylinders (see attached).

**Verbal Instructions Given/ Received:** (List any instructions given by Government. Include names, reactions, and remarks.)

**Verbal     Written**

| Work Progress: | | |
|---|---|---|
| Are there any Contractor caused delays or potential finding of fact? | Yes | No |
| Are there any Government caused delays or potential finding of fact? | Yes | No |
| Are there any unforeseeable or weather related delays? | Yes | No |

**Remarks:** (Include any visitors and miscellaneous remarks pertinent to work): In phone conversation between QC Jim Frink, General Foreman Matt Emerson, and Pete Van Husin (SBS Truss Designer) discussing the note on truss shop drawings "Rigid Ceiling applied or 6'-0" O.C. lateral bracing", Pete Van Husin did confirm that a single layer of 5/8" gypsum board screwed off to the bottom chord of the trusses at 2'-0" o.c. is considered a rigid ceiling and therefore, bottom chord bracing is not required. Quality Control from University Redi-Mix (Jack) on site for placement of concrete at MH 1063A. Informed Chief Brady of the Fort Wainwright Fire Department that OCC subcontractor Slayden P&H will be taking out of service, the fire hydrant at the corner of 100th St. and Dogwood (within OCC fenced off area). Chief Brady said he would inform his crews and that it shouldn't be a problem, and to notify him again when it is back in service.

**Safety:** (Include any Infractions of approved safety plan, safety manual, or instructions from Government personnel. Specify corrective actions taken.) Safety violations for lack of fall protection (observed yesterday by QC) were issued to two carpenters. Pat Laakso of State of Alaska OSHA phoned Superintendent Jeff Crawford and informed him that the temporary lighting power supply cord observed during Tuesday's inspection is indeed a legal temporary installation and does comply with safety codes and therefore is no longer an issue. Pat Laakso also stated that the fluorescent tube lighting in the basements of buildings 1404 & 1405 do need to have bulbs protected. As pointed out during Tuesday's on-site inspection, protective devices have been on order since before Tuesday's OSHA compliance inspection. QCSM observed hand rails around lid of MH 1063A, ladder was tied off, all rebar caps in place.
Smitty of DPW asked Slayden welder to put up a weld screen near MH 1063 to prevent possible arc flash to Wolverine Employees. Welder complied.

**Contractor's Certification:** I certify that the above report is complete and correct and that all materials and equipment used, work performed and tests conducted during this reporting period were in strict compliance with the contract plans and specifications except as noted above.

Contract Quality Control Manager Signature _Chris Seeley_     Date _Thursday August 1, 2002_
Site Superintendent Signature _[signature]_     Date _Thursday August 1, 2002_

79

**Government Quality Assurance Comments**
Quality Assurance Testing Performed this date? Yes ☐   No ☐
Safety Inspections performed other that noted above. ☐   No ☐
Concurs with the CQC Report?   Yes ☒   No ☐
Additional comments or exceptions:

QAR Signature _[signature]_     Date _02-06-03_
Supervisor's Initial _[signature]_     Date ____

*Missing initial phase needed for insulation. Will ask for insert.*


003535 ACE
PLTF 000173

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

### Manpower and Equipment

#### Osborne Construction Company

| Labor Classification | Number | Hours | | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Days Used |
|---|---|---|---|---|---|---|---|---|
| Project Manager | 1 | 12 | | Ford pickup | | 2000 | 1 | 9 |
| Superintendent | 1 | 14 | | Chevy pickup | | 2000 | 1 | 12 |
| General Foreman | 1 | 12 | | Chevy pickup | | 2000 | 1 | 10 |
| QCSM | 1 | 10 | | Mazda Pick up | | 1991 | 1 | 9 |
| QC | 1 | 11 | | Grove RT60 Hydro crane | | | 1 | 9 |
| Carpenters | 48 | 432 | | SBS Boom Truck | | | 1 | 9 |
| Operator | 3 | 27 | | Flat-Deck Trailer | | 2000 | 1 | 9 |
| Laborers | 20 | 180 | | | | | | |
| Project Engineer | 2 | 18 | | | | | | |
| Field Engineer | 2 | 20 | | | | | | |
| SBS Field Engineer | 1 | 10 | | | | | | |
| Welder | 1 | 6 | | | | | | |
| Total Hours: | | 761 | | | | | | |

#### Great Northwest

| Labor Classification | Number | Hours | | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Days Used |
|---|---|---|---|---|---|---|---|---|
| Superintendent | | | | Dodge Dsl | | 2000 | 1 | |
| Assistant Super. | | | | | | | 1 | |
| Carpenters | 0 | 0 | | TD 7 Dozer | | | 1 | hrs |
| Labor | | | | excavator Komatsu | | | 1 | 8 hrs |
| Operator | 2 | | | Dozer 650 H | | | 1 | 8 hrs |
| Surveyor | | | | 416 Excavator | | | 1 | 0 hrs |
| Electricians | 0 | | | Dump Truck | | | | hrs |
| FORMAN | 0 | 0 | | rolling compactor | | | 1 | 8 hrs |
| Drivers | | | | Water Truck | | | 1 | 8 hrs |
| | 0 | 0 | | caterpillar JD 550 | | | 1 | hrs |
| | | | | Side dumps | | | 2 | 0 hrs |
| Total Hours: | | | | | | | | |

