003511 ACE

# Contractor's Quality Control Report/Quality Assurance Report

(ER 1180-1-6)

| Contract Number | | UPC/Project Title and Location of Work |
|---|---|---|
| DACA85-01-C-0026 | | FY01 Replacement Family Housing, Fort Wainwright, Alaska |
| CQC Report Number | Date | Contractor |
| 080 | Friday August 2, 2002 | Osborne Construction Company<br>3701 Braddock Street<br>Fairbanks, Alaska 99707 |

**Weather Classification:**

| | |
|---|---|
| CLASS A | No interruptions of any kind from weather conditions occurring on this or previous shifts |
| CLASS B | Weather occurred during this shift that caused a complete stoppage of all work. |
| CLASS C | Weather occurred during this shift that caused a partial stoppage of work. |
| CLASS D | Weather overhead excellent or suitable during shift. Work completely stopped due to |
| None | results of previous adverse weather. |
| CLASS E | Weather overhead excellent or suitable during shift but work partially stopped due to |
| | previous adverse manner. |
| OTHER | Explain. |

**Classification:** ___A___ **Temperature: Max** _+76F_ **Min** _+52F_ **Precipitation:** _sunny_

---

**Contractor/Subcontractors Work Activities Performed Today:** (Attach list of equipment either idle or working as appropriate)
Reference (NAS ID No.)          Activity                                                                          Contractor

---

**Work Performed This Day:** (Include location and description of work performed. Refer to work performed by prime and or subcontractors by NAS activity number in the section above).

Building 1402:
　　　　　OCC performing general clean up around site.

Building 1404: OCC continuing pick up work and correction on stairs.
Building 1405: OCC continuing pick up & general clean up. Slayden continued plumbing rough in. ECCI continuing installation of boxes and other rough-in.
Building 1406: OCC placed concrete for stem walls and utilidor connecting 1406 to 1408.
Building 1407: OCC continuing setting wall panels on 2nd floor, building stairs and fire-blocking on 1st floor. Also installing Simpson A35 brackets.
Building 1410: OCC setting 2nd floor beams and joists.
Building 1411: OCC placed and finished concrete for footings.
Building 1408:　OCC applying water proofing to branch utilidor and setting lids, sealing with oakum and mastic.
Building 1409:　Slayden laying out for core drilling.
Building 1412: OCC installing sill plates and anchor bolts and stripping wall forms from mechanical room entrance and applying waterproofing.
Building 1414:
Building 1416: OCC continued applying Thoroseal waterproofing.
Building 1419:
MH 1063A: OCC forming utilidor slab from MH 1063A heading west.　　Slayden completed steam tie-in to main at MH 1063, setting the valve and Hyspan compensator.
OCC cleaning out utilidors between buildings 5 & 6 as well as main utilidor along Dogwood St. prior to inspection by Charlie Davenport of DPW. Slayden started demolition of Fire Hydrant at 100th and Dogwood, unable to remove from concrete below grade.
Great Northwest continued excavation of main utilidor along 100th St.

---

**Materials Received to be Used and/or Incorporated into Project.**

---

**Quality Control Inspections Performed This Date:** (Include inspections, results, deficiencies observed, and corrective actions.)
Preparatory   Prep Inspections on TS 02510 Storm Drains and TS 07310 Asphalt Shingles (see attached)
Initial
Follow-up   Follow up on carpentry: QC Jim Frink continuing follow up inspection of rough carpentry in building 1405 units C & D, working with Project Engineer Jerry Love and General Foreman Matt Emerson to correct deficiencies and to consult with engineers/architects to clarify discrepancies in plans and specs.
Follow up on concrete: Rebar has adequate clearances (1-1/2" from forms, 3" from grade), supported by sufficient dobies with 40 diameters lap. Observed laborer stinging concrete incorrectly, informed concrete foreman who corrected laborer and demonstrated and instructed in proper stinging procedures.
Follow up on mechanical: Slayden continuing steam piping in utilidor 1063 to 1063A, using welding rod from plastic, water tight rod holder, using 6010 root pass, 7018 cover pass  on socket welds, 6010 root pass, 6010 hot pass and 7018 cover pass on butt welds.
Follow up on mechanical: Received from Slayden, the welding x-ray report from NDE regarding the two welds which failed and which were re-done and re-x-rayed along with four other welds (see attached).

---

| Was the construction deficiency tracking list updated this date: | XYes | No ☐ |
|---|---|---|

003512 ACE

Exhibit K
Pages as Marked

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

**Tests Required by Plans and/or Specifications Performed and Results of Tests (CQC):**

| Type of Test | Method | **Results** |
|---|---|---|
| Slump, air and cylinders (see attached). | | |

**Verbal Instructions Given/ Received:**  (List any instructions given by Government. Include names, reactions, and remarks.)

| **Verbal** | **Written** |
|---|---|
| | |

**Work Progress:**

| | Yes | No |
|---|---|---|
| Are there any Contractor caused delays or potential finding of fact? | **Yes** | **No** |
| Are there any Government caused delays or potential finding of fact? | **Yes** | **No** |
| Are there any unforeseeable or weather related delays? | **Yes** | **No** |

**Remarks:**  (Include any visitors and miscellaneous remarks pertinent to work):  In phone conversation between QC Jim Frink, General Foreman Matt Emerson, and Pete Van Husin (SBS Truss Designer) discussing the note on truss shop drawings "Rigid Ceiling applied or 6'-0" O.C. lateral bracing", Pete Van Husin did confirm that a single layer of 5/8" gypsum board screwed off to the bottom chord of the trusses at 2'-0" o.c. is considered a rigid ceiling and therefore, bottom chord bracing is not required.  Quality Control from University Redi-Mix (Jack) on site for placement of concrete at MH 1063A.  Informed Chief Brady of the Fort Wainwright Fire Department that OCC subcontractor Slayden P&H will be taking out of service, the fire hydrant at the corner of 100[th] St. and Dogwood (within OCC fenced off area).  Chief Brady said he would inform his crews and that it shouldn't be a problem, and to notify him again when it is back in service.

