# Contractor's Quality Control Report/Quality Assurance Report
(ER 1180-1-6)

| Contract Number | UPC/Project Title and Location of Work |
|---|---|
| DACA85-01-C-0026 | FY01 Replacement Family Housing, Fort Wainwright, Alaska |

| CQC Report Number | Date | Contractor |
|---|---|---|
| 081 | Saturday August 3, 2002 | Osborne Construction Company<br>3701 Braddock Street<br>Fairbanks, Alaska 99707 |

**Weather Classification:**

CLASS A  No interruptions of any kind from weather conditions occurring on this or previous shifts
CLASS B  Weather occurred during this shift that caused a complete stoppage of all work.
CLASS C  Weather occurred during this shift that caused a partial stoppage of work.
CLASS D  Weather overhead excellent or suitable during shift. Work completely stopped due to
None          results of previous adverse weather.
CLASS E  Weather overhead excellent or suitable during shift but work partially stopped due to
               previous adverse manner.
OTHER    Explain.

**Classification:** ___A___  **Temperature:** Max __+76F__  Min __+52F__  **Precipitation:** __sunny__

**Contractor/Subcontractors Work Activities Performed Today:** (Attach list of equipment either idle or working as appropriate)
Reference (NAS ID No.)    Activity                                                                                                                       Contractor

**Work Performed This Day:** (Include location and description of work performed. Refer to work performed by prime and or subcontractors by NAS activity number in the section above).
OCC performing general clean up around site.

Building 1402:   OCC laying out and forming up for footings.
Building 1404:   A-1 Roofing started installation of ice and water shield as well as felt underlayment and drip edge metal.
Building 1405:   OCC continuing pick up & general clean up. Slayden continued plumbing rough in. ECCI continuing installation of boxes and other rough-in.
Building 1406:   OCC stripping stem wall and connecting utilidor forms and cleaning forms for re-use.
Building 1407:   OCC continuing installation of 2nd floor decking and setting interior wall panels on 2nd floor, building stairs and fire-blocking on 1st floor. Also installing Simpson A35 brackets.
Building 1410:   OCC setting 2nd floor walls.
Building 1411:   OCC tieing (pre-assembly prior to excavation) re-bar mats for branch utilidor slab which will come off main utilidor along 102nd.
Building 1408:   OCC applying water proofing to branch utilidor and setting lids, sealing with oakum and mastic.
Building 1409:   OCC stripping forms and installing sill plate and anchor bolts.
Building 1412:   OCC installing epoxy-coated rebar for garage slabs.
Building 1414:
Building 1416:   OCC continued applying Thoroseal waterproofing.
Building 1419:
MH 1063A:   OCC forming utilidor slab and tieing vertical rebar in place from MH 1063A heading west.

OCC setting lids on branch utilidors between buildings 5 & 6 as well as main utilidor along Dogwood St.

**Materials Received to be Used and/or Incorporated into Project.**

**Quality Control Inspections Performed This Date:** (Include inspections, results, deficiencies observed, and corrective actions.)
Preparatory
Initial
Follow-up   Follow up on carpentry: Decking being placed with adhesive along floor joists and then nailed.
Follow up on concrete: Rebar has adequate clearances (1-1/2" from forms, 3" from grade), supported by sufficient dobies with 40 diameters lap. Observed laborer stinging concrete correctly.

Was the construction deficiency tracking list updated this date:    Yes    No ☐

**Tests Required by Plans and/or Specifications Performed and Results of Tests (CQC):**

Type of Test          Method                         Results
Slump, air and cylinders (see attached).

003506 ACE

Exhibit L
Pages as Marked

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

**Verbal Instructions Given/ Received:** (List any instructions given by Government. Include names, reactions, and remarks.)

