# Contractor's Quality Control Report/Quality Assurance Report
(ER 1180-1-6)

| Contract Number | UPC/Project Title and Location of Work |
|---|---|
| DACA85-01-C-0026 | FY01 Replacement Family Housing, Fort Wainwright, Alaska |

| CQC Report Number | Date | Contractor |
|---|---|---|
| 082 | Monday August 5, 2002 | Osborne Construction Company<br>3701 Braddock Street<br>Fairbanks, Alaska 99707 |

**Weather Classification:**

CLASS A  No interruptions of any kind from weather conditions occurring on this or previous shifts
CLASS B  Weather occurred during this shift that caused a complete stoppage of all work.
CLASS C  Weather occurred during this shift that caused a partial stoppage of work.
CLASS D  Weather overhead excellent or suitable during shift. Work completely stopped due to
None     results of previous adverse weather.
CLASS E  Weather overhead excellent or suitable during shift but work partially stopped due to
         previous adverse manner.
OTHER    Explain.

**Classification:** ___A___  **Temperature:** Max __+76F__  Min __+52F__  **Precipitation:** sunny with smoke and haze

**Contractor/Subcontractors Work Activities Performed Today:** (Attach list of equipment either idle or working as appropriate)
Reference (NAS ID No.)       Activity                                                    Contractor

**Work Performed This Day:** (Include location and description of work performed. Refer to work performed by prime and or subcontractors by NAS activity number in the section above).
OCC performing general clean up around site.

Building 1402:   OCC laying out and forming up for footings.
Building 1404:   A-1 Roofing continued installation of ice and water shield as well as felt underlayment and drip edge metal and started installation of shingles.
Building 1405:   OCC continuing pick up & general clean up. Slayden completed DWV and continued rough in of heat and water and installing CUH's and small unit heaters in basement. ECCI continuing installation of boxes and other rough-in.
Building 1406:   OCC stripping stem wall and connecting utilidor forms and cleaning forms for re-use.
Building 1407:   OCC setting trusses, building stairs and fire-blocking on 1st floor. Also framing up low roofs.
Building 1410:   OCC setting 2nd floor walls.
Building 1411:   OCC tieing (pre-assembly prior to excavation) re-bar mats for branch utilidor slab which will come off main utilidor along 102nd.
Building 1408:   OCC applying water proofing utilidor and lids to building 1408.
Building 1409:   OCC stripping forms and installing sill plate and anchor bolts.
Building 1412:   OCC installing epoxy-coated rebar for garage slabs.
Building 1414:
Building 1416:   OCC continued applying Thoroseal waterproofing.
Building 1419:
MH 1063A:        OCC forming utilidor slab and tieing vertical rebar in place from MH 1063A heading west. Slayden completed condensate tie-in at MH 1063.
Slayden moved over to main utilidor along 100th St and started welding on Case 1 condensate main.

OCC setting lids on branch utilidors between buildings 5 & 6 as well as main utilidor along Dogwood St.

Stutzman surveyors laying out round abouts100th and Chestnut, and staked and RP'd culverts.

**Materials Received to be Used and/or Incorporated into Project.**
OSB and wall panels.

**Quality Control Inspections Performed This Date:** (Include inspections, results, deficiencies observed, and corrective actions.)
Preparatory
Initial
Follow-up
Due to today's accident, follow up inspections were not conducted.

Was the construction deficiency tracking list updated this date:        Yes        No ☐

**Tests Required by Plans and/or Specifications Performed and Results of Tests (CQC):**

Type of Test       Method                    Results

003493 ACE                                                                              Exhibit M
                                                                                        Pages as Marked

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

**Verbal Instructions Given/ Received:** (List any instructions given by Government. Include names, reactions, and remarks.)
QCSM stopped work by A-1 Roofing when he observed that the fall-protection equipment being used by them was not of an approved type that was known to QCSM. Roofers Departed Job site 1:45 p.m.

