NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER, | ) Case No. 3:05-cv-00263-JKS |
| | ) |
| Plaintiff, | ) |
| | ) **UNITED STATES UNOPPOSED** |
| vs. | ) **MOTION TO ALLOW PLAINTIFF** |
| | ) **TO REPLY TO GOVERNMENT'S** |
| UNITED STATES OF AMERICA, | ) **REPLY BRIEF** |
| | ) |
| Defendant. | ) *on shortened time* |
| | ) |
| | ) |

The United States, through counsel, moves, *on shortened time,* and

unopposed, for the Plaintiff to be allowed to sur-reply to the Government's reply

at docket 26.  Government counsel spoke with Mr. Eberhardt and he wants to file

the sur-reply by February 9, 2006.

RESPECTFULLY SUBMITTED this <u>26th</u> day of January, 2007, at

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

<u>s/ Susan J. Lindquist</u>
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>January 26</u>, 2007,
**<u>UNITED STATES UNOPPOSED MOTION</u>**
**<u>TO ALLOW PLAINTIFF TO REPLY TO</u>**
**<u>GOVERNMENT'S REPLY BRIEF,</u>**
was served electronically on Peter R. Ehrhardt.

<u>s/ Susan J. Lindquist</u>

Wallender v. USA
3:05-cv-263-JKS                    -2-