IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOEL WALLENDER, | ) | Case No. 3:05-cv-00263-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** |
| vs. | ) | **ORDER GRANTING THE FILING** |
| | ) | **OF A SUR-REPLY TO THE** |
| UNITED STATES OF AMERICA, | ) | **GOVERNMENT'S REPLY BRIEF** |
| | ) | |
| Defendant. | ) | *on shortened time* |
| | ) | |

The United States' Unopposed Motion to allow Plaintiff to file a sur-reply

to the Government's Reply brief, which includes additional information, is

GRANTED.   The sur-reply is due February 9, 2007.


_____          _____
      (DATE)                      JAMES K SINGLETON
                                  United States District Court Judge