NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER, | ) Case No. 3:05-cv-00263-JKS |
| Plaintiff, | ) |
| vs. | ) **UNITED STATES UNOPPOSED** |
| | ) **MOTION TO ALLOW PLAINTIFF** |
| | ) **TO REPLY TO GOVERNMENT'S** |
| UNITED STATES OF AMERICA, | ) **REPLY BRIEF** |
| Defendant. | ) *on shortened time* |

The United States, through counsel, moves, *on shortened time,* and unopposed, for the Plaintiff to be allowed to sur-reply to the Government's reply at docket 26.  Government counsel spoke with Mr. Eberhardt and he wants to file

the sur-reply by February 9, 2006.

RESPECTFULLY SUBMITTED this 26th day of January, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2007, **UNITED STATES UNOPPOSED MOTION TO ALLOW PLAINTIFF TO REPLY TO GOVERNMENT'S REPLY BRIEF,** was served electronically on Peter R. Ehrhardt.

s/ Susan J. Lindquist