MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Wallender v. United States*
Case No. 3:05-cv-00263-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Robin Carter, Case Management: 677-6127

PROCEEDINGS:    ORDER FROM CHAMBERS

    The Court is in receipt of two motions filed by the Government on shortened time. The first, at Docket No. 27, is a request by the Government to file additional materials to a recent reply brief. Before the Court could rule on either the shortened time aspect, or hear from opposing counsel, the Government submitted a second motion on shortened time.

    In the second motion, at Docket No. 29, the Government moves, unopposed, to allow Plaintiff to submit a sur-reply to the reply brief at Docket No. 26. Read in context with the motion at Docket No. 27, it is likely that the parties have conferred and agreed that the Government may file its additional materials and that the Plaintiff may file a sur-reply.

    **IT IS THEREFORE ORDERED:**

    The Motion at **Docket No. 27** is **GRANTED**. The Motion at **Docket No. 29** is **GRANTED**. The Plaintiff has until **Friday, February 9, 2007**, to file a sur-reply. The Court will refrain from ruling on the pending motion to dismiss at Docket No. 10 until after that date.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: January 30, 2007