**From:** Lindquist, Susan (USAAK) [mailto:Susan.Lindquist@usdoj.gov]
**Sent:** Tuesday, February 13, 2007 9:52 AM
**To:** ehrhardt@law.kenai.com
**Subject:** Wallender sur-reply

```
On page 12 of your sur-reply, you state that Zahn (presumably the QC .
. .) was the person who observed the fall protection violations.  This
statement is wrong and you did not supported it by any exhibit.  In
fact, Zahn was not the QC - Osborne had it's own and it was Chris who
signed the daily report.  Below is the information I got from the CoE
attorney.  Please correct this error.  If you prefer that I correct it
with a declaration and non-oppose this Errata, please let me know and I
will do it.  Please let me know.




Osborne and every other construction contractor are specifically
required by the contract to have a CQC.  That stands for Contractor
Quality Control.  The counterpart for the Government is referred to as
the QAR, or Quality Assurance Representative. The Government does not
have a QC.  It has a QAR.
```

Susan Lindquist
Assistant U.S. Attorney
222 W. 7th Ave. # 9, Rm. 253
Anchorage, Ak 99513-7567

Tel Dir (907) 271-3378 (with voice mail)
      (907) 271-4254 (no voice mail)

Fax    (907) 271-2344

Exhibit 1