PETER R. EHRHARDT
Friedman, Rubin & White
215 Fidalgo Ave., Ste. 203
Kenai, AK 99611
Phone: (907)283-2876
Fax: (907)283-2896
ehrhardt@kenai.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: Case No. 3:05-cv-263-JKS |

### AFFIDAVIT OF PETER R. EHRHARDT

AFFIANT, being first duly sworn on oath, declares and says:

1.   My name is Peter R. Ehrhardt.  I am an attorney representing Joel Wallender in regard to the above-captioned matter.  I am personally familiar with the subject matter of this litigation and have personal knowledge of the facts stated in this affidavit.

2.  Attached as Exhibit 1 to this affidavit is a true and correct copy of an e-mail I received from Assistant United States Attorney Susan Lindquist on February 13, 2007.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
PETER R. EHRHARDT - ABA 8006016

SUBSCRIBED AND SWORN TO before me this 8th day of March. 2007.

STATE OF ALASKA
NOTARY PUBLIC
Ramona Z. Trujillo
My Commission Expires Aug. 21, 2008

_____
Notary Public
My Commission Expires: 8-21-2008