NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. 3:05-cv-263-JKS<br><br>**STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES** |

   The parties and move the court for a stipulated order extending the pretrial deadlines in this matter as requested below:

   Plaintiff's Expert Witness Disclosures:
   Extended from **1/27/07** to **12/14/07**.

   Defendant's Expert Witness Disclosures:
   Extended from **1/27/07** to **2/15/08**.

| | |
|---|---|
| Final Revised Witness List: | Extended from **1/27/07** to **2/15/08**. |
| Request for alternative dispute resolution | Extended to **3/5/08**. |
| All Discovery must be completed: | Extended from **4/10/07** to **4/11/08**. |
| Discovery Motions: | Extended from **5/5/07** to **4/30/08**. |
| Dispositive Motions and Motions In Limine: | Extended from **5/5/07 to 5/16/08.** |
| Pretrial Motions: | Extended from **5/5/07 to 5/29/08.** |

RESPECTFULLY SUBMITTED May 18, 2007, at Anchorage, Alaska.

FRIEDMAN, RUBIN & WHITE

Dated: May 18, 2007.            s/ Peter R. Ehrhardt  (consent)
                                Peter R. Ehrhardt
                                Attorney for Plaintiff
                                215 Fidalgo Avenue, Suite 203
                                Kenai, AK 99611

                                NELSON P. COHEN
                                United States Attorney

Dated: May 18, 2007.            s/ Susan J. Lindquist
                                Assistant U. S. Attorney
                                222 West 7th Ave., #9, Rm. 253
                                Anchorage, AK 99513-7567
                                Phone: (907) 271-3378
                                Fax: (907) 271-2344
                                E-mail: susan.lindquist@usdoj.gov
                                AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2007
a copy of the foregoing
**STIPULATION FOR EXTENSION
OF PRETRIAL DEADLINES** was
served electronically on Peter R. Ehrhardt.

s/ Susan J. Lindquist