IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOEL WALLENDER, | ) | Case No. 3:05-cv-263-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED]** |
| vs. | ) | |
| | ) | **ORDER EXTENDING PRETRIAL** |
| UNITED STATES OF AMERICA, | ) | **DEADLINES** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed said Stipulation for Extension of Pretrial Deadlines,

IT IS HEREBY ORDERED that the following pretrial deadlines are extended as follows:

| | |
|---|---|
| Plaintiff's Expert Witness Disclosures: | **12/14/07**. |
| Defendant's Expert Witness Disclosures: | **2/15/08**. |
| Final Revised Witness List: | **2/15/08**. |
| Request for alternative dispute resolution: | **3/5/08**. |
| All Discovery must be completed: | **4/11/08**. |
| Discovery Motions: | **4/30/08**. |
| Dispositive Motions and Motions In Limine: | **5/16/08**. |
| Pretrial Motions: | **5/29/08.** |

_____       _____
(DATE)                                              JAMES K SINGLETON
                                                         United States District Court Judge