Peter R. Ehrhardt
EHRHARDT LAW OFFICES
215 Fidalgo Ave., Ste. 203
Kenai, Alaska  99611
Phone:  907/283-2876
Fax    :  907/283-2896
Email :  ehrhardt@law.kenai.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>        Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:05-cv-263-JKS<br><br>STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES |

    **COME NOW**  the parties and move the court for a stipulated order extending the pretrial deadlines in this matter as requested below:

    Plaintiff's Expert Witness Disclosures:
                Extended from 12/14/07 to 4/15/08.

    Defendant's Expert Disclosures:
                Extended form 2/15/08 to 6/16/08.

    Final Revised Witness List:
                Extended from 2/15/08 to 6/16/08.

    Request for Alternate Dispute Resolution:
                Extended from 3/5/08 to 7/7/08.

    All Discovery Must be Completed By:

          Extended from 4/11/08 to 8/11/08.

Discovery Motions:

          Extended from 4/30/08 to 9/2/08.

Dispositive Motions & Motions in Limine:

          Extended from 5/16/08 to 9/16/08.

Pretrial Motions:

          Extended from 5/29/08 to 9/29/08.

DATED: December 6, 2007    FRIEDMAN RUBIN & WHITE
                 Attorneys for Plaintiff

                 /s/  Peter R. Ehrhardt
                 215 Fidalgo Ave., Ste. 203
                 Kenai, AK  99611
                 Phone :  907/283-2876
                 Fax    :  907/283-2896
                 Email  :  ehrhardt@law.kenai.com
                 AK #8006016

DATED: December 6, 2007    NELSON P. COHEN
                 United States Attorney

                 s/ Susan J. Lindquist (Consent)
                 Assistant U. S. Attorney
                 222 West 7th Ave., #9, Rm. 253
                 Anchorage, AK 99513-7567
                 Phone: (907) 271-3378
                 Fax: (907) 271-2344
                 E-mail: susan.lindquist@usdoj.gov
                 AK #9008053

<u>CERTIFICATE OF SERVICE</u>:

I,  certify that Dec. 6, 2007, a copy of
the foregoing was served electronically
on Susan Lindquist.

/s/       Cynthia Balser