IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>      Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:05-cv-263-JKS<br><br>ORDER EXTENDING PRETRIAL DEADLINES |

      Having reviewed the parties December 6, 2007, Stipulation Extending Pretrial Deadlines,

      **IT IS HEREBY ORDERED** that the following pretrial deadlines are extended, as follows:

| | |
|---|---|
| Plaintiff's Expert Witness Disclosures: | 4/15/08. |
| Defendant's Expert Disclosures: | 6/16/08. |
| Final Revised Witness List: | 6/16/08. |
| Request for Alternate Dispute Resolution: | 7/7/08. |
| All Discovery Must be Completed By: | 8/11/08. |
| Discovery Motions: | 9/2/08. |
| Dispositive Motions & Motions in Limine: | 9/16/08. |
| Pretrial Motions: | 9/29/08. |

      DATED this _____ day of December, 2007, at Anchorage, Alaska.

                            /s/James K. Singleton_____
                            US DISTRICT COURT JUDGE