NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ) Case No. 3:05-cv-263-JKS<br>)<br>)<br>)<br>)<br>)<br>) **NOTICE OF ATTACHMENT**<br>)<br>)<br>) |

  The United States, through counsel, submits with this Notice of Attachment a revised Proposed Order to extend the litigation deadlines.

RESPECTFULLY SUBMITTED this 11th day of December, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2007, a copy of the foregoing **NOTICE OF ATTACHMENT** was served electronically on Peter R. Ehrhardt.

s/ Susan J. Lindquist