**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

JOEL WALLENDER,                    )
                                   )
             Plaintiff,            )
                                   )          Case No. 3:05-cv-263-JKS
      vs.                          )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
             Defendant.            )        **ORDER EXTENDING PRETRIAL
                                   )              DEADLINES**
_____

          Pursuant to the parties December 6, 2007, Stipulation Extending Pretrial

Deadlines, **IT IS HEREBY ORDERED** that the following pretrial deadlines are

extended, as follows:

Plaintiff's Expert Witness Disclosures:              4/15/08.

Defendant's Expert Disclosures:                      6/16/08.

Final Revised Witness List:                          6/16/08.

Request for Alternate Dispute Resolution:            7/7/08.

All Discovery Must be Completed By:                  8/11/08.

Discovery Motions:                                   9/2/08.

Dispositive Motions & Motions in Limine:             9/16/08.

Pretrial Motions:                                    9/29/08.


Date:  December 12, 2007.            /s/James K. Singleton, Jr.
                                     James K. Singleton, Jr.
                                     US DISTRICT COURT JUDGE