IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>　　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:05-cv-263-JKS<br><br>STIPULATION FOR EXTENSION OF<br>PRETRIAL DEADLINES |

**COME NOW** the parties and move the court for a stipulated order extending the pretrial deadlines in this matter as requested below:

Plaintiff's Expert Witness Disclosures:
　　Extended from 4/15/08 to 10/15/08.

Defendant's Expert Disclosures:
　　Extended form 6/16/08 to 12/16/08.

Final Revised Witness List:
　　Extended from 6/16/08 to 12/16/08.

Request for Alternate Dispute Resolution:
　　Extended from 7/7/08 to 1/8/09.

All Discovery Must be Completed By:
　　Extended from 8/11/08 to 2/11/09.

Discovery Motions:
　　Extended from 9/2/08 to 3/2/09.

Dispositive Motions & Motions in Limine:
　　Extended from 9/16/08 to 3/16/09.

| | |
|---|---|
| Pretrial Motions: | Extended from 9/29/08 to 3/29/09. |
| DATED: March 27, 2008. | FRIEDMAN RUBIN & WHITE<br>Attorneys for Plaintiff<br><br>/s/ Peter R. Ehrhardt<br>215 Fidalgo Ave., Ste. 203<br>Kenai, AK 99611<br>Phone : 907/283-2876<br>Fax    : 907/283-2896<br>Email : ehrhardt@law.kenai.com<br>AK #8006016 |
| DATED: March 27, 2008 | NELSON P. COHEN<br>United States Attorney<br><br>s/ Susan J. Lindquist (Consent)<br>Assistant U. S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-3378<br>Fax: (907) 271-2344<br>E-mail: susan.lindquist@usdoj.gov<br>AK #9008053 |

CERTIFICATE OF SERVICE:

I, certify that March 27, 2008, a copy of the foregoing was served electronically on Susan Lindquist.

/s/      Cynthia Balser

-2-