IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL WALLENDER,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. 3:05-CV-00263 (JKS)<br><br>ORDER EXTENDING PRETRIAL DEADLINES |

Having reviewed the parties March 27, 2008, Stipulation Extending Pretrial Deadlines,

**IT IS HEREBY ORDERED** that the following pretrial deadlines are extended, as follows:

| | |
|---|---|
| Plaintiff's Expert Witness Disclosures: | 10/15/08. |
| Defendant's Expert Disclosures: | 12/16/08. |
| Final Revised Witness List: | 12/16/08. |
| Request for Alternate Dispute Resolution | 1/7/09. |
| All Discovery Must be Completed By: | 2/11/09. |
| Discovery Motions: | 3/2/09. |
| Dispositive Motions & Motions in Limine: | 3/16/09. |
| Pretrial Motions: | 3/29/09. |

Dated this 28th day of March 2008.

                                                /s/ James K. Singleton, Jr.
                                                **JAMES K. SINGLETON, JR.**
                                                United States District Judge