#### Montauk Environmental

| Labor Classification | Number | Hours | | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|---|
| Enviro. Specialist | | | | PID Snifffer | MicroTip | 2000 | 1 | |
| | | | | 4-door sedan | | | 1 | |
| Total Hours: | | | | | | | | |

#### Stutzman Engineering

| Labor Classification | Number | Hours | | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|---|
| Surveyors | 2 | 5 | | Suburban | | | 1 | 2.5 |
| hrs | | | | | | | | |
| Total Hours: | | | | | | | | |

#### Slayden Plumbing & Heating

| Labor Classification | Number | Hours | | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Us |
|---|---|---|---|---|---|---|---|---|
| Superintendent | 1 | 8 | | Pick up | | | 1 | 8 |
| Plumber | 7 | 56 | | Pick up | | | 1 | 8 |
| Apprentices | 4 | 32 | | Welding Machines | | | 2 | 16 |
| Welders | 1 | 8 | | | | | | |
| Insulators | | | | | | | | |
| Cert. Welding Inspector | | | | | | | | |
| Total Hours: | | 104 | | | | | | |


003536 ACE
PLTF 000174

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Us |
|---|---|---|---|---|---|---|---|
| Superintendent | | | Excavator | Hitachi | | | |
| Operator | | | Semi End dump | | | | |
| Drivers | | | Low boy | | | | |
| | Total Hours: | | | | | | |

| Labor Classification | Number | Hours | Environmental Solutions Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Owner | | | Van Truck | | | 1 | 0 |
| Foreman | | | Cube Van truck | | | 1 | 0 |
| Air Monitor | | | | | | | |
| Operator | | | | | | 0 | 0 |
| laborers | | | | | | 0 | 0 |
| | Total Hours: | | | | | | |

| Labor Classification | Number | Hours | Concrete Cutters Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Concrete Cutters | | | Box Van | | | 1 | |
| | | | Air Compressors | | | 1 | |
| | Total | | | | | | |

| Labor Classification | Number | Hours | ECCI (Electrical Sub) Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Owner/foreman | 1 | 8 | Dodge Pick up | | | | |
| Electrician | 2 | 16 | Chevy Pick up | ½ ton | 99 | 1 | 9 |
| laborers | | | Bucket/Pole Setting truck | | | 2 | 16 |
| | Total Hours: | 24 | | | | | |
| | Sub Total: | 894.0 | | | | | |
| | Previous: | 34,689.0 | | | | | |
| | UTD: | 35,583.0 | | | | | |


003537 ACE
PLTF 000175

# OSBORNE CONSTRUCTION CO

## RECORD OF TELEPHONE CONVERSATION

**Date:** 8-1-02    **Project:** FY-10

**Time:** 8:10 AM    **Phone:**

**Who Called:** JC Returned Call    **Firm:** OCC

**Talked To:** Pat Lasko    **Firm:** STATE OSHA

**Referenced:** OSHA Site Inspection Issues:

**Summary of Conversation:**

① 1926 - 405.A2iiE - No HEIGHT Spec'd for protecting Light Fixture But SAYS "all Covered" - so we need to Cove

General Industry 1910 - Will be issue for unprotected Light Fixture florecent tubes when people move in.

Pig Tail Issue - out of Box - Is Legal But suggests Covering the Box and

003538 ACE
PLTF 000176

# ALASKA TEST LAB
### A Division of DOWL LLC

Phone: 562-2000, Fax: 563-3953

**CONCRETE & MASONRY**
☑ Concrete ☐ Mortar ☐ Grout

Dispatch Date: August 1 2002
Dispatch Time: 0630

Page 1 of 1

| | |
|---|---|
| Client: Osborne | W.O. #: F60001 |
| Project: F-101 | MOA Permit #: — |
| Order taken by: — | Requested by: — | Date: — | Time: — |
| Test Locations Selected by: ☑ ATL ☐ Contractor ☐ Owner | Tested by/date: AS 8-1-02 |

**Notification of Test Results Given To:** Chris Box
Date: 8-1-02
Time: 0925

| | |
|---|---|
| Time Departed for Site: 0640 | Time Arrived Site: 0650 |
| Time Departed Site: 0930 | Time Arrived Back: 0940 |
| Standby Requested by (start/end): — | |
| Contractor: Osborne | Total Pour Volume: 27 yds | Time Pour Started: 0730 |
| Supplier: University Redi Mix | Product Code: — | Time Pour Ended: 0920 |
| Specified: Strength 28 Mpa | Air 5-7 | Slump 50-100 mm | w/c — |
| Other: — | |

cnccarbn.doc

Checked by/date:

| | | | | | Location |
|---|---|---|---|---|---|
| Today's Set No. | 1 | | | | |
| Total Air | 6.0 | | | | 1) Utilidor West Wall 10mS 4mW of SE |
| Agg. Corr. | — | | | | Corner of bldg. 1418 |
| **Entrained Air** | 6.0 | | | | |
| **Slump** | 85 mm | | | | |
| Conc. Temp. | 18.8 | | | | placed by pump truck |
| Pour Air Temp. | 21.1 | | | | sampled from truck rear discharge |
| Σ yd³ Poured | 3/9 | | | | |
| Ticket No. | 1327 | | | | |
| Size/No. Specimens | 6x12/8 | | | | |