Utilidor inspection with Charlie Davenport, Steve Eldridge of Slayden and Superintendent Jeff Crawford  for branch utilidors and main between buildings 1412 & 1409.  Charlie Davenport approved placement of utilidor lids for these utilidors.

QC verbally informed by General Foreman Matt Emerson that detail 7 of DWG A5.1 has changed per Tom Vasilatos (VP OCC).  The pre-finished continuous soffit vent will now run from bottom of facia, horizontally (not inclined with pitch of roof).

**Safety:**  (Include any Infractions of approved safety plan, safety manual, or instructions from Government personnel.  Specify corrective actions taken.)
No Discrepancies noted.

**Contractor's Certification:** I certify that the above report is complete and correct and that all materials and equipment used, work performed and tests conducted during this reporting period were in strict compliance with the contract plans and specifications except as noted above.

Contract Quality Control Manager Signature _Chris Seeley_    Date _Friday August 2, 2002_

Site Superintendent Signature _____    Date  Friday August 2, 2002

**Government Quality Assurance Comments**
Quality Assurance Testing Performed this date? Yes ☐  No ☐
Safety Inspections performed other that noted above. ☐  No ☐
Concurs with the CQC Report?  Yes ☒  No ☐
Additional comments or exceptions:

_80_

QAR Signature _____    Date _02-06-03_

Supervisor's Initial _____    Date _____

QAR (invited to prep ??)

Page: 2

003513 ACE

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

**Manpower and Equipment**

### Osborne Construction Company

| Labor | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|
| Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Days Used |
| Project Manager | 1 | 12 | Ford pickup | | 2000 | 1 | 9 |
| Superintendent | 1 | 14 | Chevy pickup | | 2000 | 1 | 12 |
| General Foreman | 1 | 12 | Chevy pickup | | 2000 | 1 | 10 |
| QCSM | 1 | 10 | Mazda Pick up | | 1991 | 1 | 9 |
| QC | 1 | 11 | Grove RT60 Hydro crane | | | 1 | 9 |
| Carpenters | 47 | 423 | SBS Boom Truck | | | 1 | 9 |
| Operator | 3 | 27 | Flat-Deck Trailer | | 2000 | 1 | 9 |
| Laborers | 22 | 198 | | | | | |
| Project Engineer | 2 | 18 | | | | | |
| Field Engineer | 2 | 20 | | | | | |
| SBS Field Engineer | 1 | 10 | | | | | |
| Welder | 1 | 6 | | | | | |
| | Total Hours: | 770 | | | | | |

### Great Northwest

| Labor | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|
| Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Days Used |
| Superintendent | | | Dodge Dsl | | 2000 | 1 | |
| Assistant Super. | | | | | | 1 | |
| Carpenters | 0 | 0 | TD 7 Dozer | | | 1 | hrs |
| Labor | | | excavator  Komatsu | | | 1 | 8 hrs |
| Operator | 2 | 16 | Dozer  650 H | | | 1 | 8 hrs |
| Surveyor | | | 416 Excavator | | | 1 | 0 hrs |
| Electricians | 0 | | Dump Truck | | | | hrs |
| FORMAN | 0 | 0 | rolling compactor | | | 1 | 8 hrs |
| Drivers | | | Water Truck | | | 1 | 8 hrs |
| | 0 | 0 | caterpillar JD 550 | | | 1 | hrs |
| | | | Side dumps | | | 2 | 0 hrs |
| | Total Hours: | 16 | | | | | |

### Montauk Environmental

| Labor | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|
| Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
| Enviro. Specialist | | | PID  Snifffer | MicroTip | 2000 | 1 | |
| | | | 4-door sedan | | | 1 | |
| | Total Hours: | | | | | | |

### Stutzman  Engineering

| Labor | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|
| Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
| Surveyors | | | Suburban | | 1 | | hrs |
| | Total Hours: | | | | | | |

### Slayden Plumbing & Heating

| Labor | | | Equipment | | | | |
|---|---|---|---|---|---|---|---|
| Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Day Us |
| Superintendent | 1 | 8 | Pick up | | | 1 | 8 |
| Plumber | 6 | 48 | Pick up | | | 1 | 8 |
| Apprentices | 4 | 32 | Welding Machines | | | 2 | 16 |
| Welders | 1 | 8 | | | | | |
| Insulators | | | | | | | |
| Cert. Welding Inspector | | | | | | | |
| | Total Hours: | 96 | | | | | |

003514 ACE

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Us |
|---|---|---|---|---|---|---|---|
| Superintendent | | | Excavator | Hitachi | | | |
| Operator | | | Semi End dump | | | | |
| Drivers | | | Low boy | | | | |
| | Total Hours: | | | | | | |