<u>Verbal</u>     <u>Written</u>

| **Work Progress:** | Are there any Contractor caused delays or potential finding of fact? | Yes | No |
|---|---|---|---|
| | Are there any Government caused delays or potential finding of fact? | Yes | No |
| | Are there any unforeseeable or weather related delays? | Yes | No |

**Remarks:** (Include any visitors and miscellaneous remarks pertinent to work):

**Safety:** (Include any Infractions of approved safety plan, safety manual, or instructions from Government personnel. Specify corrective actions taken.)
No violations observed. PPE in use by all observed. Vehicles and equipment traveling at 5 mph or below.

**Contractor's Certification:** I certify that the above report is complete and correct and that all materials and equipment used, work performed and tests conducted during this reporting period were in strict compliance with the contract plans and specifications except as noted above.

**Contract Quality Control Manager Signature** _Chris Seeley_    Date _Saturday August 3, 2002_

**Site Superintendent Signature** _____    Date _Saturday August 3, 2002_

**Government Quality Assurance Comments**
Quality Assurance Testing Performed this date? Yes ☐  No ☐
Safety Inspections performed other that noted above. ☐  No ☐
Concurs with the CQC Report?   Yes ☒   No ☐
Additional comments or exceptions:

81

**QAR Signature** _____    Date _02-06-03_

**Supervisor's Initial** _____    Date _____

Page: 2

003507 ACE

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

**Manpower and Equipment**

**Osborne Construction Company**

| Labor Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Days Used |
|---|---|---|---|---|---|---|---|
| Project Manager | 1 | 12 | Ford pickup | | 2000 | 1 | 9 |
| Superintendent | 1 | 14 | Chevy pickup | | 2000 | 1 | 12 |
| General Foreman | 1 | 12 | Chevy pickup | | 2000 | 1 | 10 |
| QCSM | 1 | 10 | Mazda Pick up | | 1991 | 1 | 9 |
| QC | 1 | | Grove RT60 Hydro crane | | | 1 | 9 |
| Carpenters | 49 | 441 | SBS Boom Truck | | | 1 | 9 |
| Operator | 3 | 36 | Flat-Deck Trailer | | 2000 | 1 | 9 |
| Laborers | 24 | 216 | | | | | |
| Project Engineer | 2 | 18 | | | | | |
| Field Engineer | 2 | 20 | | | | | |
| SBS Field Engineer | 1 | 10 | | | | | |
| Welder | 1 | | | | | | |
| Total Hours: | | 789 | | | | | |

**Great Northwest**

| Labor Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Days Used |
|---|---|---|---|---|---|---|---|
| Superintendent | | | Dodge Dsl | | 2000 | 1 | |
| Assistant Super. | | | | | | 1 | |
| Carpenters | 0 | 0 | TD 7 Dozer | | | 1 | hrs |
| Labor | | | excavator Komatsu | | | 1 | 8 hrs |
| Operator | | | Dozer 650 H | | | 1 | 8 hrs |
| Surveyor | | | 416 Excavator | | | 1 | 0 hrs |
| Electricians | 0 | | Dump Truck | | | | hrs |
| FORMAN | 0 | 0 | rolling compactor | | | 1 | 8 hrs |
| Drivers | | | Water Truck | | | 1 | 8 hrs |
| | 0 | 0 | caterpillar JD 550 | | | 1 | hrs |
| | | | Side dumps | | | 2 | 0 hrs |
| Total Hours: | | | | | | | |

**Montauk Environmental**

| Labor Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Enviro. Specialist | | | PID Snifffer | MicroTip | 2000 | 1 | |
| | | | 4-door sedan | | | 1 | |
| Total Hours: | | | | | | | |

**Stutzman Engineering**

| Labor Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Surveyors | | | | | | | |
| | | | Suburban | | 1 | | hrs |
| Total Hours: | | | | | | | |