<u>Verbal</u>    Written

**Work Progress:**  Are there any Contractor caused delays or potential finding of fact?    Yes   No
Are there any Government caused delays or potential finding of fact?    Yes   No
Are there any unforeseeable or weather related delays?    Yes   No

**Remarks:** (Include any visitors and miscellaneous remarks pertinent to work):
Personnel on site for accident investigation: Jake Jacobson, COE Area Engineer. Pat Laasko, State of Alaska OSHA. Roger Green, COE. John Bier, COE Safety Manager. Major Stephonson, COE.

After Discussion with Project Engineer Jerry Love and Slayden Plumbing & Heating Superintendent Steve Eldridge, QCSM approved change out of VTR flashing/boot (as shown in detail E, DWG M8.1) from the flexible, made-for-metal roof flashing to "ODIE" Flashing which is made for shingled roofs (see attached cut sheet).

**Safety:** (Include any Infractions of approved safety plan, safety manual, or instructions from Government personnel. Specify corrective actions taken.)
Approximately 9:30 a.m. a carpenter working on 2nd floor deck of building 1410 fell down deck opening to basement sustaining major injuries. Rescue was effected with aid of Fort Wainwright Fire Department assisting. COE Safety Manager John Bier and State of Alaska OSHA inspector Pat Laasko notified. Per instructions from Jake Jacobson, COE Area Engineer, to Project Manager Mike Ritchie, OCC has secured the accident area until COE investigation has been completed. QCSM completed accident investigation and accident report forms for OCC, OSHA, & COE.
After injured carpenter was rescued, General Foreman Matt Emerson, had crew on Building 1410 Stand down for re-briefing on fall protection And re-check of PPE, Fall Protection Equipment and possible localized hazards.
Safety Meeting (see attached).
General Foreman Matt Emerson coordinated a Fall Protection Orientation/Re-orientation for entire OCC crew who work at heights. Conducted by QC Jim Frink at 2 p.m.

**Contractor's Certification:** I certify that the above report is complete and correct and that all materials and equipment used, work performed and tests conducted during this reporting period were in strict compliance with the contract plans and specifications except as noted above.

**Contract Quality Control Manager Signature** *Chris Seeley*    Date Monday August 5, 2002

**Site Superintendent Signature** _____    Date Monday August 5, 2002

003494 ACE

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

**Government Quality Assurance Comments**
Quality Assurance Testing Performed this date?  Yes ☐   No ☐
Safety Inspections performed other that noted above. ☐   No ☐
Concurs with the CQC Report?    Yes ☑   No ☐
Additional comments or exceptions:

82

QAR Signature _/s/_           Date _02-06-03_
Supervisor's Initial _(sgd)_   Date _____

Page: 3

**003495 ACE**

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

## Manpower and Equipment

### Osborne Construction Company

| Labor Classification | Number | Hours |
|---|---|---|
| Project Manager | 1 | 12 |
| Superintendent | 1 | 15 |
| General Foreman | 1 | 12 |
| QCSM | 1 | 17 |
| QC | 1 | 11 |
| Carpenters | 49 | 441 |
| Operator | 4 | 36 |
| Laborers | 24 | 216 |
| Project Engineer | 2 | 18 |
| Field Engineer | 2 | 20 |
| SBS Field Engineer | 1 | 10 |
| Welder | 1 | |
| **Total Hours:** | | **808** |

| Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Days Used |
|---|---|---|---|---|
| Ford pickup | | 2000 | 1 | 9 |
| Chevy pickup | | 2000 | 1 | 12 |
| Chevy pickup | | 2000 | 1 | 10 |
| Mazda Pick up | | 1991 | 1 | 9 |
| Grove RT60 Hydro crane | | | 1 | 9 |
| SBS Boom Truck | | | 1 | 9 |
| Flat-Deck Trailer | | 2000 | 1 | 9 |

### Great Northwest

| Labor Classification | Number | Hours |
|---|---|---|
| Superintendent | | |
| Assistant Super. | | |
| Carpenters | 0 | 0 |
| Labor | | |
| Operator | | |
| Surveyor | | |
| Electricians | 0 | |
| FORMAN | 0 | 0 |
| Drivers | 0 | 0 |
| **Total Hours:** | | |

| Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Days Used |
|---|---|---|---|---|
| Dodge Dsl | | 2000 | 1 | |
| | | | 1 | |
| TD 7 Dozer | | | 1 | hrs |
| excavator Komatsu | | | 1 | 8 hrs |
| Dozer 650 H | | | 1 | 8 hrs |
| 416 Excavator | | | 1 | 0 hrs |
| Dump Truck | | | | hrs |
| rolling compactor | | | 1 | 8 hrs |
| Water Truck | | | 1 | 8 hrs |
| caterpillar JD 550 | | | 1 | hrs |
| Side dumps | | | 2 | 0 hrs |