**Remarks:**

Cylinders Picked Up by/date: AS 8-2-02
site visit: T&M
max/min temp: 76/50

☐ Unit Price  ☑ T & M

003539 ACE
PLTF 000177

# ALASKA TESTLAB
**A Division of DOWL LLC**

Phone: 562-2000, Fax: 563-3953

## IN PLACE DENSITY
**ASTM D2922 & D2216**

☒ SOILS   ☐ ASPHALT PAVING

Dispatch Date: 8/1/02
Dispatch Time: 1330
Page 1 of 2

---

Client: WIRE COMM             W.O. #: F60006
Project: FY01 HOUSING         Instrument #:
Order taken by: CH    Requested by: Bill 356-1347    Date: 8/1/02   Time: 1330
Test Locations Selected by: ☒ ATL   ☐ Contractor   ☐ Owner   Tested by/date: LB 8-1-02

Notification of Test Results Given To:

Time Departed for Site: 1345     Time Arrived Site: 1350     Date:
Time Departed Site: 1530         Time Arrived Back: 1535     Time:
Standby Requested by (start/end):

MOA Permit No. _____              Checked by/date: _____

☐ Waterline   ☐ Sewerline   ☐ Storm Drain   ☒ Electrical Line
☐ Gas Line    ☐ Fuel Line   ☐ Slab          ☐ Footing      ☐ Curb & Gutter
☐ Sidewalk    ☐ Road        ☐ Parking Lot   ☐ Other

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | — | 55 | 40 | 5 | BS | 145.5 | 137.3 | 5.9 | 136.5 Lab | 100 |

Type: Import - Badger
Location: Comm Trench btwn bldgs 1408 & 1410 W end
Elevation: 2 ft BFG

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | — | 55 | 40 | 5 | BS | 142.1 | 130.3 | 9.0 | 136.5 Lab | 96 |

Type: Import Badger
Location: Comm Trench btwn bldgs 1408 & 1410 Central Section
Elevation: 2 ft BFG

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | — | 55 | 40 | 5 | BS | 135.0 | 129.3 | 4.4 | 136.5 Lab | 95 |

Type: Import - Badger
Location: Comm Trench btwn bldgs 1408 & 1410 E End
Elevation: 2 ft BFG

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | — | 55 | 40 | 5 | BS | 138.9 | 131.0 | 6.0 | 136.5 Lab | 96 |

Type: Import - Badger
Location: Comm Trench btwn bldgs 1408 & 1410 W End
Elevation: 1 ft BFG

**Remarks:**
Road Crossing on 100th St.
Used Osborne's Proctor (136.5)

☒ Unit Price   ☐ T & M

dencarb12001.doc

(Rev 2, 5/01)
© 2001 Copyright DOWL LLC      Site Visits: ___, Tests: ___, Tally by/date: ___
Original-ATL File, Yellow - Field Report

003540 ACE
PLTF 000178

**ALASKA TEST LAB**
A Division of DOWL LLC

**IN-PLACE DENSITY**
(Continued)

Page 2 of 2

Client: Wire Comm
Project: FY01 Housing

W.O. #: F60006
Tested by/date: LB 08-01-0

Checked by/date: _____

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | – | 55 | 40 | 5 | BS | 141.7 | 134.7 | 5.1 | 136.5 | 97 |

Type: Import - Badger
Location: Comm Trench btwn bldgs 1408 & 1410 Central Section
Elevation: 1 ft BFG

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | – | 55 | 40 | 5 | BS | 137.3 | 129.9 | 5.7 | 136.5 | 95 |

Type: Import - Badger
Location: Comm Trench btwn bldgs 1408 & 1410 E end
Elevation: 1 ft BFG

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | – | 55 | 40 | 5 | BS | 142.1 | 134.6 | 7.1 | 136.5 | 98 |

Type: Import - Badger
Location: Comm Trench btwn bldgs 1408 & 1410 W End
Elevation: FG

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | – | 55 | 40 | 5 | BS | 143.1 | 136.7 | 4.6 | 136.5 | 100 |

Type: Import - Badger
Location: Comm Trench btwn bldgs 1408 & 1410 Central Section
Elevation: FG

| No. | +3" | Gravel | Sand | -200 | Probe | Bulk | Dry | Water | Proctor | % Compaction |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | – | 55 | 40 | 5 | BS | 142.3 | 135.8 | 4.9 | 136.5 | 100 |

Type: Import - Badger
Location: Comm Trench btwn bldgs 1408 & 1410 E End
Elevation: FG

(Rev 1, 4/99)
© 1999 Copyright DOWL LLC

Original-ATL File, Yellow - Field Report

003541 ACE
PLTF 000179