**Environmental Solutions**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Owner | | | Van Truck | | | 1 | 0 |
| Foreman | | | Cube Van  truck | | | 1 | 0 |
| Air Monitor | | | | | | | |
| Operator | | | | | | 0 | 0 |
| laborers | | | | | | 0 | 0 |
| | Total Hours: | | | | | | |

**Concrete Cutters**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Concrete Cutters | | | Box Van | | | 1 | |
| | Total | | Air Compressors | | | 1 | |

**ECCI  (Electrical Sub)**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Owner/foreman | 1 | 8 | Dodge Pick up | | | | |
| Electrician | 1 | 8 | Chevy Pick up | ½ ton | 99 | 1 | 9 |
| laborers | | | Bucket/Pole Setting truck | | | 2 | 16 |
| | Total Hours: | 16 | | | | | |
| | Sub Total: | 898.0 | | | | | |
| | Previous: | 35,583.0 | | | | | |
| | UTD: | 36,481.0 | | | | | |

Page:  4

003515 ACE

KEN WRAY'S PRINTING, ANCHORAGE



**CONCRETE & MASONRY**

☑ Concrete  ☐ Mortar  ☐ Grout

Dispatch Date: August 2 2002
Dispatch Time: 0700

Phone: 562-2000, Fax: 563-3953

Page 1 of 1

Client: Osborne                                          W.O. #: F60001
Project: F101 Wainwright Family Housing Project          MOA Permit # —
Order taken by: —     Requested by: —      Date: —     Time: —
Test Locations Selected by: ☑ ATL  ☐ Contractor  ☐ Owner   Tested by/date: AS 8/2/02

**Notification of Test Results Given To:** Check Box

Time Departed for Site: 0700      Time Arrived Site: 0710      Date: 8-2-02
Time Departed Site: 1135           Time Arrived Back: 1145      Time: 1130
Standby Requested by (start/end): —
Contractor: Osborne                    Total Pour Volume: 130 yds    Time Pour Started: 0730
Supplier: University Redi Mix          Product Code: —              Time Pour Ended: 1200
*Specifed:* Strength 28 MPa    Air 5-7%    Slump 50-100mm    w/c —
*Other:* —

cnccarbn.doc                          Checked by/date: _____

| Today's Set No. | 1 | 2 | | Location |
|---|---|---|---|---|
| Total Air | 5.4 | 6.0 | | 1) Walls of Bldg. 1406  25 m S 2.5 m E of |
| Agg. Corr. | | | | NE corner of Bldg. |
| **Entrained Air** | 5.4 | 6.0 | | |
| **Slump** | 85 mm | 90 mm | | 2) Footings of Bldg. 1411  25 m W of NE |
| Conc. Temp. | 20.5°C | 20.5°C | | corner of Bldg. |
| Pour Air Temp. | 22.2°C | 22.2°C | | |
| $\Sigma$ yd³ Poured | 12/18 | 21/27 | | placed by pump truck |
| Ticket No. | 30531 | 30536 | | sampled from truck rear discharge |
| Size/No. Specimens | 6x12/8 | 6x12/8 | | |

**Remarks:**

Cylinders Picked Up
by/date: AS 8-3-02
site visit: TM .5
max/min temp: 75/50

☐ Unit Price  ☑ T & M

003516 ACE

## Preparatory Phase Checklist

Contract No.: ___FY01 Family Housing  Fort Wainwright Alaska___          Date: ~~########~~ *Fri 8-2-02*

Definable Feature: ___TS 07310 Asphalt Shingles___

Government Rep Notified          ___Not Available___  Hours in Advance          Yes _____    No _____

### I. Personnel Present:

| | Name | Position | Company/Government |
|---|---|---|---|
| 1. | Chris Seeley | QC Manager | OCC |
| 2. | Jeff Crawford | Superintendent | OCC |
| 3. | *Daryl Peterson* | *Owner* | *A-1 Roofing* |
| 4. | *Daryn Peterson* | *Foreman* | *A-1 Roofing* |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |

### II. Submittals

1. Review submittals and/or submittal log.  Have all submittals been approved?

    Yes _____          No ____X____

    If not, what items have not been submitted?

  a. ___Submittals are in review___

  b. _____

  c. _____

2. Are all materials on hand?          Yes _____          No ____X____

    If not, what items are missing?

  a. *ice shield & Felt now onsite w/shingles*

  b. *on the way*

  c. _____

3. Check approved submittals against delivered material.  (This should be done as material arrives.)

    Comments: ___This will be accomplished___

### III. Material storage

    Are materials stored properly?          Yes _____          No _____

    If not, what action is taken?          ___This will be accomplished___

### IV. Review Plans

    Comments: *Ice shield to be run up from roof up adjacent walls a minimum of 6". ~~The~~ Ridge vent does not go to 2-hour wall but will run ridge vent opening continuous for aesthetics.*

*A-1 Roofing to supply nails only. PCC to supply all other materials.*

003517 ACE

V. Specifications

    1. Review each paragraph of specifications. *Per 3.2.1, 6" end laps unless manu states otherwise. Ice shield in valley's will be lapped 2', with inverted V valley flashing on top of ice shield. Felt underlayment to lap over ice shield min. 6". A-1 has no problem if ridge blocking (DWG A5.1 detail 2) is deleted. Discussed*