**Slayden Plumbing & Heating**

| Labor Classification | Number | Hours | Make/Model | Rate | Year | Number Ea. | Hrs/Day Us |
|---|---|---|---|---|---|---|---|
| Superintendent | | | Pick up | | | 1 | 8 |
| Plumber | | | Pick up | | | 1 | 8 |
| Apprentices | | | Welding Machines | | | 2 | 16 |
| Welders | | | | | | | |
| Insulators | | | | | | | |
| Cert. Welding Inspector | | | | | | | |
| Total Hours: | | | | | | | |

Page: 3

003508 ACE

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Us |
|---|---|---|---|---|---|---|---|
| Superintendent | | | Excavator | Hitachi | | | |
| Operator | | | Semi End dump | | | | |
| Drivers | | | Low boy | | | | |
| Total Hours: | | | | | | | |

**Environmental Solutions**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Owner | | | Van Truck | | | 1 | 0 |
| Foreman | | | Cube Van truck | | | 1 | 0 |
| Air Monitor | | | | | | | |
| Operator | | | | | | 0 | 0 |
| laborers | | | | | | 0 | 0 |
| Total Hours: | | | | | | | |

**Concrete Cutters**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Concrete Cutters | | | Box Van | | | 1 | |
| | | | Air Compressors | | | 1 | |
| Total | | | | | | | |

**ECCI (Electrical Sub)**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Owner/foreman | | | Dodge Pick up | | | | |
| Electrician | | | Chevy Pick up  ½ ton | | 99 | 1 | 9 |
| laborers | | | Bucket/Pole Setting truck | | | 2 | 16 |
| Total Hours: | | | | | | | |

Sub Total:   789.0

Previous:   36,481.0

UTD:   37,270.0

003509 ACE

# ALASKA TESTLAB
### A Division of DOWL LLC

Phone: 562-2000, Fax: 563-3953

**CONCRETE & MASONRY**
☑ Concrete ☐ Mortar ☐ Grout

Dispatch Date: August 3 2002
Dispatch Time: 100

Page 1 of 1

| | |
|---|---|
| Client: Osborne | W.O. #: F60001 |
| Project: FY01 | MOA Permit #: — |
| Order taken by: — Requested by: — | Date: — Time: — |
| Test Locations Selected by: ☑ ATL ☐ Contractor ☐ Owner | Tested by/date: AS 8-3-02 |

Notification of Test Results Given To: Chris Fox

| | | |
|---|---|---|
| Time Departed for Site: 1230 | Time Arrived Site: 1240 | Date: 8-3-02 |
| Time Departed Site: 1430 | Time Arrived Back: 1440 | Time: |

Standby Requested by (start/end): —

| | | |
|---|---|---|
| Contractor: Osborne | Total Pour Volume: 2 yds | Time Pour Started: 100 |
| Supplier: University Redi Mix | Product Code: — | Time Pour Ended: 230 |
| *Specified:* Strength 28 Mpa | Air 5-7 | Slump 50-100mm | w/c — |
| Other: — | | |

cnccarbn.doc                               **Checked by/date:**

| | | | | | Location |
|---|---|---|---|---|---|
| Today's Set No. | 1 | | | | |
| Total Air | 4.6 | | | | 1) Mech. Stairwell Footing of Bldg 1409 |
| Agg. Corr. | — | | | | 2m S 30m W of SE corner |
| **Entrained Air** | 4.6 | | | | of Bldg. |
| **Slump** | 100mm | | | | |
| Conc. Temp. | 23.8°C | | | | |
| Pour Air Temp. | 28°C | | | | sampled from truck rear discharge |
| Σ yd³ Poured | 1/2 | | | | |
| Ticket No. | — | | | | |
| Size/No. Specimens | 6x12/8 | | | | |

**Remarks:**

Cylinders Picked Up by/date: AS 8/5/02
site visit: TM
max/min temp: 80/50

☐ Unit Price ☑ T & M

(Rev 1, 1/99)                         Original-ATL File, Yellow - Field Report
© 1999 Copyright DOWL LLC  Site Visits: ___, Sets: ___, Cyls\Beams: ___, Extra Slump/Airs: ___  Tally by/date: ___

003510ACE