### Montauk Environmental

| Labor Classification | Number | Hours |
|---|---|---|
| Enviro. Specialist | | |
| **Total Hours:** | | |

| Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|
| PID Snifffer | MicroTip | 2000 | 1 | |
| 4-door sedan | | | 1 | |

### Stutzman Engineering

| Labor Classification | Number | Hours |
|---|---|---|
| Surveyors | 2 | 17.0 |
| **Total Hours:** | | **17.0** |

| Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|
| Suburban | | | 1 | 8.5 hrs |

### Slayden Plumbing & Heating

| Labor Classification | Number | Hours |
|---|---|---|
| Superintendent | 1 | 8 |
| Plumber | 6 | 48 |
| Apprentices | 4 | 32 |
| Welders | 1 | 8 |
| Insulators | | |
| Cert. Welding Inspector | | |
| **Total Hours:** | | **96** |

| Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Us |
|---|---|---|---|---|
| Pick up | | | 1 | 8 |
| Pick up | | | 1 | 8 |
| Welding Machines | | | 1 | 8 |

003496 ACE

**Contractor Quality Control/Quality Assurance Report Continued**
**FY01 Replacement Family Housing, Fort Wainwright Alaska**
**DACA85-01-C-0026**

| Labor Classification | Number | Hours | Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Us |
|---|---|---|---|---|---|---|---|
| Superintendent | | | Excavator | Hitachi | | | |
| Operator | | | Semi End dump | | | | |
| Drivers | | | Low boy | | | | |
| | Total Hours: | | | | | | |

| Labor Classification | Number | Hours | Environmental Solutions Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Owner | | | Van Truck | | | 1 | 0 |
| Foreman | | | Cube Van truck | | | 1 | 0 |
| Air Monitor | | | | | | | |
| Operator | | | | | | 0 | 0 |
| laborers | | | | | | 0 | 0 |
| | Total Hours: | | | | | | |

| Labor Classification | Number | Hours | Concrete Cutters Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Concrete Cutters | | | Box Van | | | 1 | |
| | Total | | Air Compressors | | | 1 | |

| Labor Classification | Number | Hours | ECCI (Electrical Sub) Equipment Make/Model | Rate | Year | Number Ea. | Hrs/Day Use |
|---|---|---|---|---|---|---|---|
| Owner/foreman | 1 | 9 | Dodge Pick up | | | | |
| Electrician | 3 | 24 | Chevy Pick up | ½ ton | 99 | 1 | 9 |
| laborers | | | Bucket/Pole Setting truck | | | 2 | 16 |
| | Total Hours: | 33 | | | | | |
| | Sub Total: | 954.0 | | | | | |
| | Previous: | 37,270.0 | | | | | |
| | UTD: | 38,224.0 | | | | | |

Page: 5

003497 ACE

OSBORNE CONSTRUCTION COMPANY                                         FORMS

## APPENDIX A: WEEKLY SAFETY MEETING MINUTES

Osborne Construction Company                           Weekly Safety Meetings

### MINUTES

| Date: | 8/5/05 |
|---|---|
| Job: | FY 01 Housing |
| Discussion Leader: | Mike Ritchie |
| Current Hazards: | Elevated Work |

**MEETING TOPIC (attach detail):**

Discussion Notes: See attached Summary

06/99 Revised

A-8

**003498 ACE**

## Summary of Jobsite Safety Meeting held on August 5, 2002.

1. Informed crew of the accident involving Joel Wallender. Told crew that it appeared that Joel was not tied off when he fell even though he was wearing a safety harness and lanyard, and a safety anchor was located adjacent to where he was working.

2. Informed crew and subcontractors that full time fall protection was manditory above 6 feet off the ground and that anyone who was not willing to comply with this policy would be terminated.