    2. Discuss procedure for accomplishing the work. *shed roof vent also (DWG A5.1 detail 11). Accomplished. Shingles will be run up to ridge vent opening to cover all plywood. A-1 to install drip flashing (DWG A5.1 detail 2) with facia flashing by others.*

    3. Clarify any differences. Have any supplemental sketches or RFIs been issued that affect this work. *VTR flashing provided by Slayden, to be installed by A-1, does not meet 2" req'd of 3.3.3 and A-1 will not warranty this flashing against leaks. Superintendent to address.*

VI. Preliminary Work and Permits    Base and Miss Utility contacted, all utilities marked.

    Ensure preliminary work is correct and permits are on file. *Accomplished*

    If not, what action is taken? _____

VII. Testing    (N/A)

    1. Identify test to be performed, frequency, and by whom.

    2. When required?

    3. Where required?

    4. Review Testing Plan.

    5. Has test facilities been approved?

VIII. Safety

    1. Review Hazard Analysis and applicable portion of EM 385-1-1. *A-1 to submit JHA & Safety Plan prior to starting work*

    2. Activity Hazard Analysis approved?    Yes _____    No _____

IX. COE comments during meeting. *Not available.*

003518 ACE

QC REP

003519 ACE



*July 26, 2002*

**FY01 REPLACEMENT FAMILY HOUSING PROJECT**
DACA85-01-C-0026

Submittal Review Letter
*KAI No. 20133*

**KUMIN**
A S S O C I A T E S ,  I N C
ARCHITECTS | PLANNERS | INTERIOR DESIGNERS

Osborne Construction Company
3701 Braddock Street
Fairbanks, Alaska 99707

Attn:  Chris Seeley, QCSM

Re:     **Transmittal No. 07310-1 (Perimeter Underlayment Membrane)**
          **Dated: 07-22-02**

We received the above noted submittal via fax on 7/20/02 (Saturday).  We have reviewed the
material submitted.  This submittal is being returned to you as stamped and signed below.

Notes as follows:

1.  ArmourGard application directions indicate "end laps must be at least 15cm (6 in.).  This
    brought to our attention a typographical error in paragraph 3.2.1 of the Specifications.
    The error is in the conversion of 157mm to inches.  157mm converts to 6" and not 4" as
    indicated.  Follow manufacturers instructions of 6" of end lap.

2.  This submittal review is for item 1.1.2 of the Specifications only.  Other items specified
    in 1.1 have not been received for review.

End of Submittal Review by:
Mike Griffith, KAI

| SHOP DRAWING REVIEW | |
|---|---|
| ☐ NO EXCEPTIONS NOTED | RESPONSE REQUIRED PRIME CONTRACTOR(S) |
| ☑ EXCEPTIONS NOTED: FURNISH AS CORRECTED | ☐ RESUBMIT |
| ☐ EXCEPTIONS NOTED: REVISE AND RESUBMIT | DATE / / BY |
| ☐ UNACCEPTABLE: RESUBMIT | DATE / / BY |
| ☐ RECORD COPY | |

THIS REVIEW OF THE SHOP DRAWING DOES NOT WAIVE OR ALTER THE CONTRACT
REQUIREMENTS. ANY DEVIATION FROM THE CONTRACT REQUIREMENTS MUST BE
SPECIFICALLY BROUGHT TO THE ATTENTION OF THE ARCHITECT IN WRITING AND
UPON THE DRAWINGS, OR BY APPROPRIATE CHANGE ORDER.

KUMIN ASSOCIATES, INC.
DATE 7-26-02  SIGNED _____

**003520 ACE**



### A-1 Roofing and Insulation, Inc.

Darrell Peterson, Contractor * 2095 Frank Avenue * Fairbanks, Alaska 99701  (907) 452 Roof  (FAX
(907) 451-6958  * License # 18586 * Bonded * Insured

## SAFETY REQUIRMENT

Job:          FY01 – Replacement Family Housing
              Sub to: Osborne Construction

Location:     Ft. Wainwright, AK

Date:         August 2002 to Completion

Off Job Site

1    Safety meetings to be held on a weekly basis. All employees are required to attend.
2    Employees are required to sign attendance sheet in verification of their attendance and
     confirming understanding of subject matters discussed.

On Job Site

1    All ladders must be secured and tied off
2    ONE man only to each anchor
3    All workers to wear full harness
4    Hard hats worn at all times. (Wear cotton kerchief under them if they cause you to perspire.
     There is NO exception to this rule.)
5    Shirts must be worn at all times. (Wear a lightweight cotton shirt if it is hot. They will
     help keep you cool.)
6    NO material to be carried up ladder
7    NO alcohol consumed on the job
8    Absolutely drug free environment
9    All workers must wear safety glasses

Other Requirements

1    A copy of this notice must be maintained in company vehicles on job site
2    A copy of this notice must be posted in office
3    Each employee must sign and verify they have read, they understand, and they will comply
     with these requirement. Failure to do so will mean exclusion form the jobsite.

I have read and understand the noted requirements and with my signature confirm I will comply.

Signed this __3rd__ day of __Aug__ ,2002  (print name) _Darren Peterson_

Telephone Safety Numbers on back:          Signature: _Darren Peterson_

003521 ACE

## Emergency Reporting of On the Job Accident

Doctor:       911

Ambulance: 911

Hospital:     911

Police:       911

Fire Dept.   911

Other:
    Office:  452-7663
    After Office Hours:  Dottie   456-7383
                             Darren   452-4522

- Report accident immediately to foreman
- Foreman report accident immediately to Management
- Inform medical personnel injury is Worker's Compensation Insurance
- Obtain worker's compensation report forms from office
- Submit worker's compensation forms within three working days.