3. Reminded crew that Osborne Construction has a three strike safety violation policy. Any employee who receives three written safety warnings will be terminated.

4. Informed crew that guardrails are to be installed around stair openings as soon as decking is installed even though we are using full time personal fall protection.

5. Reminded crew that all guardrails are to have toe kicks to prevent objects from dropping through the opening onto some one working below.

6. Informed crew that it is permissible to walk inside an area taped off with yellow "Caution" tape but it is not permissible to walk inside an area taped off with red "danger" tape.

7. Crane operator reminded crew that no one is to walk under an elevated load.

8. Informed crew that there should only be one person signally the crane operator. Instructed the crane operators that they are to stop immediately if they are getting signals from more that one person until it is resolved who the designated signal person is.

9. Informed the crew that in the event of an injury requiring on site medical treatment, the crew is to immediately form a line from the main road to the accident site in order direct the emergency vehicle to the accident.

## ATTENDEES SIGN IN SHEET

FY01 Replacement Family Housing  
Ft. Wainwright, AK  
Contract No.: DACA85-01-C-0029  
OCC Job No.: 2173  

Meeting Date: 8-5-02  
Meeting Type: Job Wide Wkly Safety

| NAME | COMPANY |
|---|---|
| [signature] | SPHI |
| Brent Duquette | SPHI |
| [signature] | SPHI |
| Josh Beckley | SPHI |
| Daniel Beckley | SPHI |
| [signature] | SPHI |
| [signature] | SPHI |
| Justin Farnsworth | SPHI |
| Marty Porter | Shayden P+H |
| Steve Rasmussen | SPH |
| Deborah D. Lewis | OCC |
| Dan McGrath | OCC |
| Rick Studley | OCC |
| Mike Ritchie | OCC |
| David Eckberg | Osborn |
| Ron W Eckberg | Osborn |
| Preston Smith | OCC |
| Mark W Schuster | OCC |
| Paul Theriault | OCC |

003500 ACE

## ATTENDEES SIGN IN SHEET

FY01 Replacement Family Housing
Ft. Wainwright, AK
Contract No.: DACA85-01-C-0029
OCC Job No.: 2173

Meeting Date: 8-5-02

Meeting Type: WKLY Jobwide Safety

| NAME | COMPANY |
|---|---|
| Brian Stringfellow | OCC |
| Kathy A Gruenhagen | OCC |
| Brent Stringfellow | OCC |
| [illegible] | OCC |
| Henry Denny | OCC |
| [illegible] Salli | OCC |
| [illegible] | OCC |
| [illegible] Holley | OCC |
| [illegible] | OCC |
| CHAD POLNANSKI | OCC |
| Darren Robertson | OCC |
| [illegible] Mabie | OCC |
| [illegible] | OCC |
| [illegible] John | OCC |
| [illegible] | OCC |
| [illegible] | OCC |
| Russell Nelson | OCC |
| Joshua Hedine | ECCI |
| TOM GRAHAM | OCC |
| Brian [illegible] | ECCI |
| Anthony [illegible] | ECC |
| [illegible] | IMW Slayden |

**003501 ACE**

## ATTENDEES SIGN IN SHEET

**FY01 Replacement Family Housing**
**Ft. Wainwright, AK**
**Contract No.: DACA85-01-C-0029**
**OCC Job No.: 2173**

Meeting Date: 8-5-02
Meeting Type: WKLY JOBWIDE Safety

| NAME | COMPANY |
|---|---|
| Jeremiah Davis | Osborne Const. |
| Kevin W Caudill | OCC |
| Ian Mazzulla | OCC |
| Gilbert Campbell | OCC |
| Phil Horton | OCC |
| Mike Sproule | OCC |
| Wesley Roberts | OCC |
| Jen Rivermann | OCC |
| Charlie Rogers | OCC |
| Tyler Beck | OCC |
| Chet Higa | OCC |
| Kris Hall | OCC |
| Norman Granger | OCC |
| (illegible) | OCC |
| Elwood Smith | ECCI |
| Jeremy McBrane | OCC |
| (illegible) Hy | OCC |
| Andy S Fahl | OCC |
| Bill Hale | ECCI |
| David Whidden | ECCI |
| Michael Rakestraw | ECCI |
| Woody Mintken | ECCI |