003522 ACE

# JOB HAZARD ANALYSIS (JHA)

| Phase of Construction:

Page one of one | Roofing FY101 – Replacement Housing FWW Subcontractor to Osborne Construction | A-1 Roofing & Insulation, Inc.
PO Box 82449
Fairbanks AK 99708
(907) 452-7663 |
| --- | --- | --- |
| **ACTIVITY** | **HAZARD** | **METHOD(s) OF PROTECTION** |
| Installation | Slips and Falls from Roof | 1. Keep roof work area clean and use catch boards at edge.
2. Review with all affected employees the fall protection plan for this project.
3. Require all employees to wear appropriate fall arrest equipment and be tied off at all times. |
| | Slips and Falls from Ladders | 1. Inspect ladders for good condition prior to start of each shift.
2. Ladder shall be equipped with safet feet, rungs sound and in place, and rails in good condition.
3. Ladder shall have firm footing and be secured to the structure, extending 36 inches above landing.
4. Never climb or descend a ladder with anything in your hands or pockets; use hand line.
5. Never use a step ladder as a ladder, and operate only with legs spread fully apart and in a locked position. |
| | Slips and Falls from Scaffolding | 1. Properly erected.
2. Use of fall protection.
3. Proper railing and toe boards in use. |
| | Cutting and Stapling the Roofing and Underlayment | 1. Use proper and sharp tools.
2. Safe work habits. |
| | Chemical Burns from Sealants | 1. Use proper PPE as recommended by the manufacturer's MSDS. |
| | Misunderstanding of Personnel | 1. Pre-work briefing of all personnel and supervisors using all MSDS, PADS, and JHA's. |
| | Unsafe/unskilled forklift operator | 1. Designate & authorize trained forklift operators only.
2. Provide forklift operator training with certification. |
| Stock Tools and Materials on Roof | Back Injuries | 1. Mechanical equipment will be utilized to move tools & materials whenever possible
2. All employees ill be instructed in proper body mechanics |

003523 ACE

## Preparatory Phase Checklist

| | | | |
|---|---|---|---|
| Contract No.: | FY01 Family Housing  Fort Wainwright Alaska | Date: 8-2-02 | |
| Definable Feature: | TS 02510 Storm Drains | | |
| Government Rep Notified | Not available  Hours in Advance | Yes _____ | No _____ |

I. Personnel Present:

| | Name | Position | Company/Government |
|---|---|---|---|
| 1. | Chris Seeley | QC Manager | OCC |
| 2. | Jeff Crawford | Superintendent | OCC |
| 3. | Steve Geraghty | PM | Great Northwest |
| 4. | Rick Lowe | | DPW Roads & Grounds |
| 5. | Pat Driscoll | | DPW |
| 6. | | | |
| 7. | | | |
| 8. | | | |

II. Submittals

1. Review submittals and/or submittal log.  Have all submittals been approved?   (Not Required this TS)

   Yes _____   No _____

   If not, what items have not been submitted?

   a. _____
   b. _____
   c. _____

2. Are all materials on hand?          Yes ____X____          No _____

   If not, what items are missing?

   a. Drain boxes at GNW shop
   b. _____
   c. _____

3. Check approved submittals against delivered material.  (This should be done as material arrives.)

   Comments:    N/A

III. Material storage

   Are materials stored properly?          Yes ____X____          No _____

   If not, what action is taken?    _____

IV. Review Plans   Steve G. stating they may have to move curb
inlet drain a few feet to maintain clearances from
   Comments:   HCP sidewalk Ramp.
culverts to be bedded in classified fill whether street

002524 ACE

install snow plow blades.

### V. Specifications

1. Review each paragraph of specifications.

Statzman to layout — GNW to follow 3.4 and have culvert inspected after backfill + compaction up to top of culvert, but before going any further.

2. Discuss procedure for accomplishing the work.

Accomplished

3. Clarify any differences. Have any supplemental sketches or RFIs been issued that affect this work.

None at this time.

### VI. Preliminary Work and Permits

Base and Miss Utility contacted, all utilities marked.

Ensure preliminary work is correct and permits are on file.

Dig Permit on file and approved

Yes

If not, what action is taken?

### VII. Testing          N/A

1. Identify test to be performed, frequency, and by whom.

Density testing per compaction Test plan

2. When required?

3. Where required?

4. Review Testing Plan.

5. Has test facilities been approved?

### VIII. Safety

1. Review Hazard Analysis and applicable portion of EM 385-1-1.

Accomplished.

2. Activity Hazard Analysis approved?   GNW to provide prior to start of work.   Yes _____   No _____

### IX. COE comments during meeting.

QC REP

003526 ACE



3230 Palmer / Wasilla Hwy
Wasilla, Alaska 99687

PH (907) 376-7690
FAX (907) 376-7891
E-Mail: sphiwas@mtaonline.net

## *Facsimile transmittal*

| To: | Chris Seeley – Osborne Conts. | Fax: | 907-356-2949 |
|---|---|---|---|
| From: | Leanne Hatt | Date: | 8/2/2002 |
| Re: | Welding Inspection Report | Pages: | 6 |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

Notes:

I will be mailing you to the Fairbanks PO box the originals.