**003502 ACE**

## ATTENDEES SIGN IN SHEET

FY01 Replacement Family Housing
Ft. Wainwright, AK
Contract No.: DACA85-01-C-0029
OCC Job No.: 2173

Meeting Date: 8-5-02
Meeting Type: WKLY Job Wide Safety

| NAME | COMPANY |
|---|---|
| Jeremy Woody | OCC |
| Chad Killam | OCC |
| Travis Doan | OCC |
| (illegible) | OCC |
| Randy Cavanaugh | A-1 |
| Brandon (illegible) | |
| Eric Lewis | OCC |
| Jarred (illegible) | A-1 |
| Chris Seeley | OCC |

003503 ACE

## ATTENDEES SIGN IN SHEET

FY01 Replacement Family Housing  
Ft. Wainwright, AK  
Contract No.: DACA85-01-C-0029  
OCC Job No.: 2173

Meeting Date: 8-5-02  
Meeting Type: WKLY - Job Wide Safety

| NAME | COMPANY |
|---|---|
| Jerry Love | OCC |
| Matthew Emerson | |
| Regina McCullough | OCC |
| Eric Y. Jones | OCC |
| Rick ___ | OCC |
| Scott Miller | " |
| David McKee | OCC |
| Ron ___ | OCC |
| ___ | OCC |
| Chris Correll | OCC |
| Shawn Padilla | OCC |
| Bob Harto | OCC |
| Bruce Wall | OCC |
| Ryan Olsen | OCC |
| Jose ___ | OCC |
| Richard G. Myers | SBS |
| Jonathan F. Kukes | OCC |
| J. Elliot | OCC |
| Brad Peacock | OCC |
| Jeff ___ | OCC |
| Jada Murphy | OCC |
| Tyler Milligan | OCC |
| Lewis Soltez | OCC |
| John Nash | OCC |

003504 ACE

## CATEGORY 2 ROOF VENT PIPE FLASHINGS

### GALVANIZED BASE NO-CALK® ROOF FLASHINGS

- Slides over pipe - for pitch to 40 degrees.
- Rustproof, stamped galvanized, 24 or 28 gauge.
- Non-fading sealing collar.
- 18" x 18" bases for code required areas.
- Rated 180°F continuous heat.
- ESM Flashings (only) have collar and base separate to allow for easier installation.
- Approved for Type B installations.
- Not for hot-mopped or built-up roofs.
- Do not use petroleum based products on collars.



| PROD. NO. | SIZE | DESCRIPTION | U.P.C. CODE | CU. FT. | PACK | CTN. WT. |
|---|---|---|---|---|---|---|
| **SOLAR FLASHING** | | | | | | |
| 11830 | .5" - 1" | Galvanized | 038753-118307 | .73 | 12 | 11 |
| 11831 | .5" - 1" | Galvanized 18" x 18" | 038753-118314 | 1.86 | 12 | 23 |
| **STANDARD BASE FLASHING** | | | | | | |
| 11840 | 1.25" - 1.5" | Galvanized | 038753-118406 | .73 | 12 | 12 |
| 11853 | 2" | Galvanized | 038753-118536 | .70 | 12 | 12 |
| 11866 | 3" | Galvanized | 038753-118666 | .92 | 12 | 17 |
| 11879 | 4" | Galvanized | 038753-118796 | 1.90 | 12 | 23 |
| **STANDARD BASE FLASHING - 28 GAUGE** | | | | | | |
| 11960 | 1" | Galvanized - 28 gauge | 038753-119601 | 2.63 | 12 | 23 |
| 11961 | 2" | Galvanized - 28 gauge | 038753-119618 | 2.63 | 12 | 23 |
| **18" X 18" CODE BASE FLASHING** | | | | | | |
| 11921 | 1.25" - 1.5" | Galvanized 18" x 18" | 038753-119212 | 1.86 | 12 | 23 |
| 11934 | 2" | Galvanized 18" x 18" | 038753-119342 | 1.86 | 12 | 23 |
| 11947 | 3" | Galvanized 18" x 18" | 038753-119472 | 1.86 | 12 | 23 |
| 11950 | 4" | Galvanized 18" x 18" | 038753-119502 | 2.63 | 12 | 26 |
| **18.87" x 28.75" FHA CODE BASE FLASHING** | | | | | | |
| 11953 | 1" | Galvanized FHA 18.87" x 28.75" | 038753-119533 | 1.60 | 12 | 35 |
| 11954 | 2" | Galvanized FHA 18.87" x 28.75" | 038753-119540 | 1.60 | 12 | 35 |
| 11955 | 3" | Galvanized FHA 18.87" x 28.75" | 038753-119557 | 1.60 | 12 | 35 |
| **ELECTRICAL SERVICE MAST (ESM) FLASHING** | | | | | | |
| 11536 | 1.25" | Galvanized ESM | 038753-115368 | .73 | 25 | 27 |
| 11549 | 1.5" | Galvanized ESM | 038753-115498 | .73 | 25 | 32 |
| 11552 | 2" | Galvanized ESM | 038753-115528 | .73 | 25 | 28 |
| 11565 | 2.5" | Galvanized ESM | 038753-115658 | .73 | 25 | 30 |