Thank you,

Leanne

Page 1    8/2/2002

003527 ACE



3230 E Palmer / Wasilla Hwy
Wasilla, Alaska 99687

PH (907)376-7690
FAX (907)376-7891
E-Mail: sphiwas@mtaonline.net

August 2, 2002

Osborne Construction
PO Box 73370
Fairbanks, AK 99707

Attention: Chris Seeley
Re: Fy-01 Utilidor

Please see attached Welding Inspection report. I have made (8) copies for your distribution. If you
have any questions, call us at 907-376-7690, or our North Pole number 488-3359.

Thank you,

*Leanne Hatt*

Leanne Hatt
Project Assistant

003528ACE

PAGE 02

## CERTIFIED
## REPORT OF NONDESTRUCTIVE TESTING
## VISUAL EXAMINATION

| | | |
|---|---|---|
| CUSTOMER: Slayden Plumbing & Heating | | DATE: 27-Jul-02 |
| ADDRESS: 1999 Richardson Highway, North Pole AK 99705 | | REPORT NO. 072702-01 |
| JOB OR PROJECT: Ft.Wainwright Housing Project | P.O. NO: N/A | PLAN OR DWG NO: |
| SURFACE CONDITION: As Welded | HEAT NO. N/A | HEAT TREAT ☐ BEFORE ☐ AFTER ☐ N/A | MATERIAL TYPE: CS |
| EXAMINATION STANDARD: ASME Section V | ACCEPTANCE STANDARD: ANSI B31.1 | NDE PROCEDURE NO. NDE-VT-001 |
| TOTAL AMOUNT EXAMINED: 100% VT | TYPE OF WORK NEW ☒ REPAIR ☐ | NO. ACCEPTED: All | NO. REJECTED 0 |

Visual inspection is being performed on 100% of of all full penetration, socket and o-let welds on the steam and condensate

piping in accordance with applicable codes and specifications. Welds not meeting the acceptance criteria of ANSI / ASME

B31.1 are being marked and repaired as the work progresses. Radiography has been performed on nine welds made by

Scott McCumby and Earl Hutchinson of which, two were rejected, one for porosity and one for incomplete penetration.

Both welds were made by Earl Hutchinson, these welds were repaired and radiography was performed on them plus an additional

four welds as required by ANSI / ASME B31.1, all welds were found acceptable.

Visual inspection has not found any trends toward unacceptable practices, most welds were inspected after the welds were

complete but random inspections during welding has found that the parameters of welding procedure SPH-01 are being

followed.

Daily notes are being kept and will be converted to a final inspection report when all welding is complete. Radiography

requirements will tracked to assure the correct percentage of welds are radiographed. this is difficult to forecast as socket

welds are now being used on the smaller diameter pipe and we have not been able to forecast an accurate amount of full

penetration welds vs. socket welds.

| | | | | |
|---|---|---|---|---|
| TECHNICIAN: | | LEVEL: | ASSISTANT: N/A | |
| TECHNICIAN: N/A | | LEVEL: | ASSISTANT: N/A | |

| | | |
|---|---|---|
| START TIME | TOTAL MILEAGE | |
| FINISH TIME: | | PAGE 1 OF 1 |
| STANDBY: | Hrs CUSTOMER: | |
| TRAVEL: | Hrs | SIGNATURE |
| LUNCH | Hrs | |
| TOTAL TIME: | Hrs | |

FORM VT NDE 01/02

003529 ACE

P. 2/5

## MATERIALS INTEGRITY INC.

Quality through Integrity

P.O. Box 221061
Anchorage, Alaska 99522-1061
Office: (907) 345-5967 • Fax (907) 348-7353

1218 Gilmore Trail
Fairbanks, Alaska 99712
Office: (907) 474-2048 • Fax (907) 474-2088

### Radiography Report

| Weld I.D. No. Place or Line No. | Film I.D. | ACC | REJ | Defect | Comments |
|---|---|---|---|---|---|
| SW-2B | A | | ✓ | PDR | PDR @ A 2.050" |
| | B | ✓ | | | |
| SW-29 | A | ✓ | | | |
| | B | ✓ | | | |
| SW-30 | A | | ✓ | IP | |
| | B | ✓ | | | |
| SW-31 | A | ✓ | | | |
| | B | ✓ | | | PD 1/8T |
| SW-35 | A | ✓ | | | |
| | B | ✓ | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Date 6/29/02   Report No. 1
Page 1 of 2
Customer NOS CONDUCTANTS
Job Number _____
Job Location FT. WAINWRIGHT AK.
Job Name DACA 85-01-E-0026
Time at Job site N/A   Driving Time N/A

### TECHNIQUE INFORMATION

Pipe Diameter 2"   Material Thickness .154
Isotope IR192 Curies 58   Exp. Time 4'50"
Source to Film Distance 22"
Source to Object Distance 19.425
Physical Source Size .116 X .116
Effective Focal Spot .152
Geometric Unsharpness Factor (UG) .018
No. Film per cassette 1   No. of Exposures/weld 2
Penetrameter 12   Shim .340
Exposure Technique PNL B   PNSV
STANDOFF
Pb Screens Front .010   Back .010
Dev. Time 6:20   Dev. Temp 68