### ALUMINUM BASE NO-CALK® ROOF FLASHINGS

- Slides over pipe - for pitch to 40 degrees.
- Rustproof .032 stamped aluminum standard base.
- Non-fading sealing collar.
- 18" x 18" bases for code required areas.
- Rated 180°F continuous heat.
- Approved for Type B installations.
- Not for hot-mopped or built-up roofs.
- Soft aluminum base (18" x 18") allows for easy molding to tile roofing.
- Do not use petroleum based products on collars.

| PROD. NO. | SIZE | DESCRIPTION | U.P.C. CODE | CU. FT. | PACK | CTN. WT. |
|---|---|---|---|---|---|---|
| **STANDARD BASE FLASHING** | | | | | | |
| 12920 | 1.25" - 1.5" | Aluminum | 038753-129204 | .73 | 12 | 6 |
| 12933 | 2" | Aluminum | 038753-129334 | .73 | 12 | 6 |
| 12946 | 3" | Aluminum | 038753-129464 | .91 | 12 | 7 |
| 12959 | 4" | Aluminum | 038753-129594 | 1.75 | 12 | 13 |
| **3" DRAW HAWAII CODE BASE FLASHING** | | | | | | |
| 12988 | 1" | Aluminum 3" draw | 038753-129884 | .92 | 12 | 7 |
| 12991 | 2" | Aluminum 3" draw | 038753-129914 | .92 | 12 | 7 |
| **18" X 18" CODE BASE FLASHING** | | | | | | |
| 12836 | 1.25" - 1.5" | Soft Aluminum 18" x 18" | 038753-128368 | 1.86 | 12 | 15 |
| 12849 | 2" | Soft Aluminum 18" x 18" | 038753-128498 | 1.86 | 12 | 14 |
| 12852 | 3" | Soft Aluminum 18" x 18" | 038753-128528 | 1.86 | 12 | 20 |
| 12865 | 4" | Soft Aluminum 18" x 18" | 038753-128658 | 2.63 | 12 | 21 |

### COPPER BASE NO-CALK® ROOF FLASHINGS

- Slides over pipe - for pitch to 40 degrees.
- Rustproof decorative copper.
- Non-fading sealing collar.
- Do not use petroleum based products on collars.
- Rated 180°F continuous heat.
- Approved for Type B installations.
- Not for hot-mopped or built-up roofs.

| PROD. NO. | SIZE | DESCRIPTION | U.P.C. CODE | CU. FT. | PACK | CTN. WT. |
|---|---|---|---|---|---|---|
| 11810 | 1.25" - 1.5" | Copper | 038753-118109 | .64 | 6 | 12 |
| 11811 | 2" | Copper | 038753-118116 | .64 | 6 | 12 |
| 11812 | 3" | Copper | 038753-118123 | .80 | 6 | 21 |
| 11813 | 4" | Copper | 038753-118130 | .80 | 6 | 21 |



Phone: 1.800.321.9532 • Fax: 1.800.321.9535 • www.oatey.com

003505 ACE