### DEFECT ABBREVIATIONS

P- Porosity          SL- Slag Line        TI- Tung. Incl.
C- Crack             CC- Crater Crack     SI- Slag Inclusion
CV- Concavity        CX- Convexity
IF- Incomplete Fusion      IP- Incomplete Penetration
BT- Burn Through     IU- Internal Under cut
EU- External Undercut
IPD- Incomplete penetration due to High Low
GP- Gas pocket            SP- Spherical Porosity
CP- Cluster Porosity      WP- Wormhole Porosity
HB- Hollow Bead

1. JONAH JEBS                           LEVEL II
   TECHNICIAN
2. W. AINE KOEKRIEL                     LEVEL ASST
   TECHNICIAN

003530 ACE



# MATERIALS INTEGRITY INC.

Quality through Integrity

P.O. Box 221051
Anchorage, Alaska 99522-1051
Office: (907) 345-3987 • Fax (907) 346-7333

1218 Gilmore Trail
Fairbanks, Alaska 99712
Office: (907) 474-2088 • Fax (907) 474-2088

## Radiography Report

| Weld I.D. No. Piece or Line No. | Film ID | ACC | REJ | Defect | Comments |
|---|---|---|---|---|---|
| CW - 17 | A | ✓ | | | |
| | B | ✓ | | | |
| | C | ✓ | | | |
| | | | | | |
| CW - 18 | A | ✓ | | | |
| | B | ✓ | | | |
| | C | ✓ | | | |
| | | | | | |
| CW - 19 | A | ✓ | | | |
| | B | ✓ | | | |
| | C | ✓ | | | |
| | | | | | |
| CW - 20 | A | ✓ | | | |
| | B | ✓ | | | |
| | C | ✓ | | | |

Date 6/29/02  Report No.  1
Page  2  of  2
Customer  NOR  concrete Const
Job Number  —
Job Location  FT.  WAINWRIGHT , AK.
Job Name  DACA B5-01-C-0026
Time at Job site  N/A    Driving Time  N/A

### TECHNIQUE INFORMATION

Pipe Diameter 1.5"  Material Thickness  .280
Isotope IR 192  Curies 58    Exp. Time 4' M"
Source to Film Distance  22
Source to Object Distance  20.1
Physical Source Size  .167  .186 X .118
Effective Focal Spot  .182
Geometric Unsharpness Factor (UG)  .014
No. Film per cassette  1  No. of Exposures/weld  1
Penetrameter  .15    Shim  -DG0
Exposure Technique  ONE  WALL
STAND  OFF  SUPER  IMPOSED
Pb Screens Front  DP0    Back  DP0
Dev. Time  4' 30"    Dev Temp.  68'

### DEFECT ABBREVIATIONS

P- Porosity          SL- Slag Line      TI- Tung. Incl.
C- Crack             CC- Crater Crack   SI- Slag Inclusion
CV- Concavity        CX- Convexity
IF- Incomplete Fusion    IP- Incomplete Penetration
BT- Burn Through     IU- Internal Under cut
EU- External Undercut
IPD- Incomplete penetration due to High Low
GP- Gas pocket       SP- Spherical Porosity
CP- Cluster Porosity    WP- Wormhole Porosity
HB- Hollow Bead

1.  JOHN  JADE                              LEVEL  II
    TECHNICIAN
2.  WAYNE  KSELKRITZ                        LEVEL  ASST.
    TECHNICIAN

PAGE  05



# QUALITY INSPECTION & TESTING INC.

3001 International Street • Fairbanks, Alaska 99701
Phone: (907) 479-4273 • Fax: (907) 479-8072

## Radiography Report

| SERIAL NO. OR PIECE NO. | Weld No. | Film No. | ACC | REJ | Defect Code | REMARKS |
|---|---|---|---|---|---|---|
| 2" LINE | SW-28A | X | ✓ | | ? | .965" - A |
| | | X | ✓ | | | - B |
| | SW-30A | X | ✓ | | | |
| | | X | ✓ | | | |

DATE 7-9-02
RADIOGRAPH REPORT NO. 001
PAGE 1 OF 1
Customer N.D.E. Consultants
Address
Job Localization
Customer's P.O. No. JA. No. 2" LINE
Item Description
Demonstration Period 2" Pipes 100% X
Pipe or Drawing No.

### WORK SUMMARY

| Amount | Item Description | Office Use |
|---|---|---|
| 4 | Total Hours | Standby        Miles |
| | Travel Hours | |
| | R.L. Field Weld   In. P.L. | |
| 2 | St. Pipe Weld 2.0" In. dia 2.385" | |
| 4 | Films 3.5" x 10" Type 8 | |
| | Films         Type | |

### TECHNIQUE DATA

Inspection Specifications ASME V
Acceptance Standard/Date B 311
RT Procedure No. 2-1E    Stepping Sketch (REQD)
Single Wall Viewing (SWV)    Double Wall Viewing (DWV)
Single Wall Exposure (SWE)    Double Wall Exposure (DWE)
Physical Source Size 100 Kilo    Effective Focal Size 100
SFD 26"    Source to Object 25.04
Material Thickness 2.56    Type Material C/S
Geometric Unsharpness (Ug) .017
No. of Film per Cassette 1    Penetrometer .15    Shim .085
Viewing Single CLASS    Superimposed HI X A
Flo Screens Front .010    Center .010
Exposure Time (Code min)    Curie @ 68

### ABBREVIATION OF WELDING DEFECTS

**ASME CODE**

| | | |
|---|---|---|
| P - Porosity | SL - Slag Lines | TI - Tungsten Inclusion |
| C - Crack | SI - Slag Inclusions | CV - Root Concavity |
| IF - Incomplete Fusion | BT - Burn Through | CX - Root Convexity |
| IP - Incomplete Penetration | UC - Undercut | CR - Oxidation |

**API STANDARD**

| | |
|---|---|
| ACC - Accumulation of Discontinuities | GP - Gas Pocket |
| IP - Inadequate Penetration | SP - Scattered Porosity |
| IPD - Inadequate Penetration due to High-Low | CP - Cluster Porosity |
| IC - Internal Concavity | WP - Wormhole Porosity |
| IF - Incomplete Fusion | HB - Hollow Bead |
| IFD - Incomplete Fusion due to Cold Lap | C - Crack |
| BT - Burn Through | CC - Crater Crack |
| ESI - Elongated Slag Inclusions | IU - Internal Undercut |
| ISI - Isolated Slag Inclusions | EU - External Undercut |

1. J.C. Gross _____ LEVEL I
   TECHNICIAN

2. L.C. Conzel _____ LEVEL II
   TECHNICIAN

3. J.L. Conzel _____ LEVEL II
   TECHNICIAN/INTERPRETOR

4. _____ LEVEL
   CUSTOMER'S SIGNATURE

Q.I.T. assumes no responsibility for losses of any kind which are the result of decisions of judgement or interpretation.

003532 ACE

P.5/5



# QUALITY INSPECTION & TESTING INC.

3001 International Street • Fairbanks, Alaska 99701
Phone: (907) 479-4273 • Fax: (907) 479-8072

## Radiography Report

| SERIAL NO. OR PIECE NO. | Weld No. | Film No. | ACC | REJ. | Defect Code | REMARKS |
|---|---|---|---|---|---|---|
| ULTIMATE | CW-27 | A | ✓ | | | |
| | | B | ✓ | | | |
| | CW-28 | A | ✓ | | | |
| | | B | ✓ | | | |
| | CW-29 | A | ✓ | | | |
| | | B | ✓ | | | |
| | | C | ✓ | | | |
| | CW-30 | A | ✓ | | | |
| | | B | ✓ | | | |
| | | C | ✓ | | | |

DATE: 7-12-02
RADIOGRAPHY REPORT NO.: _____
PAGE: 1 of 1
Contractor: N.D.E. Consultants Inc.
Address: _____
Job Location: ET Williamsport
Customer's P.O. No.: _____   Job. No.: _____
Item Description: _____
Examination: Partial _____ 100% X
Plan or Drawing No.: _____

### WORK SUMMARY

| | | | Office Use |
|---|---|---|---|
| Aircraft | Item Description | | |
| 4 QT | Total Hours | | Hrs |
| | Travel Hours | | Miles |
| | R. Plate Weld: in. Dia. | B | |
| 4 | EL. Pipe Weld: 200 in. OR: ACC | B | |
| £2 | Rsnp. I.S. x 60 Type T | B | |
| | Film: x Type | B | |

### TECHNIQUE DATA

Inspection Specifications: ASME I
Acceptance Standard/Code: B 31.1   NES
XP Procedure No.: 1.T-1.5   Shooting Sketch (RSSP): _____
Single Wall Viewing (SWV): ☐   Double Wall Viewing (DWV): ☐
Single Wall Exposure (SWE): ☐   Double Wall Exposure (DWE): ☐
Physical Source Size: IRR 2.11B   Electric Focal Spot: .167"
SFD: 24"   Source to Object: 21.75"
Geometric Unsharpness (Ug): .015
No. of Films per Cassette: 1   Penetrameter: 15   DWA: .093
Viewing: Single X   Superimposed: X
Pc Screens Front: .010   Center: _____   Back: .010
Exposure Time (for 6 min): _____   Dev. Time: _____ °F

### ABBREVIATION OF WELDING DEFECTS

#### ASME CODE

| | | T1 - Tungsten Inclusion |
|---|---|---|
| P - Porosity | SL - Slag Lines | CV - Root Concavity |
| C - Crack | SI - Slag Inclusions | CX - Root Convexity |
| IF - Incomplete Fusion | BT - Burn Through | OX - Oxidation |
| IP - Incomplete Penetration | UC - Undercut | |

#### API STANDARD

| | GP - Gas Pocket |
|---|---|
| ADD - Accumulation of Discontinuities | SP - Spherical Porosity |
| IP - Inadequate Penetration | CP - Cluster Porosity |
| IPD - Inadequate Penetration due to High-Low | WP - Wormhole Porosity |
| IC - Internal Concavity | HB - Hollow Bead |
| IF - Incomplete Fusion | C - Crack |
| IFD - Incomplete Fusion due to Cold Lap | CC - Crater Crack |
| BT - Burn Through | IU - Internal Undercut |
| ESI - Elongated Slag Inclusions | EU - External Undercut |
| ISI - Isolated Slag Inclusions | |

1. T.C. Ross _____ LEVEL II
   TECHNICIAN

2. L.C. Creed _____ LEVEL II
   TECHNICIAN

3. S.C. Creed _____ LEVEL II
   TECHNICIAN/INTERPRETOR

4. _____ LEVEL
   CUSTOMER'S SIGNATURE

Q.I.T. assumes no responsibility for losses of any kind which are the result of decisions of judgement or interpretation.